1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff       )
        vs                    )    18-CR-97
                              )
ROSS ROGGIO,                  )
                              )
              Defendant       )
_____)


TRANSCRIPT OF PROCEEDINGS
*Jury Trial - Day Two*
BEFORE THE HONORABLE ROBERT D. MARIANI
TUESDAY, MAY 9, 2023; 9:30 P.M.
SCRANTON, PENNSYLVANIA

FOR THE GOVERNMENT:
    TODD K. HINKLEY, ESQ.
    Assistant United States Attorney
    Suite 311
    235 N. Washington Avenue
    Scranton, Pennsylvania  18503

    SCOTT A. CLAFFEE, ESQ.
    DOJ-Nsd
    Counterintelligence & Export Control Section
    950 Pennsylvania Avenue NW
    Washington, DC  20530

    PATRICK JASPERSE, ESQ.
    DOJ-Crm
    1301 New York Avenue, NW
    Washington, DC  20530

FOR THE DEFENDANT:
    GINO A. BARTOLAI, JR., ESQ.
    238 William Street
    Pittston, Pennsylvania  18640

Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

_____

KRISTIN L. YEAGER, RMR, CRR
CERTIFIED REALTIME REPORTER
235 N. WASHINGTON AVENUE
SCRANTON, PENNSYLVANIA 18503

2

# I N D E X

| Witness For the Government: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Ronald Bly | 62 | 99 | | |
| Triin Kiviking | 126 | 174 | 188 | -- |
| Shawn Stevens | 189 | 195 | 197 | -- |

# E X H I B I T    I N D E X

| For the Government: | Identified | Admitted |
|---|---|---|
| Exhibit No. 9.8 | 72 | -- |
| Exhibit No. 3.1 | 79 | 80 |
| Exhibit No. 3.2 | 80 | 81 |
| Exhibit No. 3.4 | 81 | 82 |
| Exhibit No. 11.31 | 89 | 90 |
| Exhibit No. 11.35 | 90 | 91 |
| Exhibit No. 3.10 | 93 | 94 |
| Exhibit Nos. 3.5-3.8 | 94 | 99 |
| Exhibit No. 3.9 | 95 | 95 |
| Exhibit No. 4.1 | 141,144 | 142 |
| Exhibit No. 4.2 | 142 | 143 |
| Exhibit No. 4.3 | 143 | 144 |
| Exhibit No. 4.5 | 144 | 145 |
| Exhibit No. 4.6 | 146 | 146 |
| Exhibit No. 4.4 | 156 | 157 |
| Exhibit No. 4.7 | 160 | 160 |
| Exhibit No. 4.8-4.14 | 166 | 167 |
| Exhibit No. 4.16 | 166 | 167 |
| Exhibit No. 5.2 | 192 | 193 |
| Exhibit No. 5.1 | 194 | 195 |

THE COURT: Good morning, everyone. The first order of business, members of the panel, members of the jury, is to be sworn in by my courtroom deputy. So with that, Judy, please.

(At this time the jury panel was sworn.)

THE COURT: Now that you've been sworn, members of the jury, I have preliminary instructions for you. Let me begin.

Under our system of justice, the role of the jury is to find the facts of the case based on the evidence presented in the trial. You must decide only from the evidence presented to you in the trial what the facts are. From the events and the evidence you will hear and see in court, you will decide what the facts are, and then apply those facts to the law that I will give you in my final instructions. That is how you will reach your verdict.

Whatever your verdict, it will have to be unanimous. All of you will have to agree on it or there will be no verdict. In the jury room, you will discuss the case among yourselves, but, ultimately, each of you will have to make up his or her own mind. Therefore, each of you has a responsibility which you cannot avoid and which you should do your best throughout the trial to fulfill.

I play no part in judging the facts. You should not take anything I may say or do during the trial as indicating what I think of the evidence or about what your verdict should be. My role is to make whatever legal decisions have to be made,

4

during the course of the trial, and to explain to you the legal principles that must guide you in your decisions.

You must apply my instructions about the law. Each of the instructions is important. You must not substitute or use your own notion or opinion about what the law is or ought to be. You must follow the law that I give you, whether you agree with it or not.

I ask that you perform these duties fairly and impartially. Do not allow sympathy, prejudice, fear or public opinion to influence you. You must, also, not be influenced by any person's race, color, religion, national ancestry or gender, sexual orientation, profession, occupation, celebrity, economic circumstances or position in life or in the community.

Here, in addition, are some important rules about your conduct as jurors:

1. Keep an open mind. Do not make up your mind about the verdict until you've heard all of the evidence and I have given final instructions about the law at the end of the trial and you have discussed the case with your fellow jurors during your deliberations.

2. Do not discuss the case among yourselves until the end of the trial when you retire to the jury room to deliberate. You need to allow each juror the opportunity to keep an open mind throughout the entire trial.

During trial, you may talk with your fellow jurors about

5

anything else of a personal nature or of common interest.

3. During the trial, you should not speak to any of the parties, lawyers or witnesses involved in the case, not even to pass the time of day. If any lawyer or party or witness does not speak to you when you pass in the hall or ride the elevator or similar circumstance, remember it is because they are not supposed to talk with you either.

4. Do not talk with anyone else or listen to others talk about this case until the trial has ended and you have been discharged as jurors. It is important not only that you do justice in this case but that you give the appearance of justice.

If anyone should try to talk with you about this case during the trial, please report that to me through my Courtroom Deputy immediately. Do not discuss that situation with any other juror.

5. Do not discuss the case with anyone outside the courtroom or at home, including your family and friends. You may tell your family or friends that you've been selected as a juror in a case and you may tell them how long the trial is expected to last. However, you should also tell them that the Judge instructed you not to talk about the case, and they should not talk to you about it.

The reason for this is sometimes someone else's thoughts can influence you. Your thinking should be only influenced by

what you learn in the courtroom.

6. Until the trial is over and your verdict is announced, do not watch or listen to any television or radio news program or reports about the case or read any news or internet stories or articles about the case or about anyone involved with it.

7. Do not use a computer, a cellular telephone or any other electronic devices or tools of technology while in the courtroom or during deliberations. These devices may be used during breaks or recesses for personal uses but may not be used to obtain or disclose information about this case.

You may not communicate with anyone about the case on your cell phone, through email or text messaging or by way of any other social networking websites or any other technology of social media.

8. Do not do any research or make any investigation on your own about any matters relating to this case or this type of case.

This means, for example, that you must not consult reference works or dictionaries or search the internet for additional information or use a computer or cellular telephone or any other electronic devices or tools of technology or any other method to obtain information on this case, this type of case, the parties in the case or anyone else involved in this case.

Please do not try to find out information from any source

outside the confines of this courtroom. You must decide this case based only on the evidence presented in the courtroom and my instructions about the law. It would be improper for you to try to supplement that information on your own.

9. Finally, should not concern yourselves with the possible punishment that might be imposed if you return a verdict of guilty.

Now, during the trial, it may be necessary for me to talk with the parties out of your hearing. You should understand we're not trying to keep important information from you. These conferences are necessary for me to discuss with the parties the evidence and any objections to the evidence that may be made and to be sure that the evidence is presented to you correctly under the Rules of Evidence. We will do what we can to keep the number and length of these conferences to a minimum.

Now, I may not always grant a lawyer's request for a conference. Do not consider my granting or denying a request for a conference as suggesting my opinion about the case or of what your verdict should be.

Now, with respect to note-taking by jurors. At the end of the trial, you must make your decision based on what you remember of the evidence. You will not have a written transcript of the testimony to review. You must pay close attention to the testimony as it is given.

However, if you wish, you may take notes to help you remember what witnesses said. My courtroom deputy will arrange for pens and paper. Please keep them to yourself until the end of trial when you and your fellow jurors go to the jury room to decide the case.

Here are some other specific points to keep in mind about note-taking:

1. Note-taking is permitted, it is not required. How many notes you want to take, if any, is entirely up to you.

2. Please make sure that your note-taking does not distract you from your tasks as jurors. You must listen to all the testimony of each witness. You also need to decide whether and how much to believe each witness. That will require you to watch the appearance, behavior and manner of each witness while he or she is testifying.

You cannot write down everything that is said, and there is always a fear that a juror will focus so much on note-taking that he or she will miss the community to make important observations.

3. Your notes are memory aids, they are not evidence. Notes are not a record or written transcript of the trial. Whether or not you take notes, you will need to rely on your own memory of what was said. Notes are only to assist your memory and you should not be overly influenced by notes.

4. In your deliberations, do not give any more or less

weight to views of a fellow juror just because that juror did or did not take notes. Do not assume that just because something is in someone's notes that it necessarily took place in court. It is just as easy to write something down incorrectly as it is to hear or remember it incorrectly.

Notes are not entitled to any greater weight than each juror's independent memory of the evidence. You should rely on your own individual and collective memories when you deliberate and reach your verdict.

5. You should not take your notes away from court. If you do take notes, take them with you each time you leave the courtroom, and please leave your notes on your chair in the jury room when you leave at night. My staff is responsible for making sure that no one looks at your notes, and immediately after you have finished your deliberations and I have accepted your verdict, my staff will collect and destroy your notes to protect the secrecy of your deliberations.

You should, also, understand that only the lawyers and I are allowed to ask questions of witnesses. You are not permitted to ask questions of witnesses. However, if you are unable to hear a witness or a lawyer, please raise your hand, so inform me, and I will correct the situation.

Now, with respect to the trial itself. The trial will proceed in the following manner:

First. The lawyers will have an opportunity to make opening

statements to you. The prosecution may make an opening statement at the beginning of the case. The Defendant's lawyer may make an opening statement after the prosecution's opening statement or the Defendant may postpone the making of an opening statement until after the Government finishes presenting its evidence.

The Defendant is not required to make an opening statement. The opening statements, themselves, are simply an outline to help you understand what each party expects the evidence to show. What is said in the opening statements is not itself evidence.

Second. After the opening statements, the Government will introduce the evidence that it thinks proves the charges stated in the indictment. The Government will present witnesses and a lawyer for the Defendant may cross-examine those witnesses. The Government may, also, offer documents and other exhibits into evidence.

Third. After the Government has presented its evidence, the Defendant may present evidence, but he is not required to do so. As I will tell you many times during the trial, the Government always has the burden or obligation to prove each and every element of the offense charged beyond a reasonable doubt.

The Defendant is presumed to be innocent of the charge. The law never imposes on a Defendant in a criminal case the burden

of proving his innocence by calling witnesses, producing any exhibits or introducing any evidence.

Fourth. After all of the evidence has been presented, the lawyers will have an opportunity to present closing arguments. Closing arguments are designed to present you with the parties' theories about what the evidence has shown and what conclusions may be drawn from the evidence.

What is said in the closing arguments is not evidence. Just as what is said in opening statements is not evidence.

Fifth. After you've heard all the closing arguments, I will give you, orally and in writing, the final instructions concerning the law that you must apply to the evidence during this trial. As I am doing now, I may also give you instructions on certain aspects of the law throughout the trial, as well, through the end of the trial.

Sixth. After my final instructions on the law, you will retire to consider your verdict. Your deliberations are secret. You will not be required to explain your verdict to anyone. Your verdict must be unanimous. All twelve of you must agree to it.

You must keep in mind that -- you should keep your mind open throughout the trial. Do not make up your mind about any of the questions in this case until you've heard each piece of evidence and all the law which you must apply to that evidence, in other words, until you begin your deliberations.

12

Now, with respect to what is and what is not evidence. You must make your decision in this case based only on the evidence that you see and hear in the courtroom. Do not let rumors, suspicions or anything else that you may see or hear outside the courtroom influence your decision, in any way.

The evidence from which you are to find the facts consist of the following:

1. The testimony of the witnesses.

2. Documents and other things received as exhibits.

3. Any fact or testimony that is stipulated, that is, formally agreed to by the parties.

The following are not evidence:

1. Statements and arguments of the lawyers for the parties in the case.

2. Questions by the lawyers and questions that I might ask. You must not assume that a fact is true just because one of the lawyers or I ask a question about it. It is the witness' answers that are evidence.

Of course, you may need to consider the question to know what a witness means by his or her answer. For example, if a witness answers, yes, to a question, you will have to consider the question to understand what the witness is saying.

3. Objections by lawyers, including objections in which the lawyers state facts, are not evidence.

4. Any testimony I tell you to disregard or that I strike

is not evidence.

5. Anything that you may see or hear about this case outside the courtroom.

You should use your common sense in weighing the evidence. Consider it in light of your every day experience with people and events and give it whatever weight you believe it deserves. If your experience and common sense tell you that certain evidence reasonably leads to a conclusion, you may reach that conclusion.

The Rules of Evidence control what can be received into evidence. When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks it is not permitted by the Rules of Evidence, that lawyer may object. An objection simply means that the lawyer is asking me to decide whether the evidence should be allowed under the rules.

Lawyers have a responsibility to their clients to make objections when they think evidence being offered is improper under the Rules of Evidence. You should not be influenced by the fact that an objection is made. You should, also, not be influenced by my rulings on objections to evidence.

If I overrule an objection, the question may be answered or the exhibit may be received as evidence, and you should treat the testimony or the exhibit like any other. I may allow evidence, that is testimony or exhibits, only for a limited purpose. If I do that, I will instruct you to consider the

14

evidence only for that limited purpose, and you must follow that instruction.

If I sustain an objection, the question will not be answered or the exhibit will not be received as evidence. Whenever I sustain an objection, you must disregard the question or the exhibit entirely. Do not think about or guess what the witness might have said in answer to the question, do not think about or guess what the exhibit might have shown.

Sometimes a witness may have already answered before a lawyer objects or before I rule on the objection. If that happens, and if I sustain the objection, you should disregard the answer that was given.

Also, I may order that some testimony or other evidence be stricken or removed from the record. If I do that, I will instruct you to disregard that evidence. That means, when you are deciding the case, you must not consider or be influenced, in any way, by the testimony or other evidence that I told you to disregard.

Although, the lawyers may call your attention to certain facts or factual conclusions that they think are important, what the lawyers say is not evidence and is not binding on you. It is your own recollection and interpretation of the evidence that controls your decision.

Also, do not assume from anything I do or say during the trial that I have any opinion about the evidence or about any

of the issues in the case or about what your verdict should be.

Now, there are two types of evidence that may be used in this trial. Direct evidence and circumstantial or indirect. You may use both types of evidence in reaching your verdict.

Direct evidence is evidence, which, if believed, directly proves a fact. An example of direct evidence occurs when the witness testifies about something the witness knows from his or her own senses, something the witness has seen, touched, heard or smelled.

Circumstantial evidence is evidence, which, if believed, indirectly proves a fact. It is evidence that proves one or more facts from which you could find or infer the existence of some other fact or facts.

An inference is simply a deduction or conclusion that reason, experience and common sense lead you to make from the evidence. An inference is not a suspicion or a guess. It is a reasoned, logical decision to find that a disputed fact exists on the basis of another fact.

For example, if someone walked into this courtroom wearing a wet rain coat and carrying a wet umbrella, that would be circumstantial or indirect evidence from which you could find or conclude that it was raining outside. You would not have to find that it was raining, but you could.

Sometimes different inferences may be drawn from the same set of facts. The Government may ask you to draw one inference

16

and the Defense may ask you to draw another. You and you alone must decide what inferences you will draw based on all the evidence.

You should consider all the evidence that is presented in this trial, direct and circumstantial. The law makes no distinction between the weight that you should give to either direct or circumstantial evidence. It is for you to decide how much weight to give any evidence.

Also, in deciding what the facts are, you must decide what testimony you believe and what testimony you do not believe. You are the sole judges, sole judges of the credibility of the witnesses. Credibility refers to whether a witness is worthy of belief. Is the witness truthful? Is the witness' testimony accurate? You may believe everything a witness says or only part of it or none of it.

You may decide whether to believe a witness based on his or her behavior and manner of testifying, the explanations the witness gives and all the other evidence in the case, just as you would in any important matter where you are trying to decide if a person is truthful, straightforward and accurate in his or her recollection.

In deciding the case of credibility, remember to use your common sense, your good judgment and your experience. In deciding what to believe, you may consider a number of factors:

1. The opportunity and ability of the witness to see or

hear or know the things about which the witness testifies.

2. The quality of the witness' knowledge, understanding and memory.

3. The witness' appearance, behavior and manner while testifying.

4. Whether the witness has an interest in the outcome of the case or any motive, bias or prejudice.

5. Any relation the witness may have with the party in the case and any effect the verdict may have on the witness.

6. Whether the witness has said or wrote anything before trial that is different from the witness' testimony in court.

7. Whether the witness' testimony is consistent or inconsistent with other evidence that you believe.

8. Any other factors that bear on whether the witness should be believed.

Inconsistencies or discrepancies in a witness' testimony or between the testimony of different witnesses may or may not cause you to disbelieve the witness' testimony. Two or more persons witnessing an event may simply see or hear it differently. Mistaken recollection, like failure to recall, is a common human experience.

In weighing the effect of an inconsistency, you should consider whether it is about a matter of importance or an insignificant detail. You should, also, consider whether the inconsistency is innocent or intentional.

You are not required to accept testimony, even if the testimony is not contradicted and the witness is not impeached. You may decide that the testimony is not worthy of belief because of the witness' bearing and demeanor or because of the inherent improbability of the testimony or for other reasons that are sufficient to you.

After you make your own judgment about the believability of a witness, you can then attach to that witness' testimony the importance or weight that you think it deserves.

You should understand that the weight of the evidence to prove a fact does not necessarily depend on the number of witnesses who testify. What is more important than numbers is how believable the witnesses are and how much weight you think their testimony deserves.

Now, with respect to the indictment against Mr. Roggio. The Government has charged Ross Roggio with violating Federal law. Specifically, one count of Conspiracy to Commit Torture, one count of Torture, one count of Conspiracy to Commit an Offense against The United States, two counts of Violations of the Arms Export Control Act, one count of Violation of the International Emergency Economic Powers Act, two counts of Smuggling Goods from The United States, one count of Wire Fraud and 23 counts of Money Laundering.

The charges against Mr. Roggio are contained in the superseding indictment. As I informed you earlier yesterday, an

indictment is just a formal way of specifying the exact crime a Defendant is accused of committing. An indictment is simply a description of the charges against the Defendant. It is an accusation only. An indictment is not evidence of anything, and you should not give any weight to the fact that Mr. Roggio has been indicted in making your decision in this case.

To help you follow the evidence, I will now give you a brief summary of the elements of the offenses charged. The Government must prove each element of each offense beyond a reasonable doubt, in order to convict Ross Roggio of the offense charged.

In Count 1 of the superseding indictment, Ross Roggio is charged with Conspiracy to Commit Torture. For Mr. Roggio to be found guilty of this offense, the Government must prove each of the following elements beyond a reasonable doubt:

First. That two or more persons agreed to commit torture as charged in the superseding indictment.

Second. That Ross Roggio was a party to or member of that agreement.

Third. That Mr. Roggio joined the agreement or conspiracy knowing of its objective to commit torture and intending to join together with, at least, one other alleged conspirator to achieve that objective. That is, that Mr. Roggio and, at least, one other alleged conspirator shared a unity of purpose and intent to achieve a common goal or objective to commit torture.

Count 2 of the superseding indictment charges Ross Roggio with torture. For Mr. Roggio to be found guilty of this offense the Government must prove each of the following elements beyond a reasonable doubt:

First. That Mr. Roggio committed the act with the specific intent to inflict severe physical pain or suffering.

Second. That Mr. Roggio was acting under the color of law.

Third. That the act of torture was against another person who was within the Defendant's custody or physical control.

Fourth. That the act of torture occurred outside the United States.

In Count 3 of the superseding indictment, Mr. Roggio was charged with Conspiracy to commit an offense against the United States. For Mr. Roggio to be found guilty of this offense, the Government must prove each of the following elements beyond a reasonable doubt:

First. That two or more persons agreed to commit an offense against The United States; namely, to willfully export defense services and defense articles from the United States to Iraq, without first having obtained the necessary license or written approval, and to fraudulently and knowingly export merchandise, articles and objects contrary to a law of The United States.

Second. That Ross Roggio was a party to or member of that agreement.

Third. Mr. Roggio joined the agreement or conspiracy,

21

knowing of its objectives to commit offenses against the United States, and intending to join together with, at least, one other alleged conspirator to achieve those objectives. That is, that Ross Roggio and, at least, one other alleged conspirator shared a unity of purpose and the intent to achieve a common goal or objective to commit an offense against the United States.

Fourth. That at some time during the existence of the agreement or conspiracy, at least, one of its members performed an overt act, in order to further the objectives of the agreement.

The following definitions are relevant to the first element of Count 3 and to other charges contained in this superseding indictment:

The term, defense articles, means M4 bolt gas rings and firing pin retainers.

The term, defense services, is defined as:

1. The furnishing of assistance, including training, to foreign persons, whether in the United States or abroad, in the design, development, engineering, manufacture, production, assembly, testing, repair, maintenance, modification, operation, de-militarization, destruction, possess, processing or use of defense articles.

2. The furnishing to foreign persons of any technical data controlled by the relevant regulations, whether in The United

States or abroad.

3. Military training of foreign units and forces, regular and irregular, including formal or informal instruction of foreign persons in The United States or abroad or by correspondence courses, technical, educational or informational publications or media of all kinds, training and orientation, training exercise and military advice.

Merchandise articles and objects include rifling combo buttons, M4 bolt gas rings and firing pin retainers.

In Count 4, Mr. Roggio is charged with a Violation of The Arms Export Control Act, also known as AECA, by willfully exporting M4 bolt gas rings and firing pin retainers from The United States to Iraq, without first having obtained a license from The United States Department of State.

For Mr. Roggio to be found guilty of this offense, the Government must prove each of the following elements beyond a reasonable doubt:

First. That Mr. Roggio exported the M4 bolt gas rings and firing pin retainers from The United States to Iraq.

Second. That the exported items were defense articles controlled for export.

Third. That Mr. Roggio did not obtain from The Department of State the necessary license before exporting the arms.

Fourth. That Mr. Roggio acted willfully.

In Count 5, Mr. Roggio is charged with violating The

International Emergency Economics Powers Act, also known as IEEPA, by knowingly and willfully exporting rifling combo buttons from The United States to Iraq, without first having obtained a license from The United States Department of Commerce.

For Mr. Roggio to be found guilty of this offense, the Government must prove each of the following elements beyond a reasonable doubt:

First. That Mr. Roggio exported, caused the export of or aided and abetted the export of rifling combo buttons from The United States to Iraq.

Second. That the item Mr. Roggio exported caused the export of or aided and abetted the export of was controlled for export on the Commerce Control List.

Third. That Mr. Roggio did not obtain from The Department of Commerce the necessary license before exporting the item.

Fourth. Mr. Roggio did so knowingly and willfully.

In Count 6 of the indictment, Mr. Roggio is charged with a Violation of The Arms Export Control Act by willfully exporting defense services from The United States to Iraq, without first having obtained a license from The United States Department of State.

For Mr. Roggio to be found guilty of this offense, the Government must prove each of the following elements beyond a reasonable doubt:

24

First. Mr. Roggio exported, furnished or caused to be exported or furnished a defense service to a foreign country or foreign national.

Second. Mr. Roggio did not obtain from The Department of State the necessary license or other written approval before exporting, furnishing or causing to be exported or furnished the defense services.

Third. That Mr. Roggio acted willfully.

In Count 7 and 8, Mr. Roggio is charged with smuggling goods from The United States; that is, rifling combo buttons, M4 bolt gas rings and firing pin retainers, knowing that the exports were contrary to law.

For Mr. Roggio to be found guilty of this offense, the Government must prove each of the following elements beyond a reasonable doubt:

First. That Mr. Roggio knowingly or fraudulently exported or sent or attempted to export or send the merchandise, article or object specified in the superseding indictment, rifling combo buttons or M4 bolt gas rings and firing pin retainers.

Second. That the exportation or sending or the attempted exportation and sending of the merchandise, article or object was contrary to The International Emergency Economic Powers Act or The Arms Export Control Act and The International Traffic and Arms Regulations.

Third. Mr. Roggio knew that the exportation or sending or

25

the attempted exportation or sending of the merchandise, article or object was contrary to law or regulation.

Counts 9 and 10 charge Mr. Roggio with Wire Fraud.

For Mr. Roggio to be found guilty of those offenses, the Government must prove each of the following elements beyond a reasonable doubt:

First, that Mr. Roggio knowingly devised a scheme to defraud or to obtain money or property by materially false or fraudulent pretenses, representations or promises or willfully participated in such a scheme with knowledge of its fraudulent nature.

Second. That Mr. Roggio acted with the intent to defraud.

Third. That in advancing, furthering or carrying out the scheme, Defendant Roggio transmitted any writings, signal or sound by means of a wire, radio or television communication in interstate or foreign commerce or caused the transmission of any writing, signal or sound of some kind, by means of a wire, radio or television communication in interstate or foreign commerce.

The remaining 23 counts in the superseding indictment charge Mr. Roggio with Money Laundering.

For Mr. Roggio to be found guilty of the offense of Money Laundering, the Government must prove each of the following elements beyond a reasonable doubt.

First, that on or about dates alleged in the indictment,

Mr. Roggio transported money to a place in The United States from or through a place outside The United States.

Second. That Mr. Roggio intended to promote the carrying on of a specified unlawful activity; that is, violations of Title 18 United States Code Section 554, The Arms Export Control Act; Title 22 of The United States Code Sections 2778(b) and (c) or Title 22 Code of Federal Regulations 121.1, 123.1 and 127.1.

Now, what I've just told you is a preliminary outline of the elements of the offenses charged. At the end of the trial, I will give you final instructions orally, as I'm doing now, and, also, in writing on all of the elements of the offenses charged and on all other matters of law. These final instructions will be more detailed and they will guide you in reaching your verdict in this case.

Moving on.

With respect to the presumption of innocence. Again, as you were informed yesterday, Defendant Ross Roggio has pleaded not guilty to the offenses charged. Mr. Roggio is presumed to be innocent. He starts the trial with a clean slate with no evidence against him. The presumption of innocence stays with Mr. Roggio unless and until the Government presents evidence that overcomes that presumption by convincing you that Mr. Roggio is guilty of an offense charged beyond a reasonable doubt.

The presumption of innocence requires that you find Mr.

Roggio not guilty unless you are satisfied that the Government has proved guilt beyond a reasonable doubt. The presumption of innocence means that Mr. Roggio has no burden or obligation to present any evidence, at all, or to prove that he is not guilty. The burden or obligation of proof is on the Government to prove that Mr. Roggio is guilty, and this burden stays with the Government throughout the trial.

In order for you to find Mr. Roggio guilty of the offenses charged, the Government must convince you that Defendant Roggio is guilty beyond a reasonable doubt. That means that the Government must prove each and every element of the offenses charged beyond a reasonable doubt.

A Defendant may not be convicted based on suspicion or conjecture but only on evidence proving guilt beyond a reasonable doubt. Proof beyond a reasonable doubt does not mean proof beyond all possible doubt or to a mathematical certainty. Possible doubts or doubts based on conjecture or speculation are not reasonable doubts. A reasonable doubt is a fair doubt based on reason, logic, common sense or experience.

A reasonable doubt means a doubt that would cause an ordinary reasonable person to hesitate to act in matters of importance in his or her own life. It may arise from the evidence or from the lack of evidence or from the nature of the evidence.

If, after hearing all the evidence, you are convinced that

the Government has proved Mr. Roggio guilty beyond a reasonable doubt, as to any count of the indictment, you should return a verdict of guilty on that count. However, if you have a reasonable doubt as to an element of an offense of any kind, then, you must return a verdict of not guilty on that count.

Those, ladies and gentlemen, are my preliminary instructions to you. We will now begin with the presentation of opening statements by counsel. Mr. Hinkley, are you ready to proceed?

MR. HINKLEY: We are, Your Honor.

MR. JASPERSE: Your Honor, with the Court's permission, the Government would like to use a power point. We provided that to Mr. Bartolai on Friday, and he stated he did not have any objections.

THE COURT: Very well. Proceed.

MR. JASPERSE: This case is about a man who thinks he's above the law. A man who put himself, his own interests, his own ego, his own greed, his need to dominate other people ahead of everyone and everything.

The evidence in this case will prove that Ross Roggio exported defense parts, tools, services from The United States to Iraq without the required approvals.

The evidence will also prove that as he feared his scheme was falling apart, he brutally tortured one of his employees.

The evidence will include witness testimony, documents,

some photographs and videos and Roggio's own words in a recording that was secretly made by one of his terrified employees.

On that recording, Roggio admits to everything he's charged with. He admits needing to hide what he was doing from the U.S. Government. He says that receipts from the weapons project would be evidence of a crime and says, Remember, busting me comes from the finances. And he admits torturing his employee. He talks about taking the victim to the compound, breaking him and brutally crushing him.

When the person making the recording asks if Roggio really thought that employee was going to betray him, Roggio says, Enough to beat him, enough to torture him. Busting me comes from the finances. Enough to beat him. Enough to torture him.

Those are Ross Roggio's own words. Ross Roggio knew what he was doing was against the law and he did it, anyway.

Let me begin by giving you some background to how this came about. Ross Roggio is from this part of Pennsylvania. He had some experience operating weapons factories, small weapons factories in the United States.

About ten years ago, he was hired to build a weapons factory that would make M4 rifles and Glock pistols in the Kurdistan Region of Iraq. Kurdistan is in Northern Iraq. Most of the events you're going to hear about in this case took place in Sulaymaniyah. You can see it on the map on the

screens, it's near the top to the right, near the border with Iran.

On the news over the years, you might have heard about Kurdistan and the Kurdish military who were partners in the fight against ISIS terrorists. Kurdistan is part of Iraq, kind of, like Pennsylvania is part of The United States. But it's also a bit different. Although, Kurdistan is part of Iraq, it's also semi-independent. The people who live in Kurdistan have their own language, and they identify as Kurds more than as Iraqis.

Kurdish leaders are part of the Central Government in Baghdad, but Kurdistan, also, has its own Government, its own military, its own security services.

Because Kurdistan wanted more independence from the Central Iraq Government in Baghdad, Kurdish leaders, also, wanted their own source of weapons. That's where Roggio came in.

The Government's first witness in this case is going to be Ron Bly. Ron Bly is a Veteran who served with the U.S. Military in Kurdistan and knew the leaders there. Back in the United States, Bly was friends with Roggio. Bly put Roggio in touch with Kurdish officials who hired Roggio for the weapons project.

On paper, a Kurdish company named Faruk, also, sometimes called Zarya Construction, officially financed the project. It was Faruk that paid Roggio to make the weapons. But the

evidence will show that the real backers of the weapons project were Kurdish leaders. In the Kurdistan Region of Iraq, an outsider like Roggio can't do anything without the support of Kurdish power brokers.

One of the Government's witnesses, Denise Natali, is going to explain this to you. Dr. Natali is an expert on this part of the world. She studied Kurdistan for 30 years, she has lived there. She will explain that the Government, political parties, the military, the security services and private companies like Faruk are all intertwined.

She's going to tell you, in Sulaymaniyah, the family that controlled everything was the Talabani family. The evidence will show that Roggio's real partner on the weapons project, his sponsor, the person who hired him to make the weapons was Polad Talabani, a member of the family that ran that part of Kurdistan.

At the time, Polad Talabani was the commander of the CTG, the Counter Terrorism Group. The CTG was part of the Kurdish Government's security services or intelligence services. The CTG were Kurdistan's elite forces. Polad Talabani was in charge of the CTG and of the soldiers who were part of the CTG.

Ross Roggio moved to the Kurdistan Region of Iraq in 2014. That fall, he began hiring employees. One of the first employees Roggio hired was Suzy Abayeva who grew up around here and who Roggio first met around here in Pennsylvania. She will

testify about the early days of the company and about Roggio's close relationship with Polad Talabani and other Kurdish leaders.

Many of the other employees Roggio hired were from Estonia. Estonia is in Northeast Europe next to Finland and Russia. Estonia was part of the Soviet Union, it was occupied by the Soviet Union, but when the Soviet Union broke up, Estonia returned to being its own country. It's part of NATO and the European Union.

I'm going to run through the names of the Estonian employees and put them up on the screen. You're going to hear a lot about these employees during this trial, and you'll hear some of them testify.

Elina Kadaja was the first employee Roggio hired in 2014, and she came to be his second in command.

Heret Enden was Roggio's personal assistant.

Marrtin Vilist was an engineer.

Siim Saar was another engineer, and he is the employee who Roggio and Kurdish soldiers tortured in the fall of 2015.

Triin Kiviking did accounting-type work for Roggio. She made the recording of Roggio that you will hear parts of.

When she left Kurdistan, Ronald Viltrop took over the accounting work. Ronald Viltrop and Heret Enden later got married.

English is not the Estonian's first language. Sometimes,

when answering questions, they might hesitate a bit, searching for the right word, and sometimes you need to strain a little bit to understand what they're saying.

So to review the time line, Roggio starts in Kurdistan in 2014. Suzy Abayeva and Elina Kadaja begin working for him in Sulaymaniyah in 2014. The other Estonians arrived in 2015. At that time, Roggio only had an office. But as time went on, the factory was built, and the machines to make these guns were ordered and put in place.

The torture of Siim Saar by Roggio and Kurdish soldiers took place in October and November of 2015. The evidence will show that Roggio's illegal expert of weapons, parts and tools from The United States to Iraq took place in late 2015 and the spring of 2016.

Things fell apart near the end of 2016. In the end, Roggio produced just a handful of weapons for the Kurds, not the thousands per month that he was hired to make.

Roggio returned to the United States from Iraq, came home here to Pennsylvania, in early 2017.

That's the background to the evidence you're going to hear.

As the Judge already has told you, there are 33 counts in the indictment against Ross Roggio. There are some gaps in the numbering, which is not at issue.

Counts 1 and 2 charged Roggio with Conspiracy to Commit Torture and Torture.

Count 3 charges Roggio with conspiring against the United States by exporting items and services to Iraq without the necessary approvals.

Counts 4 and 6 charge Roggio with exporting certain weapons, parts and defense services, without the approval of the U.S. State Department.

Count 5 charges Roggio with exporting weapons tools, without the required approval of the U.S. Commerce Department.

Counts 7 and 8 charge Roggio with illegally smuggling those parts out of the United States.

Counts 9 and 10 charge Roggio with Wire Fraud.

And the remaining counts charge Roggio with money laundering.

If that all seems like a lot to keep track of, don't worry. At the end of this trial, my colleagues, Mr. Hinkley and Mr. Claffee, will summarize for you the evidence that proves that Ross Roggio committed each of these crimes.

This is a complex case, and this is an important case. And some of the evidence about what Ross Roggio and the Kurdish soldiers did to Siim Saar might be hard for you to listen to. All of us on the prosecution team thank you for your time and for your important service as jurors.

As you can see, Ross Roggio is charged with many crimes, but those crimes fall into two basic categories:

First. The illegal export of weapons, parts, tools and

services.

Second. Torture.

Let me first give you a brief view of the evidence you'll see and hear about the export violations, and after that, I will walk you through the evidence of the torture.

So let's begin with the weapons export evidence.

Ross Roggio went to Iraq with the intention of making these weapons for the Kurds, but he got himself into a jam. The evidence will show that it was a jam entirely of his own making, of his own greed.

The Kurds were paying Roggio millions of dollars to make these weapons. But Roggio wasn't going to deliver. In part, it's because he was in over his head. Making automatic weapons is complicated, and he didn't have the necessary expertise. None of the Estonians he hired had any experience making weapons.

In large part, the problem was that Roggio took shortcuts. The evidence will show that Roggio spent a lot of the Kurds' money on himself instead of on the project. Instead of buying high-quality machines to make the guns, he bought cheap machines from China. Buying cheap machines left him with more money to spend on himself to buy high end cars back here in The United States, take expensive vacations in Greece.

But the cheap machines, also, prevented him from being able to manufacture the weapons he was supposed to make and the

number that he was supposed to produce and making weapons that actually worked.

By the spring of 2016, the Kurds were beginning to figure that out. By then Roggio had been at this for more than a year, with no results. By then, the Kurds had paid Roggio millions of dollars. The Kurds wanted to see results. They wanted to see weapons that actually worked.

For a long time, Roggio avoided importing restricted parts from The United States because he knew that was against the law. But now his back was up against a wall. Some of the key parts that he bought from China didn't work. What was supposed to be an automatic gun would fire once and it would stop firing. To get the parts that were needed for these automatic weapons to actually work, he turned to The United States.

The evidence will show that, at that point, he ordered parts and tools from The United States, specifically, rifling combination buttons, firing pin retainers and bolt gas rings. And then he tried to sneak them into Iraq.

U.S. laws restrict the sale of certain parts, tools, services and technology to certain countries. The purpose of these laws is to prevent our advanced weapons and technology from getting into the wrong hands. Certain parts are controlled by The State Department and certain parts are controlled by The Commerce Department. You will hear these referred to as controlled items. You need a license to export controlled

37

items.

Alex Douville The State Department and Steven Clagett The Commerce Department will explain that. And they will tell you that Roggio never requested and never received the necessary approvals.

The evidence will, also, show that Ross Roggio knew about these laws. He knew that he was not supposed to export certain items from The United States to Iraq.

Shawn Stevens who works for the Bureau of Alcohol, Tobacco and Firearms, ATF, will testify that he met with Roggio years earlier when Roggio was operating a completely different business in North Carolina. Shawn Stevens will tell you that, at that meeting, he gave Roggio written materials that explained the weapons export laws.

Ron Bly, the first Government witness who will talk about how he put Roggio in touch with the Kurdish leaders, with the Talabani family, will testify that he told Roggio to get State Department approval for the weapons project. You will see a document, The Weapons and Ammunition Feasibility Report, that Roggio sent to one of his employees. That document says that what Roggio was doing requires the approval of the U.S. State Department, and it also says, quote, Failure to get proper approvals places the selected personnel in grave danger of incarceration and heavy fines. So that's in a document Ross Roggio sends, at the time, to one of his employees.

That document is, also, a blue print for the weapons project, it lays out the steps Roggio planned to take, the weapons that would be needed and described the challenges of producing those automatic weapons.

In addition, you will hear testimony from the Estonian employees that Roggio gave them a cover story to use. If they were ever asked what they were doing in Kurdistan, they were supposed to say Roggio's company was involved in construction, housing construction, residential construction.

And by the way, that's the same cover story that Roggio gave when he returned to The United States in February 2017 and was questioned at J.F.K. Airport in New York by U.S. Customs and Border Protection Officer Aurelia Morales.

You will, also, hear testimony from some of the Estonian witnesses that Roggio said it was illegal for him to import materials from The United States. One of the Estonian employees remembers Roggio was very worried one day after learning that the FBI had been to his home in Pennsylvania asking questions.

The transaction that lead to the FBI visit is the basis of Counts 5 and 7. The evidence will show that, in December 2015, Roggio ordered drill bits and rifling combination buttons from Eldorado Tool, a company in Connecticut. Rifling combination buttons are used to create the grooves in a barrel of the gun for the projection tiles to spin. To export rifling buttons legally, Roggio needed Commerce Department approval. Approval

which he didn't have.

Now, instead of asking Eldorado Tool to ship the rifling buttons directly to Iraq, Roggio had these weapons tools shipped to his parents' residence in Stroudsburg, Pennsylvania, which was, also, the registered address for Roggio's company. Thomas Hall from Eldorado Tool will testify about that.

Then, Kristy Merring, who was married to Roggio, at the time, took the package of rifling buttons The Packaging Place in East Stroudsburg, and from there, the package was shipped to Roggio in Iraq. Kristy Roggio will testify that she had nothing to do with placing that order, and she didn't know what these items were.

Frank Monteforte, from The Packaging Place will testify that, in March 2016, Kristy came into his store with a package, which she then shipped to Iraq. After that, the FBI received a tip about this suspicious shipment, and that's when the investigation began.

Counts 4 and 8 stem from Roggio's export of weapons parts without out The State Department's approval. In March 2016, Roggio ordered thousands of bolt gas rings and firing pin retainers from OML Global, a company in North Carolina. OML Global, actually, got the parts from another U.S. company named R Guns in Illinois. OML Global shipped the bolt gas rings and firing pin retainers to Roggio in Stroudsburg.

Roger Krahl from R Guns and William Mathes from OML will

testify about this order. You will, also, see documents from the order, including a spread sheet, that shows Roggio's company in Iraq paying for these parts. Bolt gas rings and firing pin retainers are two of the parts needed to make an M4 rifle. They are both controlled items, which require The State Department License to Export, a license that Roggio did not have and never tried to get.

Count 6 is based on Roggio's export of defense services to Iraq. Providing training and assistance to any foreign person to manufacture M4 rifles in Iraq, without State Department approval, is against the law. That's what the evidence will show Roggio did, when he hired employees from Estonia and other countries to make these weapons for the Kurds.

Count 3 charges Roggio with conspiring to export these items and services without approval. So in addition to actually doing that, what's charged in Counts 4 through 8, it's, also, against the law to agree with someone or to work with someone to do that.

In this case, Roggio conspired with Polad Talabani, the member of the powerful Kurdish family who was head of the CTG, who hired Roggio to make these weapons.

In addition to the Arms Export and Smuggling charges, Roggio is, also, charged with Wire Fraud and Money Laundering. The Wire Fraud and Money Laundering charges are connected to the export violations. You already received more detailed

instructions from Judge Mariani, and the Judge will go over those again at the end of the trial, but, basically, when a person uses U.S. Communication Systems to carry out a crime, that's Wire Fraud.

In this case, Roggio used U.S. Communications Systems to send email messages and place orders, as part of his illegal weapons export. That's what's charged in Counts 9 and 10.

In addition, when a person uses the U.S. Financial System to move money, as part of a crime, that's Money Laundering. The evidence will show that Roggio moved money from Iraq here to his bank in Pennsylvania. That's what he's charged with in the remaining counts. Roggio, himself, said that, Busting me comes from the finances. And he was right.

Let's turn, now, to the second category of charges, the Torture charges.

Before going through the evidence of the torture, let me explain some of the legal requirements for you to find Roggio guilty of these charges. As Judge Mariani already instructed you this morning, there are various elements for the different crimes.

Count 1 charges Roggio with Conspiracy to Commit Torture. One of the elements the Government must prove is that Roggio conspired or reached an agreement with someone to torture Siim Saar, the victim. The agreement doesn't have to be formal, it doesn't have to be written down. Basically, a conspiracy just

42

means that Roggio worked with one or more other people to carry out the unlawful purpose of torture.

The other person or the other people do not have to be charged or even named. In this case, the evidence will prove that Roggio conspired with the Kurdish soldiers, including a Kurdish soldier whose first name was Goran, to torture Siim.

Count 2 charges Roggio with Torture. So Count 1 is Conspiracy to Commit Torture, Count 2 is, actually, carrying out the torture. One of the elements the Government must prove is that the torture was done under color of law. To act under color of law means to act beyond the bounds of lawful authority but in such a manner that the unlawful acts were done, while the official was purporting or pretending to act in the performance of official duties.

In other words, the unlawful acts must consist of an abuse or misuse of power, which is possessed by the official, only because that person is an official.

Now, Ross Roggio was not a public official, he was a private U.S. citizen in Kurdistan making weapons. But the Kurdish soldiers were officials. They were part of the CTG, the Counter Terrorism Group, which was part of the Government. These elite soldiers had power and authority in Kurdistan.

By the way, the regular soldiers in Kurdistan were called the Peshmerga. The CTG was made up of elite soldiers who came from the Peshmerga. The Estonians did not really distinguish

between the Peshmerga and the CTG soldiers, but what the Estonians knew was both the Peshmerga and the CTG were part of the Kurdistan Government. They carried guns, they had authority, you did what they told you to do.

As Dr. Natali will testify, an outsider cannot do anything in the Kurdistan Region of Iraq without a sponsor, without a partner like Polad Talabani, who was part of the family that controls the levers of power in Kurdistan.

The evidence will show that there was no way that a person could have been abducted, detained and tortured for five weeks on a CTG military compound without the involvement of Kurdish soldiers who were acting under color of law and without the approval of Kurdish leaders who were acting under color of law.

The evidence will show that Roggio worked hand in hand with the Kurdish soldiers to torture Siim. Roggio ordered the torture. Sometimes he got involved, personally, but, mostly, it was the Kurdish soldiers who did the hitting and tasing and choking. By working in concert with the Kurdish soldiers, by doing this together, by aiding and abetting the Kurdish soldiers who were acting under color of law, Ross Roggio, too, acted under color of law when he tortured Siim Saar.

Another requirement of the Torture Statute is that the severe physical and mental pain and suffering that Roggio inflicted could not be incidental to lawful sanctions. Torture, of course, can never be lawful, and torture was against the law

in Iraq. An Iraqi Judge Zuhair Al-Maliki will tell you that, in Iraq, torture and unlawful detention are against the law. In other words, what Roggio and Kurdish soldiers did to Siim was not incidental to lawful sanctions.

Backing up in time. In the fall of 2015, the Kurds did not yet realize that Roggio was not going to deliver. At that point, Roggio was still charming the Kurds, and they were still paying him millions of dollars. But one of Roggio's Estonian employees, Siim Saar, was on to Roggio. He had figured Roggio out. He knew that Roggio was a fraud, that he was unwilling to spend the money needed to make the weapons, that he was taking the Kurds' money to buy expensive toys for himself, that Roggio would be unable to make the thousands of weapons he was being paid to make.

Siim knew that the Kurds would not be happy when they discovered this. Siim was worried that when everything fell apart, Roggio would blame the Estonian employees, and that his own life would be in danger. To try to protect himself, Siim began copying documents in the office when other people weren't around.

In mid-October 2015, things came to a head. While Roggio was outside of Iraq, Siim texted Roggio that he wanted to quit, that he wanted to leave Iraq and go home to Estonia. Roggio had gotten wind that Siim might not be loyal to him, and Roggio worried that Siim might tell the Kurds what was really going on

or that Siim would tell others about the weapons project that Roggio desperately needed to keep secret.

The evidence will show that Roggio decided to shut Siim up. At that point in time, the Kurds had not yet realized that Roggio was stealing their money for weapons he was never going to produce. At that point in time, the Kurds still thought that Roggio was going to deliver. So when Roggio told them that Siim was a threat who might interfere with the weapons project, the Kurdish soldiers did what Roggio told him to do.

Siim shared an apartment in Sulaymaniyah with two of his Estonian colleagues, Triin Kiviking and Marrtin Vilist. The day before his abduction, Siim was told to stay home from work. On the day of Siim's abduction, Triin and Marrtin went to work while Siim stayed behind at the apartment.

Siim heard a knock at the door, and there were four armed Kurdish soldiers who slapped him around, put him in a car, put a bag over his head and drove him to their military compound, where they locked him in a shipping container that was guarded 24-7.

Two days later, when Roggio returned to Kurdistan, the real horror began. The soldiers took Siim into a different room, where Roggio screamed at him, asked him questions, and when Roggio didn't like the answers, he directed the Kurdish soldiers to beat him.

That first time Roggio and Siim -- excuse me -- that first

time, Roggio and the Kurdish soldiers tortured Siim for hours. The soldiers stood Siim up and hit him in the stomach and chest, and when Siim was knocked down, the soldiers jumped violently on his chest, wearing their military boots. The soldiers hit him in particularly painful places, in his ears, nose and throat.

The evidence will show that the soldiers were doing the beating, but it was Ross Roggio who was in charge. The torture did not begin until Roggio arrived, it was Roggio giving the orders in English, which the Kurdish soldiers understood, it was Roggio who was asking Siim the questions, it was Roggio who decided when the torture would begin and when the torture would stop.

As the night went on, at Roggio's orders, the soldiers placed a plastic bag over Siim's head to suffocate him. They did this multiple times. Siim thought he was going to die. He lost consciousness a number of times. At Roggio's orders, the soldiers used a taser to inflict electrical shocks on Siim. They tased him repeatedly, again, targeting sensitive parts of the body, his nose, his throat, his groin. The torture went on and on for hours.

At Roggio's instruction, the soldiers inflicted more beatings, this time, using a rubber hose to lash Siim's legs, back, stomach and chest. At one point, Roggio had the soldiers take Siim outside barefoot, where he was forced to run on sharp

47

gravel in the military compound.

Afterward, in the recorded conversation, Roggio said that Siim experienced the overwhelming ability of mine to crush somebody. And he was right.

That was the first time that Siim was tortured, but it was not the last. Siim was held prisoner against his will at the Kurdish military compound for 39 days, from October 14 to November 21, 2015. He remembers.

During those five weeks, he was interrogated and tortured multiple times, about 10 times in all. A few times, when Roggio was away, Elina Kadaja led Siim's questioning, with Roggio texting her instructions on what questions to ask and what to tell the Kurdish soldiers to do.

The later sessions involved the same type of abuse as the first time, beating with fists, beating with rubber hoses, tasing, suffocation with a plastic bag. But the later sessions, also, involved two additional especially cruel forms of torture.

On, at least, one occasion, Roggio instructed a Kurdish soldier named Goran to use a cutting tool to apply pressure to one of Siim's fingers. Siim thought that his finger was going to be cut off, as Goran increased the pressure, in response to Roggio's orders.

On another occasion, after Siim asked Roggio for a cup of tea because his throat hurt from all the abuse, Roggio took off

48

his belt, wrapped it around Siim from behind, and yanked him off the ground, suspending Siim in the air from the belt wrapped around his neck. Siim lost consciousness, and when he came to, Goran was beating him with a stick.

The ordeal that Roggio put Siim through took place on a CTG base outside of Sulaymaniyah, not far from the airport there. Siim will testify that, every so often, he saw U.S. soldiers on the base, and whenever that happened, the door to the shipping container was closed and Roggio told him to keep quiet.

Cody McBride is an Army Veteran who was in the region at the time. Sergeant McBride doesn't know anything about Siim's detention or torture, but he will confirm that there was a compound controlled by the CTG near the Sulaymaniyah airport that matches Siim's description.

It's hard to imagine what Siim went through. In the recording, Roggio described it as brutal crushing. And he was right.

The primary evidence of Siim's torture will be his own testimony. He survived, thank goodness, and after five weeks of hell, he was allowed to leave the compound. His testimony will be corroborated by the testimony of the other Estonian employees who witnessed some of the torture on the military compound. Roggio, you see, not only wanted to make sure that Siim would not say anything about the weapons project or its problems, he, also, wanted to frighten the other Estonians to

make sure you none of them talked. All along, Roggio had been playing mind games with them, manipulating them, constantly telling them they needed to be loyal, controlling them.

Now, to further intimidate them, he brought them to the military compound to see what would happen to them if they did what Roggio feared Siim was doing. Each of these witnesses saw things from their own perspective, each of them was traumatized, and each of them found their own way of coping with what happened.

But what comes across from each of them is that Roggio and the Kurdish soldiers were inflicting severe physical and mental pain and suffering on Siim. That this was done on a Kurdish military compound that was surrounded by check points, filled with armed soldiers wearing military uniforms. That Roggio was in charge, giving the orders, directing the soldiers what to do, telling the soldiers when to start and when to stop.

You might wonder why the Estonians kept working for Roggio after that. The Estonians were strangers in a strange land. Once in Kurdistan, they felt trapped. Roggio talked about how tight he was with the Kurdish leaders, about the power he had with Kurdish officials. And that wasn't just talk. The Estonians had seen, firsthand, the Kurdish soldiers carrying out Roggio's orders to torture Siim.

Kurdish soldiers controlled the airport in Sulaymaniyah, and the Estonians believed they could not leave without

50

Roggio's permission. From time to time, some of them went home to Estonia or went to other countries, but they came back to Kurdistan, because they feared what Roggio would do to them if they did not return. The evidence will show that the Estonians were living under Roggio's reign of terror, and they had seen what could happen under Roggio's reign of terror.

In addition to hearing Siim's testimony and the testimony of some of his co-workers, you will, also, hear Roggio talk about the torture candidly, not knowing that Triin Kiviking was recording him.

The recording is lengthy, we're only going to play a few relevant excerpts at trial. In those excerpts, you will hear Roggio talk about Siim having been under constant supervision. You will hear Roggio refer to the Siim incident. You will hear Roggio talk about the compound. You will hear Roggio mention Goran. You will hear Roggio threatening to torture Triin, like Siim had been tortured.

You will hear Roggio say that he can't look Siim in the eyes because of what he had done to him. You will hear Roggio brag that Siim experienced the overwhelming ability of mine to crush somebody. You will hear Roggio talk about brutal crushing. You will hear Roggio say that he was worried about Siim enough to beat him, enough to torture him.

The Government has a great deal of evidence to present to

51

you in this trial. The evidence will prove that Ross Roggio is guilty. Guilty of exporting weapons parts, tools and services from The United States to Iraq without the required approvals. Guilty of the related crimes, smuggling, wire fraud, and money laundering. And guilty of torturing another human being, in coordination with the Kurdish soldiers with whom he conspired and with whom he carried out the torture.

At the end of this trial, the Government will ask you, based on the evidence, to find Ross Roggio guilty. Thank you.

THE COURT: Mr. Bartolai, do you wish to make an opening statement?

MR. BARTOLAI: I do, Your Honor, yes.

THE COURT: Please.

MR. BARTOLAI: May it please the Court, counsel, members of the jury.

Siim Saar is alive today because Mr. Roggio intervened. Siim Saar and the Estonians got out of Iraq because Roggio intervened. At the end, Roggio, himself, managed to escape from Iraq. And what this case is about is about some foreigners in a foreign land in Iraq, up in Kurdistan, close to Iran, close to Syria, and in 2015, when ISIS is at its peak, geographically, it's a crazy place to be. And you'll hear this from the evidence. And you'll hear -- I'm going to start at the beginning and take you through it.

Now, let's start with Mr. Roggio. Mr. Roggio is a U.S.

52

citizen, he's 55 years old, he has been in the service, he has been in Iraq, overseas during the war, during the conflict, and he has been -- he has a past.

He has been in the firearms business. Different businesses. But, particularly, the firearms business. He has made weapons before, AR15 platform, which is a specific type of weapon or rifle, and so he has involvement with that. He knows the business, he knows the rifle, he knows the suppliers, he knows a lot about it. But he's not an engineer. He's what you would call a businessman, so to speak. And he knows that. And Ron Bly, also, knows that.

Ron Bly is an interesting individual. Ron Bly was in the Mountain Rangers Team, it's a Mountain Unit, he has been a career Army guy. He rose to the level of Command Sergeant of a battalion, he was in The Special Forces, he has been all over the world, and he's highly distinguished. He knew and was friends with Ross Roggio.

So, somehow, this came along where Ron Bly also knew, from his time in service, the Talabanis. And you'll hear Ron Bly talk about the Talabanis. And, you know, the Government mentions Kurdish officials. Well, the Talabanis are a tribe in Iraq, in Kurdistan. And these fellows hold that Talabani -- they're what they call sheikhs of these tribes. This will come from Ron Bly. We're not in Kansas anymore, when we're talking about this region of the world.

So there's going to be a Government witness coming in, an expert, who is going to tell you a little bit -- give you some background on Iraq, you know, you'll hear a lot about it, and it will be helpful in the case. But you'll hear that there's plenty of weapons over there.

Now, they're talking about Kurdish officials and the Peshmerga. These, I submit, ladies and gentlemen, these people that Roggio was working for here were not Kurdish officials, they were an entity called Faruk Holdings. And you'll hear, through the Talabanis, Mr. Roggio was introduced to the Faruks, it's another tribe, another part of that structure, that societal structure over there.

And these Faruks had a big business there like Verizon, you know, major corporation called Faruk Holdings. And part of their businesses, their subsidiaries, was a place called Zarya Construction, and that's where Roggio went to work at, Zarya Construction, that contract that he had to do this project, we call it an arms project, we're not going to dance around that, it was to build weapons there, to build firearms, rifles, in particular, that was with Zarya Construction.

But I submit, ladies and gentlemen, you'll hear that this was with Zarya Construction and the Faruks and not specifically with the Talabanis. These aren't Kurdish officials that Mr. Roggio is contracting with, they're part of these tribes or this loose organization of business over there that makes this

particular region of the world work. And, again, it's partly true what the Government says when they say that, in this particular region, you just can't go over there and get in business, you have to have a sponsor, you have to have people pull for you, and that's going to be the case. But this is how it starts.

And Mr. Roggio is straight with these people from the get-go. He submits what they call a Weapons Feasibility Report. He says, Yo, if you want to do this, you need approval, you need approval from The State Department, which is the U.S. and you need approval from your Local Government in Iraq or Baghdad, in this particular case.

So, yes, there is approval, approval is needed, and he tells them this from the very beginning. So what happens is they go forward, it's a planning thing, everything starts off, it's talk, it's proposals, it's hopes and dreams and all these type of things. But it does continue. And, at the time, Mr. Roggio is employed with, like, a stepped approach, it doesn't just start like a turn key and they're making rifles, it's talked about, they get to the sight.

And in the very beginning, this whole business is in a hotel room in Sulaymaniyah, in Kurdistan. He's trying to put the parts together to, actually, make this thing work. So he needs employees, he needs machines he needs a plant, there's no factory, there's no structure, at all, he needs a site. So all

55

of this, in the very beginning, this is what happens. They're looking for a site, he's trying to find skilled employees. He can't get them from the United States, because they don't have that authorization to do that, you see, to come here, to get into that business. They're not at that point yet, but they have to start somewhere.

So there's a girl, Elina Kadaja, and I don't think she's going to be a Government witness, but she was influential in this case, you'll hear that she was part of -- she was the recruiter who, actually, recruited all of these Estonians to come to work for this venture.

What had happened here was, she starts to bring some of these people from Estonia into Iraq, and they're in these hotel rooms. One might be in this room or they go to work in the hotel room, and there's nothing to do, there's no machines to even work. Mr. Roggio is asking them to study the weapons, you know, study -- they have an M4 there or AR15 and to, you know, he has them looking at it, he wants them to know what it's about, how it functions, etc. And they're doing that.

They're, actually, measuring the weapon with, like, a ruler or something. Ultimately, they're going to take a 3D print of it, I guess, you would call it, reverse engineer the weapon and make this rifle.  So this is what they're doing. And they're looking into machines. Again, these are big machines, stamps, stampers and lathes and everything you would imagine to make a

rifle barrel. The goal is to make this weapon from the ground up right there, in-house, everything, right in this plant, from the raw material that comes in to a finished product that goes out. So, you know, they're looking into these machines and such.

The Estonians are the nucleus of the technical people here. They're the engineers. Mr. Siim, Siim, as well as this Marrtin Vilist, they're engineers, and Roggio, basically, says, you know, get the machines, you know, he sends them to China to look at machines and things. And, of course, you know, maybe, someone wanted a machine that was too much money from Germany or something, so Roggio had to push for the Chinese machine. But this is all something that you'll hear.

The point I'm making is that, early on, in the very beginning, this is just coming from the ground up, it's a very small operation, and it's just starting to lift. And the plan is to build these weapons. Ultimately, a handful, as the Government suggests, of prototypes were made but nothing more than that, ever.

But what happens is around 2015, the wheels begin to come off the project. You know, we have these Estonians there, and everything is going as I indicated, and Mr. Saar, Siim Saar, one of the engineers there, he's dissatisfied with the company and the way things are going and why someone is getting paid more than him, etc. And he wants to -- he starts talking about

57

leaving. And he starts to cause some dissension among the other employees, particularly, the Estonians. Now, there are a lot of other employees there. There's people from Greece, there's people from the Philippines, it's not just six people, there's, probably, maybe, 30 or 40 people that are beginning to start work on this project.

So Mr. Saar is intending to leave, and he's going around the company where he shouldn't be. In other words, at this point, there's a structure, and there's offices where the engineer is not supposed to be, I guess, it's the Business Offices. He's in there, and he's taking papers out and copying things. And, somehow, it comes to light he's doing this.

Elina Kadaja, the Estonian that hired these people, as the Government has said, the second in command, finds out about it. And she reports it. She reports it to the Faruks. They're always present, these people, the Faruks. I'll get into that in a few more minutes.

But at the time this happens, Mr. Roggio is in Greece, he's in Greece, looking at machines, trying to figure out how this project is going to go forward. What the Government says is true. Armed men come to Siim Saar's apartment, and they grab him, and they abduct him, and they put him in the car and throw a bag over his head and take him to this compound. And he's held there, he's detained. He's gone, he's out of the picture.

Mr. Roggio learns about that. And he comes back, he comes

back to Iraq, he comes back to Kurdistan, and he goes and he visits Mr. Saar. And he does -- you know and what happens here is that Mr. Saar is detained and he is physically abused. He's physically abused by these people that held him. They weren't Kurdish officials. They were Faruk goons, guys hired by them to try to find out what Siim was doing there. They were concerned they might blow the top off the plant, but this is what the evidence will show, ladies and gentlemen, these aren't Kurdish officials.

What happens is, Mr. Roggio intervenes and he participates in the questioning of Mr. Saar, and he does that to help Mr. Saar, you know, and he has the Estonians, also, come there, as well. And they witness this, he shows them, you know, Mr. Saar there, and he helps -- he has them help by, you know, bringing food to Mr. Saar, by writing letters, taking letters from Mr. Saar to his mother, and, also, taking letters from his mother to Mr. Saar and back and forth.

And it's the -- he doesn't have control, as the Government has indicated. In fact, he tried -- he advocated for Mr. Saar's release, but he was told, no, he couldn't, it had to come from above, they wouldn't let him go. So what happens is, eventually, that does occur, they do decide to release Mr. Saar, and Mr. Saar comes out, and he's out, and he's back at the plant.

I want to talk to you, now, about this. So you're going to

59

hear torture, this is a torture case, and that's why we're all here, that's really the serious charge that we have in front of us is this torture, you know. And it's an ugly word, it's an ugly idea, torture. It's going to be -- torture is defined -- it's not like our kids saying, My dad tortured me and made me watch that movie last night, or, That lawyer, when he talked up there for an hour, it was torture. It was not like that.

Torture is, specifically, defined by the law and by the Court, the Judge, and he will tell you what torture is at the end of the case. Torture is a serious term. And the term, torture, has a special meaning. When people say, torture, in this case, they're, kind of, coming into your zone, they're kind of stepping on your toes, because, at the end of the day, you're going to have to decide what torture is, and you're going to have to decide, Did the acts that occurred to Mr. Siim Saar, if they were torture.

So I want to caution you there. Keep an open mind, listen to the evidence, listen to what the Judge instructs on torture. The term, torture, is usually reserved for extreme, deliberate and unusually cruel practices rather than lesser forms of cruel, inhumane or degrading treatment or punishment. So it is an extreme, and it's legally defined, and you're going to have to, ultimately, apply that definition to what happened in this case.

So what happened here was tragic, and it was horrible, and it did happen. It's affected everyone, including Mr. Roggio, including the whole project, the people that worked there, and it was the beginning of the end of this project.

Shortly after, when the events with Mr. Saar occurred, in late 2015, 2016, did not go very well for this venture. The Faruks began -- exerted more and more control in the operation. You'll hear that they had these individuals, Akam, who was an accountant, he came around, and Bayan, also, a supervisor, as well as Mohammed, and these people were there daily, weekly, looking at the books, and they were going around Roggio's back and inquiring of various employees as to certain things. Every invoice had to be approved, and it was a top down control that these Faruks exerted over the entire operation.

Again, there were audits, there was interference that never allowed the project to really go further. The Estonians, at this point, left, and Roggio, of course, didn't stand in their way, they left. The guns never were made -- a handful, like we said. And the few that were made, when they asked Roggio to ship them, he did ship them to whoever got them there in Kurdistan, he shipped them without the bolts, because there was never any approval, at this point in time, to make these weapons.

So at that point, this thing, basically, failed, you know, failed with a few prototype weapons that wouldn't work, and,

ultimately, in 2016, Roggio, himself, was taken by the Faruks and held against his will, and he, ultimately, escaped. You heard that, in February 2017, he came into the J.F.K. Airport, and he passed Customs, was interviewed by a Customs Border Protection Agent there by the name of Aurelia Morales. I hope the Government offers the full statement that he gave to her, I submit that they will, what he told her, as well.

He arrived there with a temporary passport, his passport was taken from him, and he told his story about what had happened and how he just found himself returning to the United States.

So, ladies and gentlemen, that's pretty much an overview, my overview of what I think the evidence is going to show. Ultimately, you're going to have to decide, you're going to have to look at the evidence, find the facts, apply the facts to the law and come up with a verdict.

I ask you, now, keep an open mind. You know, our statements are not evidence, mine and the Government's, just merely meant to be an overview, and at the conclusion of the case, I'll come back and I'll argue that, based upon this evidence, you should find Mr. Roggio not guilty. Thank you.

THE COURT: Does any member of the jury need a break? If so, raise your hand, we will take a short break. If not, I'll have the Government call its first witness. Okay, we will take 15 minutes.

62

(At this time a recess was taken.)

THE COURT: Call your first witness.

MR. HINKLEY: The Government calls Ronald Bly, Your Honor.

R O N A L D    B L Y   IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Please state and spell your name for the record.

THE WITNESS: Ronald Lee Bly.

THE CLERK: Thank you. Please be seated.

MR. HINKLEY: May I proceed, Your Honor?

THE COURT: Yes.

DIRECT EXAMINATION

BY MR. HINKLEY:

Q.   How old are you, Mr. Bly?

A.   I am 55.

Q.   Are you married?

A.   I am.

Q.   What's your wife's name?

A.   Rhonda.

Q.   Would you be so kind as to provide your educational background to the jury?

A.   I have a Bachelor's in Organizational Leadership, as well as a minor in Safety -- or Occupational Safety and Health.

Q.   Did you earn that degree during your employment?

A.   I earned that degree while I was in the Army, yes.

Q.   So you were in the Army for some period of time?

63

A.    Yes, 31 years.

Q.    Would you provide the jury with general information regarding your service?

A.    With a short synopsis of my service?

Q.    Yes.

A.    Yes, I will. I started my career in 1988, January of 1988, where I went to Basic Training Airborne School, then, went to a selection for a unit called 75th Ranger Regiment. I made it through the selection, arrived in the summer of '88 to Fort Lewis, Washington, where I served in the Second Rank of the Battalion. I served there until '93.

In '93, I went down to Fort Benning, Georgia where I was still in the 75th Ranger Regiment, joined the Reconnaissance Detachment. In 2000, I went through a selection series, again, for another unit, specialized unit, and they moved me to Fort Bragg, North Carolina, where I then spent 12 or so years.

In 2012, I went to Hawaii, became a Battalion Command Sergeant Major, and in 2016, I became a Brigade Sergeant Major in Fort Bulg, Louisiana, where I culminated my career.

Q.    So during your career, you were an Army Ranger; is that correct?

A.    Yes, I was.

Q.    Can you describe, generally, what an Army Ranger is and what he does?

A.    Yes. Army Rangers are a specialized infantry organization

64

or unit who specializes in multiple things, one being, holding, taking and holding enemy terrain for a certain period of time until a conventional force, a larger force, can come in and relieve them. At that time, they are sliced off to do direct action missions, which take using raids and ambushes and things like that.

Q.   Are there any special training or educational requirements to become a Ranger?

A.   There are. You have to go to Airborne School, you have to be Airborne-qualified, you have to attend Ranger School, before you can, you know, be part of the unit.

Q.   As a Ranger, were you attached to the 75th Ranger Regiment?

A.   I was.

Q.   During your military career, were you ever involved in Special Operations?

A.   Yes, I was.

Q.   Generally speaking, what do Special Operations do?

A.   Special Operations has many facets, all right, there's many different pieces to it. My part that I played was a Direct Action Force who carried out missions in support of The United States Government.

Q.   Were you ever deployed to combat zones, during your military career?

A.   Yes, I was.

Q.    How many times?

A.    Roughly, over 20.

Q.    Approximately, how many months were you so deployed, during your career?

A.    Over 60.

Q.    So over five years in combat zones?

A.    Yes.

Q.    What is the highest rank you attained, during your military career?

A.    Command Sergeant Major E-9.

Q.    What are the duties of a Command Sergeant Major?

A.    A Command Sergeant Major manages the enlisted personnel of his battalion, brigade, division, so on, so forth, and he's also the advisor, a high-ranking advisor to the Commander or Enlisted Advisor to the Commander.

Q.    As a Command Sergeant Major, how many soldiers would report to you?

A.    In a battalion, roughly, 850, in a brigade, roughly, 4500.

Q.    Are you still active military?

A.    No, I am not.

Q.    During your career, did you receive any special accommodations or awards?

A.    I did, yes.

Q.    What type of awards did you receive?

A.    I've received a Soldiers Medal for Heroism, I received A

66

Legion of Merit for Service, I received multiple Bronze Stars with V Devices for Valor, I received Accommodation Awards with Valor, and I have a Good Conduct Medal with 10 bars, which, they're each three years, a bar is every three years, so 30 years, and then I have two Purple Hearts.

Q.   So would you describe to the jury what a Bronze Star is and what type of thing that a soldier would have to do, in order to earn that?

A.   A Bronze Star is given for gallantry, typically, the V is for valor, which, the two kind of come together, right. So let's just say, for instance, Medal of Honor, because everybody is relatively familiar with that. A Medal of Honor, typically, is given for valor and gallantry in the face of duty or under fire, all right.

A Bronze Star is, mainly, for gallantry, however, the lower level. So, let's say, I didn't do enough to receive a Silver Star, but I did very well. I hope that resonates, I'm not sure. It's kind of hard to explain. I've never been asked that question before.

Q.   So give an example of something that earned you one of these Bronze Stars.

A.   One of these Bronze Stars? Well, a friend of mine got shot in a breach. So, one night, in Iraq, we went to a house where there was known bad guys, known foreign fighters. As we went to the door, set the charge up on the door, once the charge went

off, the enemy started firing out the door, he was shot, and I ran up to the door and pulled him to safety.

Q.   You're retired, now, though; is that right?

A.   I am, yes.

Q.   Do you know the Defendant Ross Roggio?

A.   I do.

Q.   Is Ross Roggio in the courtroom today?

A.   He is.

Q.   Would you identify him for the record, please?

A.   Yes, he's sitting right next to his Defense attorney(indicating).

MR. HINKLEY: Your Honor, I would ask that the record reflect that the witness has identified the Defendant Ross Roggio.

THE COURT: The record will so reflect.

BY MR. HINKLEY:

Q.   How did you come to know the Defendant?

A.   I came to know Ross in early 2000's, the date actually escapes me, through church. He went to church with us.

Q.   At the time, where were you living, when this occurred?

A.   Fayetteville, North Carolina.

Q.   Was the Defendant, also, living in that area?

A.   He was living in that area, yes.

Q.   Do you know whether the Defendant was employed, during the time frame when you knew him?

68

A.    Yes, I believe Ross was employed -- I know he was employed, exactly where, I'm not 100 percent sure, but he did have a job at the Kelly Tire Factory, as well as he had a smoke shop where he sold vape items and things like that.

Q.    Did there come a time when the Defendant became involved in arms, firearms, that type of thing?

A.    Yes, he started a business called Roggio Arsenal.

Q.    Was that in that same area, in the Fayetteville area?

A.    Yes, it was.

Q.    Do you know the approximate dates that would have been?

A.    The approximate dates, counselor?

Q.    Yes.

A.    I believe it to be '06-'07 time frame, maybe. I could be off, slightly.

Q.    I think you indicated that he was involved in a business called Roggio Arsenal?

A.    Yes.

Q.    What type of business was that?

A.    Roggio Arsenal manufactured uppers and lowers for AR15's, and, then, later on, got into making barrels for them, as well.

Q.    Now, did you become familiar with Roggio Arsenal, generally, and what the Defendant's concept or goal was for his business?

A.    Slightly, yes. I understood the business plan.

Q.    And what was that?

69

A.   Ross' plan, initially, was to, you know, make uppers and lowers, and through that, purchase other parts to build AR-15's to sell to the local populus in Fayetteville. I believe, his business plan, at some point, was to make submit one of those rifles into, maybe, the U.S. Government purchasing it, at some point in time.

Q.   Are you familiar, through your service in the military, as well as your personal life, with AR15 type of firearms?

A.   Yes, I am.

Q.   Is the AR15 modeled after any specific military weapon?

A.   Yes, the AR15 is modeled after the M16a1, which we used in Vietnam, and then the CAR-15, which we, also, used in Vietnam. However, the CAR-15 outlived it and became a weapon of choice for direct-action missions, because it was short, easier to maneuver, easier to use, it wasn't as long.

Q.   Did that -- did the military, then, move on to a weapon called an M4?

A.   Yes, they did.

Q.   What's an M4, generally speaking?

A.   An M4 is a more modern version of the AR15 -- excuse me -- the CAR-15. The CAR-15 was getting old and they needed a replacement. The M4 was that.

Q.   So what differences, if any, are there between the M4 and an AR15?

A.   So a civilianized AR15 is a semi-automatic rifle. Every

70

time you pull the trigger, a bullet comes out. M4 rifle that the military uses has an automatic function. Every time you pull the trigger, if you hold that trigger down, it will release bullets until they ran out or as you release the trigger.

Q.    Are you familiar with components of the AR15 and M4 type of firearms?

A.    Yes, I am.

Q.    Are you familiar with the way these weapons work?

A.    Yes, I am.

Q.    Would you be willing to describe, generally, how these firearms work to the jury?

A.    Yes. So an AR15, M4, those are gas-operated rifles, which means that the gas that's expelled from the bullet going off moves through a tube and actuates the bolt, which there's eight functions of fire. And I may mess this up, so please bear with me, it has been a while.

It's feeding, loading, chambering, locking, firing, unlocking, extracting, ejecting. So that's how the weapon functions, right. So the gas in the firing portion of those eight cycles or those eight functions, after it fires, the gas travels through a tube back to the bolt and pushes that bolt back, which allows it to extract the fired shell and eject it, and, then, go back into feeding and loading it.

Q.    So is the gas, basically, the expanding gas of the bullet,

71

when it shoots out the -- or, actually, the projectile, when it shoots out the projectile, is that where the gas comes from?

A.    Yes, it comes from the shell. So as you hit the firing pin, as the firing pin is struck, it ignites the gun powder inside the shell, then, it expands, slightly, in the chamber, the bullet goes in and it's pushed out of the barrel, and the gas follows it until it has a way out, and that is the tube.

Q.    So you described, earlier, that Roggio Arsenal was building firearms uppers and lowers. Would you describe, if you can, the function of an upper and how it works for a firearm?

A.    Yes. So the upper holds the barrel, the barrel is screwed into the upper, the chamber and everything is within the barrel. It, also, holds the gas tube where it comes back from the barrel into the upper, it holds the bolt and the bolt carrier group, which is a long cylindrical piece is the bolt carrier, the bolt fits inside there and the firing pin, as well. So it holds all that.

Q.    What does the firing pin do?

A.    What does it do?

Q.    Yes.

A.    So the firing pin has a sharp point on the end, it's within the bolt, and the bolt is within the bolt carrier. The firing pin kind of looks like a writing pen, if you took the inside of the pen apart, the firing pin looks like that. At the end of it, it has a big ball, so that it can be connected by a

72

pin, within the bolt, so that it doesn't fly out. But it strikes the -- the firing pin strikes the primer, which ignites the powder.

Q.   How about a lower? What is a lower for a firearm?

A.   So the lower of an AR15 holds the buffer and buffer spring, also, holds the trigger assembly, and it's, also, where you would load the magazine.

Q.   So prior to coming in to testify today, did you have an opportunity to spend time with me and others to review your testimony?

A.   Yes, I did.

Q.   As part of that, did you view a video that shows the parts of these types of weapons?

A.   Yes.

Q.   And would use of that video assist you in your testimony in describing the function of the parts of the firearms?

A.   Yes, it would.

     MR. HINKLEY: Your Honor, I'm going to ask that the Government be able to use a demonstrative, which is a short video that shows the parts of the firearms, for the description to the jury.

     THE COURT: Mr. Bartolai, any objection to that?

     MR. BARTOLAI: No.

     THE COURT: You may do so.

     MR. HINKLEY: Call up Government's Exhibit 9.8.

73

(At this time the video was played.)

BY MR. HINKLEY:

Q.   What would you describe that weapon as?

A.   It's extracting and ejecting a spent shell. As it extracts and ejects a shell, it is loading another one.

Q.   What type of firearm is this?

A.   This is an AR15. Could be an M4, I can't tell if it's automatic or not.

Q.   But it's one of those firearms that you were speaking of, earlier?

A.   It is an assault rifle, yes.

(Video continued.)

BY MR. HINKLEY:

Q.   So that silver component there, what would you describe that as?

A.   As the bolt carrier, and the bolt is on the end, the gold piece is where the gas tube fastens.

Q.   So would this be part of the upper or the lower?

A.   Upper.

(Video continues.)

BY MR. HINKLEY:

Q.   So it appears there's something that came out of that bolt carrier. Could you describe what that would be?

A.   That's the firing pin retainer pen, I believe, it would be called.

74

Q.   Is that the firing pin that just came out?

A.   That is the firing pin that just came out, yes.

Q.   And the firing pin retainer, is that designed to keep that inside of the bolt, during the operation of the firearm?

A.   Yes, it is.

     (Video continued.)

BY MR. HINKLEY:

Q.   That piece that was just disassembled in the video, what was that, if you know?

A.   Those are the gas rings, and they allow the gas not to bypass so that that bolt can activate.

Q.   Would you describe gas rings as an integral part of the firearm?

A.   Yes, they are. If you don't have them, then, it's not going to -- the gas will just bypass the bolt or could bypass the bolt and it will short cycle, which means, it will jam.

Q.   So will a firearm work without the gas rings?

A.   You would be able to fire it one time.

Q.   Getting back to, did the Defendant ever consult you regarding Roggio Arsenal?

A.   Some things. He consulted me on, you know, different accoutrements that may go on the rifle, just asked me if these were good parts, bad parts, things like that. Do you think these will sell? Do you think these won't? That kind of thing. Are these good parts? You know.

75

Q.    So when he was consulting you, in regards to those type of issues, was it based on the area that the business was at and his anticipated customers?

A.    I believe, it could be construed as that, counselor. I used these weapons all the time, and the organization that I was in had a lot of cutting edge parts, and newer parts, and I think he was just, kind of, picking my brain as to, Are these good or bad, maybe, I'll use a little older part because it's what we can afford to make the weapon affordable, I think that's more so what he was doing.

Q.    Very good. So what was your understanding of or what is your understanding of the manufacturing process that Mr. Roggio was engaged in?

A.    Ross Roggio had a small assembly line assembled there, where he utilized CNC machines to make his uppers and lowers, initially. Then, he got into -- he bought another machine, and I cannot think of the name of it -- however, it was used to make barrels, so you would drill the bore into the barrel.

     Later on, the demand was relatively high, and Ross hired a machinist shop to make the lowers and uppers, I believe, which did not work out well for him.

Q.    So are you, generally, familiar with what an arsenal would use a CNC machine for?

A.    Yes.

Q.    Would you describe to the jury what that would be?

76

A.    So a CNC machine is used to -- you have stock, metal stock, aluminum stock, whatever you're making your weapon from, and those CNC machines would bore all of those and cut the pieces out, so at the end state -- at one end, you'd put a block of metal in or aluminum in, the other end, you would have a lower.

Q.    You indicated that he was, also, producing or drilling rifle barrels?

A.    Yes.

Q.    Are you, generally, familiar with how that works?

A.    I am.

Q.    Would you describe that to the jury?

A.    So there's a large auger machine -- well, auger is, maybe, not the right word -- but a drilling machine that would take stock, round stock, bar stock and drill it. Once it drilled it, it would pull blocks, so it had a hole, just a cylinder, and they would use another to go through and get the right rifling of the bore correctly set, which is one in nine, one in seven, typically, that's a twist for, you know -- one in seven twist, one in nine twist, depending on what round you were shooting, whether it was 223 or 556.

Q.    Were you ever, officially, employed by Roggio Arsenal, other than this consulting or questioning that you did?

A.    No, I was not.

Q.    Was anyone you know employed by Roggio Arsenal?

A.    Yes, my wife was the office manager and my daughter and my son-in-law now, then her boyfriend, worked there, while they were in college.

Q.    What was your wife's job at the Defendant's business?

A.    My wife was the office manager and made sure that the daily bills were paid, that the shipments came in, the shipments went out. She just managed the business from the front office.

Q.    Did she make sure that the employees were paid?

A.    Yes, she did.

Q.    Did she, herself, receive a salary from Mr. Roggio?

A.    She did, initially, and, then, as the business started to take a turn for the worst, she did not take a salary to ensure that there was money to, either, pay employees or, you know, bills.

Q.    So she worked for some time without receiving a salary?

A.    She did.

Q.    I take it from your answer that Roggio Arsenal was not a successful business?

A.    It was not.

Q.    Was that from the beginning or is that something that developed over time?

A.    It developed over time.

Q.    So I want to return to your military service, if I may. Have you ever been deployed to the Kurdistan Region of Iraq?

A.    Yes, I have.

Q.    What is the time frame, approximately?

A.    2008, I believe it was, the spring of 2008.

Q.    Where were you deployed to? What part of Iraq?

A.    Sulaymaniyah.

Q.    What unit did you belong to, at this point in time?

A.    I belonged to an organization named Special Forces Operational Detachment Delta.

Q.    Generally speaking, what was the mission of your unit in Sulaymaniyah?

A.    Sulaymaniyah, my mission was to run the house at Sulaymaniyah. That meant I was an LNO Officer to the Kurdish, the Talabani and the Kurdish forces there, as well as, I ran a range and trained CTG on firing techniques, pistol and rifle.

Q.    So that was your function as a Liaison Officer?

A.    As Liaison Officer, my job was to -- I was the go-between between the Talabanis, who run the western side of Kurdistan, and collect intel from them and pass it on to my command.

Q.    As part of your work, did you have contact with an organization called the Peshmerga?

A.    Yes.

Q.    What is the Peshmerga, generally?

A.    The Peshmerga are the Army of Kurdistan. Now, Kurdistan is a large area. When you say, Kurdistan, it's split in half, so you have to kind of look at there's Erbil and there's

Sulaymaniyah, so it's split almost down the middle.

The Barzanis own the western side of Kurdistan and the Talabanis own the eastern side of Kurdistan. You can think of it as the U.S. Civil War North and South, and it's almost the same.

Q.    How about the Kurdistan Counter Terrorism Group, is that a name familiar to you?

A.    Yes, it is.

Q.    What is the mission of the Kurdistan Counter Terrorism Group?

A.    The CTG was used to protect Kurdistan, Sulaymaniyah from Al-Qaeda, also, to collect intel. But that was one of their missions, as well, to collect intel, but, mainly, direct action missions in support of Sulaymaniyah or the eastern side of Kurdistan, sorry.

Q.    In the three-ring binder before you, there are a number of exhibits. I'll ask you to find and take a look at Government's Exhibit 3.1.

A.    I have it.

Q.    Do you recognize that?

A.    I do.

Q.    What is it?

A.    That is a CTG patch, so that's their insignia, that's what they wear to signify that they are in CTG. I believe, the saying at the top, loosely, says Defend Kurdistan.

80

Q.    Okay.

        MR. HINKLEY: Your Honor, the Government moves for admission of Government's Exhibit 3.1.

        MR. BARTOLAI: No objection.

        THE COURT: Government's 3.1 is admitted.

        MR. HINKLEY: May we publish to the jury?

        THE COURT: You may.

        (At this time Government's Exhibit No. 3.1 was admitted into evidence.)

BY MR. HINKLEY:

Q.    So, again, would you describe what this is to the jury?

A.    Yes, this is the patch that the CTG would wear.

Q.    You said there's some writing on the top?

A.    There is. The writing, Lexoman Parastin, loosely translates to, Defend Kurdistan.

Q.    In the binder before you is Exhibit 3.2 or 3-2.

A.    I have it.

Q.    Do you recognize that?

A.    Yes, that is the same patch, that's just attached to the sleeve of a shirt.

        MR. HINKLEY: Your Honor, the Government moves for admission of Exhibit 3.2.

        MR. BARTOLAI: No objection.

        THE COURT: Government's 3.2 is admitted and may be published.

81

(At this time Government's Exhibit No. 3.2 was admitted into evidence.)

BY MR. HINKLEY:

Q.    Would that be something worn by one of the Peshmerga or part of the CTG?

A.    Yes, that is correct.

Q.    In your position as Liaison Officer, did you interact with leaders of the CTG?

A.    Yes, I did.

Q.    Did you interact with Governmental leaders in the Kurdistan Iraq area?

A.    Yes, I did.

Q.    How about Polad and Lahur Talabani?

A.    Daily.

Q.    Who is Polad Talabani and what position did he hold, either, in the civil or military sphere of the Kurdistan Iraq area.

A.    Polad Talabani, at the time I was there, was the Commander of the CTG.

Q.    How about Lahur Talabani?

A.    Lahur Talabani, at the time I was there, he was the Commander of all military forces.

Q.    Would you take a look at Government's 3-4, please.

A.    I have it.

Q.    Could you describe what 3.4 is?

82

A.   That is a picture of the CTG standing outside of MRAP vehicles, and in the forefront there, I believe, that's Polad Talabani.

MR. HINKLEY: Your Honor, the Government moves for admission of Exhibit 3.4.

MR. BARTOLAI: No objection.

THE COURT: Government's 3.4 is admitted. You may publish.

(At this time Government's Exhibit No. 3.4 was admitted into evidence.)

BY MR. HINKLEY:

Q.   So generally speaking -- well, not even generally speaking -- who is it that you're indicating is Polad Talabani, from your --

A.   The closest individual in the picture, so the forefront, right there in the front, looks like Polad Talabani.

Q.   There's some vehicles in the background. From your experience in the military there in Kurdistan, could you describe what those would be?

A.   Those are large troop carrier vehicles, they carry, roughly, 10 personnel, each one of them, they are highly armorized. They're called MRAPs.

Q.   I think you indicated in your description that this appeared to be a group of CTG individuals?

A.   Yes.

Q.   Again, what does CTG stand for?

83

A.    Counter Terrorist Group.

Q.    What was their purpose? What was their mission?

A.    Their mission was to defend against Al-Qaeda coming in to Kurdistan.

Q.    Did there come a time in 2008 or 2009, during your employment in Kurdistan, did anyone approach you about firearms manufacturing?

A.    Yes.

Q.    Would you explain to the jury what happened?

A.    Lahur Talabani approached me, in the latter part of my tenure there, and asked if I knew anybody that could help him build a weapons factory. The weapons that we -- that the U.S. Government gave the Kurdistan Defense Force or CTG were getting old, and they were wearing out, so he wanted to build his own to have a better weapon than what was would have been available to him at the time.

       If we would have taken our weapons back, being the U.S. Government, would have taken those weapons back or if they would have worn out, we weren't replacing them, they would have had to use AK4-7's, and AK-47's, that's not as accurate nor is it as reliable.

Q.    So they wanted their own source of military weapons?

A.    Yes.

Q.    You indicated that the U.S. Government had, I guess, loaned firearms to them?

84

A.   Yes, loaned is a good word. I was in charge of the Sulaymaniyah house, I was in charge of those weapons, so I had to account for those or was accountable for those weapons.

Q.   As part of the accounting, did you have to keep track of the serial numbers and all the weapons that they had use of?

A.   Yes, I was or, yes, I did.

Q.   In your experience of what you saw there, were those weapons, basically, wearing out?

A.   Yes, they were.

Q.   In what way were they wearing out?

A.   So the CTG spent a lot of time daily, they were daily on the range shooting those rifles and pistols, and, then, they carried them daily, they were always on. So it wasn't -- they didn't get holidays or anything like that, it's just the way they do business.

     So those weapons were being fired, hundreds of rounds were going through those weapons daily, barrels were getting shot out, they were getting loose, they were just wore out.

Q.   So Lahur Talabani indicated to you that they wanted their own weapons. I think, you indicated that they weren't really issued AK-47's?

A.   No.

Q.   Why is that?

A.   AK-47 is a very rudimentary weapon, it will shoot a projectile down range, and, obviously, that projectile will

85

kill. However, when you're dealing in counter terrorist organizations, an organization that does this, you are firing in and within, you know, local populus civilians, so your weapons need to be accurate so you can take accurate shots.

Q.    So having been approached by Lahur Talabani, did you offer anyone up who might be able to set up an AR15 or M4 manufacturing facility for the Talabanis?

A.    Yes, I did.

Q.    Who did you offer up?

A.    Ross Roggio.

Q.    Why did you offer up the Defendant?

A.    Because I knew Ross, his business was in -- if, at that time, it hadn't failed, which I think it had, it was in a major decline. Like I said, I went to church with Ross, I liked Ross, I knew he could handle it, he was capable, and I knew Ross wouldn't mind deploying to Iraq.

Q.    During your initial conversations with the Talabanis, did you provide any advice for them, regarding Mr. Roggio?

A.    I did. Since I had an inside into Roggio Arsenal, because my wife was the office manager, I told the Talabanis that Ross would be a good fit, that he could do it, he was competent. However, not to pay him to do -- all the money that went out, they would need to have somebody to pay for the parts and to pay Ross a salary, up until the point the factory was finished, and, then, of course, if there was monies left owed, to pay him

86

then, not to give him just a lump sum.

Q.    Did you speak to the Defendant about this opportunity?

A.    I did.

Q.    Approximately, when was that? What time frame?

A.    That would have been beginning of summer 2008, roughly. I spoke to him about going over and building this, and he was very excited.

Q.    So describe, if you will, the conversation that you had with Mr. Roggio, in regards to that opportunity?

A.    I told Ross that, you know, there was an opportunity in Sulaymaniyah, I asked him if he knew where Sulaymaniyah was, and I believe he did or had an idea. And I told him the opportunity was to build a weapons factory, they wanted to build AR15s to give to their soldiers, as well as sell to the Iraqi Government.

So Kurdistan, however, is part of Iraq, it's still separate, it's kind of hard for us to understand. It would be, like, maybe, the Caribbean and the U.S., if that makes any sense. So they kind of govern themselves, however, Iraq is still over them. Probably not a good analogy, but that's the best I have.

Q.    Did you give Mr. Roggio any advice, in regards to approvals that he would have to obtain?

A.    I did. In my limited knowledge, at the time, I told him that he would, one, have to go through The State Department,

87

because you are a civilian traveling to Iraq, and that there would be certain certifications and licenses that would have to be obtained, before you could, you know, make weapons in Iraq or build a factory in Iraq.

Q.    Did there come a time, after your deployment, that you met with anyone from Kurdistan, regarding the manufacturing facility?

A.    Yes.

Q.    Approximately, when did that meeting take place?

A.    This meeting took place, roughly, around the same time, it was the first part of summer, I believe, from what I can recollect. Polad Talabani and Hewa Ibrahim, who was a very close friend and consultant to the Talabanis, came over to Fayetteville, North Carolina to meet with Ross and to meet with myself and to discuss the factory, how it was going to be run.

Q.    Where did that take place, if you recall?

A.    It took, I believe, at Luigi's Italian Restaurant.

Q.    Did you have any direct involvement with the proposed weapons factory?

A.    No.

Q.    Did the Defendant ever reach out to you after this meeting and speak to you about the weapons manufacturing project?

A.    So Ross was due to go to Sulaymaniyah, at some point. I do not recall the date, I don't recall if he even told me when, I just knew that he was supposed to go over there, and then he

would travel and look at the property, and they would discuss it more in depth in Sulaymaniyah.

Ross did go over there. When he came back, he told me he didn't think, from what I remember, he didn't think that they were going to do the weapons facility or they were going to wait on it, and that he was going to help them with infrastructure in Sulaymaniyah.

Q.   So is it your testimony that Mr. Roggio took up the weapons manufacturing project in Kurdistan or not?

A.   Yes, but not at that time.

Q.   Did Mr. Roggio ever offer you a job, related to the weapons factory?

A.   Yes, they said that there would always be a job for me there, if I wanted it.

Q.   What type of job or just a general job?

A.   I guess, just overseeing the manufacturing of weapons.

Q.   So did the Defendant ever pay your wife for her previous work?

A.   He did.

Q.   How much did he pay her?

A.   He made two payments, one for $50,000 and one for $25,000.

Q.   Do you know where the money was coming from?

A.   I knew that the money was coming from a bank within the United States. I would not have accepted it, if it was from Iraq.

89

Q.   Is this the only money you received from Mr. Roggio?

A.   It was the only currency I received from Ross Roggio, yes.

Q.   Did you receive any expensive type of gifts from him?

A.   I did. Ross Roggio gave me a used Rolex watch.

Q.   Did he provide any gifts to your wife?

A.   He did, he bought her a car.

Q.   As far as you know, did the Defendant ever give expensive gifts to Polad Talabani?

A.   Yes, he did.

Q.   What do you know about that?

A.   Ross discussed with me a motorcycle that was built for Polad Talabani through Count's Customs in Las Vegas, Nevada.

Q.   So in front of you in that binder, I think, that you'll find 11.31, if it only goes to 10, let me know, and I'll give you the correct binder.

A.   Mine only goes to 10.5.

Q.   Again, it's 11.31.

A.   I have it.

Q.   What is Government's Exhibit 11.31?

A.   That is a motorcycle.

Q.   Is it a photograph?

A.   I'm sorry, counselor?

Q.   It's a photograph?

A.   It is a photograph of a motorcycle, yes.

Q.   Is this the motorcycle that you were talking about that

Mr. Roggio had discussed with you?

A.    I believe it to be, yes. I've never, actually, seen the motorcycle, other than a picture.

Q.    Is there someone on that motorcycle?

A.    Yes, there is.

Q.    Who is that?

A.    I believe that to be Polad Talabani.

MR. HINKLEY: Your Honor, the Government moves for admission of Government's 11.31.

MR. BARTOLAI: No objection.

THE COURT: Government's 11.31 is admitted.

(At this time Government's Exhibit No. 11.31 was admitted into evidence.)

BY MR. HINKLEY:

Q.    So, again, this is the motorcycle that or, at least, your belief the motorcycle that Mr. Roggio had acquired for Polad Talabani?

A.    Yes, it is.

Q.    Is there anything about the motorcycle that you see that is related to the Kurdistan Counter Terrorism Group?

A.    Yes, well, it has the Kurdistan flag on it, it looks to have some Kurdish emblems and the CTG patch way in the back.

Q.    In your three-ring binder, there's, also, Government's Exhibit 11.35.

A.    I have it.

Q.   Could you describe what that is?

A.   That is a leather seat on the motorcycle. That has the CTG patch on it.

     MR. HINKLEY: The Government moves for admission of Government's Exhibit 11.35.

     MR. BARTOLAI: No objection.

     THE COURT: Government's 11.35 is admitted.

     (At this time Government's Exhibit No. 11.35 was admitted into evidence.)

BY MR. HINKLEY:

Q.   So that's the seat; right?

A.   Yes, it is.

Q.   Do you recognize the embossing on the motorcycle seat?

A.   I do.

Q.   What is it?

A.   It is the CTG patch, their logo.

Q.   Back to your communications with the Defendant, regarding what was going on in Iraq.

     Did you have communications with the Defendant, during the time frame as the weapons factory project was actually under way?

A.   Yes.

Q.   Did the Defendant talk to you about specifics regarding the project?

A.   Yes, about problems running the factory.

Q.   What was he telling you about?

A.   He was having problems with, I think, some problems with machinery, but he mainly had problems with the gentleman that was assigned over him to, kind of, oversee the business. He didn't understand weapons manufacturing and was ignorant to the whole process.

Q.   Was there a time when you thought that you might become more involved in the weapons manufacturing plant with Polad Talabani?

A.   There was. Initially, when this plan was in its inception, before Ross went to Sulaymaniyah the first time, my wife and I talked about -- because she understood how to run the business and I understood weapons -- we thought we might pick up where Ross Roggio fell off and build our own -- buy the machines and build our own AR15 plant factory, whatever, and utilize plans that Ross and Polad would come up with in Kurdistan.

     So if they come up with a different design or something like that, we would be able to use or have access to those designs to build our own weapons, and then I was going to, obviously, I would have to get my own Federal Firearms License.

Q.   Did anything come to pass in that regard?

A.   No, it all fell through.

Q.   Back to the Defendant. Did the Defendant share any specific information or presentations to you, concerning a weapons manufacturing facility?

93

A.    Yes. Ross, at one time, in the beginning, sent me a power point presentation with his -- it was his business plan, essentially.

Q.    Did he ever share pictures with you, showing the manufacturing plant project in progress?

A.    In Sulaymaniyah, yes -- not me in Sulaymaniyah -- but the progress from Sulaymaniyah, yes, he did.

Q.    During this time frame, these images that you received from him, were they communications you were having with him on your phone?

A.    Yes.

Q.    Were you using an App to do that?

A.    Yes, we used WhatsApp.

Q.    In front of you in the other binder is 3.10. Would you take a look at that?

A.    I have it.

Q.    Before court today, you had an opportunity to look at that; is that right?

A.    I did.

Q.    And, generally speaking, what is Government's Exhibit 3.10?

A.    It is a record of the conversations between Ross and I on WhatsApp.

        MR. HINKLEY: Your Honor, the Government moves for admission of Government's Exhibit 3.10.

94

MR. BARTOLAI: Your Honor, may we have a moment?

THE COURT: Sure.

MR. BARTOLAI: No objection to that, Your Honor.

THE COURT: Government's 3.10 is admitted.

(At this time Government's Exhibit No 3.10 was admitted into evidence.)

MR. HINKLEY: May we publish?

THE COURT: Yes.

BY MR. HINKLEY:

Q.   On the eighth line down, on the first body of text there, it appears to be a number. Do you recognize that number?

A.   Yes, I do.

Q.   What is that number?

A.   That is my cell phone number.

Q.   Just below that, there's what appears to be a From, with a number.

A.   I believe that to be Ross' phone number.

Q.   All right. So if I'm to understand your testimony, basically, you're just texting back and forth on WhatsApp, using your phone and Mr. Roggio using his phone to communicate with you; is that right?

A.   Yes.

Q.   Do you recall that there are a number of images that Mr. Roggio sent you, as well as a video; is that correct?

A.   Yes, that is correct.

95

Q.    So I would ask you to take a look at, in the three-ring binder, Government's Exhibit 3.5, 3.6, 3.7 and 3.8.

A.    (Witness complied.) Yes.

Q.    Could you describe what those are?

A.    Those are pictures of AR15's being produced in Sulaymaniyah.

Q.    These are the images sent to you by Mr. Roggio?

A.    Yes.

Q.    As part of the communication, did he, also, send you a video?

A.    He did.

Q.    Prior to coming in to testify today, did you have an opportunity to watch that video?

A.    I do.

Q.    What does that video depict?

A.    It depicts Ross firing one of the weapons produced by the AR15 factory.

MR. HINKLEY: Your Honor, I'm going to move for admission of Government's 3 -- actually, I lost track -- 3.9.

THE COURT: Mr. Bartolai?

MR. BARTOLAI: No objection.

THE COURT: Government's 3.9 is admitted.

(At this time Government's Exhibit No. 3.9 was admitted into evidence.)

MR. HINKLEY: If we may publish, Your Honor.

96

THE COURT: Yes.

(At this time a video was played.)

BY MR. HINKLEY:

Q.    Do you recognize the person firing that firearm?

A.    Yes, I do.

Q.    Who is it?

A.    That is Ross Roggio.

(Video continued.)

BY MR. HINKLEY:

Q.    I noticed there seemed to be sparks emanating from the weapons chamber area. Is that normal?

A.    No.

Q.    Do you know what could be causing that?

A.    I believe, it's blown by, so gases are blowing past the gas rings that we discussed earlier, so it's igniting in the chamber. It's not horribly wrong, it's just the gas rings may be bad or they're lined up. So you notice the gas rings all had a cut in them, that way, they could slide them on. If those are all lined up, then, gas would escape.

I'm not 100 percent sure that's what the problem is, but that makes the most sense to me.

Q.    Are you, generally, familiar with The United States Export Laws, related to firearm tools and firearm parts?

A.    Generally.

Q.    Do you need a license to export certain items?

97

MR. BARTOLAI: Objection, Your Honor. I believe the Government is going to call a witness in this respect. And these laws are very complicated and technical. And if this person is not qualified as an expert, he shouldn't be allowed to give an opinion on that matter, Your Honor.

MR. HINKLEY: Well, I don't think you have to be an expert in the law, in order to export items, and he has indicated he's generally familiar with export laws. Otherwise, anybody who would be in the business of exporting goods would have to be an expert.

THE COURT: He has testified he's generally familiar with The United States Export Laws relating to firearms. I'll let you go so far with that, but I think, to the extent he's not an expert and he hasn't been qualified as one at this point, Mr. Bartolai's objections, if there are more, would likely be sustained.

So take it as far as you think you can go, but I'm telling you already where I'm going.

BY MR. HINKLEY:

Q.    To the extent of your understanding, do you need to have licenses to export certain firearms parts or tools?

A.    Yes.

Q.    In fact, isn't that, basically, what you told the Defendant, when you first introduced him to the possibility of being part of this project?

98

A.    Yes, it is.

Q.    During or at any time did Mr. Roggio ever ask you to ship controlled items to Iraq to assist in the weapons manufacturing progress?

A.    No.

Q.    Did you ever have a conversation with Mr. Roggio about controlled items being sent to Iraq?

A.    I did. He told me that his wife had sent some items, he wasn't specific, to him in Sulaymaniyah from Pennsylvania to get him in trouble.

Q.    Did there come a time when you informed the -- when you were informed that the FBI wanted to speak to you in 2019?

A.    Yes.

Q.    When you received that information, did you know why the FBI wanted to interview you?

A.    No, not at the time.

Q.    Did there come a time when you figured that out?

A.    Yes, I went home, spoke to my wife, and we came to the conclusion it might have been something to do with Ross. At that time, I called Ross and asked him, specifically, what was going on.

Q.    Would you describe that conversation that you had with the Defendant?

A.    From what I recollect, there was a couple of expletives that I used that I won't address here, however, the gist of it

99

was that, Ross, what's going on? Why does the FBI want to talk to me? He said, at the time, Don't worry about it, no big deal, you're not involved.

MR. HINKLEY: Thank you, Your Honor. I have no further questions. However, I would move for admission of Government's Exhibits 3.5 through 3.8, if I have not already done so.

MR. BARTOLAI: No objection.

THE COURT: I believe they are admitted.

THE CLERK: No, they are not.

THE COURT: I stand corrected, but they are admitted now.

MR. HINKLEY: Thank you, Your Honor.

(At this time Government's Exhibit Nos. 3.5-3.8 were admitted into evidence.)

THE COURT: Cross-examine.

MR. BARTOLAI: Your Honor, I expect to be lengthy. I don't know if this is a good time -- it doesn't matter to me, I'll continue, I'm just bringing it to the Court's attention.

THE COURT: It is 1:00, by my watch. Let's take our lunch break, right now, before it gets too late. Be back at 2:00.

(At this time the jury was excused for lunch.)

(At this time a luncheon recess was taken.)

THE COURT: Cross-examine.

CROSS EXAMINATION

BY MR. BARTOLAI:

Q.   Good afternoon.

100

A.   Good afternoon, counselor.

Q.   So my understanding is, at one point in your time, you were in the Special Forces, the Delta -- what was that Delta --

A.   Special Forces Operational Detachment Delta.

Q.   So this is pretty much -- this is the stuff that we see on the video games, pretty much, Special Ops; is that right?

A.   Yes.

Q.   Not your regular infantry squad?

A.   No.

Q.   You've been in many combat zones?

A.   A few.

Q.   You've been in Iraq and Afghanistan, as well?

A.   Panama, Somalia, yes, sir.

Q.   And you do have a lot of time in Iraq and, specifically, in the Kurdistan Region?

A.   I have a lot of time in Iraq, only about six months in Sulay.

Q.   We will refer to this as Sulaymaniyah.

A.   Yes.

Q.   When, specifically, were you in Sulaymaniyah? What time frames?

A.   I believe, it's the spring of 2008.

Q.   When?

A.   The spring of 2008.

Q.   2008, right?

101

A.    Yes.

Q.    And that was before you had spoke to Mr. Roggio about this project; is that right?

A.    Yes.

Q.    And this was after your wife had worked for Roggio Arsenal; right?

A.    Yes.

Q.    And it was while you were deployed in Sulaymaniyah with your Special Forces that you had run into Polad Talabani; right?

A.    Yes.

Q.    And then Lahur, you got to meet him, as well?

A.    I did.

Q.    Could you describe or have you described these people in the past as sheikhs?

A.    Lahur is considered a sheikh.

Q.    When you use that term, how do you use it, so we have a common understanding?

A.    A sheikh is a leader, a group leader. It would be similar to a State Representative, maybe, something like that.

Q.    Okay. So when we talk about the Talabanis, we're talking about a Klan?

A.    Yes.

Q.    All right. Or a family, would it be akin to a family?

A.    They are akin, yes.

102

Q.   So, I mean, they are, actually, a family?

A.   They are, but it's -- yes.

Q.   In fact, one of their family, Jalal, was the President of Iraq?

A.   Yes, Mumjalala. That's what everybody calls him.

Q.   He was the President of Iraq, elected?

A.   He was an Elected President, yes.

Q.   That would have been after Saddam Hussein; is that right?

A.   Yes.

Q.   So the new Iraq or --

A.   The transitioning Iraq.

Q.   Okay, very good. So these are people -- these are influential people; right?

A.   They are.

Q.   You're familiar with Faruk Holdings?

A.   Loosely.

Q.   Well, tell us what you know about Faruk Holdings?

A.   I believe, Faruk Talabani -- am I correct, counselor?

Q.   I'm asking you. But it sounds right. Go on.

A.   I believe that's his name -- was the son of Jalal and owns, I believe, it's a cell phone company, he owns the -- I believe that's what it is, cell phones, telecommunications, I believe. I could be wrong, I'm not 100 percent clear.

Q.   So it's Faruk Taliban?

A.   No, Faruk Talabani. Taliban is the terrorist force in

Afghanistan.

Q.   All right, Talabani. You were at their -- you were at Lahur's palace?

A.   No, I've never set foot in the palace.

Q.   Were you at his home?

A.   So, at the time I was there, he lived in the palace, I did not go to the palace. We did our business, either, at CTG headquarters, where he had an office, or they have a house where they all gather. I don't know how to put that in U.S. terms, they gather at the house, and that's where business is conducted, as well.

Q.   You had occasion to speak with the FBI, as well as Homeland Security, right --

A.   I have spoke to them, yes.

Q.   -- preliminary to this -- during this case. Do you recall describing that house or your visit to that house as it was like a mafioso-type of house, a bunch of guys sitting around reading the paper, talking politics.

A.   From what I've seen on TV, yes.

Q.   That was your description, though, was it not?

A.   I believe I did describe it that way, yes.

Q.   All right, very good. Now, I know you've met several times with these fellas and FBI Homeland Security O'Donnell and Burke, and they interviewed you. They prepared reports. Have you had a chance to look at the reports, prior to your

testimony?

A.    No, I haven't seen any real reports from anybody. However, we just went back over what I was testifying to.

Q.    So you haven't seen their reports? That's really my question.

A.    I have not.

Q.    All right. And I think you had mentioned -- when we talk about Kurdistan, you had mentioned that there was, like, two different parts of Kurdistan?

A.    That is correct.

Q.    There was a part that was owned, I think, was your words, by the Taliban?

A.    Talabanis.

Q.    I'm sorry. The Talabanis. And, then, there was, also, a part that was owned by the Barzanis?

A.    Yes.

Q.    That's another Klan, is it?

A.    Yes.

Q.    There's a demarcation zone?

A.    Yes.

Q.    The green line; right?

A.    I'm not sure, I've never referred to it as a green line, however, it is a line.

Q.    Okay.

A.    I couldn't tell you exactly where that's at, either,

105

counselor.

Q.    But this line is there, apparently, and that's, basically, the turf; would you agree?

A.    I would agree.

Q.    Okay. I think you said, when you were talking about that area and these people, the Barzani and Talabani, it's somewhat of a state of Civil War; is that right?

A.    There was.

Q.    When was that?

A.    I believe, that was after the Gulf War so -- and I'm speculating, I do not know exact dates, however, I believe, it was then.

Q.    We don't want you to speculate, I'm sorry, if you don't know, that's fine.

A.    I don't know those dates.

Q.    But you recall there was a state of Civil War; is that right?

A.    There was a Civil War, yes.

Q.    While you were there, was the Civil War ongoing?

A.    No.

Q.    While you were there, you had the occasion to work alongside Peshmerga troops?

A.    Kind of, somewhat. I mean, I came in contact with them.

Q.    You came in contact with them. They were on our side on -- were they with The United States as allies or as enemies?

106

A.    Allies.

Q.    Okay, and the enemy, then, was basically ISIS?

A.    Or Al-Qaeda, ISIS.

Q.    So there was Al-Qaeda -- is there -- Al-Qaeda was a force that you had to deal with while you were in Iraq?

A.    In the beginning, and then ISIS came in.

Q.    Let's talk a little bit about ISIS. When you were there, were you fighting ISIS?

A.    When I was there at what time, Counselor?

Q.    I think you said it was around 2008.

A.    No, I was running the house in Sulaymaniyah.

Q.    So was ISIS a threat, at that point in time?

A.    I'm not entirely sure when they switched.

Q.    Okay, would you agree with me that, in 2015, ISIS was a major threat in that area?

A.    I would.

Q.    In fact, in 2015, ISIS, geographically, had reached its zenith; would you agree?

A.    I would agree to that, yes.

Q.    And we're talking ISIS is not -- tell us, please, what ISIS is, in your mind, because that's what matters.

A.    They are foreign fighters for the Islamic State, I believe. I don't know, exactly, I can't remember what ISIS actually stands for.

Q.    I understand. Where is this Islamic State on the map, if I

107

pulled up a map? Could we have that map, please, from Iraq, from the opening statement?

My question is, and this will come up in a minute, but, geographically, there's no Islamic State that is ISIS; correct?

MR. HINKLEY: Your Honor, I'm going to object to the relevancy of the question. I'm not sure how it's relevant.

MR. BARTOLAI: We're getting into the background of this region, and a lot has been said about that, with the Talabani and Lahur and the need for these weapons and so on, Your Honor.

THE COURT: It really does not seem relevant to me. I don't want to cut you off, but if you don't develop some closer connection to this case, I'll probably sustain the next objection.

MR. BARTOLAI: Very good, Your Honor.

BY MR. BARTOLAI:

Q.    In Sulaymaniyah, how far was the ISIS forces away from Sulaymaniyah, as far as a threat? Threat-wise?

A.    At what year, Counselor?

Q.    In 2015.

A.    '15?

Q.    Yes.

A.    I wasn't there in 2015.

Q.    Do you know -- are you able to answer my question, with any type of certainty, or would it just be speculation?

A.    It would be speculation.

Q.   All right. Now, when you were in Iraq and Kurdistan and working alongside or in conjunction with the Peshmerga, would you agree that they were being provided weapons by the U.S. Military?

A.   The Peshmerga were not.

Q.   They were not?

A.   Not that I'm aware of.

Q.   In other words, I think you testified, earlier, that the Peshmerga had been equipped with the M4 rifle or M4 carbine?

A.   No, I testified that the CTG.

Q.   Okay, the CTG. Is the CTG part of the Peshmerga?

A.   In a sense. They're pulled from the Peshmerga.

Q.   They're pulled from it?

A.   Yes.

Q.   So the CTG it was that was equipped with the M4 rifle. And that was by the U.S. Military; is that right?

A.   U.S. Government, yes.

Q.   So we had given them these rifles, these M4 carbines?

A.   Yes.

Q.   In fact, there's a photo that's been shown, I believe, it's Government 3.4. You've seen this photo a little while ago; correct?

A.   I have seen this photo, yes.

Q.   And these rifles that these fellas -- first off, let me ask you, were you here during this photo?

A.    I'm not sure when this photo was taken, Counselor.

Q.    Okay, so, in other words, you had nothing to do with the taking of this photo; is that right?

A.    I did not take this photo, no.

Q.    Did anyone -- how did you come about seeing this photo for the first time?

A.    It was shown to me by the Prosecutor.

Q.    Okay. Do you recall -- so Government 3.4, the rifles that you can see here being carried, these are M4 rifles, M4 carbines?

A.    Well, I would say they're a mix of CAR-15s -- I don't believe we gave them M4s, we gave them CAR-15s, older weapons.

Q.    Older weapons?

A.    Yes.

Q.    Do you see any of Roggio's weapons in this photo?

A.    I'm not sure, because I don't know when this picture was taken, and I'm not sure what Roggio Arsenal's weapons or Roggio's weapons look like, Counselor.

Q.    We did see some pictures that, I believe, Mr. Roggio had sent to you; is that right?

A.    Yes, but those were un-Parkerized.

Q.    Would you agree those weapons looked different than these weapons?

A.    Possibly.

Q.    Possibly?

110

A.    I can't say for certain, they're kind of blurry. I don't know if those are the same weapons or not.

Q.    These are not AK47s?

A.    They are not.

Q.    And you talked a little bit about AK47s?

A.    I have.

Q.    You don't sound to be a big fan of the AK47; is that right?

A.    It hurts when it hits you.

Q.    But there is a big debate, is there not, about which weapon is --

A.    There is a debate over the AK47 and the M4, M16, yes.

Q.    And some people like the M4 because it's accurate; correct?

A.    Yes.

Q.    And some people like the AK47 because it's reliable; is that right?

A.    I'm sure you could make that case, yes.

Q.    But it is a debate, it's a debated question?

A.    Yes.

Q.    Would you agree with me that the Middle East, this region is awash with AK47-type rifles, AKM rifles?

A.    AK47s are very prolific in that region, yes.

Q.    So there's no shortage of firearms in this region?

A.    Not that I'm aware of.

111

Q.   Now, you testified that, one time, your wife worked for Mr. Roggio, and she -- at some point, she was working without pay?

A.   Yes, I did.

Q.   And he's since paid her; is that right?

A.   He did, yes.

Q.   Could you tell us what's a False Flag Operation?

A.   Could you restate that?

Q.   Have you ever heard of the term, False Flag Operation?

A.   I have not heard that term before, Counselor.

Q.   Okay. Are you aware of any units as a tactic using other uniforms, other country's uniforms, other unit's uniforms for operations to deceive the enemy?

A.   Not to my recollection, no. I've never seen that nor do I -- I may have read that in a book, but, no, I've never seen that for real.

Q.   Is that a False Flag -- would you describe that as a False Flag-type of operation?

MR. HINKLEY: Judge, I'm going to object, again, to relevance. He has indicated he has never seen it.

MR. BARTOLAI: He has identified a patch for the Peshmerga.

THE COURT: I'm going to sustain the objection. He hasn't shown any knowledge of what False Flag means or how it could, possibly, relate to this case.

BY MR. BARTOLAI:

112

Q.    At some point, I believe, you testified that you were approached by Lahur about making weapons or -- he was looking for someone to make weapons. Could you tell us about that, again, what year that was?

A.    It was 2008, roughly.

Q.    Roughly.

A.    I don't know the month, I couldn't give you the exact date.

Q.    So Mr. Talabani, Lahur Talabani had asked you to -- he was looking for someone that could make M4's in the Kurdistan Region of Iraq?

A.    Yes.

Q.    And you had referred him to Mr. Roggio?

A.    I did.

Q.    And you had told him not to -- you know, to hold some of the money back, when it comes to paying Mr. Roggio?

A.    I did.

Q.    And do you have -- okay. You had indicated that, at some point in time, you had received a phone call from Mr. Roggio concerning the problems that he was having at the factory, while they were producing these weapons? Do you recall your testimony?

A.    I do, and I did receive a call, yes.

Q.    You did receive a call?

A.    Yes.

113

Q.    And do you recall testifying that some of those problems had to do with the overseer, the person that was supervising him, somewhat, at the factory?

A.    Yes.

Q.    Was it explained to you who that overseer was?

A.    Ross may have given me a name. I can't recall it.

Q.    You can't recall it. But he was being supervised by someone above him; is that right?

MR. HINKLEY: Objection, Your Honor. That's speculation.

THE COURT: He hasn't shown knowledge. Sustained. You can try again to lay some foundation for that.

MR. BARTOLAI: Very good.

BY MR. BARTOLAI:

Q.    So when Mr. Roggio spoke to you and told you there were problems at the factory; is that right?

A.    He did.

Q.    He said that someone who was overseeing him didn't have knowledge of firearms; is that right?

A.    I did say that, Counselor, yes.

Q.    And that this person was above him; is that right?

A.    Whether he was above him, equal to, I'm not sure, I can't testify to that.

Q.    All right. But this was a person that had authority, enough authority over Mr. Roggio to cause problems with the production of these firearms; is that right?

114

MR. HINKLEY: Objection; speculation.

THE COURT: I don't think this witness has indicated the kind of knowledge that would allow him to answer that question except by speculation or guessing.

BY MR. BARTOLAI:

Q.   Now, at no point in time -- again, this has to do with your dealings with Mr. Roggio -- he never asked you to ship any parts from The United States to Iraq?

A.   No, he did not.

Q.   He never asked you to provide any services in Iraq, relative to the firearms plant?

A.   No, he did not.

Q.   He never asked your wife, either, to do any those type of things or anyone that you knew; correct?

A.   No one that I know, no.

Q.   In fact, you had said that he had told you that his wife may have sent some things to him in Iraq on spite --

A.   Yes.

Q.   -- and to get him in trouble. That's your testimony; right?

A.   Yes.

Q.   Were you aware if Mr. Roggio and his wife were having marital problems, at the time?

A.   I assumed.

Q.   You assumed, okay. You testified about -- you were shown a

video. Can we see that test of 3.9, I believe it is.

(At this time a video was played.)

BY MR. BARTOLAI:

Q.    Do you recall Mr. Hinkley saying that he saw sparks there in that video?

A.    Yes, I do.

Q.    Did you see sparks in that video there just now?

A.    Yes.

Q.    Where were they coming from, if you could tell me?

A.    It's coming out of the ejection port.

Q.    Where the spent casings come out of?

A.    Yes.

Q.    I think you said this is a malfunction; is that right?

A.    I believe it to be, yes.

Q.    You believe it to be. And I believe -- and that could be a malfunction with the bolt carrier; correct?

A.    It could be.

Q.    It could be a malfunction with the tolerance of the breech, as well, and the bolt carrier?

A.    That's possible, Counselor.

Q.    Now, as far as the Talabani, we know there's Polad and Lahur. You also indicated that there was a Hewa?

A.    I did.

Q.    Is it Hewa?

A.    Hewa.

116

Q.    Hewa Talabani; right?

A.    No, Ibrahim.

Q.    Oh, Ibrahim. Now, he's a relation to the Talabani?

A.    No.

Q.    Is he an associate of them?

A.    He is.

Q.    Are they close associates?

A.    Yes.

Q.    Is he in business, if you know?

A.    I don't know.

Q.    Do you know if he's an importer-exporter?

A.    No.

MR. BARTOLAI: May I have a moment, Judge?

THE COURT: Yes.

MR. BARTOLAI: Thank you.

BY MR. BARTOLAI:

Q.    So you're familiar with the CTG?

A.    I am.

Q.    Have you ever heard of this individual named Goran?

A.    Can you say that again?

Q.    Do you know an individual by the name of Goran, G-O-R-A-N?

A.    I do not.

Q.    Have you ever heard of the Cobra Unit of the CTG?

A.    I have not.

Q.    Would you agree that the CTG has no unit named the Cobra

117

Unit?

A.    Not that I'm aware of.

Q.    And you were aware of the CTG; right?

A.    I am aware of the CTG, yes.

Q.    You've worked with them; right?

A.    I did.

Q.    This area in Sulaymaniyah, there are many military bases there, are there not? There were in 2008?

A.    Could you define, military bases, Counselor?

Q.    Let's say, military compounds.

A.    U.S., Kurdish? I don't follow.

Q.    Are there U.S. Military Compounds there in that region?

A.    Yes, there are two.

Q.    There are two, okay.

A.    Or there were two, Counselor, I'm sorry.

Q.    You testified that, at some point in time, while you were, I believe, maybe, still in the service, the FBI or Homeland Security contacted you, you were driving home, I think, was that your testimony, when you got a phone call that they wanted to interview you, and you thought, maybe, it had something to do with Ross Roggio?

A.    I did not testify to that, no, sir.

Q.    My mistake, then. What happened with Ross Roggio? Did someone call you or -- I think, you indicated that you were pissed off, you had some expletives. What was that about? Tell

us about that.

A.    When I found out that the FBI would like to speak to me.

Q.    How did that happen? That's what I was getting at a minute ago when I asked you that.

A.    So the Government had to contact the U.S. Army to get permission to speak to me.

Q.    Right.

A.    When that happened, it went through the --

Q.    Do you remember the year?

A.    2018, I believe.

Q.    Okay.

A.    When that happened, the C.I.D. Office, the Criminal Investigation Department called me, sent a message to me, and asked me why the FBI would want to talk to me.

Q.    You figured, Ross Roggio?

A.    No, I didn't figure anything, initially, I didn't know why.

Q.    But you had a conversation with Mr. Roggio, though, you called him?

A.    After I spoke to my wife and we started putting things together, I called Ross, yes.

Q.    Did you come to learn -- now, before that, if this is in 2018, when was the last time you had a conversation with Mr. Roggio before that, before 2018?

A.    I had a conversation, in person, with Ross in Bethesda,

Maryland, we had dinner, and that was in 2017, I believe, spring of.

Q.    Spring of 2017?

A.    Yes.

Q.    Now, he had been back from Kurdistan, then, at that point; correct?

A.    He had just returned.

Q.    Okay. Do you recall a conversation with his former wife Amanda Mecomber?

A.    In reference to?

Q.    Ross Roggio.

A.    I have had conversations with Amanda about Ross, yes.

Q.    In, say, early 2017, late 2016?

A.    Can you be more specific on your point of reference?

Q.    Did Ms. Mecomber contact you and tell you that Mr. Roggio was being held in Iraq?

A.    Yes.

        MR. HINKLEY: Objection. Calls for hearsay.

        THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Did my question refresh your recollection?

        MR. HINKLEY: Same objection.

        MR. BARTOLAI: I'm not asking for hearsay, Judge, I'm just asking whether or not he recalls speaking to her.

        THE COURT: I'll allow that.

BY MR. BARTOLAI:

Q. So now do you recall speaking to Mrs. Roggio?

A. I do.

Q. In fact, you had spoken to her several times; correct?

A. I have.

Q. Around that time?

A. Or I had, excuse me, I had.

Q. Around 2016, 2017?

A. Yes.

Q. Do you recall speaking with Polad Talabani in early 2017? Speaking or texting or emails, I mean, communicating?

A. I'm trying to think of the date. Did I communicate with Polad? Yes, I did. However, I'm not sure the date is correct, Counselor.

Q. Would you agree with me that Mr. -- when you did communicate with Polad, he told you that there was trouble with him and Mr. Roggio?

MR. HINKLEY: Objection; hearsay.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q. How many conversations had you had with Polad Talabani in early 2017?

A. Maybe two.

Q. Did you exchange texts with him, as well?

A. Yes.

121

Q.    Did he accuse you of having a part in the failed weapons project?

MR. HINKLEY: Objection, Your Honor.

THE COURT: I'll allow the question.

THE WITNESS: I believe, Polad Talabani was upset with what happened, and I believe he did, in his mind, believe that I had something to do with it.

BY MR. BARTOLAI:

Q.    Did he threaten you?

A.    No.

Q.    Did he threaten Roggio?

A.    Not that I can remember. He was upset, but I don't remember there being threats.

Q.    Now, you knew Polad Talabani and you knew the CTG. Would you agree with me that it's unlikely that they would have ever given Roggio direct control over a CTG squad or unit?

A.    I would say that's a safe assumption, Counselor. However, I can't answer if it happened or not.

Q.    And, in fact, you've told that to the agents, when they questioned you about it; is that right?

A.    No, I don't believe I did.

Q.    Would a CTG team take direct orders from Ross Roggio?

MR. HINKLEY: Objection. Speculation, Your Honor.

THE COURT: You'll have to lay a foundation for his knowledge, otherwise, it is speculation. Sustained.

122

MR. BARTOLAI: Very good. Thank you.

MR. HINKLEY: I do have a few questions, if I may, Your Honor.

THE COURT: Are you through, Mr. Bartolai?

MR. BARTOLAI: Yes, I am. I'm sorry.

THE COURT: Of course. Redirect.

REDIRECT EXAMINATION

BY MR. HINKLEY:

Q.    Mr. Bly, I think you had testified -- and correct me if I'm misstating this -- that when you were in the Sulaymaniyah area of Kurdistan, that was in 2008?

A.    Yes.

Q.    So you were not there during 2015; is that correct?

A.    No, I was in Afghanistan.

Q.    I take it, then, that you would not know the location or number of military bases, whether it be U.S. or Kurdish, at the time of 2015, when you were in Afghanistan; is that correct?

A.    That is correct. I should have been more clear when I answered that question. There were two when I was there in 2008. So I'm sorry if I misspoke.

Q.    Would you have known each and every member of the CTG, when you were there?

A.    No.

Q.    Would there be any possible way for you to know every member of the CTG there in 2015?

123

A.    No.

Q.    So if there was someone named Goran in 2015, part of the CTG, would you have any knowledge of that?

A.    No, I would not.

MR. HINKLEY: No further questions, Your Honor. Thank you.

THE COURT: Recross?

MR. BARTOLAI: No, thank you.

THE COURT: Thank you, sir. You can step down.

MR. HINKLEY: Your Honor, may the witness be released from sequestration?

THE COURT: Mr. Bartolai?

MR. BARTOLAI: I have no objection.

THE COURT: Very well. Call your next witness, please.

MR. JASPERSE: Your Honor, the United States calls Triin Kiviking.

THE COURT: Very well.

T R I I N    K I V I K I N G  IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Would you please state and spell your name for the record?

THE WITNESS: Triin, T-R-I-I-N, Kiviking, K-I-V-I-K-I-N-G.

THE CLERK: Thank you. Please be seated.

THE COURT: Counsel wishes to approach?

MR. BARTOLAI: Yes.

(At this time a discussion was held on the record at

124

sidebar.)

MR. BARTOLAI: So, Judge, we know that the tape is admissible, this recording of Mr. Roggio, and the Government provided me with transcripts of eight excerpts that they wish to play. I submit that there are two of the three -- at least, two of them are irrelevant, in fact, they're prejudicial, they reference the sexual harassment, whatever you want to call it, between Mr. Roggio and this witness.

Do you have them with you? We can show you the transcript. And they are short. The ones I'm referring to -- I know the Government needs to use some of them -- but what I'm trying to do is 6 and 7 and 8, we have an objection to that. They really don't bear, we submit, on the issue.

When you hear these, she's very emotional, she's crying, she's weeping, she's, obviously, in distress. My position, Judge, is it's cumulative, actually, at this point, after they play the first few exhibits. First few exhibits mention him using the word, torture, the Siim incident, there's nothing more that comes out of it by offering these last excerpts, in fact, it only becomes prejudicial, unfairly prejudicial, I'd add, Judge.

THE COURT: Is 7 and 8 a continuation?

MR. JASPERSE: They're separate.

THE COURT: Now, Mr. Bartolai, tell me again what your concerns are with 6, 7 and 8.

125

MR. BARTOLAI: At this point, the witness is very distressed, and she's talking about why Mr. Roggio tortures her -- you know, here I am using that word -- but why he harasses her, continuously, and so on, and why can't she let him go. It's just that -- it becomes -- they're into their relationship, it has nothing to do with importing, exporting, has nothing to do with torture of Siim, it just has to do with Mr. Roggio, somewhat, brow-beating her and her crying and, you know, calling him a hunter, and it just seems to me like it's extraneous to the charges to the point that it's prejudicial.

THE COURT: Well, I will tell you -- counsel, I haven't heard from you.

MR. JASPERSE: Your Honor, the Government is interested in -- the Government believes Excerpt 6 is relevant, because Roggio mentions Goran's name and corroborates some of her testimony that this witness and later witnesses are going to provide about Roggio's relationship with Goran, who, as the Government said in opening, was one of the co-conspirators in the torture. There's nothing in Excerpt 6 regarding -- the witness doesn't even speak during Excerpt 6, so there's nothing regarding her distress or that.

Excerpt 7, Mr. Bartolai raises a fair point, the Government will not seek to introduce Excerpt 7.

Excerpt 8, I think, is relevant for two reasons. It goes to the motive for the torture, so the Defendant is threatening

**126**

this witness, what happened to this witness if she's disloyal, he'll come to Kurdistan to get her, so it goes to the motive to the torture, which was to intimidate the existing employees to keep them from talking, and it, also, explains the story, it explains why these employees continue to work for Mr. Roggio after the horrific things that he has done to them and they have seen.

THE COURT: Can you tell me if Goran is mentioned earlier in these transcripts?

MR. JASPERSE: I believe he is.

THE COURT: Can you show me that? Because if he is, then, I'm going to let that in.

MR. JASPERSE: Goran is in Excerpt 4.

THE COURT: I see it. All right, you're not going to introduce 7, am I correct?

MR. JASPERSE: Correct.

THE COURT: I think, 8 has sufficient nexus to the claim of Mr. Roggio's attempt to control his employees by unlawful means. I will allow that. So 6 and 8 are admissible.

(At this time the discussion at sidebar was concluded.)

                    DIRECT EXAMINATION

BY MR. JASPERSE:

Q.   Good afternoon, Ms. Kiviking.

A.   Good afternoon.

Q.   Where are you from?

127

A.    Estonia.

Q.    Where is Estonia?

A.    Located in Northern Europe.

Q.    Where did you go to school?

A.    Tallinn University of Technology.

Q.    Tallinn is T-A-L-L-I-N-N. Is that the capital of Estonia?

A.    Yes.

Q.    When did you get your degree?

A.    Three years ago.

Q.    It took you three years to get the degree or you got the degree three years ago?

A.    I got the degree three years ago.

Q.    Had you, also, gone to Tallinn University of Technology before that?

A.    Yes.

Q.    What were you doing from -- and what did you study at Tallinn University of Technology?

A.    Business Finance.

Q.    What were you doing from about 2013 to 2014?

A.    I studied and, also, working as an accountant.

Q.    Where were you working as an accountant?

A.    In Tallinn.

Q.    In 2015, did you go to work for Ross Roggio?

A.    Yes, I did.

Q.    When did you start working for Ross Roggio?

128

A.    In May 2015.

Q.    When did you stop working for Ross Roggio?

A.    December 2015.

Q.    Do you see Ross Roggio in the courtroom today?

A.    Yes.

Q.    Please point him out.

A.    He's right there in the blue suit(indicating).

        MR. JASPERSE: Your Honor, let the record reflect this witness has identified the Defendant.

        THE COURT: The record will so reflect.

BY MR. JASPERSE:

Q.    How did you come to work for Mr. Roggio?

A.    I saw a Facebook ad and I applied. And, then, at first, I didn't get the job, but after several months, I was reached out.

Q.    Do you remember when you first applied -- when you first saw the Facebook ad and first applied?

A.    Yes, it was in January.

Q.    Of what year?

A.    2015.

Q.    Do you recall, roughly, what month it was when they came back to you and asked if you were still interested?

A.    April 2015.

Q.    Did you speak to Roggio, when you were applying for the job?

129

A.    Yes, one time.

Q.    In person or by video?

A.    It was via Skype.

Q.    Do you remember the name of his company?

A.    Roggio Consulting Company.

Q.    What did you understand your job with Roggio Consulting would be?

A.    As an accountant in a gun-making company.

Q.    How much was Roggio going to pay you?

A.    $4,000.

Q.    Per month?

A.    Per month.

Q.    How did that compare to what you were earning in Estonia?

A.    I earned in Estonia about a thousand euros a month.

Q.    The exchange rate might have been different in 2015, but today a U.S. dollar and a euro is about the same; right?

A.    Yes.

Q.    Where was the job going to be?

A.    In Iraq.

Q.    Were you offered the job?

A.    Yes.

Q.    Did you accept the job?

A.    I accepted it.

Q.    Why? Why were you interested in working in Iraq for Mr. Roggio?

130

A.    It was, mostly, because of the money. It was a great opportunity.

Q.    Did you have to sign any agreements before going to work for Roggio?

A.    Yes, I had to sign a non-disclosure agreement.

Q.    Did Mr. Roggio ever talk about why a non-disclosure agreement was needed?

A.    Because it was in secret and it was illegal.

Q.    Did he say anything more about why what he was doing was secret and illegal?

A.    Because it was for the Iraq Government, and it couldn't go out, the information.

Q.    How quickly did Mr. Roggio want you to come to Iraq?

A.    I wrapped up my life in about one week.

Q.    Where did you first meet Roggio in person?

A.    It was in Istanbul, Turkey.

Q.    How long were you in Istanbul, Turkey?

A.    Three or four days.

Q.    After that, where did you go?

A.    We went to Iraq.

Q.    So you arrived in Iraq, approximately, May 2015.

A.    Yes.

Q.    What city did you go to in Iraq?

A.    Sulaymaniyah.

Q.    Where, in Iraq, is Sulaymaniyah?

A.    In the eastern part of the country.

Q.    Okay. Is it in a particular region? The name for that region is what?

A.    Kurdistan.

Q.    Had you ever been to Kurdistan before?

A.    No.

Q.    Had you ever been to Iraq before?

A.    No.

Q.    What language is spoken in the Kurdistan Region of Iraq?

A.    Kurdish.

Q.    At that time, did you speak or understand Kurdish?

A.    No.

Q.    What language is spoken in the rest of Iraq?

A.    Arabic.

Q.    Do you speak or understand Arabic?

A.    No.

Q.    What kind of housing did you have there?

A.    We had an apartment.

Q.    Did you live with anyone else?

A.    Yes, with two engineers, Siim and Marrtin.

Q.    Do you recall Siim's last name?

A.    Siim Saar.

Q.    Do you recall Marrtin's last name?

A.    Marrtin Vilist.

Q.    Were Marrtin Vilist and Siim Saar, also, working for

Roggio?

A.   Yes, they were.

Q.   What were their jobs?

A.   They were engineers.

Q.   Where were Marrtin Vilist and Siim Saar from?

A.   They were, also, from Estonia.

Q.   Do you know about how long they had been in Kurdistan?

A.   Since January.

Q.   Of 2015?

A.   Yes.

Q.   So a few months before you got there?

A.   Yes.

Q.   Did Roggio live in the same apartment building?

A.   No, he lived next door apartment.

Q.   A separate building, close by?

A.   Yes, yes.

Q.   Did anyone else live in the same apartment as Roggio?

A.   Yes, Elina Kadaja and Heret Enden.

Q.   Where was Heret Enden from?

A.   Tallinn.

Q.   Tallinn, Estonia?

A.   Yes.

Q.   Did you know her before?

A.   No.

Q.   What was Heret's job?

133

A.   She was Ross' personal assistant.

Q.   Where was Elina Kadaja from?

A.   Also, from Estonia.

Q.   Did you know her before?

A.   No.

Q.   What was her job?

A.   She was Office Manager.

Q.   When you first arrived in Sulaymaniyah in May of 2015, did Roggio have an office where you went to work?

A.   Yes, we had an office.

Q.   How far away was the office from the apartment building where you lived with Marrtin Vilist and Siim Saar?

A.   It was about twenty minutes ride from there.

Q.   Could you describe the office for the jury?

A.   It had an open space with a large meeting table and with an open kitchen, and me and Heret Enden had an office, Ross and Elina had an office and Siim and Marrtin had an office.

Q.   When you arrived in Sulaymaniyah in May 2015 and began working for Roggio, were there any employees besides you, Elina Kadaja, Heret Enden, Marrtin Vilist and Siim Saar?

A.   No.

Q.   Who was in charge of the company?

A.   Ross.

Q.   Who hired you?

A.   Ross.

Q.    Who decided how much you were paid?

A.    Ross.

Q.    Who decided what machines to buy?

A.    Ross.

Q.    Who decided what bills to pay?

A.    Ross.

Q.    When Ross was away, who ran the office?

A.    Elina Kadaja.

Q.    What did Roggio tell you about the nature of the project, about what his company was doing there in Kurdistan?

A.    We were building the guns, and it was for Iraq's Government.

Q.    Do you remember if Roggio said who was funding the weapons project?

A.    Government.

Q.    Did Roggio talk about what influence he had in Kurdistan?

A.    Yes, he told that he had many connections in Iraq and all over the world.

Q.    He had many connections with Iraq and all over the world?

A.    Yes.

Q.    Did Ross talk about how closely he was connected to the political and military leaders in that area?

        MR. BARTOLAI: Objection; leading.

        THE COURT: Sustained.

BY MR. JASPERSE:

Q.   What, if anything, did Ross say about how he was connected to the political and military leaders in that area?

A.   I'm sorry, could you repeat?

Q.   What, if anything, did Ross say about how he came to be connected to the Kurdish leaders?

A.   That I don't know.

Q.   Did you ever see Ross interacting with Kurdish officials?

A.   Yes.

Q.   What do you remember?

A.   One time, when we went to the factory, then, two or three big cars came with armed soldiers, and there were, also, one higher guy who seemed like he was in charge in something in Government.

Q.   Do you know the name of the higher-up guy?

A.   No.

Q.   You don't know the position that person had?

A.   No.

Q.   Based upon what you saw during your time in Kurdistan, would it be possible for an outsider to build a weapons factory in Kurdistan, without the support and approval of Kurdish leaders?

     MR. BARTOLAI: Objection; speculation.

     THE COURT: You're going to have to develop a little more knowledge on the part of this witness before I can allow you to ask that question.

BY MR. JASPERSE:

Q.   How long did you live in Sulaymaniyah?

A.   About nine months -- no, seven.

Q.   Seven or nine months. Seven months. When you came to Sulaymaniyah from Estonia, were there any papers or permits that you had to have to move around?

A.   Not that I remember.

Q.   When you would go from -- you went to the factory once where you saw this meeting with body guards and high-up people. To get to the factory, could you just drive straight there or were there times when you were stopped along the way at various points?

A.   No, the drive took about a half hour, and we had to go through many check points, where there are armed guards or soldier men, and, yeah, then we could go to.

Q.   And when you went through these many check points on the way from the office to the factory, what would happen at the check point?

A.   When Ross was with us, then, we just -- he just waved, and we could go through, but if we were alone, then, sometimes, we had to say a few words.

Q.   Okay, do you recall what you would have to say for the soldiers manning these check points to let you through?

A.   No.

Q.   What, if anything, did Ross say you should say, if you

137

were ever asked what his company was doing?

MR. BARTOLAI: I object, Your Honor. I believe it's leading, and it assumes that he said something.

THE COURT: Why don't you ask whether the Defendant made any statements to her, at all, on this issue, then, you can go from there, so we can avoid my having to rule on objections about leading questions.

MR. JASPERSE: Yes, Your Honor.

BY MR. JASPERSE:

Q.    Did Ross ever talk about what you should say about your job and the company?

A.    Yes, we had a cover story that I knew from the beginning that we were a consulting company, that we had several projects that we were consulting on, and if anyone asks, then, we are going to say this story.

Q.    Did he say what the nature of the consulting was in this cover story?

A.    No, just construction consulting.

Q.    Did Ross ever say anything about whether you could talk openly about this project with anyone or whether you needed to keep quiet about the project?

MR. BARTOLAI: Objection; leading.

THE COURT: I'll allow it.

MR. JASPERSE: I think you're allowed to answer that question.

138

THE COURT: Answer this question. Ma'am, excuse me, please. This is the question I want you to answer.

Did Ross ever say anything about whether you could talk openly about this project with anyone?

THE WITNESS: No, I couldn't talk about this project to anyone.

THE COURT: I truncated your question.

MR. JASPERSE: That's fine.

THE COURT: Go ahead.

BY MR. JASPERSE:

Q.    Did Ross ever talk to you about loyalty?

A.    Yes.

Q.    Did Ross talk to the other Estonian employees, in your presence, about loyalty?

A.    Yes.

Q.    How often did he talk about loyalty?

A.    I'd say, once a week, at least.

Q.    Do you remember what he would say about loyalty?

A.    That we have to be loyal to him, that he could trust us with his secret.

Q.    Did Ross ever talk about what would happen, if you were not loyal to him?

A.    Yes, there would be consequences, that he's powerful and has connections around the world.

Q.    When you arrived in Sulaymaniyah and began working for

139

Ross in May 2015, was there a factory in place?

A.    No.

Q.    Approximately, when did you go to the factory for the first time?

A.    About three or four months after I arrived.

Q.    What was the state of the factory when you first went there in the fall of 2015?

A.    There were just walls.

Q.    Just walls?

A.    Yes, nothing more.

Q.    Were there machines?

A.    No.

Q.    Were guns being made?

A.    No.

Q.    How often did you go to the factory?

A.    About once in two weeks or three weeks.

Q.    Before you arrived in the Kurdistan Region of Iraq in 2015, had someone else been doing the accounting work for Ross?

A.    Yes, Crystal.

Q.    Did you overlap with Crystal or was she gone by the time you arrived?

A.    She was already gone.

Q.    Do you know if Ross' company had a bank account?

A.    Yes.

Q.    Did it have a bank account?

140

A.    Yes, it did.

Q.    What bank?

A.    Wells Fargo.

Q.    What were some of your work duties, when you were working for Ross?

A.    Issuing invoices, paying invoices, paying everything Ross asked me to pay. I, also, looked in the internet for machines and gun parts. It was mainly those things.

Q.    When you were looking on the internet for machines and gun parts, how did you know what machines and gun parts to look for?

A.    He told us, he told me what to look for.

Q.    Who is he?

A.    Ross.

Q.    Did you have any experience of manufacturing guns?

A.    No.

Q.    Did Ross ever give you instructions about which countries you could shop for gun parts in?

A.    Yes, he told me that we could only search in China, but not in the states, United States.

Q.    Did he explain why you should not shop for gun parts in The United States?

A.    Because it would be illegal and he would get caught.

Q.    When you were doing accounting-type work for Ross in Kurdistan in 2015, were you involved in paying bills?

141

A.    Yes.

Q.    Did you have to get approval from anyone to pay certain kinds of bills?

A.    Ross gave me the approval to wire.

Q.    How about payroll? Did you handle that on your own?

A.    No, everything was ordered by Ross, then, I wired.

Q.    There's a binder to your right there, if you could look for the document marked Government Exhibit 4.1. Can you tell me, just generally, what this is?

A.    A Facebook conversation on my iPhone.

Q.    Who were the two people having this Facebook conversation on your -- via your iPhone?

A.    Ross and me.

Q.    Did you, sometimes, communicate with Ross through Facebook Messenger?

A.    Yes.

Q.    When you stopped working for Ross and went back to Estonia, did you still have some of those Facebook messages on your phone?

A.    Yes.

Q.    Did you recently provide those to the authorities, as part of this investigation?

A.    Yes.

Q.    What is the date of these messages that are printed out on this exhibit?

142

A.    6 of July 2015.

Q.    Okay.

      MR. JASPERSE: Your Honor, I would move to admit
Government's Exhibit 4.1.

      MR. BARTOLAI: No objection.

      THE COURT: Government's 4.1 is admitted.

      (At this time Government's Exhibit No. 4.1 was admitted
       into evidence.)

BY MR. JASPERSE:

Q.    So just to explain the date format, you said this was the
6th of July 2015, so in this format, it's day, then month, then
year; is that correct?

A.    Yes, yes.

Q.    In the very top message on this page, does Ross ask you
what some invoices were for?

A.    Yes.

Q.    If you look at the third message on this page, halfway
down the page in the middle, what did you say the invoices were
for?

A.    For the gun drills and shipping.

Q.    Next, if you could turn to the next Exhibit 4.2. Again,
without talking about the contents of the document, what is
this exhibit?

A.    This is Facebook messages.

Q.    What is the date of these messages?

143

A.    8 of July 2015.

Q.    8th of July 2015.

MR. JASPERSE: Your Honor, I would move to admit Government's Exhibit 4.2.

MR. BARTOLAI: No objection.

THE COURT: 4.2 is admitted.

(At this time Government's Exhibit 4.2 was admitted into evidence.)

BY MR. JASPERSE:

Q.    In the message on the very top, you ask Ross about making a payment to a company. What kind of company?

A.    Gun drill company.

Q.    Do you recall in what country the gun drill company was located?

A.    No.

Q.    Next, if you could turn to the next document in that binder, should be Government Exhibit 4.3. What is Government's 4.3?

A.    Facebook messages.

Q.    What is the date of these messages?

A.    11th of July 2015.

Q.    I think this document is two pages. Starting on the first page, the only message on that page. What were you asking Ross to do?

A.    To make the payment for gun drills and shipping in the

144

amount of $4650.

Q.    Are the three exhibits of Facebook messages typical examples of conversations between you and Ross regarding payment of invoices?

A.    Yes.

Q.    If we could go back for a moment to the first one, Exhibit 4.1. Do you have that?

A.    Yes.

Q.    What does Ross say to you in the second message from the bottom? It's okay to read it.

A.    "What the fuck, I see gun drills on the work document."

Q.    Aside from the invoices that you were involved in paying, did you know how else Ross was spending money?

A.    I wired money to some car company, I wired money to some of his friends and family.

Q.    If you could turn next to what's been marked Government Exhibit 4.5.

        MR. JASPERSE: I'm sorry, Your Honor, I think I forgot to move to admit 4.3.

        MR. BARTOLAI: No objection.

        THE COURT: 4.3 is admitted.

        (At this time Government's Exhibit No. 4.3 was admitted into evidence.)

BY MR. JASPERSE:

Q.    Do you have 4.5 in front of you?

A.    Yes.

Q.    Is this another printout of a Facebook Messenger message from Ross?

A.    Yes.

Q.    What is the date?

A.    4th of November 2015.

MR. JASPERSE: Your Honor, I would move to admit Government 4.5.

MR. BARTOLAI: No objection.

THE COURT: Government's 4.5 is admitted.

(At this time Government's Exhibit No. 4.5 was admitted into evidence.)

BY MR. JASPERSE:

Q.    In this message, Ross tells you, "On the wire and notes put Ron Bly."

Ms. Kiviking, do you know who Ron Bly is?

A.    No.

Q.    Was he an employee of the company?

A.    No.

Q.    Do you know why Ross was wiring money to Ron Bly?

A.    No.

Q.    Do you recall how much money Ross wired to Ron Bly?

A.    No.

Q.    Then, if you could turn to the next exhibit 4.6. Is this a printout of a Facebook message between you and Ross on or about

November 18, 2015?

A.    Yes.

MR. JASPERSE: Move to admit 4.6.

MR. BARTOLAI: No objection.

THE COURT: 4.6 is admitted.

(At this time Government's Exhibit No. 4.6 was admitted into evidence.)

BY MR. JASPERSE:

Q.    This is two pages. In this exchange, who did Ross instruct you to transfer money to?

A.    Steve White Motors.

Q.    Do you know why Ross was sending money to Steve White Motors?

A.    No.

Q.    How much money does this indicate -- let me try that again.

How much money did Ross instruct you to transfer to Steve White Motors?

A.    32,078.9 dollars.

Q.    When you were living in Kurdistan working for Ross, did you have the freedom to do and move wherever you wished?

A.    No, Ross had to know where we were.

Q.    How do you know that Ross needed to know where you were? Did he say something about that?

MR. BARTOLAI: Objection; leading.

THE COURT: How do you know what you just said? How do you know that?

THE WITNESS: Because he told us.

BY MR. JASPERSE:

Q.    Do you know what would happen if you disobeyed?

A.    He would get angry and mad.

Q.    Once you arrived in Kurdistan, did you feel free to leave at any time?

A.    No.

Q.    Why not?

A.    Because Ross told us that he had a lot of connections in Iraq, and that he can shut down the airline in just one call.

Q.    You said, earlier, that shared an apartment in Sulaymaniyah with Siim Saar and Marrtin Vilist who were both engineers. What was Siim's relationship with Ross like?

A.    It was a little different than the rest of us had. Marrtin, me, Elina, Heret, we held the background, but Siim confronted him in a lot of questions, and it was, like, two males with big egos just crashing together.

Q.    How did Ross react when Siim would ask him questions?

A.    He would get really mad that he was questioning the way Ross think or planned anything.

Q.    How often did they clash?

A.    I saw it for about four or five times.

Q.    Do you remember a morning in 2015 when you and Marrtin

148

Vilist went to work and Siim stayed home in the apartment?

A.   Yes. For some reason, Siim was left behind, I don't know why, but me and Marrtin went to the office. There were Elina and Heret. We had worked for, like, couple of hours until Elina told that Siim was taken away.

At first, we didn't understand where was he taken and why. We had no information, like, all day. And later that day, Ross came by to the office, he was really mad and furious. He asked all our phones, he went through our messages, our pictures, then, he asked our Facebook passwords to go through the messages from there.

And next thing you remember was that we were going the same day back to the apartment with Ross, Elina, Heret, me and Marrtin, and Ross went through all Siim's things, he was looking for something. He took some personal belongings of Siim's, like, a diary or some kind of book. We were all in really big shock. I didn't understand what was going on.

Q.   What was going through your mind, at that point?

A.   I was scared, terrified. We didn't have a lot of answers, so I was afraid that I was, also, taken away.

Q.   Just to be clear, when you, Ross, Elina, Heret and Marrtin go to the apartment, is Siim there?

A.   No.

Q.   What happened after that?

A.   Well, it was a sleepless night, and the next day Ross told

149

us we were going to see Siim, and we drove with the car for about 30, 40 minutes, we went to some kind of check point with armed guards, military men, it was like a camp there, like, military camp, and there were many military men. Then, we were waiting outside.

Q.   Do you remember where this military camp was located?

A.   No.

Q.   Did you have any choice about going there?

A.   No.

Q.   What was Ross' -- did you go there in the same vehicle with Ross and the others?

A.   Yes.

Q.   What was his mood, his behavior, at that time?

A.   He was really angry.

Q.   Had you ever been to this military compound before?

A.   No.

Q.   I think you said people you saw at this military compound were dressed in military uniforms?

MR. BARTOLAI: Objection. I don't think she said that, at all, Your Honor.

THE COURT: I think Mr. Bartolai is correct, I'm not sure she mentioned that.

BY MR. JASPERSE:

Q.   How were the people dressed at the military compound?

A.   They were in military suits, like, green suits.

Q.    Earlier, you said, when you would drive from the office to the factory, you had to go through check points, and there were soldiers there. Were the soldiers -- were the people dressed in green suits at the compound wearing the same type of uniforms as the soldiers at the check points?

A.    Yes.

Q.    Were the soldiers armed?

A.    Yes.

Q.    Were the soldiers -- strike that. At the military compound where Ross brings you that you were just beginning to describe, do you recall seeing anything else at the compound? For example, did you see vehicles there?

A.    Yeah, I remember one tank being there.

Q.    Did you see housing?

A.    There were, like, little -- not houses, but, yeah, let's say, like, houses, small ones, it was for the military guys.

Q.    What happened when you first arrived at the compound?

A.    We waited outside.

Q.    Who is we?

A.    Me, Heret, Elina and Marrtin. Ross went inside one of the houses or trailer -- it was a trailer, Ross went inside, and in some time, Siim was brought there barefoot, he was brought in the trailer where Ross was. And, then, we were just -- I heard lots of screaming and yelling there.

Q.    Could you tell who was screaming?

151

A.    Siim was screaming and Ross was yelling.

Q.    How long were you outside that trailer listening to that?

A.    For 10, 15 minutes.

Q.    What happened after that?

A.    Then, we went inside, there were Ross and two military guys.

Q.    What happened when you got inside the trailer -- well, when you get inside this trailer, who is there? You said Ross, two military guys, who else?

A.    Yes and me, Heret, Marrtin and Elina.

Q.    Was Siim there?

A.    And Siim, of course, yeah.

Q.    So once you're inside that room, what do you see happen?

A.    We were seated there, and Ross asked questions from Siim about some documents. Siim didn't answer. And, then, Ross started to physically punish Siim because he didn't answer.

Q.    When you say, Ross started to physically punish Siim, describe what you saw. I'm sorry, I know this is hard, but the question is how -- you said Ross physically punished him. What did you see that makes you say that?

A.    He was -- Ross ordered the military guys to punch Siim with a metal pole or some stick. There was, also, something done with his fingers. He got, also, electrical shock with a taser, and he was leaned back in the chair with a bag over his head, and the water was poured all over his face.

Q.   You said Ross wanted the soldiers to do that. How do you know Ross wanted the soldiers to do that?

A.   Ross ordered the soldiers to do that.

Q.   What language were his words in?

A.   English.

Q.   Did the soldiers, then, do what Ross ordered them to do?

A.   They did.

Q.   When you saw these things happening to Siim, was he standing or sitting?

A.   He was standing and sitting.

Q.   Was he free to move?

A.   No, he had his hands cuffed at some point.

Q.   Did Siim say anything, while he was being beaten and shocked and had the bag over his head and the other things that you described?

A.   I don't remember.

Q.   How did he look?

A.   Devastated.

Q.   When you and your Estonian co-workers were in the room while these things were being done to Siim, did Ross say anything to you?

A.   While we were in there, no.

Q.   Did he say anything to you after you were there?

A.   Yes, he told me if I was going to be unloyal or misbehave in some way, then, I will be, also, taken to the camp.

153

Q.    About how long do you remember being in the room, while you watched Ross giving these orders and the soldiers doing what you've just described to Siim?

A.    I'm sorry? Could you repeat?

Q.    About how long were you in the room when Siim was being shocked and beaten and --

MR. BARTOLAI: Objection, Your Honor; leading. It's a leading question.

THE COURT: Well, I think she has testified as to what she saw, such that the question conforms to her testimony. So I don't think it's leading, in the sense that it's suggesting an answer. Overruled.

BY MR. JASPERSE:

Q.    You may answer. How long were you there?

A.    I think, an hour.

Q.    At that night at the compound, did you suffer any physical abuse?

A.    I didn't.

Q.    That night at the compound, did you suffer any mental pain or suffering?

A.    Yes.

Q.    Could you describe that? What mental pain or suffering did you experience?

A.    I was scared for Siim, for myself, for everyone else. I couldn't even function normally, because of the horrors. I

didn't sleep, I didn't eat, just crying.

Q.    What happened after you -- well, at some point, did you leave the room when these things were happening to Siim?

A.    Yes.

Q.    What happened after you left the room?

A.    We went back home.

Q.    How did you get home?

A.    By a car.

Q.    Who drove the car?

A.    Ross drove the car. We all were in there, and Ross was a little bit in lighter mood after that incident.

Q.    Do you remember Ross saying anything on the drive back home after the compound?

A.    Nothing on the drive home, but overall, he told that Siim was a narcissist and he needed to be broken down to be rebuilt.

Q.    Did you ever go back to the compound after that first time while Siim was there?

A.    Yeah, we went several times to the compound.

Q.    How did you get there those times?

A.    Also, by car, and, also, by going through the check points where Ross just said hi to the soldiers.

Q.    What happened during those later visits to the compound?

A.    It was just the mental abuse, not the physical. As I said, he tried to break him down mentally and tried to get some answers out of him.

155

Q.   Did Ross ever say what he was trying to accomplish with Siim?

A.   I think, he just wanted to --

MR. BARTOLAI: Objection; speculation.

THE COURT: Sustained. The question was, What was said to you?

BY MR. JASPERSE:

Q.   Did Ross ever say anything about what he was doing with Siim?

A.   He was saying that he was rebuilding him.

Q.   At some point, did you learn the name of any of the soldiers?

A.   I learned only one name.

Q.   What name was that?

A.   Goran.

Q.   How did you learn Goran's name?

A.   He was always around and chatting with Ross.

Q.   Did you ever hear Ross call him by his name?

A.   Yes.

Q.   Did you ever learn Goran's last name?

A.   No.

Q.   Could you describe what the interactions between Ross and Goran were like?

A.   Friendly.

Q.   Was Siim, eventually, allowed to leave the military

156

compound?

A.    Yes, he was there about a month.

Q.    Then, what happened?

A.    Then, he came home, he was covered with bruises, he had lost weight, he was really sad and broken.

Q.    Do you know who made the decision to allow Siim to leave the military compound?

A.    Ross.

Q.    How do you know that?

A.    Because he was in charge.

Q.    How do you know he was in charge?

A.    Because he ordered.

Q.    He ordered who?

A.    The military men to do everything.

Q.    While Siim was detained, did you continue to work for Ross?

A.    Yes.

Q.    In that binder, if you could turn back a couple of exhibits to what's been marked Government Exhibit 4.4. Is this a printout of Facebook Messenger messages between you and Ross on November 3, 2015?

A.    Yes.

Q.    Okay.

        MR. JASPERSE: Your Honor, move to admit Government's 4.4.

        MR. BARTOLAI: May I have a moment, Judge?

THE COURT: Sure.

MR. BARTOLAI: No objection, Your Honor.

THE COURT: Government's 4.4 is admitted.

(At this time Government's Exhibit No. 4.4 was admitted into evidence.)

BY MR. JASPERSE:

Q.   In the first message at the top, you wrote, "Hey, I have a question about our salary invoice, what I submit to Akam." Who is Akam?

A.   Akam was employee of the Faruk Group, which was Iraq's company.

Q.   Then, you wrote, "The total amount" -- I'm sorry, continuing in that part of the message -- you wrote, "The total amount remains the same, but do I remove Siim from the invoice and add the 5,000 USD to monthly installment or I leave Siim's salary in?"

Do you remember why, in early November 2015, you were asking Ross how to handle Siim's salary?

A.   Because he was in the compound.

Q.   The message in the middle, do you see where Ross says, "Take out the 5K", and then the message and at the bottom says, "Send 1,500 to Tish Henderson."

Who was Tish Henderson?

A.   I don't know.

Q.   Why didn't you report what you saw at the compound to the

158

police?

A.    Because I was afraid of Ross, because he told that he had connections and that there were going to be consequences, if I say something.

Q.    After seeing what you had seen, why didn't you just quit and go home to Estonia?

A.    Because I couldn't go home just like that, he wouldn't let me go home.

Q.    After Siim was released from the compound, did he resume working for Ross?

A.    Yes.

Q.    What was that like?

A.    Siim was afraid of him, so it was more calm situation at the office.

Q.    Did Ross ever talk to you about what he had done to Siim?

A.    Yes, we talked about it.

Q.    What did Ross say about that?

A.    That he wanted to break him down, mentally.

Q.    When did you leave Kurdistan?

A.    In December of 2015.

Q.    Was that with Ross' permission?

A.    Yes, we were going to the Christmas break.

Q.    Did any of the other Estonians go back to Estonia for Christmas in December 2015?

A.    Yes, we all went back home.

159

Q.   So you and Siim -- well, tell us who went back to Estonia for Christmas in 2015.

A.   Me, Elina, Heret, Marrtin and Siim.

Q.   Can you explain how -- strike that. Did Ross say anything about why, in December of 2015, he lets you all go back to Estonia?

A.   Why? He trusted us, at that point, and let us go home for Christmas.

Q.   Did he say why he trusted you, at that point?

A.   No, he didn't say, but it was because of --

     MR. BARTOLAI: I object, Your Honor. He didn't say. She has answered the question.

     THE COURT: Sustained.

BY MR. JASPERSE:

Q.   When you left Kurdistan in 2015, did you plan to return after Christmas?

A.   No.

Q.   Why not?

A.   Because I didn't want to go back, and I was scared.

Q.   Did you tell Ross that you did not plan to return to Kurdistan, once you were back in Estonia?

A.   No, I didn't tell him that.

Q.   Why?

A.   Because I was afraid he's not going to let me go home.

Q.   If you could turn next to what's been marked Government

160

Exhibit 4.7. Is this another printout of another Facebook Messenger message?

A.    Yes.

Q.    What is the date of these messages?

A.    4th of January 2016.

MR. JASPERSE: Your Honor, I would move to admit Government's 4.7.

MR. BARTOLAI: No objection.

THE COURT: Government's 4.7 is admitted.

(At this time Government's Exhibit No. 4.7 was admitted into evidence.)

BY MR. JASPERSE:

Q.    Please read for the jury the message at very top.

A.    "Ross, I have reached my decision. Very sorry that it took so long, but it was and will be probably my hardest decision in life. I have decided to resign."

Q.    Was it a hard decision to resign?

A.    No, it wasn't.

Q.    Why did you say in this message it was a hard decision to resign?

A.    I wanted things to be ended on good terms between us.

Q.    Could you read the next message down?

A.    "I hope everything will remain okay between us, and you do not have to worry about the NDA."

Q.    Why did you tell Ross he did not need to worry about the

161

non-disclosure agreement?

A.    Because I was afraid, and I wanted to let him know that I will not tell anyone.

Q.    Why did you say, "I hope everything will remain okay between us"?

A.    Because I was afraid of him.

Q.    By saying these things, even though, you didn't mean them, did that help alleviate your concerns or fears?

A.    Yes.

Q.    Why did you think, by saying these things, you wouldn't be -- strike that, sorry, Your Honor. What is it you were afraid of?

A.    That the connections he had, that they were just going to come and get me, at some point.

Q.    So by saying these things, even though, you didn't mean them, why did you think that he wouldn't come and get you?

A.    Because I hoped that it shows that I'm in good terms with him and would not tell anything to anyone.

Q.    Did you keep in touch with Ross after this?

A.    No.

Q.    Any phone calls?

A.    No.

Q.    Email messages?

A.    No.

Q.    Texts?

162

A.    No.

Q.    Prior to coming to the United States to testify here today, had you seen Ross, since leaving Kurdistan in December 2015?

A.    No.

Q.    Have you been back to Iraq or the Kurdistan Region of Iraq since then?

A.    No.

Q.    At the time you left in December 2015, what was the status of the weapons project?

A.    It wasn't finished. The walls were up, roof was there, but I don't remember any machines or anything.

Q.    Were weapons being made?

A.    No, no weapons being made.

        MR. JASPERSE: Could I have just one moment, Your Honor?

        THE COURT: Sure.

        MR. JASPERSE: Your Honor, the next set of questions is regarding the recording, it would take some time. I don't know if the Court would be inclined to take a break.

        THE COURT: Actually, I was. If you were then finished, I would have asked the jury if they needed a break.

        MR. JASPERSE: I'm not finished, I have some exhibits to play.

        THE COURT: I understand. It's just about 4:00. Does anyone need a break? That's fine, let's take 15 minutes.

163

(At this time a recess was taken.)

THE COURT: You can continue.

MR. JASPERSE: Thank you, Your Honor.

BY MR. JASPERSE:

Q.    Ms. Kiviking, was Heret ever out of Kurdistan, during the time you were in Kurdistan?

A.    Yes.

Q.    Did anyone have to do Heret's job as Ross' personal assistant when Heret was away?

A.    Yes, it was me.

Q.    Do you remember a specific evening, in December 2015, when Ross invited you to his apartment?

A.    Yes.

Q.    Did you want to go?

A.    No.

Q.    Did you go?

A.    Yes.

Q.    Why did you go, if you didn't want to go?

A.    Because he ordered me.

Q.    Did you do anything that night to try to protect yourself?

A.    Yes, I made a recording.

Q.    You made a recording?

A.    Yes.

Q.    What was your purpose in making the recording?

A.    It was for my own protection for the future. Because I

164

assumed that, some day, I have to testify or be in the court, so to show that I wasn't the one who was in charge or taking the lead.

Q.   Why did you think, at that time, that some day you might have to testify or be in court?

A.   Because it was illegal.

Q.   What did you use to make the recording?

A.   I used an app on my iPhone.

Q.   Where did you put your phone, when you made the recording?

A.   It was behind me on the couch.

Q.   Where did you make this recording?

A.   It was at Ross's apartment.

Q.   Did Ross know that you were recording him?

A.   No.

Q.   At some point, did you get a new phone?

A.   Yes.

Q.   Did you copy the recording onto the new phone?

A.   Yes.

Q.   Why did you do that?

A.   Because I wanted to hold it.

Q.   Does your iPhone show the date of the recording?

A.   Yes.

Q.   Do you recall the date?

A.   It was 5th of December.

Q.   Of what year?

165

A.    2015.

Q.    At some point, were you interviewed by U.S. law enforcement?

A.    Yes.

Q.    After speaking to U.S. law enforcement officers, did you provide the recording to Estonian authorities?

A.    Yes.

Q.    Why did you do that?

A.    Because it felt right thing to do.

Q.    Did the Estonian authorities make a copy of those recordings?

A.    Yes.

Q.    Before permitting the Estonian authorities to copy the recordings that you had saved on your phone, the recordings that were saved on your phone, did you change the recording, in any way?

A.    No.

Q.    Did you delete any recording?

A.    No.

Q.    Did you delete any part of the recording?

A.    No.

Q.    Have you listened to parts of the recording, in preparation for this trial?

A.    Yes.

Q.    On the little counter in front of you, there's now a USB

thumb drive. Do you see that?

A.    Yes.

Q.    Did you meet with the Government a few days ago, in preparation for your testimony today?

A.    Yes.

Q.    And whose signature is on that USB thumb drive?

A.    It's mine.

Q.    Does that thumb drive contain true and accurate copies of excerpts from the recording you made back in December of 2015?

A.    Yes.

        MR. JASPERSE: Your Honor, I would move into evidence the USB thumb drive and ask permission to play, one by one, the excerpts that have been identified for identification purposes as Government's Exhibits 4.9, 4.10, 4.11, 4.12, 4.13, 4.14, and 4.16.

        THE COURT: Mr. Bartolai, we have already addressed this issue.

        MR. BARTOLAI: Yes. What is the master exhibit? 14? Are you moving that or just --

        MR. JASPERSE: 4.8 is the master.

        MR. BARTOLAI: You're not moving 4.8?

        MR. JASPERSE: No.

        MR. BARTOLAI: Your Honor, the only objection I have are the objections of record.

        THE COURT: Understood. My ruling is that these exhibits

167

are admissible and the audio may be played.

(At this time the above-mentioned Government's Exhibits were admitted into evidence.)

MR. JASPERSE: Your Honor, with your permission, we would like to play the excerpts with the rolling transcript on the screen, and I didn't know if you wish to give the jury an instruction about what's evidence and what's an aid to the evidence?

THE COURT: Yes, I will do that now. Ladies and gentlemen, you're going to hear a recording and you'll be provided with transcripts that will help you understand the recording and the voices you'll hear and what they're saying.

However, the transcripts are not evidence, they're merely an aid to help you understand what you're hearing. The real evidence here is what you hear in the audio. And to the extent that there is, in your mind, as you hear the voices and read the transcript, if, in your mind, there is an inconsistency between those, you are to be governed by what you hear not what you read.

When you return to the jury room to engage in deliberations in this case, you will not have the transcripts. It will be your memory of what was heard, along with the audio, that will guide your deliberations. You can proceed.

MR. JASPERSE: Your Honor, with your permission, the Government would seek to publish what's been marked Government

168

Exhibit 4.11.

THE COURT: Proceed.

MR. JASPERSE: I'm sorry, 4.9. Thank you.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.   Who is the woman's voice in what we just listened to?

A.   It's me.

Q.   Who is the man's voice?

A.   Ross'.

Q.   You make reference to being an assistant. Who were you referring to?

A.   Me.

Q.   Filling in for who?

A.   Heret.

Q.   Roggio refers to someone named Siim. Who is that?

A.   Siim was my co-worker who was at the compound.

Q.   Do you understand what Ross meant when he referred to Siim having been under constant monitoring?

A.   That someone has been watching Siim.

MR. JASPERSE: Your Honor, may we play the second excerpt marked Government Exhibit 4.10.

THE COURT: Yes.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.   Ross said, after the Siim incident, you would get

petrified when he got upset. Did you get petrified when Ross got upset?

A.   Yes.

Q.   Why did you get petrified?

A.   Because I was afraid he's going to take me to a camp or something.

Q.   What was the Siim incident?

A.   That he was taken to the compound, that he was tortured there.

MR. JASPERSE: Your Honor, may we play the third excerpt that's been marked Government's 4.11?

THE COURT: Yes.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.   When you talked about going to the compound, what were you referring to?

A.   Going to the compound.

Q.   What compound?

A.   To the military compound where Siim was.

MR. JASPERSE: Your Honor, may we play the fourth excerpt marked Government's 4.12?

THE COURT: You may.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.   In what we just listened to, Ross referred to, very

170

powerful people. Do you know who he was referring to?

A.    No.

Q.    Ross referred to Alto, the Commander. Do you know who that was?

A.    No.

Q.    And Ross said he would protect you. At that time, did you believe him?

A.    No.

Q.    Did you feel that you needed protection from anyone in Kurdistan?

A.    From him.

Q.    Ross said in this conversation with you, if put to torture, you would give him up in a moment. Did you have an idea what he meant by torture?

A.    I believe that the same things that he had done to Ross.

Q.    To Siim?

A.    To Siim, yes, sorry.

Q.    Ross said, "Say someone snatches you and they start torturing you like they did Siim." Who was in charge of the torture of Siim that you observed?

A.    It was Ross.

Q.    In this excerpt, Ross says, "Pretend you're being interrogated and you're asked, What are you building?"  You answer, "Kurd Towers." Why did you give that answer?

A.    Because it was the cover story that we have to tell

171

people.

Q.    Did someone give you that cover story?

A.    Ross did.

Q.    Was Ross' company building a tower?

A.    No.

Q.    Was Ross' company building an apartment complex?

A.    No.

Q.    What was Ross' company building?

A.    Machine -- gun factory.

        MR. JASPERSE: Your Honor, may we play the next excerpt, Government's 4.13?

        THE COURT: Yes.

        (At this time an audio recording was played.)

BY MR. JASPERSE:

Q.    After saying that $4 million came into his account this year, Ross said he could not hand receipts to the IRS for what he was doing. Did you understand why he would not want to give the IRS receipts for what he was doing?

A.    Because, then, he would get caught.

Q.    Ross makes reference to spending money on gun drills and gun-making parts. What you saw, as the accountant, was he spending money on gun drills and gun-making parts?

A.    Yeah, I paid invoices.

Q.    Ross said, "This is all used for guns." Did you understand why Ross did not want the U.S. Federal Government to know that

172

he was buying gun drills, buying gun-making parts and making guns?

A.   Because it was illegal and he would get caught.

Q.   How did you know that it was illegal?

A.   He told us that.

Q.   Ross said, "Busting me comes from the finances, and Siim went for the finances." Did you understand what Ross was referring to when he said, "Siim went for the finances"?

A.   Siim took some of the papers, but I don't recall which one.

Q.   Ross said Siim wanted to blackmail him. Do you believe that was true?

A.   No.

Q.   When you asked Ross if he was sure that Siim wanted to blackmail him and Ross answered, "Enough to beat him, enough to torture him", did you understand what he was referring to?

A.   To the compound incident where he was beaten and tortured.

Q.   Right after that, you said, "Let's not talk about that." Why didn't you want to talk about that?

A.   Because it's hard, I don't want to relive it.

Q.   Right after that, Ross asks if you know how many interrogations he has done in his life. When you were at the military compound seeing Siim beaten, tased and the other things you've described, who was leading that interrogation?

     MR. BARTOLAI: Objection; asked and answered.

THE COURT: I'm not quite sure it was asked and answered. Her testimony was that Ross ordered it. That's not quite the same question. So I'll allow it.

THE WITNESS: Ross.

BY MR. JASPERSE:

Q.    What we just listened to, Ross said, "Siim experienced the overwhelming ability of mine to crush somebody." Was this recorded -- this conversation that you recorded the only time you heard Ross talking about how he had crushed Siim?

A.    No.

Q.    How many other times did you hear Ross talking about that?

MR. BARTOLAI: Objection; relevance.

THE COURT: Why is that relevant?

MR. JASPERSE: Goes to the Defendant's intent, state of mind.

THE COURT: All right, I'll allow it.

THE WITNESS: I'd say, five times, at least.

BY MR. JASPERSE:

Q.    What was his attitude or demeanor when he was talking about that?

A.    Like he was proud.

MR. JASPERSE: Your Honor, may we play the next excerpt, Government's Exhibit 4.14?

THE COURT: Yes.

(At this time an audio recording was played.)

174

BY MR. JASPERSE:

Q.   By, Marrtin, who was Ross referring to?

A.   Our co-worker.

Q.   What was Marrtin's last name?

A.   Vilist.

Q.   By, Goran, who was Ross referring to?

A.   One military guy at the compound.

      MR. JASPERSE: Finally, Your Honor, I would ask permission to publish for the jury what's been marked Government Exhibit 4.16.

      THE COURT: Proceed.

      (At this time an audio recording was played.)

BY MR. JASPERSE:

Q.   Ross said you could leave at any time you chose. Did you believe him that at that time?

A.   No.

Q.   Ross said, if you betrayed him, he would come for you. Did you believe him?

A.   Yes.

      MR. JASPERSE: Thank you, Your Honor. I have no further questions.

      THE COURT: Cross-examine.

      MR. BARTOLAI: Thank you.

                  CROSS EXAMINATION

BY MR. BARTOLAI:

175

Q.    Good afternoon. As you know, I'm Ross Roggio's attorney, so I'll have some questions for you, okay.

      I'm going to try my best to speak slowly, because I know there's a language issue, all right?

A.    Yes.

Q.    If you don't understand my question, ask me, and I'll certainly repeat it.

A.    Yes.

Q.    So I want to start with Elina Kadaja. She was, also, an Estonian?

A.    Yes.

Q.    She was the person who hired you for Ross Roggio?

A.    Yes.

Q.    And you learned of the job through her; is that right?

A.    Yes.

Q.    When you came to work in Kurdistan and Iraq, you were employed by Roggio Consulting?

A.    Yes.

Q.    All right. And they were making a weapons factory; is that right?

A.    Yes.

Q.    And at this point in time, when you arrived there -- and, again, I think you said it was in May of 2015?

A.    Yes.

Q.    There was no weapons factory present, at that point in

176

time; is that right?

A.    No, there wasn't.

Q.    And when you left around Christmas, in December of 2015, there was, also, no weapons factory; is that right?

A.    Not yet, yes.

Q.    Nothing. There was never any weapons produced, at that point in time; right?

A.    Yes.

Q.    And some of the people that were, also, hired to do this project were fellow Estonians; is that right?

A.    Yes.

Q.    And there were -- when you get there, there was only, maybe, six people, six workers?

A.    Yes.

Q.    Including Mr. Roggio?

A.    Yes.

Q.    And this was -- you were in a -- were you in an apartment or a hotel or?

A.    Apartment.

Q.    It was an apartment?

A.    Yes.

Q.    Like, an apartment, a flat or a house; is that it?

A.    It was a big house with many flats.

Q.    It was, like, a two-bedroom apartment?

A.    Three.

177

Q.    Three-bedroom apartment. Okay, and the offices were in the bedrooms; is that right?

A.    You're talking about the office?

Q.    Yes.

A.    It was, like, three rooms with one open space.

Q.    Where was that office?

A.    It was twenty minutes from home.

Q.    From where you lived; is that right?

A.    Yes.

Q.    You mentioned Faruk.

A.    Group.

Q.    Faruk Group?

A.    Yes.

Q.    They were the owners or the people who were doing the project?

A.    Yes, through Ross.

Q.    Ross worked for them, is that your understanding?

A.    They were, like, co-working.

Q.    Were you part of any of the agreement? Did you understand the hierarchy of the relationship with the Faruks and Mr. Roggio?

A.    No.

Q.    Who was Zarya Construction?

A.    I don't recall.

Q.    There was -- you testified as to some of the text messages

178

between yourself and Mr. Roggio where you were paying invoices. Do you recall?

A.    Yes.

Q.    And there was a reference there to an individual by the name of Akam?

A.    Yes.

Q.    Who is he?

A.    He was some kind of manager from Faruk Group.

Q.    And he was there all the time; right?

A.    Not all the time.

Q.    How often would he be there?

A.    Once a week, he came by and talked to Ross.

Q.    Okay. Were there practices in place where Akam wanted to see all the invoices and the books, so to speak?

A.    I don't recall.

Q.    Okay. You know what I mean when I say, the books?

A.    I think I do, yes.

Q.    Okay. Did Akam have any oversight, as to the work that was being done there?

A.    Yes.

Q.    Can you explain?

A.    He knew what we were doing, and he was always talking to Ross about the progress.

Q.    How about Bayan?

A.    Yes, Bayan.

179

Q.    What was his role?

A.    I don't know, exactly.

Q.    Was he with the Faruks, as well?

A.    Yes.

Q.    And Mohammad?

A.    I don't know that name.

Q.    All right. So when you first got to Iraq, in May of 2015, to Kurdistan, and you were working in this office without any machines or anything like that, any parts, some of your jobs were to look into buying machines?

A.    Yes.

Q.    Okay. So there wasn't much work to do, at that point, would you agree?

A.    Yes.

Q.    And so there was busy work that needed to be done? Do you know what I mean by, busy work?

A.    No.

Q.    Okay. Aside from invoices, looking at invoices, collecting them and paying them, was there any other type of work that you did there?

A.    I'm sure there was, but I don't remember.

Q.    Okay. And part of it was researching these machines for gun parts?

A.    Yes.

Q.    And I think it was your testimony -- and correct me if I'm

180

wrong -- that Mr. Roggio told you not to look in the United States for these parts; right?

A.   Yes.

Q.   And he told you -- so he said to look for these machines in China?

A.   Yes.

Q.   In fact, he said that the reason why is because to get the machines from The United States would be illegal; is that right?

A.   Yes.

Q.   So he did say that; right?

A.   Yes.

Q.   He wasn't interested in getting machines from the U.S.; correct?

MR. JASPERSE: Objection.

BY MR. BARTOLAI:

Q.   I'd like to talk to you about Siim and Marrtin, your co-workers, okay. And so had you known these individuals before you met them in Iraq?

A.   No.

Q.   When you did meet in Iraq, did you develop close relationships with these people?

A.   Well, yeah, we were friends, we were roommates.

Q.   Okay. And you were roommates, too. Tell us the living arrangements.

A.    I was with -- I had my own room, Siim had his room and Marrtin had his room.

Q.    All in the same apartment?

A.    Yes.

Q.    So do you recall that particular day, when Siim didn't come to work; is that right?

A.    Yes.

Q.    You had found out that Siim had been taken to a military camp, I believe you said?

A.    Yes, first Elina told me that he was taken away, I didn't know where.

Q.    And you said, military camp; is that right?

A.    Yes.

Q.    And they were -- when you heard the words, military compound, is there a difference, in your mind?

A.    No.

Q.    Between a military camp and a military compound?

A.    No.

Q.    You didn't witness him being taken away; is that right?

A.    No.

Q.    You learned of it later?

A.    Yes.

Q.    I believe it was your testimony that, later that day, Ross had came by and took you and the fellow Estonians to the compound or this military camp; is that right?

182

A.   It was the next day.

Q.   All right, so it was the next day. It was the day after Siim was missing?

A.   Yes.

Q.   You're sure of that?

A.   Yes.

Q.   As you recall, right?

A.   Yes.

Q.   When Siim had been at the camp, when you found out he's taken away that day, you testified that you were asked for your phones. Did Ross ask you for your phones? Who asked you for your phones?

A.   Ross asked for our phones.

Q.   So that would have been the day Siim was taken away, he asked for your phones?

A.   Yes.

Q.   All right. And I want to be clear. I'm talking about two particular days, the day that he was taken away and the day that you were brought to the camp. That was within the scope of two days; is that right?

A.   Yes.

Q.   And on the second day is the day that Ross brought you to the camp to see Siim; is that your testimony?

A.   Yes.

Q.   And the day before, the day that he was taken away, is the

day that Ross asked you for your phones; is that your testimony?

A.    Yes.

Q.    Did you give him your phones?

A.    Yes.

Q.    Do you recall what other people's phones were taken?

A.    Marrtin's, mine, Heret's.

Q.    Other things, other than the phones, like, your laptops, iPads, anything like that?

A.    I don't recall.

Q.    And your phone -- what's your native language?

A.    Estonian.

Q.    Is that Cyrillic? A different type of alphabet and everything?

A.    No.

Q.    Were your phones and your laptops and the data there on those phones in Estonian?

A.    Yes.

Q.    Do you know Ross Roggio to speak Estonian?

A.    He does not.

Q.    He does not, okay. Would you agree with me that the day that Siim was taken, you, along with Elina, went into Siim's apartment and went through some of his stuff?

A.    Yes.

Q.    Were you looking -- were you helping look for the papers

that they claim that he had taken?

A.    No.

Q.    You were going -- but you did go through his stuff; is that it?

A.    I didn't go through his stuff.

Q.    Were you present when his stuff --

A.    Yes.

Q.    Who was going through it?

A.    Ross.

Q.    Ross was?

A.    Yes.

Q.    All right. The day that he was taken, Ross was going through it; is that it?

A.    Yes.

Q.    So the next day -- correct me if I'm wrong -- is when you were brought to the -- you were brought to the military compound or military camp?

A.    Yes.

Q.    And Mr. Roggio or Ross brought you there; is that right?

A.    Yes.

Q.    That's when you had witnessed this incident with Siim being tortured, were your words; right?

A.    Yes.

Q.    You said that he, at that point in time, Ross had made these guards punch him with a stick?

185

A.    Yes.

Q.    Shock him?

A.    Yes.

Q.    Apply pressure to his fingers with a tool?

A.    Something with the fingers, I can't recall, exactly.

Q.    A bag was placed over his head and water was poured on his face?

A.    Yes.

Q.    You witnessed these things?

A.    Yes.

Q.    And that would be the day after he was taken away; is that right?

A.    Yes.

Q.    And it's your testimony that Ross, himself, didn't do any of these things; correct?

A.    Yes, he ordered.

Q.    He ordered?

A.    Yes.

Q.    Just so we're clear, in other words, these things that happened to Siim, they were done by the interrogators; right?

A.    Yes.

Q.    Not Ross Roggio?

A.    Yes, but Ross ordered.

Q.    But you never saw Ross put his hands on Siim; correct?

A.    No.

186

Q.   I think it was your testimony that, after that time, the abuse that Siim suffered wasn't physical, it was mental abuse; is that right?

A.   Yes, after the one time, yes.

Q.   So this torture that you witnessed, that was the one time; right?

A.   Yes, one time.

Q.   Physical?

A.   Yes.

Q.   After that, it was mental; is that it?

A.   Yes, that I witnessed.

Q.   That you witnessed, very good. You had gone back -- the very first time that Mr. Roggio took you to this camp, he drove; is that right?

A.   Yes.

Q.   But there were times when you had gone there, yourself; correct?

A.   No.

Q.   I'm sorry, I don't mean to say that like that. There were times after that that you, along with some of the other Estonians, would visit Siim at the camp; correct?

A.   With Ross?

Q.   No, just you -- I'm sorry, I don't want to confuse you. We know that Ross took you and the fellow Estonians to the camp the day after Siim was taken; is that right?

A.    Yes.

Q.    And that's when you witnessed these events; right?

A.    Yes.

Q.    And I'm talking about after that.

A.    Yes.

Q.    After that, you went to visit Siim at the camp with the other Estonians; right?

A.    Yes, with Ross.

Q.    With Ross?

A.    Yes.

Q.    Okay, with Ross. Do you recall bringing food to him?

A.    No.

Q.    You don't recall any food?

A.    No.

Q.    Any clothes, do you recall bringing clothes there?

A.    No.

Q.    By yourself or Elina or any of the Estonians?

A.    No.

Q.    Do you recall bringing letters from his mother there?

A.    No.

Q.    Do you recall participating in helping him write letters to his mother?

A.    No.

Q.    Do you know if Elina did?

A.    No.

188

Q.   Okay, you don't know, okay. These times, did you ever go to the military camp without Ross Roggio?

A.   No.

Q.   So every time you went, it would have been with Ross; is that right?

A.   Yes.

MR. BARTOLAI: May I have a moment, Judge?

THE COURT: Sure.

MR. BARTOLAI: Thank you.

THE COURT: Redirect?

MR. JASPERSE: Yes, Your Honor.

                    REDIRECT EXAMINATION

BY MR. JASPERSE:

Q.   Who was interrogating Siim at the compound?

A.   Some kind of military guy.

Q.   Who was asking the questions?

A.   Ross was.

Q.   Who was giving the orders?

A.   Ross was.

MR. JASPERSE: Nothing further, Your Honor.

THE COURT: Anything further?

MR. BARTOLAI: No, thank you.

THE COURT: Thank you very much. You may step down.

MR. JASPERSE: Your Honor, may the witness be released?

THE COURT: Any objection?

189

MR. BARTOLAI: No.

THE COURT: She may be released.

MR. HINKLEY: Your Honor, our next witness will take more than twenty minutes. Would you like to break for the evening or do you prefer that we call him?

THE COURT: Confer with Mr. Bartolai and see how much cross examination he may have.

MR. BARTOLAI: Your Honor, may we have a moment?

THE COURT: Go ahead, please.

(At this time there was a brief pause in the proceeding.)

THE COURT: Are you calling a witness?

MR. HINKLEY: We are, Judge.

MR. CLAFFEE: Your Honor, the Government calls Shawn Stevens.

S H A W N   S T E V E N S   IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Please state and spell your name for the record.

THE WITNESS: Shawn Stevens, S-H-A-W-N, S-T-E-V-E-N-S.

THE CLERK: Thank you. Please be seated.

DIRECT EXAMINATION

BY MR. CLAFFEE:

Q.   Good afternoon. Where do you work?

A.   Bureau of Alcohol, Tobacco, Firearms and Explosives.

Q.   How long have you worked at The Bureau of Alcohol,

190

Tobacco, Firearms and Explosives?

A.    Almost 20 years.

Q.    Could we call that ATF for short?

A.    Yes.

Q.    What is ATF and what does it do?

A.    ATF enforces firearms and explosives' laws, both regulatory and criminal.

Q.    What is your current title?

A.    Current title is Explosive Industry Liaison.

Q.    How long have you been in that role?

A.    About six years.

Q.    What are your responsibilities as Industry Liaison?

A.    I coordinate with the Explosives Industry, everything from rocketry to miners to fireworks, I help them with corporate issues, with employee issues, etc.

Q.    What did you do before that?

A.    I was an Explosive Enforcement Specialist.

Q.    What did that role entail?

A.    We wrote variances to the regulations, as well as directed to the explosive industry.

Q.    What was your job back in 2008?

A.    I was industry Operations Investigator for ATF in the Greensboro area office.

Q.    Greensboro, North Carolina?

A.    Yes.

191

Q.   What was your -- what did you do as an Industry Operations Investigator?

A.   We -- mostly, what the Industry Operations Investigators do are auditors that go into gun shops or, like, explosives, like, fireworks operations or whatever and make sure they have the right number of guns, according to the record keeping, there's nothing missing, stolen and just general compliance with regulations.

Q.   In your role as an Industry Operations Investigator in 2008, did you ever come across the Defendant Ross Roggio?

A.   Yes.

Q.   When was that?

A.   That was in the summer of 2008.

Q.   Why did you have occasion to come across the Defendant?

A.   He had a reported theft at his FFL dealership -- he was a manufacturer of National Firearms Act weapons.

Q.   Did you meet with the Defendant on that occasion?

A.   Yes.

Q.   Was anyone else present with you, during that inspection?

A.   Yes, myself, Industry Operations Investigator Ed Courtney, Special Agent Ryan Szwejbka and a local police detective.

Q.   Did you do any follow-up visits, after your initial inspection?

A.   Yes, it was theft loss, turned into full compliance, and then we did a follow-up visit to go over the regulations, as

well as a warning conference later on.

Q.   I'd like to show you what has been previously marked as Government Exhibit 5.2. I'm sorry, do you have a binder up there?

A.   Yes, sorry.

Q.   Is there a 5.2 in that binder? Take a moment to look at that.

A.   Yes.

Q.   Do you recognize 5.2?

A.   Yes.

Q.   What is it?

A.   Acknowledgment of Federal Firearms Regulations.

Q.   Were you present when this was signed?

A.   Yes, I was present.

Q.   Who signed the form?

A.   Mr. Roggio and Mr. Courtney.

Q.   Was it part of the regular practice of you and Mr. Courtney, when conducting these inspections, to have forms like this signed?

A.   Every inspection has a form like this signed.

Q.   Was it placed in ATF's files, after it was signed?

A.   Yes.

Q.   Was it maintained in those files, as part of ATF's regular business activity?

A.   Yes.

193

MR. CLAFFEE: Your Honor, we would like to admit Government's Exhibit No. 5.2.

MR. BARTOLAI: No objection.

THE COURT: Government's 5.2 is admitted.

MR. CLAFFEE: May we publish, please?

THE COURT: You may.

(At this time Government's Exhibit No. 5.2 was admitted into evidence.)

BY MR. CLAFFEE:

Q.   What does it say at the top of this form?

A.   Acknowledgment of Federal Firearms Regulations.

Q.   Right below that?

A.   Page references are in ATF Publication 5300.4 dated September 2005.

Q.   What is ATF 5300.4?

A.   The Federal Firearms Regulations and Laws.

Q.   I'd like to direct your attention to the middle of the page. What is listed under No. 10 on this form?

A.   Exportation Arms Export Control Act of 1976.

Q.   Is there anything in the box next to Arms Expert Control Act?

A.   Yes, Mr. Roggio's initials.

Q.   Are those page numbers in the far right column?

A.   Yes, it gives page numbers in the far right column.

Q.   What do they reference?

194

A.   They reference the page that the Arms Export Control Act of 1976 can be found in the regulation book.

Q.   That's the same reference guide that's listed at the top of the page?

A.   Yes.

Q.   I'd like to show you what has been previously marked, now, as Government Exhibit 5.1. So if you can flip back in your binder. Do you recognize this document?

A.   Yes.

Q.   What is it?

A.   Federal Firearms Regulations Reference Guide.

Q.   Is this the same version of the Firearms Regulations Guide that was in effect in 2008?

A.   Yes.

Q.   How do you know that?

A.   The acknowledgment has the date on it.

Q.   So would this have been the version -- strike that. Did you provide a copy of this document to the Defendant, at the conclusion of your inspection?

A.   Yes.

Q.   Would this have been the version provided to the Defendant?

A.   Yes.

Q.   Does this appear to be a true and complete version of that guide?

195

A.    Yes.

MR. CLAFFEE: Your Honor, we would move to admit Government's 5.1.

MR. BARTOLAI: No objection.

THE COURT: Government's 5.1 is admitted.

(At this time Government's Exhibit No. 5.1 was admitted into evidence.)

MR. CLAFFEE: May we publish?

THE COURT: You may.

BY MR. CLAFFEE:

Q.    If you could flip to Pages 98 and 99 of the exhibit. Mr. Stevens, can you, please, tell us what's contained on these two pages?

A.    The Arms Export Control Act.

Q.    I won't ask you to read the actual full regulation, but please read the title of subsection B.

A.    "Registration and licensing requirements for manufacturers, exporters or importers of designated defense articles and defense services exceptions."

MR. CLAFFEE: No further questions

THE COURT: Cross examination?

MR. BARTOLAI: Yes, thank you.

                    CROSS EXAMINATION

BY MR. BARTOLAI:

Q.    What are the exceptions? Do you know the exceptions?

196

A.    They are right here under The Arms Export Control Act.

Q.    Without reading it, are you familiar with the exceptions?

A.    Not -- I'm not up to date, I've been doing explosives.

Q.    But there are exceptions?

A.    I believe so, yes.

Q.    All right, so you're an Industry Operation Investigator and Auditor? Or you do audits, I think?

A.    My series is Industry Operations Investigator. I haven't done that in several years now.

Q.    Do you work with respect to export violations, ITAR, things like that?

A.    So I work with some. So my job is with explosives, The National Firearms Act includes destructive devices, which includes missiles, grenades, and those would be something I would have to, on occasion, deal with.

Q.    Missiles and explosives?

A.    Yes.

Q.    And grenades?

A.    Yes, any destructive device.

Q.    So AR15s, do you deal with the exporting of AR15s?

A.    I don't.

Q.    All right. And you say that -- so Mr. Roggio was an FFL in 2008?

A.    Yes.

Q.    What is an FFL, just so we're all on the same page.

197

A.   Federal Firearms Licensee.

Q.   Okay, and, specifically, with respect to title or article 3 -- I'm sorry. With respect to what type of weapons?

A.   National Firearms Act weapons, he was a manufacturer of NFA weapons, Type 07 license.

Q.   What are NFA-typical weapons?

A.   So that includes foil neck machine guns, pistols, flash pings, missiles, grenades, silencers.

Q.   Okay, so, in other words, he had a license to produce machine guns and silencers; is that right?

A.   Yes.

Q.   And they're NFA-type of things that you're talking about, when you mention that; right?

A.   Yes.

     MR. BARTOLAI: All right, thank you very much.

     THE COURT: Redirect?

     MR. CLAFFEE: Very briefly, Your Honor.

                    REDIRECT EXAMINATION

BY MR. CLAFFEE:

Q.   Mr. Stevens, I just want to direct your attention to the bottom of this form. Who did you say was the signatory on the left-hand side?

A.   Mr. Roggio.

Q.   Could you read the text above the signature block that starts with, The investigator?

198

A.    "The investigator explained the above information to me on 9/22/08 and answered my questions regarding this information. I received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all the laws and regulations governing my licensed firearms business."

Q.    You and Mr. Courtney explained the regulations to Mr. Roggio?

A.    Yes.

Q.    And you left a copy of the regulations with him?

A.    Yes.

MR. CLAFFEE: Thank you.

MR. BARTOLAI: Nothing further.

THE COURT: Thank you, sir. You can step down. Counsel, it's now 5:25, I would propose we adjourn for the day. Before I do that, let me speak with the jury for a moment.

Before I excuse you for the day, once again, I want to tell you what I've already told you in my preliminary instructions, that is, that you should keep an open mind until you've heard all the evidence and the law that I give you.

You should not discuss the case with anyone, not even among yourselves, until you've heard all the evidence. And, obviously, you should not listen to or read anything about this case that might be published in the media.

199

With that, thank you very much for your attention, we look forward to seeing you tomorrow morning at 9:30 a.m.

(At this time the jury was excused for the evening.)

THE COURT: Counsel, before we adjourn, is there anything we need to discuss for tomorrow?

MR. BARTOLAI: For tomorrow? No.

THE COURT: Very good. See you tomorrow at 9:30.

(At this time the proceedings were adjourned.)

200

C E R T I F I C A T E

I, KRISTIN L. YEAGER, Official Court Reporter for the United States District Court for the Middle District of Pennsylvania, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a true and correct transcript of the within-mentioned proceedings had in the above-mentioned and numbered cause on the date or dates hereinbefore set forth; and I do further certify that the foregoing transcript has been prepared by me or under my supervision.

                    S/Kristin L. Yeager
                    KRISTIN L. YEAGER, RMR,CRR
                    Official Court Reporter

REPORTED BY:

    KRISTIN L. YEAGER, RMR,CRR
    Official Court Reporter
    United States District Court
    Middle District of Pennsylvania
    P.O. Box 5
    Scranton, Pennsylvania  18501

        (The foregoing certificate of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

1

**$**

**$25,000** [1] - 88:21
**$4,000** [1] - 129:10
**$4650** [1] - 144:1
**$50,000** [1] - 88:21

**'**

**'06-'07** [1] - 68:13
**'15** [1] - 107:20
**'88** [1] - 63:9
**'93** [2] - 63:11, 63:12

**0**

**07** [1] - 197:5

**1**

**1** [10] - 4:16, 8:8, 12:8, 12:13, 16:25, 19:12, 21:18, 33:24, 41:21, 42:7
**1,500** [1] - 157:22
**10** [9] - 25:3, 34:11, 41:7, 47:10, 66:3, 82:20, 89:14, 151:3, 193:18
**10.5** [1] - 89:16
**100** [3] - 68:2, 96:20, 102:23
**11.31** [7] - 2:9, 89:14, 89:17, 89:19, 90:9, 90:11, 90:12
**11.35** [5] - 2:10, 90:24, 91:5, 91:7, 91:8
**11th** [1] - 143:21
**12** [1] - 63:16
**121.1** [1] - 26:7
**123.1** [1] - 26:7
**126** [1] - 2:4
**127.1** [1] - 26:7
**1301** [1] - 1:18
**14** [2] - 47:7, 166:18
**141,144** [1] - 2:12
**142** [2] - 2:12, 2:12
**143** [2] - 2:12, 2:13
**144** [2] - 2:13, 2:13
**145** [1] - 2:13
**146** [2] - 2:14
**15** [3] - 61:24, 151:3, 162:25
**156** [1] - 2:14
**157** [1] - 2:14
**160** [2] - 2:15
**166** [2] - 2:15, 2:16
**167** [2] - 2:15, 2:16
**174** [1] - 2:4
**18** [2] - 26:5, 146:1

**18-CR-97** [1] - 1:4
**18501** [1] - 200:19
**18503** [2] - 1:13, 1:25
**18640** [1] - 1:21
**188** [1] - 2:4
**189** [1] - 2:4
**192** [1] - 2:16
**193** [1] - 2:16
**194** [1] - 2:17
**195** [2] - 2:4, 2:17
**197** [1] - 2:4
**1976** [2] - 193:19, 194:2
**1988** [2] - 63:6
**1:00** [1] - 99:18

**2**

**2** [10] - 4:21, 8:10, 12:9, 12:15, 17:2, 20:1, 21:24, 33:24, 42:7, 42:8
**20** [2] - 65:2, 190:2
**2000** [1] - 63:14
**2000's** [1] - 67:18
**2005** [1] - 193:14
**2008** [17] - 78:3, 83:5, 86:5, 100:22, 100:24, 100:25, 106:10, 112:5, 117:8, 122:11, 122:20, 190:21, 191:10, 191:13, 194:13, 196:23
**2009** [1] - 83:5
**2012** [1] - 63:17
**2013** [1] - 127:19
**2014** [5] - 31:22, 32:14, 33:5, 33:6, 127:19
**2015** [56] - 32:19, 33:6, 33:11, 33:13, 38:20, 44:5, 44:21, 47:8, 51:21, 56:20, 60:6, 106:14, 106:17, 107:19, 107:22, 122:13, 122:17, 122:25, 123:2, 127:23, 128:1, 128:3, 128:20, 128:23, 129:15, 130:21, 132:9, 133:8, 133:18, 139:1, 139:7, 139:18, 140:25, 142:1, 142:11, 143:1, 143:2, 143:21, 145:6, 146:1, 147:25, 156:21, 157:17,

158:20, 158:24, 159:2, 159:5, 159:15, 162:4, 162:9, 163:11, 165:1, 166:9, 175:23, 176:3, 179:7
**2016** [11] - 33:14, 33:15, 36:3, 39:14, 39:19, 60:6, 61:1, 63:18, 119:13, 120:8, 160:5
**2017** [9] - 33:19, 38:11, 61:3, 119:1, 119:3, 119:13, 120:8, 120:10, 120:22
**2018** [3] - 118:10, 118:23, 118:24
**2019** [1] - 98:12
**2023** [1] - 1:9
**20530** [2] - 1:16, 1:18
**21** [1] - 47:8
**22** [2] - 26:6, 26:7
**223** [1] - 76:21
**23** [2] - 18:22, 25:20
**235** [2] - 1:12, 1:25
**238** [1] - 1:20
**24-7** [1] - 45:19
**2778(b** [1] - 26:6
**28** [1] - 200:6
**2:00** [1] - 99:19

**3**

**3** [13] - 5:2, 8:20, 12:10, 12:23, 17:4, 20:12, 21:13, 22:2, 34:1, 40:14, 95:19, 156:21, 197:3
**3-2** [1] - 80:16
**3-4** [1] - 81:23
**3.1** [5] - 2:8, 79:18, 80:3, 80:5, 80:8
**3.10** [6] - 2:10, 93:14, 93:21, 93:25, 94:4, 94:5
**3.2** [5] - 2:8, 80:16, 80:22, 80:24, 81:1
**3.4** [7] - 2:9, 81:25, 82:5, 82:7, 82:8, 108:21, 109:8
**3.5** [2] - 95:2, 99:6
**3.5-3.8** [2] - 2:11, 99:12
**3.6** [1] - 95:2
**3.7** [1] - 95:2
**3.8** [2] - 95:2, 99:6
**3.9** [5] - 2:11, 95:19, 95:22, 95:23, 115:1
**30** [4] - 31:7, 57:5,

66:4, 149:2
**31** [1] - 63:1
**311** [1] - 1:12
**32,078.9** [1] - 146:19
**33** [1] - 33:21
**39** [1] - 47:7
**3D** [1] - 55:21

**4**

**4** [10] - 5:8, 8:25, 12:25, 17:6, 22:10, 34:4, 39:18, 40:16, 126:13, 171:15
**4.1** [6] - 2:12, 141:8, 142:4, 142:6, 142:7, 144:7
**4.10** [2] - 166:14, 168:21
**4.11** [3] - 166:14, 168:1, 169:11
**4.12** [2] - 166:14, 169:21
**4.13** [2] - 166:14, 171:11
**4.14** [2] - 166:14, 173:23
**4.16** [3] - 2:16, 166:15, 174:10
**4.2** [5] - 2:12, 142:21, 143:4, 143:6, 143:7
**4.3** [6] - 2:13, 143:17, 143:18, 144:19, 144:21, 144:22
**4.4** [5] - 2:14, 156:19, 156:24, 157:3, 157:4
**4.5** [6] - 2:13, 144:17, 144:25, 145:8, 145:10, 145:11
**4.6** [5] - 2:14, 145:24, 146:3, 146:5, 146:6
**4.7** [5] - 2:15, 160:1, 160:7, 160:9, 160:10
**4.8** [2] - 166:20, 166:21
**4.8-4.14** [1] - 2:15
**4.9** [2] - 166:14, 168:3
**40** [2] - 57:5, 149:2
**4500** [1] - 65:18
**4:00** [1] - 162:24
**4th** [2] - 145:6, 160:5

**5**

**5** [8] - 5:17, 9:10, 13:2, 17:8, 22:25, 34:7, 38:20, 200:18
**5,000** [1] - 157:15
**5.1** [5] - 2:17, 194:7, 195:3, 195:5, 195:6

**5.2** [7] - 2:16, 192:3, 192:6, 192:9, 193:2, 193:4, 193:7
**5300.4** [2] - 193:13, 193:15
**55** [2] - 52:1, 62:14
**554** [1] - 26:5
**556** [1] - 76:21
**5:25** [1] - 198:16
**5K** [1] - 157:21
**5th** [1] - 164:24

**6**

**6** [12] - 6:2, 17:10, 23:18, 34:4, 40:8, 124:12, 124:25, 125:14, 125:19, 125:20, 126:19, 142:1
**60** [1] - 65:5
**62** [1] - 2:3
**6th** [1] - 142:11

**7**

**7** [11] - 6:6, 17:12, 24:9, 34:9, 38:20, 124:12, 124:22, 124:25, 125:22, 125:23, 126:15
**72** [1] - 2:7
**753** [1] - 200:6
**75th** [3] - 63:8, 63:13, 64:12
**79** [1] - 2:8

**8**

**8** [13] - 6:15, 17:14, 24:9, 34:9, 39:18, 40:16, 124:12, 124:22, 124:25, 125:24, 126:17, 126:19, 143:1
**80** [2] - 2:8, 2:8
**81** [2] - 2:8, 2:9
**82** [1] - 2:9
**850** [1] - 65:18
**89** [1] - 2:9
**8th** [1] - 143:2

**9**

**9** [5] - 1:9, 7:5, 25:3, 34:11, 41:7
**9.8** [2] - 2:7, 72:25
**9/22/08** [1] - 198:2
**90** [2] - 2:9, 2:10
**91** [1] - 2:10

2

**93** [1] - 2:10
**94** [2] - 2:10, 2:11
**95** [2] - 2:11
**950** [1] - 1:15
**98** [1] - 195:11
**99** [3] - 2:3, 2:11, 195:11
**9:30** [3] - 1:9, 199:2, 199:7

# A

**a.m** [1] - 199:2
**Abayeva** [2] - 31:24, 33:5
**abduct** [1] - 57:22
**abducted** [1] - 43:10
**abduction** [2] - 45:12, 45:13
**abetted** [2] - 23:10, 23:13
**abetting** [1] - 43:19
**ability** [4] - 16:25, 47:3, 50:21, 173:7
**able** [6] - 35:24, 72:19, 74:18, 85:6, 92:18, 107:23
**above-mentioned** [2] - 167:2, 200:8
**abroad** [3] - 21:19, 22:1, 22:4
**abuse** [7] - 42:15, 47:14, 47:25, 153:17, 154:23, 186:2
**abused** [2] - 58:3, 58:4
**accept** [2] - 18:1, 129:22
**accepted** [3] - 9:15, 88:24, 129:23
**access** [1] - 92:18
**Accommodation** [1] - 66:2
**accommodations** [1] - 65:22
**accomplish** [1] - 155:1
**according** [1] - 191:6
**account** [4] - 84:3, 139:23, 139:25, 171:15
**accountable** [1] - 84:3
**accountant** [5] - 60:9, 127:20, 127:21, 129:8, 171:21
**accounting** [5] - 32:20, 32:23, 84:4, 139:18, 140:24
**accounting-type** [2] -

32:20, 140:24
**accoutrements** [1] - 74:22
**accurate** [7] - 16:14, 16:20, 83:20, 85:4, 110:13, 166:8
**accusation** [1] - 19:4
**accuse** [1] - 121:1
**accused** [1] - 19:2
**achieve** [4] - 19:23, 19:25, 21:3, 21:5
**acknowledgment** [3] - 192:12, 193:11, 194:16
**acquired** [1] - 90:16
**Act** [16] - 18:20, 18:21, 22:11, 23:1, 23:19, 24:22, 24:23, 26:5, 191:16, 193:19, 193:21, 194:1, 195:14, 196:1, 196:13, 197:4
**act** [8] - 20:5, 20:8, 20:10, 21:10, 27:21, 42:10, 42:11, 42:13
**acted** [4] - 22:24, 24:8, 25:12, 43:21
**acting** [4] - 20:7, 43:12, 43:13, 43:20
**action** [3] - 64:5, 69:14, 79:13
**Action** [1] - 64:21
**activate** [1] - 74:11
**active** [1] - 65:19
**activity** [2] - 26:4, 192:24
**acts** [3] - 42:12, 42:15, 59:16
**actual** [1] - 195:15
**actuates** [1] - 70:15
**ad** [2] - 128:13, 128:17
**add** [2] - 124:21, 157:15
**addition** [6] - 4:14, 38:5, 40:15, 40:22, 41:8, 50:7
**additional** [2] - 6:20, 47:17
**address** [2] - 39:5, 98:25
**addressed** [1] - 166:16
**adjourn** [2] - 198:16, 199:4
**adjourned** [1] - 199:8
**admissible** [3] - 124:3, 126:19, 167:1
**admission** [8] - 80:3, 80:22, 82:5, 90:9, 91:4, 93:25, 95:18,

99:5
**admit** [9] - 142:3, 143:3, 144:19, 145:7, 146:3, 156:24, 160:6, 193:1, 195:2
**admits** [3] - 29:4, 29:5, 29:8
**admitted** [36] - 80:5, 80:8, 80:24, 81:1, 82:7, 82:8, 90:11, 90:12, 91:7, 91:8, 94:4, 94:5, 95:22, 95:23, 99:8, 99:10, 99:13, 142:6, 142:7, 143:6, 143:7, 144:21, 144:22, 145:10, 145:11, 146:5, 146:6, 157:3, 157:4, 160:9, 160:10, 167:3, 193:4, 193:7, 195:5, 195:6
**Admitted** [1] - 2:7
**advanced** [1] - 36:21
**advancing** [1] - 25:13
**advice** [3] - 22:7, 85:18, 86:22
**advisor** [2] - 65:14
**Advisor** [1] - 65:15
**advocated** [1] - 58:19
**AECA** [1] - 22:11
**affected** [1] - 60:2
**afford** [1] - 75:9
**affordable** [1] - 75:9
**Afghanistan** [4] - 100:12, 103:1, 122:14, 122:17
**afraid** [8] - 148:20, 158:2, 158:13, 159:24, 161:2, 161:6, 161:11, 169:5
**afternoon** [6] - 99:25, 100:1, 126:23, 126:24, 175:1, 189:23
**Agent** [2] - 61:5, 191:21
**agents** [1] - 121:19
**ago** [7] - 29:21, 108:21, 118:4, 127:9, 127:11, 127:12, 166:3
**agree** [17] - 3:16, 4:6, 11:19, 40:17, 105:3, 105:4, 106:14, 106:18, 106:19, 108:3, 109:22, 110:21, 116:25, 120:15, 121:15,

179:13, 183:21
**agreed** [3] - 12:11, 19:16, 20:17
**agreement** [12] - 19:19, 19:20, 20:24, 20:25, 21:9, 21:11, 41:23, 41:24, 130:5, 130:7, 161:1, 177:19
**agreements** [1] - 130:3
**ahead** [3] - 28:18, 138:9, 189:9
**aid** [2] - 167:7, 167:14
**aided** [3] - 1:22, 23:10, 23:13
**aiding** [1] - 43:19
**aids** [1] - 8:20
**air** [1] - 48:2
**Airborne** [3] - 63:7, 64:9, 64:10
**Airborne-qualified** [1] - 64:10
**airline** [1] - 147:12
**airport** [3] - 48:6, 48:13, 49:24
**Airport** [2] - 38:12, 61:3
**AK-47** [1] - 84:24
**AK-47's** [2] - 83:20, 84:21
**AK4-7's** [1] - 83:20
**AK47** [3] - 110:7, 110:12, 110:16
**AK47-type** [1] - 110:22
**AK47s** [3] - 110:3, 110:5, 110:23
**Akam** [7] - 60:8, 157:8, 157:9, 157:10, 178:5, 178:13, 178:18
**akin** [2] - 101:24, 101:25
**AKM** [1] - 110:22
**Al** [6] - 44:1, 79:12, 83:3, 106:3, 106:4
**Al-Maliki** [1] - 44:1
**Al-Qaeda** [5] - 79:12, 83:3, 106:3, 106:4
**Alcohol** [3] - 37:9, 189:24, 189:25
**Alex** [1] - 37:2
**alive** [1] - 51:16
**alleged** [5] - 19:22, 19:24, 21:3, 21:4, 25:25
**alleviate** [1] - 161:8
**allies** [2] - 105:25, 106:1
**allow** [13] - 4:9, 4:23,

13:23, 74:10, 114:3, 119:25, 121:4, 126:19, 135:24, 137:23, 156:6, 173:3, 173:16
**allowed** [7] - 9:19, 13:15, 48:20, 60:16, 97:4, 137:24, 155:25
**allows** [1] - 70:23
**almost** [3] - 79:1, 79:4, 190:2
**alone** [2] - 16:1, 136:20
**alongside** [2] - 105:22, 108:2
**alphabet** [1] - 183:13
**Alto** [1] - 170:3
**aluminum** [2] - 76:2, 76:5
**Amanda** [2] - 119:9, 119:12
**ambushes** [1] - 64:5
**AMERICA** [1] - 1:2
**Ammunition** [1] - 37:19
**amount** [3] - 144:1, 157:12, 157:14
**analogy** [1] - 86:20
**ancestry** [1] - 4:11
**AND** [3] - 62:4, 123:17, 189:15
**angry** [2] - 147:6, 149:14
**announced** [1] - 6:2
**answer** [16] - 12:20, 14:7, 14:12, 77:18, 107:23, 114:3, 121:18, 137:24, 138:1, 138:2, 151:15, 151:16, 153:12, 153:14, 170:24
**answered** [9] - 13:21, 14:4, 14:9, 122:19, 159:12, 172:15, 172:25, 173:1, 198:2
**answering** [1] - 33:1
**answers** [5] - 12:18, 12:21, 45:23, 148:19, 154:25
**anticipated** [1] - 75:3
**anyway** [1] - 29:16
**apart** [4] - 28:24, 33:15, 44:17, 71:24
**apartment** [23] - 45:10, 45:14, 57:21, 131:18, 132:13, 132:14, 132:17, 133:11, 147:13, 148:1, 148:13,

3

148:22, 163:12, 164:12, 171:6, 176:17, 176:19, 176:20, 176:22, 176:24, 177:1, 181:3, 183:23
**App** [1] - 93:12
**app** [1] - 164:8
**appear** [1] - 194:24
**appearance** [3] - 5:11, 8:14, 17:4
**appeared** [1] - 82:23
**applied** [3] - 128:13, 128:16, 128:17
**apply** [9] - 3:12, 4:3, 11:12, 11:24, 47:20, 59:24, 61:15, 185:4, 200:22
**applying** [1] - 128:24
**appointed** [1] - 200:5
**approach** [3] - 54:18, 83:6, 123:23
**approached** [3] - 83:10, 85:5, 112:2
**approval** [21] - 20:21, 24:5, 34:5, 34:8, 37:18, 37:21, 38:25, 39:19, 40:11, 40:15, 43:13, 54:9, 54:10, 54:11, 54:13, 60:22, 135:20, 141:2, 141:4
**approvals** [6] - 28:22, 34:3, 37:5, 37:23, 51:3, 86:23
**approved** [1] - 60:13
**approximate** [2] - 68:10, 68:11
**April** [1] - 128:23
**AR-15's** [1] - 69:2
**AR15** [15] - 52:6, 55:17, 69:8, 69:10, 69:11, 69:20, 69:24, 69:25, 70:6, 70:13, 72:5, 73:7, 85:6, 92:15, 95:17
**AR15's** [2] - 68:19, 95:5
**AR15s** [3] - 86:14, 196:20
**Arabic** [2] - 131:14, 131:15
**area** [16] - 67:22, 67:23, 68:8, 75:2, 78:24, 81:11, 81:17, 96:11, 105:6, 106:15, 117:7, 122:11, 134:22, 135:2, 190:23
**argue** [1] - 61:20
**arguments** [5] - 11:4,

11:5, 11:8, 11:10, 12:13
**arise** [1] - 27:22
**armed** [7] - 45:15, 49:14, 57:21, 135:11, 136:14, 149:3, 150:7
**armorized** [1] - 82:21
**arms** [3] - 22:23, 53:18, 68:6
**Arms** [12] - 18:19, 22:11, 23:19, 24:23, 24:24, 26:5, 40:22, 193:19, 193:20, 194:1, 195:14, 196:1
**Army** [9] - 48:10, 52:14, 62:24, 62:25, 63:20, 63:23, 63:25, 78:23, 118:5
**arrange** [1] - 8:2
**arrangements** [1] - 180:25
**arrived** [14] - 33:6, 46:9, 61:8, 63:9, 130:21, 133:8, 133:18, 138:25, 139:5, 139:17, 139:21, 147:7, 150:17, 175:22
**Arsenal** [11] - 68:7, 68:16, 68:19, 68:21, 71:8, 74:20, 76:22, 76:25, 77:18, 85:19, 101:6
**arsenal** [1] - 75:22
**Arsenal's** [1] - 109:17
**article** [4] - 24:17, 24:21, 25:2, 197:2
**articles** [8] - 6:5, 20:19, 20:22, 21:15, 21:23, 22:8, 22:20, 195:19
**AS** [3] - 62:5, 123:18, 189:16
**aside** [2] - 144:12, 179:18
**aspects** [1] - 11:14
**assault** [1] - 73:11
**assembled** [1] - 75:14
**assembly** [3] - 21:21, 72:6, 75:14
**assigned** [1] - 92:4
**assist** [3] - 8:23, 72:15, 98:3
**assistance** [2] - 21:18, 40:9
**Assistant** [1] - 1:11
**assistant** [4] - 32:16, 133:1, 163:9, 168:10
**associate** [1] - 116:5

**associates** [1] - 116:7
**assume** [3] - 9:2, 12:16, 14:24
**assumed** [3] - 114:24, 114:25, 164:1
**assumes** [1] - 137:3
**assumption** [1] - 121:17
**ATF** [7] - 37:10, 190:3, 190:5, 190:6, 190:22, 193:13, 193:15
**ATF's** [2] - 192:21, 192:23
**attach** [1] - 18:8
**attached** [2] - 64:12, 80:19
**attained** [1] - 65:8
**attempt** [1] - 126:18
**attempted** [3] - 24:17, 24:20, 25:1
**attend** [1] - 64:10
**attention** [6] - 7:25, 14:19, 99:17, 193:17, 197:20, 199:1
**attitude** [1] - 173:19
**Attorney** [1] - 1:11
**attorney** [1] - 175:1
**attorney(indicating)** [1] - 67:11
**audio** [10] - 167:1, 167:15, 167:22, 168:4, 168:23, 169:13, 169:23, 171:13, 173:25, 174:12
**Auditor** [1] - 196:7
**auditors** [1] - 191:4
**audits** [2] - 60:15, 196:7
**auger** [2] - 76:13
**Aurelia** [2] - 38:13, 61:5
**authorities** [4] - 141:21, 165:6, 165:10, 165:13
**authority** [5] - 42:11, 42:22, 43:4, 113:23, 113:24
**authorization** [1] - 55:4
**automatic** [7] - 35:13, 36:12, 36:13, 38:4, 69:25, 70:2, 73:8
**available** [1] - 83:15
**Avenue** [3] - 1:12, 1:15, 1:18
**AVENUE** [1] - 1:25
**avoid** [2] - 3:20, 137:6

**avoided** [1] - 36:8
**awards** [2] - 65:22, 65:24
**Awards** [1] - 66:2
**aware** [7] - 108:7, 110:25, 111:11, 114:22, 117:2, 117:3, 117:4
**awash** [1] - 110:22

**B**

**Bachelor's** [1] - 62:21
**backers** [1] - 31:1
**background** [7] - 29:17, 33:20, 53:3, 62:20, 82:16, 107:7, 147:17
**backing** [1] - 44:5
**bad** [4] - 66:24, 74:23, 75:8, 96:17
**bag** [7] - 45:17, 46:15, 47:16, 57:23, 151:24, 152:14, 185:6
**Baghdad** [3] - 30:12, 30:15, 54:12
**ball** [1] - 71:25
**bank** [5] - 41:11, 88:23, 139:23, 139:25, 140:2
**bar** [2] - 66:4, 76:15
**barefoot** [2] - 46:25, 150:22
**barrel** [8] - 38:23, 56:1, 71:6, 71:11, 71:13, 71:14, 75:18
**barrels** [4] - 68:20, 75:18, 76:8, 84:17
**bars** [1] - 66:3
**BARTOLAI** [77] - 1:20, 51:12, 51:14, 72:23, 80:4, 80:23, 82:6, 90:10, 91:6, 94:1, 94:3, 95:21, 97:1, 99:7, 99:15, 99:24, 107:7, 107:14, 107:15, 111:21, 111:25, 113:12, 113:13, 114:5, 115:3, 116:13, 116:15, 116:16, 119:20, 119:23, 120:1, 120:20, 121:8, 122:1, 122:5, 123:7, 123:12, 123:24, 124:2, 125:1, 134:23, 135:22, 137:2, 137:22, 142:5,

143:5, 144:20, 145:9, 146:4, 146:25, 149:19, 153:7, 155:4, 156:25, 157:2, 159:11, 160:8, 166:18, 166:21, 166:23, 172:25, 173:12, 174:23, 174:25, 180:16, 188:7, 188:9, 188:22, 189:1, 189:8, 193:3, 195:4, 195:22, 195:24, 197:15, 198:14, 199:6
**Bartolai** [11] - 28:13, 51:10, 72:22, 95:20, 122:4, 123:11, 124:24, 125:22, 149:21, 166:16, 189:6
**Bartolai's** [1] - 97:15
**Barzani** [1] - 105:6
**Barzanis** [2] - 79:2, 104:15
**base** [2] - 48:6, 48:8
**based** [14] - 3:8, 7:2, 7:22, 12:2, 16:2, 16:16, 27:13, 27:17, 27:19, 40:8, 51:9, 61:20, 75:2, 135:18
**bases** [3] - 117:7, 117:9, 122:16
**Basic** [1] - 63:7
**basic** [1] - 34:24
**basis** [2] - 15:18, 38:19
**battalion** [3] - 52:15, 65:13, 65:18
**Battalion** [2] - 63:11, 63:17
**Bayan** [3] - 60:9, 178:24, 178:25
**bear** [3] - 17:14, 70:16, 124:13
**bearing** [1] - 18:4
**beat** [5] - 29:13, 29:14, 45:24, 50:23, 172:15
**beaten** [4] - 152:13, 153:6, 172:17, 172:23
**beating** [5] - 46:8, 47:15, 48:4, 125:8
**beatings** [1] - 46:23
**became** [4] - 63:17, 63:18, 68:5, 69:13
**become** [3] - 64:8, 68:21, 92:7
**becomes** [2] - 124:20,

4

125:5

**bedroom** [2] - 176:24, 177:1

**bedrooms** [1] - 177:2

**BEEN** [3] - 62:4, 123:17, 189:15

**BEFORE** [1] - 1:8

**began** [7] - 31:23, 39:17, 44:19, 45:21, 60:7, 133:18, 138:25

**begin** [9] - 3:6, 11:25, 28:7, 29:17, 33:5, 35:6, 46:9, 46:12, 56:20

**beginning** [15] - 10:2, 36:3, 51:24, 54:14, 54:21, 55:1, 56:15, 57:5, 60:4, 77:21, 86:5, 93:1, 106:6, 137:12, 150:10

**behavior** [4] - 8:14, 16:17, 17:4, 149:13

**behind** [4] - 45:14, 48:1, 148:2, 164:10

**belief** [3] - 16:13, 18:3, 90:16

**believability** [1] - 18:7

**believable** [1] - 18:13

**believes** [1] - 125:14

**belong** [1] - 78:6

**belonged** [1] - 78:7

**belongings** [1] - 148:15

**below** [2] - 94:15, 193:12

**belt** [2] - 48:1, 48:2

**Benning** [1] - 63:12

**best** [3] - 3:20, 86:21, 175:3

**Bethesda** [1] - 118:25

**betray** [1] - 29:12

**betrayed** [1] - 174:17

**better** [1] - 83:15

**between** [18] - 16:6, 17:17, 43:1, 69:23, 78:16, 78:17, 93:22, 124:8, 144:3, 145:25, 155:22, 156:20, 160:21, 160:23, 161:5, 167:18, 178:1, 181:17

**beyond** [20] - 10:22, 19:9, 19:15, 20:3, 20:15, 22:16, 23:7, 23:24, 24:14, 25:5, 25:24, 26:23, 27:2, 27:10, 27:12, 27:14, 27:15, 27:16, 28:1, 42:11

**bias** [1] - 17:7

**big** [10] - 53:13, 55:24, 71:25, 99:2, 110:7, 110:10, 135:11, 147:18, 148:16, 176:23

**bills** [5] - 77:6, 77:15, 134:5, 140:25, 141:3

**binder** [13] - 79:16, 80:16, 89:13, 89:15, 90:23, 93:14, 95:2, 141:7, 143:17, 156:18, 192:3, 192:6, 194:8

**binding** [1] - 14:21

**bit** [7] - 30:7, 33:1, 33:3, 53:2, 106:7, 110:5, 154:11

**bits** [1] - 38:21

**blackmail** [2] - 172:11, 172:15

**blame** [1] - 44:17

**block** [2] - 76:5, 197:24

**blocks** [1] - 76:16

**blow** [1] - 58:7

**blowing** [1] - 96:14

**blown** [1] - 96:14

**blue** [2] - 38:1, 128:7

**blurry** [1] - 110:1

**Bly** [20] - 2:3, 30:18, 30:20, 37:15, 52:11, 52:12, 52:18, 52:19, 52:24, 62:3, 62:7, 62:13, 122:9, 145:15, 145:16, 145:20, 145:22

**body** [3] - 46:20, 94:10, 136:9

**bolt** [30] - 21:15, 22:9, 22:12, 22:18, 24:11, 24:19, 36:17, 39:20, 39:23, 40:3, 70:15, 70:22, 71:14, 71:15, 71:16, 71:22, 72:1, 73:16, 73:22, 74:4, 74:11, 74:15, 74:16, 115:16, 115:19

**bolts** [1] - 60:21

**book** [3] - 111:15, 148:16, 194:2

**books** [3] - 60:11, 178:14, 178:16

**boots** [1] - 46:4

**border** [1] - 30:1

**Border** [2] - 38:13, 61:4

**bore** [3] - 75:18, 76:3, 76:18

**bottom** [3] - 144:10,
157:21, 197:21

**bought** [4] - 35:20, 36:11, 75:16, 89:6

**bounds** [1] - 42:11

**box** [1] - 193:20

**Box** [1] - 200:18

**boyfriend** [1] - 77:2

**brag** [1] - 50:20

**Bragg** [1] - 63:16

**brain** [1] - 75:7

**breach** [1] - 66:23

**break** [10] - 61:22, 61:23, 99:19, 154:24, 158:18, 158:22, 162:19, 162:21, 162:25, 189:4

**breaking** [1] - 29:9

**breaks** [1] - 6:9

**breech** [1] - 115:19

**brief** [3] - 19:8, 35:3, 189:10

**briefly** [1] - 197:17

**Brigade** [1] - 63:18

**brigade** [2] - 65:13, 65:18

**bring** [1] - 55:12

**bringing** [5] - 58:14, 99:17, 187:11, 187:15, 187:19

**brings** [1] - 150:10

**broke** [1] - 32:7

**broken** [2] - 154:15, 156:5

**brokers** [1] - 31:4

**Bronze** [6] - 66:1, 66:6, 66:9, 66:15, 66:21, 66:22

**brought** [8] - 49:4, 150:22, 182:19, 182:22, 184:16, 184:19

**brow** [1] - 125:8

**brow-beating** [1] - 125:8

**bruises** [1] - 156:4

**brutal** [2] - 48:16, 50:22

**brutally** [2] - 28:24, 29:10

**buffer** [2] - 72:5

**build** [14] - 29:21, 53:19, 56:17, 69:2, 83:12, 83:14, 86:13, 86:14, 87:4, 92:14, 92:15, 92:19, 135:19

**building** [10] - 71:9, 86:6, 132:13, 132:15, 133:11, 134:11, 170:23,
171:4, 171:6, 171:8

**built** [2] - 33:8, 89:11

**Bulg** [1] - 63:19

**bullet** [4] - 70:1, 70:14, 70:25, 71:6

**bullets** [1] - 70:4

**bunch** [1] - 103:17

**burden** [5] - 10:21, 10:25, 27:3, 27:5, 27:6

**bureau** [1] - 189:24

**Bureau** [2] - 37:9, 189:25

**Burke** [1] - 103:24

**Business** [1] - 57:10

**business** [33] - 3:2, 37:12, 52:4, 52:5, 52:8, 53:13, 53:25, 54:4, 54:21, 55:5, 68:7, 68:15, 68:18, 68:23, 68:24, 69:4, 75:2, 77:4, 77:7, 77:12, 77:19, 84:15, 85:12, 92:4, 92:12, 93:2, 97:9, 103:7, 103:10, 116:9, 127:18, 192:24, 198:7

**businesses** [2] - 52:4, 53:15

**businessman** [1] - 52:10

**busting** [2] - 29:7, 29:13

**Busting** [2] - 41:12, 172:6

**busy** [2] - 179:15, 179:16

**buttons** [11] - 22:9, 23:3, 23:10, 24:10, 24:19, 36:17, 38:21, 38:23, 38:24, 39:3, 39:8

**buy** [4] - 35:22, 44:12, 92:14, 134:3

**buying** [5] - 35:19, 35:21, 172:1, 179:10

**BY** [64] - 62:12, 67:16, 73:2, 73:13, 73:21, 74:7, 80:10, 81:3, 82:10, 90:14, 91:10, 94:9, 96:3, 96:9, 97:19, 99:24, 107:15, 111:25, 113:13, 114:5, 115:3, 116:16, 119:20, 120:1, 120:20, 121:8, 122:8, 126:22, 128:11, 134:25,
136:1, 137:9, 138:10, 142:9, 143:9, 144:24, 145:13, 146:8, 147:4, 149:23, 153:13, 155:7, 157:6, 159:14, 160:12, 163:4, 168:5, 168:24, 169:14, 169:24, 171:14, 173:5, 173:18, 174:1, 174:13, 174:25, 180:16, 188:13, 189:22, 193:9, 195:10, 195:24, 197:19, 200:15

**bypass** [3] - 74:11, 74:15

**C**

**C.I.D** [1] - 118:12

**CALLED** [3] - 62:4, 123:17, 189:15

**calm** [1] - 158:13

**camp** [18] - 149:3, 149:4, 149:6, 152:25, 169:5, 181:9, 181:12, 181:17, 181:25, 182:9, 182:19, 182:23, 184:17, 186:13, 186:21, 186:24, 187:6, 188:2

**candidly** [1] - 50:9

**cannot** [4] - 3:20, 8:16, 43:5, 75:17

**capable** [1] - 85:15

**capital** [1] - 127:6

**car** [9] - 45:16, 57:22, 89:6, 144:14, 149:1, 154:8, 154:9, 154:10, 154:20

**CAR-15** [4] - 69:12, 69:13, 69:21

**CAR-15s** [2] - 109:11, 109:12

**carbine** [1] - 108:9

**carbines** [2] - 108:18, 109:10

**career** [9] - 52:14, 63:6, 63:19, 63:20, 64:15, 64:24, 65:4, 65:9, 65:21

**Caribbean** [1] - 86:18

**Carolina** [6] - 37:12, 39:21, 63:16, 67:21, 87:14, 190:24

**carried** [5] - 43:3,

5

51:7, 64:21, 84:13, 109:9
**carrier** [8] - 71:15, 71:16, 71:22, 73:16, 73:23, 82:19, 115:16, 115:19
**carry** [3] - 41:3, 42:1, 82:19
**carrying** [5] - 15:20, 25:13, 26:3, 42:8, 49:22
**cars** [2] - 35:22, 135:11
**case** [64] - 3:8, 3:17, 4:19, 4:21, 5:3, 5:9, 5:11, 5:13, 5:17, 5:20, 5:22, 6:4, 6:5, 6:10, 6:11, 6:16, 6:17, 6:22, 6:23, 6:24, 7:2, 7:19, 8:5, 10:2, 10:25, 11:23, 12:2, 12:14, 13:2, 14:16, 15:1, 16:18, 16:22, 17:7, 17:9, 19:6, 26:14, 28:16, 28:20, 29:24, 30:17, 34:18, 40:19, 41:5, 42:4, 51:19, 53:4, 54:5, 54:12, 55:9, 59:1, 59:11, 59:13, 59:25, 61:19, 103:15, 107:12, 110:18, 111:24, 167:21, 198:22, 198:25
**casings** [1] - 115:11
**categories** [1] - 34:24
**category** [1] - 41:14
**caught** [3] - 140:23, 171:19, 172:3
**caused** [4] - 23:9, 23:12, 24:1, 25:16
**causing** [2] - 24:6, 96:13
**caution** [1] - 59:18
**celebrity** [1] - 4:12
**cell** [4] - 6:12, 94:14, 102:21, 102:22
**cellular** [2] - 6:6, 6:20
**Central** [2] - 30:11, 30:14
**certain** [16] - 11:14, 13:7, 14:19, 34:4, 36:19, 36:20, 36:22, 36:23, 37:7, 60:12, 64:2, 87:2, 96:25, 97:21, 110:1, 141:2
**certainly** [1] - 175:7
**certainty** [2] - 27:16, 107:24

**certificate** [1] - 200:22
**certifications** [1] - 87:2
**CERTIFIED** [1] - 1:24
**certify** [2] - 200:6, 200:10
**certifying** [1] - 200:23
**chair** [2] - 9:12, 151:24
**challenges** [1] - 38:3
**chamber** [4] - 71:5, 71:12, 96:11, 96:16
**chambering** [1] - 70:18
**chance** [1] - 103:25
**change** [1] - 165:15
**charge** [21] - 10:24, 25:3, 25:21, 31:20, 34:4, 34:9, 34:11, 34:12, 46:8, 49:15, 59:2, 66:25, 84:1, 84:2, 133:22, 135:12, 156:10, 156:11, 164:2, 170:19
**charged** [25] - 10:22, 18:16, 19:8, 19:11, 19:13, 19:17, 20:13, 22:10, 22:25, 23:18, 24:9, 26:9, 26:12, 26:18, 26:23, 27:9, 27:12, 29:4, 33:24, 34:23, 40:16, 40:23, 41:7, 41:11, 42:4
**charges** [16] - 10:13, 18:24, 19:3, 20:1, 21:13, 34:1, 34:7, 40:14, 40:22, 40:24, 41:14, 41:15, 41:18, 41:21, 42:7, 125:10
**charming** [1] - 44:7
**chatting** [1] - 155:17
**cheap** [3] - 35:20, 35:21, 35:24
**check** [9] - 49:13, 136:14, 136:16, 136:18, 136:23, 149:2, 150:2, 150:5, 154:20
**chest** [3] - 46:3, 46:4, 46:24
**China** [5] - 35:21, 36:11, 56:9, 140:19, 180:5
**Chinese** [1] - 56:12
**choice** [2] - 69:13, 149:8
**choking** [1] - 43:18
**chose** [1] - 174:14
**Christmas** [6] -

158:22, 158:24, 159:2, 159:8, 159:16, 176:3
**church** [3] - 67:19, 85:14
**circumstance** [1] - 5:6
**circumstances** [1] - 4:13
**circumstantial** [5] - 15:3, 15:10, 15:21, 16:5, 16:7
**citizen** [2] - 42:19, 52:1
**city** [1] - 130:23
**Civil** [5] - 79:4, 105:7, 105:16, 105:18, 105:19
**civil** [1] - 81:16
**civilian** [1] - 87:1
**civilianized** [1] - 69:25
**civilians** [1] - 85:3
**Claffee** [1] - 34:16
**CLAFFEE** [13] - 1:14, 189:13, 189:22, 193:1, 193:5, 193:9, 195:2, 195:8, 195:10, 195:20, 197:17, 197:19, 198:13
**Clagett** [1] - 37:2
**claim** [2] - 126:17, 184:1
**clash** [1] - 147:23
**clean** [1] - 26:19
**clear** [5] - 102:23, 122:18, 148:21, 182:17, 185:19
**CLERK** [7] - 62:6, 62:8, 99:9, 123:19, 123:22, 189:17, 189:20
**clients** [1] - 13:16
**close** [8] - 7:24, 32:2, 51:20, 87:13, 116:7, 132:15, 180:21
**closed** [1] - 48:9
**closely** [1] - 134:21
**closer** [1] - 107:11
**closest** [1] - 82:14
**closing** [4] - 11:4, 11:5, 11:8, 11:10
**clothes** [2] - 187:15
**CNC** [4] - 75:15, 75:23, 76:1, 76:3
**co** [7] - 50:8, 125:18, 152:19, 168:16, 174:3, 177:18, 180:18
**co-conspirators** [1] - 125:18

**co-worker** [2] - 168:16, 174:3
**co-workers** [3] - 50:8, 152:19, 180:18
**co-working** [1] - 177:18
**coat** [1] - 15:20
**Cobra** [2] - 116:23, 116:25
**Code** [4] - 26:5, 26:6, 26:7, 200:6
**Cody** [1] - 48:10
**colleagues** [2] - 34:15, 45:11
**collect** [4] - 9:16, 78:18, 79:12, 79:13
**collecting** [1] - 179:18
**collective** [1] - 9:8
**college** [1] - 77:3
**color** [8] - 4:11, 20:7, 42:10, 42:11, 43:12, 43:13, 43:20, 43:21
**column** [2] - 193:23, 193:24
**combat** [3] - 64:23, 65:6, 100:10
**combination** [3] - 36:17, 38:21, 38:22
**combo** [5] - 22:8, 23:2, 23:10, 24:10, 24:19
**coming** [11] - 53:1, 56:15, 59:13, 72:8, 83:3, 88:22, 88:23, 95:12, 115:9, 115:10, 162:2
**command** [4] - 32:15, 57:14, 65:10, 78:18
**Command** [5] - 52:14, 63:17, 65:11, 65:12, 65:16
**Commander** [5] - 65:14, 65:15, 81:18, 81:22, 170:3
**commander** [1] - 31:17
**commerce** [2] - 25:16, 25:19
**Commerce** [7] - 23:5, 23:14, 23:16, 34:8, 36:24, 37:3, 38:25
**Commit** [6] - 18:17, 18:18, 19:13, 33:24, 41:21, 42:8
**commit** [7] - 19:16, 19:21, 19:25, 20:13, 20:17, 21:1, 21:6
**committed** [2] - 20:5, 34:17
**committing** [1] - 19:2

**common** [10] - 5:1, 13:4, 13:7, 15:15, 16:23, 17:21, 19:25, 21:5, 27:19, 101:18
**communicate** [5] - 6:11, 94:20, 120:12, 120:16, 141:14
**communicating** [1] - 120:11
**Communication** [1] - 41:3
**communication** [3] - 25:15, 25:18, 95:9
**communications** [3] - 91:17, 91:19, 93:9
**Communications** [1] - 41:5
**community** [2] - 4:13, 8:18
**companies** [1] - 31:9
**company** [29] - 30:23, 32:1, 38:8, 38:22, 39:5, 39:21, 39:22, 40:3, 56:23, 57:8, 102:21, 129:4, 129:8, 133:22, 134:10, 137:1, 137:11, 137:13, 139:23, 143:11, 143:12, 143:13, 144:14, 145:18, 157:11, 171:4, 171:6, 171:8
**Company** [1] - 129:5
**compare** [1] - 129:13
**competent** [1] - 85:21
**complete** [1] - 194:24
**completely** [1] - 37:11
**complex** [2] - 34:18, 171:6
**compliance** [2] - 191:7, 191:24
**complicated** [2] - 35:14, 97:3
**complied** [1] - 95:3
**component** [1] - 73:14
**components** [1] - 70:6
**compound** [44] - 29:9, 43:11, 45:17, 47:1, 47:7, 48:13, 48:20, 48:23, 49:5, 49:13, 50:15, 57:23, 149:15, 149:17, 149:24, 150:4, 150:9, 150:11, 150:17, 153:16, 153:19, 154:13, 154:16, 154:18, 154:22, 156:1, 156:7, 157:19,

157:25, 158:9, 168:16, 169:8, 169:15, 169:17, 169:18, 169:19, 172:17, 172:23, 174:7, 181:15, 181:17, 181:25, 184:17, 188:14
**compounds** [1] - 117:10
**Compounds** [1] - 117:12
**computer** [3] - 1:22, 6:6, 6:20
**computer-aided** [1] - 1:22
**concept** [1] - 68:22
**concern** [1] - 7:5
**concerned** [1] - 58:6
**concerning** [3] - 11:12, 92:24, 112:20
**concerns** [2] - 124:25, 161:8
**concert** [1] - 43:18
**conclude** [1] - 15:22
**concluded** [1] - 126:20
**conclusion** [6] - 13:8, 13:9, 15:14, 61:19, 98:19, 194:19
**conclusions** [2] - 11:6, 14:20
**conduct** [1] - 4:15
**Conduct** [1] - 66:3
**conducted** [1] - 103:11
**conducting** [1] - 192:18
**confer** [1] - 189:6
**conference** [3] - 7:18, 7:19, 192:1
**conferences** [2] - 7:11, 7:15
**confines** [1] - 7:1
**confirm** [1] - 48:12
**conflict** [1] - 52:2
**conforms** [1] - 153:10
**confronted** [1] - 147:17
**confuse** [1] - 186:23
**conjecture** [2] - 27:14, 27:17
**conjunction** [1] - 108:2
**connected** [5] - 40:24, 71:25, 134:21, 135:1, 135:5
**Connecticut** [1] - 38:22
**connection** [1] -

107:12
**connections** [6] - 134:17, 134:19, 138:24, 147:11, 158:3, 161:13
**consciousness** [2] - 46:17, 48:3
**consequences** [2] - 138:23, 158:3
**consider** [11] - 7:18, 11:17, 12:19, 12:21, 13:5, 13:25, 14:16, 16:4, 16:24, 17:23, 17:24
**considered** [1] - 101:16
**consist** [2] - 12:6, 42:15
**consistent** [1] - 17:12
**Conspiracy** [7] - 18:17, 18:18, 19:13, 20:13, 33:24, 41:21, 42:8
**conspiracy** [4] - 19:20, 20:25, 21:9, 41:25
**conspirator** [4] - 19:22, 19:24, 21:3, 21:4
**conspirators** [1] - 125:18
**conspired** [4] - 40:19, 41:23, 42:5, 51:6
**conspiring** [2] - 34:1, 40:14
**constant** [2] - 50:13, 168:18
**constantly** [1] - 49:2
**construction** [4] - 38:8, 38:9, 137:18
**Construction** [6] - 30:24, 53:16, 53:17, 53:20, 53:22, 177:23
**construed** [1] - 75:4
**consult** [2] - 6:18, 74:19
**consultant** [1] - 87:13
**consulted** [1] - 74:21
**Consulting** [3] - 129:5, 129:6, 175:17
**consulting** [6] - 75:1, 76:23, 137:13, 137:14, 137:16, 137:18
**contact** [5] - 78:19, 105:23, 105:24, 118:5, 119:15
**contacted** [1] - 117:18
**contain** [1] - 166:8
**contained** [3] - 18:24,

21:13, 195:12
**container** [2] - 45:18, 48:9
**contents** [1] - 142:22
**continuation** [1] - 124:22
**continue** [5] - 54:17, 99:17, 126:5, 156:15, 163:2
**continued** [3] - 73:12, 74:6, 96:8
**continues** [1] - 73:20
**continuing** [1] - 157:13
**continuously** [1] - 125:4
**contract** [1] - 53:17
**contracting** [1] - 53:24
**contradicted** [1] - 18:2
**contrary** [4] - 20:22, 24:12, 24:22, 25:2
**control** [8] - 13:10, 20:9, 58:18, 60:7, 60:13, 121:16, 126:18, 200:23
**Control** [12] - 1:15, 18:20, 22:11, 23:14, 23:19, 24:23, 26:5, 193:19, 193:20, 194:1, 195:14, 196:1
**controlled** [13] - 21:25, 22:21, 23:13, 31:12, 36:22, 36:23, 36:25, 40:5, 48:13, 49:24, 98:3, 98:7
**controlling** [1] - 49:3
**controls** [2] - 14:23, 43:8
**conventional** [1] - 64:3
**conversation** [12] - 47:2, 86:8, 98:6, 98:22, 118:18, 118:23, 118:25, 119:8, 141:10, 141:11, 170:12, 173:8
**conversations** [5] - 85:17, 93:22, 119:12, 120:21, 144:3
**convict** [1] - 19:10
**convicted** [1] - 27:13
**convince** [1] - 27:9
**convinced** [1] - 27:25
**convincing** [1] - 26:22
**coordinate** [1] - 190:13

**coordination** [1] - 51:6
**copies** [1] - 166:8
**coping** [1] - 49:8
**copy** [6] - 164:17, 165:10, 165:13, 194:18, 198:3, 198:11
**copying** [2] - 44:19, 57:11
**corporate** [1] - 190:14
**corporation** [1] - 53:14
**correct** [32] - 9:22, 63:21, 81:6, 89:15, 94:24, 94:25, 102:18, 104:10, 107:4, 108:22, 110:14, 114:14, 115:16, 119:6, 120:4, 120:13, 122:9, 122:13, 122:17, 122:18, 126:15, 126:16, 142:12, 149:21, 179:25, 180:14, 184:15, 185:15, 185:24, 186:17, 186:21, 200:7
**corrected** [1] - 99:10
**correctly** [2] - 7:14, 76:18
**correspondence** [1] - 22:5
**corroborated** [1] - 48:21
**corroborates** [1] - 125:15
**couch** [1] - 164:10
**counsel** [6] - 28:8, 51:14, 123:23, 125:11, 198:15, 199:4
**counselor** [6] - 68:11, 75:4, 89:22, 100:1, 102:18, 105:1
**Counselor** [11] - 106:9, 107:18, 109:1, 109:18, 111:10, 113:19, 115:20, 117:9, 117:15, 120:14, 121:17
**count** [14] - 18:17, 18:18, 18:20, 18:22, 20:1, 28:2, 28:3, 28:5, 34:1, 34:7, 40:8, 40:14, 42:7
**Count** [10] - 19:12, 20:12, 21:13, 22:10,

22:25, 23:18, 24:9, 41:21, 42:7, 42:8
**Count's** [1] - 89:12
**Counter** [5] - 31:18, 42:21, 79:6, 79:9, 90:20
**counter** [3] - 83:1, 85:1, 165:25
**Counterintelligence** [1] - 1:15
**countries** [4] - 36:20, 40:13, 50:2, 140:17
**country** [4] - 24:2, 32:8, 131:1, 143:13
**country's** [1] - 111:12
**counts** [13] - 18:19, 18:21, 18:22, 25:3, 25:20, 33:21, 33:24, 34:4, 34:9, 34:11, 34:12, 39:18, 41:12
**Counts** [3] - 38:20, 40:16, 41:7
**couple** [3] - 98:24, 148:4, 156:18
**course** [8] - 4:1, 12:19, 43:25, 56:10, 60:17, 85:25, 122:6, 151:12
**courses** [1] - 22:5
**Court** [8] - 51:14, 59:10, 162:19, 200:3, 200:4, 200:14, 200:17, 200:17
**court** [7] - 3:11, 9:4, 9:10, 17:11, 93:17, 164:1, 164:5
**COURT** [112] - 1:1, 3:1, 3:5, 28:15, 51:10, 51:13, 61:22, 62:2, 62:10, 67:15, 72:22, 72:24, 80:5, 80:7, 80:24, 82:7, 90:11, 91:7, 94:2, 94:4, 94:8, 95:20, 95:22, 96:1, 97:11, 99:8, 99:10, 99:14, 99:18, 99:22, 107:10, 111:22, 113:10, 114:2, 116:14, 119:19, 119:25, 120:19, 121:4, 121:24, 122:4, 122:6, 123:6, 123:8, 123:11, 123:13, 123:16, 123:23, 124:22, 124:24, 125:11, 126:8, 126:11, 126:14, 126:17,

7

128:10, 134:24, 135:23, 137:4, 137:23, 138:1, 138:7, 138:9, 142:6, 143:6, 144:21, 145:10, 146:5, 147:1, 149:21, 153:9, 155:5, 157:1, 157:3, 159:13, 160:9, 162:16, 162:20, 162:24, 163:2, 166:16, 166:25, 167:9, 168:2, 168:22, 169:12, 169:22, 171:12, 173:1, 173:13, 173:16, 173:24, 174:11, 174:22, 188:8, 188:10, 188:21, 188:23, 188:25, 189:2, 189:6, 189:9, 189:11, 193:4, 193:6, 195:5, 195:9, 195:21, 197:16, 198:15, 199:4, 199:7

**Court's** [2] - 28:11, 99:17
**Courtney** [2] - 191:20, 192:16
**courtney** [2] - 192:18, 198:8
**courtroom** [14] - 3:3, 5:18, 6:1, 6:8, 7:1, 7:2, 8:2, 9:12, 12:3, 12:5, 13:3, 15:19, 67:7, 128:4
**Courtroom** [1] - 5:14
**cover** [6] - 38:6, 38:10, 137:12, 137:17, 170:25, 171:2
**covered** [1] - 156:4
**crashing** [1] - 147:19
**crazy** [1] - 51:22
**create** [1] - 38:23
**credibility** [3] - 16:11, 16:12, 16:22
**crime** [4] - 19:1, 29:7, 41:3, 41:9
**crimes** [5] - 34:17, 34:23, 34:24, 41:20, 51:4
**criminal** [2] - 10:25, 190:7
**Criminal** [1] - 118:12
**Crm** [1] - 1:17
**cross** [6] - 10:15, 99:14, 99:22, 174:22, 189:6, 195:21

**Cross** [1] - 2:3
**CROSS** [3] - 99:23, 174:24, 195:23
**cross-examine** [4] - 10:15, 99:14, 99:22, 174:22
**CRR** [1] - 1:24
**cruel** [3] - 47:17, 59:21, 59:22
**crush** [3] - 47:3, 50:21, 173:7
**crushed** [1] - 173:9
**crushing** [3] - 29:10, 48:16, 50:22
**crying** [3] - 124:14, 125:8, 154:1
**Crystal** [2] - 139:19, 139:20
**CTG** [45] - 31:17, 31:18, 31:20, 31:21, 40:20, 42:20, 42:24, 43:1, 43:2, 43:11, 48:5, 48:13, 78:14, 79:11, 79:23, 79:24, 80:12, 81:5, 81:8, 81:19, 82:1, 82:23, 82:25, 83:13, 84:11, 90:22, 91:2, 91:16, 103:7, 108:10, 108:11, 108:15, 116:17, 116:23, 116:25, 117:3, 117:4, 121:14, 121:16, 121:22, 122:21, 122:25, 123:3
**cuffed** [1] - 152:12
**culminated** [1] - 63:19
**cumulative** [1] - 124:16
**cup** [1] - 47:24
**currency** [1] - 89:2
**current** [2] - 190:8, 190:9
**custody** [1] - 20:9
**customers** [1] - 75:3
**Customs** [4] - 38:12, 61:4, 89:12
**cut** [4] - 47:22, 76:3, 96:18, 107:11
**cutting** [2] - 47:20, 75:6
**cycle** [1] - 74:16
**cycles** [1] - 70:21
**cylinder** [1] - 76:16
**cylindrical** [1] - 71:15
**Cyrillic** [1] - 183:13

**D**

**dad** [1] - 59:5
**daily** [7] - 60:10, 77:6, 81:14, 84:11, 84:13, 84:17
**dance** [1] - 53:18
**danger** [2] - 37:23, 44:18
**data** [2] - 21:24, 183:16
**date** [16] - 67:18, 87:24, 112:8, 120:12, 120:13, 141:24, 142:10, 142:25, 143:20, 145:5, 160:4, 164:21, 164:23, 194:16, 196:3, 200:9
**dated** [1] - 193:13
**dates** [6] - 25:25, 68:10, 68:11, 105:11, 105:15, 200:9
**daughter** [1] - 77:1
**days** [7] - 32:1, 45:20, 47:7, 130:18, 166:3, 182:18, 182:20
**DC** [2] - 1:16, 1:18
**de** [1] - 21:22
**de-militarization** [1] - 21:22
**deal** [5] - 50:25, 99:2, 106:5, 196:15, 196:20
**dealership** [1] - 191:15
**dealing** [1] - 85:1
**dealings** [1] - 114:7
**debate** [3] - 110:10, 110:12, 110:19
**debated** [1] - 110:19
**deceive** [1] - 111:13
**December** [11] - 38:20, 128:3, 158:20, 158:24, 159:5, 162:3, 162:9, 163:11, 164:24, 166:9, 176:3
**decide** [16] - 3:9, 3:11, 7:1, 8:5, 8:12, 13:14, 16:2, 16:7, 16:9, 16:16, 16:20, 18:3, 58:22, 59:15, 59:16, 61:14
**decided** [6] - 45:3, 46:12, 134:1, 134:3, 134:5, 160:16
**deciding** [4] - 14:16, 16:9, 16:22, 16:24

**decision** [11] - 7:22, 12:2, 12:5, 14:23, 15:17, 19:6, 156:6, 160:14, 160:15, 160:17, 160:19
**decisions** [2] - 3:25, 4:2
**decline** [1] - 85:14
**deduction** [1] - 15:14
**Defend** [2] - 79:25, 80:15
**defend** [1] - 83:3
**Defendant** [40] - 1:6, 10:4, 10:7, 10:15, 10:19, 10:24, 10:25, 19:2, 19:3, 25:14, 26:17, 27:9, 27:13, 67:5, 67:13, 67:17, 67:22, 67:24, 68:5, 74:19, 85:11, 86:2, 87:21, 88:17, 89:7, 91:17, 91:19, 91:23, 92:23, 97:24, 98:23, 125:25, 128:9, 137:4, 191:10, 191:14, 191:17, 194:18, 194:22
**DEFENDANT** [1] - 1:19
**Defendant's** [5] - 10:2, 20:9, 68:22, 77:4, 173:14
**defense** [14] - 20:18, 20:19, 21:15, 21:17, 21:23, 22:20, 23:20, 24:2, 24:7, 28:21, 34:5, 40:8, 195:18, 195:19
**Defense** [3] - 16:1, 67:10, 83:13
**define** [1] - 117:9
**defined** [4] - 21:17, 59:5, 59:9, 59:23
**definition** [1] - 59:24
**definitions** [1] - 21:12
**defraud** [2] - 25:8, 25:12
**degrading** [1] - 59:22
**degree** [6] - 62:23, 62:24, 127:8, 127:10, 127:11, 127:12
**delete** [2] - 165:18, 165:20
**deliberate** [3] - 4:22, 9:8, 59:20
**deliberations** [9] - 4:20, 6:8, 8:25, 9:15, 9:17, 11:17, 11:25, 167:21, 167:23

**deliver** [3] - 35:12, 44:6, 45:7
**Delta** [4] - 78:8, 100:3, 100:4
**demand** [1] - 75:19
**demarcation** [1] - 104:19
**demeanor** [2] - 18:4, 173:19
**demonstrative** [1] - 72:19
**Denise** [1] - 31:5
**denying** [1] - 7:18
**Department** [20] - 22:14, 22:22, 23:4, 23:15, 23:21, 24:4, 34:6, 34:8, 36:23, 36:24, 37:2, 37:3, 37:18, 37:22, 38:25, 40:6, 40:10, 54:10, 86:25, 118:13
**Department's** [1] - 39:19
**depict** [1] - 95:15
**depicts** [1] - 95:16
**deployed** [5] - 64:23, 65:3, 77:25, 78:4, 101:8
**deploying** [1] - 85:16
**deployment** [1] - 87:5
**depth** [1] - 88:2
**Deputy** [1] - 5:15
**deputy** [2] - 3:3, 8:2
**describe** [25] - 63:23, 66:6, 70:11, 71:9, 73:3, 73:14, 73:23, 74:12, 75:25, 76:12, 80:11, 81:25, 82:18, 86:8, 91:1, 95:4, 98:22, 101:14, 103:21, 111:17, 133:14, 150:10, 151:18, 153:22, 155:22
**described** [7] - 38:3, 48:16, 71:8, 101:14, 152:15, 153:3, 172:24
**describing** [2] - 72:16, 103:16
**description** [5] - 19:3, 48:14, 72:20, 82:22, 103:20
**deserves** [3] - 13:6, 18:9, 18:14
**design** [2] - 21:20, 92:17
**designated** [1] - 195:18
**designed** [2] - 11:5,

**8**

74:3
**designs** [1] - 92:19
**desperately** [1] - 45:2
**destroy** [1] - 9:16
**destruction** [1] - 21:22
**destructive** [2] - 196:13, 196:19
**Detachment** [3] - 63:14, 78:8, 100:4
**detail** [1] - 17:24
**detailed** [2] - 26:13, 40:25
**detained** [4] - 43:10, 57:24, 58:3, 156:15
**detective** [1] - 191:21
**detention** [2] - 44:2, 48:12
**devastated** [1] - 152:18
**develop** [3] - 107:11, 135:23, 180:21
**developed** [2] - 77:22, 77:23
**development** [1] - 21:20
**device** [1] - 196:19
**devices** [4] - 6:7, 6:8, 6:21, 196:13
**Devices** [1] - 66:2
**devised** [1] - 25:7
**diary** [1] - 148:16
**dictionaries** [1] - 6:19
**die** [1] - 46:16
**difference** [1] - 181:15
**differences** [1] - 69:23
**different** [16] - 15:24, 17:11, 17:17, 30:7, 37:11, 41:19, 45:21, 52:4, 64:20, 74:21, 92:17, 104:9, 109:22, 129:15, 147:16, 183:13
**differently** [1] - 17:20
**dinner** [1] - 119:1
**Direct** [2] - 2:3, 64:20
**direct** [14] - 15:3, 15:5, 15:6, 16:5, 16:7, 64:4, 69:14, 79:13, 87:18, 121:16, 121:22, 193:17, 197:20, 200:23
**DIRECT** [3] - 62:11, 126:21, 189:21
**direct-action** [1] - 69:14
**directed** [2] - 45:23, 190:19
**directing** [1] - 49:15
**directly** [2] - 15:5,

39:3
**disassembled** [1] - 74:8
**disbelieve** [1] - 17:18
**discharged** [1] - 5:10
**disclose** [1] - 6:10
**disclosure** [3] - 130:5, 130:6, 161:1
**discovered** [1] - 44:16
**discrepancies** [1] - 17:16
**discuss** [9] - 3:17, 4:21, 5:15, 5:17, 7:11, 87:15, 88:1, 198:22, 199:5
**discussed** [4] - 4:19, 89:11, 90:1, 96:15
**discussion** [2] - 123:25, 126:20
**disloyal** [1] - 126:1
**disobeyed** [1] - 147:5
**disputed** [1] - 15:17
**disregard** [5] - 12:25, 14:5, 14:11, 14:15, 14:18
**dissatisfied** [1] - 56:23
**dissension** [1] - 57:1
**distinction** [1] - 16:6
**distinguish** [1] - 42:25
**distinguished** [1] - 52:16
**distract** [1] - 8:10
**distress** [2] - 124:15, 125:21
**distressed** [1] - 125:2
**District** [4] - 200:4, 200:17, 200:18
**DISTRICT** [2] - 1:1, 1:1
**division** [1] - 65:13
**document** [11] - 37:19, 37:20, 37:24, 38:1, 141:8, 142:22, 143:16, 143:22, 144:11, 194:8, 194:18
**documents** [6] - 10:16, 12:9, 28:25, 40:1, 44:19, 151:15
**DOJ** [2] - 1:14, 1:17
**DOJ-Crm** [1] - 1:17
**DOJ-Nsd** [1] - 1:14
**dollar** [1] - 129:16
**dollars** [4] - 35:11, 36:6, 44:8, 146:19
**dominate** [1] - 28:18
**done** [15] - 42:10, 42:12, 49:12, 50:19, 99:6, 126:6, 151:23, 152:20, 158:15,

170:15, 172:22, 178:19, 179:15, 185:20, 196:9
**door** [7] - 45:15, 48:8, 66:25, 67:1, 67:2, 132:14
**doubt** [24] - 10:23, 19:10, 19:15, 20:4, 20:16, 22:17, 23:8, 23:25, 24:15, 25:6, 25:24, 26:24, 27:2, 27:10, 27:12, 27:15, 27:16, 27:18, 27:20, 28:2, 28:4
**doubts** [3] - 27:17, 27:18
**Douville** [1] - 37:2
**down** [19] - 8:16, 9:4, 41:25, 46:3, 60:13, 63:12, 70:3, 79:1, 84:25, 94:10, 123:8, 142:18, 147:12, 154:15, 154:24, 158:18, 160:22, 188:23, 198:15
**Dr** [2] - 31:6, 43:5
**draw** [3] - 15:25, 16:1, 16:2
**drawn** [2] - 11:7, 15:24
**dreams** [1] - 54:16
**dressed** [3] - 149:18, 149:24, 150:3
**drill** [5] - 38:21, 75:18, 76:15, 143:12, 143:13
**drilled** [1] - 76:15
**drilling** [2] - 76:7, 76:14
**drills** [6] - 142:20, 143:25, 144:11, 171:20, 171:22, 172:1
**drive** [9] - 136:10, 136:13, 150:1, 154:12, 154:14, 166:1, 166:6, 166:8, 166:12
**driving** [1] - 117:18
**drove** [5] - 45:17, 149:1, 154:9, 154:10, 186:14
**due** [1] - 87:23
**DULY** [3] - 62:4, 123:17, 189:15
**during** [39] - 3:23, 4:1, 4:19, 4:25, 5:2, 5:14, 6:8, 6:9, 7:8, 10:20, 11:12, 14:24, 21:8, 32:12, 47:9, 52:2,

62:23, 63:20, 64:15, 64:23, 65:4, 65:8, 65:21, 67:24, 74:4, 83:5, 85:17, 91:19, 93:8, 98:2, 103:15, 108:25, 122:13, 125:20, 135:18, 154:22, 163:5, 191:19
**duties** [4] - 4:8, 42:14, 65:11, 140:4
**duty** [1] - 66:13

## E

**E-9** [1] - 65:10
**early** [8] - 32:1, 33:19, 56:14, 67:18, 119:13, 120:10, 120:22, 157:17
**earn** [2] - 62:23, 66:8
**earned** [3] - 62:24, 66:20, 129:14
**earning** [1] - 129:13
**ears** [1] - 46:5
**easier** [2] - 69:14, 69:15
**East** [2] - 39:9, 110:21
**eastern** [3] - 79:3, 79:14, 131:1
**easy** [1] - 9:4
**eat** [1] - 154:1
**economic** [1] - 4:12
**Economic** [2] - 18:21, 24:22
**Economics** [1] - 23:1
**Ed** [1] - 191:20
**edge** [1] - 75:6
**educational** [3] - 22:5, 62:19, 64:7
**effect** [3] - 17:9, 17:22, 194:13
**ego** [1] - 28:18
**egos** [1] - 147:19
**eight** [4] - 70:15, 70:21, 124:4
**eighth** [1] - 94:10
**either** [7] - 5:7, 16:6, 77:14, 81:16, 103:7, 104:25, 114:13
**eject** [1] - 70:23
**ejecting** [2] - 70:19, 73:4
**ejection** [1] - 115:10
**ejects** [1] - 73:5
**Eldorado** [3] - 38:22, 39:2, 39:6
**elected** [1] - 102:6
**Elected** [1] - 102:7
**electrical** [2] - 46:18,

151:23
**electronic** [2] - 6:7, 6:21
**element** [5] - 10:22, 19:9, 21:12, 27:11, 28:4
**elements** [15] - 19:8, 19:15, 20:3, 20:15, 22:16, 23:7, 23:24, 24:14, 25:5, 25:24, 26:9, 26:11, 41:19, 41:22, 42:9
**elevator** [1] - 5:5
**Elina** [23] - 32:14, 33:5, 47:11, 55:7, 57:13, 132:18, 133:2, 133:17, 133:19, 134:8, 147:17, 148:3, 148:4, 148:13, 148:21, 150:20, 151:10, 159:3, 175:9, 181:10, 183:22, 187:17, 187:24
**elite** [3] - 31:20, 42:22, 42:24
**email** [3] - 6:12, 41:6, 161:23
**emails** [1] - 120:11
**emanating** [1] - 96:10
**emblems** [1] - 90:22
**embossing** [1] - 91:13
**Emergency** [3] - 18:21, 23:1, 24:22
**emotional** [1] - 124:14
**employed** [7] - 54:18, 67:24, 68:1, 68:2, 76:22, 76:25, 175:17
**employee** [7] - 29:8, 29:12, 32:14, 32:18, 145:18, 157:10, 190:15
**employees** [27] - 28:24, 29:3, 31:23, 31:24, 32:4, 32:11, 32:12, 37:20, 37:25, 38:6, 38:16, 40:12, 44:9, 44:17, 48:22, 54:24, 55:2, 57:2, 57:3, 60:12, 77:9, 77:14, 126:3, 126:5, 126:18, 133:19, 138:13
**employment** [2] - 62:23, 83:6
**end** [22] - 4:18, 4:21, 7:21, 8:3, 11:15, 26:9, 33:15, 34:15, 35:22, 41:2, 51:8,

9

51:18, 59:11, 59:14, 60:4, 71:21, 71:25, 73:16, 76:4, 76:5
**ended** [2] - 5:9, 160:21
**Enden** [6] - 32:16, 32:23, 132:18, 132:19, 133:16, 133:20
**enemies** [1] - 105:25
**enemy** [4] - 64:2, 67:1, 106:2, 111:13
**enforcement** [2] - 165:3, 165:5
**Enforcement** [1] - 190:17
**enforces** [1] - 190:6
**engage** [1] - 167:20
**engaged** [1] - 75:13
**engineer** [5] - 32:17, 32:18, 52:9, 55:22, 57:10
**engineering** [1] - 21:20
**engineers** [6] - 56:7, 56:8, 56:23, 131:20, 132:4, 147:15
**English** [3] - 32:25, 46:10, 152:5
**enlisted** [1] - 65:12
**Enlisted** [1] - 65:15
**ensure** [1] - 77:13
**entail** [1] - 190:18
**entire** [2] - 4:24, 60:14
**entirely** [4] - 8:9, 14:6, 35:9, 106:13
**entitled** [1] - 9:6
**entity** [1] - 53:9
**equal** [1] - 113:21
**equipped** [2] - 108:9, 108:15
**Erbil** [1] - 78:25
**escape** [2] - 51:18, 96:19
**escaped** [1] - 61:2
**escapes** [1] - 67:19
**especially** [1] - 47:17
**ESQ** [4] - 1:11, 1:14, 1:17, 1:20
**essentially** [1] - 93:3
**Estonia** [23] - 32:4, 32:5, 32:6, 32:7, 40:12, 44:23, 50:2, 55:13, 127:1, 127:2, 127:6, 129:13, 129:14, 132:6, 132:21, 133:3, 136:5, 141:18, 158:6, 158:23, 159:1, 159:6, 159:21

**Estonian** [18] - 32:10, 38:5, 38:14, 38:16, 44:8, 44:17, 45:11, 48:21, 57:13, 138:13, 152:19, 165:6, 165:10, 165:13, 175:10, 183:12, 183:17, 183:19
**Estonian's** [1] - 32:25
**Estonians** [24] - 33:6, 35:15, 42:25, 43:2, 48:25, 49:17, 49:18, 49:22, 49:25, 50:4, 51:17, 55:10, 56:6, 56:21, 57:2, 58:12, 60:16, 158:23, 176:10, 181:24, 186:21, 186:24, 187:7, 187:17
**etc** [3] - 55:19, 56:25, 190:15
**euro** [1] - 129:16
**Europe** [2] - 32:5, 127:3
**European** [1] - 32:9
**euros** [1] - 129:14
**evening** [3] - 163:11, 189:4, 199:3
**event** [1] - 17:19
**events** [5] - 3:10, 13:6, 29:24, 60:5, 187:2
**eventually** [2] - 58:22, 155:25
**evidence** [143] - 3:8, 3:9, 3:11, 3:24, 4:17, 7:2, 7:12, 7:13, 7:23, 8:20, 9:7, 10:6, 10:9, 10:11, 10:13, 10:17, 10:18, 10:19, 11:2, 11:3, 11:6, 11:7, 11:8, 11:9, 11:12, 11:24, 12:1, 12:2, 12:6, 12:12, 12:18, 12:24, 13:1, 13:4, 13:8, 13:11, 13:12, 13:15, 13:17, 13:20, 13:22, 13:24, 14:1, 14:4, 14:13, 14:15, 14:17, 14:21, 14:22, 14:25, 15:2, 15:3, 15:4, 15:5, 15:6, 15:10, 15:11, 15:16, 15:21, 16:3, 16:4, 16:7, 16:8, 16:18, 17:13, 18:10, 19:4, 19:7, 26:20, 26:21, 27:4, 27:14, 27:23, 27:24, 27:25, 28:20, 28:23, 28:25, 29:7,

31:1, 31:12, 33:11, 33:20, 34:16, 34:19, 35:3, 35:5, 35:6, 35:9, 35:18, 36:15, 37:6, 38:20, 40:11, 41:10, 41:16, 42:4, 43:9, 43:14, 45:3, 46:7, 48:18, 50:4, 50:25, 51:1, 51:9, 51:23, 58:8, 59:19, 61:13, 61:15, 61:18, 61:20, 80:9, 81:2, 82:9, 90:13, 91:9, 94:6, 95:24, 99:13, 142:8, 143:8, 144:23, 145:12, 146:7, 157:5, 160:11, 166:11, 167:3, 167:7, 167:8, 167:13, 167:15, 193:8, 195:7, 198:21, 198:23
**Evidence** [4] - 7:14, 13:10, 13:13, 13:18
**exact** [3] - 19:1, 105:11, 112:7
**exactly** [5] - 68:2, 104:25, 106:23, 179:2, 185:5
**examination** [2] - 189:7, 195:21
**EXAMINATION** [9] - 62:11, 99:23, 122:7, 126:21, 174:24, 188:12, 189:21, 195:23, 197:18
**examine** [4] - 10:15, 99:14, 99:22, 174:22
**example** [6] - 6:18, 12:20, 15:6, 15:19, 66:20, 150:12
**examples** [1] - 144:3
**except** [1] - 114:4
**exceptions** [5] - 195:19, 195:25, 196:2, 196:4
**Excerpt** [5] - 125:14, 125:19, 125:20, 125:23, 126:13
**excerpt** [8] - 125:22, 125:24, 168:20, 169:10, 169:20, 170:22, 171:10, 173:22
**excerpts** [7] - 50:12, 124:4, 124:19, 166:9, 166:13, 167:5
**exchange** [3] - 120:24, 129:15, 146:9

**excited** [1] - 86:7
**excuse** [5] - 45:25, 69:20, 120:7, 138:1, 198:18
**excused** [2] - 99:20, 199:3
**exercise** [1] - 22:7
**exerted** [2] - 60:7, 60:14
**Exhibit** [64] - 2:7, 2:8, 2:8, 2:9, 2:9, 2:10, 2:10, 2:11, 2:11, 2:12, 2:12, 2:13, 2:13, 2:14, 2:15, 2:15, 2:16, 2:16, 2:17, 72:25, 79:18, 80:3, 80:8, 80:16, 80:22, 81:1, 82:5, 82:8, 89:19, 90:12, 90:24, 91:5, 91:8, 93:20, 93:25, 94:5, 95:2, 95:23, 99:12, 141:8, 142:4, 142:7, 142:21, 143:4, 143:7, 143:17, 144:6, 144:17, 144:22, 145:11, 146:6, 156:19, 157:4, 160:1, 160:10, 168:1, 168:21, 173:23, 174:9, 192:3, 193:2, 193:7, 194:7, 195:6
**exhibit** [12] - 2:14, 13:11, 13:22, 13:23, 14:4, 14:6, 14:8, 141:25, 142:23, 145:24, 166:18, 195:11
**Exhibits** [3] - 99:6, 166:14, 167:2
**exhibits** [11] - 10:16, 11:2, 12:9, 13:24, 79:17, 124:17, 144:2, 156:19, 162:22, 166:25
**existence** [2] - 15:12, 21:8
**existing** [1] - 126:3
**exists** [1] - 15:17
**expanding** [1] - 70:25
**expands** [1] - 71:5
**expect** [1] - 99:15
**expected** [1] - 5:21
**expects** [1] - 10:9
**expelled** [1] - 70:14
**expensive** [4] - 35:23, 44:12, 89:3, 89:7
**experience** [12] - 13:5, 13:7, 15:15, 16:23,

17:21, 27:19, 29:19, 35:15, 82:17, 84:7, 140:15, 153:23
**experienced** [3] - 47:3, 50:20, 173:6
**expert** [7] - 31:6, 33:12, 53:2, 97:4, 97:6, 97:10, 97:14
**Expert** [1] - 193:20
**expertise** [1] - 35:14
**explain** [12] - 4:1, 11:18, 31:6, 31:8, 37:3, 41:17, 66:18, 83:9, 140:21, 142:10, 159:4, 178:21
**explained** [4] - 37:14, 113:5, 198:1, 198:8
**explains** [2] - 126:4, 126:5
**explanations** [1] - 16:17
**expletives** [2] - 98:24, 117:25
**Explosive** [2] - 190:9, 190:17
**explosive** [1] - 190:20
**Explosives** [3] - 189:24, 190:1, 190:13
**explosives** [4] - 191:4, 196:3, 196:12, 196:16
**explosives'** [1] - 190:6
**export** [26] - 20:18, 20:21, 22:21, 23:9, 23:10, 23:12, 23:13, 24:17, 34:25, 35:4, 35:6, 36:25, 37:7, 37:14, 38:24, 39:18, 40:8, 40:14, 40:25, 41:7, 96:25, 97:7, 97:8, 97:21, 196:10
**Export** [14] - 1:15, 18:20, 22:11, 23:19, 24:23, 26:5, 40:6, 40:22, 96:22, 97:12, 193:19, 194:1, 195:14, 196:1
**exportation** [5] - 24:20, 24:21, 24:25, 25:1, 193:19
**exported** [9] - 22:18, 22:20, 23:9, 23:12, 24:1, 24:2, 24:6, 24:16, 28:21
**exporter** [1] - 116:11
**exporters** [1] - 195:18
**exporting** [13] - 22:12, 22:23, 23:2, 23:16,

**10**

23:19, 24:6, 34:2, 34:4, 34:7, 51:2, 97:9, 125:6, 196:20
**exports** [1] - 24:12
**extent** [3] - 97:13, 97:20, 167:15
**extract** [1] - 70:23
**extracting** [2] - 70:19, 73:4
**extracts** [1] - 73:4
**extraneous** [1] - 125:10
**extreme** [2] - 59:20, 59:23
**eyes** [1] - 50:19

## F

**face** [3] - 66:13, 151:25, 185:7
**Facebook** [14] - 128:13, 128:17, 141:10, 141:11, 141:14, 141:18, 142:24, 143:19, 144:2, 145:2, 145:25, 148:10, 156:20, 160:1
**facets** [1] - 64:19
**facility** [4] - 85:7, 87:7, 88:5, 92:25
**fact** [21] - 12:10, 12:16, 13:19, 15:6, 15:11, 15:13, 15:17, 15:18, 18:11, 19:5, 58:19, 97:23, 102:3, 106:17, 108:20, 114:16, 120:4, 121:19, 124:6, 124:20, 180:7
**factories** [2] - 29:19, 29:20
**factors** [2] - 16:24, 17:14
**Factory** [1] - 68:3
**factory** [31] - 29:22, 33:8, 54:25, 83:12, 85:24, 86:13, 87:4, 87:15, 87:19, 88:12, 91:20, 91:25, 92:15, 95:17, 112:20, 113:3, 113:15, 135:10, 135:19, 136:8, 136:10, 136:17, 139:1, 139:3, 139:6, 139:15, 150:2, 171:9, 175:19, 175:25, 176:4
**facts** [14] - 3:8, 3:10,

3:12, 3:22, 12:6, 12:24, 14:20, 15:12, 15:13, 15:25, 16:9, 61:15
**factual** [1] - 14:20
**failed** [4] - 60:24, 60:25, 85:13, 121:1
**Failure** [1] - 37:22
**failure** [1] - 17:20
**fair** [2] - 27:18, 125:22
**fairly** [1] - 4:8
**fall** [5] - 31:23, 32:19, 34:24, 44:5, 139:7
**falling** [1] - 28:24
**False** [5] - 111:7, 111:9, 111:17, 111:23
**false** [1] - 25:8
**familiar** [14] - 66:12, 68:21, 69:7, 70:6, 70:9, 75:22, 76:10, 79:7, 96:22, 97:8, 97:11, 102:15, 116:17, 196:2
**familiarizing** [1] - 198:5
**family** [13] - 5:18, 5:19, 31:11, 31:12, 31:15, 37:17, 40:20, 43:7, 101:24, 102:1, 102:3, 144:15
**fan** [1] - 110:7
**far** [10] - 48:6, 89:7, 97:13, 97:17, 107:16, 107:17, 115:21, 133:11, 193:23, 193:24
**Fargo** [1] - 140:3
**Faruk** [15] - 30:23, 30:25, 31:10, 53:9, 53:14, 58:5, 102:15, 102:17, 102:18, 102:24, 102:25, 157:10, 177:10, 177:12, 178:8
**Faruks** [10] - 53:10, 53:13, 53:22, 57:15, 57:16, 60:7, 60:14, 61:1, 177:20, 179:3
**fastens** [1] - 73:17
**Fayetteville** [4] - 67:21, 68:8, 69:3, 87:14
**FBI** [11] - 38:18, 38:19, 39:15, 98:12, 98:15, 99:1, 103:12, 103:23, 117:17, 118:2, 118:14
**fear** [2] - 4:9, 8:17
**feared** [3] - 28:23,

49:6, 50:3
**fears** [1] - 161:8
**Feasibility** [2] - 37:19, 54:8
**February** [2] - 38:11, 61:3
**Federal** [7] - 18:16, 26:7, 92:20, 171:25, 192:12, 193:11, 193:16
**federal** [2] - 194:11, 197:1
**feeding** [2] - 70:18, 70:24
**fell** [4] - 33:15, 44:16, 92:14, 92:22
**fellas** [2] - 103:23, 108:24
**fellow** [7] - 4:19, 4:25, 8:4, 9:1, 176:10, 181:24, 186:24
**fellows** [1] - 52:22
**felt** [2] - 49:19, 165:9
**few** [12] - 47:10, 50:11, 57:17, 60:19, 60:25, 100:11, 122:2, 124:17, 132:11, 136:21, 166:3
**FFL** [3] - 191:15, 196:22, 196:25
**fifth** [1] - 11:10
**fight** [1] - 30:5
**fighters** [2] - 66:24, 106:22
**fighting** [1] - 106:8
**figure** [3] - 36:3, 57:19, 118:16
**figured** [3] - 44:9, 98:17, 118:15
**files** [2] - 192:21, 192:23
**filled** [1] - 49:13
**filling** [1] - 168:13
**final** [6] - 3:13, 4:18, 11:11, 11:16, 26:10, 26:12
**finally** [2] - 7:5, 174:8
**Finance** [1] - 127:18
**financed** [1] - 30:24
**finances** [6] - 29:8, 29:14, 41:13, 172:6, 172:7, 172:8
**Financial** [1] - 41:8
**fine** [3] - 105:14, 138:8, 162:25
**fines** [1] - 37:24
**finger** [1] - 47:21
**fingers** [4] - 47:21, 151:23, 185:4, 185:5
**finished** [6] - 9:15,

56:3, 85:24, 162:11, 162:20, 162:22
**finishes** [1] - 10:5
**Finland** [1] - 32:5
**fire** [4] - 36:12, 66:14, 70:16, 74:18
**firearm** [9] - 71:10, 72:4, 73:6, 74:4, 74:13, 74:17, 96:4, 96:23
**firearms** [21] - 52:4, 52:5, 53:19, 68:6, 69:8, 70:7, 70:12, 71:9, 72:16, 72:20, 73:9, 83:6, 83:25, 97:12, 97:21, 110:24, 113:18, 113:25, 114:11, 190:6, 198:7
**Firearms** [13] - 37:10, 92:20, 189:24, 190:1, 191:16, 192:12, 193:11, 193:16, 194:11, 194:12, 196:13, 197:1, 197:4
**fired** [2] - 70:23, 84:16
**fires** [1] - 70:21
**fireworks** [2] - 190:14, 191:5
**firing** [30] - 21:16, 22:9, 22:12, 22:19, 24:11, 24:19, 36:13, 36:17, 39:20, 39:24, 40:4, 67:1, 70:18, 70:20, 71:3, 71:4, 71:16, 71:18, 71:21, 71:23, 71:24, 72:2, 73:24, 74:1, 74:2, 74:3, 78:14, 85:2, 95:16, 96:4
**first** [56] - 3:1, 9:25, 19:16, 20:5, 20:17, 20:20, 21:12, 22:13, 22:18, 23:3, 23:9, 23:20, 24:1, 24:16, 25:7, 25:25, 30:17, 31:23, 31:25, 32:14, 32:25, 34:25, 35:3, 37:15, 42:6, 45:25, 47:5, 47:15, 61:24, 62:2, 87:11, 92:11, 94:10, 97:24, 108:24, 109:6, 124:17, 128:13, 128:16, 128:17, 130:15, 133:8, 139:4, 139:6, 143:22, 144:6, 148:6, 150:17,

154:16, 157:7, 179:7, 181:10, 186:13
**firsthand** [1] - 49:22
**fists** [1] - 47:15
**fit** [1] - 85:21
**fits** [1] - 71:16
**five** [6] - 43:10, 47:9, 48:19, 65:6, 147:24, 173:17
**flag** [1] - 90:21
**Flag** [5] - 111:7, 111:9, 111:17, 111:18, 111:23
**Flag-type** [1] - 111:18
**flash** [1] - 197:7
**flat** [1] - 176:22
**flats** [1] - 176:23
**flip** [2] - 194:7, 195:11
**fly** [1] - 72:1
**focus** [1] - 8:17
**foil** [1] - 197:7
**follow** [6] - 4:6, 14:1, 19:7, 117:11, 191:22, 191:25
**follow-up** [2] - 191:22, 191:25
**following** [13] - 9:24, 12:7, 12:12, 19:15, 20:3, 20:15, 21:12, 22:16, 23:7, 23:24, 24:14, 25:5, 25:23
**FOLLOWS** [3] - 62:5, 123:18, 189:16
**follows** [1] - 71:7
**food** [3] - 58:15, 187:11, 187:13
**foot** [1] - 103:4
**FOR** [3] - 1:1, 1:10, 1:19
**force** [4] - 64:3, 102:25, 106:4
**Force** [2] - 64:21, 83:13
**forced** [1] - 46:25
**Forces** [5] - 52:15, 78:7, 100:3, 100:4, 101:9
**forces** [5] - 22:2, 31:20, 78:13, 81:22, 107:16
**forefront** [2] - 82:2, 82:14
**foregoing** [3] - 200:7, 200:10, 200:22
**foreign** [12] - 21:19, 21:24, 22:2, 22:4, 24:2, 24:3, 25:16, 25:18, 40:9, 51:20, 66:24, 106:22

11

**foreigners** [1] - 51:19
**forgot** [1] - 144:18
**form** [5] - 192:15, 192:20, 193:10, 193:18, 197:21
**formal** [3] - 19:1, 22:3, 41:24
**formally** [1] - 12:11
**format** [2] - 142:10, 142:11
**former** [1] - 119:8
**forms** [3] - 47:17, 59:21, 192:18
**Fort** [4] - 63:9, 63:12, 63:15, 63:19
**forth** [4] - 58:17, 65:13, 94:19, 200:9
**forward** [3] - 54:15, 57:20, 199:2
**foundation** [2] - 113:11, 121:24
**four** [4] - 45:15, 130:18, 139:5, 147:24
**Fourth** [1] - 21:8
**fourth** [5] - 11:3, 20:10, 22:24, 23:17, 169:20
**frame** [6] - 67:25, 68:13, 78:2, 86:4, 91:20, 93:8
**frames** [1] - 100:21
**frank** [1] - 39:13
**fraud** [2] - 44:10, 51:4
**Fraud** [6] - 18:22, 25:3, 34:11, 40:23, 40:24, 41:4
**fraudulent** [2] - 25:9, 25:10
**fraudulently** [2] - 20:21, 24:16
**free** [2] - 147:7, 152:11
**freedom** [1] - 146:21
**Friday** [1] - 28:13
**friend** [2] - 66:22, 87:13
**friendly** [1] - 155:24
**friends** [6] - 5:18, 5:19, 30:20, 52:17, 144:15, 180:23
**frighten** [1] - 48:25
**front** [7] - 59:2, 77:8, 82:15, 89:13, 93:14, 144:25, 165:25
**fuck** [1] - 144:11
**fulfill** [1] - 3:21
**full** [3] - 61:6, 191:24, 195:15
**function** [5] - 70:2, 71:10, 72:16, 78:15,

153:25
**functions** [4] - 55:19, 70:16, 70:20, 70:21
**funding** [1] - 134:13
**furious** [1] - 148:8
**furnished** [3] - 24:1, 24:2, 24:6
**furnishing** [3] - 21:18, 21:24, 24:6
**furthering** [1] - 25:13
**future** [1] - 163:25

**G**

**gallantry** [3] - 66:9, 66:13, 66:15
**games** [2] - 49:2, 100:6
**gaps** [1] - 33:22
**gas** [29] - 21:15, 22:9, 22:12, 22:18, 24:11, 24:19, 36:17, 39:20, 39:23, 40:3, 70:13, 70:14, 70:20, 70:21, 70:25, 71:2, 71:7, 71:13, 73:17, 74:10, 74:12, 74:15, 74:17, 96:15, 96:16, 96:17, 96:19
**gas-operated** [1] - 70:13
**gases** [1] - 96:14
**gather** [2] - 103:9, 103:10
**gender** [1] - 4:11
**general** [4] - 63:2, 88:15, 191:7, 198:4
**generally** [17] - 63:23, 64:18, 68:22, 69:19, 70:11, 75:22, 76:10, 78:9, 78:22, 82:11, 93:20, 96:22, 96:24, 97:8, 97:11, 141:9
**gentleman** [1] - 92:3
**gentlemen** [6] - 28:6, 53:7, 53:21, 58:8, 61:12, 167:9
**geographically** [3] - 51:21, 106:17, 107:4
**Georgia** [1] - 63:12
**Germany** [1] - 56:11
**get-go** [1] - 54:8
**gifts** [3] - 89:3, 89:5, 89:8
**GINO** [1] - 1:20
**girl** [1] - 55:7
**gist** [1] - 98:25
**given** [8] - 4:17, 7:25, 14:12, 66:9, 66:13, 108:18, 113:6,

121:16
**Global** [3] - 39:21, 39:22, 39:23
**Glock** [1] - 29:22
**go-between** [1] - 78:16
**goal** [4] - 19:25, 21:6, 56:1, 68:22
**gold** [1] - 73:16
**goodness** [1] - 48:19
**Goods** [1] - 18:21
**goods** [2] - 24:10, 97:9
**goons** [1] - 58:5
**Goran** [14] - 42:6, 47:20, 47:22, 48:4, 50:16, 116:19, 116:21, 123:2, 125:17, 126:8, 126:13, 155:15, 155:23, 174:6
**GORAN** [1] - 116:21
**Goran's** [3] - 125:15, 155:16, 155:20
**govern** [1] - 86:19
**governed** [1] - 167:18
**governing** [1] - 198:6
**Government** [95] - 2:3, 2:7, 10:5, 10:12, 10:14, 10:16, 10:18, 10:21, 15:25, 18:16, 19:9, 19:14, 20:3, 20:15, 22:16, 23:7, 23:24, 24:14, 25:5, 25:23, 26:21, 27:1, 27:5, 27:7, 27:9, 27:11, 28:1, 28:12, 29:6, 30:11, 30:12, 30:15, 31:8, 37:15, 41:22, 42:9, 42:21, 43:3, 50:25, 51:8, 52:20, 53:1, 54:2, 54:11, 55:8, 56:18, 57:14, 57:20, 58:18, 61:6, 61:24, 62:3, 64:22, 69:5, 72:19, 80:2, 80:21, 82:4, 83:13, 83:18, 83:24, 86:15, 90:8, 91:4, 93:24, 97:2, 108:17, 108:21, 109:8, 118:5, 124:3, 124:11, 125:13, 125:14, 125:18, 125:23, 130:11, 134:12, 134:15, 135:13, 141:8, 143:17, 144:16, 145:7, 156:19, 159:25, 166:3,

167:25, 168:21, 171:25, 174:9, 189:13, 192:3, 194:7
**GOVERNMENT** [1] - 1:10
**Government's** [60] - 30:17, 31:5, 31:19, 61:18, 72:25, 79:17, 80:3, 80:5, 80:8, 80:24, 81:1, 81:23, 82:7, 82:8, 89:19, 90:9, 90:11, 90:12, 90:23, 91:5, 91:7, 91:8, 93:20, 93:25, 94:4, 94:5, 95:2, 95:19, 95:22, 95:23, 99:5, 99:12, 142:4, 142:6, 142:7, 143:4, 143:7, 143:17, 144:22, 145:10, 145:11, 146:6, 156:24, 157:3, 157:4, 160:7, 160:9, 160:10, 166:14, 167:2, 169:11, 169:21, 171:11, 173:23, 193:2, 193:4, 193:7, 195:3, 195:5, 195:6
**Governmental** [1] - 81:10
**grab** [1] - 57:21
**grant** [1] - 7:17
**granting** [1] - 7:18
**grave** [1] - 37:23
**gravel** [1] - 47:1
**great** [2] - 50:25, 130:1
**greater** [1] - 9:6
**Greece** [4] - 35:23, 57:3, 57:18, 57:19
**greed** [2] - 28:18, 35:10
**green** [4] - 104:21, 104:22, 149:25, 150:4
**Greensboro** [1] - 190:23
**greensboro** [1] - 190:24
**grenades** [3] - 196:14, 196:18, 197:8
**grew** [1] - 31:24
**groin** [1] - 46:20
**grooves** [1] - 38:23
**ground** [3] - 48:2, 56:1, 56:15
**Group** [10] - 31:18, 42:21, 79:6, 79:10, 83:1, 90:20, 157:10,

177:11, 177:12, 178:8
**group** [3] - 71:15, 82:23, 101:19
**guarded** [1] - 45:18
**guards** [4] - 136:9, 136:14, 149:3, 184:25
**guess** [7] - 14:6, 14:8, 15:16, 55:22, 57:10, 83:24, 88:16
**guessing** [1] - 114:4
**guide** [5] - 4:2, 26:13, 167:23, 194:3, 194:25
**Guide** [2] - 194:11, 194:12
**guilt** [2] - 27:2, 27:14
**guilty** [27] - 7:7, 19:14, 20:2, 20:14, 22:15, 23:6, 23:23, 24:13, 25:4, 25:22, 26:18, 26:23, 27:1, 27:5, 27:6, 27:8, 27:10, 28:1, 28:3, 28:5, 41:18, 51:2, 51:4, 51:5, 51:9, 61:21
**Gulf** [1] - 105:10
**gun** [23] - 36:12, 38:23, 71:4, 129:8, 140:8, 140:9, 140:10, 140:18, 140:21, 142:20, 143:12, 143:13, 143:25, 144:11, 171:9, 171:20, 171:21, 171:22, 172:1, 179:23, 191:4
**gun-making** [4] - 129:8, 171:21, 171:22, 172:1
**guns** [12] - 33:8, 35:20, 43:3, 60:18, 134:11, 139:13, 140:15, 171:24, 172:2, 191:6, 197:7, 197:10
**Guns** [2] - 39:23, 39:25
**guy** [5] - 52:14, 135:12, 135:14, 174:7, 188:15
**guys** [7] - 58:5, 66:24, 103:17, 150:16, 151:6, 151:9, 151:21

**H**

**half** [2] - 78:24, 136:13
**halfway** [1] - 142:17

**hall** [1] - 5:5
**Hall** [1] - 39:6
**hand** [6] - 9:21, 43:14, 61:23, 171:16, 197:22
**handful** [3] - 33:16, 56:17, 60:18
**handle** [3] - 85:15, 141:5, 157:18
**hands** [3] - 36:22, 152:12, 185:24
**happy** [1] - 44:15
**harasses** [1] - 125:3
**harassment** [1] - 124:7
**hard** [8] - 34:20, 48:15, 66:18, 86:17, 151:18, 160:17, 160:19, 172:20
**hardest** [1] - 160:15
**HAVING** [3] - 62:4, 123:17, 189:15
**Hawaii** [1] - 63:17
**head** [9] - 35:13, 40:20, 44:21, 45:17, 46:15, 57:23, 151:25, 152:14, 185:6
**headquarters** [1] - 103:8
**Health** [1] - 62:22
**hear** [46] - 3:11, 9:5, 9:21, 12:3, 12:4, 13:2, 17:1, 17:19, 29:24, 32:11, 32:12, 32:21, 33:20, 35:4, 36:24, 38:5, 38:14, 50:8, 50:12, 50:14, 50:15, 50:16, 50:18, 50:20, 50:21, 50:22, 51:22, 51:23, 52:19, 53:3, 53:4, 53:9, 53:21, 55:9, 56:13, 59:1, 60:8, 124:14, 155:18, 167:10, 167:12, 167:15, 167:16, 167:18, 173:11
**heard** [18] - 4:17, 11:10, 11:23, 15:8, 30:3, 45:15, 61:3, 111:9, 111:10, 116:19, 116:23, 125:12, 150:23, 167:22, 173:9, 181:14, 198:21, 198:23
**hearing** [4] - 7:9, 27:25, 50:7, 167:14
**hearsay** [3] - 119:18,

119:23, 120:18
**Hearts** [1] - 66:5
**heavy** [1] - 37:24
**held** [7] - 47:6, 57:24, 58:4, 61:2, 119:16, 123:25, 147:17
**hell** [1] - 48:20
**help** [11] - 8:1, 10:9, 19:7, 58:11, 58:14, 83:11, 88:6, 161:8, 167:11, 167:14, 190:14
**helpful** [1] - 53:4
**helping** [2] - 183:25, 187:21
**helps** [1] - 58:14
**Henderson** [2] - 157:22, 157:23
**hereby** [1] - 200:6
**hereinbefore** [1] - 200:9
**Heret** [16] - 32:16, 32:23, 132:18, 132:19, 133:16, 133:20, 147:17, 148:4, 148:13, 148:21, 150:20, 151:10, 159:3, 163:5, 163:9, 168:14
**Heret's** [3] - 132:25, 163:8, 183:7
**Heroism** [1] - 65:25
**herself** [1] - 77:11
**hesitate** [2] - 27:21, 33:1
**Hewa** [5] - 87:12, 115:22, 115:24, 115:25, 116:1
**hi** [1] - 154:21
**hide** [1] - 29:5
**hierarchy** [1] - 177:20
**high** [5] - 35:20, 35:22, 65:14, 75:19, 136:9
**high-quality** [1] - 35:20
**high-ranking** [1] - 65:14
**high-up** [1] - 136:9
**higher** [2] - 135:12, 135:14
**higher-up** [1] - 135:14
**highest** [1] - 65:8
**highly** [2] - 52:16, 82:20
**himself** [11] - 28:17, 35:8, 35:19, 35:22, 41:12, 44:12, 44:18, 51:18, 61:1, 61:10, 185:14

**HINKLEY** [50] - 1:11, 28:10, 62:3, 62:9, 62:12, 67:12, 67:16, 72:18, 72:25, 73:2, 73:13, 73:21, 74:7, 80:2, 80:6, 80:10, 80:21, 81:3, 82:4, 82:10, 90:8, 90:14, 91:4, 91:10, 93:24, 94:7, 94:9, 95:18, 95:25, 96:3, 96:9, 97:6, 97:19, 99:4, 99:11, 107:5, 111:19, 113:9, 114:1, 119:18, 119:22, 120:18, 121:3, 121:23, 122:2, 122:8, 123:5, 123:9, 189:3, 189:12
**Hinkley** [3] - 28:8, 34:15, 115:4
**hired** [16] - 29:21, 30:21, 31:14, 31:24, 32:4, 32:14, 33:17, 35:15, 40:12, 40:21, 57:13, 58:5, 75:19, 133:24, 175:12, 176:9
**hiring** [1] - 31:23
**hit** [3] - 46:2, 46:5, 71:3
**hits** [1] - 110:9
**hitting** [1] - 43:17
**hold** [5] - 52:22, 70:3, 81:15, 112:15, 164:20
**holding** [2] - 64:1, 64:2
**Holdings** [4] - 53:9, 53:14, 102:15, 102:17
**holds** [6] - 71:11, 71:13, 71:14, 71:17, 72:5, 72:6
**hole** [1] - 76:16
**holidays** [1] - 84:14
**home** [22] - 5:18, 33:18, 38:18, 44:23, 45:12, 50:1, 98:18, 103:5, 117:18, 148:1, 154:6, 154:7, 154:13, 154:14, 156:4, 158:6, 158:7, 158:8, 158:25, 159:7, 159:24, 177:7
**Homeland** [3] - 103:13, 103:23, 117:17
**Honor** [71] - 28:10, 28:11, 51:12, 62:3,

62:9, 66:11, 66:12, 67:12, 72:18, 80:2, 80:21, 82:4, 90:8, 93:24, 94:1, 94:3, 95:18, 95:25, 97:1, 97:5, 99:4, 99:11, 99:15, 107:5, 107:9, 107:14, 113:9, 121:3, 121:23, 122:3, 123:5, 123:9, 123:14, 125:13, 128:8, 137:2, 137:8, 142:3, 143:3, 144:18, 145:7, 149:20, 153:7, 156:24, 157:2, 159:11, 160:6, 161:11, 162:15, 162:17, 163:3, 166:11, 166:23, 167:4, 167:24, 168:20, 169:10, 169:20, 171:10, 173:22, 174:8, 174:20, 188:11, 188:20, 188:24, 189:3, 189:8, 189:13, 193:1, 195:2, 197:17
**HONORABLE** [1] - 1:8
**hope** [4] - 61:5, 66:17, 160:23, 161:4
**hoped** [1] - 161:17
**hopes** [1] - 54:16
**horrible** [1] - 60:1
**horribly** [1] - 96:16
**horrific** [1] - 126:6
**horror** [1] - 45:21
**horrors** [1] - 153:25
**hose** [1] - 46:23
**hoses** [1] - 47:15
**hotel** [4] - 54:22, 55:13, 55:15, 176:18
**hour** [3] - 59:7, 136:13, 153:15
**hours** [3] - 46:1, 46:21, 148:4
**house** [12] - 56:2, 66:23, 78:11, 84:2, 103:8, 103:10, 103:16, 103:17, 106:11, 176:22, 176:23
**houses** [3] - 150:15, 150:16, 150:21
**housing** [3] - 38:9, 131:17, 150:14
**human** [2] - 17:21, 51:5
**hundreds** [1] - 84:16

**hunter** [1] - 125:9
**hurt** [1] - 47:25
**hurts** [1] - 110:9
**Hussein** [1] - 102:8

**I**

**Ibrahim** [3] - 87:12, 116:2, 116:3
**idea** [3] - 59:4, 86:12, 170:14
**identification** [1] - 166:13
**Identified** [1] - 2:7
**identified** [4] - 67:13, 111:21, 128:9, 166:13
**identify** [2] - 30:9, 67:9
**IEEPA** [1] - 23:2
**ignites** [2] - 71:4, 72:2
**igniting** [1] - 96:15
**ignorant** [1] - 92:5
**illegal** [11] - 33:12, 34:25, 38:15, 41:6, 130:8, 130:10, 140:23, 164:6, 172:3, 172:4, 180:8
**illegally** [1] - 34:9
**Illinois** [1] - 39:23
**images** [3] - 93:8, 94:23, 95:7
**imagine** [2] - 48:15, 55:25
**immediately** [2] - 5:15, 9:14
**impartially** [1] - 4:8
**impeached** [1] - 18:2
**import** [1] - 38:15
**importance** [3] - 17:23, 18:9, 27:22
**important** [10] - 4:4, 4:14, 5:10, 7:10, 8:18, 14:20, 16:19, 18:12, 34:18, 34:22
**importer** [1] - 116:11
**importer-exporter** [1] - 116:11
**importers** [1] - 195:18
**importing** [2] - 36:8, 125:6
**imposed** [1] - 7:6
**imposes** [1] - 10:25
**improbability** [1] - 18:5
**improper** [2] - 7:3, 13:17
**IN** [1] - 1:1
**in-house** [1] - 56:2
**incarceration** [1] -

**13**

37:24
**inception** [1] - 92:10
**incident** [7] - 50:14, 124:18, 154:11, 168:25, 169:7, 172:17, 184:21
**incidental** [2] - 43:24, 44:4
**inclined** [1] - 162:19
**include** [2] - 22:8, 28:25
**includes** [3] - 196:13, 196:14, 197:7
**including** [9] - 5:18, 12:23, 21:18, 22:3, 40:2, 42:5, 60:2, 60:3, 176:15
**inconsistencies** [1] - 17:16
**inconsistency** [3] - 17:22, 17:25, 167:17
**inconsistent** [1] - 17:13
**incorrectly** [2] - 9:5
**increased** [1] - 47:22
**independence** [1] - 30:14
**independent** [2] - 9:7, 30:8
**indicate** [1] - 146:15
**indicated** [14] - 56:22, 58:19, 68:15, 76:7, 82:22, 83:24, 84:19, 84:20, 97:7, 111:20, 112:18, 114:2, 115:22, 117:24
**indicating** [2] - 3:23, 82:12
**indicted** [1] - 19:6
**indictment** [17] - 10:14, 18:15, 18:25, 19:1, 19:2, 19:4, 19:12, 19:17, 20:1, 20:12, 21:14, 23:18, 24:18, 25:20, 25:25, 28:2, 33:22
**indirect** [2] - 15:3, 15:21
**indirectly** [1] - 15:11
**individual** [6] - 9:8, 52:12, 82:14, 116:19, 116:21, 178:4
**individuals** [3] - 60:8, 82:23, 180:18
**Industry** [9] - 190:9, 190:12, 190:13, 191:1, 191:3, 191:9, 191:20, 196:6, 196:8
**industry** [2] - 190:20,

190:22
**infantry** [2] - 63:25, 100:8
**infer** [1] - 15:12
**inference** [3] - 15:14, 15:16, 15:25
**inferences** [2] - 15:24, 16:2
**inflict** [2] - 20:6, 46:18
**inflicted** [2] - 43:24, 46:22
**inflicting** [1] - 49:11
**influence** [4] - 4:10, 5:25, 12:5, 134:16
**influenced** [6] - 4:10, 5:25, 8:24, 13:18, 13:20, 14:16
**influential** [2] - 55:8, 102:13
**inform** [1] - 9:22
**informal** [1] - 22:3
**information** [13] - 6:10, 6:20, 6:22, 6:25, 7:4, 7:10, 63:2, 92:24, 98:14, 130:12, 148:7, 198:1, 198:2
**informational** [1] - 22:5
**informed** [4] - 18:25, 26:17, 98:11, 98:12
**infrastructure** [1] - 88:7
**inherent** [1] - 18:5
**inhumane** [1] - 59:22
**initial** [2] - 85:17, 191:22
**initials** [1] - 193:22
**innocence** [5] - 11:1, 26:16, 26:20, 26:25, 27:3
**innocent** [3] - 10:24, 17:25, 26:19
**inquiring** [1] - 60:12
**inside** [11] - 71:5, 71:16, 71:24, 74:4, 85:19, 150:20, 150:21, 151:5, 151:7, 151:8, 151:13
**insignia** [1] - 79:23
**insignificant** [1] - 17:24
**inspection** [4] - 191:19, 191:23, 192:20, 194:19
**inspections** [1] - 192:18
**installment** [1] - 157:15
**instance** [1] - 66:11

**instead** [3] - 35:19, 39:2
**instruct** [4] - 13:25, 14:15, 146:9, 146:17
**instructed** [3] - 5:22, 41:18, 47:19
**instruction** [4] - 14:2, 22:3, 46:22, 167:7
**instructions** [16] - 3:6, 3:13, 4:3, 4:4, 4:18, 7:3, 11:11, 11:13, 11:16, 26:10, 26:13, 28:7, 41:1, 47:12, 140:17, 198:20
**instructs** [1] - 59:19
**integral** [1] - 74:12
**intel** [3] - 78:18, 79:12, 79:13
**intelligence** [1] - 31:19
**intended** [1] - 26:3
**intending** [3] - 19:21, 21:2, 57:7
**intent** [5] - 19:25, 20:6, 21:5, 25:12, 173:14
**intention** [1] - 35:7
**intentional** [1] - 17:25
**interact** [2] - 81:7, 81:10
**interacting** [1] - 135:7
**interactions** [1] - 155:22
**interest** [2] - 5:1, 17:6
**interested** [4] - 125:13, 128:22, 129:24, 180:13
**interesting** [1] - 52:12
**interests** [1] - 28:17
**interfere** [1] - 45:8
**interference** [1] - 60:15
**International** [4] - 18:20, 23:1, 24:22, 24:23
**internet** [4] - 6:4, 6:19, 140:7, 140:9
**interpretation** [1] - 14:22
**interrogated** [2] - 47:9, 170:23
**interrogating** [1] - 188:14
**interrogation** [1] - 172:24
**interrogations** [1] - 172:22
**interrogators** [1] - 185:20
**interstate** [2] - 25:16,

25:18
**intertwined** [1] - 31:10
**intervened** [2] - 51:16, 51:18
**intervenes** [1] - 58:10
**interview** [2] - 98:15, 117:20
**interviewed** [3] - 61:4, 103:24, 165:2
**intimidate** [2] - 49:4, 126:3
**introduce** [3] - 10:13, 125:23, 126:15
**introduced** [2] - 53:10, 97:24
**introducing** [1] - 11:2
**investigation** [3] - 6:15, 39:17, 141:22
**Investigation** [1] - 118:13
**Investigator** [6] - 190:22, 191:2, 191:9, 191:20, 196:6, 196:8
**investigator** [2] - 197:25, 198:1
**Investigators** [1] - 191:3
**invited** [1] - 163:12
**invoice** [3] - 60:13, 157:8, 157:14
**invoices** [11] - 140:6, 142:15, 142:18, 144:4, 144:12, 171:23, 178:1, 178:14, 179:18
**involved** [14] - 5:3, 6:5, 6:23, 38:8, 43:16, 47:14, 47:17, 64:15, 68:5, 68:15, 92:8, 99:3, 140:25, 144:12
**involvement** [3] - 43:11, 52:7, 87:18
**iPads** [1] - 183:9
**iPhone** [4] - 141:10, 141:12, 164:8, 164:21
**Iran** [2] - 30:2, 51:20
**Iraq** [93] - 20:19, 22:13, 22:19, 23:3, 23:11, 23:20, 28:22, 29:23, 30:5, 30:7, 30:15, 31:2, 31:22, 33:13, 33:18, 34:2, 35:7, 36:18, 37:8, 39:3, 39:10, 39:15, 40:3, 40:9, 40:10, 41:10, 43:6, 44:1, 44:2, 44:22, 44:23,

51:3, 51:17, 51:19, 51:20, 52:2, 52:22, 53:3, 54:11, 55:13, 58:1, 66:23, 77:25, 78:4, 81:11, 81:16, 85:16, 86:16, 86:19, 87:1, 87:3, 87:4, 88:25, 91:18, 98:3, 98:7, 100:12, 100:14, 100:16, 102:4, 102:6, 102:10, 102:11, 106:5, 107:1, 108:1, 112:11, 114:8, 114:10, 114:17, 119:16, 129:19, 129:24, 130:11, 130:13, 130:20, 130:21, 130:23, 130:25, 131:7, 131:9, 131:13, 134:17, 134:19, 139:17, 147:12, 162:6, 175:16, 179:7, 180:19, 180:21
**Iraq's** [2] - 134:11, 157:10
**Iraqi** [2] - 44:1, 86:15
**Iraqis** [1] - 30:10
**irregular** [1] - 22:3
**irrelevant** [1] - 124:6
**IRS** [2] - 171:16, 171:18
**IS** [3] - 62:4, 123:17, 189:15
**ISIS** [15] - 30:5, 51:21, 106:2, 106:3, 106:6, 106:7, 106:8, 106:12, 106:14, 106:17, 106:20, 106:21, 106:23, 107:4, 107:16
**Islamic** [3] - 106:22, 106:25, 107:4
**issue** [5] - 33:23, 124:13, 137:5, 166:17, 175:4
**issued** [1] - 84:21
**issues** [4] - 15:1, 75:2, 190:15
**issuing** [1] - 140:6
**Istanbul** [2] - 130:16, 130:17
**Italian** [1] - 87:17
**ITAR** [1] - 196:10
**item** [2] - 23:12, 23:16
**items** [14] - 22:20, 34:2, 36:25, 37:1, 37:8, 39:12, 40:5,

**14**

40:15, 68:4, 96:25, 97:7, 98:3, 98:7, 98:8
**itself** [2] - 9:23, 10:10

### J

**J.F.K** [2] - 38:12, 61:3
**Jalal** [2] - 102:3, 102:20
**jam** [3] - 35:8, 35:9, 74:16
**January** [4] - 63:6, 128:18, 132:8, 160:5
**JASPERSE** [71] - 1:17, 28:11, 28:16, 123:14, 124:23, 125:13, 126:10, 126:13, 126:16, 126:22, 128:8, 128:11, 134:25, 136:1, 137:8, 137:9, 137:24, 138:8, 138:10, 142:3, 142:9, 143:3, 143:9, 144:18, 144:24, 145:7, 145:13, 146:3, 146:8, 147:4, 149:23, 153:13, 155:7, 156:24, 157:6, 159:14, 160:6, 160:12, 162:15, 162:17, 162:22, 163:3, 163:4, 166:11, 166:20, 166:22, 167:4, 167:24, 168:3, 168:5, 168:20, 168:24, 169:10, 169:14, 169:20, 169:24, 171:10, 171:14, 173:5, 173:14, 173:18, 173:22, 174:1, 174:8, 174:13, 174:20, 180:15, 188:11, 188:13, 188:20, 188:24
**job** [20] - 68:3, 77:4, 78:16, 88:11, 88:13, 88:15, 128:14, 128:25, 129:6, 129:18, 129:20, 129:22, 132:25, 133:6, 137:11, 163:8, 175:14, 190:21, 196:12
**jobs** [2] - 132:3, 179:9
**join** [2] - 19:22, 21:2

**joined** [3] - 19:20, 20:25, 63:13
**JR** [1] - 1:20
**judge** [1] - 111:19
**Judge** [16] - 5:22, 33:21, 41:1, 41:18, 44:1, 59:10, 59:19, 116:13, 119:23, 124:2, 124:16, 124:21, 156:25, 188:7, 189:12
**judges** [2] - 16:11
**judging** [1] - 3:22
**judgment** [2] - 16:23, 18:7
**Judy** [1] - 3:3
**July** [5] - 142:1, 142:11, 143:1, 143:2, 143:21
**jumped** [1] - 46:3
**juror** [6] - 4:23, 5:16, 5:20, 8:17, 9:1
**juror's** [1] - 9:7
**jurors** [8] - 4:15, 4:19, 4:25, 5:10, 7:21, 8:4, 8:11, 34:22
**Jury** [1] - 1:8
**jury** [29] - 3:2, 3:4, 3:5, 3:7, 3:17, 4:22, 8:4, 9:13, 51:15, 61:22, 62:20, 63:2, 66:6, 70:12, 72:21, 75:25, 76:12, 80:6, 80:11, 83:9, 99:20, 133:14, 160:13, 162:21, 167:6, 167:20, 174:9, 198:17, 199:3
**justice** [3] - 3:7, 5:11, 5:12

### K

**K-I-V-I-K-I-N-G** [1] - 123:21
**Kadaja** [10] - 32:14, 33:5, 47:11, 55:7, 57:13, 132:18, 133:2, 133:20, 134:8, 175:9
**Kansas** [1] - 52:24
**keep** [19] - 4:16, 4:23, 7:10, 7:15, 8:3, 8:6, 11:21, 34:14, 45:2, 48:9, 59:18, 61:17, 74:3, 84:4, 126:4, 137:21, 161:19, 198:20
**keeping** [1] - 191:6
**Kelly** [1] - 68:3
**kept** [1] - 49:17

**key** [2] - 36:10, 54:19
**kids** [1] - 59:5
**kill** [1] - 85:1
**kind** [24] - 25:17, 28:4, 30:5, 59:13, 59:14, 62:19, 66:10, 66:18, 71:23, 74:24, 75:7, 78:25, 86:17, 86:19, 92:4, 105:23, 110:1, 114:3, 131:17, 143:11, 148:16, 149:2, 178:8, 188:15
**kinds** [2] - 22:6, 141:3
**kitchen** [1] - 133:16
**Kiviking** [9] - 2:4, 32:20, 45:11, 50:9, 123:15, 123:21, 126:23, 145:16, 163:5
**Klan** [2] - 101:22, 104:17
**knock** [1] - 45:15
**knocked** [1] - 46:3
**knowing** [4] - 19:21, 21:1, 24:11, 50:9
**knowingly** [5] - 20:21, 23:2, 23:17, 24:16, 25:7
**knowledge** [10] - 17:2, 25:10, 86:24, 111:23, 113:10, 113:18, 114:3, 121:25, 123:3, 135:24
**known** [6] - 22:11, 23:1, 66:24, 122:21, 180:18
**knows** [7] - 15:7, 52:7, 52:8, 52:10, 52:11
**Krahl** [1] - 39:25
**Kristi** [3] - 39:7, 39:10, 39:14
**KRISTIN** [4] - 1:24, 200:3, 200:13, 200:16
**Kurd** [1] - 170:24
**Kurdish** [55] - 30:4, 30:11, 30:15, 30:21, 30:23, 31:2, 31:4, 31:18, 32:2, 32:19, 33:10, 34:19, 37:16, 40:20, 42:5, 42:6, 42:20, 43:11, 43:13, 43:15, 43:17, 43:18, 43:19, 44:3, 45:9, 45:16, 45:23, 46:1, 46:10, 47:7, 47:13, 47:19, 49:11, 49:12, 49:20, 49:21, 49:22, 49:24, 51:6, 52:21,

53:6, 53:8, 53:23, 58:5, 58:8, 78:12, 78:13, 90:22, 117:11, 122:16, 131:10, 131:11, 135:5, 135:7, 135:20
**Kurdistan** [85] - 29:23, 30:4, 30:5, 30:7, 30:8, 30:12, 30:14, 30:19, 31:2, 31:7, 31:16, 31:22, 32:22, 33:4, 38:7, 42:19, 42:22, 42:23, 43:3, 43:6, 43:8, 45:20, 49:19, 50:3, 51:20, 52:22, 54:22, 58:1, 60:21, 77:25, 78:17, 78:23, 78:24, 79:2, 79:3, 79:6, 79:9, 79:11, 79:15, 79:25, 80:15, 81:11, 81:16, 82:17, 83:4, 83:6, 83:13, 86:16, 87:6, 88:9, 90:20, 90:21, 92:16, 100:15, 104:8, 104:9, 108:1, 112:10, 119:5, 122:11, 126:2, 131:4, 131:5, 131:9, 132:7, 134:10, 134:16, 135:18, 135:20, 139:17, 140:25, 146:20, 147:7, 158:19, 159:15, 159:21, 162:3, 162:6, 163:5, 163:6, 170:10, 175:16, 179:8
**Kurdistan's** [1] - 31:20
**Kurds** [14] - 30:9, 33:16, 35:8, 35:11, 36:3, 36:5, 36:6, 40:13, 44:5, 44:7, 44:15, 44:25, 45:4, 45:6
**Kurds'** [2] - 35:18, 44:12

### L

**lack** [1] - 27:23
**ladies** [6] - 28:6, 53:7, 53:21, 58:8, 61:12, 167:9
**Lahur** [12] - 81:13, 81:20, 81:21, 83:10, 84:19, 85:5, 101:12, 101:16, 107:9, 112:2, 112:9, 115:22

**Lahur's** [1] - 103:3
**land** [2] - 49:18, 51:20
**language** [7] - 30:9, 32:25, 131:9, 131:13, 152:4, 175:4, 183:11
**laptops** [2] - 183:8, 183:16
**large** [5] - 35:17, 76:13, 78:24, 82:19, 133:15
**larger** [1] - 64:3
**Las** [1] - 89:12
**lash** [1] - 46:23
**last** [9] - 5:21, 47:6, 59:6, 118:23, 124:19, 131:21, 131:23, 155:20, 174:4
**late** [4] - 33:13, 60:6, 99:19, 119:13
**lathes** [1] - 55:25
**latter** [1] - 83:10
**laundering** [2] - 34:13, 51:5
**Laundering** [6] - 18:23, 25:21, 25:23, 40:23, 40:24, 41:9
**law** [38] - 3:12, 4:3, 4:5, 4:6, 4:18, 7:3, 10:25, 11:12, 11:14, 11:16, 11:24, 16:5, 18:16, 20:7, 20:22, 24:12, 25:2, 26:12, 28:17, 29:16, 36:10, 40:11, 40:17, 42:10, 42:11, 43:12, 43:13, 43:20, 43:21, 43:25, 44:2, 59:9, 61:16, 77:2, 97:7, 165:2, 165:5, 198:21
**lawful** [4] - 42:11, 43:24, 43:25, 44:4
**laws** [8] - 36:19, 36:21, 37:7, 37:14, 97:3, 97:8, 190:6, 198:6
**Laws** [3] - 96:23, 97:12, 193:16
**lawyer** [10] - 5:4, 9:21, 10:2, 10:15, 13:11, 13:12, 13:13, 13:14, 14:10, 59:6
**lawyer's** [1] - 7:17
**lawyers** [12] - 5:3, 9:18, 9:25, 11:4, 12:13, 12:15, 12:17, 12:23, 12:24, 13:16, 14:19, 14:21
**lay** [2] - 113:11,

**15**

121:24

**lays** [1] - 38:2
**lead** [3] - 15:15, 38:19, 164:3
**leader** [2] - 101:19
**leaders** [14] - 30:11, 30:15, 30:19, 31:2, 32:3, 37:16, 43:13, 49:20, 81:8, 81:10, 134:22, 135:2, 135:5, 135:21
**Leadership** [1] - 62:21
**leading** [9] - 134:23, 137:3, 137:7, 137:22, 146:25, 153:7, 153:8, 153:11, 172:24
**leads** [1] - 13:8
**leaned** [1] - 151:24
**learn** [5] - 6:1, 118:22, 155:11, 155:16, 155:20
**learned** [3] - 155:13, 175:14, 181:21
**learning** [1] - 38:17
**learns** [1] - 57:25
**least** [10] - 19:22, 19:23, 21:2, 21:4, 21:9, 47:19, 90:15, 124:5, 138:17, 173:17
**leather** [1] - 91:2
**leave** [14] - 9:11, 9:12, 9:13, 44:23, 48:20, 49:25, 57:7, 147:7, 154:3, 155:25, 156:6, 157:15, 158:19, 174:14
**leaving** [2] - 57:1, 162:3
**led** [1] - 47:11
**Lee** [1] - 62:7
**left** [12] - 32:22, 35:21, 60:17, 60:18, 85:25, 148:2, 154:5, 159:15, 162:9, 176:3, 197:22, 198:11
**left-hand** [1] - 197:22
**legal** [3] - 3:25, 4:1, 41:17
**legally** [2] - 38:25, 59:23
**Legion** [1] - 66:1
**legs** [1] - 46:23
**length** [1] - 7:15
**lengthy** [2] - 50:11, 99:15
**less** [1] - 8:25
**lesser** [1] - 59:21

**letters** [5] - 58:15, 58:16, 187:19, 187:21
**level** [2] - 52:14, 66:16
**levers** [1] - 43:8
**Lewis** [1] - 63:10
**Lexoman** [1] - 80:14
**Liaison** [5] - 78:15, 78:16, 81:7, 190:9, 190:12
**License** [2] - 40:6, 92:20
**license** [12] - 20:20, 22:13, 22:23, 23:4, 23:16, 23:21, 24:5, 36:25, 40:6, 96:25, 197:5, 197:9
**licensed** [1] - 198:6
**Licensee** [1] - 197:1
**licenses** [2] - 87:2, 97:21
**licensing** [1] - 195:17
**life** [7] - 4:13, 27:22, 44:18, 69:8, 130:14, 160:16, 172:22
**lift** [1] - 56:16
**light** [2] - 13:5, 57:12
**lighter** [1] - 154:11
**likely** [1] - 97:15
**limited** [3] - 13:24, 14:1, 86:24
**line** [7] - 33:4, 75:14, 94:10, 104:21, 104:22, 104:23, 105:2
**lined** [2] - 96:17, 96:19
**List** [1] - 23:14
**listed** [2] - 193:18, 194:3
**listen** [7] - 5:8, 6:3, 8:11, 34:20, 59:18, 59:19, 198:24
**listened** [4] - 165:22, 168:6, 169:25, 173:6
**listening** [1] - 151:2
**live** [5] - 30:8, 131:19, 132:13, 132:17, 136:2
**lived** [5] - 31:7, 103:6, 132:14, 133:12, 177:8
**living** [6] - 50:5, 67:20, 67:22, 67:23, 146:20, 180:24
**LNO** [1] - 78:12
**load** [1] - 72:7
**loading** [3] - 70:18, 70:24, 73:5
**loaned** [2] - 83:25, 84:1

**Local** [1] - 54:11
**local** [3] - 69:3, 85:3, 191:21
**located** [3] - 127:3, 143:14, 149:6
**location** [1] - 122:15
**locked** [1] - 45:18
**locking** [1] - 70:18
**logic** [1] - 27:19
**logical** [1] - 15:17
**logo** [1] - 91:16
**look** [23] - 50:18, 56:10, 61:15, 78:25, 79:17, 81:23, 88:1, 93:15, 93:17, 95:1, 103:25, 109:18, 140:10, 140:12, 141:7, 142:17, 152:17, 179:10, 180:1, 180:4, 183:25, 192:6, 199:1
**looked** [2] - 109:22, 140:7
**looking** [12] - 55:2, 55:18, 55:24, 56:4, 57:19, 60:11, 112:2, 112:10, 140:9, 148:14, 179:18, 183:25
**looks** [5] - 9:14, 71:23, 71:24, 82:15, 90:21
**loose** [2] - 53:25, 84:18
**loosely** [3] - 79:25, 80:14, 102:16
**loss** [1] - 191:24
**lost** [4] - 46:17, 48:3, 95:19, 156:5
**Louisiana** [1] - 63:19
**lower** [6] - 66:16, 72:4, 72:5, 73:18, 76:6
**lowers** [5] - 68:19, 69:2, 71:9, 75:15, 75:20
**loyal** [4] - 44:24, 49:3, 138:19, 138:22
**loyalty** [4] - 138:11, 138:14, 138:16, 138:18
**Luigi's** [1] - 87:17
**lump** [1] - 86:1
**lunch** [2] - 99:18, 99:20
**luncheon** [1] - 99:21

## M

**M16** [1] - 110:12
**M16a1** [1] - 69:11
**M4** [28] - 21:15, 22:9,

22:12, 22:18, 24:11, 24:19, 29:22, 40:4, 40:10, 55:17, 69:17, 69:19, 69:20, 69:22, 69:23, 70:1, 70:6, 70:13, 73:7, 85:6, 108:9, 108:15, 108:18, 109:9, 110:12, 110:13
**M4's** [1] - 112:10
**M4s** [1] - 109:12
**ma'am** [1] - 138:1
**machine** [11] - 1:22, 56:11, 56:12, 75:16, 75:23, 76:1, 76:13, 76:14, 171:9, 197:7, 197:10
**machinery** [1] - 92:3
**machines** [28] - 33:8, 35:20, 35:21, 35:24, 54:24, 55:15, 55:24, 56:4, 56:9, 56:10, 57:19, 75:15, 76:3, 92:14, 134:3, 139:11, 140:7, 140:9, 140:10, 162:12, 179:9, 179:10, 179:22, 180:4, 180:8, 180:13
**machinist** [1] - 75:20
**mad** [3] - 147:6, 147:21, 148:8
**mafioso** [1] - 103:17
**mafioso-type** [1] - 103:17
**magazine** [1] - 72:7
**maintained** [1] - 192:23
**maintenance** [1] - 21:21
**Major** [6] - 63:18, 65:10, 65:11, 65:12, 65:16
**major** [3] - 53:14, 85:13, 106:15
**males** [1] - 147:18
**malfunction** [3] - 115:13, 115:16, 115:18
**Maliki** [1] - 44:1
**man** [2] - 28:16, 28:17
**man's** [1] - 168:8
**managed** [2] - 51:18, 77:7
**Manager** [1] - 133:7
**manager** [4] - 77:1, 77:5, 85:20, 178:8
**manages** [1] - 65:12
**maneuver** [1] - 69:15
**manipulating** [1] -

49:2

**manner** [5] - 8:14, 9:24, 16:17, 17:4, 42:12
**manning** [1] - 136:23
**manufacture** [3] - 21:20, 35:25, 40:10
**manufactured** [1] - 68:19
**manufacturer** [2] - 191:16, 197:4
**manufacturers** [1] - 195:18
**manufacturing** [13] - 75:12, 83:7, 85:7, 87:6, 87:22, 88:9, 88:16, 92:5, 92:8, 92:25, 93:5, 98:3, 140:15
**map** [4] - 29:25, 106:25, 107:1
**March** [2] - 39:14, 39:19
**MARIANI** [1] - 1:8
**Mariani** [2] - 41:1, 41:18
**marital** [1] - 114:23
**marked** [11] - 141:8, 144:16, 156:19, 159:25, 167:25, 168:21, 169:11, 169:21, 174:9, 192:2, 194:6
**married** [3] - 32:24, 39:7, 62:15
**Martin** [23] - 32:17, 45:11, 45:13, 56:7, 131:20, 131:24, 131:25, 132:5, 133:12, 133:17, 133:20, 147:14, 147:16, 147:25, 148:3, 148:14, 148:21, 150:20, 151:10, 159:3, 174:2, 180:17, 181:2
**Martin's** [3] - 131:23, 174:4, 183:7
**Maryland** [1] - 119:1
**master** [2] - 166:18, 166:20
**matches** [1] - 48:14
**material** [1] - 56:3
**materially** [1] - 25:8
**materials** [2] - 37:13, 38:16
**mathematical** [1] - 27:16
**Mathes** [1] - 39:25
**matter** [4] - 16:19,

**16**

17:23, 97:5, 99:16
**matters** [4] - 6:16, 26:12, 27:21, 106:21
**MAY** [1] - 1:9
**McBride** [2] - 48:10, 48:11
**mean** [9] - 27:15, 102:1, 105:23, 120:11, 161:7, 161:15, 178:16, 179:16, 186:19
**meaning** [1] - 59:12
**means** [17] - 6:18, 12:20, 13:14, 14:15, 21:15, 25:15, 25:17, 27:3, 27:10, 27:20, 42:1, 42:11, 70:14, 74:16, 111:23, 126:19, 200:22
**meant** [4] - 61:18, 78:12, 168:17, 170:14
**measuring** [1] - 55:20
**Mecomber** [2] - 119:9, 119:15
**Medal** [4] - 65:25, 66:3, 66:11, 66:12
**media** [3] - 6:14, 22:6, 198:25
**meet** [7] - 87:14, 101:12, 130:15, 166:3, 180:21, 191:17
**meeting** [6] - 37:13, 87:9, 87:10, 87:21, 133:15, 136:9
**member** [7] - 19:18, 20:23, 31:15, 40:20, 61:22, 122:21, 122:25
**members** [5] - 3:2, 3:5, 21:9, 51:14
**memories** [1] - 9:8
**memory** [6] - 8:20, 8:22, 8:23, 9:7, 17:3, 167:22
**men** [5] - 57:21, 136:15, 149:3, 149:4, 156:14
**mental** [7] - 43:23, 49:11, 153:19, 153:22, 154:23, 186:2, 186:10
**mentally** [2] - 154:24, 158:18
**mention** [3] - 50:15, 124:17, 197:13
**mentioned** [8] - 104:7, 104:8, 126:8, 149:22, 167:2,

177:10, 200:8
**mentions** [2] - 52:21, 125:15
**merchandise** [5] - 20:21, 22:8, 24:17, 24:21, 25:1
**merely** [2] - 61:18, 167:13
**Merit** [1] - 66:1
**Merring** [1] - 39:7
**mess** [1] - 70:16
**message** [17] - 118:13, 142:14, 142:17, 143:10, 143:23, 144:9, 145:2, 145:14, 145:25, 157:7, 157:13, 157:20, 157:21, 160:2, 160:13, 160:19, 160:22
**messages** [14] - 41:6, 141:18, 141:24, 142:24, 142:25, 143:19, 143:20, 144:2, 148:9, 148:11, 156:20, 160:4, 161:23, 177:25
**messaging** [1] - 6:12
**Messenger** [4] - 141:15, 145:2, 156:20, 160:2
**met** [5] - 31:25, 37:10, 87:5, 103:22, 180:19
**metal** [3] - 76:1, 76:5, 151:22
**method** [1] - 6:22
**mid** [1] - 44:21
**mid-October** [1] - 44:21
**Middle** [3] - 110:21, 200:4, 200:18
**middle** [4] - 79:1, 142:18, 157:20, 193:17
**MIDDLE** [1] - 1:1
**might** [20] - 7:6, 12:15, 14:7, 14:8, 30:3, 33:1, 34:20, 44:24, 44:25, 45:8, 49:17, 55:14, 58:7, 85:6, 92:7, 92:13, 98:19, 129:15, 164:4, 198:25
**militarization** [1] - 21:22
**Military** [4] - 30:18, 108:4, 108:16, 117:12

**military** [63] - 22:2, 22:7, 30:4, 30:13, 31:9, 43:11, 45:17, 46:4, 47:1, 47:7, 48:22, 49:5, 49:13, 49:14, 64:15, 64:24, 65:9, 65:19, 69:7, 69:10, 69:16, 70:2, 77:24, 81:16, 81:22, 82:17, 83:22, 117:7, 117:9, 117:10, 122:16, 134:22, 135:2, 149:3, 149:4, 149:6, 149:15, 149:17, 149:18, 149:24, 149:25, 150:9, 150:16, 151:5, 151:9, 151:21, 155:25, 156:7, 156:14, 169:19, 172:23, 174:7, 181:8, 181:12, 181:14, 181:17, 181:25, 184:16, 184:17, 188:2, 188:15
**million** [1] - 171:15
**millions** [3] - 35:11, 36:5, 44:8
**mind** [20] - 3:19, 4:16, 4:24, 8:6, 11:21, 11:22, 49:2, 59:18, 61:17, 85:16, 106:21, 121:6, 148:18, 167:16, 167:17, 173:15, 181:15, 198:20
**mine** [8] - 47:3, 50:21, 61:18, 66:22, 89:16, 166:7, 173:7, 183:7
**miners** [1] - 190:14
**minimum** [1] - 7:16
**minor** [1] - 62:22
**minute** [2] - 107:3, 118:3
**minutes** [8] - 57:17, 61:25, 133:13, 149:2, 151:3, 162:25, 177:7, 189:4
**misbehave** [1] - 152:24
**miss** [1] - 8:18
**missiles** [3] - 196:14, 196:16, 197:8
**missing** [2] - 182:3, 191:7
**mission** [5] - 78:9, 78:11, 79:9, 83:2, 83:3
**missions** [5] - 64:5,

64:21, 69:14, 79:13, 79:14
**misspoke** [1] - 122:20
**misstating** [1] - 122:10
**mistake** [1] - 117:23
**mistaken** [1] - 17:20
**misuse** [1] - 42:16
**mix** [1] - 109:11
**modeled** [2] - 69:10, 69:11
**modern** [1] - 69:20
**modification** [1] - 21:21
**Mohammad** [1] - 179:5
**Mohammed** [1] - 60:10
**moment** [10] - 94:1, 116:13, 144:6, 156:25, 162:15, 170:13, 188:7, 189:8, 192:6, 198:17
**Money** [6] - 18:23, 25:21, 25:22, 40:23, 40:24, 41:9
**money** [30] - 25:8, 26:1, 34:12, 35:19, 35:22, 41:9, 41:10, 44:11, 44:12, 45:5, 51:4, 56:11, 77:14, 85:22, 88:22, 88:23, 89:1, 112:16, 130:1, 144:13, 144:14, 145:20, 145:22, 146:10, 146:12, 146:15, 146:17, 171:20, 171:22
**monies** [1] - 85:25
**monitoring** [1] - 168:18
**Monteforte** [1] - 39:13
**month** [8] - 33:17, 112:7, 128:21, 129:11, 129:12, 129:14, 142:11, 156:2
**monthly** [1] - 157:15
**months** [8] - 65:3, 100:16, 128:14, 132:11, 136:3, 136:4, 139:5
**mood** [2] - 149:13, 154:11
**Morales** [2] - 38:13, 61:5
**morning** [4] - 3:1, 41:19, 147:25, 199:2
**most** [2] - 29:23, 96:21

**mostly** [3] - 43:16, 130:1, 191:3
**mother** [4] - 58:16, 187:19, 187:22
**motive** [3] - 17:7, 125:25, 126:2
**motorcycle** [11] - 89:11, 89:20, 89:24, 89:25, 90:3, 90:4, 90:15, 90:16, 90:19, 91:2, 91:13
**Motors** [3] - 146:11, 146:13, 146:18
**Mountain** [2] - 52:13
**move** [16] - 41:9, 69:16, 95:18, 99:5, 136:6, 142:3, 143:3, 144:19, 145:7, 146:3, 146:21, 152:11, 156:24, 160:6, 166:11, 195:2
**moved** [3] - 31:22, 41:10, 63:15
**moves** [7] - 70:15, 80:2, 80:21, 82:4, 90:8, 91:4, 93:24
**movie** [1] - 59:6
**moving** [3] - 26:15, 166:19, 166:21
**MR** [207] - 28:10, 28:11, 28:16, 51:12, 51:14, 62:3, 62:9, 62:12, 67:12, 67:16, 72:18, 72:23, 72:25, 73:2, 73:13, 73:21, 74:7, 80:2, 80:4, 80:6, 80:10, 80:21, 80:23, 81:3, 82:4, 82:6, 82:10, 90:8, 90:10, 90:14, 91:4, 91:6, 91:10, 93:24, 94:1, 94:3, 94:7, 94:9, 95:18, 95:21, 95:25, 96:3, 96:9, 97:1, 97:6, 97:19, 99:4, 99:7, 99:11, 99:15, 99:24, 107:5, 107:7, 107:14, 107:15, 111:19, 111:21, 111:25, 113:9, 113:12, 113:13, 114:1, 114:5, 115:3, 116:13, 116:15, 116:16, 119:18, 119:20, 119:22, 119:23, 120:1, 120:18, 120:20, 121:3, 121:8, 121:23, 122:1,

**17**

122:2, 122:5, 122:8, 123:5, 123:7, 123:9, 123:12, 123:14, 123:24, 124:2, 124:23, 125:1, 125:13, 126:10, 126:13, 126:16, 126:22, 128:8, 128:11, 134:23, 134:25, 135:22, 136:1, 137:2, 137:8, 137:9, 137:22, 137:24, 138:8, 138:10, 142:3, 142:5, 142:9, 143:3, 143:5, 143:9, 144:18, 144:20, 144:24, 145:7, 145:9, 145:13, 146:3, 146:4, 146:8, 146:25, 147:4, 149:19, 149:23, 153:7, 153:13, 155:4, 155:7, 156:24, 156:25, 157:2, 157:6, 159:11, 159:14, 160:6, 160:8, 160:12, 162:15, 162:17, 162:22, 163:3, 163:4, 166:11, 166:18, 166:20, 166:21, 166:22, 166:23, 167:4, 167:24, 168:3, 168:5, 168:20, 168:24, 169:10, 169:14, 169:20, 169:24, 171:10, 171:14, 172:25, 173:5, 173:12, 173:14, 173:18, 173:22, 174:1, 174:8, 174:13, 174:20, 174:23, 174:25, 180:15, 180:16, 188:7, 188:9, 188:11, 188:13, 188:20, 188:22, 188:24, 189:1, 189:3, 189:8, 189:12, 189:13, 189:22, 193:1, 193:3, 193:5, 193:9, 195:2, 195:4, 195:8, 195:10, 195:20, 195:22, 195:24, 197:15, 197:17, 197:19, 198:13, 198:14, 199:6

**MRAP** [1] - 82:1
**MRAPs** [1] - 82:21
**multiple** [4] - 46:16, 47:10, 64:1, 66:1
**Mumjalala** [1] - 102:5
**must** [39] - 3:9, 4:2, 4:3, 4:4, 4:6, 4:10, 6:18, 7:1, 7:22, 7:24, 8:11, 11:12, 11:19, 11:21, 11:24, 12:2, 12:16, 14:1, 14:5, 14:16, 16:2, 16:9, 19:9, 19:14, 20:3, 20:15, 22:16, 23:7, 23:24, 24:14, 25:5, 25:23, 27:9, 27:11, 28:5, 41:22, 42:9, 42:15

## N

**name** [26] - 42:6, 61:5, 62:6, 62:17, 75:17, 79:7, 102:20, 113:6, 116:21, 123:19, 125:15, 129:4, 131:2, 131:21, 131:23, 135:14, 155:11, 155:13, 155:14, 155:16, 155:18, 155:20, 174:4, 178:5, 179:6, 189:17
**named** [9] - 30:23, 39:22, 42:4, 47:20, 78:7, 116:19, 116:25, 123:2, 168:15
**namely** [1] - 20:18
**names** [1] - 32:10
**narcissist** [1] - 154:15
**Natali** [3] - 31:5, 31:6, 43:5
**national** [3] - 4:11, 24:3, 197:4
**National** [2] - 191:16, 196:13
**native** [1] - 183:11
**NATO** [1] - 32:8
**nature** [5] - 5:1, 25:11, 27:23, 134:9, 137:16
**NDA** [1] - 160:24
**near** [4] - 30:1, 33:15, 48:13
**necessarily** [2] - 9:3, 18:11
**necessary** [9] - 7:8, 7:11, 20:20, 22:23, 23:16, 24:5, 34:3, 35:14, 37:4

**neck** [2] - 48:3, 197:7
**need** [19] - 4:23, 8:12, 8:22, 12:19, 28:18, 33:2, 36:25, 54:9, 54:10, 54:11, 61:22, 85:4, 85:23, 96:25, 97:20, 107:9, 160:25, 162:25, 199:5
**needed** [16] - 36:13, 38:3, 38:25, 40:4, 44:11, 45:2, 49:3, 54:13, 69:21, 130:7, 137:20, 146:23, 154:15, 162:21, 170:9, 179:15
**needing** [1] - 29:5
**needs** [5] - 54:24, 54:25, 124:11
**networking** [1] - 6:13
**Nevada** [1] - 89:12
**never** [21] - 10:25, 37:4, 40:7, 43:25, 45:5, 60:15, 60:18, 60:22, 66:18, 90:2, 103:4, 104:22, 111:14, 111:15, 111:20, 114:7, 114:10, 114:13, 176:6, 185:24
**New** [2] - 1:18, 38:12
**new** [3] - 102:10, 164:15, 164:17
**newer** [1] - 75:6
**news** [3] - 6:3, 6:4, 30:3
**next** [23] - 32:5, 67:10, 107:12, 123:13, 132:14, 142:21, 143:16, 144:16, 145:24, 148:12, 148:25, 159:25, 160:22, 162:17, 171:10, 173:22, 182:1, 182:2, 184:15, 189:3, 193:20
**nexus** [1] - 126:17
**NFA** [3] - 197:5, 197:6, 197:12
**NFA-type** [1] - 197:12
**NFA-typical** [1] - 197:6
**night** [8] - 9:13, 46:14, 59:6, 66:23, 148:25, 153:16, 153:19, 163:20
**nine** [4] - 76:18, 76:20, 136:3, 136:4
**non** [3] - 130:5, 130:6,

161:1
**non-disclosure** [3] - 130:5, 130:6, 161:1
**none** [3] - 16:15, 35:15, 49:1
**normal** [1] - 96:11
**normally** [1] - 153:25
**North** [7] - 37:12, 39:21, 63:16, 67:21, 79:4, 87:14, 190:24
**Northeast** [1] - 32:5
**Northern** [2] - 29:23, 127:3
**Nos** [2] - 2:11, 99:12
**nose** [2] - 46:6, 46:20
**note** [5] - 7:21, 8:7, 8:8, 8:10, 8:17
**note-taking** [5] - 7:21, 8:7, 8:8, 8:10, 8:17
**notes** [16] - 8:1, 8:9, 8:20, 8:22, 8:23, 8:24, 9:2, 9:3, 9:6, 9:10, 9:11, 9:12, 9:14, 9:16, 145:14
**nothing** [15] - 39:10, 55:15, 56:18, 109:2, 124:18, 125:6, 125:7, 125:19, 125:20, 139:10, 154:14, 176:6, 188:20, 191:7, 198:14
**notice** [1] - 96:17
**noticed** [1] - 96:10
**notion** [1] - 4:5
**November** [6] - 33:11, 47:8, 145:6, 146:1, 156:21, 157:17
**Nsd** [1] - 1:14
**nucleus** [1] - 56:6
**number** [15] - 7:15, 16:24, 18:11, 36:1, 46:17, 79:16, 94:11, 94:13, 94:14, 94:16, 94:17, 94:23, 122:16, 191:6
**numbered** [1] - 200:9
**numbering** [1] - 33:23
**numbers** [4] - 18:12, 84:5, 193:23, 193:24
**NW** [2] - 1:15, 1:18

## O

**O'Donnell** [1] - 103:23
**object** [8] - 13:13, 24:18, 24:21, 25:2, 107:5, 111:19, 137:2, 159:11
**objection** [49] - 13:14,

13:19, 13:21, 14:3, 14:5, 14:10, 14:11, 72:22, 80:4, 80:23, 82:6, 90:10, 91:6, 94:3, 95:21, 97:1, 99:7, 107:13, 111:22, 113:9, 114:1, 119:18, 119:22, 120:18, 121:3, 121:23, 123:12, 124:12, 134:23, 135:22, 137:22, 142:5, 143:5, 144:20, 145:9, 146:4, 146:25, 149:19, 153:7, 155:4, 157:2, 160:8, 166:23, 172:25, 173:12, 180:15, 188:25, 193:3, 195:4
**objections** [9] - 7:12, 12:23, 13:17, 13:20, 28:14, 97:15, 137:6, 166:24
**objective** [4] - 19:21, 19:23, 19:25, 21:6
**objectives** [3] - 21:1, 21:3, 21:10
**objects** [3] - 14:10, 20:22, 22:8
**obligation** [3] - 10:21, 27:3, 27:5
**observations** [1] - 8:19
**observed** [1] - 170:20
**obtain** [7] - 6:10, 6:22, 22:22, 23:15, 24:4, 25:8, 86:23
**obtained** [5] - 20:20, 22:13, 23:4, 23:21, 87:3
**obviously** [4] - 84:25, 92:20, 124:15, 198:24
**occasion** [7] - 47:19, 47:24, 103:12, 105:21, 191:14, 191:17, 196:15
**occupation** [1] - 4:12
**Occupational** [1] - 62:22
**occupied** [1] - 32:6
**occur** [1] - 58:22
**occurred** [4] - 20:10, 59:16, 60:5, 67:20
**occurs** [1] - 15:6
**October** [3] - 33:11, 44:21, 47:7
**OF** [3] - 1:1, 1:2, 1:7

**18**

**Offense** [1] - 18:18
**offense** [16] - 10:22, 19:9, 19:11, 19:14, 20:2, 20:13, 20:14, 20:17, 21:6, 22:15, 23:6, 23:23, 24:13, 25:22, 26:23, 28:4
**offenses** [8] - 19:8, 21:1, 25:4, 26:9, 26:11, 26:18, 27:8, 27:11
**offer** [5] - 10:16, 85:5, 85:9, 85:11, 88:11
**offered** [2] - 13:17, 129:20
**offering** [1] - 124:19
**offers** [2] - 13:11, 61:6
**office** [24] - 33:7, 44:19, 77:1, 77:5, 77:8, 85:20, 103:8, 133:9, 133:10, 133:11, 133:14, 133:16, 133:17, 134:7, 136:17, 148:3, 148:8, 150:1, 158:14, 177:3, 177:6, 179:8, 190:23
**Office** [2] - 118:12, 133:7
**Officer** [5] - 38:13, 78:12, 78:15, 78:16, 81:7
**officers** [1] - 165:5
**offices** [2] - 57:9, 177:1
**Offices** [1] - 57:11
**official** [5] - 42:13, 42:14, 42:16, 42:17, 42:18
**Official** [3] - 200:3, 200:14, 200:17
**officially** [2] - 30:24, 76:22
**officials** [10] - 30:21, 42:20, 49:21, 52:21, 53:6, 53:8, 53:23, 58:5, 58:9, 135:7
**often** [5] - 48:7, 138:16, 139:15, 147:23, 178:11
**old** [4] - 52:1, 62:13, 69:21, 83:14
**older** [3] - 75:8, 109:12, 109:13
**OML** [4] - 39:21, 39:23, 39:25
**once** [12] - 36:12, 49:19, 66:25, 76:15, 136:8, 138:17, 139:16, 147:7,

151:13, 159:21, 178:12, 198:18
**one** [77] - 9:14, 12:16, 15:11, 15:25, 18:17, 18:18, 18:20, 18:22, 19:22, 19:24, 21:2, 21:4, 21:9, 28:24, 29:2, 31:5, 31:23, 37:20, 37:25, 38:16, 38:17, 41:22, 42:1, 42:9, 44:8, 46:24, 47:19, 47:21, 55:14, 56:23, 64:1, 66:20, 66:22, 66:23, 69:4, 73:5, 73:9, 74:18, 76:4, 76:18, 76:19, 76:20, 79:12, 81:4, 82:20, 86:25, 88:21, 93:1, 95:16, 97:14, 100:2, 102:3, 111:1, 114:15, 125:18, 129:1, 130:14, 135:10, 135:11, 144:6, 147:12, 150:13, 150:20, 155:13, 162:15, 164:2, 166:12, 172:10, 174:7, 177:5, 186:4, 186:5, 186:7
**ones** [2] - 124:10, 150:16
**ongoing** [1] - 105:19
**open** [9] - 4:16, 4:23, 11:22, 59:18, 61:17, 133:15, 133:16, 177:5, 198:20
**opening** [14] - 9:25, 10:1, 10:3, 10:5, 10:7, 10:8, 10:10, 10:12, 11:9, 28:8, 51:10, 107:2, 125:18
**openly** [2] - 137:20, 138:4
**operated** [1] - 70:13
**operating** [2] - 29:19, 37:11
**operation** [6] - 21:22, 56:16, 60:7, 60:14, 74:4, 111:18
**Operation** [3] - 111:7, 111:9, 196:6
**Operational** [2] - 78:8, 100:4
**Operations** [9] - 64:16, 64:18, 64:19, 190:22, 191:1, 191:3, 191:9, 191:20, 196:8
**operations** [2] -

111:13, 191:5
**opinion** [5] - 4:5, 4:9, 7:19, 14:25, 97:5
**opportunity** [12] - 4:23, 9:25, 11:4, 16:25, 72:9, 86:2, 86:9, 86:10, 86:13, 93:17, 95:13, 130:2
**Ops** [1] - 100:6
**orally** [2] - 11:11, 26:10
**ordeal** [1] - 48:5
**order** [10] - 3:1, 14:13, 19:10, 21:10, 27:8, 39:11, 40:1, 40:2, 66:8, 97:7
**ordered** [16] - 33:9, 36:15, 38:21, 39:20, 43:15, 141:6, 151:21, 152:3, 152:6, 156:12, 156:13, 163:19, 173:2, 185:16, 185:17, 185:23
**orders** [10] - 41:6, 46:10, 46:14, 46:17, 47:23, 49:15, 49:23, 121:22, 153:2, 188:18
**ordinary** [1] - 27:21
**organization** [6] - 53:25, 63:25, 75:5, 78:7, 78:20, 85:2
**Organizational** [1] - 62:21
**organizations** [1] - 85:2
**orientation** [2] - 4:12, 22:6
**otherwise** [2] - 97:8, 121:25
**ought** [1] - 4:5
**outcome** [1] - 17:6
**outline** [2] - 10:8, 26:8
**outlived** [1] - 69:13
**outside** [14] - 5:17, 7:1, 12:4, 13:3, 15:22, 20:10, 26:2, 44:22, 46:25, 48:6, 82:1, 149:5, 150:18, 151:2
**outsider** [3] - 31:3, 43:5, 135:19
**overall** [1] - 154:14
**overcomes** [1] - 26:22
**overlap** [1] - 139:20
**overly** [1] - 8:24
**overrule** [1] - 13:21
**overruled** [1] - 153:12
**overseas** [1] - 52:2

**oversee** [1] - 92:4
**overseeing** [2] - 88:16, 113:17
**overseer** [2] - 113:2, 113:5
**oversight** [1] - 178:18
**overt** [1] - 21:10
**overview** [4] - 61:12, 61:13, 61:19, 198:4
**overwhelming** [3] - 47:3, 50:21, 173:7
**owed** [1] - 85:25
**own** [39] - 3:18, 4:5, 6:16, 7:4, 8:22, 9:8, 14:22, 15:8, 18:7, 27:22, 28:17, 28:18, 29:1, 29:15, 30:9, 30:12, 30:13, 30:16, 32:8, 35:9, 35:10, 44:18, 48:18, 49:7, 49:8, 79:2, 79:3, 83:14, 83:22, 84:20, 92:14, 92:15, 92:19, 92:20, 141:5, 163:25, 181:1
**owned** [2] - 104:11, 104:15
**owners** [1] - 177:14
**owns** [2] - 102:21

## P

**P.M** [1] - 1:9
**P.O** [1] - 200:18
**package** [3] - 39:8, 39:9, 39:14
**Packaging** [2] - 39:8, 39:13
**page** [12] - 142:14, 142:17, 142:18, 143:23, 193:13, 193:18, 193:23, 193:24, 194:1, 194:4, 196:25
**Pages** [1] - 195:11
**pages** [3] - 143:22, 146:9, 195:13
**paid** [9] - 30:25, 36:5, 44:14, 56:24, 77:6, 77:9, 111:5, 134:1, 171:23
**pain** [5] - 20:6, 43:23, 49:12, 153:19, 153:22
**painful** [1] - 46:5
**palace** [4] - 103:3, 103:4, 103:6, 103:7
**Panama** [1] - 100:13
**panel** [2] - 3:2, 3:4
**paper** [3] - 8:3, 30:23,

103:18
**papers** [4] - 57:11, 136:5, 172:9, 183:25
**Parastin** [1] - 80:14
**parents'** [1] - 39:4
**Parkerized** [1] - 109:21
**part** [54] - 3:22, 16:15, 29:18, 30:5, 30:6, 30:7, 30:11, 31:6, 31:15, 31:18, 31:21, 32:6, 32:8, 35:12, 35:17, 41:6, 41:9, 42:20, 42:21, 43:2, 43:7, 53:11, 53:14, 53:24, 55:9, 64:11, 64:20, 72:12, 73:18, 74:12, 75:8, 78:4, 78:19, 81:5, 83:10, 84:4, 86:16, 87:11, 95:9, 97:25, 104:11, 104:15, 108:11, 121:1, 123:2, 131:1, 135:24, 141:21, 157:13, 165:20, 177:19, 179:22, 192:17, 192:23
**participated** [1] - 25:10
**participates** [1] - 58:10
**participating** [1] - 187:21
**particular** [7] - 53:20, 54:1, 54:3, 54:12, 131:2, 181:5, 182:18
**particularly** [3] - 46:5, 52:5, 57:2
**parties** [7] - 5:3, 6:23, 7:9, 7:11, 12:11, 12:13, 31:8
**parties'** [1] - 11:5
**partly** [1] - 54:1
**partner** [2] - 31:13, 43:7
**partners** [1] - 30:4
**parts** [46] - 28:21, 32:21, 33:12, 34:5, 34:10, 34:25, 36:8, 36:11, 36:13, 36:16, 36:19, 36:22, 36:23, 39:18, 39:22, 40:3, 40:4, 46:19, 51:2, 54:23, 69:2, 72:12, 72:16, 72:20, 74:23, 74:25, 75:6, 85:23, 96:23, 97:21, 104:9, 114:8, 140:8, 140:10, 140:18, 140:21, 165:22,

**19**

171:21, 171:22, 172:1, 179:9, 179:23, 180:2
**party** [5] - 5:4, 10:9, 17:8, 19:18, 20:23
**pass** [4] - 5:4, 5:5, 78:18, 92:21
**passed** [1] - 61:4
**passport** [2] - 61:8
**passwords** [1] - 148:10
**past** [3] - 52:3, 96:14, 101:15
**patch** [7] - 79:23, 80:12, 80:19, 90:22, 91:3, 91:16, 111:21
**PATRICK** [1] - 1:17
**pause** [1] - 189:10
**pay** [13] - 7:24, 77:14, 85:22, 85:23, 85:24, 85:25, 88:17, 88:20, 111:3, 129:9, 134:5, 140:7, 141:2
**paying** [10] - 35:11, 40:3, 44:8, 112:16, 140:6, 140:25, 144:12, 178:1, 179:19
**payment** [3] - 143:11, 143:25, 144:4
**payments** [1] - 88:21
**payroll** [1] - 141:5
**peak** [1] - 51:21
**pen** [3] - 71:23, 71:24, 73:24
**PENNSYLVANIA** [3] - 1:1, 1:9, 1:25
**Pennsylvania** [14] - 1:13, 1:15, 1:21, 29:18, 30:6, 31:25, 33:19, 38:18, 39:4, 41:11, 98:9, 200:5, 200:18, 200:19
**pens** [1] - 8:3
**people** [38] - 13:5, 28:18, 30:8, 42:1, 42:3, 44:19, 53:7, 54:4, 54:7, 55:13, 56:6, 57:3, 57:4, 57:5, 57:13, 57:16, 58:4, 59:12, 60:3, 60:10, 101:14, 102:12, 102:13, 105:6, 110:13, 110:16, 136:9, 141:11, 149:17, 149:24, 150:3, 170:1, 171:1, 176:9, 176:13, 177:14, 180:22

**people's** [1] - 183:6
**per** [3] - 33:17, 129:11, 129:12
**percent** [3] - 68:2, 96:20, 102:23
**perform** [1] - 4:8
**performance** [1] - 42:14
**performed** [1] - 21:9
**period** [2] - 62:25, 64:2
**permission** [8] - 28:11, 50:1, 118:6, 158:21, 166:12, 167:4, 167:24, 174:8
**permits** [1] - 136:5
**permitted** [3] - 8:8, 9:20, 13:13
**permitting** [1] - 165:13
**person** [21] - 16:20, 20:8, 27:21, 29:11, 31:14, 40:9, 41:3, 41:8, 42:3, 42:17, 43:9, 96:4, 97:4, 113:2, 113:20, 113:23, 118:25, 129:2, 130:15, 135:16, 175:12
**person's** [1] - 4:11
**personal** [7] - 5:1, 6:9, 32:16, 69:8, 133:1, 148:15, 163:8
**personally** [1] - 43:16
**personnel** [3] - 37:23, 65:12, 82:20
**persons** [6] - 17:19, 19:16, 20:17, 21:19, 21:24, 22:4
**perspective** [1] - 49:7
**Peshmerga** [16] - 42:24, 42:25, 43:1, 43:2, 53:7, 78:20, 78:22, 78:23, 81:4, 105:22, 108:2, 108:5, 108:9, 108:11, 108:12, 111:21
**petrified** [3] - 169:1, 169:4
**Philippines** [1] - 57:4
**phone** [17] - 6:12, 93:10, 94:14, 94:17, 94:20, 102:21, 112:19, 117:19, 141:19, 161:21, 164:9, 164:15, 164:17, 165:14, 165:15, 183:11
**phones** [13] - 102:22,

148:9, 182:11, 182:12, 182:13, 182:15, 183:1, 183:4, 183:6, 183:8, 183:16, 183:17
**photo** [9] - 108:20, 108:21, 108:23, 108:25, 109:1, 109:3, 109:4, 109:5, 109:15
**photograph** [3] - 89:21, 89:23, 89:24
**photographs** [1] - 29:1
**physical** [8] - 20:6, 20:9, 43:23, 49:11, 153:16, 154:23, 186:2, 186:8
**physically** [5] - 58:3, 58:4, 151:16, 151:17, 151:19
**pick** [1] - 92:13
**picking** [1] - 75:7
**picture** [5] - 57:24, 82:1, 82:14, 90:3, 109:16
**pictures** [4] - 93:4, 95:5, 109:19, 148:9
**piece** [4] - 11:23, 71:15, 73:17, 74:8
**pieces** [2] - 64:20, 76:4
**pin** [23] - 21:16, 22:9, 22:12, 22:19, 24:11, 24:19, 36:17, 39:20, 39:24, 40:4, 71:4, 71:16, 71:18, 71:21, 71:23, 71:24, 72:1, 72:2, 73:24, 74:1, 74:2, 74:3
**pings** [1] - 197:8
**pissed** [1] - 117:25
**pistol** [1] - 78:14
**pistols** [3] - 29:22, 84:12, 197:7
**Pittston** [1] - 1:21
**Place** [2] - 39:8, 39:13
**place** [16] - 9:3, 26:1, 26:2, 29:25, 33:9, 33:11, 33:13, 41:6, 48:5, 51:22, 53:15, 87:9, 87:10, 87:16, 139:1, 178:13
**placed** [3] - 46:15, 185:6, 192:21
**places** [2] - 37:23, 46:5
**placing** [1] - 39:11
**plaintiff** [1] - 1:3
**plan** [8] - 56:16, 68:24,

69:1, 69:4, 92:10, 93:2, 159:15, 159:20
**planned** [2] - 38:2, 147:22
**planning** [1] - 54:15
**plans** [1] - 92:15
**plant** [8] - 54:24, 56:2, 58:7, 58:24, 92:8, 92:15, 93:5, 114:11
**plastic** [2] - 46:15, 47:16
**platform** [1] - 52:6
**play** [12] - 3:22, 50:11, 124:5, 124:17, 162:23, 166:12, 167:5, 168:20, 169:10, 169:20, 171:10, 173:22
**played** [12] - 64:20, 73:1, 96:2, 115:2, 167:1, 168:4, 168:23, 169:13, 169:23, 171:13, 173:25, 174:12
**playing** [1] - 49:2
**pleaded** [1] - 26:17
**plenty** [1] - 53:5
**point** [50] - 28:12, 36:15, 44:7, 45:4, 45:6, 46:24, 55:5, 56:14, 57:9, 60:17, 60:22, 60:24, 69:4, 69:6, 71:21, 78:6, 85:24, 87:23, 93:2, 97:14, 100:2, 106:12, 111:2, 112:1, 112:19, 114:6, 117:16, 119:5, 119:14, 124:16, 125:1, 125:10, 125:22, 128:6, 136:18, 148:18, 149:2, 152:12, 154:2, 155:11, 159:7, 159:9, 161:14, 164:15, 165:2, 175:22, 175:25, 176:7, 179:12, 184:24
**points** [9] - 8:6, 49:13, 136:12, 136:14, 136:16, 136:23, 150:2, 150:5, 154:20
**Polad** [27] - 31:15, 31:17, 31:20, 32:2, 40:19, 43:7, 81:13, 81:15, 81:18, 82:2, 82:12, 82:15, 87:12, 89:8, 89:12, 90:7,

90:16, 92:8, 92:16, 101:9, 115:21, 120:10, 120:13, 120:16, 120:21, 121:5, 121:14
**pole** [1] - 151:22
**police** [2] - 158:1, 191:21
**political** [3] - 31:8, 134:22, 135:2
**politics** [1] - 103:18
**populus** [2] - 69:3, 85:3
**port** [1] - 115:10
**portion** [1] - 70:20
**position** [5] - 4:13, 81:7, 81:15, 124:15, 135:16
**possess** [1] - 21:22
**possessed** [1] - 42:16
**possibility** [1] - 97:24
**possible** [6] - 7:5, 27:16, 27:17, 115:20, 122:24, 135:19
**possibly** [3] - 109:24, 109:25, 111:24
**postpone** [1] - 10:4
**poured** [2] - 151:25, 185:6
**powder** [2] - 71:4, 72:3
**power** [7] - 28:12, 31:4, 42:16, 42:22, 43:8, 49:20, 93:1
**powerful** [3] - 40:20, 138:23, 170:1
**Powers** [3] - 18:21, 23:1, 24:22
**practice** [1] - 192:17
**practices** [2] - 59:21, 178:13
**prefer** [1] - 189:5
**prejudice** [2] - 4:9, 17:7
**prejudicial** [4] - 124:6, 124:20, 125:10
**preliminary** [5] - 3:6, 26:8, 28:6, 103:15, 198:19
**preparation** [2] - 165:23, 166:4
**prepared** [2] - 103:24, 200:11
**presence** [1] - 138:14
**present** [12] - 10:14, 10:19, 11:4, 11:5, 27:4, 50:25, 57:16, 175:25, 184:6, 191:19, 192:13,

**20**

192:14
**presentation** [2] - 28:7, 93:2
**presentations** [1] - 92:24
**presented** [7] - 3:8, 3:9, 7:2, 7:13, 10:18, 11:3, 16:4
**presenting** [1] - 10:6
**presents** [1] - 26:21
**President** [3] - 102:3, 102:6, 102:7
**pressure** [3] - 47:20, 47:22, 185:4
**presumed** [2] - 10:24, 26:18
**presumption** [5] - 26:16, 26:20, 26:22, 26:25, 27:2
**Pretend** [1] - 170:22
**pretending** [1] - 42:13
**pretenses** [1] - 25:9
**pretty** [3] - 61:12, 100:5, 100:6
**prevent** [1] - 36:21
**prevented** [1] - 35:24
**previous** [1] - 88:17
**previously** [2] - 192:2, 194:6
**primary** [1] - 48:18
**primer** [1] - 72:2
**principles** [1] - 4:2
**print** [2] - 38:1, 55:21
**printed** [1] - 141:24
**printout** [4] - 145:2, 145:25, 156:20, 160:1
**prisoner** [1] - 47:6
**private** [2] - 31:9, 42:19
**problem** [2] - 35:17, 96:20
**problems** [10] - 48:25, 91:25, 92:2, 92:3, 112:20, 113:1, 113:15, 113:24, 114:23
**proceed** [6] - 9:24, 28:9, 28:15, 62:9, 167:23, 168:2
**Proceed** [1] - 174:11
**proceeding** [1] - 189:10
**Proceedings** [1] - 1:22
**proceedings** [2] - 199:8, 200:8
**PROCEEDINGS** [1] - 1:7
**process** [2] - 75:12,

92:6
**processing** [1] - 21:22
**produce** [3] - 36:1, 45:6, 197:9
**produced** [5] - 1:22, 33:16, 95:5, 95:16, 176:6
**producing** [4] - 11:1, 38:4, 76:7, 112:21
**product** [1] - 56:3
**production** [2] - 21:20, 113:25
**profession** [1] - 4:12
**program** [1] - 6:3
**progress** [4] - 93:5, 93:7, 98:4, 178:23
**project** [36] - 29:6, 30:22, 30:24, 31:1, 31:13, 35:19, 37:18, 38:2, 45:1, 45:8, 48:24, 53:17, 53:18, 56:21, 57:6, 57:20, 60:3, 60:4, 60:16, 87:22, 88:9, 91:20, 91:24, 93:5, 97:25, 101:3, 121:2, 134:9, 134:14, 137:20, 137:21, 138:4, 138:5, 162:10, 176:10, 177:15
**projectile** [4] - 71:1, 71:2, 84:25
**projection** [1] - 38:24
**projects** [1] - 137:13
**prolific** [1] - 110:23
**promises** [1] - 25:9
**promote** [1] - 26:3
**proof** [3] - 27:5, 27:15, 27:16
**proper** [1] - 37:22
**property** [2] - 25:8, 88:1
**proposals** [1] - 54:16
**propose** [1] - 198:16
**proposed** [1] - 87:18
**prosecution** [2] - 10:1, 34:21
**prosecution's** [1] - 10:3
**Prosecutor** [1] - 109:7
**protect** [5] - 9:17, 44:18, 79:11, 163:20, 170:6
**Protection** [2] - 38:13, 61:5
**protection** [2] - 163:25, 170:9
**prototype** [1] - 60:25
**prototypes** [1] - 56:18
**proud** [1] - 173:21

**prove** [21] - 10:21, 18:11, 19:9, 19:14, 20:3, 20:15, 22:16, 23:7, 23:24, 24:14, 25:5, 25:23, 27:4, 27:6, 27:11, 28:20, 28:23, 41:22, 42:4, 42:9, 51:1
**proved** [2] - 27:2, 28:1
**proves** [5] - 10:13, 15:6, 15:11, 34:16
**provide** [9] - 62:19, 63:2, 85:18, 89:5, 114:10, 125:17, 141:21, 165:6, 194:18
**provided** [5] - 28:12, 108:3, 124:4, 167:10, 194:21
**providing** [1] - 40:9
**proving** [2] - 11:1, 27:14
**provisions** [1] - 200:5
**public** [2] - 4:9, 42:18
**Publication** [1] - 193:13
**publications** [1] - 22:6
**publish** [8] - 80:6, 82:7, 94:7, 95:25, 167:25, 174:9, 193:5, 195:8
**published** [2] - 80:25, 198:25
**pull** [4] - 54:5, 70:1, 70:3, 76:16
**pulled** [4] - 67:2, 107:1, 108:12, 108:13
**punch** [2] - 151:21, 184:25
**punish** [2] - 151:16, 151:17
**punished** [1] - 151:19
**punishment** [2] - 7:6, 59:22
**purchase** [1] - 69:2
**purchasing** [1] - 69:5
**Purple** [1] - 66:5
**purporting** [1] - 42:13
**purpose** [8] - 13:25, 14:1, 19:24, 21:5, 36:20, 42:2, 83:2, 163:24
**purposes** [1] - 166:13
**pursuant** [1] - 200:5
**push** [1] - 56:12
**pushed** [1] - 71:6
**pushes** [1] - 70:22
**put** [16] - 28:17, 30:20, 32:11, 33:9, 37:16,

45:16, 48:5, 54:22, 57:22, 76:4, 103:9, 145:15, 164:9, 170:12, 185:24
**putting** [1] - 118:20

## Q

**Qaeda** [5] - 79:12, 83:3, 106:3, 106:4
**qualified** [3] - 64:10, 97:4, 97:14
**quality** [2] - 17:2, 35:20
**questioned** [2] - 38:12, 121:20
**questioning** [4] - 47:11, 58:11, 76:23, 147:21
**questions** [23] - 9:19, 9:20, 11:23, 12:15, 33:1, 38:18, 45:22, 46:11, 47:12, 99:5, 122:2, 123:5, 137:7, 147:18, 147:20, 151:14, 162:17, 174:21, 175:2, 188:16, 195:20, 198:2
**quickly** [1] - 130:13
**quiet** [2] - 48:9, 137:21
**quit** [2] - 44:22, 158:5
**quite** [2] - 173:1, 173:2
**quote** [1] - 37:22

## R

**race** [1] - 4:11
**radio** [3] - 6:3, 25:15, 25:18
**raids** [1] - 64:5
**rain** [1] - 15:20
**raining** [2] - 15:22, 15:23
**raise** [2] - 9:21, 61:23
**raises** [1] - 125:22
**ran** [5] - 31:15, 67:2, 70:4, 78:13, 134:7
**range** [3] - 78:14, 84:12, 84:25
**Ranger** [8] - 63:8, 63:13, 63:20, 63:23, 64:8, 64:10, 64:12
**Rangers** [2] - 52:13, 63:25
**rank** [1] - 65:8
**Rank** [1] - 63:10
**ranking** [1] - 65:14

**rate** [1] - 129:15
**rather** [1] - 59:21
**raw** [1] - 56:3
**reach** [4] - 3:14, 9:9, 13:8, 87:21
**reached** [4] - 41:23, 106:17, 128:14, 160:14
**reaching** [2] - 15:4, 26:14
**react** [1] - 147:20
**read** [11] - 6:4, 111:15, 144:10, 160:13, 160:22, 167:16, 167:19, 195:15, 195:16, 197:24, 198:24
**reading** [2] - 103:18, 196:2
**ready** [1] - 28:8
**real** [6] - 31:1, 31:13, 45:20, 104:2, 111:16, 167:14
**realize** [1] - 44:6
**realized** [1] - 45:4
**really** [14] - 29:11, 42:25, 44:25, 59:2, 60:16, 84:20, 104:4, 107:10, 124:12, 147:21, 148:8, 148:16, 149:14, 156:5
**REALTIME** [1] - 1:24
**reason** [5] - 5:24, 15:15, 27:19, 148:2, 180:7
**reasonable** [23] - 10:22, 19:10, 19:15, 20:4, 20:16, 22:17, 23:8, 23:25, 24:15, 25:6, 25:24, 26:23, 27:2, 27:10, 27:12, 27:15, 27:18, 27:20, 27:21, 28:1, 28:4
**reasonably** [1] - 13:8
**reasoned** [1] - 15:17
**reasons** [2] - 18:5, 125:24
**rebuilding** [1] - 155:10
**rebuilt** [1] - 154:15
**receipts** [3] - 29:6, 171:16, 171:18
**receive** [7] - 65:21, 65:24, 66:16, 77:11, 89:3, 112:23, 112:24
**received** [17] - 12:9, 13:10, 13:22, 14:4, 37:4, 39:15, 40:25, 65:25, 66:1, 66:2, 89:1, 89:2, 93:8,

**21**

98:14, 112:19, 198:3
**receiving** [1] - 77:16
**recently** [1] - 141:21
**recess** [3] - 62:1,
  99:21, 163:1
**recesses** [1] - 6:9
**recognize** [7] - 79:20,
  80:18, 91:13, 94:11,
  96:4, 192:9, 194:8
**recollect** [2] - 87:12,
  98:24
**recollection** [5] -
  14:22, 16:21, 17:20,
  111:14, 119:21
**Reconnaissance** [1] -
  63:13
**record** [14] - 8:21,
  14:14, 62:6, 67:9,
  67:12, 67:15, 93:22,
  123:20, 123:25,
  128:8, 128:10,
  166:24, 189:18,
  191:6
**recorded** [4] - 1:22,
  47:2, 173:8
**recording** [33] - 29:2,
  29:4, 29:11, 32:21,
  48:16, 50:10, 50:11,
  124:3, 162:18,
  163:21, 163:22,
  163:24, 164:7,
  164:9, 164:11,
  164:13, 164:17,
  164:21, 165:6,
  165:15, 165:18,
  165:20, 165:22,
  166:9, 167:10,
  167:11, 168:4,
  168:23, 169:13,
  169:23, 171:13,
  173:25, 174:12
**recordings** [3] -
  165:11, 165:14
**records** [1] - 198:3
**Recross** [1] - 2:3
**recross** [1] - 123:6
**recruited** [1] - 55:10
**recruiter** [1] - 55:10
**redirect** [3] - 122:6,
  188:10, 197:16
**Redirect** [1] - 2:3
**REDIRECT** [3] - 122:7,
  188:12, 197:18
**refer** [2] - 50:14,
  100:18
**Reference** [1] - 194:11
**reference** [11] - 6:19,
  119:10, 119:14,
  124:7, 168:10,
  171:20, 178:4,

193:25, 194:1,
  194:3, 198:3
**references** [1] -
  193:13
**referred** [6] - 36:24,
  104:22, 112:13,
  168:17, 169:25,
  170:3
**referring** [8] - 124:10,
  168:11, 169:16,
  170:1, 172:8,
  172:16, 174:2, 174:6
**refers** [2] - 16:12,
  168:15
**reflect** [4] - 67:13,
  67:15, 128:8, 128:10
**refresh** [1] - 119:21
**regard** [1] - 92:21
**regarding** [11] - 63:3,
  74:20, 85:18, 87:6,
  91:17, 91:23,
  125:19, 125:21,
  144:3, 162:18, 198:2
**regards** [3] - 75:1,
  86:9, 86:22
**Regiment** [3] - 63:8,
  63:13, 64:13
**Region** [10] - 29:23,
  31:2, 31:22, 43:6,
  77:25, 100:15,
  112:11, 131:9,
  139:17, 162:6
**region** [11] - 48:10,
  52:25, 54:1, 54:3,
  107:8, 110:21,
  110:23, 110:24,
  117:12, 131:2, 131:3
**registered** [1] - 39:5
**registration** [1] -
  195:17
**regular** [5] - 22:2,
  42:23, 100:8,
  192:17, 192:23
**regulation** [3] - 25:2,
  194:2, 195:15
**regulations** [8] -
  21:25, 190:19,
  191:8, 191:25,
  198:5, 198:6, 198:8,
  198:11
**Regulations** [7] -
  24:24, 26:7, 192:12,
  193:11, 193:16,
  194:11, 194:12
**regulatory** [1] - 190:7
**reign** [2] - 50:5, 50:6
**relate** [1] - 111:24
**related** [4] - 51:4,
  88:11, 90:20, 96:23
**relating** [2] - 6:16,

97:12
**relation** [2] - 17:8,
  116:3
**relationship** [5] - 32:2,
  125:6, 125:17,
  147:15, 177:20
**relationships** [1] -
  180:22
**relative** [1] - 114:11
**relatively** [2] - 66:12,
  75:19
**release** [4] - 58:20,
  58:22, 70:4
**released** [4] - 123:9,
  158:9, 188:24, 189:2
**relevance** [2] - 111:20,
  173:12
**relevancy** [1] - 107:6
**relevant** [8] - 21:12,
  21:25, 50:12, 107:6,
  107:10, 125:14,
  125:24, 173:13
**reliable** [2] - 83:21,
  110:16
**relieve** [1] - 64:4
**religion** [1] - 4:11
**relive** [1] - 172:20
**rely** [2] - 8:22, 9:7
**remain** [2] - 160:23,
  161:4
**remaining** [3] - 25:20,
  34:12, 41:12
**remains** [1] - 157:14
**remember** [27] - 5:6,
  7:23, 8:2, 9:5, 16:22,
  88:4, 106:23, 118:9,
  121:12, 121:13,
  128:16, 129:4,
  134:13, 135:9,
  136:7, 138:18,
  147:25, 148:12,
  149:6, 150:13,
  152:16, 153:1,
  154:12, 157:17,
  162:12, 163:11,
  179:21
**Remember** [1] - 29:7
**remembers** [2] -
  38:17, 47:8
**remove** [1] - 157:14
**removed** [1] - 14:14
**repair** [1] - 21:21
**repeat** [3] - 135:3,
  153:4, 175:7
**repeatedly** [1] - 46:19
**replacement** [1] -
  69:22
**replacing** [1] - 83:19
**Report** [2] - 37:19,
  54:8

**report** [3] - 5:14,
  65:17, 157:25
**REPORTED** [1] -
  200:15
**reported** [1] - 191:15
**Reporter** [3] - 200:3,
  200:14, 200:17
**REPORTER** [1] - 1:24
**reporter** [1] - 200:23
**reports** [7] - 6:4,
  57:15, 103:24,
  103:25, 104:2, 104:4
**representations** [1] -
  25:9
**Representative** [1] -
  101:20
**reproduction** [1] -
  200:22
**request** [2] - 7:17,
  7:18
**requested** [1] - 37:4
**require** [2] - 8:13, 40:5
**required** [8] - 8:8,
  10:7, 10:19, 11:18,
  18:1, 28:22, 34:8,
  51:3
**requirement** [1] -
  43:22
**requirements** [3] -
  41:17, 64:7, 195:17
**requires** [2] - 26:25,
  37:21
**research** [1] - 6:15
**researching** [1] -
  179:22
**reserved** [1] - 59:20
**residence** [1] - 39:4
**residential** [1] - 38:9
**resign** [3] - 160:16,
  160:17, 160:20
**resonates** [1] - 66:17
**respect** [9] - 7:21,
  9:23, 12:1, 18:15,
  26:16, 97:2, 196:10,
  197:2, 197:3
**response** [1] - 47:22
**responsibilities** [1] -
  190:12
**responsibility** [2] -
  3:19, 13:16
**responsible** [2] - 9:13,
  198:5
**rest** [2] - 131:13,
  147:16
**restate** [1] - 111:8
**Restaurant** [1] - 87:17
**restrict** [1] - 36:19
**restricted** [1] - 36:8
**results** [2] - 36:5, 36:6
**resume** [1] - 158:9

**retainer** [2] - 73:24,
  74:3
**retainers** [10] - 21:16,
  22:9, 22:12, 22:19,
  24:11, 24:19, 36:17,
  39:21, 39:24, 40:4
**retire** [2] - 4:22, 11:17
**retired** [1] - 67:3
**return** [8] - 7:6, 28:2,
  28:5, 50:4, 77:24,
  159:15, 159:20,
  167:20
**returned** [5] - 32:8,
  33:18, 38:11, 45:20,
  119:7
**returning** [1] - 61:10
**reverse** [1] - 55:22
**review** [3] - 7:24, 33:4,
  72:9
**Rhonda** [1] - 62:18
**ride** [2] - 5:5, 133:13
**rifle** [13] - 40:5, 52:7,
  52:8, 55:23, 56:1,
  69:25, 70:1, 73:11,
  74:22, 76:8, 78:14,
  108:9, 108:15
**rifles** [13] - 29:22,
  40:10, 53:19, 54:19,
  69:5, 70:13, 84:12,
  108:18, 108:24,
  109:8, 109:9, 110:22
**rifling** [12] - 22:8,
  23:2, 23:10, 24:10,
  24:18, 36:16, 38:21,
  38:22, 38:24, 39:2,
  39:8, 76:17
**ring** [3] - 79:16, 90:23,
  95:1
**rings** [16] - 21:15,
  22:9, 22:12, 22:18,
  24:11, 24:19, 36:17,
  39:20, 39:23, 40:3,
  74:10, 74:12, 74:17,
  96:15, 96:16, 96:17
**RMR** [1] - 1:24
**RMR,CRR** [2] -
  200:13, 200:16
**ROBERT** [1] - 1:8
**rocketry** [1] - 190:14
**Roger** [1] - 39:25
**Roggio** [329] - 18:15,
  18:16, 18:24, 19:5,
  19:10, 19:12, 19:13,
  19:18, 19:20, 19:23,
  20:1, 20:2, 20:5,
  20:7, 20:12, 20:14,
  20:23, 20:25, 21:4,
  22:10, 22:15, 22:18,
  22:22, 22:24, 22:25,
  23:6, 23:9, 23:12,

23:15, 23:17, 23:18, 23:23, 24:1, 24:4, 24:8, 24:9, 24:13, 24:16, 24:25, 25:3, 25:4, 25:7, 25:12, 25:14, 25:21, 25:22, 26:1, 26:3, 26:17, 26:18, 26:21, 26:23, 27:1, 27:3, 27:6, 27:8, 27:9, 28:1, 28:20, 29:4, 29:11, 29:12, 29:15, 29:18, 30:16, 30:20, 30:21, 30:25, 31:3, 31:22, 31:24, 31:25, 32:4, 32:14, 32:19, 32:20, 32:21, 33:4, 33:7, 33:10, 33:15, 33:18, 33:22, 33:24, 34:1, 34:4, 34:7, 34:9, 34:11, 34:12, 34:17, 34:19, 34:23, 35:7, 35:11, 35:12, 35:17, 35:18, 36:4, 36:5, 36:8, 37:4, 37:6, 37:10, 37:11, 37:13, 37:16, 37:17, 37:20, 37:21, 37:25, 38:2, 38:6, 38:10, 38:15, 38:17, 38:21, 38:25, 39:3, 39:7, 39:10, 39:20, 39:24, 40:6, 40:12, 40:14, 40:19, 40:21, 40:23, 41:5, 41:10, 41:12, 41:17, 41:21, 41:22, 42:1, 42:5, 42:7, 42:18, 43:14, 43:15, 43:20, 43:23, 44:3, 44:6, 44:7, 44:9, 44:10, 44:12, 44:17, 44:21, 44:22, 44:23, 44:24, 45:2, 45:3, 45:5, 45:7, 45:9, 45:20, 45:22, 45:23, 45:25, 46:1, 46:8, 46:9, 46:11, 46:24, 47:2, 47:10, 47:11, 47:19, 47:24, 47:25, 48:5, 48:9, 48:16, 48:23, 49:1, 49:6, 49:10, 49:14, 49:17, 49:19, 50:3, 50:8, 50:13, 50:14, 50:15, 50:16, 50:18, 50:20, 50:22, 51:1, 51:9, 51:16, 51:17, 51:18, 51:25, 52:17, 53:8, 53:10, 53:16, 53:24, 54:7, 54:18, 55:16, 56:8, 56:12, 57:18, 57:25,

58:10, 60:2, 60:17, 60:19, 61:1, 61:21, 67:5, 67:7, 67:14, 68:7, 68:16, 68:19, 68:21, 71:8, 74:20, 75:12, 75:14, 76:22, 76:25, 77:11, 77:18, 85:10, 85:18, 85:19, 86:9, 86:22, 88:8, 88:11, 89:1, 89:2, 89:4, 90:1, 90:16, 92:14, 94:20, 94:24, 95:7, 96:7, 98:2, 98:6, 101:2, 101:5, 109:17, 109:19, 111:2, 112:13, 112:16, 112:19, 113:14, 113:24, 114:7, 114:22, 117:21, 117:23, 118:15, 118:18, 118:24, 119:11, 119:15, 120:2, 120:17, 121:11, 121:16, 121:22, 124:3, 124:8, 125:2, 125:8, 125:15, 126:5, 127:23, 127:25, 128:2, 128:4, 128:12, 128:24, 129:5, 129:6, 129:9, 129:25, 130:4, 130:6, 130:13, 130:15, 132:1, 132:13, 132:17, 133:9, 133:19, 134:9, 134:13, 134:16, 168:15, 175:12, 175:17, 176:15, 177:21, 178:1, 180:1, 183:19, 184:19, 185:22, 186:13, 188:2, 191:10, 192:16, 196:22, 197:23, 198:9
**ROGGIO** [1] - 1:5
**Roggio's** [27] - 29:1, 29:15, 31:13, 32:1, 32:16, 33:12, 38:8, 39:5, 39:18, 40:2, 40:8, 44:8, 46:14, 46:17, 46:22, 47:23, 49:23, 50:1, 50:5, 50:6, 60:11, 109:15, 109:18, 125:17, 126:18, 175:1, 193:22
**role** [6] - 3:7, 3:25, 179:1, 190:10,

190:18, 191:9
**Rolex** [1] - 89:4
**rolling** [1] - 167:5
**Ron** [13] - 30:18, 37:15, 52:10, 52:12, 52:18, 52:19, 52:24, 145:15, 145:16, 145:20, 145:22
**Ronald** [5] - 2:3, 32:22, 32:23, 62:3, 62:7
**roof** [1] - 162:11
**room** [18] - 3:17, 4:22, 8:4, 9:13, 45:21, 54:22, 55:14, 55:15, 151:13, 152:19, 153:1, 153:5, 154:3, 154:5, 167:20, 181:1, 181:2
**roommates** [2] - 180:23, 180:24
**rooms** [2] - 55:14, 177:5
**rose** [1] - 52:14
**ROSS** [1] - 1:5
**Ross** [234] - 18:16, 19:10, 19:12, 19:18, 20:1, 20:23, 21:4, 26:17, 28:20, 29:15, 29:18, 31:22, 33:22, 34:17, 34:19, 34:23, 35:7, 37:6, 37:24, 42:18, 43:20, 46:8, 51:1, 51:9, 52:17, 67:5, 67:7, 67:13, 67:18, 68:1, 75:14, 75:19, 85:10, 85:12, 85:14, 85:15, 85:20, 85:24, 86:10, 87:14, 87:23, 88:3, 89:2, 89:4, 89:11, 92:11, 92:14, 92:16, 93:1, 93:22, 95:16, 96:7, 98:19, 98:20, 99:1, 113:6, 117:21, 117:23, 118:15, 118:21, 118:25, 119:11, 119:12, 121:22, 127:23, 127:25, 128:2, 128:4, 133:16, 133:23, 133:25, 134:2, 134:4, 134:6, 134:7, 134:21, 135:1, 135:4, 135:7, 136:19, 136:25, 137:10, 137:19, 138:3, 138:11, 138:13, 138:21, 139:1, 139:18,

140:5, 140:6, 140:14, 140:17, 140:24, 141:4, 141:6, 141:13, 141:14, 141:17, 142:14, 143:10, 143:23, 144:3, 144:9, 144:13, 145:3, 145:14, 145:20, 145:22, 146:9, 146:12, 146:17, 146:20, 146:22, 146:23, 147:11, 147:15, 147:20, 147:22, 148:7, 148:13, 148:14, 148:21, 148:25, 149:11, 150:10, 150:20, 150:21, 150:23, 151:1, 151:5, 151:8, 151:14, 151:15, 151:17, 151:19, 151:21, 152:1, 152:2, 152:3, 152:6, 152:20, 153:2, 154:10, 154:12, 154:21, 155:1, 155:8, 155:17, 155:18, 155:22, 156:8, 156:16, 156:20, 157:18, 157:20, 158:2, 158:10, 158:15, 158:17, 159:4, 159:20, 160:14, 160:25, 161:19, 162:3, 163:12, 164:13, 168:17, 168:25, 169:1, 169:25, 170:3, 170:6, 170:12, 170:15, 170:18, 170:21, 170:22, 171:3, 171:16, 171:20, 171:24, 171:25, 172:6, 172:7, 172:11, 172:14, 172:15, 172:21, 173:2, 173:4, 173:6, 173:9, 173:11, 174:2, 174:6, 174:14, 174:17, 175:1, 175:12, 177:16, 177:17, 178:12, 178:23, 181:23, 182:11, 182:13, 182:22, 183:1, 183:19, 184:9,

184:10, 184:12, 184:19, 184:24, 185:14, 185:22, 185:23, 185:24, 186:22, 186:24, 187:8, 187:9, 187:11, 188:2, 188:4, 188:17, 188:19, 191:10
**Ross'** [11] - 69:1, 94:17, 133:1, 139:23, 149:10, 158:21, 163:8, 168:9, 171:4, 171:6, 171:8
**Ross's** [1] - 164:12
**roughly** [9] - 65:2, 65:18, 82:20, 86:5, 87:10, 112:5, 112:6, 128:21
**round** [2] - 76:15, 76:20
**rounds** [1] - 84:16
**rubber** [2] - 46:23, 47:15
**rudimentary** [1] - 84:24
**rule** [2] - 14:10, 137:6
**ruler** [1] - 55:20
**rules** [2] - 4:14, 13:15
**Rules** [4] - 7:14, 13:10, 13:13, 13:18
**ruling** [1] - 166:25
**rulings** [1] - 13:20
**rumors** [1] - 12:3
**run** [7] - 32:10, 46:25, 78:11, 78:17, 87:15, 92:12, 101:9
**running** [2] - 91:25, 106:11
**Russia** [1] - 32:5
**Ryan** [1] - 191:21

## S

**S-T-E-V-E-N-S** [1] - 189:19
**s/Kristin** [1] - 200:13
**Saar** [29] - 32:18, 33:10, 34:20, 41:24, 43:21, 44:9, 51:16, 51:17, 56:22, 57:7, 58:2, 58:3, 58:11, 58:12, 58:13, 58:15, 58:16, 58:17, 58:23, 59:17, 60:5, 131:22, 131:25, 132:5, 133:12, 133:20, 147:14
**Saar's** [2] - 57:21,

**23**

58:19
**sad** [1] - 156:5
**Saddam** [1] - 102:8
**safe** [1] - 121:17
**Safety** [2] - 62:22
**safety** [1] - 67:2
**salary** [7] - 77:11, 77:13, 77:16, 85:24, 157:8, 157:16, 157:18
**sale** [1] - 36:19
**sanctions** [2] - 43:24, 44:4
**satisfied** [1] - 27:1
**saved** [2] - 165:14, 165:15
**saw** [16] - 48:7, 49:6, 84:7, 115:4, 128:13, 128:17, 135:18, 136:9, 147:24, 149:17, 151:18, 152:8, 153:10, 157:25, 171:21, 185:24
**scared** [3] - 148:19, 153:24, 159:19
**scheme** [4] - 25:7, 25:10, 25:14, 28:23
**school** [1] - 127:4
**School** [3] - 63:7, 64:9, 64:10
**scope** [1] - 182:19
**SCOTT** [1] - 1:14
**SCRANTON** [2] - 1:9, 1:25
**Scranton** [2] - 1:13, 200:19
**screamed** [1] - 45:22
**screaming** [3] - 150:24, 150:25, 151:1
**screen** [2] - 32:11, 167:6
**screens** [1] - 30:1
**screwed** [1] - 71:11
**search** [2] - 6:19, 140:19
**searching** [1] - 33:1
**seat** [3] - 91:2, 91:11, 91:13
**seated** [4] - 62:8, 123:22, 151:14, 189:20
**second** [17] - 10:12, 19:18, 20:7, 20:23, 22:20, 23:12, 24:4, 24:20, 25:12, 26:3, 32:15, 35:2, 41:14, 57:14, 144:9, 168:20, 182:22

**Second** [1] - 63:10
**secrecy** [1] - 9:17
**secret** [5] - 11:17, 45:2, 130:8, 130:10, 138:20
**secretly** [1] - 29:2
**Section** [3] - 1:15, 26:5, 200:6
**Sections** [1] - 26:6
**Security** [3] - 103:13, 103:23, 117:18
**security** [3] - 30:13, 31:9, 31:19
**see** [38] - 3:11, 12:3, 12:4, 13:2, 16:25, 17:19, 29:25, 34:23, 35:4, 36:6, 37:18, 40:1, 48:23, 49:5, 55:4, 90:19, 100:5, 109:9, 109:15, 109:19, 115:1, 115:7, 126:14, 128:4, 135:7, 144:11, 149:1, 150:12, 150:14, 151:13, 151:20, 157:20, 166:1, 178:14, 182:23, 189:6, 199:7
**seeing** [5] - 109:5, 150:11, 158:5, 172:23, 199:2
**seek** [2] - 125:23, 167:25
**seem** [1] - 107:10
**selected** [2] - 5:19, 37:23
**selection** [3] - 63:8, 63:9, 63:14
**sell** [3] - 69:3, 74:24, 86:14
**semi** [2] - 30:8, 69:25
**semi-automatic** [1] - 69:25
**semi-independent** [1] - 30:8
**send** [3] - 24:17, 41:6, 95:9
**Send** [1] - 157:22
**sending** [5] - 24:20, 24:21, 24:25, 25:1, 146:12
**sends** [2] - 37:25, 56:9
**sense** [9] - 13:4, 13:7, 15:15, 16:23, 27:19, 86:19, 96:21, 108:12, 153:11
**senses** [1] - 15:8
**sensitive** [1] - 46:19
**sent** [10] - 24:17,

37:20, 93:1, 94:24, 95:7, 98:7, 98:8, 109:20, 114:17, 118:13
**separate** [3] - 86:17, 124:23, 132:15
**September** [1] - 193:14
**sequestration** [1] - 123:10
**Sergeant** [7] - 52:14, 63:18, 65:10, 65:11, 65:12, 65:16
**sergeant** [1] - 48:11
**serial** [1] - 84:5
**series** [2] - 63:14, 196:8
**serious** [2] - 59:2, 59:11
**served** [3] - 30:18, 63:10, 63:11
**service** [9] - 24:2, 34:22, 52:1, 52:19, 63:3, 63:4, 69:7, 77:24, 117:17
**Service** [1] - 66:1
**services** [18] - 20:19, 21:17, 23:20, 24:7, 28:21, 30:13, 31:9, 31:19, 34:2, 34:5, 35:1, 36:20, 40:8, 40:15, 51:2, 114:10, 195:19
**sessions** [2] - 47:14, 47:16
**set** [7] - 15:25, 66:25, 76:18, 85:6, 103:4, 162:17, 200:9
**seven** [5] - 76:18, 76:19, 136:3, 136:4
**several** [6] - 103:22, 120:4, 128:14, 137:13, 154:18, 196:9
**severe** [3] - 20:6, 43:23, 49:11
**sexual** [2] - 4:12, 124:7
**share** [2] - 92:23, 93:4
**shared** [4] - 19:24, 21:5, 45:10, 147:13
**sharp** [2] - 46:25, 71:21
**SHAWN** [1] - 189:19
**Shawn** [5] - 2:4, 37:9, 37:12, 189:13, 189:19
**sheet** [1] - 40:2
**sheikh** [2] - 101:16, 101:19

**sheikhs** [2] - 52:23, 101:15
**shell** [5] - 70:23, 71:3, 71:5, 73:4, 73:5
**ship** [5] - 39:2, 60:20, 98:2, 114:7
**shipment** [1] - 39:16
**shipments** [2] - 77:6, 77:7
**shipped** [5] - 39:4, 39:9, 39:15, 39:23, 60:21
**shipping** [4] - 45:18, 48:8, 142:20, 143:25
**shirt** [1] - 80:20
**shock** [3] - 148:17, 151:23, 185:2
**shocked** [2] - 152:14, 153:6
**shocks** [1] - 46:18
**shoot** [1] - 84:24
**shooting** [2] - 76:20, 84:12
**shoots** [2] - 71:1, 71:2
**shop** [4] - 68:4, 75:20, 140:18, 140:21
**shops** [1] - 191:4
**short** [7] - 61:23, 63:4, 69:14, 72:19, 74:16, 124:10, 190:3
**shortage** [1] - 110:24
**shortcuts** [1] - 35:17
**shorthand** [1] - 1:22
**shortly** [1] - 60:5
**shot** [3] - 66:22, 67:1, 84:17
**shots** [1] - 85:4
**show** [24] - 10:10, 31:1, 31:13, 33:12, 35:9, 35:18, 36:15, 37:6, 38:20, 40:12, 41:10, 43:9, 43:14, 45:3, 46:7, 50:4, 58:8, 61:13, 124:9, 126:11, 164:2, 164:21, 192:2, 194:6
**showing** [1] - 93:4
**shown** [7] - 11:6, 14:8, 108:20, 109:7, 111:23, 113:10, 114:25
**shows** [5] - 40:2, 58:13, 72:12, 72:20, 161:17
**shut** [2] - 45:3, 147:12
**side** [7] - 13:12, 78:17, 79:2, 79:3, 79:14, 105:24, 197:22
**sidebar** [2] - 124:1, 126:20

**sight** [1] - 54:20
**sign** [2] - 130:3, 130:5
**signal** [2] - 25:14, 25:17
**signatory** [1] - 197:21
**signature** [2] - 166:6, 197:24
**signed** [5] - 192:13, 192:15, 192:19, 192:20, 192:21
**signify** [1] - 79:24
**Siim** [142] - 32:18, 33:10, 34:20, 41:23, 42:6, 43:15, 43:21, 44:3, 44:9, 44:15, 44:16, 44:18, 44:22, 44:24, 44:25, 45:1, 45:3, 45:7, 45:10, 45:12, 45:14, 45:15, 45:21, 45:25, 46:1, 46:2, 46:3, 46:11, 46:16, 46:18, 46:25, 47:3, 47:5, 47:6, 47:21, 47:24, 48:1, 48:2, 48:3, 48:5, 48:7, 48:15, 48:24, 49:6, 49:12, 49:23, 50:13, 50:14, 50:17, 50:18, 50:20, 50:23, 51:16, 51:17, 56:7, 56:22, 57:21, 58:6, 59:16, 124:18, 125:7, 131:20, 131:22, 131:25, 132:5, 133:12, 133:17, 133:20, 147:14, 147:17, 147:20, 148:1, 148:2, 148:5, 148:22, 149:1, 150:22, 151:1, 151:11, 151:12, 151:14, 151:15, 151:16, 151:17, 151:21, 152:8, 152:13, 152:20, 153:3, 153:5, 153:24, 154:3, 154:14, 154:17, 155:2, 155:9, 155:25, 156:6, 156:15, 157:14, 158:9, 158:13, 158:15, 159:1, 159:3, 168:15, 168:16, 168:17, 168:19, 168:25, 169:7, 169:19, 170:16, 170:17, 170:19, 170:20,

**24**

172:6, 172:8, 172:9, 172:11, 172:14, 172:23, 173:6, 173:9, 180:17, 181:1, 181:5, 181:8, 182:3, 182:9, 182:14, 182:23, 183:22, 184:21, 185:20, 185:24, 186:2, 186:21, 186:25, 187:6, 188:14

**Siim's** [16] - 45:13, 46:15, 46:23, 47:11, 47:21, 48:11, 48:14, 48:18, 50:7, 131:21, 147:15, 148:14, 148:15, 157:15, 157:18, 183:22

**silencers** [2] - 197:8, 197:10

**Silver** [1] - 66:17

**silver** [1] - 73:14

**similar** [2] - 5:6, 101:19

**simply** [5] - 10:8, 13:14, 15:14, 17:19, 19:2

**site** [2] - 54:25, 55:2

**sitting** [4] - 67:10, 103:17, 152:9, 152:10

**situation** [3] - 5:15, 9:22, 158:13

**six** [5] - 57:4, 100:16, 176:13, 190:11

**sixth** [1] - 11:16

**skilled** [1] - 55:2

**Skype** [1] - 129:3

**slapped** [1] - 45:16

**slate** [1] - 26:19

**sleep** [1] - 154:1

**sleepless** [1] - 148:25

**sleeve** [1] - 80:20

**sliced** [1] - 64:4

**slide** [1] - 96:18

**slightly** [3] - 68:14, 68:24, 71:5

**slowly** [1] - 175:3

**small** [4] - 29:19, 56:16, 75:14, 150:16

**smelled** [1] - 15:9

**smoke** [1] - 68:3

**Smuggling** [2] - 18:21, 40:22

**smuggling** [3] - 24:9, 34:9, 51:4

**snatches** [1] - 170:18

**sneak** [1] - 36:18

**social** [2] - 6:13, 6:14

**societal** [1] - 53:12

**sold** [1] - 68:4

**soldier** [4] - 42:6, 47:20, 66:7, 136:15

**soldiers** [55] - 31:21, 32:19, 33:10, 34:20, 42:5, 42:20, 42:22, 42:23, 42:24, 43:1, 43:12, 43:15, 43:17, 43:18, 43:20, 44:3, 45:9, 45:16, 45:21, 45:24, 46:1, 46:2, 46:3, 46:5, 46:7, 46:10, 46:14, 46:18, 46:22, 46:24, 47:13, 48:7, 49:11, 49:14, 49:15, 49:16, 49:22, 49:24, 51:6, 65:16, 86:14, 135:11, 136:23, 150:3, 150:5, 150:7, 150:9, 152:1, 152:2, 152:3, 152:6, 153:2, 154:21, 155:12

**Soldiers** [1] - 65:25

**sole** [2] - 16:11

**Somalia** [1] - 100:13

**someone** [19] - 5:24, 15:19, 40:17, 41:23, 56:11, 56:24, 90:4, 112:3, 112:10, 113:8, 113:17, 117:24, 123:2, 139:18, 168:15, 168:19, 170:18, 171:2

**sometimes** [9] - 5:24, 14:9, 15:24, 30:23, 32:25, 33:2, 43:16, 136:20, 141:14

**somewhat** [4] - 105:6, 105:23, 113:3, 125:8

**somewhere** [1] - 55:6

**son** [2] - 77:2, 102:20

**son-in-law** [1] - 77:2

**sorry** [21] - 79:15, 89:22, 104:14, 105:13, 117:15, 122:5, 122:20, 135:3, 144:18, 151:18, 153:4, 157:12, 160:14, 161:11, 168:3, 170:17, 186:19, 186:23, 192:3, 192:5, 197:3

**sound** [3] - 25:15, 25:17, 110:7

**sounds** [1] - 102:19

**source** [3] - 6:25,

30:16, 83:22

**South** [1] - 79:4

**Soviet** [3] - 32:6, 32:7

**space** [2] - 133:15, 177:5

**sparks** [3] - 96:10, 115:4, 115:7

**speaking** [12] - 64:18, 69:19, 73:9, 78:9, 82:11, 82:12, 93:20, 119:24, 120:2, 120:10, 120:11, 165:5

**Special** [8] - 52:15, 64:16, 64:18, 78:7, 100:3, 100:6, 101:9, 191:21

**special** [5] - 59:12, 64:7, 64:19, 65:21, 100:4

**Specialist** [1] - 190:17

**specialized** [2] - 63:15, 63:25

**specializes** [1] - 64:1

**specific** [8] - 8:6, 20:5, 52:6, 69:10, 92:24, 98:9, 119:14, 163:11

**specifically** [8] - 18:17, 36:16, 53:22, 59:9, 98:20, 100:14, 100:20, 197:2

**specifics** [1] - 91:23

**specified** [2] - 24:18, 26:4

**specifying** [1] - 19:1

**speculate** [1] - 105:13

**speculating** [1] - 105:11

**speculation** [10] - 27:17, 107:24, 107:25, 113:9, 114:1, 114:4, 121:23, 121:25, 135:22, 155:4

**spell** [3] - 62:6, 123:19, 189:17

**spend** [3] - 35:22, 44:11, 72:9

**spending** [3] - 144:13, 171:20, 171:22

**spent** [5] - 35:18, 63:16, 73:4, 84:11, 115:11

**sphere** [1] - 81:16

**spin** [1] - 38:24

**spite** [1] - 114:17

**split** [2] - 78:24, 79:1

**spoken** [3] - 120:4, 131:9, 131:13

**sponsor** [3] - 31:14,

43:6, 54:4

**spread** [1] - 40:2

**spring** [8] - 33:14, 36:3, 72:6, 78:3, 100:22, 100:24, 119:2, 119:3

**squad** [2] - 100:8, 121:16

**staff** [2] - 9:13, 9:16

**stampers** [1] - 55:25

**stamps** [1] - 55:24

**stand** [3] - 60:17, 82:25, 99:10

**standing** [3] - 82:1, 152:9, 152:10

**stands** [1] - 106:24

**Star** [4] - 66:6, 66:9, 66:15, 66:17

**Stars** [3] - 66:1, 66:21, 66:22

**start** [9] - 49:16, 51:23, 51:25, 54:19, 55:6, 57:5, 127:25, 170:18, 175:9

**started** [7] - 63:6, 67:1, 68:7, 77:12, 118:20, 151:16, 151:17

**starting** [2] - 56:16, 143:22

**starts** [8] - 26:19, 33:4, 54:6, 54:15, 55:12, 56:25, 57:1, 197:25

**State** [18] - 22:14, 22:23, 23:22, 24:5, 34:6, 36:23, 37:2, 37:17, 37:21, 39:19, 40:5, 40:10, 54:10, 86:25, 101:20, 106:22, 106:25, 107:4

**state** [9] - 12:24, 62:6, 76:4, 105:7, 105:16, 123:19, 139:6, 173:14, 189:17

**statement** [8] - 10:2, 10:3, 10:4, 10:5, 10:7, 51:11, 61:6, 107:2

**statements** [9] - 10:1, 10:8, 10:10, 10:12, 11:9, 12:13, 28:8, 61:17, 137:5

**STATES** [2] - 1:1, 1:2

**states** [1] - 140:20

**States** [59] - 1:11, 18:19, 18:22, 20:11, 20:14, 20:18, 20:19, 20:22, 21:2, 21:7,

21:19, 22:1, 22:4, 22:13, 22:14, 22:19, 23:3, 23:4, 23:11, 23:20, 23:21, 24:10, 26:1, 26:2, 26:5, 26:6, 28:21, 29:20, 30:6, 30:20, 33:13, 33:18, 34:2, 34:10, 35:23, 36:9, 36:14, 36:16, 37:8, 38:11, 38:16, 51:3, 55:3, 61:11, 64:22, 88:24, 96:22, 97:12, 105:25, 114:8, 123:14, 140:20, 140:22, 162:2, 180:2, 180:8, 200:4, 200:6, 200:17

**status** [1] - 162:9

**Statute** [1] - 43:22

**stay** [1] - 45:12

**stayed** [2] - 45:14, 148:1

**stays** [2] - 26:20, 27:6

**stealing** [1] - 45:5

**stem** [1] - 39:18

**step** [3] - 123:8, 188:23, 198:15

**stepped** [1] - 54:18

**stepping** [1] - 59:14

**steps** [1] - 38:2

**Steve** [3] - 146:11, 146:12, 146:17

**Steven** [1] - 37:2

**Stevens** [7] - 2:4, 37:9, 37:12, 189:14, 189:19, 195:12, 197:20

**stick** [3] - 48:4, 151:22, 184:25

**still** [10] - 44:7, 45:6, 63:13, 65:19, 86:16, 86:20, 117:17, 128:22, 141:18

**stipulated** [1] - 12:10

**stock** [6] - 76:1, 76:2, 76:15

**stolen** [1] - 191:7

**stomach** [2] - 46:2, 46:24

**stood** [1] - 46:2

**stop** [4] - 36:12, 46:13, 49:16, 128:2

**stopped** [2] - 136:11, 141:17

**store** [1] - 39:14

**stories** [1] - 6:4

**story** [9] - 38:6, 38:10, 61:9, 126:4, 137:12, 137:15, 137:17,

25

170:25, 171:2
**straight** [2] - 54:7, 136:10
**straightforward** [1] - 16:20
**strain** [1] - 33:2
**strange** [1] - 49:18
**strangers** [1] - 49:18
**Street** [1] - 1:20
**stricken** [1] - 14:14
**strike** [5] - 12:25, 150:9, 159:4, 161:11, 194:17
**strikes** [2] - 72:2
**Stroudsburg** [3] - 39:4, 39:9, 39:24
**struck** [1] - 71:4
**structure** [4] - 53:11, 53:12, 54:25, 57:9
**studied** [2] - 31:7, 127:20
**study** [3] - 55:16, 55:17, 127:16
**stuff** [5] - 100:5, 183:23, 184:3, 184:5, 184:6
**submit** [7] - 53:7, 53:21, 61:7, 69:4, 124:5, 124:13, 157:8
**submits** [1] - 54:8
**subsection** [1] - 195:16
**subsidiaries** [1] - 53:15
**substitute** [1] - 4:4
**successful** [1] - 77:19
**suffer** [2] - 153:16, 153:19
**suffered** [1] - 186:2
**suffering** [5] - 20:6, 43:23, 49:12, 153:20, 153:22
**sufficient** [2] - 18:6, 126:17
**suffocate** [1] - 46:15
**suffocation** [1] - 47:16
**suggesting** [2] - 7:19, 153:11
**suggests** [1] - 56:18
**suit(indicating)** [1] - 128:7
**suite** [1] - 1:12
**suits** [3] - 149:25, 150:4
**Sulay** [1] - 100:17
**Sulaymaniyah** [43] - 29:25, 31:11, 33:6, 45:10, 48:6, 48:13, 49:24, 54:22, 78:5, 78:10, 78:11, 78:12,

79:1, 79:11, 79:14, 84:2, 86:11, 87:23, 88:2, 88:7, 92:11, 93:6, 93:7, 95:6, 98:9, 100:18, 100:20, 101:8, 106:11, 107:16, 107:17, 117:7, 122:10, 130:24, 130:25, 133:8, 133:18, 136:2, 136:5, 138:25, 147:14
**sum** [1] - 86:1
**summarize** [1] - 34:16
**summary** [1] - 19:8
**summer** [4] - 63:9, 86:5, 87:11, 191:13
**superseding** [8] - 18:25, 19:12, 19:17, 20:1, 20:12, 21:13, 24:18, 25:20
**supervised** [1] - 113:7
**supervising** [1] - 113:2
**supervision** [3] - 50:13, 200:11, 200:23
**supervisor** [1] - 60:9
**supplement** [1] - 7:4
**suppliers** [1] - 52:8
**support** [4] - 31:3, 64:21, 79:14, 135:20
**supposed** [8] - 5:7, 35:25, 36:1, 36:11, 37:7, 38:8, 57:10, 87:25
**surrounded** [1] - 49:13
**survived** [1] - 48:19
**suspending** [1] - 48:2
**suspicion** [2] - 15:16, 27:13
**suspicions** [1] - 12:4
**suspicious** [1] - 39:16
**sustain** [5] - 14:3, 14:5, 14:11, 107:12, 111:22
**sustained** [8] - 97:16, 113:10, 119:19, 120:19, 121:25, 134:24, 155:5, 159:13
**Suzy** [2] - 31:24, 33:5
**switched** [1] - 106:13
**sworn** [3] - 3:3, 3:4, 3:5
**SWORN** [3] - 62:4, 123:18, 189:16
**sympathy** [1] - 4:9

**synopsis** [1] - 63:4
**Syria** [1] - 51:21
**System** [1] - 41:8
**system** [1] - 3:7
**Systems** [2] - 41:3, 41:5
**Szwejbka** [1] - 191:21

**T**

**T-A-L-L-I-N-N** [1] - 127:6
**table** [1] - 133:15
**tactic** [1] - 111:11
**Talabani** [42] - 31:12, 31:15, 31:17, 31:20, 32:2, 37:17, 40:19, 43:7, 52:22, 78:13, 81:13, 81:15, 81:18, 81:20, 81:21, 82:3, 82:12, 82:15, 83:10, 84:19, 85:5, 87:12, 89:8, 89:12, 90:7, 90:17, 92:9, 101:9, 102:18, 102:25, 103:2, 105:6, 107:8, 112:9, 115:21, 116:1, 116:3, 120:10, 120:21, 121:5, 121:14
**Talabanis** [14] - 52:19, 52:20, 52:21, 53:10, 53:23, 78:17, 79:3, 85:7, 85:17, 85:20, 87:13, 101:21, 104:13, 104:14
**Taliban** [3] - 102:24, 102:25, 104:12
**talks** [1] - 29:9
**Tallinn** [7] - 127:5, 127:6, 127:13, 127:17, 127:22, 132:20, 132:21
**tank** [1] - 150:13
**tape** [1] - 124:2
**targeting** [1] - 46:19
**tased** [2] - 46:19, 172:23
**taser** [2] - 46:18, 151:24
**tasing** [2] - 43:17, 47:16
**tasks** [1] - 8:11
**tea** [1] - 47:25
**Team** [1] - 52:13
**team** [2] - 34:21, 121:22
**technical** [4] - 21:24, 22:5, 56:6, 97:3
**techniques** [1] - 78:14

**Technology** [3] - 127:5, 127:13, 127:17
**technology** [5] - 6:7, 6:13, 6:21, 36:20, 36:21
**telecommunications** [1] - 102:22
**telephone** [2] - 6:6, 6:20
**television** [3] - 6:3, 25:15, 25:18
**temporary** [1] - 61:8
**ten** [1] - 29:21
**tenure** [1] - 83:11
**term** [8] - 21:15, 21:17, 59:11, 59:20, 101:17, 111:9, 111:10
**terms** [3] - 103:10, 160:21, 161:17
**terrain** [1] - 64:2
**terrified** [2] - 29:2, 148:19
**terror** [2] - 50:5, 50:6
**Terrorism** [5] - 31:18, 42:21, 79:6, 79:9, 90:20
**terrorist** [2] - 85:1, 102:25
**Terrorist** [1] - 83:1
**terrorists** [1] - 30:5
**test** [1] - 115:1
**testified** [11] - 97:11, 108:8, 108:10, 111:1, 112:1, 114:25, 117:16, 122:9, 153:9, 177:25, 182:10
**TESTIFIED** [3] - 62:5, 123:18, 189:16
**testifies** [2] - 15:7, 17:1
**testify** [18] - 18:12, 32:1, 32:13, 37:10, 37:17, 39:6, 39:10, 39:13, 40:1, 43:5, 48:7, 72:8, 95:12, 113:22, 117:22, 162:2, 164:1, 164:5
**testifying** [5] - 8:15, 16:17, 17:5, 104:3, 113:1
**testimony** [50] - 7:24, 7:25, 8:12, 12:8, 12:10, 12:25, 13:23, 13:24, 14:13, 14:17, 16:10, 16:13, 17:11, 17:12, 17:16, 17:17, 17:18, 18:1, 18:2,

18:3, 18:5, 18:8, 18:14, 28:25, 38:5, 38:14, 48:19, 48:20, 48:21, 50:7, 72:10, 72:15, 88:8, 94:18, 104:1, 112:22, 114:19, 117:19, 125:16, 153:10, 166:4, 173:2, 179:25, 181:23, 182:23, 183:2, 185:14, 186:1
**testing** [1] - 21:21
**text** [4] - 6:12, 94:10, 177:25, 197:24
**texted** [1] - 44:22
**texting** [3] - 47:12, 94:19, 120:11
**texts** [2] - 120:24, 161:25
**THE** [131] - 1:1, 1:1, 1:8, 1:10, 1:19, 3:1, 3:5, 28:15, 51:10, 51:13, 61:22, 62:2, 62:6, 62:7, 62:8, 62:10, 67:15, 72:22, 72:24, 80:5, 80:7, 80:24, 82:7, 90:11, 91:7, 94:2, 94:4, 94:8, 95:20, 95:22, 96:1, 97:11, 99:8, 99:9, 99:10, 99:14, 99:18, 99:22, 107:10, 111:22, 113:10, 114:2, 116:14, 119:19, 119:25, 120:19, 121:4, 121:5, 121:24, 122:4, 122:6, 123:6, 123:8, 123:11, 123:13, 123:16, 123:19, 123:21, 123:22, 123:23, 124:22, 124:24, 125:11, 126:8, 126:11, 126:14, 126:17, 128:10, 134:24, 135:23, 137:4, 137:23, 138:1, 138:5, 138:7, 138:9, 142:6, 143:6, 144:21, 145:10, 146:5, 147:1, 147:3, 149:21, 153:9, 155:5, 157:1, 157:3, 159:13, 160:9, 162:16, 162:20, 162:24, 163:2, 166:16, 166:25,

167:9, 168:2, 168:22, 169:12, 169:22, 171:12, 173:1, 173:4, 173:13, 173:16, 173:17, 173:24, 174:11, 174:22, 188:8, 188:10, 188:21, 188:23, 188:25, 189:2, 189:6, 189:9, 189:11, 189:17, 189:19, 189:20, 193:4, 193:6, 195:5, 195:9, 195:21, 197:16, 198:15, 199:4, 199:7

**theft** [2] - 191:15, 191:24

**themselves** [2] - 10:8, 86:19

**theories** [1] - 11:6

**therefore** [1] - 3:19

**thinking** [1] - 5:25

**thinks** [3] - 10:13, 13:12, 28:16

**third** [11] - 10:18, 19:20, 20:8, 20:25, 22:22, 23:15, 24:8, 24:25, 25:13, 142:17, 169:10

**Thomas** [1] - 39:6

**thoughts** [1] - 5:24

**thousand** [1] - 129:14

**thousands** [3] - 33:17, 39:20, 44:13

**threat** [5] - 45:8, 106:12, 106:15, 107:17

**threat-wise** [1] - 107:17

**threaten** [2] - 121:9, 121:11

**threatening** [2] - 50:16, 125:25

**threats** [1] - 121:13

**three** [18] - 66:4, 79:16, 90:23, 95:1, 124:5, 127:9, 127:10, 127:11, 127:12, 130:18, 135:10, 139:5, 139:16, 144:2, 176:25, 177:1, 177:5

**three-bedroom** [1] - 177:1

**three-ring** [3] - 79:16, 90:23, 95:1

**throat** [3] - 46:6, 46:20, 47:25

**throughout** [5] - 3:20, 4:24, 11:14, 11:22, 27:7

**throw** [1] - 57:22

**thumb** [4] - 166:1, 166:6, 166:8, 166:12

**tight** [1] - 49:20

**tiles** [1] - 38:24

**tip** [1] - 39:16

**Tire** [1] - 68:3

**Tish** [2] - 157:22, 157:23

**Title** [4] - 26:4, 26:6, 26:7, 200:6

**title** [4] - 190:8, 190:9, 195:16, 197:2

**Tobacco** [3] - 37:9, 189:24, 190:1

**today** [9] - 51:16, 67:7, 72:8, 93:17, 95:12, 128:4, 129:16, 162:3, 166:4

**TODD** [1] - 1:11

**toes** [1] - 59:14

**together** [7] - 19:22, 21:2, 43:19, 54:23, 66:10, 118:21, 147:19

**tolerance** [1] - 115:18

**tomorrow** [4] - 199:2, 199:5, 199:6, 199:7

**took** [22] - 9:3, 29:24, 32:22, 33:11, 33:13, 35:17, 39:8, 45:21, 47:25, 48:5, 71:23, 87:10, 87:17, 88:8, 127:10, 136:13, 148:15, 160:14, 172:9, 181:24, 186:13, 186:24

**Tool** [3] - 38:22, 39:2, 39:6

**tool** [2] - 47:20, 185:4

**tools** [12] - 6:7, 6:21, 28:21, 33:12, 34:7, 34:25, 36:16, 36:19, 39:3, 51:2, 96:23, 97:21

**top** [11] - 30:1, 58:7, 60:13, 79:25, 80:13, 142:14, 143:10, 157:7, 160:13, 193:10, 194:3

**Torture** [10] - 18:17, 18:18, 19:13, 33:25, 41:15, 41:21, 42:7, 42:8, 43:22

**torture** [60] - 19:16, 19:21, 19:25, 20:2, 20:8, 20:10, 29:13,

29:14, 33:10, 35:2, 35:5, 41:16, 41:23, 42:2, 42:6, 42:9, 42:10, 43:15, 43:16, 43:24, 43:25, 44:2, 46:8, 46:12, 46:20, 47:18, 48:12, 48:18, 48:22, 49:23, 50:9, 50:16, 50:24, 51:7, 59:1, 59:3, 59:4, 59:7, 59:9, 59:10, 59:11, 59:12, 59:15, 59:17, 59:19, 59:20, 124:18, 125:7, 125:19, 125:25, 126:3, 170:13, 170:14, 170:20, 172:16, 186:5

**tortured** [12] - 28:24, 32:19, 43:10, 43:21, 46:1, 47:5, 47:9, 50:17, 59:5, 169:8, 172:17, 184:22

**tortures** [1] - 125:2

**torturing** [3] - 29:8, 51:5, 170:19

**total** [2] - 157:12, 157:13

**touch** [3] - 30:20, 37:16, 161:19

**touched** [1] - 15:8

**tower** [1] - 171:4

**Towers** [1] - 170:24

**toys** [1] - 44:12

**track** [3] - 34:14, 84:4, 95:19

**Traffic** [1] - 24:23

**tragic** [1] - 60:1

**trailer** [6] - 150:21, 150:23, 151:2, 151:7, 151:8

**trained** [1] - 78:14

**Training** [1] - 63:7

**training** [6] - 21:18, 22:2, 22:6, 22:7, 40:9, 64:7

**transaction** [1] - 38:19

**transcript** [9] - 1:22, 7:24, 8:21, 124:9, 167:5, 167:17, 200:7, 200:10, 200:22

**TRANSCRIPT** [1] - 1:7

**transcription** [1] - 1:22

**transcripts** [5] - 124:4, 126:9, 167:11, 167:13, 167:21

**transfer** [2] - 146:10, 146:17

**transitioning** [1] - 102:11

**translates** [1] - 80:15

**transmission** [1] - 25:16

**transmitted** [1] - 25:14

**transported** [1] - 26:1

**trapped** [1] - 49:19

**traumatized** [1] - 49:8

**travel** [1] - 88:1

**traveling** [1] - 87:1

**travels** [1] - 70:22

**treat** [1] - 13:22

**treatment** [1] - 59:22

**Trial** [1] - 1:8

**trial** [39] - 3:9, 3:10, 3:21, 3:23, 4:1, 4:18, 4:22, 4:24, 4:25, 5:2, 5:9, 5:14, 5:20, 6:2, 7:8, 7:22, 8:4, 8:21, 9:23, 10:20, 11:13, 11:14, 11:15, 11:22, 14:25, 15:3, 16:5, 17:11, 26:9, 26:19, 27:7, 32:12, 34:15, 41:2, 50:12, 51:1, 51:8, 165:23

**tribe** [2] - 52:21, 53:11

**tribes** [2] - 52:23, 53:24

**tried** [5] - 36:18, 40:7, 58:19, 154:24

**trigger** [5] - 70:1, 70:3, 70:5, 72:6

**TRIIN** [1] - 123:21

**Triin** [8] - 2:4, 32:20, 45:11, 45:13, 50:9, 50:16, 123:14, 123:21

**troop** [1] - 82:19

**troops** [1] - 105:22

**trouble** [3] - 98:10, 114:19, 120:16

**true** [7] - 12:16, 54:2, 57:21, 166:8, 172:12, 194:24, 200:7

**truncated** [1] - 138:7

**trust** [1] - 138:19

**trusted** [2] - 159:7, 159:9

**truthful** [2] - 16:13, 16:20

**try** [9] - 5:13, 6:25, 7:4, 44:18, 58:6, 113:11, 146:15, 163:20, 175:3

**trying** [8] - 7:10, 16:19, 54:22, 55:2, 57:19, 120:12,

124:11, 155:1

**tube** [5] - 70:15, 70:22, 71:7, 71:13, 73:17

**TUESDAY** [1] - 1:9

**turf** [1] - 105:3

**Turkey** [2] - 130:16, 130:17

**turn** [9] - 41:14, 54:19, 77:13, 142:21, 143:16, 144:16, 145:24, 156:18, 159:25

**turned** [2] - 36:14, 191:24

**TV** [1] - 103:19

**twelve** [1] - 11:19

**twenty** [3] - 133:13, 177:7, 189:4

**twist** [3] - 76:19, 76:20

**Two** [1] - 1:8

**two** [36] - 15:2, 17:18, 18:19, 18:21, 19:16, 20:17, 34:24, 40:4, 45:10, 45:20, 47:17, 66:5, 66:10, 88:21, 104:8, 117:13, 117:14, 117:15, 120:23, 122:19, 124:5, 124:6, 125:24, 131:20, 135:10, 139:16, 141:11, 143:22, 146:9, 147:18, 151:5, 151:9, 176:24, 182:17, 182:20, 195:12

**two-bedroom** [1] - 176:24

**Type** [1] - 197:5

**type** [26] - 6:16, 6:22, 32:20, 47:14, 52:6, 54:17, 65:24, 66:7, 68:6, 68:18, 69:8, 70:6, 73:6, 75:1, 88:15, 89:3, 103:17, 107:24, 111:18, 114:13, 140:24, 150:4, 179:19, 183:13, 197:3, 197:12

**types** [3] - 15:2, 15:4, 72:13

**typical** [2] - 144:2, 197:6

**typically** [3] - 66:9, 66:12, 76:19

**27**

# U

**U.S** [34] - 29:5, 30:18, 34:6, 34:8, 36:19, 37:21, 38:12, 39:22, 41:3, 41:5, 41:8, 42:19, 48:7, 51:25, 54:10, 69:5, 79:4, 83:12, 83:17, 83:24, 86:18, 103:9, 108:3, 108:16, 108:17, 117:11, 117:12, 118:5, 122:16, 129:16, 165:2, 165:5, 171:25, 180:13
**ugly** [2] - 59:3, 59:4
**ultimately** [7] - 3:18, 55:21, 56:17, 59:24, 61:1, 61:2, 61:14
**umbrella** [1] - 15:20
**un-Parkerized** [1] - 109:21
**unable** [2] - 9:21, 44:13
**unanimous** [2] - 3:15, 11:19
**under** [21] - 3:7, 7:14, 13:15, 13:18, 20:7, 42:10, 43:12, 43:13, 43:20, 43:21, 50:5, 50:6, 50:13, 66:13, 91:20, 168:18, 193:18, 196:1, 200:11, 200:23
**understood** [5] - 46:10, 68:24, 92:12, 92:13, 166:25
**unfairly** [1] - 124:20
**uniforms** [6] - 49:14, 111:12, 149:18, 150:4
**Union** [4] - 32:6, 32:7, 32:9
**Unit** [3] - 52:13, 116:23, 117:1
**unit** [9] - 63:8, 63:15, 64:1, 64:11, 78:6, 78:9, 116:25, 121:16
**unit's** [1] - 111:12
**UNITED** [2] - 1:1, 1:2
**United** [59] - 1:11, 18:19, 18:22, 20:10, 20:13, 20:18, 20:19, 20:22, 21:1, 21:6, 21:19, 21:25, 22:4, 22:13, 22:14, 22:19, 23:3, 23:4, 23:11, 23:20, 23:21, 24:10, 26:1, 26:2, 26:5,

26:6, 28:21, 29:20, 30:6, 30:19, 33:13, 33:18, 34:1, 34:10, 35:23, 36:9, 36:14, 36:16, 37:8, 38:11, 38:16, 51:3, 55:3, 61:10, 64:21, 88:24, 96:22, 97:12, 105:25, 114:8, 123:14, 140:20, 140:22, 162:2, 180:1, 180:8, 200:4, 200:6, 200:17
**units** [2] - 22:2, 111:11
**unity** [2] - 19:24, 21:5
**University** [3] - 127:5, 127:13, 127:17
**unlawful** [6] - 26:4, 42:2, 42:12, 42:15, 44:2, 126:18
**unless** [3] - 26:21, 27:1, 200:23
**unlikely** [1] - 121:15
**unlocking** [1] - 70:19
**unloyal** [1] - 152:24
**unusually** [1] - 59:21
**unwilling** [1] - 44:10
**up** [43] - 3:18, 4:16, 8:9, 11:22, 31:24, 32:7, 32:11, 36:10, 42:24, 44:5, 45:3, 46:2, 51:20, 56:2, 56:15, 59:7, 61:16, 66:25, 67:2, 70:16, 72:25, 85:6, 85:9, 85:11, 85:24, 88:8, 92:13, 92:16, 92:17, 96:17, 96:19, 107:1, 107:3, 130:14, 135:14, 136:9, 162:11, 170:13, 191:22, 191:25, 192:3, 196:3
**upper** [6] - 71:10, 71:11, 71:12, 71:14, 73:18, 73:19
**uppers** [5] - 68:19, 69:1, 71:9, 75:15, 75:20
**upset** [4] - 121:5, 121:12, 169:1, 169:2
**USB** [3] - 165:25, 166:6, 166:12
**USD** [1] - 157:15
**uses** [4] - 6:9, 41:3, 41:8, 70:2
**utilize** [1] - 92:15
**utilized** [1] - 75:15

# V

**vacations** [1] - 35:23
**Valor** [2] - 66:2, 66:3
**valor** [2] - 66:10, 66:13
**vape** [1] - 68:4
**variances** [1] - 190:19
**various** [3] - 41:19, 60:12, 136:11
**Vegas** [1] - 89:12
**vehicle** [1] - 149:10
**vehicles** [4] - 82:2, 82:16, 82:19, 150:12
**venture** [2] - 55:11, 60:6
**verdict** [20] - 3:14, 3:15, 3:16, 3:24, 4:17, 6:2, 7:6, 7:20, 9:9, 9:16, 11:17, 11:18, 11:19, 15:1, 15:4, 17:9, 26:14, 28:3, 28:5, 61:16
**Verizon** [1] - 53:13
**version** [5] - 69:20, 194:12, 194:17, 194:21, 194:24
**Veteran** [2] - 30:18, 48:10
**via** [2] - 129:3, 141:12
**victim** [2] - 29:9, 41:24
**video** [20] - 72:12, 72:15, 72:20, 73:1, 73:12, 73:20, 74:6, 74:8, 94:24, 95:10, 95:13, 95:15, 96:2, 96:8, 100:6, 115:1, 115:2, 115:5, 115:7, 129:2
**videos** [1] - 29:1
**Vietnam** [2] - 69:12
**view** [2] - 35:3, 72:12
**views** [1] - 9:1
**Vilist** [11] - 32:17, 45:11, 56:8, 131:24, 131:25, 132:5, 133:12, 133:20, 147:14, 148:1, 174:5
**Viltrop** [2] - 32:22, 32:23
**violating** [2] - 18:16, 22:25
**Violation** [3] - 18:20, 22:10, 23:19
**violations** [4] - 26:4, 35:4, 40:25, 196:10
**Violations** [1] - 18:19
**violently** [1] - 46:4
**visit** [5] - 38:19, 103:16, 186:21, 187:6, 191:25

**visits** [3] - 58:2, 154:22, 191:22
**voice** [2] - 168:6, 168:8
**voices** [2] - 167:12, 167:16
**vs** [1] - 1:4

# W

**wait** [1] - 88:6
**waited** [1] - 150:18
**waiting** [1] - 149:5
**walk** [1] - 35:5
**walked** [1] - 15:19
**wall** [1] - 36:10
**walls** [3] - 139:8, 139:9, 162:11
**wants** [2] - 55:18, 56:25
**war** [1] - 52:2
**War** [6] - 79:4, 105:7, 105:10, 105:16, 105:18, 105:19
**warning** [1] - 192:1
**WASHINGTON** [1] - 1:25
**Washington** [3] - 1:12, 1:18, 63:10
**washington** [1] - 1:16
**watch** [6] - 6:3, 8:14, 59:6, 89:4, 95:13, 99:18
**watched** [1] - 153:2
**watching** [1] - 168:19
**water** [2] - 151:25, 185:6
**waved** [1] - 136:19
**weapon** [14] - 52:6, 55:20, 55:22, 56:1, 69:10, 69:13, 69:16, 70:19, 73:3, 75:9, 76:2, 83:15, 84:24, 110:11
**Weapons** [2] - 37:19, 54:8
**weapons** [111] - 29:6, 29:19, 29:21, 30:16, 30:21, 30:25, 31:1, 31:13, 31:14, 33:12, 33:16, 34:5, 34:7, 34:25, 35:6, 35:8, 35:12, 35:13, 35:16, 35:25, 36:1, 36:7, 36:14, 36:21, 37:14, 37:18, 38:1, 38:3, 38:4, 39:3, 39:18, 40:13, 40:21, 41:7, 42:19, 44:11, 44:13, 45:1, 45:5, 45:8,

48:24, 51:2, 52:5, 53:5, 53:19, 55:16, 56:17, 60:23, 60:25, 70:9, 72:13, 75:5, 83:12, 83:17, 83:18, 83:22, 84:2, 84:3, 84:5, 84:8, 84:16, 84:17, 84:20, 85:4, 86:13, 87:3, 87:19, 87:22, 88:5, 88:9, 88:12, 88:16, 91:20, 92:5, 92:8, 92:13, 92:19, 92:25, 95:16, 96:11, 98:3, 107:9, 108:3, 109:12, 109:13, 109:15, 109:17, 109:18, 109:22, 109:23, 110:2, 112:2, 112:3, 112:21, 121:1, 134:13, 135:19, 162:10, 162:13, 162:14, 175:19, 175:25, 176:4, 176:6, 191:16, 197:3, 197:4, 197:5, 197:6
**wear** [2] - 79:24, 80:12
**wearing** [7] - 15:19, 46:4, 49:14, 83:14, 84:8, 84:10, 150:4
**websites** [1] - 6:13
**week** [3] - 130:14, 138:17, 178:12
**weekly** [1] - 60:10
**weeks** [5] - 43:10, 47:9, 48:19, 139:16
**weeping** [1] - 124:15
**weighing** [2] - 13:4, 17:22
**weight** [10] - 9:1, 9:6, 13:6, 16:6, 16:8, 18:9, 18:10, 18:13, 19:5, 156:5
**Wells** [1] - 140:3
**western** [2] - 78:17, 79:2
**wet** [2] - 15:20
**WhatsApp** [3] - 93:13, 93:23, 94:19
**wheels** [1] - 56:20
**White** [3] - 146:11, 146:12, 146:18
**whole** [3] - 54:21, 60:3, 92:6
**wife** [15] - 77:1, 77:5, 85:20, 88:17, 89:5, 92:11, 98:8, 98:18, 101:5, 111:1, 114:13, 114:16,

114:22, 118:20, 119:8
**wife's** [2] - 62:17, 77:4
**willfully** [8] - 20:18, 22:11, 22:24, 23:2, 23:17, 23:19, 24:8, 25:9
**William** [2] - 1:20, 39:25
**willing** [1] - 70:11
**wind** [1] - 44:24
**wire** [5] - 25:15, 25:17, 51:4, 141:4, 145:14
**Wire** [6] - 18:22, 25:3, 34:11, 40:23, 40:24, 41:4
**wired** [4] - 141:6, 144:14, 145:22
**wiring** [1] - 145:20
**wise** [1] - 107:17
**wish** [4] - 8:1, 51:10, 124:4, 167:6
**wished** [1] - 146:21
**wishes** [1] - 123:23
**within-mentioned** [1] - 200:8
**witness** [53] - 5:4, 8:12, 8:13, 8:14, 9:21, 12:20, 12:21, 12:22, 14:7, 14:9, 15:7, 15:8, 16:12, 16:13, 16:14, 16:16, 16:18, 16:25, 17:1, 17:6, 17:8, 17:9, 17:10, 17:14, 18:2, 18:8, 28:25, 30:17, 37:15, 53:1, 55:8, 58:13, 61:24, 62:2, 67:13, 95:3, 97:2, 114:2, 123:9, 123:13, 124:8, 125:1, 125:16, 125:20, 126:1, 128:9, 135:24, 181:19, 188:24, 189:3, 189:11
**WITNESS** [8] - 62:7, 121:5, 123:21, 138:5, 147:3, 173:4, 173:17, 189:19
**Witness** [1] - 2:2
**witness'** [10] - 12:17, 16:13, 17:2, 17:4, 17:11, 17:12, 17:16, 17:18, 18:4, 18:8
**witnessed** [7] - 48:22, 184:21, 185:9, 186:5, 186:11, 186:12, 187:2
**witnesses** [16] - 5:3,

8:2, 9:19, 9:20, 10:14, 10:15, 11:1, 12:8, 16:12, 17:17, 18:12, 18:13, 31:5, 38:15, 49:6, 125:16
**witnessing** [1] - 17:19
**woman's** [1] - 168:6
**wonder** [1] - 49:17
**word** [6] - 33:2, 59:3, 76:14, 84:1, 124:18, 125:3
**words** [15] - 11:25, 29:1, 29:15, 42:15, 44:3, 57:8, 104:11, 108:8, 109:2, 136:21, 152:4, 181:14, 184:22, 185:19, 197:9
**wore** [1] - 84:18
**worker** [2] - 168:16, 174:3
**workers** [4] - 50:8, 152:19, 176:13, 180:18
**works** [4] - 6:19, 37:9, 71:10, 76:10
**world** [7] - 31:7, 52:16, 52:25, 54:1, 134:18, 134:19, 138:24
**worn** [2] - 81:4, 83:19
**worried** [4] - 38:17, 44:16, 44:25, 50:23
**worry** [4] - 34:14, 99:2, 160:24, 160:25
**worst** [1] - 77:13
**worthy** [2] - 16:12, 18:3
**wrapped** [3] - 48:1, 48:3, 130:14
**write** [3] - 8:16, 9:4, 187:21
**writing** [7] - 11:11, 25:17, 26:11, 58:15, 71:23, 80:13, 80:14
**writings** [1] - 25:14
**written** [6] - 7:23, 8:21, 20:20, 24:5, 37:13, 41:25
**wrote** [5] - 17:10, 157:7, 157:12, 157:13, 190:19

## Y

**yanked** [1] - 48:1
**yeager** [1] - 200:13
**YEAGER** [4] - 1:24, 200:3, 200:13, 200:16

**year** [8] - 36:4, 107:18, 112:4, 118:9, 128:19, 142:12, 164:25, 171:16
**years** [18] - 29:21, 30:3, 31:7, 37:10, 52:1, 63:1, 63:16, 65:6, 66:4, 66:5, 127:9, 127:10, 127:11, 127:12, 190:2, 190:11, 196:9
**yelling** [2] - 150:24, 151:1
**yesterday** [2] - 18:25, 26:17
**Yo** [1] - 54:9
**York** [2] - 1:18, 38:12
**yourself** [5] - 8:3, 163:20, 178:1, 186:16, 187:17
**yourselves** [4] - 3:17, 4:21, 7:5, 198:23

## Z

**Zarya** [6] - 30:24, 53:15, 53:16, 53:20, 53:22, 177:23
**zenith** [1] - 106:18
**zone** [2] - 59:13, 104:19
**zones** [3] - 64:23, 65:6, 100:10
**Zuhair** [1] - 44:1