1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                            )
          Plaintiff    )
       vs               )   18-CR-97
                            )
ROSS ROGGIO,           )
                            )
         Defendant    )
_____)

TRANSCRIPT OF PROCEEDINGS
*Jury Trial - Day Six*
BEFORE THE HONORABLE ROBERT D. MARIANI
MONDAY, MAY 16, 2023; 9:30 A.M.
SCRANTON, PENNSYLVANIA

FOR THE GOVERNMENT:
    TODD K. HINKLEY, ESQ.
    Assistant United States Attorney
    Suite 311
    235 N. Washington Avenue
    Scranton, Pennsylvania  18503

    SCOTT A. CLAFFEE, ESQ.
    DOJ-Nsd
    Counterintelligence & Export Control Section
    950 Pennsylvania Avenue NW
    Washington, DC  20530

    PATRICK JASPERSE, ESQ.
    DOJ-Crm
    1301 New York Avenue, NW
    Washington, DC  20530

FOR THE DEFENDANT:
    GINO A. BARTOLAI, JR., ESQ.
    238 William Street
    Pittston, Pennsylvania  18640

Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

_____

KRISTIN L. YEAGER, RMR, CRR
CERTIFIED REALTIME REPORTER
235 N. WASHINGTON AVENUE
SCRANTON, PENNSYLVANIA 18503

2

# I N D E X

Witness:

| For the Government: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Jeffrey Burke (Cont'd.) | 5 | 11 | -- | -- |
| Denise Natali | 17 | 49 | 78 | 81 |
| Cody McBride | 82 | 95 | 101 | -- |

# E X H I B I T    I N D E X

| For the Government: | Identified | Admitted |
|---|---|---|
| Exhibit No. 25.8 | 5,16 | -- |
| Exhibit No. 25.9 | 60,90,95 | 60 |
| Exhibit No. 3.4 | 7 | -- |
| Exhibit No. 4.13 | 10 | -- |
| Exhibit No. 15.3 | 24 | 25 |
| Exhibit No. 15.4 | 27,57 | 27 |
| Exhibit No. 15.2 | 49 | -- |
| Exhibit No. 3.2 | 86 | -- |

(The following took place outside the presence of the jury.)

THE COURT: Good morning. I understand you have something you want to discuss?

MR. HINKLEY: Yes, Your Honor. You may recall that Friday afternoon, we were discussing the admissibility of certain exhibits, including some images from Google, one of which the Court admitted, which, I believe, was 25.8. The other Google images, the Government decided not to present those to the jury, and we had discussed Government's Exhibit 25.10, which is a demonstrative video -- I apologize, was it 9 -- which is a demonstrative video created by Special Agent Burke.

Special Agent Burke was looking over his notes over the weekend, and he had made certain representations to the Court, in regards to the date that the Google images or the satellite images were created, in other words, from what the date the satellite was, actually, overlooking the area.

As I understand it, he had testified it was January 2016 was the time frame that the one exhibit entered and the video would have been applicable. When he looked back at his notes, it is, actually, June of 2015 that both of those exhibits would have been the images taken by satellites.

I don't know if it makes a difference, but we wanted to make clear that's what will be indicated. And Mr. Burke is certainly able to testify to that and will do so for the jury.

4

THE COURT: So I'm clear, there's an additional exhibit beyond 25.9 that does show that area as of June of 2015?

MR. HINKLEY: That would be the one still image 25.8 and the video itself, which is 25.9, are both from June of 2015.

THE COURT: The video is the zoom-in?

MR. HINKLEY: Yes, all that is it just shows his manipulation of the Google Maps from way out to in.

THE COURT: Okay.

MR. BARTOLAI: Your Honor, may I -- well, we have the same objection, but may I voir dire him on that, Your Honor?

THE COURT: Sure. I mean, you know, I've admitted those documents, I've ruled on those.

MR. BARTOLAI: 25.9 has been admitted?

THE COURT: 25.9 is a photograph, correct?

MR. HINKLEY: That is correct.

THE COURT: That's been admitted.

MR. HINKLEY: It's not a photograph -- the 25.8 is the image from the computer, and then 25.9 is the video.

THE COURT: I'm using the wrong nomenclature, I don't mean to say it's a photograph, it is the Google image that is captured on 25.8; correct?

MR. HINKLEY: Yes.

THE COURT: That I've admitted.

MR. BARTOLAI: All right.

THE COURT: If you want to voir dire the witness on the next

5

exhibit, you can.

MR. HINKLEY: The next exhibit is the image of the video. 25.8 is a still, 25.9 is --

MR. BARTOLAI: The actual tape?

MR. HINKLEY: I call it a video.

MR. BARTOLAI: I know 25.8 is what was claimed to be the CTG base. And 25.9 is the walk-through, like, where you go to the -- you start, and it's like a video, a movie; right?

MR. HINKLEY: Yes.

MR. BARTOLAI: So they're both admitted, I don't know what I could voir dire on.

THE COURT: Okay, are we ready to go?

MR. HINKLEY: Yes, thank you, Your Honor.

(At this time the jury was placed in the jury box.)

DIRECT EXAMINATION(Cont'd)

BY MR. HINKLEY:

Q.   Good morning, Mr. Burke.

A.   Good morning.

Q.   I hope you had a nice weekend.

A.   I did.

Q.   Just to remind the jury where we were, I believe, when last you were testifying, you were testifying in regards to Google images which you had created using Google Maps; is that correct?

A.   Correct.

6

Q.    And as I recall, Government's Exhibit 25.8 had just been admitted; is that correct?

A.    Yes, correct.

Q.    And based on the same criteria you were using for how you located and created this particular exhibit, did you, also, create a screen-moving video type of image, as you manipulated Google Maps, based on the information that you had learned during your investigation?

A.    Yes.

Q.    That would be Government's Exhibit 25.9; is that correct?

A.    Yes, I believe it is.

Q.    Okay.

        MR. HINKLEY: At this point, Your Honor, if I haven't done it, officially, in front of the jury, I would move for admission of Government's Exhibit 25.9.

        THE COURT: Mr. Bartolai, do you wish voir dire on this?

        MR. BARTOLAI: No, Your Honor. The objection is noted, Your Honor.

        THE COURT: 25.9 is then admitted.

        (At this time Government's Exhibit No. 25.9 was admitted into evidence.)

        MR. HINKLEY: May I publish, Your Honor?

        THE COURT: Yes.

BY MR. HINKLEY:

Q.    So I'm going to ask you to watch the video, and, then,

after that, explain to the jury how you created it.

A.   Very good.

MR. HINKLEY: Would you play 25.9, please.

(At this time a video was played for the jury.)

BY MR. HINKLEY:

Q.   As this is playing, what is the general area of this?

A.   The video starts from a higher altitude showing the entire Sulaymaniyah region, and, then, slowly focuses in to the previous exhibit, which we have identified as a military compound.

(Video continued.)

BY MR. HINKLEY:

Q.   Mr. Burke, I'll show you what's been marked Government's Exhibit 3.4, previously admitted. Do you recognize this?

A.   Yes, I do.

Q.   As part of your investigation, did you discover this photograph?

A.   Yes, I did.

Q.   Why don't you explain to the jury where the photograph comes from?

A.   The photograph comes from an open source intelligence search that I conducted on Polad Talabani. I was led to an article written by Jack Murphy, it's called the SOFREP website, and he was doing an Expose' on Polad Talabani and CTG, Counter Terrorism Group of the Peshmerga.

8

Q.    Have you seen images of Polad Talabani here and other places, during your investigation?

A.    Yes, I have.

Q.    Is Polad Talabani in this photograph?

A.    The gentleman standing in the forefront appears to be Polad Talabani.

Q.    During your testimony last week, do you recall that we talked about and you testified in regards to doing search warrants on two residences associated with the Defendant, that is, his marital residence and the residence of his parents?

A.    Yes.

Q.    During your testimony, if I recall, you had indicated that, during those searches, that there were no gas rings or firing pin retainers of bulk found at those locations?

A.    Yes, correct, in bulk form, we found none.

Q.    Did you, also, search for rifling combo buttons during those searches?

A.    Yes, they would have been listed as items to search for.

Q.    Were combo buttons found at the Defendant's residence?

A.    No, based on the review of the returns, there were no combo buttons found.

Q.    Were rifling buttons found at his parent's residence?

A.    No.

Q.    His parents' residence, if I recall your testimony, was the location that he had listed for the corporate offices of

9

Roggio Consulting Company, LLC; is that correct?

A.    Yes, that is correct.

Q.    During your investigation and review of the documents, did you ever discover evidence that he sold rifling buttons in Pennsylvania?

A.    No.

Q.    Did you ever find evidence that he gave those things away?

A.    No.

Q.    Did you find any evidence that there was a manufacturing facility that the Defendant was a part of, during that time frame in Pennsylvania or in the United States, that would have used rifling buttons?

A.    Not during the time of the searches, no.

Q.    As part of your investigation, did you look for and receive copies of military records for Mr. Roggio?

A.    Yes, I did.

Q.    Was Mr. Roggio ever in the United States Military?

A.    He was.

Q.    How long was he in the military for?

A.    Approximately, one year and nine months of active duty.

Q.    What was the date frame of which he was part of the U.S. Military?

A.    Outside of a two-month period, which appeared to be training, in 1987, his active duty consisted of -- beginning in

February of 1989 to September -- I'm sorry -- November of 1990.

Q.   Agent Burke, I'm going to play Government's Exhibit 4.13, which has been previously identified and introduced for you.

MR. BARTOLAI: Your Honor, we object. Relevance.

THE COURT: Well, I haven't heard the question yet, so it's hard for me to say whether the use of this exhibit is going to produce an irrelevant question or answer.

MR. HINKLEY: If I may tell you where I'm going with this, Your Honor?

THE COURT: Please.

MR. HINKLEY: So during this recording, the Defendant claims certain type of military service, including transporting prisoners during war, as well as interrogation. So I'm asking to play that, and, then, I'm going to have a question or two of Mr. Burke whether or not his military record reflects what he has indicated in this recording.

THE COURT: I'll allow it.

(At this time an audio recording was played.)

BY MR. HINKLEY:

Q.   Agent Burke, having reviewed the Defendant's military record, were you able to find any note that he was transporting prisoners during war?

A.   No.

Q.   Perhaps, you can show us where he was deployed, during war, and was taught how to interrogate people?

11

A.    We found no evidence of that in the military record.

Q.    There was no evidence in the military record where the military had trained this Defendant on how to interrogate people?

A.    No.

Q.    There is a note, nonetheless, in the military record, where he was offered $50,000 per interrogation; wasn't there?

A.    No, we did not find any evidence of that.

MR. HINKLEY: No further questions, Your Honor.

THE COURT: Mr. Bartolai, cross-examine.

MR. BARTOLAI: Yes, thank you.

CROSS EXAMINATION

BY MR. BARTOLAI:

Q.    Good morning.

A.    Good morning, Counselor.

Q.    Now, on May 10, 2017, you were present at Mr. Roggio's house executing a search warrant; correct?

A.    I was present at the parents' house where Mr. Roggio was, yes.

Q.    You had the occasion to speak with him?

A.    Yes.

Q.    He gave you a statement, did he not?

A.    He did.

Q.    He told you that he was working for the CIA?

MR. HINKLEY: Objection, Your Honor. Calls for hearsay.

MR. BARTOLAI: Your Honor, the Government just opened the door on this, they've asked him about his military service and whether he was working for the Government. It's a fair response to that, Your Honor.

MR. HINKLEY: It's not, it calls for hearsay.

MR. BARTOLAI: If we're going to discuss the matter forward, could we have a sidebar?

THE COURT: You can go forward. If you want a sidebar, you can have it, but that's my ruling.

BY MR. BARTOLAI:

Q.    He told you that he was working for the CIA in Iraq; correct?

A.    He just indicated that he was working for the CIA.

MR. BARTOLAI: May I have a moment?

THE COURT: Yes.

MR. BARTOLAI: Judy, this is the issue I wanted to talk about. So I have some documents, Your Honor, that there may be a little bit of difficulty. I'd like to show them to Mr. Burke and have him authenticate them. And I'm trying to work with my system where, like, I could show him the document or -- it's a video -- without -- of course, they wouldn't be admitted at this point, so the jury wouldn't need to see them. So I'm going to try to work with them.

THE CLERK: You can try it.

MR. HINKLEY: May we approach, Your Honor?

13

THE COURT: Sure.

(At this time a discussion was held on the record at sidebar.)

MR. BARTOLAI: So I think an offer of proof, is that what you're asking for?

MR. HINKLEY: So I am going to be objecting to this line of questioning. I asked Mr. Bartolai what documents or videos or what he's going to get into, and he had proffered that he is going to speak to Mr. Burke about videos that Mr. Roggio took that he sent to Ms. Mecomber, claiming that he was detained in Iraq, at the end of this, before he left Iraq at the end.

And I think the Court has already indicated that the Defendant has to testify, himself, you can't get this type of evidence in through third parties.

MR. BARTOLAI: So here's where I am. I have marked as Exhibits 3, relative to this line of questioning, two of them -- well, No. 10, which is a photo of Mr. Roggio, a still photo, he's holding his identification in his hand. Of course, we could show them to the Court. And there are two videos, very short, about a minute each, they seem to be both the same. They seem to be the beginning of one and then the next one continues from there.

And what these videos are, Your Honor, these are videos that were given to me by the Government in discovery, and they were turned over by Ms. Mecomber to the FBI in about 2017,

early on, at a point in time when it was claimed that he was being detained and held in Iraq by these Talabanis.

Now, the videos, themselves, they show him, more or less, taking a selfie of himself saying, I've been detained in Iraq, you know, someone please help me. It seems to be a plea, saying -- that he is describing his circumstances and sending them to Ms. Mecomber, in an effort to have her submit them to the Consulate and help get him released.

Ultimately, she did get them and submit them to the Consulate and to the FBI, an attache', in Erbil and so on. And the Government is fully aware of this. At this point, Judge, I'm merely attempting to have him authenticate them, okay. So he should be able to do that. He has them, he has received them, he has seen them.

Ultimately, I'll seek to have them admitted, Your Honor. And I would submit that they're an exception to the hearsay rule under, say, his present state of mind where he can testify as to this fear that he's under, he's making a plea right at the moment, you know, for help. We're not necessarily offering them for the truth of the matter, but the fact that he was in distress and making this plea, and we submit that it would be admissible as hearsay under, I believe, it's 803.

THE COURT: What would this witness say about any of that?

MR. BARTOLAI: Well, they could say that it's part of his investigation, he did receive -- these videos, I think, were on

the evidence that was --

MR. HINKLEY: So these videos were submitted by Ms. Mecomber to the FBI down in, I think, the Charlotte area, it wasn't part of the investigation, but we found out about the videos later. And in any regards, how does this witness authenticate these videos?

THE COURT: I don't see how he can. I don't see how he can.

MR. BARTOLAI: Okay.

THE COURT: And, frankly, I think they are hearsay, which may be introducible, should the Defendant testify, but I don't think this man is in a position to authenticate them or has enough knowledge to say what they are and what was happening, because I'm hearing he had nothing to do with them; am I correct?

MR. HINKLEY: Nothing, Your Honor. These were videos his client made, himself, sent to his ex-spouse and asked her to submit to the FBI.

THE COURT: Which she did?

MR. HINKLEY: Yes.

THE COURT: But this man had no role in that?

MR. HINKLEY: He knows about the existence of them, that's about it.

THE COURT: So I don't think so.

MR. BARTOLAI: All right.

(At this time the discussion at sidebar was concluded.)

BY MR. BARTOLAI:

Q.    Agent Burke, if we can see Government's Exhibit 25.8. This is a photo that you took using Google Earth?

A.    I did not take it, I obtained it from Google Earth.

Q.    So No. 25.8 is a photo that you obtained from Google Earth. Can you tell us the coordinates of this photo?

A.    Not offhand, no.

Q.    You know, when I ask you that, I'm asking you for -- I don't know if plot point matters? Am I using the right terminology, so we understand each other?

A.    Yes, you're looking for the coordinates that would represent, kind of, the center point of this base, and, no, I don't recall them offhand.

Q.    You don't recall, okay.

        MR. BARTOLAI: Nothing further.

        THE COURT: Redirect?

        MR. HINKLEY: No questions, Your Honor. Thank you.

        THE COURT: Thank you, Mr. Burke. You can step down.

        MR. JASPERSE: The Government calls Denise Natali.

D E N I S E    N A T A L I  IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

        THE CLERK: Would you please state and spell your name for the record?

        THE WITNESS: Denise, D-E-N-I-S-E, Natali, N-A-T-A-L-I.

        THE CLERK: Thank you. Please be seated.

DIRECT EXAMINATION

BY MR. JASPERSE:

Q.   Good morning, Dr. Natali. Let's start with your educational background. Where did you get your Bachelor's degree?

A.   Franklin and Marshall College in Lancaster, Pennsylvania.

Q.   Did you get a Master's degree?

A.   Yes, I did.

Q.   From where?

A.   Columbia University School of International and Public Affairs in New York.

Q.   What was your Master's degree in?

A.   International Affairs.

Q.   Do you, also, have a Ph.D.?

A.   Yes, I do.

Q.   Where is your Ph.D. from?

A.   University of Pennsylvania in Philadelphia, PA.

Q.   What is your Ph.D. in?

A.   Political Science.

Q.   Where do you currently work?

A.   I work at The National Defense University, The Institute For National Strategic Studies.

Q.   What is your current position there?

A.   I'm the Director of The Institute For National Strategic Studies.

18

Q.    Did you say The Institute For Strategic Studies is part of The National Defense University?

A.    It is, and we are part of The Department of Defense, we are an entity within The U.S. Department of Defense.

Q.    Generally, what The National Defense University do for The Department of Defense?

A.    Sure. We are the nation's premier joint professional military educational institute, and my institute provides research for the Joint Staff and The Secretary of Defense. So we do research and provide education.

Q.    Are you here today in your capacity as an employee of The National Defense University?

A.    No, I am not, I am here in a personal capacity.

Q.    Have you been retained separately by The Department of Justice to be an expert witness in this case?

A.    Yes, I have.

Q.    Do the views you express in this case represent the views of The National Defense University or The Department of Defense?

A.    No, they did not. The views represent my own, personally, and not those of The U.S. Government, DOD or The National Defense University.

Q.    Are you being paid by The Department of Justice to testify as an expert in this case?

A.    Yes, I am.

Q.    How much are you being paid?

A.    I'm being paid $600 an hour.

Q.    Have your views been influenced by the fact -- let me start that again.

      Is your testimony today influenced by the fact that you are being paid by The Department of Justice?

A.    No, it is not.

Q.    How long have you been employed by The National Defense University?

A.    I first came on board in January of 2011, 2011 to 2018, and, then, I went off The State Department for a couple years, and I came back to The National Defense University in December 2020 until the present.

Q.    In your work at The National Defense University, have you focused on a particular part of the world?

A.    I have.

Q.    What part of the world?

A.    The Middle East, before I became Director.

Q.    Any particular focus within The Middle East?

A.    Yes, the transborder Kurdish issue, Iraq, Turkey, Iran, Syria, the regions where the Kurds reside.

Q.    You mentioned that there was a period of time, starting in 2018, when you were working at The State Department instead of The National Defense University?

A.    Yes.

20

Q.   Could you tell us a little bit about what you did at The State Department and what your position there was?

A.   Yes. I served at The State Department for two years and two months, and I was Assistant Secretary of State for The Bureau of Conflict and Stabilization Operations.

Q.   At one point in your career, did you work as a contractor for The U.S. Agency For International Development?

A.   I did, I did. In 1993 to 1994 in Northern Iraq, I worked for USAID.

Q.   Did you, also, work, at one point, for The American Red Cross?

A.   I did. In 1991, I worked at The American Red Cross, and that was to support the Gulf Relief Project in Southeastern Turkey and Northern Iraq.

Q.   In addition to your work at The National Defense University, have you held academic positions, first of all, in The United States?

A.   I have, I worked as an Associate Adjunct Professor at Georgetown University for several semesters, 2012, '13, '17 and '18, one semester a year.

Q.   What did you teach at Georgetown?

A.   I taught a course for Master's students called Security Issues of The Middle East.

Q.   Have you written any books?

A.   I have.

21

Q.   Do you recall the titles of those books?

A.   I do. I have written two books, the first one is called "The Kurds and The State: Evolving National Identity in Iraq, Turkey and Iran." That book won the Choice Award for Outstanding Academic Title.

And the second book was called "Kurdish Quasi-State. Development and Dependency in Post-Gulf War Iraq."

Q.   Have you published numerous articles in academic journals?

A.   Yes, I have.

Q.   What is the subject matter of most of those?

A.   Most of them were on the Kurdish issue, particularly, as it pertains to Iraq, but, also, the Kurds' relations with other neighboring states.

Q.   Have you ever lived in the Kurdistan Region of Iraq?

A.   I have. At different times, since 1992, when I first went, but, probably, comes to a total of seven years. The last trip was from 2005 to 2010, I lived there.

Q.   What were you doing, at that time?

A.   I first went over because Saddam Hussein was overthrown, and there was people who wanted to start up the higher education system, so I was part of the start-up team to start up this new university, that was one part, and then I was teaching and doing research on my second book.

Q.   Have you ever lived in Sulaymaniyah?

A.   I have.

Q.    When did you live in Sulaymaniyah?

A.    I lived, at different times, again -- when I first went, when I was working for USAID, we had offices, these were Government offices, so I would go to Sulaymaniyah and stay there at different times where our office was. But, then, when I went back and I would go back to do research, I'd stay in Sulaymaniyah.

In the summer of '95, I lived in a village to do research and to learn the language, it was in Sulaymaniyah. Then, again, from 2009 to 2010, I was working at The American University of Iraq, and that was in the City of Sulaymaniyah, so I lived there, as well.

Q.    Are you conversant in Kurdish?

A.    Yes, I am, and Farsi.

Q.    Over your career, in what part of the world have you focused?

A.    What part of the world? The Middle East, the Kurdistan Region of Iraq.

Q.    How long have you been studying the Kurds and Northern Iraq?

A.    Long time. Since I first went in 1992, I wrote my first article, that was the first time I visited, and I've been working on the issue since, in different capacities.

Q.    Have you studied for many years and are you knowledgeable about the relationship between the Region of Kurdistan and the

Country of Iraq?

A.    Yes.

Q.    Have you studied for many years and are you knowledgeable about the Government in the Kurdistan Region of Iraq?

A.    Yes, I am.

Q.    Have you studied for many years and are you knowledgeable about the political parties in the Kurdistan Region of Iraq?

A.    Yes.

Q.    Have you studied for many years and are you knowledgeable about how power is exercised in the Kurdistan Region of Iraq?

A.    Yes.

Q.    Have you studied for many years and are you knowledgeable about -- and are you familiar with the families that control power in the Kurdistan Region of Iraq?

A.    Yes

Q.    Have you studied for many years and are you familiar with military and security services in the Kurdistan Region of Iraq?

A.    Yes.

Q.    Have you studied for many years and are you knowledgeable about how business is conducted in the Kurdistan Region of Iraq?

A.    Yes.

Q.    Are you knowledgeable about how, in the Kurdistan Region of Iraq, the Institutions of Government, the political party structure, the military and security services and private

companies are intertwined and interconnected?

A.    Yes.

MR. JASPERSE: Your Honor, I tender Dr. Denise Natali as an expert on the Kurdistan Region of Iraq, particularly, on Kurdistan's relationship with Iraq and how certain families control power in Kurdistan, including power over the Government, political parties, the military and security services and private companies.

MR. BARTOLAI: She's accepted, Your Honor.

THE COURT: Thank you. Dr. Natali is qualified as an expert, as laid out in detail by Mr. Jasperse, as to which there is no objection.

BY MR. JASPERSE:

Q.    Dr. Natali, I should have checked what binders are there, but is there a binder that includes Exhibit 15?

A.    I don't have my glasses with me. Exhibit 15?

MR. JASPERSE: May I approach, Your Honor?

THE COURT: Yes.

BY MR. JASPERSE:

Q.    So let's open in front of you what's been marked Government Exhibit 15.3. Do you recognize that?

A.    Yes, I do.

Q.    Just try to keep the microphone close.

A.    Yes, I do.

Q.    What is it?

A.    That's a map of Iraq.

Q.    Does it appear to be a true and accurate map of Iraq?

A.    Yes, it does.

Q.    In preparation for your testimony, did you prepare an expert report in this case?

A.    Yes, I did.

Q.    And, in fact, is that the map that you included in that report?

A.    Yes, it is.

    MR. JASPERSE: Your Honor, I would ask for admission of Government's Exhibit 15.3.

    MR. BARTOLAI: No objection.

    THE COURT: 15.3 is admitted and may be published.

    (At this time Government's Exhibit No. 15.3 was admitted
      into evidence.)

BY MR. JASPERSE:

Q.    Once it's on the screen in front of you -- is it on the screen?

A.    Yes, that's much better.

Q.    So if you feel comfortable doing it, by touching the screen, you can actually draw on the screen and make a circle. My question is, where is the Kurdistan Region of Iraq?

A.    Okay, it's here, the northern area, I don't know if I did the lines exactly, but it's the three provinces of Duhok, Erbil and Sulaymaniyah, so it's the north.

Q.   What countries border the Kurdistan Region of Iraq?

A.   Turkey to the north, Syria to the west, Iran to the east.

Q.   What is the capital of the Kurdistan Region of Iraq?

A.   It's called Erbil, it's right there(indicating).

Q.   Where is Sulaymaniyah?

A.   Sulaymaniyah is right there(indicating), it's to the east.

Q.   Can you circle it on the map?

A.   Sure. (Witness complied.) This is Sulaymaniyah right there(indicating).

Q.   Thank you. What is the population of the Kurdistan Region of Iraq?

A.   It's about 4 million, you know, there hasn't been a census in many years, but that's the estimated approximate number. About 17 percent of the Iraqi population.

Q.   What is the ethnicity of the Kurdistan Region of Iraq?

A.   It's the vast, vast majority is Kurdish, over 95 percent is Kurdish.

Q.   What is the religion of the Kurdistan Region of Iraq?

A.   The vast majority is Sunni Muslim.

Q.   What is the predominant language in the Kurdistan Region of Iraq?

A.   It's Kurdish, although, the young people, they learn Arabic in school, it's Kurdish.

Q.   What is the predominant language in the rest of Iraq?

A.   Arabic.

Q.    In the binder, now, just turn to the very next document, it's marked 15.4.

A.    Yes, I see it.

Q.    Do you recognize that?

A.    Yes, I do.

Q.    What is that?

A.    That's the region -- that's the Kurdistan Region, that's the region with the three provinces of Duhok, Erbil and Sulaymaniyah.

Q.    Sorry to interrupt. Does it appear to be an accurate map of the Kurdistan region?

A.    Yes.

       MR. JASPERSE: Your Honor, we would move to admit 15.4.

       MR. BARTOLAI: No objection.

       THE COURT: 15.4 is admitted.

       (At this time Government's Exhibit No. 15.4 was admitted into evidence.)

BY MR. JASPERSE:

Q.    Is Sulaymaniyah -- and I apologize, you pronounce it a little bit differently than some of the other witnesses we have had, and it's actually spelled a little differently on this map than the previous one -- is that a city or a province or both?

A.    It's both. So there's -- this whole area is Sulaymaniyah(indicating), that's the province, but, then, there's, also, the city Sulaymaniyah, so it's both.

28

Q.    It's like New York, New York?

A.    Yes.

Q.    After the Gulf War, in which Saddam Hussein was removed from power, did Iraq ratify a new Constitution?

A.    It did, it was October 15th, 2005, Iraq had created a new Constitution.

Q.    What status does the Iraq Constitution give Kurdistan?

A.    In the Constitution, the Kurdistan became a region, so it became an official region of the Iraqi State.

Q.    Are there Federal regions in Iraq, other than Kurdistan?

A.    There are. So the entire country of Iraq -- and there's 15 other entities, they're not regions, they're provinces -- the Kurdistan is the only region because it comprises 1, 2, 3 provinces.

Q.    Is there any difference between being a province and being a region?

A.    Yes, there's a big one.

Q.    What's the difference?

A.    Being a province, let's say, you're like the state of The United States, right, we are all states, so all of these are many states in Iraq, but then they put three of these together, and that's the Kurdistan Region.

So in this Federal structure, there's a Federal Government, there's all these little provinces, these states that have their own local government, and the Kurdistan Region

has three provinces that comprise a region.

It would be like Pennsylvania, Ohio and New York coming together and having one Government for these three provinces.

Q.   Do the provinces that are outside of Kurdistan, do the other provinces in Iraq have the same degree of independence that the Kurdistan Region has?

A.   I wouldn't use the word, independence, because -- I would say, autonomy, because they're still part of a Federal structure in Iraq, so they all have certain degrees of autonomy and local decision-making, because it's part of a Federal system, right, so let's say in The United States, again, all of these states have the same degree of local decision-making and autonomy.

The Kurdistan Region, because it became a region, it has, also, a special relationship with the Iraqi Government. There's three provinces, and they have, you know, certain authorities.

Q.   Is it unique, in that respect?

A.   It is unique, in that way. This is a very distinct form of Federalism, in the sense that, in addition to the 15 other provinces, there's almost a consociational relationship between the Kurdistan Regional Government and the Federal Government in Baghdad.

Q.   So in what ways is Kurdistan's relationship to Iraq like Pennsylvania's relationship to the United States?

A.   Okay, so, like, let's go back to a general Federal system.

In a Federal system, it's created to share power between the states and the Federal Government. It is to prevent the centralization of authority. And I would say the third is to allow local decision-making. In all of that regard, it's the same. However, there's differences.

And this system, here, usually, in Federal structures, the states have to -- it's reciprocal, the states have to pay back, they pay taxes, they pay revenues into the Federal system. That's not the case here.

In the Kurdistan Region, there hasn't been any regularized taxes being paid back to the Central Government, so there's not that type of reciprocity.

Q.    How about, in terms of borders. For example, did you drive to Scranton yesterday from the Washington, D.C. area?

A.    I did; it was a beautiful drive.

Q.    When you crossed the border into Pennsylvania, did you have to stop?

A.    No, I didn't.

Q.    If you were traveling from another part of Iraq into Kurdistan, would you just breeze through like you did yesterday, when you were coming into Pennsylvania?

A.    Never. I've taken this road all over. From the north, I've taken a car from the north all the way through Baghdad -- all through the country I've been driving, and there's check points along the way. So you can't go from even here to

31

here(indicating), you'll get several check points.

And, you know, it depends on if there's conflict or tensions between the two parties, you always know that, because there's more check points that are put along the way. So you have to go through check points, you have to show your I.D., there's a process.

Q.    Does the Iraq Constitution say how much of the Central Iraq Government's budget should go to the Kurdistan Regional Government?

A.    Yes, it's approximately -- it's come to, approximately, 17 percent.

Q.    What is that based on?

A.    Mostly, based on -- it's based on population.

Q.    Looking at that from the other direction, how much of the Kurdistan Regional Government's budget comes from Baghdad?

A.    A lot, about 90, 95 percent. This is a highly-dependent region, its revenues have come from the Iraqi Government, a lot of it.

Q.    What does the Iraq Constitution say about who should be the President of Iraq?

A.    The Iraq Constitution created a system that was to divide power between ethnic and religious groups, in the effort to have them all get along and be inclusive. So what that meant was, the President was to be a Sunni Kurd, the Prime Minister was to be a Shia Arab and The Speaker of the House was to be a

32

Sunni Arab.

Q.    Which of those three positions has the most authority?

A.    Well, real power rests in the Prime Minister, but the President is a symbolic position, it's important, very important, but real authority rests with the Prime Minister.

Q.    The symbolic President position, that's the one held by the Kurds?

A.    Yes.

Q.    Does the Kurdistan Region of Iraq have its own Government?

A.    Yes, it does.

Q.    What is that called?

A.    It's called The Kurdistan Regional Government.

Q.    Does the Kurdistan Regional Government have a President?

A.    Yes, it does.

Q.    That's different, now, than the President of Iraq?

A.    Yes, because the Kurdistan Region in the Iraqi Constitution was recognized, officially, as part of the state.

Q.    Does the Kurdistan Regional Government, also, have a legislature?

A.    Yes, it does.

Q.    Are there political parties in the Kurdistan Region of Iraq?

A.    Yes, there's several, but there's two main ones.

Q.    What are the two major parties?

A.    The two major parties, one is called the KDP, The

33

Kurdistan Democratic Party, and the other one is called The Patriotic Union of Kurdistan.

Q.    Are there areas of Kurdistan in which each of those parties dominates?

A.    They do.

Q.    Could you explain that to the jury?

A.    Sure.

Q.    There's, also, a stylus up there, if that's easier.

A.    Okay, so here, this part here(indicating), Duhok, that's where the KDP is, that's the one party, they're very dominant. And I would say here(indicating), now here. They weren't always, it used to be shared. And there's little speckles of the PUK, but all of this here is the KDP, and all of this here, the Sulaymaniyah area, particularly, is the PUK(indicating).

Now, some KDP people can be here, it's not so clean. And in the past, like, in the 90's, Erbil was really largely or half PUK, but they've lost influence a bit, but this is pretty clean. This has always been KDP. If you had an election, these people wouldn't get any votes.

MR. JASPERSE: Let the record reflect that the witness has identified the north and western part of Kurdistan as the region that the KDP dominates, and the eastern and southern part as the area that the PUK dominates.

THE WITNESS: Yes.

THE COURT: The record will so note.

34

BY MR. JASPERSE:

Q.    Just so it's clear, which party dominates in the Sulaymaniyah area?

A.    Very clear, this is the PUK.

Q.    So the remainder of my questions are, mostly, focused on the PUK and the area of Sulaymaniyah City and the surrounding area.

Well, first of all, are each of those two parties that you just described dominated by a particular family?

A.    Yes.

Q.    Could you tell the jury which families dominate those parties?

A.    Sure. The KDP has, historically, been dominated by a family called Barzani, B-A-R-Z-A-N-I, the Barzani family, they go back for decades. And the Sulaymaniyah area, PUK is dominated by a family called the Talabani family.

Q.    Just so it's clear, which family controls the area around Sulaymaniyah?

A.    Largely, influence-controlled by the Talabani family, this whole area here (indicating).

Q.    Just so it's clear, in 2015, what family exercised control of the Sulaymaniyah area?

A.    That was the Talabani family.

Q.    Is the relationship between the Kurdistan Regional Government and these political parties, these families, the

35

same as the relationship between the Government and political parties in the United States or is it different?

A.    It's different. I'll step back a bit. In the United States, we have two parties, right, we have the Democratic Party and we have the Republican Party, so we're a two-party system. And, in that way, the Kurdistan Region is similar. They've got these two parties, they largely balance power, you know, it was, initially, set up to have a 50-50 power-sharing, now, it's a little uneven, but that is a sense of a strong two-party system.

But other than that, the nature of political parties is very different than it is here in the United States. And by that, I mean, these parties are interwoven with very traditional and long-standing tribal groups, traditional families, local networks, they're part of these two political parties.

The second thing is, unlike the United States, these parties have deeply, deeply entrenched control or influence over every day life, businesses, big businesses, the economy, education, the media. I'll give you an example.

In one of the times I was there, let's say, 2005, I was teaching at a public university, very big university, I had, like, 70 students in the class. And they were having student elections.

Now, on college campuses today, you have The Young

36

Democrats, The College Republicans, that's normal. But there, even to have to decide, you know, not only local students running for positions, but I was determining what students would be coming into my Master's class, and that was so political, that the political parties went into the system to make sure that political -- only political party members were able to get into the Master's program, which then would give them a slot into getting a position.

So, essentially, if you're an independent person and you're not tied to these parties, it's very, very difficult, if not impossible, to do -- you know, to get things.

Q.   How about when it comes to business, who controls the major companies in the Sulaymaniyah part of the Kurdistan Region of Iraq?

A.   Different. Again, the big businesses, you have to go through the PUK and the families, and, then, you have to go, in the north, it's the other family. But, then, there's the PUK, which somewhat factions within, but really big important businesses that are sensitive with security or oil and gas, you have to go through the Talabani family for that, you've got to go through the families for that.

Q.   What are some of the companies influenced by Talabani family in the Sulaymaniyah area?

A.   One, for example, is the No-con Group, another is Faruk Company, I mean, there could be others, but those are the ones

that I know.

Q.    Could Faruk operate without the approval of the Talabani family?

A.    Well, Faruk itself, if you're an Iraqi, and Kurds are Iraqis, right, people who have had businesses in the region for decades. But if you're in Sulaymaniyah and there's some large entity like that that's, let's say, very important, and it's got, you know, media, they would be working in some way through or partnership or some way through the Talabani family, because there's security issues, and all of that falls within that family, within the political structure there.

Q.    How about a weapons factory that was supposed to make thousands of rifles per month. Could a factory like that open and operate in Sulaymaniyah without working through the Talabani family?

A.    In that scenario, I cannot imagine that, because, again, in that type of scenario, you're talking about security, which is a dossier, that is one of the big dossier's and very important to the family, so, no.

Q.    So moving into that, does the Kurdistan Region of Iraq have its own military and security services?

A.    Yes, it does.

Q.    What are the Peshmerga?

A.    The Peshmerga are the official Armed Forces of the Kurdistan region. The Iraqi Constitution, I think, it's Article

112 Section 5 authorizes that by requiring the region to create and maintain the security forces of the region, that includes police, intelligence and Peshmerga, those are the Armed Forces of the region.

Q.    Does that name mean something, Peshmerga?

A.    Yes, it does. So in Kurdish, Pesh means before and Merga means death, so you translate it as those who come before death, those who face death, is the literal translation.

Q.    What is the Peshmerga's job?

A.    Peshmerga's job is to protect the Kurdistan Region and to advance the national interests of the Kurdistan Region.

Q.    Are the Peshmerga recognized by the Kurdistan Regional Government?

A.    Yes, they are.

Q.    Are the Peshmerga recognized by the Central Baghdad Government?

A.    Yes, they are.

Q.    Are the Peshmerga recognized by the 2005 Iraqi Constitution?

A.    Yes, they are. As I indicated, it's Section 112, again, they are considered the official security forces of the region, and they are provided a budget by the Iraqi Government, and that budget goes to the Kurdistan Regional Government, which then pays the Peshmerga.

Q.    Is there an institution, within the Kurdistan Regional

Government, that the Peshmerga are part of?

A.    Yes, the Peshmerga are -- they're a hybrid organization, so they report to the -- there's a ministry in the Iraqi Kurdish Government called the Iraqi Kurdistan Parliament, but there's, also, the Government, they report to the Ministry of Peshmerga Affairs.

Q.    Just like in the United States, the Air Force and Marines report to The Department of Defense?

A.    Exactly.

Q.    Where does the money to pay Peshmerga salaries come from?

A.    Iraqi Government, The Federal Government in Baghdad.

Q.    Were the Peshmerga part of the fight against ISIS?

A.    Yes, they were a very important part of the international coalition to fight the Islamic State of Iraq in Alsham, ISIS, The United States Department of Defense and our allies and partners worked with the Iraqi Ministry of Defense and the Kurdistan Region Ministry of Peshmerga Affairs to continue this fight.

      And last fall, The Department of Defense continued that memorandum of understanding with the Peshmerga -- Ministry of Peshmerga Affairs for another five years, so that recognition and that partnership continues.

Q.    So the Peshmerga are allies of the United States in this effort?

A.    As part of the Iraqi Government, the official Iraqi

40

Government.

Q.   You've already talked a bit about how, in Kurdistan, the political parties are intertwined with the Government of Kurdistan in a way that's different than what we are accustomed to in America.

Do the political parties have their own Peshmerga forces, as well?

A.   They do. As I indicated, the Peshmerga, you can look at them as a hybrid organization, that they are officially recognized by the Iraqi Government and they are the entity of the Kurdistan Regional Government, and they are, also, attached to the two political parties.

The KDP has their Peshmerga and the PUK has their Peshmerga. They're still officially recognized, but they are tied to the political parties, as well.

Q.   So for the Peshmerga that are tied to a political party, does that mean that they're just, essentially, like, a private militia?

A.   Not at all. They get -- they're formally recognized, there's a command structure, their salaries are channelled through, again, paid through the Kurdistan Regional Government and the political parties pay them. All of this is part of the structure of the Kurdistan Regional Government.

Q.   Okay, we have talked about the Peshmerga. What is the CTG?

A.   CTG stands for Counter Terrorism Group, and they are based

41

in Sulaymaniyah.

Q.   How does the Counter Terrorism Group fit into Kurdistan's security structure?

A.   It's part of the official security structure of the Kurdistan Region, it's based in Sulaymaniyah, and it reports to the PUK Intelligence Agency.

Q.   When was the CTG created?

A.   This CTG was created in 2002, 2003, and the reason it was created was this was right before we were preparing, you know, for the intervention in 2003, so you have this radical terrorist group called Ansar Islam, and the CTG was formed to help eradicate Ansar Islam in this area, and they did. Ansar Islam was precursor to Al-Qaeda and ISIS, so they were there to do some serious counter terrorism activities.

Q.   When they do that, they're part of the Government?

A.   Yes, yes, absolutely. The United States worked with them. They were official entities of the Iraqi State, and we worked with them for that reason.

Q.   How would you describe the CTG related to the Peshmerga? What's different about the CTG?

A.   Sure. The CTG doesn't report to the Ministry of Peshmerga Affairs. Their official entity -- the people that are within the CTG, they're Peshmerga, they recruit from Peshmerga, okay, but this is like the elite. I want to say, like, our Special Forces, but then some. These are the guys that wear these

42

really scary masks, and you know who they are, when they're driving around, these are serious people driving around in trucks, and they are trained, in very serious ways, and they take the best of the best.

Q.    In 2015, who was in charge of the CTG?

A.    That was Polad Talabani.

Q.    Based on your expertise and experience in Kurdistan, could anything significant happen on a CTG base without the CTG commander's approval?

A.    So the short answer is -- let me explain -- no. These types of -- let's say you go on a military base, and if you were to go -- a U.S. military base, I've been on many in my life -- you know, small little incidents that happen on a day-to-day basis, but significant incidents that occur, they have to be informed, the Commander will know about this, it's just the chain of command, it's how it works.

That type of structure in a very important sensitive area, like, the security of a base, has to be reported, there's Peshmerga there, they report to their Commander, and it would go back to the person in charge. So things happening, small little incidents, possibly, but after a couple days, something important that's happened goes to the Commander.

Q.    How about a European being held prisoner at a CTG base for five weeks, could that happen without the Commander's knowledge or approval?

A.    In my view, it's unthinkable, no, it could not. Never.

Q.    Could anyone who is not from Kurdistan come into the Kurdistan Region of Iraq in 2014, 2015 and open and operate a business?

A.    No, it doesn't work that way, you can't. Again, I've been in several times. You have to get a residency -- like any country, like, you have to get a residency permit after 10 days, you have to go to the Security Office, you've got to take health tests. That's just to be a person coming in, let's say, to teach.

But if you want to do business, you've got to get, then, permissions, and you have to have a partner to work with, and then you have to make sure that you're getting, you know, the cards that allow you to go through the check points, there's a whole host of things that you have to do. That's even just to do mid-level things, but if you're starting to get into, you know, big business, again, security-related issues or oil and natural resource issues, you know, you have a lot of requirements that you have to do, you just can't do it by yourself.

Q.    And in Sulaymaniyah, in 2015, who would those permissions have to come from or who would the partner have to be?

MR. BARTOLAI: Objection, Your Honor.

THE COURT: Could you repeat that objection? The stenographer could not hear you.

44

MR. BARTOLAI: Yes. I would object to the form of the question. It's calling for an opinion, Your Honor.

MR. JASPERSE: She has been qualified as an expert to give her opinions in this area.

THE COURT: Yes, I think this is within the realm of her expertise. Overruled.

THE WITNESS: Can you say the question again? I'm sorry.

BY MR. JASPERSE:

Q.   In the Sulaymaniyah area in 2015 -- let me start over. You were describing how someone can't just come from the outside and open a business, right, you said certain permissions are required, certain approvals are required. In the Sulaymaniyah area in 2015, who would those permissions, who would those approvals have to come from?

A.   Yes, again, at the end of the day, you know, you have to go through -- first, you go through the security people, and everybody has their job in the structure. It depends on the level of what your business is. But at the end of the day, if you're doing something really big, you know, first, Who is your Kurdish or Iraqi partner that you're working with on this project? How big is this project? And it ends up going to whoever is in charge, which is somebody in the Talabani family, at some point.

But you're going through -- you know, you have to go through all of these middle level people, as well, and the

45

higher the project and the higher up it goes, it goes to the people in charge of the security, the people in charge of the business licenses and all of those things.

Q.    Would it be possible for a U.S. citizen to operate a weapons factory in Sulaymaniyah without the approval and involvement of the Talabani family?

A.    No, I can't imagine, again, because they were in charge, so, no, I cannot imagine that.

Q.    Is that approval just approval at the very beginning or over the life of the business, would the Talabani family still be involved in major decisions?

A.    It's throughout. Like I said, so you go in, you get the licenses, and then -- we're talking about, let's say, this is a big project, okay, a very big one, the ones you're talking about or others similar. Then you get your licenses. So, then, you want to go in and out of the airport, you want to hire your people, all of these things are vetted. I would say the word, they're vetted.

People look at them, Are these people security threats? Who are you bringing in? They do all of these things. And it's throughout the entire part of a project, so that if you were to travel anywhere, you know, you have to get this special card and people will know that you can go through a check point, for example.

If I may, I'll give you an example. This was back in the

day, I think, '95, I was living in a village, and it was, actually, a village right outside Jalal Talabani's house, and I used to go visit him. I was just doing research, at the time, it was during the Civil War, and I wanted to go just to the next area over. I had to get a letter from -- he became the President of Iraq -- he wrote me a letter, I still have it, he passed away, that said, Please allow Denise Natali to travel to "X". And that was for a three-month period to do my research in the village.

And I've been back dozens of times, and you just have to get the right -- you have to make sure that you have the right paperwork or you won't be able to continue to do what you do. And not just paperwork signed, people know who is behind that and who signed it and who you're working with and who, in the Government, approved that and is behind that project.

Q.   When you got to the check point and showed the handwritten letter from Jalal Talabani, what effect did it have?

A.   Go, of course.

Q.   You said Jalal Talabani was the first President of Iraq?

A.   After Saddam Hussein and after the new Constitution was written, he was the first Kurdish President of Iraq.

Q.   Do you know the relationship between Polad Talabani and Jalal Talabani?

A.   Polad is, I believe, his nephew.

Q.   What is wasta?

47

A.   Wasta is a term -- it's used -- I've heard it used in The Middle East, it's like connections, social and political, and it's connections, it allows you -- it's issues of importance, it allows you to have influence. If somebody who has wasta, they say, He's got wasta, he's got connections, he's got influence, and if you don't have wasta, you can't do big things.

So it's very important, in The Middle East or, maybe, in other parts of the world, but where I worked, if you want things done, sometimes or many times, you have to know somebody who has wasta, and that gives you connections to the big family, to the big people.

Q.   So, practically, what does that mean? Could an outsider, without wasta, get the necessary residency permits without a Kurdish sponsor's support?

A.   No, you cannot. Again, there are people who could come in, let's just say you were with a big -- because there was a period of time there were all these big oil companies coming into the Kurdistan Region, right, their wasta was their own big oil companies. But even then, you have -- they would have to work with, say, the Ministry of Natural Resources.

If you're an individual coming in, you have to have that connection, somehow, but you have to work with somebody at that level or it just won't get approved. So that's just the way that it is, that's the way that it works.

48

Q.   How about you mentioned, earlier, getting in and out of the airport. What does that take in Sulaymaniyah?

A.   I've been to all the airports, so I'm going to speak, generally, but I know the Sulaymaniyah Airport, too. Like, there's average people, you go, you want to go to the airport, you take the bus, you take the local bus and it goes -- just like if you would go to LaGuardia or any other place.

Now, if you're an international person or working there and you go straight through, they look at your identity card again, there are some people who can go straight through because they're working on big projects and their cars have a little sticker on them or they have something on there, they're allowed to go straight through, people know that you've got authorizations or you're working with one of the families who are important in the region.

So, again, it's very -- there's a very tight security issue here, it's not like -- it's different than going to a U.S. airport. We go through security checks, but there, it's getting into the airport, I mean, getting into the airport, you go through people outside, they check your passport, they check your card, you know, there's a security issues there.

MR. JASPERSE: Could I have one moment, Your Honor?

THE COURT: Yes.

MR. JASPERSE: No further questions.

THE COURT: Cross-examine.

49

MR. BARTOLAI: Your Honor, may we take a break?

THE COURT: Sure. Let's take twenty minutes.

(At this time a recess was taken.)

THE COURT: Cross-examine.

MR. BARTOLAI: Thank you.

CROSS EXAMINATION

BY MR. BARTOLAI:

Q.   Doctor, I'm Gino Bartolai, I'm a lawyer for Mr. Roggio, the Defendant in this case. I have some questions for you.

I have a -- it has been marked as Government Exhibit 15.2, but it is a report that you prepared in this case. You're familiar with it?

A.   Yes, sir.

Q.   It's dated December 2, 2022. So I've read it, and I'll have a some questions about that and your testimony. Just so you know, that's the report that I have. So wasta, is that what it's called?

A.   Wasta, W-A-S-T-A, wasta.

Q.   Where do you get wasta?

A.   You get it -- it's part of the sociopolitical fabric, it's where you were born, it's part of the structure, it's your influence, your power, your political power, it's the family that you come from. It's embedded in the system.

So you don't just say, I'm a millionaire, I'm in the Kurdistan Region, and now I have wasta. There's a political

50

component to this. There's something more to it, it's not just having money, it's having influence and ability to get things done.

Q.    What made you interested in this particular region or this particular topic?

A.    The Kurds?

Q.    The Kurds and Iraq and Kurdistan Region of Iraq.

A.    There was two. One was I was working with refugees, I was, actually, in Pakistan, and I was doing a lot of refugee work. And, then, I didn't know the Kurds, and I saw them on television in the mountains, because we had The Gulf War, so I went back to Washington, and I just started off, from a refugee perspective, I wanted to help.

But, then, I started reading about it, and I thought it was a fascinating -- back in the day, we're talking about 1991 -- I started reading about it, and there were no books written about it, it was a big black hole, so I wanted to go and understand the political dynamics of this very curious situation, where these two political families decided to come together.

So there was a whole trajectory of me providing humanitarian and disaster relief, because it's what I did and what I liked, and, then, trying to understand a very complex -- it was really a complex situation that nobody was talking about back then. I mean, people talk about the Kurds

51

today, but back then, there was nobody going there, I was, like, the only person or a handful of us going over there, so that's all.

Q.    Back then isn't that far back, when you say, like, 1991.

A.    Yeah, it's about 30 plus years.

Q.    But that area has changed a lot in the past 30 plus years?

A.    In some ways, it has changed, and in some ways, it hasn't.

Q.    I want to talk about the broader area, Iraq, for a moment. How long has Iraq been a country?

A.    Well, the country was formed after the first world war, so about 1925, Iraq had its first Constitution.

Q.    Who formed Iraq?

A.    Well, you can say the British Iraq was under the control as a colonial -- it was a colonial state under the British, so you can say the British with Iraqi officials and families, at the time.

Q.    So, at the time, before it was Iraq, it was a territory of the British or part of the British Empire?

A.    Before the Iraqi State was formed, it was called The Ottoman Empire, and the Ottoman Empire -- if we're really going to go back and have a history lesson here -- there was parts of present day Turkey were a part of it, present day Syria, present day Iraq, to name a few. And there were other territories.

        Then, at the end of World War I, all of the major powers

52

come together, and they started dividing out who is going to get what. Iraq was created as part of those, you know, Post-Ottoman territories. What would Iraq be? But the regions of Iraq were still there even before the state was created.

Q.    Right, so that's what I wanted to talk about. So these people that have lived there, this is The Middle East, the cradle of civilization, right?

A.    That's what they say in the history books.

Q.    These people, these regions have been, you know, identified by these people for hundreds of years; right?

A.    Correct.

Q.    They've identified with those regions before the Ottoman's; right?

A.    Who is they?

Q.    In other words, the people native of those regions, of Kurdistan and Syria and Iraq and Iran.

A.    Before the state formation period, yes, there were different borders, you didn't have -- the main difference -- and I've written about this, actually, in my first book, it's the first two chapters.

      The big difference is, when you're in the period of empires, people are crossing borders, there wasn't the kind of check points that you're having now, so there was more free-flowing trade across territories, and people, yes, there were old families, old tribal families, the Barzanis still

existed, in some form, and all of these other groups and Talabanis.

Q.   And, then, when Iraq is created, what happens is, eventually, this Saddam Hussein becomes the President or Dictator, would you agree?

A.   Well, that's in the 1970's. There was a lot that happened since 1920. From 1925, from when the state was created, to 1970, there were many Coup d'etats and many other forms of the British -- there was -- Iraqis gained independence in 1958, so there was a lot of history that happened before Saddam Hussein gained control as President of Iraq in the late 1970's.

Q.   Were the Kurds -- and I'm speaking about the region --

A.   Inside Iraq?

Q.   Yes, inside Iraq, were they repressed under Saddam Hussein?

A.   In many ways, they were repressed, in some, they weren't. One of the big issues, though, that most people don't understand is, when we say the Kurds, you know, this is a very diverse community that, even when we talked about today, the KDP and PUK, but there's different alliances.

So some people were repressed by the Kurds, terribly, and many Kurds had strong alliances with Saddam Hussein.

Q.   They had wasta with him, maybe?

A.   Who had wasta?

54

Q.   Those ones that weren't repressed or oppressed?

A.   I wouldn't use wasta in that sense. It was different communities, for example, at the time Saddam Hussein, one of his tactics, was to divide -- this was going on a long time -- divide and rule, keep all these groups separated and to pit one against the other.

     So you had the KDP and PUK -- the PUK didn't form until the 1970's, by the way -- they were always at each other, they were always at each other, struggling for authority and struggling for power, some would work with Saddam, some would work with the Turkish Government, some would work the Iranian Government. On one hand, all fighting for Kurdish freedom, and on the other hand, fighting against each other. So it was a very complex situation.

     But I don't know -- wasta doesn't come in in that sense, wasta comes in on a day-to-day, how do you get things done.

Q.   Thank you. But, again, now, you've just indicated the KDP and PUK, you just referenced them.

A.   Yes.

Q.   They would be fighting, right, amongst each other?

A.   Yes.

Q.   They were often pitted against each other?

A.   Yes. And, then, sometimes, coming together, sometimes they would come together to fight the Iraqi Government, sometimes, they're fighting against each other, because they want money or

55

power.

Q.    It's a fluid situation, at times?

A.    At times.

Q.    Now, the KDP -- I know we're throwing a lot of words around, we will try keep it as simple as possible. KDP, that's the Barzanis?

A.    The Kurdistan Democratic Party, and it's led by the Barzani family, yes.

Q.    So this area, are there tribal influences in these areas?

A.    Yes, there are.

Q.    When I say, tribe -- I mean, what's the right words -- explain what tribal means in this area, in the Kurdistan Region?

A.    Sure. I mean, the tribes are -- there's -- they overlap with families. So you can be coming from a tribe, and you have a certain structure in the way that the family is run or, you know, you own -- a tribe will, for example, own or influence or control a certain area. They have a lot of land. They have traditional power structures, like, the tribal chief, the Shake, and within this tribe, there are certain traditions and mores, and they look to their leader.

It's a very small -- I'll give you an example. When I was living in this village, again, outside Jalal Talabani's house or nearby, they would say -- it wasn't really a tribe, he was kind of a tribal leader, he was the Shake, so he would make the

56

decisions of the locality, it was all very localized.

Q.    So we know the KDP is associated with this Barzani family. Can I say Barzani tribe?

A.    Yes, you can say Barzani tribe, because Barzanis were a tribe, there's many tribes in the Kurdistan Region, and that's when I said before, this is all very overlapping, tribe, family, political party, it all became, you know, it never really went away.

But if I may, there have been processes over the years, and they used the word, detribalization, and by that, I mean, over time, these places become urbanized, some of these tribes lose influence, some of the young generation don't want to be part of the tribes. So it's not exactly the same.

Tribes, in some places, have gained influence, and in some areas, they have left the rural areas and they've come to the cities, and you've seen some places detribalize. So it's, again, very contextually-related.

Q.    When we talk about the PUK, we're talking about the Patriotic Union of Kurdistan?

A.    Yes.

Q.    That's, more or less, very heavily influenced by the Talabani tribe or family; right?

A.    Yes. If I may, there is a difference, too. One of these -- if they had to make a distinction between the two, the Talabani, which was once a tribe, I don't think that they would

57

self-identify today as a tribe. They look at themselves as more urban-educated, Jalal was a lawyer, and, you know, they were more -- they were, are, of the leftist-oriented proclivity.

Q.    I want to talk to you about that. Can we have Government's 15.4, please. At one point in time, you had this marked up, do you recall? I don't think it's still there, but can you -- so what's the green line?

A.    The green line -- so are you talking about the green line -- the Kurdish green line or the green line created by the Iraqi Government? There's two green lines.

Q.    Okay, explain.

A.    So in 1990, we had The Gulf War, and, then, you know, there was an uprising, the Kurds had an uprising, it was terrible, that's when they all went to the mountains. That's when I got involved and was doing this humanitarian relief.

But when Saddam Hussein's forces pulled back and the United States, British, French, we created this thing called The No-fly Zone, right, where they would protect certain areas of Iraq, then, there was a safe haven. Parts of the Kurdistan Region were in this safe haven .

But there was a line called the green line. And the green line was what separated Iraq, Saddam-controlled territories. Part of it was, like, right here(indicating). Saddam-controlled territories and the safe haven. That was the green line. It was dangerous.

I was working in the north here, I was working in all of these areas, but I couldn't go -- like, this green line was probably something like that -- you couldn't go there, it was dangerous. That was one green line.

Then, in 2005 -- I'm sorry -- 1994, the Kurds had a Civil War, so I was in the Kurdistan Region. And, then, that Civil War went until 1998. The Kurds, themselves, created their own internal green line and, basically, that was PUK-influenced areas and KDP-influenced areas, and they created their own internal, like, border. So it was very hard to go from here to here(indicating). So those are the two green lines that I know of.

Q.    Thank you. The second green line is the one I'm referring to.

A.    Okay.

Q.    So even while they're all part of Iraq, there was a Civil War in that time that you had mentioned between the KDP and the PUK?

A.    Yes, I was there the day the Civil War broke out, I watched this happen, these guys were all on the roofs, they had all these Kalashnikovs, and you knew. I was going down here, at the time, and my boss came and got me back.

But during that whole time of that Civil War, it was pretty bad. You couldn't go here(indicating). As I said, I went back, because I was doing research, I was in school. For me to

59

get from here to here(indicating), I got stuck on a bus, they literally stopped me here, I had to go call somebody with wasta, and that person with wasta got me across, because I wanted to go to Sulaymaniyah and stay there and do some research. So it was very, very difficult to go from here to here(indicating), during the Civil War.

Q. This was a Civil War amongst the parties?

A. It was amongst the KDP -- yes.

Q. Now, when we talk about the KRG, we're talking about the Kurdistan Regional Government; correct?

A. Yes.

Q. And the two parties there are the KDP and PUK; right?

A. Yes. The two main parties, excuse me, because there's about 40 different political parties in the Kurdistan Region, but yes.

Q. So they're the two main parties; is that right?

A. Yes.

Q. And these lesser political parties, are they, also, you know, influenced by their tribal affiliations, as well?

A. No, they're smaller groups. Again, it's not -- when you look at the Talabanis, I don't look at them as they're tribal, it's, again, political influence that's probably evolved. I would probably say they've detribalized. The Barzanis were once more tribal, if you will, like, the grandfather Barzani is very different than the grandson today, right. I mean, so I use that

60

word, tribal, in a very, you know, contextual way.

Q.    And I think you mentioned that. Again, I know I can't compare the U.S. -- it's hard to compare the United States' political things to the Iraqi Kurdistan ones; correct?

A.    Well, it depends. What do you want to compare?

Q.    For instance, like, the PUK and the KDP, they're the major parties?

A.    Yes.

Q.    Much like here, the Republicans and the Democrats.

A.    Yes, so, like I said before, it's a strong two-party system, they have a two-party system, we have a two-party system. That's probably where the similarities end.

Q.    During your time there, these parties were, actually, at war with each other, in a Civil War; right?

A.    At some points, they were, and at some points, they weren't. From '92, '93 and parts of '94, no, but there was always this political struggle of who was going to be in charge.

    From '94 to '98 -- I left then in '94 when the Civil War broke out, I stayed a few months and then I left. But I went back a lot. So during that time, there was a Civil War, and, yes, they were -- not the every day people, but the political parties and their Peshmerga were fighting with each other.

Q.    Unlike the political parties in our country, the Republicans and the Democrats who might be fighting on Fox News

61

and CNN, these parties are fighting in the streets with Kalashnikovs and weapons; right?

A.   Yes, that's one of the differences, yes, sir. Our political parties don't have their own Armed Forces, and they don't have their own intelligence services. These two political parties do.

Q.   They do. So you could have -- we're talking Peshmerga, you could have KDP Peshmerga and you could have PUK Peshmerga; right?

A.   Yes, we said that before. And those Peshmerga are parts of -- still considered parts of the Kurdistan Regional Government. So as I said before, the Peshmerga are a hybrid organization, they're part of the Iraqi Government or recognized as the security forces of the Kurdistan Regional Government, and they are attached to the political parties and receive their budgets through the Kurdistan Regional Government.

Q.   And these smaller political parties, aside from the PUK and KDP, they, also, have their own Peshmerga security forces?

A.   Yes, some of them do. Some of them are smaller, they have like -- before, let's say, '91, The Kurdistan Socialist Front and this one, they all have their small little parties. When it came time for them to, you know, form, and, you know, it was called The Kurdistan Front, and all these parties were part of it.

But, then, at the end of the day, when it came to who was

going to get seats in the Parliament, who is going to negotiate influence, one or the other, they linked with these two main parties, in some way.

Q.    Now, I want to talk about that. So you have these KDP Peshmerga, PUK Peshmerga, these smaller political parties, you named one of them, who have their own little Peshmerga units, right, and, then, you have Parliament, which recognizes all of them; right?

A.    Yes.

Q.    And Parliament -- what's Parliament like, compared to the United States?

A.    You're talking about the Iraqi Kurdish Parliament or the Parliament in Baghdad?

Q.    Iraqi Parliament.

A.    So there's Kurdistan Regional Government, just like we have Congress, these guys have a Parliament, right, there's about 300 plus seats. They should have elections every four years, but they generally don't, and they have elections, and it used to be, in the day, almost a 50-50 split.

When they created -- the first Kurdistan Regional Government was in 1992, and I went there to interview them, I was probably the first -- no, I was the first person to go over there to interview these two guys, because I couldn't believe they both decided to agree to share power . So that was in 1992, and it was called The 50-50 split.

The KDP and PUK and Barzani and Talabani, they said, Okay, we're going to work together and we're going to share everything 50-50. So the way it works is, if there's the Head of the Ministry of Finance is a PUK, his Deputy is a KDP. If the Head of Transportation is a KDP, his or her deputy would be a PUK. There wasn't that many hers at the time. So that's the way it worked. It was a 50-50 split, because they did not want to fight, they wanted to be unified, they wanted recognition by the United States and everyone.

So they created this fledgling government in 1992, which is very different -- so there was, then, a Parliament, they created this Iraqi Kurdistan Parliament which exists to this day. But that 50-50 split is more like a 70-30 split, right now, because the KDP has a lot more influence.

Q.    Okay.

A.    But it has evolved over time. You know, they have different laws now, they have opposition groups that tried to form, so it's a little more sophisticated than it was in 1992.

Q.    What's the initials for Kurdish Parliament?

A.    The IKP, Iraqi Kurdistan Parliament.

Q.    The Iraqi Kurdistan Parliament, and you've mentioned some of these laws that they've passed, isn't it -- am I correct when I say that they passed laws that outlawed or prohibited these private militias or armed groups of political parties on a smaller level?

64

A.    On the smaller level that were not part of the official structure, yes, but they didn't say that political -- and, again, after 2005, the Peshmerga remained part of the political parties as official entities of The Kurdistan Regional Government. If you're talking about during the Civil War, well, that's different.

Q.    Why did they prohibit these private militias or armed groups by political parties?

A.    After 2005?

Q.    Yes.

A.    Because the Iraqi Federal Government was, you know, recognizing official entities of the Iraqi State, of the Kurdistan Regional Government, and there were particular Peshmerga forces that were of that, you know, of that fabric.

Q.    And the problem, though, was there were other unofficial forces that weren't part of it?

A.    No, to me, this is a control issue. This was -- the KDP and PUK have a monopoly of control. So let's just say the Kurdistan Socialist Party, this one party and this one party, they wanted all of these little smaller groups to come under their influence.

      This was an, I'm the KDP and I'm the PUK, and I don't want these guys challenging my authority, so we're going to put you under us, in some way, so that's what this was about. These guys didn't lose their jobs, they just became part of the

larger official fabric.

Q.    Now, this IKP.

A.    Iraqi Kurdistan Parliament.

Q.    They have budgets; right?

A.    Yes, their budget, the Kurdistan Regional Government gets its budget from Baghdad, and that budget is then paid to pay salaries, to pay the political parties who, then, pay their Peshmerga.

Q.    Right. And the Peshmerga would also -- they'd have a line item budget, as well, they would have a part of that budget; right?

A.    In the Iraqi budget, yes, they do.

Q.    They would have salaries for their soldiers; right?

A.    Yes.

Q.    And weapons, as well?

A.    I imagine.

Q.    Okay. So wasta. These political parties, PUK and KDP, they have these Peshmerga. Do they, also, have affiliated businesses that identify with them?

A.    The parties?

Q.    Yes.

A.    Yes. As I said before, the KDP has big, you know, big businesses, media, each of them have some kind of media, construction, that was a big one, too, you knew, and that's the PUK.

66

Q.   So in other words -- so here -- not only do these parties have their own Army, they, also, have businesses that are, basically, run by the parties, as well, right?

A.   Yes. I wouldn't, by the way, call the Army -- the parties having their Army, they have these security forces that are tied, again, within the structure of The Kurdistan Regional Government laws.

The Peshmerga, that is, the Peshmerga that reports the Ministry of Peshmerga Affairs, that is considered, like, the National Security Forces of The Kurdistan Region. So I just want to clarify that. So, yes, these parties have influence over large businesses, over society, over schools, you name it.

Q.   How about Faruk Holdings. Are you familiar with that?

A.   I'm familiar with it, yes, I don't know the person, but yes.

Q.   We'll say, person -- that's, also, a tribe, right, the Faruks?

A.   No, I wouldn't consider -- again, as I said, it's contextual. He may have had some history in the day, I don't know the history of the Faruk family, but Faruk, himself, and his son, people don't say he's a tribe, they say he's a businessman.

Q.   Okay, but Faruk is a businessman, and this Faruk Group is a very large business in the Kurdistan Region; right?

A.   Of what I've heard, yes, it's a very big business.

67

Q.    Big business. And it associates with the Talabanis?

A.    Again, I don't know him, but any -- let's just put this -- any big business like this that has major revenues, that is extremely profitable and touches resources and security, would, in some way, have to have an affiliation, approval or vetted through the -- those in charge, and those in charge were the Talabani, certain Talabani family members.

Q.    So you said -- now, I want to just talk a little bit about this. Again, it has to do with wasta and, maybe, not having it. So we hear about the guy -- I don't know how we say -- The American Dream, when I talk about The American Dream, I think what I'm saying is, basically, you know, when you're born in this country, everybody has a chance to live the best -- to try their best and get ahead.

        Does that hold true in Iraq? Is there, like, a similar Iraqi-type dream or Kurdistan dream?

A.    Not today. You mean, a merit-based system, as opposed to a wasta-based system? I would like to think, at a certain point, in the Kurdistan Region, you can go to school -- you have to have money to be able to go to the private schools, so even -- but the private schools that I taught at, even the poor kids from the villages, they all got scholarships, so that was a good thing.

        So there's little pockets of, Oh, if you don't know anybody, you could possibly come into this university that

68

we're teaching -- we will teach you English, but to get up to the ranks of controlling one of these big positions of authority, that's going to stay in the family.

So people can run, you know, you could run for your local office -- some of my students are, now, in the Iraqi Parliament. I go back, now, and I see a lot of the people that I once taught having positions in the Government, so, in that sense, that was kind of neat to see.

But if you're talking about who is going to be the Minister of Finance or the Minister of Peshmerga, that's going to be within very -- you know, that's not going to be open to everybody, so not everybody has it. If you don't have political connections, by the way, and as I said before, if you're not a party member -- and this was reinforced to me -- if you say, I'm going to be an independent, you're only going to go so far.

Q.   That's what you call nepotism here in this country; right?

A.   You can say that, if you want to say that. Again, they look at it differently, but there's just certain limitations of what you can do, if you don't have connections.

Q.   Let's talk about -- this wasta, this influence from these political parties and these tribes, that goes right down to the very fabric of this society; right?

A.   For hard decisions to make. For example, if I wanted to make -- do something, locally, and my friend opened up a great bread shop, you know, you needed to get the permits and it

wasn't threatening to anybody, you know, you have to get official paperwork. But big things, I'm talking big, important things, you cannot get that done, you won't be able to get the business license or, you know, people can move things up in the pile because you know somebody.

Q.   How about marriage, getting married?

A.   You can get married. There, it's hard, because you, also, have to have money to get married, but, yeah, you can get married.

Q.   Can you marry into wasta?

A.   Usually, again, it depends, it's dying down, but some of these are arranged marriages, when you get to the -- it depends who. So in some of the Barzani family, some of these marriages, they're still arranged. But I know, let's just say, one of the Talabani people, he was -- I met him in the United States, he married somebody from The State Department and did whatever he wanted to do, so he's a second generation. So I can't say what's going to happen generation after generation.

But I'll give you another example. People who have second wives there and in some of the villages, that was a very common thing, and that's becoming less. So marriages are still arranged, at some levels, but I know too many people -- I once knew the Governor of Sulaymaniyah, and his daughter married who she wanted to marry, because she met him at university. So it depends.

Q.    You said there's some people associate more with liberal and some are more conservative, like we have here in this country?

A.    Yes. You know, some of them say, at the end of the day, they really isn't that much difference, they're struggling for authority. I would say the Barzani history, they're very, I say, conservative in the sense of tribal, really deeply embedded in tribal tradition.

While you can say the Talabanis were tribal, they had a leftist proclivity, leftist leaning. So, for example, at different moments of time and history, if they had to fight over an issue, right, I don't know, letting -- the time in Iraqi history when the British, they were all protesting for the British to leave, because they were all demanding Iraq to become independent.

At the time, the Talabani and his father-in-law, they were the leftists, they actually made an alliance with all the leftist Arab groups and didn't align with the tribal Barzani groups. There always has been that rub between the left-leaning Talabani ring, because the Talabani, they used to be part of the KDP, and the conservative tribal, that's the way they categorized it, of those two groups.

Q.    Are there elections in Iraq?

A.    In the Iraqi State, yes, the Iraqi Government, they just had elections. The Iraqi Parliament, the Kurdistan Region, its

elections have been more uneven.

Q.   That's what I wanted to ask you. Again, I'm saying Iraq, sometimes, when I mean Kurdistan. In the Kurdistan Region of Iraq, are there regular elections?

A.   No. There should have been. There was a couple of elections, then, it took a long spread, and they were fighting with each other, so they didn't have elections, and, you know, they disbanded the Parliament for a bit, but now they've --

Q.   They disbanded the Parliament?

A.   I shouldn't say, disbanded the Parliament. They put things on hold during the Civil War, then, when the Iraq created its Constitution, then, they have been working together.

Q.   Would you agree that it's pretty much controlled by senior party elites?

A.   Which is controlled?

Q.   You know, the politics of the region.

A.   Well, we have said this, right. The political system itself has Parliament, they have elections, they have local administrations, but big, big decisions are influenced or have to be run through these two major political parties or their leaders.

Q.   You refer to it as -- and correct me if I'm wrong -- as a Politburo?

A.   Yes, in each of these political parties, it's like in the old days, the soviets had the Politburo, these guys have a

72

small group, within the parties, and it's called the Politburo, and they, actually, at the end of the day, big decisions. So you have this Iraqi Kurdistan Parliament, and they debate issues, they do what Congress does and Parliament does, but at the end of the day, there's these two groupings of people within, and they're the real decision-makers.

That's when I said before, when we were asked, How do political parties differ in the Kurdistan Region than here in the United States, and when I said there's traditional, tribal and social political structures, that's one of them, that they still go back to these -- you know, they're like the stakeholders, and they have a lot of influence, so yes.

Q.    What is it like -- is it a tolerant society?

A.    On which issues? On some issues, it is, they're wonderful people, but on some issues, it's extremely not. I say it's a very -- some parts are very conservative, there's certain things that you can do and that you can't do. Certain ways that you can dress and that you can't dress.

We don't have the liberties here that we have -- you don't have the liberties there that you have here.

Q.    Casual drug use, is that tolerated?

A.    Again, I don't know -- no, people would not hang around and smoke drugs -- take drugs.

Q.    Smoke marijuana?

A.    I've never seen it.

73

Q.   Now, again, you were asked several questions, earlier. I think it had to do with whether -- what a Foreign National could or could not do over there in the Kurdistan Region. And Mr. Roggio is a U.S. citizen, so he would be a Foreign National; would you agree?

A.   Yes.

Q.   In that region, he would be a Foreign National living in that region; is that right?

A.   Yes, sir.

Q.   All right. And he would be one without wasta; would you agree?

A.   I would say that any individual coming over as a Foreign National would have no wasta.

Q.   He wouldn't be able to make any key decisions on sensitive issues, without the approval of one of these political leaders; is that right?

A.   Yes. I would say that -- the starting point is the point. It's coming in, what are the terms? So once this person, whatever person wants to come in and do business at a high level and a sensitive level, and you create these terms, it's like, you know, setting up the rules right here.

On a day-to-day basis, I don't know if that individual is checking in every single day, because there were certain terms of agreements laid out from the outset. There's certain red lines that you just don't cross. There are certain things that

74

you can do on a day-to-day managing level.

But as we said before, overall, key, key decisions, usually, will have to be run through your partner or they should be.

Q.    If one of these red lines were crossed, and the powers that be, the ones with wasta, decided on a course of action, would this individual, without wasta, would he be powerless to stop that course of action?

A.    One thing is, I think, you're confusing wasta -- I think you're using wasta to account for political authority, and it's not the same thing. You can be somebody who has political authority, you do have wasta, too, but wasta is almost like the day-to-day stuff.

You know, I need to get an appointment, I need to get this contract, I need to get a contract. These people get contracts, and they get contracts on people because they went through somebody, they know somebody, so your question was, again, about?

Q.    If a line -- I think, you indicated that there are things that you do and things you don't do. And if something was done, if there was a thing that you shouldn't have done or something like that, and the political party leaders had determined a course of action, would a Foreign National be able to stop that? Would he have any of control on that?

A.    It depends. So it depends, first of all, what it was. I

75

would say, the Kurds -- they would, first, try to avoid embarrassment. One of the things about the Kurdistan Region is they're very sensitive and aware of their relations to the world, and they want to give the impression, particularly, to their American partners and to the world that this is a good place to be.

So, one, it would depend on the issue, and the second one would depend on, first, I would say, that they would try to resolve it among themselves, but if it was a serious enough issue, then, they would have to take a different course of action. But, generally, you'd probably want to resolve it internally.

Q.    So I think you indicated that you know a Polad Talabani or you met him?

A.    No, I've never met him and I don't know this person.

Q.    But you did refer to him during your testimony?

A.    Yes, because it has been written, everybody knows he was the head of the CTG. It's like saying, Who was the current President of The United States at a certain period of time? These are just things that you know.

Q.    I don't know if you mentioned Lahur Talabani, but do you know who he is?

A.    No, I didn't mention Lahur in my testimony, but I do know who he is.

Q.    Who is he?

76

A.    He's Polad's brother.

Q.    Polad's brother.

A.    He was the head of the Intelligence Forces. I have met with Lahur a few times in my past.

Q.    You have met with him?

A.    Yes.

Q.    Are you familiar with -- you had indicated that there are, sometimes, among the Talabani, there are rifts or it's fragmented, at times.

A.    I didn't say among the Talabanis, I said among the PUK. The PUK is very fragmented, at this time. There were always three wings within this party, all within the PUK, but certain individuals trying to exert their own influence for what it may be.

      This party has got a different structure than the KDP. So they are different, the party is fragmented along some of those personality lines, at the time. With that said, over all influence remains with the Talabani wing.

Q.    The Talabani wing?

A.    Absolutely.

Q.    Then, when we talk about Lahur and Polad, they're Talabanis; correct?

A.    Yes.

Q.    And there's, also, an individual by the name of Bafel; correct?

77

A.    Yes, he is the son of Jalal Talabani, the big leader, yes.

Q.    And Jalal was the President of the Kurdistan Region of Iraq; is that right?

A.    Yes.

Q.    And he's the one that gave you that note?

A.    Yes; I knew him.

Q.    There's a rift between Bafel and Lahur in the Talabani?

MR. JASPERSE: Objection. It's vague as to time.

THE COURT: Sustained.

THE WITNESS: This is very recent.

THE COURT: Just a moment, Doctor. Rephrase your question.

BY MR. BARTOLAI:

Q.    Recently, within the past several years, there's been a rift among the Talabanis --

MR. JASPERSE: Objection as to relevance.

THE COURT: What is the relevance?

MR. BARTOLAI: Well, Your Honor, we're talking about this was -- the conspiracy -- the charge, at least, goes into 2017, so we're submitting that, within that time frame. And I could rephrase that, Your Honor, but that there was a rift among the parties.

THE COURT: Go ahead. I'm not sure where we're going, but go ahead. If you think it's irrelevant, you can object.

THE WITNESS: I do not -- this rift that I've read about, because I've met with both of them at different times, it was

78

certainly not that I'm aware of in 2017, it was very recent, like, last year, where there was some kind of episode, last year, the year before, but not that I know of in '17. Not that it affected their positions.

What are we 2023? So, I think, 2022, there was something that went on between Bafel and one of the brothers and one of the cousins, but that was very recent.

BY MR. BARTOLAI:

Q.    And that involved their being arrested; right?

A.    As I read in the newspaper. Again, I was not there, I have not spoken to them about that, but you can put it in the newspaper and you can Google it and you can see it, but that was recent.

Q.    And that involved the arrest of Mr. Talabani, Polad Talabani?

MR. JASPERSE: Objection; relevance.

THE WITNESS: I do not know that.

THE COURT: Sustained. Move on.

MR. BARTOLAI: Nothing further. Thank you, Doctor.

REDIRECT EXAMINATION

BY MR. JASPERSE:

Q.    In the map that's on the screen, how long does it take to drive from Sulaymaniyah to Erbil?

A.    Which part of Sulaymaniyah? The city?

Q.    Yes.

A.    Again, there's new roads, so it probably, you know, could take a couple hours, few hours, two, three hours, depends which road you're taking. If you take the back road and go through Kirkuk, you can go through very quickly in a few hours.

Q.    Which family controlled who gets out of the Sulaymaniyah airport?

A.    The Talabanis.

Q.    Did the Talabanis control who gets out of the Erbil airport?

A.    No. Not -- which year?

Q.    In 2015, did the Talabanis control who -- in 2016, April 2016, did the Talabanis control who gets out of the airport in Erbil?

A.    No, my understanding that was the KDP.

Q.    In your experience, if a European is caught smoking marijuana on a single occasion in Kurdistan, is the usual response to throw that person in a CTG compound and torture him for five weeks?

A.    For smoking marijuana?

Q.    Yes.

A.    No, not that I -- no.

Q.    In 2015, was the PUK Peshmerga, were they mercenaries?

A.    They've never been, they're not mercenaries. They're not mercenaries in the Iraqi State, they're official part of the Federal Government Defense Forces and Kurdistan Regional

80

Government.

Q.    In 2015, was the PUK Peshmerga private militia?

A.    No, they were not.

Q.    In 2015, was the PUK Peshmerga private security guards for Faruk?

A.    No, they don't work as private security guards, they don't work as militia, they're not mercenaries, they're part of the official structure of the Iraqi State and Kurdistan Regional Government.

Q.    In 2015, could Faruk open a weapons factory that was supposed to make thousands of automatic rifles and Glock pistols every month, without the approval of the Talabanis?

     MR. BARTOLAI: Objection, Your Honor. Calls for an opinion.

     THE COURT: Overruled.

     THE WITNESS: Answer?

     MR. JASPERSE: Yes, you may answer. The Judge overruled the objection.

     THE COURT: You may answer.

     THE WITNESS: Any business -- again, I'll go back to the same thing. Big time security issues, oil, construction, these kinds of things can't happen at that scale, they just can't happen without the permission, the knowledge, the approval and the working with one of these -- with the Talabanis and the persons in charge. It's really unthinkable.

     MR. JASPERSE: No further questions.

THE COURT: Mr. Bartolai?

                    RECROSS EXAMINATION

BY MR. BARTOLAI:

Q.   Doctor, are there private security forces in the Kurdistan Region of Iraq?

A.   Not Kurdish or the ones that I know of. I mean, there could be -- during The Gulf War, one of The Gulf Wars, I think, there were, obviously, some American forces were down in Baghdad, you know, some people came in and acted as private forces or working in the de-ISIS campaign, but I don't know of them, you know, in the Kurdistan Region, no.

Q.   So it's your testimony, then, that you are unaware of any private security forces working in the Kurdistan Region of Iraq?

A.   Are you talking about Kurdish or others?

Q.   Others.

A.   There could be others, there could be others, not Kurdish or Iraqi.

        MR. BARTOLAI: Thank you.

        THE COURT: Anything further?

        MR. JASPERSE: Nothing further, Your Honor. May this witness be excused?

        MR. BARTOLAI: No objection.

        THE COURT: She may. Doctor, thank you very much for your testimony. You may step down.

82

THE WITNESS: Thank you.

THE COURT: It's just about 12:25. I suppose this is an appropriate time for lunch. We'll return at 1:30.

(At this time a luncheon recess was taken.)

THE COURT: Call your next witness.

MR. CLAFFEE: Your Honor, the Government calls Cody McBride.

MR. BARTOLAI: Your Honor, may we have an offer of proof?

THE COURT: Yes.

MR. CLAFFEE: Your Honor, the Government is calling Mr. McBride because he has relevant testimony to several elements of the charges, and his evidence is going to corroborate the evidence of one witness who has already testified and, conditionally, two or three witnesses that are coming later this week.

MR. BARTOLAI: Okay.

C O D Y    M C B R I D E    IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Please state and spell your name for the record.

THE WITNESS: Cody McBride, C-O-D-Y, M-C-B-R-I-D-E.

THE CLERK: Thank you. Please be seated.

DIRECT EXAMINATION

BY MR. CLAFFEE:

Q.   Good afternoon, Mr. McBride.

A.    Good afternoon.

Q.    Would you please tell the jury what you currently do for a living?

A.    I am an Operations Officer for a small media company.

Q.    What are your responsibilities as an Operations Officer?

A.    I, basically, work with our partners, so clients include other publications in the space that we work, getting their requirements, turning into content offerings that we offer them.

Q.    What did you do before joining this media company?

A.    I was a Department of the Army civilian.

Q.    Before you were a civilian, were you, also, active duty in the military?

A.    I was.

Q.    Approximately, how long, in total, did you work for the Army?

A.    Thirteen and a half years total.

Q.    How long as a civilian?

A.    The last seven years as a civilian.

Q.    So the first six and a half or so in active duty?

A.    Yes, sir.

Q.    Starting with the beginning of your military career, where were you initially assigned?

A.    I started at Ft. Benning, Georgia.

Q.    After that, where were you assigned?

84

A.    Ft. Bragg, North Carolina.

Q.    After that?

A.    That was it. So I've had -- that was, basically, my two duty stations with other, you know, trips around the world.

Q.    What rank had you achieved, before you retired?

A.    Sergeant, from active duty.

Q.    Without going into any detail, generally, what was your area of specialty within the Army?

A.    Intelligence.

Q.    You mentioned you went around the world. Does that mean you went on overseas deployments?

A.    Yes, sir.

Q.    What were some of the places you've been deployed?

A.    Iraq, Afghanistan, Syria, Lebanon, Israel, Egypt.

Q.    You mentioned Iraq. Were there any particular parts of Iraq where you were deployed?

A.    Yes, I was deployed to every U.S. location in Iraq from, you know, Central, Western, as well as Northern Iraq.

Q.    Northern Iraq, does that include Kurdistan?

A.    Yes, sir.

Q.    Were there particular parts of Kurdistan where you were stationed?

A.    Yes.

Q.    Where were those?

A.    I spent time in Erbil, Duhok, as well as Sulaymaniyah.

Q.    Do you recall, approximately, when you were deployed in Sulaymaniyah?

A.    Yes, from fall of 2014, got on the ground in November, I stayed until the spring of 2015, returned home, and then re-deployed, again, in the fall of 2015, back to Sulaymaniyah. I was there for my initial two months, October, November and then went to Northern, up to Duhok, basically, for a month before we moved across into Syria.

Q.    So to be clear, you mentioned the fall of 2015. Were you in Sulaymaniyah in October and November of 2015?

A.    I was.

Q.    Again, without going into detail, generally, what were your assigned duties, while in Sulaymaniyah, in October and November of 2015?

A.    I was Operations Officer, basically, handled our relationship with our Kurdish counterparts there, from operational briefings to handing over pieces of information.

Q.    When you say, Kurdish counterparts, who are you talking about?

A.    The Counter Terrorism Group, CTG.

Q.    Are you familiar with the leadership of the CTG in the 2015 time frame?

A.    Yes.

Q.    Who was the leader of CTG?

A.    Polad Talabani was the commander of CTG.

Q.   Do you know anything else about the Talabani family?

A.   I do.

Q.   What do you know about them?

A.   Polad and his brother Lahur's uncle Munjula Talabani was, at one point in time, President, but he was the leader before he passed away of the PUK, which, of that section of Kurdistan, that's their Regional Government. They, basically, control everything in and around Sulaymaniyah, down to Kirkuk until you get to the dividing line between them and Erbil, which would be the KDP, but a long, long history of Talabanis, not only Jalal and his sons, but, also, their cousins Polad and Lahur.

Q.   Did Lahur Talabani hold any particular title, in the fall of 2015?

A.   He was the Director of Zanyari.

Q.   I'm sorry, Director of?

A.   Zanyari.

Q.   What's that?

A.   Zanyari is that region's intelligence service, under the PUK.

Q.   I'd like to show you an exhibit that's already been admitted. It's Government Exhibit 3.2. Do you recognize this?

A.   Yes.

Q.   What is that?

A.   That's the unit patch or insignia for CTG.

Q.   Are you familiar with anyone, from your time in

87

Sulaymaniyah, with the first name Goran?

A.   The name is familiar, I know that he is a CTG member, but I cannot place him within the organization.

Q.   You said he was member of the CTG. Would he have, then, reported to Polad Talabani?

A.   Yes.

Q.   In the fall of 2015, while you were there, did the CTG operate out of any particular bases or compounds?

A.   They did.

Q.   Was there a particular compound where CTG soldiers were billeted or lodged?

A.   Yes.

Q.   In your own words, what did the CTG use this compound for?

A.   It was their normal base of operation, it's where their lower enlisted stayed at, that's where they stored all of their operational equipment, from weapons to vehicles, that's where we conducted planning for operations that we were doing jointly with them, all at their compound.

Q.   Could you describe what was on the compound, in terms of structures or anything else physically present?

A.   It was a mixture of normal removable tents that us and the military were used to seeing, as well as some semi-portable, what we refer to as, CHUs, so they're wet CHUs, but, basically, they're like container units that are split in half that make billeting for the soldiers.

Q.    CHU -- how is that spelled?

A.    C-H-U, it's an acronym, I apologize, but it's Containerized Housing Unit, is what CHU, the acronym stands for.

Q.    Containerized, physically, like, a shipping container?

A.    It is. It's a shipping container that there's a plywood wall built, you know, split in half, and then each room -- each side of the container is outfitted with a bed and a wall locker and a showering area for each soldier.

Q.    Is that what makes it a wet CHU?

A.    Yes, the wet.

Q.    Were there CTG soldiers on this compound?

A.    Yes.

Q.    Were they, typically, in uniform?

A.    They would be in a mixture of uniform, not complete fatigues all the time, but they're always -- they're in and out of there for operations, as well as training, so it's a mixture, but most of the time, it's a heavily-camouflaged area, meaning, they were wearing, at least, usually, their military bottoms.

Q.    Did the soldiers you observed in CTG uniforms, did they have the patch we looked at in Government's 3.2?

A.    Yes.

Q.    Let me take a step back for a moment. When was the first time you were ever in Sulaymaniyah?

A.    In fall of 2014.

Q.    Was the compound we have been discussing controlled by the CTG in 2014?

A.    Yes.

Q.    When was the last time you were ever in Sulaymaniyah?

A.    February to March 2017.

Q.    Was CTG in control of the compound in 2017?

A.    Yes.

Q.    As far as you know, was the compound in continuous CTG control from 2014 through 2017?

A.    Yes.

Q.    Do you have any knowledge as to whether anyone else ever controlled that particular location?

A.    It's a former U.S. location, it's a State Department base, at one point in time, early in the Iraq war.

Q.    And what happened? Why did the State Department leave?

A.    The State Department, at some point in time, I don't know the exact years, but they moved to a new location where their headquarters was at downtown Sulaymaniyah, so they vacated that camp.

Q.    This compound we have been discussing, generally speaking, where was it located, with respect to the city of downtown Sulaymaniyah?

A.    It's 20 to 30 minutes on the western side of Sulaymaniyah.

Q.    If I showed you overhead satellite imagery of the area,

90

would you be able to identify the compound's location?

A.    Yes.

Q.    So, now, I'm going to show you what has already been admitted as Government's Exhibit 25.9. It's a video, but I'm not going to start it just yet -- or we can start it and pause it.

       (At this time a video was played.)

BY MR. CLAFFEE:

Q.    Do you, generally, recognize the region we're talking about?

A.    Yes.

Q.    Where is this?

A.    This is Sulaymaniyah.

Q.    So what I'm going to have my colleague do is press Play on the video, and it's going to slowly start zooming in. If we get to a point where you can identify the compound on the screen in front of you, just say, Stop, and she will pause the video, okay?

A.    Yes.

       (Video continued.)

       THE WITNESS: You can pause it. You can start to make it out here(indicating).

BY MR. CLAFFEE:

Q.    Staying with this view, do you recognize any other locations of interest in this frame or of buildings you've been

familiar with in your time?

A.    Yes, so this is a KDP Governmental part of the city. They, basically, controlled this entire section of Sulaymaniyah, and I don't know if you could zoom out a little bit, but this main road here (indicating) is basically -- so the main road leading into the Government-controlled area, but the majority of this camp is controlled by the PUK's Peshmerga Forces, so heavy military presence here.

When we get up closer to where the CTG compound is, the PUK's Peshmerga Headquarters is right next door, that sticks out. There's also a Zanyari Headquarters building that's in this compound, as well. So heavy military presence.

Q.    The Zanyari, that, again, was intelligence, PUK Intelligence?

A.    Yes.

Q.    So you said, all within this view, you've got the CTG compound, the Peshmerga Headquarters building and, also, PUK Intelligence; is that right?

A.    Yes.

Q.    So what did you have to go through, in order to get, say, from the main road out of Sulaymaniyah onto this compound?

A.    There's a checkpoint, again, further at the bottom of the screen south, but as soon as you get off the main road, that will take you further east into downtown Sulaymaniyah, there's an initial check point underneath a large cement overhang,

basically, that symbolizes that that's a Peshmerga Headquarters location. That's usually manned by two or three guards.

You'll travel north up this main road, right here (indicating), until you get to right about there (indicating), that's where there will be an additional Peshmerga checkpoint at, again, guarded by two to three armed Peshmerga soldiers, and then I can't really make it out here, but there will be an additional CTG checkpoint that you have to go through, as well, in order to get to CTG headquarters.

MR. CLAFFEE: Let's let it go a ways.

(Video continued.)

BY MR. CLAFFEE:

Q.   Can you make out here, where that final -- that, sort of, checkpoint is that you described it as?

A.   Yes, where that line is at -- and if I clear it away, you can, actually, see what makes out to be -- there's cement blocks that are there, and there's, actually, an arm that comes down that two, three CTG soldiers that are on duty will sit there and be manned.

When you get to that checkpoint, after going through the rest of these checkpoints, what will happen is that you'll show up, you'll show identification to them, they will relay into their actual main command center within the camp who the guest is that arrived, and then they'll, ultimately, give the Yea or Nay whether you're allowed onto camp that day.

So you're going to be held, basically, right here until somebody radios out to them.

Q.    Is that it or is there a final step to, actually, get into the area where the CTG is?

A.    That's it, I mean, you'll drive through, and, then, you know, you'll be greeted. This building right here (indicating) and this building are, basically, the main commanding control offices for CTG. You would drive your vehicle around, park your vehicles out front, and, then, you know, whoever is, basically, on duty that day from leadership will come out and greet you.

Q.    So this process, is it fair to say it's rather difficult for someone to get onto this compound?

A.    Yeah, it is.

Q.    Did you ever see many people on this compound who, you know, looked like they weren't CTG or didn't have any other reason to be there?

A.    I did not.

        MR. CLAFFEE: Let's let it go all the way.

        (Video continued.)

BY MR. CLAFFEE:

Q.    Is there anything else you can point out, from your observation and recollection, with respect to this compound, any specific building or anything else you see?

A.    Yes, so this building, right here(indicating), is their -- what I would call a DFAC or their dining facility,

it's where CTG soldiers ate all their meals at. On the backside of it, you can see some shipping containers, that's where they store all their food that they're getting ready to cook.

This overhang, right here(indicating), is storage, so it's an overhang, but underneath it is some shipping containers, where a majority of them are where explosives are stored at, so whether their fragment grenades or any other charges, this overhang, back here(indicating), that's all for vehicle parking.

You can see -- and I know these black vehicles that are sticking out right here(indicating), those are heavily armored vehicles that they have, but this is an entire car park on the backside, where all their military vehicles would be staged at. And unless they're going through maintenance or they're out on operation, they'll always be parked there.

Above that, additional shipping containers for storage. If I remember correctly, that would be where their ammo supply point is at. The rest of these, you'll see in, kind of, pairs, these are all what I talked about is their wet CHUs, so that's all soldier billeting, they're all lined up in order, and then, again, this building, as well as this building right here(indicating), that's where the majority of our interactions with CTG leadership would take place for mission planning or anything else.

MR. CLAFFEE: No further questions.

95

THE COURT: Cross-examine.

CROSS EXAMINATION

BY MR. BARTOLAI:

Q.   Good afternoon, sir. If I can look at 25.9, Government's 25.9, please. If we could start that.

      (Video played.)

BY MR. BARTOLAI:

Q.   Now, sir, this particular shot that we could see on Government's 25.9, this is a region in the Sulay area that's, basically, Government-controlled. Would you agree?

A.   The left half of the screen right now is, sir.

Q.   So this would be -- did you say PUK-controlled?

A.   Yes, sir.

Q.   There's several military installations there; correct?

A.   Yes, sir.

Q.   Not just the CTG installation; is that right?

A.   Yes.

Q.   We could see that there looks to be similar type of installations present. Can you see any of them from this photo?

A.   Do you have an example, sir?

Q.   In other words, do you see any of the other military installations in this photo, other than the CTG compound?

A.   Yes, sir.

Q.   Can you point them out, please?

A.   Yeah, like I said, there's -- that would be a Peshmerga

96

Headquarters, there's an additional partner force that is right next door to the CTG, it would be right here(indicating), there is other nations who have camps, as well as, shooting ranges up here(indicating).

Q.    Let's talk about that area. So there's -- you had indicated a camp with a shooting range?

A.    Yes, sir.

Q.    The CTG camp, can you circle that on there?

A.    (Witness complied.)

Q.    Is there a shooting range there?

A.    There is not, sir.

Q.    All right. So we're clear, you've been to this CTG camp several times?

A.    Yes, sir.

MR. BARTOLAI: If we can continue with that, please. Okay, stop.

BY MR. BARTOLAI:

Q.    You're saying this is it, correct, what we see now that's depicted(indicating)?

A.    Yes, this is a CTG camp, right here(indicating).

Q.    This is the camp you're referring to; right?

A.    Yes.

Q.    And that you testified to; correct?

A.    Yes.

Q.    There is no shooting range at that camp; correct?

97

A.    There is no shooting range on that compound.

Q.    Now, the other compound, you said that was another nation's compound?

A.    Yeah, other partner force nations, allies of the United States.

Q.    Okay. They don't, necessarily, have to be Peshmerga; correct?

A.    Can you repeat the question, sir?

Q.    In other words, these other allies of the United States, they don't, necessarily, have to be Peshmerga; would you agree?

A.    I mean, they're Canadians, they work directly with us and the Peshmerga.

Q.    Were there other nations that were working with you and Peshmerga and the United States, during this time frame?

A.    Yes.

Q.    Other than the Canadians and other than the United States?

        MR. CLAFFEE: I'll object to relevance here. I don't know what this has to do with his testimony.

        MR. BARTOLAI: Well, Your Honor, the issue is the Peshmerga, and what we're hearing, now, is testimony that there are other bases and other forces in this region.

        MR. CLAFFEE: Your Honor, other bases that aren't the base that we're talking about.

        THE COURT: I'll allow the question. You can address it on redirect, if you wish.

BY MR. BARTOLAI:

Q.    So there's other bases and other forces present, as well; right?

A.    What is on the screen, right now, is PUK Peshmerga's Government camp. The other nations that live on this camp, besides the United States, the Canadians and a delegation from the United Kingdom.

Q.    I think you indicated that, at some point in time, this location, the CTG compound, was a former United States Department compound; is that correct?

A.    That is correct, sir.

Q.    How do you know that?

A.    Because spray-painted on the walls of the wet CHU are DOS1 Tac room number.

Q.    What does that signify?

A.    Department of State.

Q.    And this is how you know this, right, based upon what you saw spray-painted on one of these -- is it CHU or SHU?

A.    CHU, C-H-U. Additionally, on each CHU, there's a serial number that I'm sure is somewhere in this Federal Building, as well, that says, Property of U.S. Government, serial number, Tac, whatever. It's a former State Department compound, sir.

Q.    So these items that you're mentioning, these CHUs, with the State Department symbol on them and the United States Government serial number on them, they're on this CTG base;

99

right?

A.    Yes.

Q.    They were there when you were there; right?

A.    Yes, sir.

Q.    And when you say, former, how do you know -- what's the basis of your knowledge there, when you say, former?

A.    I believe that when President Obama had all troops withdraw from Iraq in 2012, that camp was handed over to the Peshmerga, which then Peshmerga headquarters handed it down to the CTG.

Q.    And you believe that, correct, that's what you believe; correct?

A.    Yes, sir.

Q.    But you don't know that for sure, would you agree?

A.    I know that it was a State Department compound.

Q.    All right. And you're not privy to any State Department agreements with the Kurdistan Government; correct?

A.    No.

Q.    Relative to bases?

A.    No, we did have meetings at the CTG camp with State Department officials who talked about it being a former State Department compound.

Q.    That's what they would have told you, is that it, at these meetings?

A.    That's what we joked about, between myself and CTG

100

officials, as well as State Department officials.

Q.   Okay, and, again, but you're not privy to actual State Department documents that would indicate this base was transferred, are you?

A.   No, sir.

Q.   So you've worked with the CTG. Are you familiar -- you're familiar with certain people; correct?

A.   Yes, sir.

Q.   Did you ever meet Polad Talabani?

A.   Yes, sir.

Q.   Can we see Government No. 3.4? Do you see Mr. Talabani in this photo, sir?

A.   Not that I can make out.

Q.   You've worked with him, personally, is that it?

A.   Yes.

Q.   Let's talk about -- have you ever heard of the Cobra unit, as part of the CTG?

A.   No, sir.

Q.   I don't want to get into anything that you would feel uncomfortable talking about, but I'm trying to find out, you were a Sergeant in E-5 in your deployment there?

A.   No, I was not, sir.

Q.   What rank were you then?

A.   I was a Department of Army civilian, I was a GG-13 Intelligence Specialist.

Q.   Okay. So when you were in Iraq, at that point in time, you were not regular Army; is that right?

A.   No, I was a Department of Army civilian.

Q.   What is a Department of Army civilian, so we know?

A.   A civil servant that works for the Department of the Army. We fill in, usually, technical crafts, so we're expertise in, either, there's armory, intelligence, logistics, so on so forth.

Q.   And when you worked with the CTG in that capacity, you were an Army civilian; is that it?

A.   Yes, sir.

     MR. BARTOLAI: May I have a moment?

     THE COURT: Yes.

     MR. BARTOLAI: Nothing further. Thank you.

     THE COURT: Redirect?

     MR. CLAFFEE: Briefly, Your Honor.

                    REDIRECT EXAMINATION

BY MR. CLAFFEE:

Q.   Mr. McBride, when you were there in October and November 2015, were there any flags flying over this CTG compound?

A.   What do you mean, sir?

Q.   It's, presumably, a military-style base. Was there a flag of a particular country flying over top of the base or at the entrance?

A.   I believe there was the Kurdish flag, the PUK flag and

then the CTG flag.

Q.    There wasn't an American flag, was there?

A.    No.

MR. CLAFFEE: Nothing further.

THE COURT: Mr. Bartolai?

MR. BARTOLAI: Nothing further. Thank you.

THE COURT: Thank you very much, Mr. McBride. You can step down.

MR. CLAFFEE: May the witness be released from further testimony?

THE COURT: Any objection?

MR. BARTOLAI: No objection.

THE COURT: The witness is released. Do you have another witness?

MR. HINKLEY: We do, Your Honor. However, the witnesses remaining are all international, from Estonia or Iraq, and are not available for this afternoon but will be available for tomorrow morning.

THE COURT:  Is there anyone else you can call?

MR. HINKLEY: We're down to those witnesses, so we're near the end of the Government's case.

THE COURT: I see. All right, do you expect to have them here tomorrow morning?

MR. JASPERSE: Your Honor, the Government has five witnesses remaining, we expect to have three of them here

tomorrow, two on Wednesday, and the Government expects to rest its case on Wednesday.

THE COURT: The reason I ask about when, precisely, you'll have them available is, simply, to give the jury a break, if they need not be here at 9:30. So if you think they will be, I'll have the jury report at 9:30, if you don't think they'll be here at 9:30, I think we all owe the jury an opportunity to come in later than normal.

MR. JASPERSE: Whatever the jury's preference is, but the three witnesses for Tuesday will be available at 9:30 and the two witnesses for Wednesday should be here at 9:30.

THE COURT: Any comment, Mr. Bartolai?

MR. BARTOLAI: No, Your Honor.

THE COURT: Well, ladies and gentlemen, it appears that your day today is quite short. However, it also appears that we will start at 9:30 tomorrow morning, since we have been assured that these witnesses who are not presently in the United States, will be here tomorrow by then.

So I'll excuse you for the day and, again, remind you to keep an open mind until you've heard all the evidence and not to discuss the case among yourselves or with anyone else.

Thank you, you're excused.

(At this time the jury was excused for the evening.)

THE COURT: Is there anything further before we adjourn?

MR. HINKLEY: Nothing on behalf of the Government, Your

104

Honor.

MR. BARTOLAI: No, Your Honor.

THE COURT: All right, look forward to seeing you tomorrow.

(At this time the proceedings were adjourned.)

105

C E R T I F I C A T E

I, KRISTIN L. YEAGER, Official Court Reporter for the United States District Court for the Middle District of Pennsylvania, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a true and correct transcript of the within-mentioned proceedings had in the above-mentioned and numbered cause on the date or dates hereinbefore set forth; and I do further certify that the foregoing transcript has been prepared by me or under my supervision.

S/Kristin L. Yeager
KRISTIN L. YEAGER, RMR,CRR
Official Court Reporter

REPORTED BY:

KRISTIN L. YEAGER, RMR,CRR
Official Court Reporter
United States District Court
Middle District of Pennsylvania
P.O. Box 5
Scranton, Pennsylvania  18501

(The foregoing certificate of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

1

## $

**$50,000** [1] - 11:7
**$600** [1] - 19:2

## '

**'13** [1] - 20:19
**'17** [2] - 20:19, 78:3
**'18** [1] - 20:20
**'91** [1] - 61:20
**'92** [1] - 60:16
**'93** [1] - 60:16
**'94** [3] - 60:16, 60:19
**'95** [2] - 22:8, 46:1
**'98** [1] - 60:19

## 1

**1** [1] - 28:13
**10** [4] - 2:11, 11:16, 13:17, 43:7
**101** [1] - 2:5
**11** [1] - 2:4
**112** [2] - 38:1, 38:20
**12:25** [1] - 82:2
**1301** [1] - 1:18
**15** [4] - 24:15, 24:16, 28:11, 29:19
**15.2** [2] - 2:12, 49:10
**15.3** [5] - 2:11, 24:21, 25:11, 25:13, 25:14
**15.4** [6] - 2:12, 27:2, 27:13, 27:15, 27:16, 57:5
**15th** [1] - 28:5
**16** [1] - 1:9
**17** [3] - 2:5, 26:14, 31:10
**18-CR-97** [1] - 1:4
**18501** [1] - 105:19
**18503** [2] - 1:13, 1:25
**18640** [1] - 1:21
**1920** [1] - 53:7
**1925** [2] - 51:11, 53:7
**1958** [1] - 53:10
**1970** [1] - 53:8
**1970's** [3] - 53:6, 53:12, 54:8
**1987** [1] - 9:25
**1989** [1] - 10:1
**1990** [2] - 10:1, 57:12
**1991** [3] - 20:12, 50:16, 51:4
**1992** [6] - 21:15, 22:21, 62:21, 62:25, 63:10, 63:18
**1993** [1] - 20:8
**1994** [2] - 20:8, 58:5
**1998** [1] - 58:7

## 2

**1:30** [1] - 82:3

**2** [2] - 28:13, 49:14
**20** [1] - 89:24
**2002** [1] - 41:8
**2003** [2] - 41:8, 41:10
**2005** [7] - 21:17, 28:5, 35:21, 38:18, 58:5, 64:3, 64:9
**2009** [1] - 22:10
**2010** [2] - 21:17, 22:10
**2011** [2] - 19:10
**2012** [2] - 20:19, 99:8
**2014** [5] - 43:3, 85:3, 89:1, 89:3, 89:10
**2015** [23] - 3:21, 4:2, 4:4, 34:21, 42:5, 43:3, 43:21, 44:9, 44:13, 79:11, 79:22, 80:2, 80:4, 80:10, 85:4, 85:5, 85:9, 85:10, 85:14, 85:22, 86:13, 87:7, 101:20
**2016** [3] - 3:18, 79:11, 79:12
**2017** [7] - 11:16, 13:25, 77:18, 78:1, 89:6, 89:7, 89:10
**2018** [2] - 19:10, 19:23
**2020** [1] - 19:13
**2022** [2] - 49:14, 78:5
**2023** [2] - 1:9, 78:5
**20530** [2] - 1:16, 1:18
**235** [2] - 1:12, 1:25
**238** [1] - 1:20
**24** [1] - 2:11
**25** [1] - 2:11
**25.10** [1] - 3:10
**25.8** [10] - 2:9, 3:8, 4:3, 4:17, 4:21, 5:3, 5:6, 6:1, 16:2, 16:5
**25.9** [17] - 2:10, 4:2, 4:4, 4:13, 4:14, 4:18, 5:3, 5:7, 6:10, 6:15, 6:19, 6:20, 7:3, 90:4, 95:4, 95:5, 95:9
**27** [1] - 2:12
**27,57** [1] - 2:12
**28** [1] - 105:6

## 3

**3** [2] - 13:16, 28:13
**3.2** [3] - 2:13, 86:21, 88:22
**3.4** [3] - 2:10, 7:14, 100:11
**30** [3] - 51:5, 51:6,

89:24
**300** [1] - 62:17
**311** [1] - 1:12

## 4

**4** [1] - 26:12
**4.13** [2] - 2:11, 10:2
**40** [1] - 59:14
**49** [2] - 2:5, 2:12

## 5

**5** [3] - 2:4, 38:1, 105:18
**5,16** [1] - 2:9
**50-50** [6] - 35:8, 62:19, 62:25, 63:3, 63:7, 63:13

## 6

**60** [1] - 2:10
**60,90,95** [1] - 2:10

## 7

**7** [1] - 2:10
**70** [1] - 35:23
**70-30** [1] - 63:13
**753** [1] - 105:6
**78** [1] - 2:5

## 8

**803** [1] - 14:22
**81** [1] - 2:5
**82** [1] - 2:5
**86** [1] - 2:13

## 9

**9** [1] - 3:11
**90** [1] - 31:16
**90's** [1] - 33:16
**95** [3] - 2:5, 26:16, 31:16
**950** [1] - 1:15
**9:30** [7] - 1:9, 103:5, 103:6, 103:7, 103:10, 103:11, 103:16

## A

**A.M** [1] - 1:9
**ability** [1] - 50:2
**able** [10] - 3:25, 10:21, 14:13, 36:7, 46:12, 67:20, 69:3, 73:14,

74:23, 90:1
**above-mentioned** [1] - 105:8
**absolutely** [2] - 41:16, 76:20
**Academic** [1] - 21:5
**academic** [2] - 20:16, 21:8
**accepted** [1] - 24:9
**account** [1] - 74:10
**accurate** [2] - 25:2, 27:10
**accustomed** [1] - 40:4
**achieved** [1] - 84:5
**acronym** [2] - 88:2, 88:3
**acted** [1] - 81:9
**action** [4] - 74:6, 74:8, 74:23, 75:11
**active** [5] - 9:21, 9:25, 83:12, 83:20, 84:6
**activities** [1] - 41:14
**actual** [3] - 5:4, 92:23, 100:2
**addition** [2] - 20:15, 29:19
**additional** [5] - 4:1, 92:5, 92:8, 94:16, 96:1
**additionally** [1] - 98:19
**address** [1] - 97:24
**adjourn** [1] - 103:24
**adjourned** [1] - 104:4
**Adjunct** [1] - 20:18
**administrations** [1] - 71:19
**admissibility** [1] - 3:6
**admissible** [1] - 14:22
**admission** [2] - 6:15, 25:10
**admit** [1] - 27:13
**admitted** [18] - 3:8, 4:11, 4:13, 4:16, 4:23, 5:10, 6:2, 6:19, 6:20, 7:14, 12:21, 14:15, 25:13, 25:14, 27:15, 27:16, 86:21, 90:4
**Admitted** [1] - 2:9
**advance** [1] - 38:11
**Affairs** [7] - 17:11, 17:13, 39:6, 39:17, 39:21, 41:22, 66:9
**affected** [1] - 78:4
**affiliated** [1] - 65:18
**affiliation** [1] - 67:5
**affiliations** [1] - 59:19
**Afghanistan** [1] - 84:14

**afternoon** [5] - 3:6, 82:25, 83:1, 95:4, 102:17
**Agency** [2] - 20:7, 41:6
**agent** [2] - 10:20, 16:2
**Agent** [3] - 3:12, 3:13, 10:2
**agree** [8] - 53:5, 62:24, 71:13, 73:5, 73:11, 95:10, 97:10, 99:14
**agreements** [2] - 73:24, 99:17
**ahead** [3] - 67:14, 77:22, 77:23
**aided** [1] - 1:22
**Air** [1] - 39:7
**airport** [9] - 45:16, 48:2, 48:5, 48:18, 48:19, 79:6, 79:9, 79:12
**Airport** [1] - 48:4
**airports** [1] - 48:3
**AI** [1] - 41:13
**Al-Qaeda** [1] - 41:13
**align** [1] - 70:18
**alliance** [1] - 70:17
**alliances** [2] - 53:21, 53:23
**allies** [4] - 39:15, 39:23, 97:4, 97:9
**allow** [5] - 10:17, 30:4, 43:14, 46:7, 97:24
**allowed** [2] - 48:13, 92:25
**allows** [2] - 47:3, 47:4
**almost** [3] - 29:20, 62:19, 74:12
**Alsham** [1] - 39:14
**altitude** [1] - 7:7
**AMERICA** [1] - 1:2
**America** [1] - 40:5
**American** [8] - 20:10, 20:12, 22:10, 67:11, 75:5, 81:8, 102:2
**ammo** [1] - 94:17
**AND** [2] - 16:20, 82:17
**Ansar** [3] - 41:11, 41:12
**answer** [5] - 10:7, 42:10, 80:15, 80:16, 80:18
**apologize** [3] - 3:11, 27:19, 88:2
**appear** [2] - 25:2, 27:10
**appeared** [1] - 9:24
**applicable** [1] - 3:20
**apply** [1] - 105:22

2

**appointed** [1] - 105:5
**appointment** [1] - 74:14
**approach** [2] - 12:25, 24:17
**appropriate** [1] - 82:3
**approval** [10] - 37:2, 42:9, 42:25, 45:5, 45:9, 67:6, 73:15, 80:12, 80:22
**approvals** [2] - 44:12, 44:14
**approved** [2] - 46:15, 47:24
**approximate** [1] - 26:13
**April** [1] - 79:11
**Arab** [3] - 31:25, 32:1, 70:18
**Arabic** [2] - 26:23, 26:25
**area** [36] - 3:17, 4:2, 7:6, 15:3, 25:23, 27:23, 30:14, 33:14, 33:23, 34:3, 34:6, 34:7, 34:15, 34:17, 34:20, 34:22, 36:23, 41:12, 42:17, 44:4, 44:9, 44:13, 46:5, 51:6, 51:8, 55:9, 55:12, 55:18, 84:8, 88:9, 88:18, 89:25, 91:6, 93:4, 95:9, 96:5
**areas** [8] - 33:3, 55:9, 56:15, 57:18, 58:2, 58:9
**arm** [1] - 92:17
**Armed** [3] - 37:24, 38:3, 61:4
**armed** [3] - 63:24, 64:7, 92:6
**armored** [1] - 94:11
**armory** [1] - 101:7
**Army** [12] - 66:2, 66:4, 66:5, 83:11, 83:16, 84:8, 100:24, 101:2, 101:3, 101:4, 101:5, 101:10
**arranged** [3] - 69:12, 69:14, 69:22
**arrest** [1] - 78:14
**arrested** [1] - 78:9
**arrived** [1] - 92:24
**article** [2] - 7:23, 22:22
**Article** [1] - 37:25
**articles** [1] - 21:8
**AS** [2] - 16:21, 82:18
**aside** [1] - 61:17

**assigned** [3] - 83:23, 83:25, 85:13
**Assistant** [2] - 1:11, 20:4
**Associate** [1] - 20:18
**associate** [1] - 70:1
**associated** [2] - 8:9, 56:2
**associates** [1] - 67:1
**assured** [1] - 103:16
**ate** [1] - 94:1
**attache'** [1] - 14:10
**attached** [2] - 40:11, 61:15
**attempting** [1] - 14:12
**Attorney** [1] - 1:11
**audio** [1] - 10:18
**authenticate** [4] - 12:19, 14:12, 15:6, 15:11
**authorities** [1] - 29:16
**authority** [9] - 30:3, 32:2, 32:5, 54:9, 64:23, 68:3, 70:6, 74:10, 74:12
**authorizations** [1] - 48:14
**authorizes** [1] - 38:1
**automatic** [1] - 80:11
**autonomy** [3] - 29:8, 29:9, 29:13
**available** [4] - 102:17, 103:4, 103:10
**AVENUE** [1] - 1:25
**Avenue** [3] - 1:12, 1:15, 1:18
**average** [1] - 48:5
**avoid** [1] - 75:1
**Award** [1] - 21:4
**aware** [3] - 14:11, 75:3, 78:1

## B

**Bachelor's** [1] - 17:4
**background** [1] - 17:4
**backside** [2] - 94:1, 94:13
**bad** [1] - 58:24
**Bafel** [3] - 76:24, 77:7, 78:6
**Baghdad** [8] - 29:22, 30:23, 31:15, 38:15, 39:11, 62:13, 65:6, 81:9
**balance** [1] - 35:7
**Bartolai** [7] - 6:16, 11:10, 13:7, 49:8, 81:1, 102:5, 103:12
**BARTOLAI** [53] - 1:20,

4:9, 4:13, 4:24, 5:4, 5:6, 5:10, 6:17, 10:4, 11:11, 11:13, 12:1, 12:6, 12:10, 12:14, 12:16, 13:4, 13:15, 14:24, 15:8, 15:24, 16:1, 16:15, 24:9, 25:12, 27:14, 43:23, 44:1, 49:1, 49:5, 49:7, 77:12, 77:17, 78:8, 78:19, 80:13, 81:3, 81:19, 81:23, 82:8, 82:16, 95:3, 95:7, 96:15, 96:17, 97:19, 98:1, 101:12, 101:14, 102:6, 102:12, 103:13, 104:2
**Barzani** [11] - 34:14, 55:8, 56:2, 56:3, 56:4, 59:24, 63:1, 69:13, 70:6, 70:18
**BARZANI** [1] - 34:14
**Barzanis** [4] - 52:25, 55:6, 56:4, 59:23
**base** [14] - 5:7, 16:12, 42:8, 42:11, 42:12, 42:18, 42:23, 87:14, 89:14, 97:22, 98:25, 100:3, 101:22, 101:23
**based** [12] - 6:4, 6:7, 8:20, 31:12, 31:13, 40:25, 41:5, 42:7, 67:17, 67:18, 98:17
**bases** [5] - 87:8, 97:21, 97:22, 98:2, 99:19
**basis** [3] - 42:14, 73:22, 99:6
**beautiful** [1] - 30:15
**became** [7] - 19:18, 28:8, 28:9, 29:14, 46:5, 56:7, 64:25
**become** [2] - 56:11, 70:15
**becomes** [1] - 53:4
**becoming** [1] - 69:21
**bed** [1] - 88:8
**BEEN** [2] - 16:20, 82:17
**BEFORE** [1] - 1:8
**beginning** [4] - 9:25, 13:21, 45:9, 83:22
**behalf** [1] - 103:25
**behind** [2] - 46:13, 46:15
**Benning** [1] - 83:24
**best** [4] - 42:4, 67:13, 67:14

**better** [1] - 25:19
**between** [16] - 22:25, 28:15, 29:20, 30:1, 31:3, 31:22, 34:24, 35:1, 46:22, 56:24, 58:17, 70:19, 77:7, 78:6, 86:9, 99:25
**beyond** [1] - 4:2
**big** [35] - 28:17, 35:19, 35:22, 36:15, 36:18, 37:18, 43:17, 44:19, 44:21, 45:14, 47:6, 47:11, 47:12, 47:17, 47:18, 47:19, 48:11, 50:17, 52:21, 53:18, 65:22, 65:24, 66:25, 67:1, 67:3, 68:2, 69:2, 71:19, 72:2, 77:1, 80:20
**billeted** [1] - 87:11
**billeting** [2] - 87:25, 94:20
**binder** [2] - 24:15, 27:1
**binders** [1] - 24:14
**bit** [9] - 12:18, 20:1, 27:20, 33:17, 35:3, 40:2, 67:8, 71:8, 91:4
**black** [2] - 50:17, 94:10
**blocks** [1] - 92:17
**board** [1] - 19:10
**book** [4] - 21:4, 21:6, 21:23, 52:20
**books** [5] - 20:24, 21:1, 21:2, 50:16, 52:8
**border** [3] - 26:1, 30:16, 58:10
**borders** [3] - 30:13, 52:18, 52:22
**born** [2] - 49:21, 67:12
**boss** [1] - 58:22
**bottom** [1] - 91:22
**bottoms** [1] - 88:20
**Box** [1] - 105:18
**Bragg** [1] - 84:1
**bread** [1] - 68:25
**break** [2] - 49:1, 103:4
**breeze** [1] - 30:20
**briefings** [1] - 85:17
**briefly** [1] - 101:16
**bringing** [1] - 45:20
**British** [9] - 51:13, 51:14, 51:15, 51:18, 53:9, 57:17, 70:13, 70:14
**broader** [1] - 51:8
**broke** [2] - 58:19,

60:20
**brother** [3] - 76:1, 76:2, 86:4
**brothers** [1] - 78:6
**budget** [10] - 31:8, 31:15, 38:22, 38:23, 65:5, 65:6, 65:10, 65:12
**budgets** [2] - 61:15, 65:4
**Building** [1] - 98:20
**building** [8] - 91:11, 91:17, 93:6, 93:7, 93:23, 93:24, 94:21
**buildings** [1] - 90:25
**built** [1] - 88:7
**bulk** [2] - 8:14, 8:15
**Bureau** [1] - 20:5
**Burke** [13] - 2:4, 3:12, 3:13, 3:24, 5:17, 7:13, 10:2, 10:15, 10:20, 12:18, 13:9, 16:2, 16:18
**bus** [3] - 48:6, 59:1
**business** [16] - 23:20, 36:12, 43:4, 43:11, 43:17, 44:11, 44:18, 45:3, 45:10, 66:24, 66:25, 67:1, 67:3, 69:4, 73:19, 80:19
**businesses** [9] - 35:19, 36:15, 36:19, 37:5, 65:18, 65:23, 66:2, 66:12
**businessman** [2] - 66:22, 66:23
**buttons** [6] - 8:16, 8:19, 8:21, 8:22, 9:4, 9:13
**BY** [31] - 5:16, 6:24, 7:5, 7:12, 10:19, 11:13, 12:10, 16:1, 17:2, 24:13, 24:19, 25:16, 27:18, 34:1, 44:8, 49:7, 77:12, 78:8, 78:21, 81:3, 82:24, 90:8, 90:23, 92:12, 93:20, 95:3, 95:7, 96:17, 98:1, 101:18, 105:15

## C

**C-H-U** [1] - 98:19
**CALLED** [2] - 16:20, 82:17
**camouflaged** [1] - 88:18
**camp** [14] - 89:20, 91:7, 92:23, 92:25,

**3**

96:6, 96:8, 96:12, 96:20, 96:21, 96:25, 98:5, 99:8, 99:20
**campaign** [1] - 81:10
**camps** [1] - 96:3
**campuses** [1] - 35:25
**Canadians** [3] - 97:11, 97:16, 98:6
**cannot** [5] - 37:16, 45:8, 47:16, 69:3, 87:3
**capacities** [1] - 22:23
**capacity** [3] - 18:11, 18:13, 101:9
**capital** [1] - 26:3
**captured** [1] - 4:21
**car** [2] - 30:23, 94:12
**card** [3] - 45:22, 48:9, 48:21
**cards** [1] - 43:14
**career** [3] - 20:6, 22:15, 83:22
**Carolina** [1] - 84:1
**cars** [1] - 48:11
**case** [10] - 18:15, 18:17, 18:24, 25:5, 30:9, 49:9, 49:11, 102:21, 103:2, 103:21
**casual** [1] - 72:21
**categorized** [1] - 70:22
**caught** [1] - 79:15
**cement** [2] - 91:25, 92:16
**census** [1] - 26:12
**center** [2] - 16:12, 92:23
**Central** [4] - 30:11, 31:7, 38:15, 84:18
**centralization** [1] - 30:3
**certain** [22] - 3:6, 3:14, 10:12, 24:5, 29:9, 29:16, 44:11, 44:12, 55:16, 55:18, 55:20, 57:18, 67:7, 67:18, 68:18, 72:16, 73:23, 73:24, 73:25, 75:19, 76:12, 100:7
**Certain** [1] - 72:17
**certainly** [2] - 3:25, 78:1
**certificate** [1] - 105:22
**CERTIFIED** [1] - 1:24
**certify** [2] - 105:6, 105:10
**certifying** [1] - 105:23
**chain** [1] - 42:16
**challenging** [1] -

64:23
**chance** [1] - 67:13
**changed** [2] - 51:6, 51:7
**channelled** [1] - 40:20
**chapters** [1] - 52:20
**charge** [11] - 42:5, 42:20, 44:22, 45:2, 45:7, 60:18, 67:6, 67:7, 77:18, 80:24
**charges** [2] - 82:12, 94:7
**Charlotte** [1] - 15:3
**check** [11] - 30:24, 31:1, 31:4, 31:5, 43:14, 45:23, 46:16, 48:20, 52:23, 91:25
**checked** [1] - 24:14
**checking** [1] - 73:23
**checkpoint** [5] - 91:22, 92:5, 92:8, 92:14, 92:20
**checkpoints** [1] - 92:21
**checks** [1] - 48:18
**chief** [1] - 55:19
**Choice** [1] - 21:4
**CHU** [8] - 88:1, 88:2, 88:3, 88:10, 98:13, 98:18, 98:19
**CHUs** [4] - 87:23, 94:19, 98:23
**CIA** [3] - 11:24, 12:11, 12:13
**circle** [3] - 25:21, 26:7, 96:8
**circumstances** [1] - 14:6
**cities** [1] - 56:16
**citizen** [2] - 45:4, 73:4
**City** [2] - 22:11, 34:6
**city** [5] - 27:22, 27:25, 78:24, 89:22, 91:2
**civil** [1] - 101:5
**Civil** [13] - 46:4, 58:5, 58:6, 58:16, 58:19, 58:23, 59:6, 59:7, 60:14, 60:19, 60:21, 64:5, 71:11
**civilian** [8] - 83:11, 83:12, 83:18, 83:19, 100:24, 101:3, 101:4, 101:10
**civilization** [1] - 52:7
**CLAFFEE** [17] - 1:14, 82:6, 82:10, 82:24, 90:8, 90:23, 92:10, 92:12, 93:18, 93:20, 94:25, 97:17, 97:22, 101:16, 101:18,

102:4, 102:9
**claimed** [2] - 5:6, 14:1
**claiming** [1] - 13:10
**claims** [1] - 10:12
**clarify** [1] - 66:11
**class** [2] - 35:23, 36:4
**clean** [2] - 33:15, 33:18
**clear** [9] - 3:24, 4:1, 34:2, 34:4, 34:17, 34:21, 85:9, 92:15, 96:12
**CLERK** [5] - 12:24, 16:22, 16:25, 82:19, 82:22
**client** [1] - 15:16
**clients** [1] - 83:6
**close** [1] - 24:23
**closer** [1] - 91:9
**CNN** [1] - 61:1
**coalition** [1] - 39:14
**Cobra** [1] - 100:16
**Code** [1] - 105:6
**Cody** [3] - 2:5, 82:6, 82:21
**CODY** [1] - 82:21
**colleague** [1] - 90:14
**college** [1] - 35:25
**College** [2] - 17:6, 36:1
**colonial** [2] - 51:14
**Columbia** [1] - 17:10
**combo** [3] - 8:16, 8:19, 8:21
**comfortable** [1] - 25:20
**coming** [11] - 29:2, 30:21, 36:4, 43:9, 47:18, 47:22, 54:23, 55:15, 73:12, 73:18, 82:14
**command** [3] - 40:20, 42:16, 92:23
**commander** [1] - 85:25
**Commander** [3] - 42:15, 42:19, 42:22
**commander's** [1] - 42:9
**Commander's** [1] - 42:24
**commanding** [1] - 93:7
**comment** [1] - 103:12
**common** [1] - 69:20
**communities** [1] - 54:3
**community** [1] - 53:20
**companies** [6] - 24:1, 24:8, 36:13, 36:22,

47:18, 47:20
**company** [2] - 83:4, 83:10
**Company** [2] - 9:1, 36:25
**compare** [3] - 60:3, 60:5
**compared** [1] - 62:10
**complete** [1] - 88:15
**complex** [3] - 50:24, 54:14
**complied** [2] - 26:8, 96:9
**component** [1] - 50:1
**compound** [29] - 7:10, 79:17, 87:10, 87:13, 87:18, 87:19, 88:12, 89:2, 89:7, 89:9, 89:21, 90:16, 91:9, 91:12, 91:17, 91:21, 93:12, 93:14, 93:22, 95:22, 97:1, 97:2, 97:3, 98:9, 98:10, 98:22, 99:15, 99:22, 101:20
**compound's** [1] - 90:1
**compounds** [1] - 87:8
**comprise** [1] - 29:1
**comprises** [1] - 28:13
**computer** [2] - 1:22, 4:18
**computer-aided** [1] - 1:22
**con** [1] - 36:24
**concluded** [1] - 15:25
**conditionally** [1] - 82:14
**conducted** [3] - 7:22, 23:20, 87:17
**conflict** [1] - 31:2
**Conflict** [1] - 20:5
**confusing** [1] - 74:9
**Congress** [2] - 62:16, 72:4
**connection** [1] - 47:23
**connections** [6] - 47:2, 47:3, 47:5, 47:11, 68:13, 68:19
**conservative** [4] - 70:2, 70:7, 70:21, 72:16
**consider** [1] - 66:18
**considered** [3] - 38:21, 61:11, 66:9
**consisted** [1] - 9:25
**consociational** [1] - 29:20
**conspiracy** [1] - 77:18
**Constitution** [13] - 28:4, 28:6, 28:7,

28:8, 31:7, 31:19, 31:21, 32:17, 37:25, 38:19, 46:20, 51:11, 71:12
**construction** [2] - 65:24, 80:20
**Consulate** [2] - 14:8, 14:10
**Consulting** [1] - 9:1
**Cont'd** [1] - 2:4
**container** [4] - 87:24, 88:5, 88:6, 88:8
**Containerized** [1] - 88:3
**containerized** [1] - 88:5
**containers** [3] - 94:2, 94:5, 94:16
**content** [1] - 83:8
**contextual** [2] - 60:1, 66:19
**contextually** [1] - 56:17
**contextually-related** [1] - 56:17
**continue** [3] - 39:17, 46:12, 96:15
**continued** [5] - 7:11, 39:19, 90:20, 92:11, 93:19
**continues** [2] - 13:21, 39:22
**continuous** [1] - 89:9
**contract** [2] - 74:15
**contractor** [1] - 20:6
**contracts** [2] - 74:15, 74:16
**Control** [1] - 1:15
**control** [18] - 23:13, 24:6, 34:21, 35:18, 51:13, 53:11, 55:18, 64:17, 64:18, 74:24, 79:8, 79:11, 79:12, 86:7, 89:7, 89:10, 93:7, 105:23
**controlled** [13] - 34:19, 57:22, 57:23, 71:13, 71:15, 79:5, 89:2, 89:13, 91:3, 91:6, 91:7, 95:10, 95:12
**controlling** [1] - 68:2
**controls** [2] - 34:17, 36:12
**conversant** [1] - 22:13
**cook** [1] - 94:3
**coordinates** [2] - 16:6, 16:11
**copies** [1] - 9:16
**corporate** [1] - 8:25

4

**correct** [33] - 4:14, 4:15, 4:21, 5:24, 5:25, 6:2, 6:3, 6:10, 8:15, 9:1, 9:2, 11:17, 12:12, 15:14, 52:11, 59:10, 60:4, 63:22, 71:22, 76:22, 76:25, 95:14, 96:18, 96:23, 96:25, 97:7, 98:10, 98:11, 99:11, 99:12, 99:17, 100:7, 105:7
**correctly** [1] - 94:17
**corroborate** [1] - 82:12
**Counselor** [1] - 11:15
**Counter** [4] - 7:24, 40:25, 41:2, 85:20
**counter** [1] - 41:14
**Counterintelligence** [1] - 1:15
**counterparts** [2] - 85:16, 85:18
**countries** [1] - 26:1
**country** [10] - 28:11, 30:24, 43:7, 51:9, 51:10, 60:24, 67:13, 68:16, 70:3, 101:23
**Country** [1] - 23:1
**Coup** [1] - 53:8
**couple** [4] - 19:11, 42:21, 71:5, 79:2
**course** [8] - 12:21, 13:18, 20:22, 46:18, 74:6, 74:8, 74:23, 75:10
**COURT** [69] - 1:1, 3:3, 4:1, 4:5, 4:8, 4:11, 4:14, 4:16, 4:19, 4:23, 4:25, 5:12, 6:16, 6:19, 6:23, 10:5, 10:10, 10:17, 11:10, 12:8, 12:15, 13:1, 14:23, 15:7, 15:9, 15:18, 15:20, 15:23, 16:16, 16:18, 24:10, 24:18, 25:13, 27:15, 33:25, 43:24, 44:5, 48:23, 48:25, 49:2, 49:4, 77:9, 77:11, 77:16, 77:22, 78:18, 80:14, 80:18, 81:1, 81:20, 81:24, 82:2, 82:5, 82:9, 95:1, 97:24, 101:13, 101:15, 102:5, 102:7, 102:11, 102:13, 102:19, 102:22, 103:3, 103:12, 103:14, 103:24, 104:3

**Court** [9] - 3:8, 3:14, 13:12, 13:19, 105:3, 105:4, 105:14, 105:17, 105:17
**courtroom** [1] - 5:14
**cousins** [2] - 78:7, 86:11
**cradle** [1] - 52:7
**crafts** [1] - 101:6
**create** [3] - 6:6, 38:1, 73:20
**created** [23] - 3:12, 3:16, 5:23, 6:5, 7:1, 28:5, 30:1, 31:21, 41:7, 41:8, 41:9, 52:2, 52:4, 53:3, 53:8, 57:9, 57:17, 58:7, 58:9, 62:20, 63:10, 63:12, 71:11
**criteria** [1] - 6:4
**Crm** [1] - 1:17
**cross** [4] - 11:10, 48:25, 73:25, 95:1
**Cross** [4] - 2:3, 20:11, 20:12, 49:4
**CROSS** [3] - 11:12, 49:6, 95:2
**Cross-examine** [1] - 49:4
**cross-examine** [3] - 11:10, 48:25, 95:1
**crossed** [2] - 30:16, 74:5
**crossing** [1] - 52:22
**CRR** [1] - 1:24
**CTG** [58] - 5:6, 7:24, 40:24, 40:25, 41:7, 41:8, 41:11, 41:19, 41:20, 41:21, 41:23, 42:5, 42:8, 42:23, 75:18, 79:17, 85:20, 85:21, 85:24, 85:25, 86:24, 87:2, 87:4, 87:7, 87:10, 87:13, 88:12, 88:21, 89:3, 89:7, 89:9, 91:9, 91:16, 92:8, 92:9, 92:18, 93:4, 93:8, 93:15, 94:1, 94:23, 95:16, 95:22, 96:2, 96:8, 96:12, 96:20, 98:9, 98:25, 99:10, 99:20, 99:25, 100:6, 100:17, 101:9, 101:20, 102:1
**curious** [1] - 50:18
**current** [2] - 17:23, 75:18

## D

**d'etats** [1] - 53:8
**D.C** [1] - 30:14
**dangerous** [2] - 57:25, 58:4
**date** [4] - 3:15, 3:16, 9:22, 105:9
**dated** [1] - 49:14
**dates** [1] - 105:9
**daughter** [1] - 69:23
**day-to-day** [5] - 42:14, 54:16, 73:22, 74:1, 74:13
**days** [3] - 42:21, 43:8, 71:25
**DC** [2] - 1:16, 1:18
**de** [1] - 81:10
**de-ISIS** [1] - 81:10
**death** [3] - 38:7, 38:8
**debate** [1] - 72:3
**decades** [2] - 34:15, 37:6
**December** [2] - 19:12, 49:14
**decide** [1] - 36:2
**decided** [4] - 3:9, 50:19, 62:24, 74:6
**decision** [4] - 29:10, 29:12, 30:4, 72:6
**decision-makers** [1] - 72:6
**decision-making** [3] - 29:10, 29:12, 30:4
**decisions** [7] - 45:11, 56:1, 68:23, 71:19, 72:2, 73:14, 74:2
**deeply** [3] - 35:18, 70:7
**DEFENDANT** [1] - 1:19
**Defendant** [8] - 1:6, 8:9, 9:11, 10:11, 11:3, 13:13, 15:10, 49:9
**Defendant's** [2] - 8:19, 10:20
**Defense** [21] - 17:21, 18:2, 18:3, 18:4, 18:5, 18:6, 18:9, 18:12, 18:18, 18:19, 18:22, 19:8, 19:12, 19:14, 19:24, 20:15, 39:8, 39:15, 39:16, 39:19, 79:25
**degree** [5] - 17:5, 17:7, 17:12, 29:5, 29:12
**degrees** [1] - 29:9
**delegation** [1] - 98:6

**demanding** [1] - 70:14
**Democratic** [3] - 33:1, 35:4, 55:7
**Democrats** [3] - 36:1, 60:9, 60:25
**demonstrative** [2] - 3:11, 3:12
**DENISE** [1] - 16:24
**Denise** [5] - 2:5, 16:19, 16:24, 24:3, 46:7
**Department** [33] - 18:3, 18:4, 18:6, 18:14, 18:18, 18:23, 19:6, 19:11, 19:23, 20:2, 20:3, 39:8, 39:15, 39:19, 69:16, 83:11, 89:14, 89:16, 89:17, 98:10, 98:16, 98:22, 98:24, 99:15, 99:16, 99:21, 99:22, 100:1, 100:3, 100:24, 101:3, 101:4, 101:5
**Dependency** [1] - 21:7
**dependent** [1] - 31:16
**depicted(indicating** [1] - 96:19
**deployed** [6] - 10:24, 84:13, 84:16, 84:17, 85:1, 85:5
**deployment** [1] - 100:21
**deployments** [1] - 84:11
**Deputy** [1] - 63:4
**deputy** [1] - 63:5
**describe** [2] - 41:19, 87:19
**described** [2] - 34:9, 92:14
**describing** [2] - 14:6, 44:10
**detail** [3] - 24:11, 84:7, 85:12
**detained** [3] - 13:10, 14:2, 14:4
**determined** [1] - 74:22
**determining** [1] - 36:3
**detribalization** [1] - 56:10
**detribalize** [1] - 56:16
**detribalized** [1] - 59:23
**Development** [1] - 20:7
**development** [1] - 21:7
**DFAC** [1] - 93:25
**Dictator** [1] - 53:5

**differ** [1] - 72:8
**difference** [7] - 3:23, 28:15, 28:18, 52:19, 52:21, 56:23, 70:5
**differences** [2] - 30:5, 61:3
**different** [25] - 21:15, 22:2, 22:5, 22:23, 32:15, 35:2, 35:3, 35:12, 36:15, 40:4, 41:20, 48:17, 52:18, 53:21, 54:2, 59:14, 59:25, 63:11, 63:17, 64:6, 70:11, 75:10, 76:15, 76:16, 77:25
**differently** [3] - 27:20, 27:21, 68:18
**difficult** [3] - 36:10, 59:5, 93:11
**difficulty** [1] - 12:18
**dining** [1] - 93:25
**dire** [4] - 4:10, 4:25, 5:11, 6:16
**direct** [1] - 105:23
**DIRECT** [3] - 5:15, 17:1, 82:23
**Direct** [1] - 2:3
**direction** [1] - 31:14
**directly** [1] - 97:11
**Director** [4] - 17:24, 19:18, 86:14, 86:15
**disaster** [1] - 50:22
**disbanded** [3] - 71:8, 71:9, 71:10
**discover** [2] - 7:16, 9:4
**discovery** [1] - 13:24
**discuss** [3] - 3:4, 12:6, 103:21
**discussed** [1] - 3:10
**discussing** [3] - 3:6, 89:2, 89:21
**discussion** [2] - 13:2, 15:25
**distinct** [1] - 29:18
**distinction** [1] - 56:24
**distress** [1] - 14:21
**DISTRICT** [2] - 1:1, 1:1
**District** [4] - 105:4, 105:17, 105:18
**diverse** [1] - 53:20
**divide** [3] - 31:21, 54:4, 54:5
**dividing** [2] - 52:1, 86:9
**doctor** [1] - 81:4
**Doctor** [4] - 49:8, 77:11, 78:19, 81:24
**document** [2] - 12:20, 27:1

**5**

**documents** [5] - 4:12, 9:3, 12:17, 13:7, 100:3
**DOD** [1] - 18:21
**DOJ** [2] - 1:14, 1:17
**DOJ-Crm** [1] - 1:17
**DOJ-Nsd** [1] - 1:14
**dominant** [1] - 33:10
**dominate** [1] - 34:11
**dominated** [3] - 34:9, 34:13, 34:16
**dominates** [4] - 33:4, 33:22, 33:23, 34:2
**done** [7] - 6:13, 47:10, 50:3, 54:16, 69:3, 74:20, 74:21
**door** [3] - 12:2, 91:10, 96:2
**DOS1** [1] - 98:13
**dossier** [1] - 37:18
**dossier's** [1] - 37:18
**down** [12] - 15:3, 16:18, 58:21, 68:21, 69:11, 81:8, 81:25, 86:8, 92:18, 99:9, 102:8, 102:20
**downtown** [3] - 89:19, 89:22, 91:24
**dozens** [1] - 46:10
**Dr** [4] - 17:3, 24:3, 24:10, 24:14
**draw** [1] - 25:21
**Dream** [2] - 67:11
**dream** [2] - 67:16
**dress** [2] - 72:18
**drive** [5] - 30:13, 30:15, 78:23, 93:5, 93:8
**driving** [3] - 30:24, 42:2
**drug** [1] - 72:21
**drugs** [2] - 72:23
**Duhok** [5] - 25:24, 27:8, 33:9, 84:25, 85:7
**DULY** [2] - 16:20, 82:17
**during** [23] - 6:8, 8:2, 8:7, 8:12, 8:13, 8:16, 9:3, 9:11, 9:14, 10:11, 10:13, 10:22, 10:24, 46:4, 58:23, 59:6, 60:13, 60:21, 64:5, 71:11, 75:16, 81:7, 97:14
**duties** [1] - 85:13
**duty** [8] - 9:21, 9:25, 83:12, 83:20, 84:4, 84:6, 92:18, 93:10
**dying** [1] - 69:11

**dynamics** [1] - 50:18

**E**

**E-5** [1] - 100:21
**early** [2] - 14:1, 89:15
**Earth** [3] - 16:3, 16:4, 16:6
**easier** [1] - 33:8
**east** [3] - 26:2, 26:6, 91:24
**East** [7] - 19:18, 19:19, 20:23, 22:17, 47:2, 47:8, 52:6
**eastern** [1] - 33:22
**economy** [1] - 35:19
**educated** [1] - 57:2
**education** [3] - 18:10, 21:21, 35:20
**educational** [2] - 17:4, 18:8
**effect** [1] - 46:17
**effort** [3] - 14:7, 31:22, 39:24
**Egypt** [1] - 84:14
**either** [1] - 101:7
**election** [1] - 33:18
**elections** [10] - 35:24, 62:17, 62:18, 70:23, 70:25, 71:1, 71:4, 71:6, 71:7, 71:18
**elements** [1] - 82:11
**elite** [1] - 41:24
**elites** [1] - 71:14
**embarrassment** [1] - 75:2
**embedded** [2] - 49:23, 70:8
**Empire** [3] - 51:18, 51:20
**empires** [1] - 52:22
**employed** [1] - 19:8
**employee** [1] - 18:11
**end** [11] - 13:11, 44:15, 44:18, 51:25, 60:12, 61:25, 70:4, 72:2, 72:5, 102:21
**ends** [1] - 44:21
**English** [1] - 68:1
**enlisted** [1] - 87:15
**entered** [1] - 3:19
**entire** [5] - 7:7, 28:11, 45:21, 91:3, 94:12
**entities** [4] - 28:12, 41:17, 64:4, 64:12
**entity** [4] - 18:4, 37:7, 40:10, 41:22
**entrance** [1] - 101:24
**entrenched** [1] - 35:18
**episode** [1] - 78:2

**equipment** [1] - 87:16
**eradicate** [1] - 41:12
**Erbil** [10] - 14:10, 25:24, 26:4, 27:8, 33:16, 78:23, 79:8, 79:13, 84:25, 86:9
**ESQ** [4] - 1:11, 1:14, 1:17, 1:20
**essentially** [2] - 36:9, 40:17
**estimated** [1] - 26:13
**Estonia** [1] - 102:16
**ethnic** [1] - 31:22
**ethnicity** [1] - 26:15
**European** [2] - 42:23, 79:15
**evening** [1] - 103:23
**eventually** [1] - 53:4
**evidence** [14] - 6:21, 9:4, 9:7, 9:10, 11:1, 11:2, 11:8, 13:14, 15:1, 25:15, 27:17, 82:12, 82:13, 103:20
**evolved** [2] - 59:22, 63:16
**Evolving** [1] - 21:3
**ex** [1] - 15:16
**ex-spouse** [1] - 15:16
**exact** [1] - 89:18
**exactly** [3] - 25:24, 39:9, 56:13
**EXAMINATION** [8] - 11:12, 17:1, 49:6, 78:20, 81:2, 82:23, 95:2, 101:17
**EXAMINATION(Cont'd** [1] - 5:15
**examine** [4] - 11:10, 48:25, 49:4, 95:1
**example** [12] - 30:13, 35:20, 36:24, 45:24, 45:25, 54:3, 55:17, 55:22, 68:23, 69:19, 70:10, 95:20
**exception** [1] - 14:16
**excuse** [2] - 59:13, 103:19
**excused** [3] - 81:22, 103:22, 103:23
**executing** [1] - 11:17
**exercised** [2] - 23:10, 34:21
**exert** [1] - 76:13
**exhibit** [8] - 3:19, 4:1, 5:1, 5:2, 6:5, 7:9, 10:6, 86:20
**Exhibit** [25] - 2:9, 2:10, 2:10, 2:11, 2:11, 2:12, 2:12, 2:13, 3:10, 6:1, 6:10,

6:15, 6:20, 7:14, 10:2, 16:2, 24:15, 24:16, 24:21, 25:11, 25:14, 27:16, 49:10, 86:21, 90:4
**Exhibits** [1] - 13:16
**exhibits** [2] - 3:7, 3:21
**existed** [1] - 53:1
**existence** [1] - 15:21
**exists** [1] - 63:12
**expect** [2] - 102:22, 102:25
**expects** [1] - 103:1
**experience** [2] - 42:7, 79:15
**expert** [6] - 18:15, 18:24, 24:4, 24:11, 25:5, 44:3
**expertise** [3] - 42:7, 44:6, 101:6
**explain** [6] - 7:1, 7:19, 33:6, 42:10, 55:12, 57:11
**explosives** [1] - 94:6
**Export** [1] - 1:15
**Expose'** [1] - 7:24
**express** [1] - 18:17
**extremely** [2] - 67:4, 72:15

**F**

**fabric** [4] - 49:20, 64:14, 65:1, 68:22
**face** [1] - 38:8
**facility** [2] - 9:11, 93:25
**fact** [4] - 14:20, 19:3, 19:5, 25:7
**factions** [1] - 36:18
**factory** [4] - 37:12, 37:13, 45:5, 80:10
**fair** [2] - 12:3, 93:11
**fall** [7] - 39:19, 85:3, 85:5, 85:9, 86:12, 87:7, 89:1
**falls** [1] - 37:10
**familiar** [12] - 23:13, 23:16, 49:12, 66:13, 66:14, 76:7, 85:21, 86:25, 87:2, 91:1, 100:6, 100:7
**families** [13] - 23:13, 24:5, 34:11, 34:25, 35:15, 36:16, 36:21, 48:14, 50:19, 51:15, 52:25, 55:15
**family** [33] - 34:9, 34:14, 34:16, 34:17, 34:19, 34:21, 34:23,

36:17, 36:20, 36:23, 37:3, 37:9, 37:11, 37:15, 37:19, 44:22, 45:6, 45:10, 47:12, 49:22, 55:8, 55:16, 56:2, 56:7, 56:22, 66:20, 67:7, 68:3, 69:13, 79:5, 86:1
**far** [3] - 51:4, 68:15, 89:9
**Farsi** [1] - 22:14
**Faruk** [10] - 36:24, 37:2, 37:4, 66:13, 66:20, 66:23, 80:5, 80:10
**Faruks** [1] - 66:17
**fascinating** [1] - 50:15
**father** [1] - 70:16
**father-in-law** [1] - 70:16
**fatigues** [1] - 88:16
**FBI** [4] - 13:25, 14:10, 15:3, 15:17
**fear** [1] - 14:18
**February** [2] - 10:1, 89:6
**Federal** [15] - 28:10, 28:23, 29:8, 29:10, 29:21, 29:25, 30:1, 30:2, 30:6, 30:8, 39:11, 64:11, 79:25, 98:20
**Federalism** [1] - 29:19
**few** [5] - 51:23, 60:20, 76:4, 79:2, 79:4
**fight** [6] - 39:12, 39:14, 39:18, 54:24, 63:8, 70:11
**fighting** [8] - 54:12, 54:13, 54:20, 54:25, 60:23, 60:25, 61:1, 71:6
**fill** [1] - 101:6
**final** [2] - 92:13, 93:3
**Finance** [2] - 63:4, 68:10
**firing** [1] - 8:14
**first** [27] - 19:10, 20:16, 21:2, 21:15, 21:19, 22:2, 22:21, 22:22, 34:8, 44:16, 44:19, 46:19, 46:21, 51:10, 51:11, 52:20, 62:20, 62:22, 74:25, 75:1, 75:8, 83:20, 87:1, 88:24
**fit** [1] - 41:2
**five** [4] - 39:21, 42:24, 79:18, 102:24
**flag** [5] - 101:22,

101:25, 102:1, 102:2
**flags** [1] - 101:20
**fledgling** [1] - 63:10
**flowing** [1] - 52:24
**fluid** [1] - 55:2
**fly** [1] - 57:18
**flying** [2] - 101:20, 101:23
**focus** [1] - 19:19
**focused** [3] - 19:15, 22:16, 34:5
**focuses** [1] - 7:8
**following** [1] - 3:1
**FOLLOWS** [2] - 16:21, 82:18
**food** [1] - 94:3
**FOR** [3] - 1:1, 1:10, 1:19
**Force** [1] - 39:7
**force** [2] - 96:1, 97:4
**Forces** [8] - 37:24, 38:3, 41:25, 61:4, 66:10, 76:3, 79:25, 91:7
**forces** [15] - 38:2, 38:21, 40:6, 57:16, 61:14, 61:18, 64:14, 64:16, 66:5, 81:4, 81:8, 81:10, 81:13, 97:21, 98:2
**forefront** [1] - 8:5
**foregoing** [3] - 105:7, 105:10, 105:22
**Foreign** [5] - 73:2, 73:4, 73:7, 73:12, 74:23
**form** [7] - 8:15, 29:18, 44:1, 53:1, 54:7, 61:22, 63:18
**formally** [1] - 40:19
**formation** [1] - 52:17
**formed** [4] - 41:11, 51:10, 51:12, 51:19
**former** [6] - 89:14, 98:9, 98:22, 99:5, 99:6, 99:21
**forms** [1] - 53:9
**forth** [2] - 101:8, 105:9
**forward** [3] - 12:7, 12:8, 104:3
**four** [1] - 62:17
**Fox** [1] - 60:25
**fragment** [1] - 94:7
**fragmented** [3] - 76:9, 76:11, 76:16
**frame** [7] - 3:19, 9:12, 9:22, 77:19, 85:22, 90:25, 97:14
**Franklin** [1] - 17:6
**frankly** [1] - 15:9

**free** [1] - 52:24
**free-flowing** [1] - 52:24
**freedom** [1] - 54:12
**French** [1] - 57:17
**Friday** [1] - 3:5
**friend** [1] - 68:24
**Front** [2] - 61:20, 61:23
**front** [5] - 6:14, 24:20, 25:17, 90:17, 93:9
**Ft** [2] - 83:24, 84:1
**fully** [1] - 14:11

**G**

**gained** [3] - 53:9, 53:11, 56:14
**gas** [2] - 8:13, 36:19
**general** [2] - 7:6, 29:25
**generally** [8] - 18:5, 48:4, 62:18, 75:11, 84:7, 85:12, 89:21, 90:9
**generation** [4] - 56:12, 69:17, 69:18
**gentleman** [1] - 8:5
**gentlemen** [1] - 103:14
**Georgetown** [2] - 20:19, 20:21
**Georgia** [1] - 83:24
**GG-13** [1] - 100:24
**Gino** [1] - 49:8
**GINO** [1] - 1:20
**given** [1] - 13:24
**glasses** [1] - 24:16
**Glock** [1] - 80:11
**Google** [12] - 3:7, 3:8, 3:15, 4:7, 4:20, 5:23, 6:7, 16:3, 16:4, 16:5, 78:12
**Goran** [1] - 87:1
**government** [2] - 28:25, 63:10
**GOVERNMENT** [1] - 1:10
**Government** [83] - 2:3, 2:9, 3:9, 12:1, 12:3, 13:24, 14:11, 16:19, 18:21, 22:4, 23:4, 23:24, 24:7, 24:21, 28:24, 29:3, 29:15, 29:21, 30:2, 30:11, 31:9, 31:17, 32:9, 32:12, 32:13, 32:18, 34:25, 35:1, 38:13, 38:16, 38:22, 38:23, 39:1, 39:4,

39:5, 39:11, 39:25, 40:1, 40:3, 40:10, 40:11, 40:21, 40:23, 41:15, 46:15, 49:10, 54:11, 54:12, 54:24, 57:10, 59:10, 61:11, 61:13, 61:14, 61:16, 62:15, 62:21, 64:5, 64:11, 64:13, 65:5, 66:7, 68:7, 70:24, 79:25, 80:1, 80:9, 82:6, 82:10, 86:7, 86:21, 91:6, 95:10, 98:5, 98:21, 98:25, 99:17, 100:11, 102:24, 103:1, 103:25
**Government's** [19] - 3:10, 6:1, 6:10, 6:15, 6:20, 7:13, 10:2, 16:2, 25:11, 25:14, 27:16, 31:8, 31:15, 57:4, 88:22, 90:4, 95:4, 95:9, 102:21
**Government-controlled** [2] - 91:6, 95:10
**Governmental** [1] - 91:2
**Governor** [1] - 69:23
**grandfather** [1] - 59:24
**grandson** [1] - 59:25
**great** [1] - 68:24
**green** [14] - 57:7, 57:8, 57:9, 57:10, 57:21, 57:24, 58:2, 58:4, 58:8, 58:11, 58:13
**greet** [1] - 93:10
**greeted** [1] - 93:6
**grenades** [1] - 94:7
**ground** [1] - 85:3
**group** [2] - 41:11, 72:1
**Group** [6] - 7:25, 36:24, 40:25, 41:2, 66:23, 85:20
**groupings** [1] - 72:5
**groups** [12] - 31:22, 35:14, 53:1, 54:5, 59:20, 63:17, 63:24, 64:8, 64:20, 70:18, 70:19, 70:22
**guarded** [1] - 92:6
**guards** [3] - 80:4, 80:6, 92:2
**guest** [1] - 92:23
**Gulf** [7] - 20:13, 21:7, 28:3, 50:11, 57:12, 81:7
**guy** [1] - 67:10

**guys** [7] - 41:25, 58:20, 62:16, 62:23, 64:23, 64:25, 71:25

**H**

**half** [6] - 33:17, 83:17, 83:20, 87:24, 88:7, 95:11
**hand** [3] - 13:18, 54:12, 54:13
**handed** [2] - 99:8, 99:9
**handful** [1] - 51:2
**handing** [1] - 85:17
**handled** [1] - 85:15
**handwritten** [1] - 46:16
**hang** [1] - 72:22
**hard** [5] - 10:6, 58:10, 60:3, 68:23, 69:7
**haven** [3] - 57:19, 57:20, 57:24
**HAVING** [2] - 16:20, 82:17
**Head** [2] - 63:3, 63:5
**head** [2] - 75:18, 76:3
**headquarters** [3] - 89:19, 92:9, 99:9
**Headquarters** [5] - 91:10, 91:11, 91:17, 92:1, 96:1
**health** [1] - 43:9
**hear** [2] - 43:25, 67:10
**heard** [5] - 10:5, 47:1, 66:25, 100:16, 103:20
**hearing** [2] - 15:13, 97:20
**hearsay** [5] - 11:25, 12:5, 14:16, 14:22, 15:9
**heavily** [3] - 56:21, 88:18, 94:11
**heavily-camouflaged** [1] - 88:18
**heavy** [2] - 91:7, 91:12
**held** [6] - 13:2, 14:2, 20:16, 32:6, 42:23, 93:1
**help** [5] - 14:5, 14:8, 14:19, 41:12, 50:13
**here(indicating** [11] - 31:1, 33:9, 33:11, 59:1, 59:6, 93:24, 94:4, 94:8, 94:11, 94:22, 96:2
**here(indicating)** [6] - 57:23, 58:11, 58:24, 90:22, 96:4, 96:20

**hereby** [1] - 105:6
**hereinbefore** [1] - 105:9
**high** [1] - 73:19
**higher** [4] - 7:7, 21:20, 45:1
**highly** [1] - 31:16
**highly-dependent** [1] - 31:16
**himself** [4] - 13:13, 14:4, 15:16, 66:20
**HINKLEY** [34] - 1:11, 3:5, 4:3, 4:6, 4:15, 4:17, 4:22, 5:2, 5:5, 5:9, 5:13, 5:16, 6:13, 6:22, 6:24, 7:3, 7:5, 7:12, 10:8, 10:11, 10:19, 11:9, 11:25, 12:5, 12:25, 13:6, 15:2, 15:15, 15:19, 15:21, 16:17, 102:15, 102:20, 103:25
**hire** [1] - 45:16
**historically** [1] - 34:13
**history** [9] - 51:21, 52:8, 53:10, 66:19, 66:20, 70:6, 70:11, 70:13, 86:10
**hold** [3] - 67:15, 71:11, 86:12
**holding** [1] - 13:18
**Holdings** [1] - 66:13
**hole** [1] - 50:17
**home** [1] - 85:4
**Honor** [44] - 3:5, 4:9, 4:10, 5:13, 6:13, 6:17, 6:18, 6:22, 10:4, 10:9, 11:9, 11:25, 12:1, 12:4, 12:17, 12:25, 13:23, 14:15, 15:15, 16:17, 24:3, 24:9, 24:17, 25:10, 27:13, 43:23, 44:2, 48:22, 49:1, 77:17, 77:20, 80:13, 81:21, 82:6, 82:8, 82:10, 97:19, 97:22, 101:16, 102:15, 102:24, 103:13, 104:1, 104:2
**HONORABLE** [1] - 1:8
**hope** [1] - 5:19
**host** [1] - 43:15
**hour** [1] - 19:2
**hours** [4] - 79:2, 79:4
**House** [1] - 31:25
**house** [4] - 11:17, 11:18, 46:2, 55:23
**Housing** [1] - 88:3

**humanitarian** [2] - 50:22, 57:15
**hundreds** [1] - 52:10
**Hussein** [8] - 21:19, 28:3, 46:20, 53:4, 53:11, 53:16, 53:23, 54:3
**Hussein's** [1] - 57:16
**hybrid** [3] - 39:2, 40:9, 61:12

**I**

**I.D** [1] - 31:5
**identification** [2] - 13:18, 92:22
**Identified** [1] - 2:9
**identified** [5] - 7:9, 10:3, 33:21, 52:10, 52:12
**identify** [4] - 57:1, 65:19, 90:1, 90:16
**Identity** [1] - 21:3
**identity** [1] - 48:9
**IKP** [2] - 63:20, 65:2
**image** [5] - 4:3, 4:17, 4:20, 5:2, 6:6
**imagery** [1] - 89:25
**images** [7] - 3:7, 3:9, 3:15, 3:16, 3:22, 5:23, 8:1
**imagine** [4] - 37:16, 45:7, 45:8, 65:16
**importance** [1] - 47:3
**important** [11] - 32:4, 32:5, 36:18, 37:7, 37:19, 39:13, 42:17, 42:22, 47:8, 48:15, 69:2
**impossible** [1] - 36:11
**impression** [1] - 75:4
**IN** [1] - 1:1
**incidents** [3] - 42:13, 42:14, 42:21
**include** [2] - 83:6, 84:19
**included** [1] - 25:7
**includes** [2] - 24:15, 38:2
**including** [3] - 3:7, 10:12, 24:6
**inclusive** [1] - 31:23
**independence** [3] - 29:5, 29:7, 53:9
**independent** [3] - 36:9, 68:15, 70:15
**indicate** [1] - 100:3
**indicated** [13] - 3:24, 8:12, 10:16, 12:13, 13:12, 38:20, 40:8,

54:17, 74:19, 75:13, 76:7, 96:6, 98:8
**indicating** [4] - 91:5, 92:4, 93:6
**indicating)** [1] - 34:20
**individual** [5] - 47:22, 73:12, 73:22, 74:7, 76:24
**individuals** [1] - 76:13
**influence** [19] - 33:17, 34:19, 35:18, 47:4, 47:6, 49:22, 50:2, 55:17, 56:12, 56:14, 59:22, 62:2, 63:14, 64:21, 66:11, 68:20, 72:12, 76:13, 76:18
**influence-controlled** [1] - 34:19
**influenced** [8] - 19:3, 19:5, 36:22, 56:21, 58:8, 58:9, 59:19, 71:19
**influences** [1] - 55:9
**information** [2] - 6:7, 85:17
**informed** [1] - 42:15
**initial** [2] - 85:6, 91:25
**initials** [1] - 63:19
**inside** [2] - 53:14, 53:15
**insignia** [1] - 86:24
**installation** [1] - 95:16
**installations** [3] - 95:14, 95:19, 95:22
**instance** [1] - 60:6
**instead** [1] - 19:23
**Institute** [3] - 17:21, 17:24, 18:1
**institute** [2] - 18:8
**institution** [1] - 38:25
**Institutions** [1] - 23:24
**intelligence** [7] - 7:21, 38:3, 61:5, 84:9, 86:18, 91:13, 101:7
**Intelligence** [5] - 41:6, 76:3, 91:14, 91:18, 100:25
**interactions** [1] - 94:22
**interconnected** [1] - 24:1
**interest** [1] - 90:25
**interested** [1] - 50:4
**interests** [1] - 38:11
**internal** [2] - 58:8, 58:10
**internally** [1] - 75:12
**International** [2] - 17:10, 20:7
**international** [4] -

17:13, 39:13, 48:8, 102:16
**interrogate** [2] - 10:25, 11:3
**interrogation** [2] - 10:13, 11:7
**interrupt** [1] - 27:10
**intertwined** [2] - 24:1, 40:3
**intervention** [1] - 41:10
**interview** [2] - 62:21, 62:23
**interwoven** [1] - 35:13
**introduced** [1] - 10:3
**introducible** [1] - 15:10
**investigation** [7] - 6:8, 7:16, 8:2, 9:3, 9:15, 14:25, 15:4
**involved** [4] - 45:11, 57:15, 78:9, 78:14
**involvement** [1] - 45:6
**Iran** [4] - 19:20, 21:4, 26:2, 52:16
**Iranian** [1] - 54:11
**Iraq** [99] - 12:11, 13:11, 14:2, 14:4, 19:20, 20:8, 20:14, 21:3, 21:7, 21:12, 21:14, 22:11, 22:18, 22:20, 23:1, 23:4, 23:7, 23:10, 23:14, 23:17, 23:21, 23:24, 24:4, 24:5, 25:1, 25:2, 25:22, 26:1, 26:3, 26:11, 26:15, 26:18, 26:21, 26:24, 28:4, 28:5, 28:7, 28:10, 28:11, 28:21, 29:5, 29:9, 29:23, 30:19, 31:7, 31:8, 31:19, 31:20, 31:21, 32:9, 32:15, 32:22, 36:14, 37:20, 39:14, 43:3, 46:6, 46:19, 46:21, 50:7, 51:8, 51:9, 51:11, 51:12, 51:13, 51:17, 51:23, 52:2, 52:3, 52:4, 52:16, 53:3, 53:11, 53:14, 53:15, 57:19, 57:22, 58:16, 67:15, 70:14, 70:23, 71:2, 71:4, 71:11, 77:3, 81:5, 81:14, 84:14, 84:15, 84:16, 84:17, 84:18, 84:19, 89:15, 99:8, 101:1, 102:16
**Iraqi** [43] - 26:14, 28:9,

29:15, 31:17, 32:16, 37:4, 37:25, 38:18, 38:22, 39:3, 39:4, 39:11, 39:16, 39:25, 40:10, 41:17, 44:20, 51:15, 51:19, 54:24, 57:10, 60:4, 61:13, 62:12, 62:14, 63:12, 63:20, 63:21, 64:11, 64:12, 65:3, 65:12, 67:16, 68:5, 70:13, 70:24, 70:25, 72:3, 79:24, 80:8, 81:18
**Iraqi-type** [1] - 67:16
**Iraqis** [2] - 37:5, 53:9
**irrelevant** [2] - 10:7, 77:23
**IS** [2] - 16:20, 82:17
**ISIS** [4] - 39:12, 39:14, 41:13, 81:10
**Islam** [3] - 41:11, 41:12, 41:13
**Islamic** [1] - 39:14
**Israel** [1] - 84:14
**issue** [10] - 12:16, 19:20, 21:11, 22:23, 48:17, 64:17, 70:12, 75:7, 75:10, 97:19
**Issues** [1] - 20:23
**issues** [12] - 37:10, 43:17, 43:18, 47:3, 48:21, 53:18, 72:4, 72:14, 72:15, 73:15, 80:20
**item** [1] - 65:10
**items** [2] - 8:18, 98:23
**itself** [3] - 4:4, 37:4, 71:18

**J**

**Jack** [1] - 7:23
**Jalal** [9] - 46:2, 46:17, 46:19, 46:23, 55:23, 57:2, 77:1, 77:2, 86:10
**January** [2] - 3:18, 19:10
**JASPERSE** [26] - 1:17, 16:19, 17:2, 24:3, 24:13, 24:17, 24:19, 25:10, 25:16, 27:13, 27:18, 33:20, 34:1, 44:3, 44:8, 48:22, 48:24, 77:8, 77:15, 78:16, 78:21, 80:16, 80:25, 81:21, 102:24, 103:9
**Jasperse** [1] - 24:11
**Jeffrey** [1] - 2:4

**job** [3] - 38:9, 38:10, 44:17
**jobs** [1] - 64:25
**joining** [1] - 83:10
**joint** [1] - 18:7
**Joint** [1] - 18:9
**jointly** [1] - 87:17
**joked** [1] - 99:25
**journals** [1] - 21:8
**JR** [1] - 1:20
**Judge** [2] - 14:11, 80:16
**Judy** [1] - 12:16
**June** [3] - 3:21, 4:2, 4:4
**Jury** [1] - 1:8
**jury** [17] - 3:2, 3:10, 3:25, 5:14, 5:21, 6:14, 7:1, 7:4, 7:19, 12:22, 33:6, 34:11, 83:2, 103:4, 103:6, 103:7, 103:23
**jury's** [1] - 103:9
**Justice** [3] - 18:15, 18:23, 19:6

**K**

**Kalashnikovs** [2] - 58:21, 61:2
**KDP** [35] - 32:25, 33:10, 33:13, 33:15, 33:18, 33:22, 34:13, 40:13, 53:21, 54:7, 54:17, 55:4, 55:5, 56:2, 58:9, 58:17, 59:8, 59:12, 60:6, 61:8, 61:18, 62:4, 63:1, 63:4, 63:5, 63:14, 64:17, 64:22, 65:17, 65:22, 70:21, 76:15, 79:14, 86:10, 91:2
**KDP-influenced** [1] - 58:9
**keep** [4] - 24:23, 54:5, 55:5, 103:20
**key** [3] - 73:14, 74:2
**kids** [1] - 67:22
**kind** [7] - 16:12, 52:22, 55:25, 65:23, 68:8, 78:2, 94:18
**kinds** [1] - 80:21
**Kingdom** [1] - 98:7
**Kirkuk** [2] - 79:4, 86:8
**knowledge** [5] - 15:12, 42:24, 80:22, 89:12, 99:6
**knowledgeable** [7] - 22:24, 23:3, 23:6,

8

23:9, 23:12, 23:19, 23:23
**knows** [2] - 15:21, 75:17
**KRG** [1] - 59:9
**KRISTIN** [4] - 1:24, 105:3, 105:13, 105:16
**Kurd** [1] - 31:24
**Kurdish** [23] - 19:20, 21:6, 21:11, 22:13, 26:16, 26:17, 26:22, 26:23, 38:6, 39:4, 44:20, 46:21, 47:15, 54:12, 57:9, 62:12, 63:19, 81:6, 81:15, 81:17, 85:16, 85:18, 101:25
**Kurdistan** [117] - 21:14, 22:17, 22:25, 23:4, 23:7, 23:10, 23:14, 23:17, 23:20, 23:23, 24:4, 24:6, 25:22, 26:1, 26:3, 26:10, 26:15, 26:18, 26:20, 27:7, 27:11, 28:7, 28:8, 28:10, 28:13, 28:22, 28:25, 29:4, 29:6, 29:14, 29:21, 30:10, 30:20, 31:8, 31:15, 32:9, 32:12, 32:13, 32:16, 32:18, 32:21, 33:1, 33:2, 33:3, 33:21, 34:24, 35:6, 36:13, 37:20, 37:25, 38:10, 38:11, 38:12, 38:23, 38:25, 39:4, 39:17, 40:2, 40:4, 40:11, 40:21, 40:23, 41:5, 42:7, 43:2, 43:3, 47:19, 49:25, 50:7, 52:16, 55:7, 55:13, 56:5, 56:19, 57:19, 58:6, 59:10, 59:14, 60:4, 61:11, 61:14, 61:16, 61:20, 61:23, 62:15, 62:20, 63:12, 63:20, 63:21, 64:4, 64:13, 64:19, 65:3, 65:5, 66:6, 66:10, 66:24, 67:16, 67:19, 70:25, 71:3, 72:3, 72:8, 73:3, 75:2, 77:2, 79:16, 79:25, 80:8, 81:4, 81:11, 81:13, 84:19, 84:21, 86:6, 99:17
**Kurdistan's** [3] - 24:5, 29:23, 41:2

**Kurds** [17] - 19:21, 21:3, 22:19, 32:7, 37:4, 50:6, 50:7, 50:10, 50:25, 53:13, 53:19, 53:22, 53:23, 57:13, 58:5, 58:7, 75:1
**Kurds'** [1] - 21:12

## L

**ladies** [1] - 103:14
**LaGuardia** [1] - 48:7
**Lahur** [7] - 75:21, 75:23, 76:4, 76:21, 77:7, 86:11, 86:12
**Lahur's** [1] - 86:4
**laid** [2] - 24:11, 73:24
**Lancaster** [1] - 17:6
**land** [1] - 55:18
**language** [3] - 22:9, 26:20, 26:24
**large** [4] - 37:6, 66:12, 66:24, 91:25
**largely** [3] - 33:16, 34:19, 35:7
**larger** [1] - 65:1
**last** [8] - 5:22, 8:7, 21:16, 39:19, 78:2, 83:19, 89:5
**late** [1] - 53:11
**law** [1] - 70:16
**laws** [4] - 63:17, 63:22, 63:23, 66:7
**lawyer** [2] - 49:8, 57:2
**leader** [5] - 55:21, 55:25, 77:1, 85:24, 86:5
**leaders** [3] - 71:21, 73:15, 74:22
**leadership** [3] - 85:21, 93:10, 94:23
**leading** [1] - 91:5
**leaning** [2] - 70:10, 70:19
**learn** [2] - 22:9, 26:22
**learned** [1] - 6:7
**least** [2] - 77:18, 88:19
**leave** [2] - 70:14, 89:16
**Lebanon** [1] - 84:14
**led** [2] - 7:22, 55:7
**left** [6] - 13:11, 56:15, 60:19, 60:20, 70:19, 95:11
**left-leaning** [1] - 70:19
**leftist** [4] - 57:3, 70:10, 70:18
**leftist-oriented** [1] - 57:3

**leftists** [1] - 70:17
**legislature** [1] - 32:19
**less** [3] - 14:3, 56:21, 69:21
**lesser** [1] - 59:18
**lesson** [1] - 51:21
**letter** [3] - 46:5, 46:6, 46:17
**letting** [1] - 70:12
**level** [9] - 43:16, 44:18, 44:25, 47:24, 63:25, 64:1, 73:20, 74:1
**levels** [1] - 69:22
**liberal** [1] - 70:1
**liberties** [2] - 72:19, 72:20
**license** [1] - 69:4
**licenses** [3] - 45:3, 45:13, 45:15
**life** [3] - 35:19, 42:13, 45:10
**limitations** [1] - 68:18
**line** [19] - 13:6, 13:16, 57:7, 57:8, 57:9, 57:21, 57:22, 57:24, 58:2, 58:4, 58:8, 58:13, 65:9, 74:19, 86:9, 92:15
**lined** [1] - 94:20
**lines** [6] - 25:24, 57:10, 58:11, 73:25, 74:5, 76:17
**linked** [1] - 62:2
**listed** [2] - 8:18, 8:25
**literal** [1] - 38:8
**literally** [1] - 59:2
**live** [3] - 22:1, 67:13, 98:5
**lived** [7] - 21:14, 21:17, 21:24, 22:2, 22:8, 22:11, 52:6
**living** [4] - 46:1, 55:23, 73:7, 83:3
**LLC** [1] - 9:1
**local** [9] - 28:25, 29:10, 29:12, 30:4, 35:15, 36:2, 48:6, 68:4, 71:18
**locality** [1] - 56:1
**localized** [1] - 56:1
**locally** [1] - 68:24
**located** [2] - 6:5, 89:22
**location** [8] - 8:25, 84:17, 89:13, 89:14, 89:18, 90:1, 92:2, 98:9
**locations** [2] - 8:14, 90:25

**locker** [1] - 88:8
**lodged** [1] - 87:11
**logistics** [1] - 101:7
**long-standing** [1] - 35:14
**look** [11] - 9:15, 40:8, 45:19, 48:9, 55:21, 57:1, 59:21, 68:18, 95:4, 104:3
**looked** [3] - 3:20, 88:22, 93:15
**looking** [3] - 3:13, 16:11, 31:14
**looks** [1] - 95:18
**lose** [2] - 56:12, 64:25
**lost** [1] - 33:17
**lower** [1] - 87:15
**lunch** [1] - 82:3
**luncheon** [1] - 82:4

## M

**M-C-B-R-I-D-E** [1] - 82:21
**machine** [1] - 1:22
**main** [12] - 32:23, 52:18, 59:13, 59:16, 62:2, 91:4, 91:5, 91:21, 91:23, 92:3, 92:23, 93:7
**maintain** [1] - 38:2
**maintenance** [1] - 94:14
**major** [8] - 32:24, 32:25, 36:13, 45:11, 51:25, 60:6, 67:3, 71:20
**majority** [5] - 26:16, 26:19, 91:6, 94:6, 94:22
**makers** [1] - 72:6
**man** [2] - 15:11, 15:20
**managing** [1] - 74:1
**manipulated** [1] - 6:6
**manipulation** [1] - 4:7
**manned** [2] - 92:2, 92:19
**manufacturing** [1] - 9:10
**map** [7] - 25:1, 25:2, 25:7, 26:7, 27:10, 27:21, 78:22
**Maps** [3] - 4:7, 5:23, 6:7
**March** [1] - 89:6
**MARIANI** [1] - 1:8
**marijuana** [3] - 72:24, 79:16, 79:19
**Marines** [1] - 39:7
**marital** [1] - 8:10

**marked** [6] - 7:13, 13:15, 24:20, 27:2, 49:10, 57:5
**marriage** [1] - 69:6
**marriages** [3] - 69:12, 69:13, 69:21
**married** [6] - 69:6, 69:7, 69:8, 69:9, 69:16, 69:23
**marry** [2] - 69:10, 69:24
**Marshall** [1] - 17:6
**masks** [1] - 42:1
**Master's** [5] - 17:7, 17:12, 20:22, 36:4, 36:7
**matter** [3] - 12:6, 14:20, 21:10
**matters** [1] - 16:9
**MAY** [1] - 1:9
**McBride** [7] - 2:5, 82:7, 82:11, 82:21, 82:25, 101:19, 102:7
**meals** [1] - 94:1
**mean** [20] - 4:11, 4:19, 35:13, 36:25, 38:5, 40:17, 47:13, 48:19, 50:25, 55:11, 55:14, 56:10, 59:25, 67:17, 71:3, 81:6, 84:10, 93:5, 97:11, 101:21
**meaning** [1] - 88:19
**means** [4] - 38:6, 38:7, 55:12, 105:22
**meant** [1] - 31:23
**Mecomber** [4] - 13:10, 13:25, 14:7, 15:3
**media** [6] - 35:20, 37:8, 65:23, 83:4, 83:10
**meet** [1] - 100:9
**meetings** [2] - 99:20, 99:24
**member** [3] - 68:14, 87:2, 87:4
**members** [2] - 36:6, 67:7
**memorandum** [1] - 39:20
**mention** [1] - 75:23
**mentioned** [11] - 19:22, 48:1, 58:17, 60:2, 63:21, 75:21, 84:10, 84:15, 85:9, 105:8
**mentioning** [1] - 98:23
**mercenaries** [4] - 79:22, 79:23, 79:24, 80:7
**merely** [1] - 14:12

9

Merga [1] - 38:6
merit [1] - 67:17
merit-based [1] - 67:17
met [7] - 69:15, 69:24, 75:14, 75:15, 76:3, 76:5, 77:25
microphone [1] - 24:23
mid [1] - 43:16
mid-level [1] - 43:16
middle [1] - 44:25
Middle [9] - 19:18, 19:19, 20:23, 22:17, 47:2, 47:8, 52:6, 105:4, 105:18
MIDDLE [1] - 1:1
might [1] - 60:25
military [28] - 7:9, 9:16, 9:20, 10:12, 10:15, 10:20, 11:1, 11:2, 11:3, 11:6, 12:2, 18:8, 23:17, 23:25, 24:7, 37:21, 42:11, 42:12, 83:13, 83:22, 87:22, 88:19, 91:8, 91:12, 94:13, 95:14, 95:21, 101:22
Military [2] - 9:18, 9:23
military-style [1] - 101:22
militia [3] - 40:18, 80:2, 80:7
militias [2] - 63:24, 64:7
million [1] - 26:12
millionaire [1] - 49:24
mind [2] - 14:17, 103:20
Minister [5] - 31:24, 32:3, 32:5, 68:10
ministry [1] - 39:3
Ministry [8] - 39:5, 39:16, 39:17, 39:20, 41:21, 47:21, 63:4, 66:9
minute [1] - 13:20
minutes [2] - 49:2, 89:24
mission [1] - 94:23
mixture [3] - 87:21, 88:15, 88:18
moment [7] - 12:14, 14:19, 48:22, 51:8, 77:11, 88:24, 101:12
moments [1] - 70:11
MONDAY [1] - 1:9
money [5] - 39:10, 50:2, 54:25, 67:20, 69:8

monopoly [1] - 64:18
month [5] - 9:24, 37:13, 46:8, 80:12, 85:7
months [4] - 9:21, 20:4, 60:20, 85:6
mores [1] - 55:21
morning [9] - 3:3, 5:17, 5:18, 11:14, 11:15, 17:3, 102:18, 102:23, 103:16
most [5] - 21:10, 21:11, 32:2, 53:18, 88:18
mostly [2] - 31:13, 34:5
mountains [2] - 50:11, 57:14
Move [1] - 78:18
move [3] - 6:14, 27:13, 69:4
moved [2] - 85:8, 89:18
movie [1] - 5:8
moving [2] - 6:6, 37:20
MR [126] - 3:5, 4:3, 4:6, 4:9, 4:13, 4:15, 4:17, 4:22, 4:24, 5:2, 5:4, 5:5, 5:6, 5:9, 5:10, 5:13, 5:16, 6:13, 6:17, 6:22, 6:24, 7:3, 7:5, 7:12, 10:4, 10:8, 10:11, 10:19, 11:9, 11:11, 11:13, 11:25, 12:1, 12:5, 12:6, 12:10, 12:14, 12:16, 12:25, 13:4, 13:6, 13:15, 14:24, 15:2, 15:8, 15:15, 15:19, 15:21, 15:24, 16:1, 16:15, 16:17, 16:19, 17:2, 24:3, 24:9, 24:13, 24:17, 24:19, 25:10, 25:12, 25:16, 27:13, 27:14, 27:18, 33:20, 34:1, 43:23, 44:1, 44:3, 44:8, 48:22, 48:24, 49:1, 49:5, 49:7, 77:8, 77:12, 77:15, 77:17, 78:8, 78:16, 78:19, 78:21, 80:13, 80:16, 80:25, 81:3, 81:19, 81:21, 81:23, 82:6, 82:8, 82:10, 82:16, 82:24, 90:8, 90:23, 92:10, 92:12, 93:18, 93:20, 94:25, 95:3, 95:7,

96:15, 96:17, 97:17, 97:19, 97:22, 98:1, 101:12, 101:14, 101:16, 101:18, 102:4, 102:6, 102:9, 102:12, 102:15, 102:20, 102:24, 103:9, 103:13, 103:25, 104:2
Munjula [1] - 86:4
Murphy [1] - 7:23
Muslim [1] - 26:19

## N

N-A-T-A-L-I [1] - 16:24
name [8] - 16:22, 38:5, 51:23, 66:12, 76:24, 82:19, 87:1, 87:2
named [1] - 62:6
Natali [8] - 2:5, 16:19, 16:24, 17:3, 24:3, 24:10, 24:14, 46:7
nation's [2] - 18:7, 97:3
national [1] - 38:11
National [20] - 17:21, 17:22, 17:24, 18:2, 18:5, 18:12, 18:18, 18:21, 19:8, 19:12, 19:14, 19:24, 20:15, 21:3, 66:10, 73:2, 73:5, 73:7, 73:13, 74:23
nations [4] - 96:3, 97:4, 97:13, 98:5
native [1] - 52:15
natural [1] - 43:18
Natural [1] - 47:21
nature [1] - 35:11
Nay [1] - 92:25
near [1] - 102:20
nearby [1] - 55:24
neat [1] - 68:8
necessarily [3] - 14:19, 97:6, 97:10
necessary [1] - 47:14
need [5] - 12:22, 74:14, 74:15, 103:5
needed [1] - 68:25
negotiate [1] - 62:1
neighboring [1] - 21:13
nephew [1] - 46:24
nepotism [1] - 68:16
networks [1] - 35:15
never [6] - 30:22, 43:1, 56:7, 72:25, 75:15, 79:23
New [5] - 1:18, 17:11,

28:1, 29:2
new [6] - 21:22, 28:4, 28:5, 46:20, 79:1, 89:18
News [1] - 60:25
newspaper [2] - 78:10, 78:12
next [8] - 4:25, 5:2, 13:21, 27:1, 46:5, 82:5, 91:10, 96:2
nice [1] - 5:19
nine [1] - 9:21
No-con [1] - 36:24
No-fly [1] - 57:18
nobody [2] - 50:24, 51:1
nomenclature [1] - 4:19
none [1] - 8:15
nonetheless [1] - 11:6
normal [4] - 36:1, 87:14, 87:21, 103:8
north [8] - 25:25, 26:2, 30:22, 30:23, 33:21, 36:17, 58:1, 92:3
North [1] - 84:1
Northern [5] - 20:8, 20:14, 22:19, 84:18, 85:7
northern [2] - 25:23, 84:19
note [4] - 10:21, 11:6, 33:25, 77:5
noted [1] - 6:17
notes [2] - 3:13, 3:20
nothing [8] - 15:13, 15:15, 16:15, 81:21, 101:14, 102:4, 102:6, 103:25
Nothing [1] - 78:19
November [6] - 10:1, 85:3, 85:6, 85:10, 85:14, 101:19
Nsd [1] - 1:14
number [5] - 26:13, 98:14, 98:20, 98:21, 98:25
numbered [1] - 105:9
numerous [1] - 21:8
NW [2] - 1:15, 1:18

## O

Obama [1] - 99:7
object [4] - 10:4, 44:1, 77:23, 97:17
objecting [1] - 13:6
objection [16] - 4:10, 6:17, 11:25, 24:12, 25:12, 27:14, 43:23,

43:24, 77:8, 77:15, 78:16, 80:13, 80:17, 81:23, 102:11, 102:12
observation [1] - 93:22
observed [1] - 88:21
obtained [2] - 16:4, 16:5
obviously [1] - 81:8
occasion [2] - 11:20, 79:16
occur [1] - 42:14
October [5] - 28:5, 85:6, 85:10, 85:13, 101:19
OF [3] - 1:1, 1:2, 1:7
offer [3] - 13:4, 82:8, 83:8
offered [1] - 11:7
offering [1] - 14:19
offerings [1] - 83:8
offhand [2] - 16:7, 16:13
Office [1] - 43:8
office [2] - 22:5, 68:5
Officer [3] - 83:4, 83:5, 85:15
offices [4] - 8:25, 22:3, 22:4, 93:8
Official [3] - 105:3, 105:14, 105:17
official [14] - 28:9, 37:24, 38:21, 39:25, 41:4, 41:17, 41:22, 64:1, 64:4, 64:12, 65:1, 69:2, 79:24, 80:8
officially [4] - 6:14, 32:17, 40:9, 40:14
officials [4] - 51:15, 99:21, 100:1
often [1] - 54:22
Ohio [1] - 29:2
oil [5] - 36:19, 43:17, 47:18, 47:20, 80:20
old [3] - 52:25, 71:25
once [6] - 25:17, 56:25, 59:23, 68:7, 69:22, 73:18
one [59] - 3:7, 3:19, 4:3, 9:21, 13:21, 20:6, 20:10, 20:20, 21:2, 21:22, 27:22, 28:17, 29:3, 32:6, 32:25, 33:1, 33:10, 35:21, 36:24, 37:18, 45:14, 48:14, 48:22, 50:8, 53:18, 54:3, 54:6, 54:12, 56:23,

**10**

57:5, 58:4, 58:13, 61:3, 61:21, 62:2, 62:6, 64:19, 65:24, 68:2, 69:14, 72:10, 73:10, 73:15, 74:5, 74:9, 75:2, 75:7, 77:5, 78:6, 80:23, 81:7, 82:13, 86:5, 89:15, 98:18
**ones** [7] - 32:23, 36:25, 45:14, 54:1, 60:4, 74:6, 81:6
**open** [8] - 7:21, 24:20, 37:13, 43:3, 44:11, 68:11, 80:10, 103:20
**opened** [2] - 12:1, 68:24
**operate** [5] - 37:2, 37:14, 43:3, 45:4, 87:8
**operation** [2] - 87:14, 94:15
**operational** [2] - 85:17, 87:16
**Operations** [4] - 20:5, 83:4, 83:5, 85:15
**operations** [2] - 87:17, 88:17
**opinion** [2] - 44:2, 80:13
**opinions** [1] - 44:4
**opportunity** [1] - 103:7
**opposed** [1] - 67:17
**opposition** [1] - 63:17
**oppressed** [1] - 54:1
**order** [3] - 91:20, 92:9, 94:20
**organization** [4] - 39:2, 40:9, 61:12, 87:3
**oriented** [1] - 57:3
**Ottoman** [3] - 51:20, 52:3
**Ottoman's** [1] - 52:13
**outfitted** [1] - 88:8
**outlawed** [1] - 63:23
**outset** [1] - 73:24
**outside** [7] - 3:1, 9:24, 29:4, 44:10, 46:2, 48:20, 55:23
**outsider** [1] - 47:13
**Outstanding** [1] - 21:5
**overall** [1] - 74:2
**overhang** [4] - 91:25, 94:4, 94:5, 94:8
**overhead** [1] - 89:25
**overlap** [1] - 55:14
**overlapping** [1] - 56:6
**overlooking** [1] - 3:17

**overruled** [3] - 44:6, 80:14, 80:16
**overseas** [1] - 84:11
**overthrown** [1] - 21:19
**owe** [1] - 103:7
**own** [17] - 18:20, 28:25, 32:9, 37:21, 40:6, 47:19, 55:17, 58:7, 58:9, 61:4, 61:5, 61:18, 62:6, 66:2, 76:13, 87:13

## P

**P.O** [1] - 105:18
**PA** [1] - 17:17
**paid** [7] - 18:23, 19:1, 19:2, 19:6, 30:11, 40:21, 65:6
**painted** [2] - 98:13, 98:18
**pairs** [1] - 94:18
**Pakistan** [1] - 50:9
**paperwork** [3] - 46:12, 46:13, 69:2
**parent's** [1] - 8:22
**parents** [1] - 8:10
**parents'** [2] - 8:24, 11:18
**park** [2] - 93:8, 94:12
**parked** [1] - 94:15
**parking** [1] - 94:9
**Parliament** [23] - 39:4, 62:1, 62:7, 62:10, 62:12, 62:13, 62:14, 62:16, 63:11, 63:12, 63:19, 63:20, 63:21, 65:3, 68:6, 70:25, 71:8, 71:9, 71:10, 71:18, 72:3, 72:4
**part** [52] - 7:16, 9:11, 9:15, 9:22, 14:24, 15:4, 18:1, 18:3, 19:15, 19:17, 21:21, 21:22, 22:15, 22:17, 29:8, 29:10, 30:19, 32:17, 33:9, 33:21, 33:23, 35:15, 36:13, 39:1, 39:12, 39:13, 39:25, 40:22, 41:4, 41:15, 45:21, 49:20, 49:21, 51:18, 51:22, 52:2, 56:13, 57:23, 58:16, 61:13, 61:23, 64:1, 64:3, 64:16, 64:25, 65:10, 70:20, 78:24, 79:24, 80:7, 91:2, 100:17
**particular** [15] - 6:5,

19:15, 19:19, 34:9, 50:4, 50:5, 64:13, 84:15, 84:21, 86:12, 87:8, 87:10, 89:13, 95:8, 101:23
**particularly** [4] - 21:11, 24:4, 33:14, 75:4
**parties** [60] - 13:14, 23:7, 24:7, 31:3, 32:21, 32:24, 32:25, 33:4, 34:8, 34:12, 34:25, 35:2, 35:4, 35:7, 35:11, 35:13, 35:16, 35:18, 36:5, 36:10, 40:3, 40:6, 40:12, 40:15, 40:22, 59:7, 59:12, 59:13, 59:14, 59:16, 59:18, 60:7, 60:13, 60:23, 60:24, 61:1, 61:4, 61:6, 61:15, 61:17, 61:21, 61:23, 62:3, 62:5, 63:24, 64:4, 64:8, 65:7, 65:17, 65:20, 66:1, 66:3, 66:4, 66:11, 68:21, 71:20, 71:24, 72:1, 72:8, 77:21
**partner** [6] - 43:12, 43:22, 44:20, 74:3, 96:1, 97:4
**partners** [3] - 39:16, 75:5, 83:6
**partnership** [2] - 37:9, 39:22
**parts** [9] - 47:9, 51:21, 57:19, 60:16, 61:10, 61:11, 72:16, 84:15, 84:21
**party** [19] - 23:24, 33:10, 34:2, 35:5, 35:10, 36:6, 40:16, 56:7, 60:10, 60:11, 64:19, 68:14, 71:14, 74:22, 76:12, 76:15, 76:16
**Party** [5] - 33:1, 35:5, 55:7, 64:19
**passed** [4] - 46:7, 63:22, 63:23, 86:6
**passport** [1] - 48:20
**past** [4] - 33:16, 51:6, 76:4, 77:13
**patch** [2] - 86:24, 88:22
**PATRICK** [1] - 1:17
**Patriotic** [2] - 33:2, 56:19
**pause** [3] - 90:5,

90:17, 90:21
**pay** [8] - 30:7, 30:8, 39:10, 40:22, 65:6, 65:7
**pays** [1] - 38:24
**PENNSYLVANIA** [3] - 1:1, 1:9, 1:25
**Pennsylvania** [13] - 1:13, 1:15, 1:21, 9:5, 9:12, 17:6, 17:17, 29:2, 30:16, 30:21, 105:5, 105:18, 105:19
**Pennsylvania's** [1] - 29:24
**people** [50] - 10:25, 11:4, 21:20, 26:22, 33:15, 33:19, 37:5, 41:22, 42:2, 44:16, 44:25, 45:2, 45:17, 45:19, 45:23, 46:13, 47:12, 47:16, 48:5, 48:10, 48:13, 48:20, 50:25, 52:6, 52:9, 52:10, 52:15, 52:22, 52:24, 53:18, 53:22, 60:22, 66:21, 68:4, 68:6, 69:4, 69:15, 69:19, 69:22, 70:1, 72:5, 72:15, 72:22, 74:15, 74:16, 81:9, 93:14, 100:7
**per** [2] - 11:7, 37:13
**percent** [4] - 26:14, 26:16, 31:11, 31:16
**perhaps** [1] - 10:24
**period** [7] - 9:24, 19:22, 46:8, 47:18, 52:17, 52:21, 75:19
**permission** [1] - 80:22
**permissions** [4] - 43:12, 43:21, 44:11, 44:13
**permit** [1] - 43:7
**permits** [2] - 47:14, 68:25
**person** [13] - 36:9, 42:20, 43:9, 48:8, 51:2, 59:3, 62:22, 66:14, 66:16, 73:18, 73:19, 75:15, 79:17
**personal** [1] - 18:13
**personality** [1] - 76:17
**personally** [2] - 18:20, 100:14
**persons** [1] - 80:24
**perspective** [1] - 50:13
**pertains** [1] - 21:12
**Pesh** [1] - 38:6

**Peshmerga** [65] - 7:25, 37:23, 37:24, 38:3, 38:5, 38:12, 38:15, 38:18, 38:24, 39:1, 39:2, 39:6, 39:10, 39:12, 39:17, 39:20, 39:21, 39:23, 40:6, 40:8, 40:13, 40:14, 40:16, 40:24, 41:19, 41:21, 41:23, 42:19, 60:23, 61:7, 61:8, 61:10, 61:12, 61:18, 62:5, 62:6, 64:3, 64:14, 65:8, 65:9, 65:18, 66:8, 66:9, 68:10, 79:22, 80:2, 80:4, 91:7, 91:10, 91:17, 92:1, 92:5, 92:6, 95:25, 97:6, 97:10, 97:12, 97:14, 97:20, 99:9
**Peshmerga's** [3] - 38:9, 38:10, 98:4
**Ph.D** [3] - 17:14, 17:16, 17:18
**Philadelphia** [1] - 17:17
**photo** [8] - 13:17, 13:18, 16:3, 16:5, 16:6, 95:19, 95:22, 100:12
**photograph** [7] - 4:14, 4:17, 4:20, 7:17, 7:19, 7:21, 8:4
**physically** [2] - 87:20, 88:5
**pieces** [1] - 85:17
**pile** [1] - 69:5
**pin** [1] - 8:14
**pistols** [1] - 80:12
**pit** [1] - 54:6
**pitted** [1] - 54:22
**Pittston** [1] - 1:21
**place** [5] - 3:1, 48:7, 75:6, 87:3, 94:23
**places** [5] - 8:2, 56:11, 56:14, 56:16, 84:13
**plaintiff** [1] - 1:3
**planning** [2] - 87:17, 94:23
**Play** [1] - 90:14
**play** [3] - 7:3, 10:2, 10:14
**played** [4] - 7:4, 10:18, 90:7, 95:6
**playing** [1] - 7:6
**plea** [3] - 14:5, 14:18, 14:21
**plot** [1] - 16:9
**plus** [3] - 51:5, 51:6,

**11**

62:17
**plywood** [1] - 88:6
**pockets** [1] - 67:24
**point** [25] - 6:13, 12:22, 14:1, 14:11, 16:9, 16:12, 20:6, 20:10, 44:23, 45:23, 46:16, 57:5, 67:18, 73:17, 86:5, 89:15, 89:17, 90:16, 91:25, 93:21, 94:18, 95:24, 98:8, 101:1
**points** [8] - 30:24, 31:1, 31:4, 31:5, 43:14, 52:23, 60:15
**Polad** [16] - 7:22, 7:24, 8:1, 8:4, 8:6, 42:6, 46:22, 46:24, 75:13, 76:21, 78:14, 85:25, 86:4, 86:11, 87:5, 100:9
**Polad's** [2] - 76:1, 76:2
**police** [1] - 38:3
**Politburo** [3] - 71:23, 71:25, 72:1
**political** [55] - 17:19, 23:7, 23:24, 24:7, 32:21, 34:25, 35:1, 35:11, 35:15, 36:5, 36:6, 37:11, 40:3, 40:6, 40:12, 40:15, 40:16, 40:22, 47:2, 49:22, 49:25, 50:18, 50:19, 56:7, 59:14, 59:18, 59:22, 60:4, 60:17, 60:22, 60:24, 61:4, 61:5, 61:15, 61:17, 62:5, 63:24, 64:2, 64:3, 64:8, 65:7, 65:17, 68:12, 68:21, 71:17, 71:20, 71:24, 72:8, 72:10, 73:15, 74:10, 74:11, 74:22
**politics** [1] - 71:16
**poor** [1] - 67:21
**population** [3] - 26:10, 26:14, 31:13
**portable** [1] - 87:22
**position** [6] - 15:11, 17:23, 20:2, 32:4, 32:6, 36:8
**positions** [6] - 20:16, 32:2, 36:3, 68:2, 68:7, 78:4
**possible** [2] - 45:4, 55:5
**possibly** [2] - 42:21, 67:25

**Post** [2] - 21:7, 52:3
**Post-Gulf** [1] - 21:7
**Post-Ottoman** [1] - 52:3
**power** [16] - 23:10, 23:14, 24:6, 28:4, 30:1, 31:22, 32:3, 35:7, 35:8, 49:22, 54:10, 55:1, 55:19, 62:24
**power-sharing** [1] - 35:8
**powerless** [1] - 74:7
**powers** [2] - 51:25, 74:5
**practically** [1] - 47:13
**precisely** [1] - 103:3
**precursor** [1] - 41:13
**predominant** [2] - 26:20, 26:24
**preference** [1] - 103:9
**premier** [1] - 18:7
**preparation** [1] - 25:4
**prepare** [1] - 25:4
**prepared** [2] - 49:11, 105:11
**preparing** [1] - 41:9
**presence** [3] - 3:1, 91:8, 91:12
**present** [11] - 3:9, 11:16, 11:18, 14:17, 19:13, 51:22, 51:23, 87:20, 95:19, 98:2
**presently** [1] - 103:17
**President** [15] - 31:20, 31:24, 32:4, 32:6, 32:13, 32:15, 46:6, 46:19, 46:21, 53:4, 53:11, 75:19, 77:2, 86:5, 99:7
**press** [1] - 90:14
**presumably** [1] - 101:22
**pretty** [3] - 33:17, 58:24, 71:13
**prevent** [1] - 30:2
**previous** [2] - 7:9, 27:22
**previously** [2] - 7:14, 10:3
**Prime** [3] - 31:24, 32:3, 32:5
**prisoner** [1] - 42:23
**prisoners** [2] - 10:13, 10:22
**private** [13] - 23:25, 24:8, 40:17, 63:24, 64:7, 67:20, 67:21, 80:2, 80:4, 80:6, 81:4, 81:9, 81:13

**privy** [2] - 99:16, 100:2
**problem** [1] - 64:15
**proceedings** [2] - 104:4, 105:8
**PROCEEDINGS** [1] - 1:7
**Proceedings** [1] - 1:22
**process** [2] - 31:6, 93:11
**processes** [1] - 56:9
**proclivity** [2] - 57:3, 70:10
**produce** [1] - 10:7
**produced** [1] - 1:22
**professional** [1] - 18:7
**Professor** [1] - 20:18
**proffered** [1] - 13:8
**profitable** [1] - 67:4
**program** [1] - 36:7
**prohibit** [1] - 64:7
**prohibited** [1] - 63:23
**project** [6] - 44:21, 45:1, 45:14, 45:21, 46:15
**Project** [1] - 20:13
**projects** [1] - 48:11
**pronounce** [1] - 27:19
**proof** [2] - 13:4, 82:8
**Property** [1] - 98:21
**protect** [2] - 38:10, 57:18
**protesting** [1] - 70:13
**provide** [1] - 18:10
**provided** [1] - 38:22
**provides** [1] - 18:8
**providing** [1] - 50:21
**province** [4] - 27:22, 27:24, 28:15, 28:19
**provinces** [11] - 25:24, 27:8, 28:12, 28:14, 28:24, 29:1, 29:3, 29:4, 29:5, 29:16, 29:20
**provisions** [1] - 105:5
**public** [1] - 35:22
**Public** [1] - 17:10
**publications** [1] - 83:7
**publish** [1] - 6:22
**published** [2] - 21:8, 25:13
**PUK** [42] - 33:13, 33:17, 33:23, 34:4, 34:6, 34:15, 36:16, 36:17, 40:13, 41:6, 53:21, 54:7, 54:18, 56:18, 58:8, 58:18, 59:12, 60:6, 61:8, 61:17, 62:5, 63:1, 63:4, 63:6, 64:18,

64:22, 65:17, 65:25, 76:10, 76:11, 76:12, 79:22, 80:2, 80:4, 86:6, 86:19, 91:13, 91:17, 95:12, 98:4, 101:25
**PUK's** [2] - 91:7, 91:10
**PUK(indicating)** [1] - 33:14
**PUK-controlled** [1] - 95:12
**PUK-influenced** [1] - 58:8
**pulled** [1] - 57:16
**pursuant** [1] - 105:5
**put** [6] - 28:21, 31:4, 64:23, 67:2, 71:10, 78:11

### Q

**Qaeda** [1] - 41:13
**qualified** [2] - 24:10, 44:3
**Quasi** [1] - 21:6
**Quasi-State** [1] - 21:6
**questioning** [2] - 13:7, 13:16
**questions** [9] - 11:9, 16:17, 34:5, 48:24, 49:9, 49:15, 73:1, 80:25, 94:25
**quickly** [1] - 79:4
**quite** [1] - 103:15

### R

**radical** [1] - 41:10
**radios** [1] - 93:2
**range** [4] - 96:6, 96:10, 96:25, 97:1
**ranges** [1] - 96:3
**rank** [2] - 84:5, 100:23
**ranks** [1] - 68:2
**rather** [1] - 93:11
**ratify** [1] - 28:4
**re** [1] - 85:5
**re-deployed** [1] - 85:5
**read** [3] - 49:14, 77:24, 78:10
**reading** [2] - 50:14, 50:16
**ready** [2] - 5:12, 94:3
**real** [3] - 32:3, 32:5, 72:6
**really** [12] - 33:16, 36:18, 42:1, 44:19, 50:24, 51:20, 55:24, 56:8, 70:5, 70:7, 80:24, 92:7

**realm** [1] - 44:5
**REALTIME** [1] - 1:24
**reason** [4] - 41:8, 41:18, 93:16, 103:3
**receive** [3] - 9:16, 14:25, 61:15
**received** [1] - 14:13
**recent** [4] - 77:10, 78:1, 78:7, 78:13
**recently** [1] - 77:13
**recess** [2] - 49:3, 82:4
**reciprocal** [1] - 30:7
**reciprocity** [1] - 30:12
**recognition** [2] - 39:21, 63:8
**recognize** [6] - 7:14, 24:21, 27:4, 86:21, 90:9, 90:24
**recognized** [8] - 32:17, 38:12, 38:15, 38:18, 40:10, 40:14, 40:19, 61:13
**recognizes** [1] - 62:7
**recognizing** [1] - 64:12
**recollection** [1] - 93:22
**record** [10] - 10:15, 10:21, 11:1, 11:2, 11:6, 13:2, 16:23, 33:20, 33:25, 82:20
**recorded** [1] - 1:22
**recording** [3] - 10:11, 10:16, 10:18
**records** [1] - 9:16
**RECROSS** [1] - 81:2
**Recross** [1] - 2:3
**recruit** [1] - 41:23
**Red** [2] - 20:10, 20:12
**red** [2] - 73:24, 74:5
**Redirect** [1] - 2:3
**REDIRECT** [2] - 78:20, 101:17
**redirect** [3] - 16:16, 97:25, 101:15
**refer** [3] - 71:22, 75:16, 87:23
**referenced** [1] - 54:18
**referring** [2] - 58:13, 96:21
**reflect** [1] - 33:20
**reflects** [1] - 10:15
**refugee** [2] - 50:9, 50:12
**refugees** [1] - 50:8
**regard** [1] - 30:4
**regards** [4] - 3:15, 5:22, 8:8, 15:5
**Region** [55] - 21:14, 22:18, 22:25, 23:4,

**12**

23:7, 23:10, 23:14, 23:17, 23:20, 23:23, 24:4, 25:22, 26:1, 26:3, 26:10, 26:15, 26:18, 26:20, 27:7, 28:22, 28:25, 29:6, 29:14, 30:10, 32:9, 32:16, 32:21, 35:6, 36:14, 37:20, 38:10, 38:11, 39:17, 41:5, 43:3, 47:19, 49:25, 50:7, 55:13, 56:5, 57:20, 58:6, 59:14, 66:10, 66:24, 67:19, 70:25, 71:3, 72:8, 73:3, 75:2, 77:2, 81:5, 81:11, 81:13
**region** [27] - 7:8, 27:7, 27:8, 27:11, 28:8, 28:9, 28:13, 28:16, 29:1, 29:14, 31:17, 33:22, 37:5, 37:25, 38:1, 38:2, 38:4, 38:21, 48:15, 50:4, 53:13, 71:16, 73:7, 73:8, 90:9, 95:9, 97:21
**region's** [1] - 86:18
**Regional** [26] - 29:21, 31:8, 31:15, 32:12, 32:13, 32:18, 34:24, 38:12, 38:23, 38:25, 40:11, 40:21, 40:23, 59:10, 61:11, 61:14, 61:16, 62:15, 62:20, 64:4, 64:13, 65:5, 66:6, 79:25, 80:8, 86:7
**regions** [7] - 19:21, 28:10, 28:12, 52:3, 52:9, 52:12, 52:15
**regular** [2] - 71:4, 101:2
**regularized** [1] - 30:10
**reinforced** [1] - 68:14
**related** [3] - 41:19, 43:17, 56:17
**relations** [2] - 21:12, 75:3
**relationship** [10] - 22:25, 24:5, 29:15, 29:20, 29:23, 29:24, 34:24, 35:1, 46:22, 85:16
**relative** [2] - 13:16, 99:19
**relay** [1] - 92:22
**released** [3] - 14:8, 102:9, 102:13
**relevance** [5] - 10:4,

77:15, 77:16, 78:16, 97:17
**relevant** [1] - 82:11
**relief** [2] - 50:22, 57:15
**Relief** [1] - 20:13
**religion** [1] - 26:18
**religious** [1] - 31:22
**remainder** [1] - 34:5
**remained** [1] - 64:3
**remaining** [2] - 102:16, 102:25
**remains** [1] - 76:18
**remember** [1] - 94:17
**remind** [2] - 5:21, 103:19
**removable** [1] - 87:21
**removed** [1] - 28:3
**repeat** [2] - 43:24, 97:8
**rephrase** [2] - 77:11, 77:20
**report** [10] - 25:5, 25:8, 39:3, 39:5, 39:8, 41:21, 42:19, 49:11, 49:16, 103:6
**reported** [2] - 42:18, 87:5
**REPORTED** [1] - 105:15
**REPORTER** [1] - 1:24
**Reporter** [3] - 105:3, 105:14, 105:17
**reporter** [1] - 105:23
**reports** [2] - 41:5, 66:8
**represent** [3] - 16:12, 18:17, 18:20
**representations** [1] - 3:14
**repressed** [4] - 53:15, 53:17, 53:22, 54:1
**reproduction** [1] - 105:22
**Republican** [1] - 35:5
**Republicans** [3] - 36:1, 60:9, 60:25
**required** [2] - 44:12
**requirements** [2] - 43:19, 83:8
**requiring** [1] - 38:1
**research** [9] - 18:9, 18:10, 21:23, 22:6, 22:8, 46:3, 46:8, 58:25, 59:5
**reside** [1] - 19:21
**residence** [5] - 8:10, 8:19, 8:22, 8:24
**residences** [1] - 8:9
**residency** [3] - 43:6, 43:7, 47:14

**resolve** [2] - 75:9, 75:11
**resource** [1] - 43:18
**Resources** [1] - 47:21
**resources** [1] - 67:4
**respect** [3] - 29:17, 89:22, 93:22
**response** [2] - 12:3, 79:17
**responsibilities** [1] - 83:5
**rest** [4] - 26:24, 92:21, 94:18, 103:1
**rests** [2] - 32:3, 32:5
**retained** [1] - 18:14
**retainers** [1] - 8:14
**retired** [1] - 84:5
**return** [1] - 82:3
**returned** [2] - 5:14, 85:4
**returns** [1] - 8:20
**revenues** [3] - 30:8, 31:17, 67:3
**review** [2] - 8:20, 9:3
**reviewed** [1] - 10:20
**rifles** [2] - 37:13, 80:11
**rifling** [4] - 8:16, 8:22, 9:4, 9:13
**rift** [4] - 77:7, 77:14, 77:20, 77:24
**rifts** [1] - 76:8
**ring** [1] - 70:20
**rings** [1] - 8:13
**RMR** [1] - 1:24
**RMR,CRR** [2] - 105:13, 105:16
**road** [8] - 30:22, 79:3, 91:5, 91:21, 91:23, 92:3
**roads** [1] - 79:1
**ROBERT** [1] - 1:8
**Roggio** [8] - 9:1, 9:16, 9:18, 11:18, 13:9, 13:17, 49:8, 73:4
**ROGGIO** [1] - 1:5
**Roggio's** [1] - 11:16
**role** [1] - 15:20
**roofs** [1] - 58:20
**room** [2] - 88:7, 98:14
**ROSS** [1] - 1:5
**rub** [1] - 70:19
**rule** [2] - 14:17, 54:5
**ruled** [1] - 4:12
**rules** [1] - 73:21
**ruling** [1] - 12:9
**run** [6] - 55:16, 66:3, 68:4, 71:20, 74:3
**running** [1] - 36:3

**rural** [1] - 56:15

**S**

**s/Kristin** [1] - 105:13
**Saddam** [12] - 21:19, 28:3, 46:20, 53:4, 53:11, 53:15, 53:23, 54:3, 54:10, 57:16, 57:22, 57:23
**Saddam-controlled** [2] - 57:22, 57:23
**safe** [3] - 57:19, 57:20, 57:24
**salaries** [4] - 39:10, 40:20, 65:7, 65:13
**satellite** [3] - 3:15, 3:17, 89:25
**satellites** [1] - 3:22
**saw** [2] - 50:10, 98:18
**scale** [1] - 80:21
**scary** [1] - 42:1
**scenario** [2] - 37:16, 37:17
**scholarships** [1] - 67:22
**School** [1] - 17:10
**school** [3] - 26:23, 58:25, 67:19
**schools** [3] - 66:12, 67:20, 67:21
**Science** [1] - 17:19
**SCOTT** [1] - 1:14
**SCRANTON** [2] - 1:9, 1:25
**Scranton** [3] - 1:13, 30:14, 105:19
**screen** [10] - 6:6, 25:17, 25:18, 25:21, 78:22, 90:16, 91:23, 95:11, 98:4
**screen-moving** [1] - 6:6
**search** [5] - 7:22, 8:8, 8:16, 8:18, 11:17
**searches** [3] - 8:13, 8:17, 9:14
**seated** [2] - 16:25, 82:22
**seats** [2] - 62:1, 62:17
**second** [7] - 21:6, 21:23, 35:17, 58:13, 69:17, 69:19, 75:7
**Secretary** [2] - 18:9, 20:4
**section** [2] - 86:6, 91:3
**Section** [4] - 1:15, 38:1, 38:20, 105:6
**security** [28] - 23:17,

23:25, 24:7, 36:19, 37:10, 37:17, 37:21, 38:2, 38:21, 41:3, 41:4, 42:18, 43:17, 44:16, 45:2, 45:19, 48:16, 48:18, 48:21, 61:14, 61:18, 66:5, 67:5, 80:4, 80:6, 80:20, 81:4, 81:13
**Security** [3] - 20:22, 43:8, 66:10
**security-related** [1] - 43:17
**see** [22] - 12:22, 15:7, 16:2, 27:3, 68:6, 68:8, 78:12, 92:16, 93:14, 93:23, 94:2, 94:10, 94:18, 95:8, 95:18, 95:19, 95:21, 96:18, 100:11, 102:22
**seeing** [2] - 87:22, 104:3
**seek** [1] - 14:15
**seem** [2] - 13:20, 13:21
**self** [1] - 57:1
**self-identify** [1] - 57:1
**selfie** [1] - 14:4
**semester** [1] - 20:20
**semesters** [1] - 20:19
**semi** [1] - 87:22
**semi-portable** [1] - 87:22
**sending** [1] - 14:6
**senior** [1] - 71:13
**sense** [6] - 29:19, 35:9, 54:2, 54:15, 68:8, 70:7
**sensitive** [5] - 36:19, 42:17, 73:14, 73:20, 75:3
**sent** [2] - 13:10, 15:16
**separated** [2] - 54:5, 57:22
**separately** [1] - 18:14
**September** [1] - 10:1
**Sergeant** [1] - 100:21
**sergeant** [1] - 84:6
**serial** [3] - 98:19, 98:21, 98:25
**serious** [4] - 41:14, 42:2, 42:3, 75:9
**servant** [1] - 101:5
**served** [1] - 20:3
**service** [3] - 10:12, 12:2, 86:18
**services** [5] - 23:17, 23:25, 24:8, 37:21, 61:5

**13**

**set** [2] - 35:8, 105:9
**setting** [1] - 73:21
**seven** [2] - 21:16, 83:19
**several** [9] - 20:19, 31:1, 32:23, 43:6, 73:1, 77:13, 82:11, 95:14, 96:13
**Shake** [2] - 55:20, 55:25
**share** [3] - 30:1, 62:24, 63:2
**shared** [1] - 33:12
**sharing** [1] - 35:8
**Shia** [1] - 31:25
**shipping** [5] - 88:5, 88:6, 94:2, 94:5, 94:16
**shooting** [5] - 96:3, 96:6, 96:10, 96:25, 97:1
**shop** [1] - 68:25
**short** [3] - 13:20, 42:10, 103:15
**shorthand** [1] - 1:22
**shot** [1] - 95:8
**show** [12] - 4:2, 7:13, 10:24, 12:18, 12:20, 13:19, 14:3, 31:5, 86:20, 90:3, 92:21, 92:22
**showed** [2] - 46:16, 89:25
**showering** [1] - 88:9
**showing** [1] - 7:7
**shows** [1] - 4:6
**SHU** [1] - 98:18
**side** [2] - 88:8, 89:24
**sidebar** [4] - 12:7, 12:8, 13:3, 15:25
**signed** [2] - 46:13, 46:14
**significant** [2] - 42:8, 42:14
**signify** [1] - 98:15
**similar** [4] - 35:6, 45:15, 67:15, 95:18
**similarities** [1] - 60:12
**simple** [1] - 55:5
**simply** [1] - 103:4
**single** [2] - 73:23, 79:16
**sit** [1] - 92:18
**situation** [4] - 50:19, 50:24, 54:14, 55:2
**Six** [1] - 1:8
**six** [1] - 83:20
**slot** [1] - 36:8
**slowly** [2] - 7:8, 90:15
**small** [6] - 42:13,

42:20, 55:22, 61:21, 72:1, 83:4
**smaller** [7] - 59:20, 61:17, 61:19, 62:5, 63:25, 64:1, 64:20
**smoke** [2] - 72:23, 72:24
**smoking** [2] - 79:15, 79:19
**social** [2] - 47:2, 72:10
**Socialist** [2] - 61:20, 64:19
**society** [3] - 66:12, 68:22, 72:13
**sociopolitical** [1] - 49:20
**SOFREP** [1] - 7:23
**sold** [1] - 9:4
**soldier** [2] - 88:9, 94:20
**soldiers** [8] - 65:13, 87:10, 87:25, 88:12, 88:21, 92:6, 92:18, 94:1
**someone** [3] - 14:5, 44:10, 93:12
**sometimes** [6] - 47:10, 54:23, 54:24, 71:3, 76:8
**somewhat** [1] - 36:18
**somewhere** [1] - 98:20
**son** [2] - 66:21, 77:1
**sons** [1] - 86:11
**soon** [1] - 91:23
**sophisticated** [1] - 63:18
**sorry** [5] - 10:1, 27:10, 44:7, 58:5, 86:15
**sort** [1] - 92:13
**source** [1] - 7:21
**south** [1] - 91:23
**Southeastern** [1] - 20:13
**southern** [1] - 33:22
**soviets** [1] - 71:25
**space** [1] - 83:7
**Speaker** [1] - 31:25
**speaking** [2] - 53:13, 89:21
**Special** [3] - 3:12, 3:13, 41:24
**special** [2] - 29:15, 45:22
**Specialist** [1] - 100:25
**specialty** [1] - 84:8
**specific** [1] - 93:23
**speckles** [1] - 33:12
**spell** [2] - 16:22, 82:19
**spelled** [2] - 27:21,

88:1
**spent** [1] - 84:25
**split** [7] - 62:19, 62:25, 63:7, 63:13, 87:24, 88:7
**spoken** [1] - 78:11
**sponsor's** [1] - 47:15
**spouse** [1] - 15:16
**spray** [2] - 98:13, 98:18
**spray-painted** [2] - 98:13, 98:18
**spread** [1] - 71:6
**spring** [1] - 85:4
**Stabilization** [1] - 20:5
**Staff** [1] - 18:9
**staged** [1] - 94:13
**stakeholders** [1] - 72:12
**standing** [2] - 8:5, 35:14
**stands** [2] - 40:25, 88:3
**start** [13] - 5:8, 17:3, 19:4, 21:20, 21:21, 44:9, 90:5, 90:15, 90:21, 95:5, 103:16
**start-up** [1] - 21:21
**started** [5] - 50:12, 50:14, 50:16, 52:1, 83:24
**starting** [4] - 19:22, 43:16, 73:17, 83:22
**starts** [1] - 7:7
**state** [9] - 14:17, 16:22, 28:19, 32:17, 51:14, 52:4, 52:17, 53:7, 82:19
**State** [28] - 19:11, 19:23, 20:2, 20:3, 20:4, 21:3, 21:6, 28:9, 39:14, 41:17, 51:19, 64:12, 69:16, 70:24, 79:24, 80:8, 89:14, 89:16, 89:17, 98:16, 98:22, 98:24, 99:15, 99:16, 99:20, 99:21, 100:1, 100:2
**statement** [1] - 11:22
**states** [8] - 21:13, 28:20, 28:21, 28:24, 29:12, 30:2, 30:7
**STATES** [2] - 1:1, 1:2
**States** [32] - 1:11, 9:12, 9:18, 20:17, 28:20, 29:11, 29:24, 35:2, 35:4, 35:12, 35:17, 39:7, 39:15, 39:23, 41:16, 57:17, 62:11, 63:9, 69:15,

72:9, 75:19, 97:5, 97:9, 97:14, 97:16, 98:6, 98:9, 98:24, 103:18, 105:4, 105:6, 105:17
**States'** [1] - 60:3
**stationed** [1] - 84:22
**stations** [1] - 84:4
**status** [1] - 28:7
**stay** [4] - 22:4, 22:6, 59:4, 68:3
**stayed** [3] - 60:20, 85:4, 87:15
**staying** [1] - 90:24
**stenographer** [1] - 43:25
**step** [6] - 16:18, 35:3, 81:25, 88:24, 93:3, 102:7
**sticker** [1] - 48:12
**sticking** [1] - 94:11
**sticks** [1] - 91:10
**still** [14] - 4:3, 5:3, 13:17, 29:8, 40:14, 45:10, 46:6, 52:4, 52:25, 57:6, 61:11, 69:14, 69:21, 72:11
**stop** [4] - 30:17, 74:8, 74:23, 96:16
**Stop** [1] - 90:17
**stopped** [1] - 59:2
**storage** [2] - 94:4, 94:16
**store** [1] - 94:3
**stored** [2] - 87:15, 94:6
**straight** [3] - 48:9, 48:10, 48:13
**Strategic** [3] - 17:22, 17:24, 18:1
**Street** [1] - 1:20
**streets** [1] - 61:1
**strong** [3] - 35:9, 53:23, 60:10
**structure** [16] - 23:25, 28:23, 29:9, 37:11, 40:20, 40:23, 41:3, 41:4, 42:17, 44:17, 49:21, 55:16, 64:2, 66:6, 76:15, 80:8
**structures** [4] - 30:6, 55:19, 72:10, 87:20
**struggle** [1] - 60:17
**struggling** [3] - 54:9, 54:10, 70:5
**stuck** [1] - 59:1
**student** [1] - 35:23
**students** [5] - 20:22, 35:23, 36:2, 36:3, 68:5

**studied** [7] - 22:24, 23:3, 23:6, 23:9, 23:12, 23:16, 23:19
**Studies** [3] - 17:22, 17:25, 18:1
**studying** [1] - 22:19
**stuff** [1] - 74:13
**style** [1] - 101:22
**stylus** [1] - 33:8
**subject** [1] - 21:10
**submit** [5] - 14:7, 14:9, 14:16, 14:21, 15:17
**submitted** [1] - 15:2
**submitting** [1] - 77:19
**suite** [1] - 1:12
**Sulay** [1] - 95:9
**Sulaymaniyah** [53] - 7:8, 21:24, 22:1, 22:4, 22:7, 22:9, 22:11, 25:25, 26:5, 26:6, 26:8, 27:9, 27:19, 27:25, 33:14, 34:3, 34:6, 34:15, 34:18, 34:22, 36:13, 36:23, 37:6, 37:14, 41:1, 41:5, 43:21, 44:9, 44:12, 45:5, 48:2, 48:4, 59:4, 69:23, 78:23, 78:24, 79:5, 84:25, 85:2, 85:5, 85:10, 85:13, 86:8, 87:1, 88:25, 89:5, 89:19, 89:23, 89:24, 90:13, 91:3, 91:21, 91:24
**Sulaymaniyah(** indicating [1] - 27:24
**summer** [1] - 22:8
**Sunni** [3] - 26:19, 31:24, 32:1
**supervision** [2] - 105:11, 105:23
**supply** [1] - 94:17
**support** [2] - 20:13, 47:15
**suppose** [1] - 82:2
**supposed** [2] - 37:12, 80:11
**surrounding** [1] - 34:6
**sustained** [2] - 77:9, 78:18
**SWORN** [2] - 16:21, 82:18
**symbol** [1] - 98:24
**symbolic** [2] - 32:4, 32:6
**symbolizes** [1] - 92:1
**Syria** [6] - 19:21, 26:2, 51:22, 52:16, 84:14,

**14**

85:8
**system** [18] - 12:20, 21:21, 29:11, 29:25, 30:1, 30:6, 30:8, 31:21, 35:6, 35:10, 36:5, 49:23, 60:11, 60:12, 67:17, 67:18, 71:17

## T

**Tac** [2] - 98:14, 98:22
**tactics** [1] - 54:4
**Talabani** [46] - 7:22, 7:24, 8:1, 8:4, 8:6, 34:16, 34:19, 34:23, 36:20, 36:22, 37:2, 37:9, 37:15, 42:6, 44:22, 45:6, 45:10, 46:17, 46:19, 46:22, 46:23, 56:22, 56:25, 63:1, 67:7, 69:15, 70:16, 70:20, 75:13, 75:21, 76:8, 76:18, 76:19, 77:1, 77:7, 78:14, 78:15, 85:25, 86:1, 86:4, 86:12, 87:5, 100:9, 100:11
**Talabani's** [2] - 46:2, 55:23
**Talabanis** [15] - 14:2, 53:2, 59:21, 67:1, 70:9, 76:10, 76:22, 77:14, 79:7, 79:8, 79:11, 79:12, 80:12, 80:23, 86:10
**tape** [1] - 5:4
**taught** [4] - 10:25, 20:22, 67:21, 68:7
**taxes** [2] - 30:8, 30:11
**teach** [3] - 20:21, 43:10, 68:1
**teaching** [3] - 21:23, 35:22, 68:1
**team** [1] - 21:21
**technical** [1] - 101:6
**television** [1] - 50:11
**tender** [1] - 24:3
**tensions** [1] - 31:3
**tents** [1] - 87:21
**term** [1] - 47:1
**terminology** [1] - 16:10
**terms** [5] - 30:13, 73:18, 73:20, 73:23, 87:19
**terrible** [1] - 57:14
**terribly** [1] - 53:22
**territories** [5] - 51:24, 52:3, 52:24, 57:22,

57:24
**territory** [1] - 51:17
**Terrorism** [4] - 7:25, 40:25, 41:2, 85:20
**terrorism** [1] - 41:14
**terrorist** [1] - 41:11
**TESTIFIED** [2] - 16:21, 82:18
**testified** [4] - 3:18, 8:8, 82:13, 96:23
**testify** [5] - 3:25, 13:13, 14:17, 15:10, 18:23
**testifying** [2] - 5:22
**testimony** [14] - 8:7, 8:12, 8:24, 19:5, 25:4, 49:15, 75:16, 75:23, 81:12, 81:25, 82:11, 97:18, 97:20, 102:10
**tests** [1] - 43:9
**THE** [89] - 1:1, 1:1, 1:8, 1:10, 1:19, 3:3, 4:1, 4:5, 4:8, 4:11, 4:14, 4:16, 4:19, 4:23, 4:25, 5:12, 6:16, 6:19, 6:23, 10:5, 10:10, 10:17, 11:10, 12:8, 12:15, 12:24, 13:1, 14:23, 15:7, 15:9, 15:18, 15:20, 15:23, 16:16, 16:18, 16:22, 16:24, 16:25, 24:10, 24:18, 25:13, 27:15, 33:24, 33:25, 43:24, 44:5, 44:7, 48:23, 48:25, 49:2, 49:4, 77:9, 77:10, 77:11, 77:16, 77:22, 77:24, 78:17, 78:18, 80:14, 80:15, 80:18, 80:19, 81:1, 81:20, 81:24, 82:1, 82:2, 82:5, 82:9, 82:19, 82:21, 82:22, 90:21, 95:1, 97:24, 101:13, 101:15, 102:5, 102:7, 102:11, 102:13, 102:19, 102:22, 103:3, 103:12, 103:14, 103:24, 104:3
**themselves** [4] - 14:3, 57:1, 58:7, 75:9
**there(indicating** [1] - 26:6
**there(indicating)** [2] - 26:4, 26:9
**they've** [9] - 12:2,

33:17, 35:7, 52:12, 56:15, 59:23, 63:22, 71:8, 79:23
**third** [2] - 13:14, 30:3
**Thirteen** [1] - 83:17
**thousands** [2] - 37:13, 80:11
**threatening** [1] - 69:1
**threats** [1] - 45:19
**three** [16] - 25:24, 27:8, 28:21, 29:1, 29:3, 29:16, 32:2, 46:8, 76:12, 79:2, 82:14, 92:2, 92:6, 92:18, 102:25, 103:10
**three-month** [1] - 46:8
**throughout** [2] - 45:12, 45:21
**throw** [1] - 79:17
**throwing** [1] - 55:4
**tied** [4] - 36:10, 40:15, 40:16, 66:6
**tight** [1] - 48:16
**Title** [2] - 21:5, 105:6
**title** [1] - 86:12
**titles** [1] - 21:1
**today** [9] - 18:11, 19:5, 35:25, 51:1, 53:20, 57:1, 59:25, 67:17, 103:15
**TODD** [1] - 1:11
**together** [8] - 28:21, 29:3, 50:20, 52:1, 54:23, 54:24, 63:2, 71:12
**tolerant** [1] - 72:13
**tolerated** [1] - 72:21
**tomorrow** [6] - 102:18, 102:23, 103:1, 103:16, 103:18, 104:3
**took** [4] - 3:1, 13:9, 16:3, 71:6
**top** [1] - 101:23
**topic** [1] - 50:5
**torture** [1] - 79:17
**total** [3] - 21:16, 83:15, 83:17
**touches** [1] - 67:4
**touching** [1] - 25:20
**trade** [1] - 52:24
**tradition** [1] - 70:8
**traditional** [4] - 35:14, 55:19, 72:9
**traditions** [1] - 55:20
**trained** [2] - 11:3, 42:3
**training** [2] - 9:25, 88:17
**trajectory** [1] - 50:21

**transborder** [1] - 19:20
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:22, 105:7, 105:10, 105:22
**transcription** [1] - 1:22
**transferred** [1] - 100:4
**translate** [1] - 38:7
**translation** [1] - 38:8
**Transportation** [1] - 63:5
**transporting** [2] - 10:12, 10:21
**travel** [3] - 45:22, 46:7, 92:3
**traveling** [1] - 30:19
**Trial** [1] - 1:8
**tribal** [16] - 35:14, 52:25, 55:9, 55:12, 55:19, 55:25, 59:19, 59:21, 59:24, 60:1, 70:7, 70:8, 70:9, 70:18, 70:21, 72:9
**tribe** [14] - 55:11, 55:15, 55:17, 55:20, 55:24, 56:3, 56:4, 56:5, 56:6, 56:22, 56:25, 57:1, 66:16, 66:21
**tribes** [6] - 55:14, 56:5, 56:11, 56:13, 56:14, 68:21
**tried** [1] - 63:17
**trip** [1] - 21:16
**trips** [1] - 84:4
**troops** [1] - 99:7
**trucks** [1] - 42:3
**true** [3] - 25:2, 67:15, 105:7
**truth** [1] - 14:20
**try** [7] - 12:23, 12:24, 24:23, 55:5, 67:13, 75:1, 75:8
**trying** [4] - 12:19, 50:23, 76:13, 100:20
**Tuesday** [1] - 103:10
**turkey** [1] - 26:2
**Turkey** [4] - 19:20, 20:14, 21:4, 51:22
**Turkish** [1] - 54:11
**turn** [1] - 27:1
**turned** [1] - 13:25
**turning** [1] - 83:8
**twenty** [1] - 49:2
**two** [46] - 8:9, 9:24, 10:14, 13:16, 13:19, 20:3, 20:4, 21:2, 31:3, 32:23, 32:24,

32:25, 34:8, 35:4, 35:5, 35:7, 35:10, 35:15, 40:12, 50:8, 50:19, 52:20, 56:24, 57:10, 58:11, 59:12, 59:13, 59:16, 60:10, 60:11, 61:5, 62:2, 62:23, 70:22, 71:20, 72:5, 79:2, 82:14, 84:3, 85:6, 92:2, 92:6, 92:18, 103:1, 103:11
**two-month** [1] - 9:24
**two-party** [5] - 35:5, 35:10, 60:10, 60:11
**type** [8] - 6:6, 10:12, 13:13, 30:12, 37:17, 42:17, 67:16, 95:18
**types** [1] - 42:11
**typically** [1] - 88:14

## U

**U.S** [12] - 9:22, 18:4, 18:21, 20:7, 42:12, 45:4, 48:18, 60:3, 73:4, 84:17, 89:14, 98:21
**ultimately** [3] - 14:9, 14:15, 92:24
**unaware** [1] - 81:12
**uncle** [1] - 86:4
**uncomfortable** [1] - 100:20
**under** [11] - 14:17, 14:18, 14:22, 51:13, 51:14, 53:15, 64:20, 64:24, 86:18, 105:11, 105:23
**underneath** [2] - 91:25, 94:5
**uneven** [2] - 35:9, 71:1
**unified** [1] - 63:8
**uniform** [2] - 88:14, 88:15
**uniforms** [1] - 88:21
**Union** [2] - 33:2, 56:19
**unique** [2] - 29:17, 29:18
**Unit** [1] - 88:3
**unit** [2] - 86:24, 100:16
**UNITED** [2] - 1:1, 1:2
**United** [34] - 1:11, 9:12, 9:18, 20:17, 28:20, 29:11, 29:24, 35:2, 35:3, 35:12, 35:17, 39:7, 39:15, 39:23, 41:16, 57:17,

**15**

60:3, 62:11, 63:9, 69:15, 72:9, 75:19, 97:4, 97:9, 97:14, 97:16, 98:6, 98:7, 98:9, 98:24, 103:17, 105:4, 105:6, 105:17
**units** [2] - 62:6, 87:24
**University** [15] - 17:10, 17:17, 17:21, 18:2, 18:5, 18:12, 18:18, 18:22, 19:9, 19:12, 19:14, 19:24, 20:16, 20:19, 22:10
**university** [5] - 21:22, 35:22, 67:25, 69:24
**unless** [2] - 94:14, 105:23
**unlike** [2] - 35:17, 60:24
**unofficial** [1] - 64:15
**unthinkable** [2] - 43:1, 80:24
**up** [18] - 21:20, 21:21, 21:22, 33:8, 35:8, 44:21, 45:1, 57:5, 68:1, 68:24, 69:4, 73:21, 85:7, 91:9, 92:3, 92:22, 94:20, 96:3
**uprising** [2] - 57:13
**urban** [1] - 57:2
**urban-educated** [1] - 57:2
**urbanized** [1] - 56:11
**USAID** [2] - 20:9, 22:3
**usual** [1] - 79:16

## V

**vacated** [1] - 89:19
**vague** [1] - 77:8
**vast** [3] - 26:16, 26:19
**vehicle** [2] - 93:8, 94:8
**vehicles** [5] - 87:16, 93:9, 94:10, 94:12, 94:13
**vetted** [3] - 45:17, 45:18, 67:6
**video** [22] - 3:11, 3:12, 3:19, 4:4, 4:5, 4:18, 5:2, 5:5, 5:8, 6:6, 6:25, 7:4, 7:7, 7:11, 12:21, 90:4, 90:7, 90:15, 90:17, 90:20, 92:11, 93:19
**Video** [1] - 95:6
**videos** [11] - 13:7, 13:9, 13:19, 13:23, 14:3, 14:25, 15:2, 15:5, 15:6, 15:15

**view** [3] - 43:1, 90:24, 91:16
**views** [4] - 18:17, 18:20, 19:3
**village** [5] - 22:8, 46:1, 46:2, 46:9, 55:23
**villages** [2] - 67:22, 69:20
**visit** [1] - 46:3
**visited** [1] - 22:22
**voir** [4] - 4:10, 4:25, 5:11, 6:16
**votes** [1] - 33:19
**vs** [1] - 1:4

## W

**walk** [1] - 5:7
**walk-through** [1] - 5:7
**wall** [2] - 88:7, 88:8
**walls** [1] - 98:13
**wants** [1] - 73:19
**war** [6] - 10:13, 10:22, 10:25, 51:10, 60:14, 89:15
**War** [19] - 21:7, 28:3, 46:4, 50:11, 51:25, 57:12, 58:6, 58:7, 58:17, 58:19, 58:23, 59:6, 59:7, 60:14, 60:19, 60:21, 64:5, 71:11, 81:7
**warrant** [1] - 11:17
**warrants** [1] - 8:9
**Wars** [1] - 81:7
**WASHINGTON** [1] - 1:25
**Washington** [4] - 1:12, 1:18, 30:14, 50:12
**washington** [1] - 1:16
**Wasta** [1] - 49:18
**wasta** [32] - 46:25, 47:1, 47:4, 47:5, 47:6, 47:11, 47:14, 47:19, 49:16, 49:18, 49:19, 49:25, 53:24, 53:25, 54:2, 54:15, 54:16, 59:3, 65:17, 67:9, 67:18, 68:20, 69:10, 73:10, 73:13, 74:6, 74:7, 74:9, 74:10, 74:12
**WASTA** [1] - 49:18
**wasta-based** [1] - 67:18
**watch** [1] - 6:25
**watched** [1] - 58:20
**ways** [7] - 29:23, 42:3, 51:7, 53:17, 72:17,

92:10
**weapons** [6] - 37:12, 45:5, 61:2, 65:15, 80:10, 87:16
**wear** [1] - 41:25
**wearing** [1] - 88:19
**website** [1] - 7:23
**Wednesday** [3] - 103:1, 103:2, 103:11
**week** [2] - 8:7, 82:15
**weekend** [2] - 3:14, 5:19
**weeks** [2] - 42:24, 79:18
**west** [1] - 26:2
**western** [2] - 33:21, 89:24
**Western** [1] - 84:18
**wet** [5] - 87:23, 88:10, 88:11, 94:19, 98:13
**whole** [5] - 27:23, 34:20, 43:15, 50:21, 58:23
**William** [1] - 1:20
**wing** [2] - 76:18, 76:19
**wings** [1] - 76:12
**wish** [2] - 6:16, 97:25
**withdraw** [1] - 99:8
**within-mentioned** [1] - 105:8
**witness** [12] - 4:25, 14:23, 15:5, 18:15, 26:8, 33:20, 81:22, 82:5, 82:13, 102:9, 102:13, 102:14
**Witness** [2] - 2:2, 96:9
**WITNESS** [11] - 16:24, 33:24, 44:7, 77:10, 77:24, 78:17, 80:15, 80:19, 82:1, 82:21, 90:21
**witnesses** [8] - 27:20, 82:14, 102:15, 102:20, 102:25, 103:10, 103:11, 103:17
**wives** [1] - 69:20
**won** [1] - 21:4
**wonderful** [1] - 72:14
**word** [4] - 29:7, 45:17, 56:10, 60:1
**words** [8] - 3:16, 52:15, 55:4, 55:12, 66:1, 87:13, 95:21, 97:9
**works** [4] - 42:16, 47:25, 63:3, 101:5
**world** [10] - 19:15, 19:17, 22:15, 22:17, 47:9, 51:10, 75:4,

75:5, 84:4, 84:10
**World** [1] - 51:25
**written** [7] - 7:23, 20:24, 21:2, 46:21, 50:17, 52:19, 75:17
**wrote** [2] - 22:21, 46:6

## X

**X"** [1] - 46:8

## Y

**YEAGER** [4] - 1:24, 105:3, 105:13, 105:16
**Yeager** [1] - 105:13
**year** [6] - 9:21, 20:20, 78:2, 78:3, 79:10
**years** [21] - 19:11, 20:3, 21:16, 22:24, 23:3, 23:6, 23:9, 23:12, 23:16, 23:19, 26:13, 39:21, 51:5, 51:6, 52:10, 56:9, 62:18, 77:13, 83:17, 83:19, 89:18
**yesterday** [2] - 30:14, 30:21
**York** [5] - 1:18, 17:11, 28:1, 29:2
**young** [2] - 26:22, 56:12
**Young** [1] - 35:25
**yourself** [1] - 43:20
**yourselves** [1] - 103:21

## Z

**Zanyari** [5] - 86:14, 86:16, 86:18, 91:11, 91:13
**Zone** [1] - 57:18
**zoom** [2] - 4:5, 91:4
**zoom-in** [1] - 4:5
**zooming** [1] - 90:15