1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff         )
        vs                      )    18-CR-97
                                )
ROSS ROGGIO,                    )
                                )
              Defendant         )
_____ )

TRANSCRIPT OF PROCEEDINGS
*Jury Trial - Day Seven*
BEFORE THE HONORABLE ROBERT D. MARIANI
TUESDAY, MAY 16, 2023; 9:30 A.M.
SCRANTON, PENNSYLVANIA

FOR THE GOVERNMENT:
    TODD K. HINKLEY, ESQ.
    Assistant United States Attorney
    Suite 311
    235 N. Washington Avenue
    Scranton, Pennsylvania  18503

    SCOTT A. CLAFFEE, ESQ.
    DOJ-Nsd
    Counterintelligence & Export Control Section
    950 Pennsylvania Avenue NW
    Washington, DC  20530

    PATRICK JASPERSE, ESQ.
    DOJ-Crm
    1301 New York Avenue, NW
    Washington, DC  20530

FOR THE DEFENDANT:
    GINO A. BARTOLAI, JR., ESQ.
    238 William Street
    Pittston, Pennsylvania  18640

Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

_____

KRISTIN L. YEAGER, RMR, CRR
CERTIFIED REALTIME REPORTER
235 N. WASHINGTON AVENUE
SCRANTON, PENNSYLVANIA 18503

2

# I N D E X

Witness:

| For the Government: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Marrtin Vilist | 8 | 45 | 75 | -- |
| Rauno Viltrop | 77 | 105 | 125,127 | 127 |
| Heret Enden Viltrop | 128 | 162 | 191 | 196 |

# E X H I B I T      I N D E X

| For the Government: | Identified | Admitted |
|---|---|---|
| Exhibit No. 25.10 | 19 | 19 |
| Exhibit No. 3.2 | 29 | -- |
| Exhibit No. 25.9 | 30 | -- |
| Exhibit No. 11.28 | 57 | 57 |
| Exhibit No. 24.1 | 78 | -- |
| Exhibit No. 24.2 | 82 | 83 |
| Exhibit No. 24.5 | 88,111 | -- |
| Exhibit No. 9.4 | 95,117 | -- |
| Exhibit No. 24.4 | 99 | -- |
| Exhibit Nos. 27.2&27.3 | 138 | 140 |
| Exhibit No. 27.4 | 143,170 | -- |
| Exhibit No. 27.5 | 158 | -- |
| Exhibit No. 7.4 | 170 | -- |
| Exhibit No. 9.5 | 171 | -- |

| For the Defendant: | | |
|---|---|---|
| Exhibit Nos, 16.1-16.3 | 122 | 125 |
| Exhibit No. 16 | 123 | 125 |
| Exhibit No. 15 | 186 | 189 |
| Exhibit Nos. 15.1&15.2 | 186 | 189 |

(The following took place outside the presence of the jury.)

THE COURT: Good morning, everyone. There's a matter you wanted to discuss?

MR. BARTOLAI: There is, Your Honor. So I asked the Court if we could have a moment before the testimony begins. It's my understanding today that some witnesses from Estonia would be testifying, and so there are four witnesses, fact witnesses from Estonia, and I've gotten their reports, and I'm able to have an understanding of what their testimony could be, based on those reports.

We filed these Motions in Limine regarding some of those reports. And we have titled the motion, Bad Acts. What we have today is, there may be -- these witnesses may come in and attempt to testify of certain matters, and I'll put them on the record for the Court.

One was -- so there's a woman named Elina, who won't be a witness, who was an Estonian, who was part of the Estonian contingent there in Iraq, and there may be some testimony or some instance where she was pistol-whipped by Mr. Roggio. Now, that's about the worst of it could be just that he had a fight with her, argued with her, maybe, hit her, but the worst presentation I've seen of it would be that, perhaps, she was pistol-whipped by him.

There's some testimony -- there could be some testimony

4

that Mr. Roggio had this pistol and was threatening with it, holding some of these Estonians at gun point. This is another matter.

The third instance is there was an instance there where a Greek worker, who hasn't been identified, hasn't been interviewed, as far as I know, by the Government and, certainly, won't be a witness in this case, was at the plant and, perhaps, this individual named Goran came and put a bag over his head and took him out, as well. That's about it, as far as I know, about -- and, of course, there's, also, some sexual assault thing, not with any of these witnesses, but it would be secondhand from what they heard.

So these are matters, Your Honor, that I filed Motions in Limine on seeking to preclude under Bad Acts, and we think that that may be relevant today or that may come up today, on today's agenda, so we're bringing it to the Court's attention. We would oppose or object to any sort of testimony on those matters, Your Honor.

We submit that, A, it's not relevant to the case. The Government hasn't shown how they would be admissible under Bad Acts, and B, any probative value of that evidence would be outweighed by unfair prejudice to Mr. Roggio.

THE COURT: Thank you. I understand. Do you have a response?

MR. JASPERSE: Your Honor, I'll take them in reverse order, if that's okay. The Government does not intend to introduce

evidence of the sexual assaults or the coercive sexual relationships in our case in chief. We reserve the right to get into those areas during any Defense case and during any rebuttal case, but we do not intend to get into that with any of the witnesses today or tomorrow.

Same answer on the Greek employee who the evidence is that the Defendant had Goran come to the factory and take him off. That happens after the torture that's charged in this case, and, again, we do not intend to introduce that evidence in our case in chief. We reserve the right to go there, if they open the door in any Defense case or in a rebuttal case.

The first area, just to give the Court some context, I believe, what Defense counsel is referring to is what happened April 30 into May 1 when Elina Kadaja, who is not a witness, Heret Enden, Rauno Viltrop and Martin Vilist leave Iraq for good, leave Mr. Roggio's employ for good, those latter three witnesses are the witnesses we intend to call today.

By way of background, it's on April 28 when the FBI goes to Mr. Roggio's home, there's already been evidence introduced about that, and that sets off a sequence of events in which Mr. Roggio's behavior becomes even more violent and threatening and erratic than previously and leads to the departure of these employees.

So is it prejudicial? Sure. The question is whether the relevance is substantially outweighed by the danger of

6

prejudice. The Government's position is that it's not. This is an intrinsic part of the story, this is evidence as to how the Defendant intimidated and threatened his employees, which is part of the story of this case. It explains why these employees left Iraq when they did, why they left suddenly, why they drove to an airport hours away, instead of going to the airport in Sulaymaniyah. It's, you know, the end of their employ with Mr. Roggio is as relevant as how they came to work for him in the first place.

So it goes to the power he had and the fear these witnesses had, and to some extent, still have.

THE COURT: Let me just question you a bit further on that. The individual who allegedly was pistol-whipped, is that person a witness?

MR. JASPERSE: That's Elina Kadaja, there's testimony that she was pistol-whipped or the Defendant had hit her with a cable cord. She will not be a witness. Other witnesses who were there who were present who saw that will testify that the Defendant pointed a gun at them or put a gun to their head.

THE COURT: So, at least, one of these witnesses or, perhaps, more than one saw this conduct by the Defendant, is that what you're telling me?

MR. JASPERSE: Yes.

THE COURT: And the context of that is that the events about which you're speaking followed the 39 days during which Mr.

7

Saar was allegedly held, is that what you're telling me?

MR. JASPERSE: Correct, yes, Your Honor. So the detention and torture takes place in October and November of 2015. This incident takes place at the end of April 2016.

THE COURT: There's some attenuation there between the events of -- of the events relating to Mr. Saar and when this happened. Does that make a difference?

MR. JASPERSE: I understand what the Court is saying. I think, however, you know, there's two pieces to this case, there's the Torture and the Arms Export Violations. And part of the narrative of this case is Mr. Roggio's continual efforts to keep this project secret, because he knew that what he was doing was illegal.

Part of the way that he tried to keep this project secret was to terrify, terrorize, intimidate, threaten these employees. And what happens that night when, at least, some of them were -- thought they were going to die, that's part of the -- that's part of the whole scheme that he carried out to not only export the illegal items, the restricted items to the United States, but how he tried to conceal that.

THE COURT: All right, I understand the parties' positions. I'm not inclined to rule on the strength of the statements by counsel, simply, because, just as in the case of the Motions in Limine, where I didn't have the testimony in front of me, I still don't have it in front of me.

8

I understand, if the testimony unfolds as you suggested, you make a strong case for its admission. But I'm not ruling on that, I've got to see what these people say when they say it, why they say it, and then I'll decide. All right?

MR. JASPERSE: Thank you, Your Honor.

MR. BARTOLAI: Yes. Thank you.

(At this time the jury was placed in the jury box.)

THE COURT: You may call your first witness.

MR. JASPERSE: Your Honor, the Government calls Marrtin Vilist.

M A R R T I N    V I L I S T   IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Please state and spell your name for the record.

THE WITNESS: M-A-R-R-T-I-N, V-I-L-I-S-T.

THE CLERK: Thank you. You may be seated.

DIRECT EXAMINATION

BY MR. JASPERSE:

Q.    Good morning, Mr. Vilist. Where are you from?

A.    Good morning. I'm from Estonia.

Q.    Where is Estonia?

A.    In Europe.

Q.    Where, in Europe?

A.    North Europe.

Q.    Who are some of Estonia's neighbors?

A.    Finland, Stockholm, Sweden.

Q.    What is your educational background?

A.    I am engineer, my background is Engineering, and, specifically, Mechatronics.

Q.    What is Mechatronics?

A.    It's combined mechanics, electronics and IT.

Q.    What's the highest level degree that you've received?

A.    Master's.

Q.    Where did you get your Master's degree from?

A.    Tallinn Technical University.

Q.    What is your occupation? What do you do for a living?

A.    I own a robotics company.

Q.    How old are you?

A.    I am 38.

Q.    How old were you in 2015?

A.    I was 30.

Q.    Did you work for Ross Roggio?

A.    Yes.

Q.    When did you begin working for Ross Roggio?

A.    Beginning of 2015.

Q.    When did you stop working for Ross Roggio?

A.    End of April 2016.

Q.    How did you learn about the job opportunity with Ross Roggio?

A.    Basically, Elina was looking for engineer, and my friend, somehow, knew her, so through my friend, basically.

10

Q.    What is Elina's last name?

A.    Kadaja.

Q.    K-A-D-A-J-A?

A.    Yes.

Q.    What was involved in applying for the job?

A.    Job description or?

Q.    Well, when you heard about this job opportunity, what did you do?

A.    The idea was to, like, design weapons and build a factory.

Q.    Prior to going to work for Mr. Roggio, did you speak to him by telephone or video?

A.    I had one Skype meeting, I think, and that was it.

Q.    Did you meet him in person, before you took the job?

A.    No.

Q.    What were you doing, at the time that you took the job?

A.    I was working for myself, and, at this time, I was, like, offering, like, CAD engineering service.

Q.    How much was Mr. Roggio going to pay you, at the start?

A.    I think it was 5,000 or 7,500, I don't remember it.

Q.    $5,000 or $7500 dollars per month?

A.    Yes.

Q.    Was that in U.S. dollars?

A.    Yes.

Q.    Did you get a raise, while you worked for him?

A.    Yes.

Q.    What was your top pay at the end?

A.    Around 10,000 U.S. dollars.

Q.    When and where did you first meet Ross Roggio in person?

A.    In Iraq.

Q.    When did you arrive in Iraq?

A.    Beginning of 2015.

Q.    So some time in January 2015?

A.    Yes.

Q.    Specifically, where, in Iraq, did you go?

A.    Sulaymaniyah.

Q.    Is that in the Kurdistan Region of Iraq?

A.    Yes.

Q.    What kind of housing did you have in Sulaymaniyah?

A.    So we had apartment.

Q.    Did anyone else live in the same apartment?

A.    Yes.

Q.    At the beginning, when you first got there, in -- well, the early part of 2015 -- who else was living in the same apartment?

A.    At the beginning, I think, I was alone, but later on, like, people joined.

Q.    Okay, so, later on, what people joined -- which people joined you in that apartment?

A.    Triin Kiviking and Siim Sebastian Saar.

Q.    Triin Kiviking and Siim Sebastian Saar?

12

A.    Yes.

Q.    Where did Roggio live?

A.    He lived in the next close-by apartment building.

Q.    Did he live alone or did other people live with him, at the beginning?

A.    He lived together with Elina and Heret.

Q.    Heret Enden?

A.    Heret Enden.

Q.    Where was Heret Enden from?

A.    Estonia.

Q.    What did she do for Roggio?

A.    Assistant.

Q.    Where was Elina Kadaja from?

A.    Estonia.

Q.    What did she do for Roggio?

A.    Assistant or helping him, I don't know what's, like, the correct title for her.

Q.    What did Siim Saar do for the company?

A.    Sorry?

Q.    What did Siim Sebastian Saar do?

A.    Siim was involved with all the machines, like, CNC machines and lathe machines, like, engineer.

Q.    He was, also, an engineer like you?

A.    Not exactly like me, because I was doing more, like, working with CAD systems, like, I was, like, preparing the 3-D

models for the weapons, but Siim was more, like, to the factory side.

Q.    What was Triin Kiviking's job in Sulaymaniyah?

A.    Triin was accountant.

Q.    In addition to you, Elina, Heret, Siim and Triin, did any other Estonians work for Mr. Roggio, during the time you were there?

A.    Yes, Rauno Viltrop -- and I cannot remember the name, but one more girl was from Estonia who was, also, working.

Q.    And the last person, was that someone who was there before Triin arrived?

A.    Yes, yes.

Q.    What was Rauno Viltrop's job?

A.    He was, also, accountant.

Q.    Did Rauno Viltrop come after Triin Kiviking left?

A.    Correct.

Q.    Who was in charge of the company?

A.    Roggio.

Q.    Who decided how much you were paid?

A.    Roggio.

Q.    Who decided what you should do?

A.    Roggio.

Q.    Who made decisions about what machines to buy?

A.    Roggio.

Q.    Do you see Ross Roggio in the courtroom today?

14

A.   Yes, there(indicating).

Q.   Could you identify what he's wearing?

A.   I cannot see.

MR. JASPERSE: Let the record reflect that the witness has identified the Defendant?

THE COURT: He just said, I cannot see.

MR. JASPERSE: You can stand up and describe what he's wearing.

THE WITNESS: Blue jacket, white shirt.

BY MR. JASPERSE:

Q.   Blue jacket, white shirt?

A.   Yes.

MR. JASPERSE: Your Honor, may the record reflect that the witness has identified the Defendant?

THE COURT: The record will so reflect.

BY MR. JASPERSE:

Q.   What was your job with Mr. Roggio in Kurdistan?

A.   To reverse engineer M4 and Glock 19.

Q.   What is a Glock 19?

A.   It's a pistol.

Q.   Automatic? Semi-automatic?

A.   Semi-automatic.

Q.   Did you work on developing production of the Glock or did you only work on developing the M4?

A.   I did both.

15

Q.    Did Ross say how many weapons he had been hired to make?

A.    I cannot recall.

Q.    Did Ross tell you what you should say, if someone asked what you were doing in Kurdistan?

A.    Yes.

Q.    What did he say?

A.    He said that you should use cover story, that we are working for Zarya Construction and we are not, like, allowed to tell what we are actually doing.

Q.    Did Ross say why you should provide a cover story and not say what you were actually doing?

A.    Yes, because it's not allowed for him to, like, use his knowledge or expertise related to weapons, so it's forbidden for him, basically.

Q.    When he said that what he was doing was forbidden, did he say which country's laws he was violating?

A.    Yes.

Q.    Which country?

A.    United States.

Q.    Did Ross say who was funding this weapons project?

        MR. BARTOLAI: Objection; leading.

        THE COURT: Sustained.

BY MR. JASPERSE:

Q.    Did Ross ever talk about where he was getting the money to run his company?

A.    Yes.

Q.    What did he say?

A.    That Government is involved and some local businessmen.

Q.    Did Ross ever talk about why the Kurdish Government and why local businessmen wanted these weapons?

A.    I cannot remember that.

Q.    Did Ross ever talk about how the Kurds had come to hire him to operate this weapons factory?

A.    He was, like, telling that he knew the people before, through military, was his story.

Q.    Did Ross ever talk about what kind of authority he had in Kurdistan?

A.    Yes.

Q.    What do you remember Ross saying about that?

A.    Basically, can do whatever he wants.

Q.    Once you got to Kurdistan, did you feel free to leave?

A.    At certain point, yes, at certain point, no.

Q.    At what point did you not feel you were free to leave whenever you wished?

A.    When he was, like, telling -- not only me, but to us -- that we cannot go home.

Q.    Did Ross ever talk about what would happen, if you tried to leave Sulaymaniyah without his permission?

A.    That he or somebody from his people will, like, find us, and -- yeah.

17

Q.   What was your job? What did you do at the company?

A.   I worked as engineer.

Q.   Specifically, what kind of things did you work on?

A.   I was reverse engineering weapons, so, basically, I took everything apart and tried to make everything into computer or the blue prints for, like, manufacturing.

Q.   Had you ever worked with weapons before?

A.   No.

Q.   Had you ever been involved in the manufacture of weapons before?

A.   No.

Q.   How did you figure out what to do?

A.   I was doing a lot of research.

Q.   How difficult is it to make an automatic weapon?

A.   It's complicated, yes.

Q.   Did Ross ever talk about the diameter of the inside of the barrel of a rifle?

A.   Yes.

Q.   What do you remember Ross saying about that?

A.   That he has special diameter figures, what are needed to drill the hole inside the gun barrel.

Q.   Did Ross ever explain the different parts of the gun?

A.   Yes.

Q.   Did he explain how the gun works?

A.   Yes.

18

Q.   Did he show you and other employees how to assemble the guns?

A.   Yes.

Q.   Did he show you and other employees how to disassemble the guns?

A.   Yes.

Q.   To produce large quantities of automatic weapons, what do you need?

A.   You need production machines, production equipment and raw materials.

Q.   When you first arrived in Sulaymaniyah, in January 2015, was there a factory?

A.   No.

Q.   Were there any machines?

A.   No.

Q.   When you left Sulaymaniyah, in May 2016, was there a factory?

A.   Yes.

Q.   Who planned the layout of the factory?

A.   I.

Q.   Were there machines in the factory, by the time you left?

A.   Yes.

      MR. JASPERSE: Your Honor, if I may approach. I'd like to hand the witness a CD?

      THE COURT: You may.

19

BY MR. JASPERSE:

Q.    Mr. Vilist, I've placed in front of you Government Exhibit 25.10. Is that your signature on the CD?

A.    Yes.

Q.    Did you put the date that you signed the CD?

A.    Yes.

Q.    Did you watch this video and sign the CD this morning, before coming in to court?

A.    Yes.

Q.    What's on this CD?

A.    It was the way to the --

Q.    That's a different exhibit coming up. Do you remember watching a video about the factory floor?

A.    Yes, it was, like, security video.

Q.    Okay.

MR. JASPERSE: Your Honor, we would move to admit and publish Government Exhibit 25.10.

MR. BARTOLAI: No objection.

THE COURT: 25.10 is admitted and may be published.

(At this time Government's Exhibit No. 25.10 was admitted into evidence.)

(At this time a video was played.)

BY MR. JASPERSE:

Q.    Mr. Vilist, do you recognize yourself in this video?

A.    Yes.

20

Q.    There should be a stylus up there, if you could just circle where you are on the screen?

A.    (Witness complied.)

Q.    What are some of the machines that you recognize? If you could circle the machines you're describing, and, then, tell the jury what they are?

A.    So, here, CNC machines(indicating).

Q.    What do CNC machines do?

A.    So you've, basically, got material and make a part with the machine. This here is a spring machine(indicating).

Q.    What does a spring machine do?

A.    To make springs.

Q.    Springs are part of the automatic weapon?

A.    Yes. These here are lathe machines(indicating).

Q.    What do lathes do?

A.    So you cut -- you, like, rotate metal part and you cut material away. And here is gun drill(indicating).

Q.    Gun drill?

A.    Yes, like, the power drill machine.

Q.    You testified, earlier, that Ross Roggio decided which kind of machines to buy. From what countries did Roggio buy these machines?

A.    Mostly, from China, from India -- I'm not sure, maybe, from Greece, also, something, but I'm not sure.

Q.    Did you agree with his decisions to buy machines from

21

China and India?

A.   It was not, like, it was not my discussion there, at all, so, because I was not responsible for the machines.

Q.   What was the result of buying machines from China? Well, strike that.

    Did the machines from China work in the way that machines need to work to produce large numbers of automatic weapons?

A.   No.

Q.   What was the problem?

A.   Problem was that Chinese machines were not meant for this job, so, basically, you cannot produce that kind of complicated parts with short time, and problem with Chinese machines was that the output of the machines was quite low, so I don't know exactly how many weapons per day that those machines can produce, but it's, like, technological -- like, technological suitability was not correct.

Q.   Would it be accurate to say these machines could produce a handful of weapons per day but not hundreds of weapons per day?

A.   Yes, correct.

Q.   Did Ross ever talk about whether it was legal to export parts for the guns from the United States to Iraq?

A.   Yes.

Q.   What do you remember Ross saying about that?

A.   Because I remember that he explained that's why we had this cover story, that it's not allowed for him to do that kind

of thing, to export parts or knowledge from the states to Iraq.

Q.   Are gas rings one of the parts needed to make an M4 rifle?

A.   Yes.

Q.   Did the weapons factory, did Ross, in Iraq, try to make gas rings?

A.   Yes, that was the plan.

Q.   What do you remember about that?

A.   So plan was to buy machine from China and use it to produce the gas rings.

Q.   Did that work?

A.   No.

Q.   What happened?

A.   The machine was like -- the material was wrong for the gas rings, so, basically, the weapon was working only with one magazine and, then, it was, like, not working anymore,

Q.   Again, would fire off one magazine and then stop working?

A.   Yes, yes.

Q.   Shortly before you left Sulaymaniyah, at the end of April 2016, do you remember a big meeting at Ross' house?

A.   Yes.

Q.   Do you remember what the reason for that meeting was or what Mr. Roggio said?

A.   I think it was that the police or FBI was, like, raiding his house, and it was, like, now, they knew what he was doing in Iraq, and he was, like, calling everybody to his house and,

23

like, telling us that it's a huge problem now, and nobody can leave, and stuff like that, so.

Q.   What was his mood like, what was his attitude like in that meeting?

A.   Angry.

Q.   Did you ever hear Ross talking about certain Kurdish officials?

A.   Yes.

Q.   Do you remember the names of any of those Kurdish officials that Ross talked about?

A.   Talabani and Faruk.

Q.   What do you remember Ross saying about Talabani and Faruk?

A.   Basically, this Faruk was the guy who was funding and Talabani was on Government side or military side.

Q.   Did you ever see Ross meeting with Kurdish officials?

A.   Yes.

Q.   What do you remember about that?

A.   One time I saw -- one time I saw, I think, Talabani in his apartment, and other time, when I saw, actually, both of them, it was like a party or something, like, at the beginning.

Q.   Do you remember where that party was?

A.   I'm not sure, but, maybe, in Faruk's place somewhere.

Q.   Was there any security?

A.   Yes.

Q.   What kind of security?

24

A.   A lot of military guys.

Q.   How did Ross act when he was meeting with these Kurdish officials?

A.   I think he was able to paint very good expression of himself, so very outgoing.

Q.   When you left at the end of April or first day of May 2016, had the factory made any weapons?

A.   I'm not sure. I think we didn't have all the parts at this time there.

Q.   At that time, did you think the factory would be able to produce the large number of weapons that Ross had committed to making?

A.   No.

Q.   How closely did you work with Siim Sebastian Saar?

A.   Very closely.

Q.   Did you ever hear Siim talking to Ross about whether the machines were going to work?

        MR. BARTOLAI: Objection. Hearsay, Your Honor.

        THE COURT: Sustained.

BY MR. JASPERSE:

Q.   In your presence, did Siim and Ross ever have a conversation about whether the factory would be able to build the number of weapons that it was supposed to build?

        MR. BARTOLAI: Objection; hearsay.

        THE COURT: Overruled.

BY MR. JASPERSE:

Q.    You may answer.

A.    No -- I'm not sure.

Q.    Did you ever witness any meetings or conversations in which Siim questioned Ross?

MR. BARTOLAI: Objection; hearsay.

THE COURT: You should rephrase your question, otherwise, I'll sustain it.

BY MR. JASPERSE:

Q.    Did you ever see Siim and Ross arguing?

A.    Yes.

Q.    Did you ever see or hear Siim and Ross disagreeing about something?

A.    Yes.

Q.    How did Ross react to those situations?

A.    He was very angry.

Q.    Do you remember a morning in October 2015 when you and Triin Kiviking went to work and Siim stayed home in the apartment?

A.    Yes.

Q.    Do you know why he stayed home that day?

A.    Because, in the night, he was planning to fly home.

Q.    What happened that day?

A.    He was not flying home.

Q.    So you go to work and what do you remember happening next

26

on that day?

A.   I think, they informed that Siim has been detained, then, we, like, drove back to our apartment to see what's going on.

Q.   Who is -- when you say, We drove back to the apartment?

A.   I was with Elina.

Q.   Anyone else? You, Elina and anyone else?

A.   I think -- only two of us, so, yeah, I remember there was, like, a full cup of coffee sitting on the table and Siim was not there, his stuff was there, and yeah.

Q.   Did you do anything, when you went to the apartment?

A.   So I saw some documents in Siim's bag, and I took it out and hide it underneath, like, a table or a closet or something, yeah.

Q.   Do you remember what those documents were?

A.   I think, some invoices -- it was, like, a kind of pile of papers, and I think it was, like, company-related stuff, some invoices and -- I don't remember. There was, like, drawings there, but yeah.

Q.   Did it look like these were copies he made of company documents?

A.   Yes, yes.

     MR. JASPERSE: Can the record reflect when the witness was describing the documents, he held up his fingers about two inches apart?

     THE COURT: So noted.

27

BY MR. JASPERSE:

Q.   When you saw those documents Siim had copied, why did you take those out of his bag and hide them?

A.   Because I was thinking that this was the reason why he was, like, taken away.

Q.   At some point after this time, did Ross come to the apartment?

A.   Yes.

Q.   When Ross comes to the apartment, who else is there?

A.   I think, Elina, Triin, I'm not sure if Heret was there or not.

Q.   What happens at the apartment when Ross comes?

A.   So he was, like, searching his room.

Q.   Whose room?

A.   Siim's room, Ross was searching Siim's room, and he found, like, a memory or hard drive, hard disc, and this hard drive contained some drawings for the weapons.

Q.   What do you remember happening next?

A.   Not too sure.

Q.   At some point, did you see Siim again?

A.   Yes.

Q.   When did you next see Siim?

A.   I'm not sure -- was it after this search or how many days it was after, maybe, one day after he left.

Q.   Where did you next see Siim?

A.    I saw Siim in military compound.

Q.    How did you get to the military compound?

A.    Ross was driving us there.

Q.    When you say, Ross drove us to the compound, who else was with you?

A.    Elina, Heret, Triin.

Q.    Did you have a choice about going to the military compound?

A.    No.

Q.    Why do you call it a military compound?

A.    Because, to get there, you have to, like, go through check points, and there was, like, military guys there.

Q.    Do you remember how many check points you had to go through?

A.    At least two.

Q.    Did Ross have any trouble getting through those military check points?

A.    I think, after he made a call, everything was, like, okay.

Q.    Once you got to the compound itself, what did you see, in terms of were there other people there?

A.    Yes, military guys was there.

Q.    How do you know they were military guys?

A.    Because of their uniforms.

Q.    Did you see any military vehicles?

A.    Maybe.

29

Q.    Were the soldiers that you saw armed?

A.    Yes.

Q.    What type of weapons did they have?

A.    Pistols and automatic weapons.

Q.    I'd like to bring up on the screen what's previously been admitted as Government Exhibit 3.2. Have you seen that before?

A.    Yes.

Q.    Where did you see it?

A.    In the compound. But it's quite normal, you can see all the military guys, like, basically, they were wearing a symbol.

Q.    This was a patch that you saw on the uniforms that the soldiers were wearing at the compound?

A.    I'm trying to remember. I can't recall that.

Q.    Okay, well, you said you recognized it. How do you recognize it?

A.    Because this logo was on the cars in Sulaymaniyah streets and, also, Ross wanted us to design this logo for M4 rifle.

Q.    So the rifles would, actually, have this insignia on it?

A.    Yeah, so we had, like, one version of the design similar to that.

Q.    Before this time that Ross brings you to the military compound, when Siim is there, had you been to that military compound before?

A.    No.

Q.    Do you remember where the compound was?

A.    Yes.

Q.    Where was the compound?

A.    Close to the Sulaymaniyah International Airport on opposite side of the road.

MR. JASPERSE: Your Honor, I'd like to play for the witness what's already been admitted into evidence as Government Exhibit 25.9. And when the video is played, Mr. Vilist, at the end, I'm going to ask you if you recognize what you're seeing on the video.

THE COURT: Proceed.

(At this time a video was played.)

THE WITNESS: So that's the airport, and other one is that road, and this is the place where Siim was. That's the military compound.

BY MR. JASPERSE:

Q.    The place where Siim was what?

A.    Where Siim was held at that place.

Q.    Do you remember what was nearby of this compound?

A.    You mean -- can you rephrase?

Q.    So the larger area, do you remember anything, any other buildings or facilities or places that were nearby?

A.    Not exactly, but I know where, like, we met Siim after we drove there.

Q.    Okay, could you circle on this where you met Siim?

A.    Siim was in this building here (indicating).

MR. BARTOLAI: What number is that, please?

MR. JASPERSE: 25.9.

BY MR. JASPERSE:

Q. So Ross brings you, Elina, Heret and Triin to the compound. What happens when you get there?

A. So Ross went in alone, first, and then we heard beating and somebody was screaming.

Q. Where were you when you heard the beating and somebody screaming?

A. Standing outside.

Q. Standing outside of what?

A. In front of this building. I just made the circle there(indicating).

Q. Could you tell who was being beaten and who was screaming?

A. Yeah, because I recognized Siim's voice.

Q. Do you remember, approximately, how long you were outside listening to Siim being beaten and listening to him screaming?

A. Not sure, but, maybe, 15 minutes, and then Roggio asked, like, one by one, asked us to the room.

Q. By the way, when you're outside hearing Siim being beaten and hearing him screaming, was Ross still outside with you or was he inside that room?

A. He was inside.

Q. Okay, and you said you remembered each of you being brought into the room; is that right?

32

A.    Yes.

Q.    What do you remember when you went into the room? What did you see? What did you hear? What was happening?

A.    So, basically, there was, like, a big table, and, like, maybe, four or five military guys, there was Siim, and when I went in, then, like, Ross asked me to sit on the chair, and he was trying to, like, get information from me that if I was, like, involved, somehow, with Siim's plan. And he asked military guy to tase me to test if I'm involved with this kind of stuff.

Q.    When Ross told the military guy to tase you, did the military guy tase you?

A.    Yes.

Q.    Where?

A.    To my left shoulder.

Q.    Do you remember anything else from when you were in the room?

A.    Yes. But I don't remember was it the first time? I think not the first time, but I remember --

Q.    Let me just stop you there. Were you in the room more than once that day?

A.    Yes.

Q.    So the first time, it's you, Siim, Ross and four or five Kurdish soldiers?

A.    I think, Triin was also there, I'm not sure about Elina

33

and Heret, so.

Q.    So you remember that's the first time you're in the room?

A.    Yes.

Q.    You're in the room, again, a second time?

A.    Yes, so, one time, like, all of us were there.

Q.    All of the Estonians?

A.    Yes. And I remember, like, the military guys were, like, holding Siim, and Ross was, like, punched Siim to the stomach. Also, I remember that military guys were using plastic bag, like, around Siim's head, and then -- and, like, them cutting -- how to say -- using cutting device, where you cut like -- somebody was holding to finger, and they wanted to, like, cut the finger, but it didn't happen, so.

Q.    So a soldier was holding a cutting device to one of Siim's fingers?

A.    Yes.

Q.    Was Siim's finger cut off?

A.    No.

Q.    What was happening with the plastic bag?

A.    They were, like, trying to, like, lift Siim with the bag and hands and just like --

Q.    Was Ross Roggio saying anything?

A.    He was running the show.

Q.    What do you mean, he was running the show?

A.    Because it was, like, his operation what was going on

34

there, so.

Q.    Was someone telling the soldiers what to do?

A.    Yes.

      MR. BARTOLAI: Objection; leading.

      THE COURT: Overruled.

BY MR. JASPERSE:

Q.    Who was telling the soldiers what to do?

A.    Roggio.

Q.    In what language?

A.    English.

Q.    And the Kurdish soldiers seemed to understand English?

A.    Yes.

Q.    When Ross told the soldiers to do something, did the
soldiers do it?

A.    Yes.

Q.    When Ross -- when you saw Ross punch Siim, was he wearing
anything?

A.    Yes, so it was, like, putting his, like, gloves, then, he
hit.

Q.    He put on a glove?

A.    Glove, yes.

Q.    Other than Ross, did you see anyone else hitting Siim?

A.    Yes.

Q.    Who?

A.    Military guys.

Q.   Besides seeing Siim hit and the plastic bag over his head and cutting tool to his finger, do you remember anything else, any other physical violence that was being done to Siim?

A.   Yes, he was, like, dragged out from the room, and he had to, like, run without shoes on this, like, rocky road in front of the compound building.

Q.   Who told him he had to do that?

A.   Ross.

Q.   Who was asking the questions?

A.   Ross.

Q.   Who was giving the orders?

A.   Ross.

Q.   Who decided when to hurt Siim?

A.   Ross.

Q.   Who was in charge?

A.   Ross.

Q.   Do you remember being in that room on two occasions or was there more occasions?

A.   I remember, at least, two.

Q.   Okay. When you're outside of the room, after being in the room, could you hear anything -- you talked about what you heard when you first got there -- did you hear anything after you were in the room?

A.   Same, what I heard inside.

Q.   Did you say, the same?

A.    The same, yes.

Q.    Beating?

A.    Beating, yes.

Q.    Screaming?

A.    Yes.

Q.    What was going through your mind, when you were sitting out there hearing Siim screaming?

A.    So, I was afraid, of course.

Q.    Did you understand what the purpose was of bringing you and the other Estonians to the Kurdish military compound to see what was being done to Siim?

        MR. BARTOLAI: Objection; speculative.

        THE COURT: You can rephrase. Sustained.

BY MR. JASPERSE:

Q.    At any time, did Ross talk about why he brought you, Elina, Triin, Heret to see what he was doing to Siim?

A.    I think, for us, it was, like, important.

        MR. BARTOLAI: Objection. Calls for speculation, Your Honor.

        THE COURT: Overruled.

        MR. JASPERSE: You may answer.

        THE COURT: Proceed.

        THE WITNESS: So Ross was, like, always telling that loyalty for him is very important, and that this can be, also, the reason why we were, like, sitting outside, he was, like,

tasking me, this was the reason, I think, to just inject fear for us.

BY MR. JASPERSE:

Q.   Why didn't you just leave and go home?

A.   At this time, I was afraid.

Q.   How did Siim look that night?

A.   Not good.

Q.   Were you, Triin, Heret and Elina, eventually, allowed to leave the military compound that night?

A.   So we left, everybody together, because we were there by one car.

Q.   Who drove the car?

A.   Ross.

Q.   Was Siim allowed to leave?

A.   No.

Q.   In the car, on the way home, did Ross say anything about how he just saved Siim's life?

A.   Can't remember.

Q.   What you saw that night, was Ross helping Siim or was Ross hurting Siim?

A.   Hurting Siim.

Q.   Did Ross ever talk that night or at any time about what he was trying to accomplish?

A.   I cannot remember.

Q.   Do you remember what Ross' attitude was, around the time

he's driving home that night?

A.   No, I cannot remember that.

Q.   Do you remember what Ross' attitude was when he was in the room with Siim?

A.   Yes, he was very angry.

Q.   Did you ever go back to the compound while Siim was held there?

A.   So, at least, two times I was there.

Q.   What did you observe those subsequent -- those two later times?

A.   Together, two times.

Q.   Okay, the first time you described and a second time?

A.   Yes.

Q.   Okay, sorry about that. So the second time, what did you see? What did you hear?

     MR. BARTOLAI: Objection, Your Honor; cumulative. I think he has already testified as to that.

     THE COURT: I don't think he has about the second time. Go ahead.

BY MR. JASPERSE:

Q.   So if I could, Your Honor. You've been describing what happened, what you saw, what you heard, the very first time you go to the compound; correct?

A.   I was, like, two times in the room, I explained, yes.

Q.   Okay, so you go to the compound, you see what you've

39

described?

A.    Yes.

Q.    And Ross takes you and the other Estonians back home?

A.    Yes, yes.

Q.    After that, did you ever return to the compound?

A.    I can't remember that.

Q.    Okay. Did you have an understanding why these Kurdish soldiers were following Ross' orders?

MR. BARTOLAI: Objection; relevance.

THE COURT: Overruled.

THE WITNESS: Because the project, weapons factory project was for them, and I don't know what Ross explained to them, but, yeah, they were, like, following his orders so.

BY MR. JASPERSE:

Q.    At any time, did you come to learn any of the names of the soldiers at the compound?

A.    Soldiers in compound, you mean?

Q.    Yes. Do you know any of their names? First names?

A.    Just, I remember, I think it was Goran.

Q.    Goran?

A.    Goran or something like that.

Q.    What do you remember about Goran?

A.    That he was, like, the contact person.

Q.    Why do you think Goran was -- well, strike that. Goran was the contact person for who?

40

A.    For, like, the military compound and between Ross and military compound.

Q.    Do you remember how long Siim was held at that military compound?

A.    I don't know, exactly, but, maybe, one month, maybe, around that.

Q.    Was Siim, eventually, allowed to leave the military compound?

A.    You mean, after one month or?

Q.    Yes.

A.    Yes, he got out, but I don't remember when he was -- when he had the chance to go back to home.

Q.    Do you remember what Siim's physical condition was, when he was let out of the military compound after about a month?

A.    No.

Q.    Was Siim any different after he had spent a month at the military compound?

A.    Yes.

Q.    How was he different?

A.    He was different -- he was very quiet, he was, like, afraid, afraid, so. He was not that kind of guy before that I met, so.

Q.    Why didn't you tell the police about all that's happening to Siim?

A.    Police in Estonia, you mean?

Q.   No, I mean, the police there in Kurdistan.

A.   Because Ross had control over the military, and military is more, like, higher in the hierarchy, I think, so you're not going to go to the police.

Q.   Why didn't you leave Kurdistan, immediately, after you had seen Ross doing these things to Siim?

A.   Because I was afraid.

Q.   Afraid of what?

A.   That something will happen with me or with my family.

Q.   Did you go home to Estonia for Christmas in December 2015?

A.   Yes.

Q.   Did you have Ross Roggio's permission to go home?

A.   Yes.

Q.   Did you return to Kurdistan after that?

A.   Yes.

Q.   When did you return to Kurdistan after Christmas 2015?

A.   I think I was home, maybe, two weeks.

Q.   So, maybe, in January 2016?

A.   Yes.

Q.   You had seen what had happened to Siim, you, yourself, had been threatened and tased, why did you go back?

A.   I was afraid.

Q.   Afraid of what?

A.   Afraid to get killed or something like that.

Q.   You were worried that that could happen to you, even in

42

Estonia?

A.    Yes.

Q.    Did other Estonians return to Kurdistan in the early part of 2016?

A.    I'm not sure.

Q.    Was Elina Kadaja still working for Roggio in 2016?

A.    Yes.

Q.    Was Heret Enden still working for Roggio in 2016?

A.    Yes.

Q.    Did Rauno Viltrop come and work for Roggio in 2016?

A.    I cannot remember.

Q.    After Christmas 2015, did Siim return to Kurdistan?

A.    I think, no.

Q.    How about Triin?

A.    Not sure.

Q.    When did you leave Kurdistan for good?

A.    End of April or beginning of May 2016.

Q.    Was there something that happened that prompted you to leave?

A.    Yes.

Q.    What happened?

A.    So, basically, Roggio went crazy little bit, and he was like -- I saw he was beating Elina, like, slapping --

MR. BARTOLAI: Objection, Your Honor.

THE COURT: Just a moment, sir, please. What's your

43

objection?

MR. BARTOLAI: This is the matter that we brought up. Bad Acts, Your Honor.

THE COURT: I'm going to overrule your objection. Go ahead.

BY MR. JASPERSE:

Q. When you say Ross went crazy, why do you say that? What did you see?

A. So the last night when we were in Iraq, so, first, he wanted to meet everybody at our apartment. He was, like, I think, he was calling to Heret or Elina that he's coming to our apartment. And, first, we drove away from the apartment, it was, like, 11 in the evening, and then Ross went to our apartment and Heret and Rauno were there, and Heret called us that Ross is there.

MR. BARTOLAI: Objection; hearsay.

MR. JASPERSE: It's not for the truth of the matter, Your Honor.

THE COURT: There hasn't been an out-of-court statement. Heret called us. That's not an out-of-court statement, it's, simply, a description of what happened. Overruled.

BY MR. JASPERSE:

Q. What did you and Elina do, after Heret called you?

A. We went back to the apartment straightaway.

Q. What happened? What did you see, when you went back to the apartment?

44

A.    Ross is there, angry, and, then, he was, like, aiming with a gun and --

Q.    Who was he aiming the gun at?

A.    Me.

Q.    What were you thinking, when Ross is aiming the gun at you?

A.    That I'm going to be dead soon.

Q.    What happened the next morning?

A.    Next morning, we went back to the factory -- so Ross left, I think, around 6 in the morning -- and we went to the factory, and he told that he don't remember anything what happened, and it's better for us to get out from there, and we went back to home, packed everything, and took the taxi and went to the next city, the next airport, drove there and we just bought first ticket out from Iraq, and that was end of it, so.

Q.    When you say, we did that, who was that?

A.    Me, Elina, Heret and Rauno.

Q.    Why did you leave so quickly?

A.    Because of the last night.

Q.    Why didn't you leave from the airport right there in Sulaymaniyah?

A.    Because we thought that Ross had control over the airport.

Q.    So, instead, you drove to the airport in Erbil?

A.    Yes.

Q.    Have you been back to Kurdistan since then?

45

A.    No.

Q.    Other than seeing him in the courtroom this morning, have you seen Ross Roggio since then?

A.    No.

MR. JASPERSE: Your Honor, could I have one moment?

THE COURT: Yes.

MR. JASPERSE: Thank you, Your Honor. Nothing further.

MR. BARTOLAI: Your Honor, may we have a break?

THE COURT: Sure. Twenty minutes.

(At this time a recess was taken.)

THE COURT: Cross-examine.

MR. BARTOLAI: Thank you.

CROSS EXAMINATION

BY MR. BARTOLAI:

Q.    Good morning, Mr. Vilist. My name is Gino Bartolai, I'm the attorney for Ross Roggio. I have some questions for you.

A.    Okay.

Q.    I'll do my best to speak so that you understand me and that we understand each other. If you don't understand my questions, just ask me to repeat them, okay.

Now, sir, there came a point in time when you worked for Ross Roggio?

A.    I worked for Ross Roggio, correct, yes.

Q.    And that would have been around from January 3rd, 2015 until about late April or early May 2016?

A.    Correct.

Q.    You were an engineer in his project?

A.    Yes.

Q.    When I refer to the work that was going on in Iraq, in the Kurdistan Region of Iraq, I may refer to it as the arms project, okay?

A.    Um-hum.

Q.    You were from Estonia, you were from -- you were hired through Elina?

A.    Yes.

Q.    She was the contact that you found out about this job; is that right?

A.    Correct.

Q.    And it was through her that you came to the Kurdistan Region of Iraq; right?

A.    Yes.

Q.    How many people were -- describe, if you can, the stage of the undertaking, when you arrived in Iraq -- in Kurdistan.

A.    So the stage?

Q.    How big -- was the operation at the very beginning, midway?

A.    Okay, so at the beginning, I think, there was only Elina and Ross. At the beginning, me and Heret were, I think, the next people who were, like, involved in the project, and later on, Siim and Triin joined.

47

Q.   Okay, so you were, kind of, on the ground floor; is that right?

A.   I'm not sure how many years he had, like, planned this before, but I would say, yes.

Q.   You were one of the first half dozen people to be employed there?

A.   Yes.

Q.   All right. When you left in late April and May of 2016, do you recall how many people might have been involved in the project?

A.   Fifty, maybe.

Q.   Fifty, did you say?

A.   Maybe, I'm not sure, but somewhere in there.

Q.   Okay. We talked about -- Ross Roggio was the project manager; correct?

A.   I would say he was like the -- yeah, not project manager, but, like, the CEO.

Q.   He was the boss, so to speak?

A.   Yes, he was the boss.

Q.   Now, Ross Roggio wasn't always present at the site in Kurdistan, was he?

A.   No, not every day.

Q.   And a lot of times, he would be away; is that right?

A.   Yes, he had a lot of traveling.

Q.   You talked about some of the Estonians and what they did.

48

Triin was an accountant?

A.    Yes.

Q.    Rauno was an accountant, Mr. Saar was an engineer, and yourself was a mechanical engineer?

A.    Yes.

Q.    I want to talk about the other side of the project, from Ross Roggio and above, okay. Let me ask you, what was the name of the company that you were working for there?

A.    You mean, the -- from where I got the salary or?

Q.    Yes, the salary.

A.    Roggio Consulting Company.

Q.    Where was Zarya Construction?

A.    I think, in my opinion, I think, he was ordering the project from Roggio Consulting.

Q.    It was what?

A.    Ordering the project.

Q.    Okay, so they would have been the customer, Zarya Construction?

A.    Maybe.

Q.    They were above -- would you agree that Zarya Construction was a subsidiary of Faruk Holding?

A.    That's one of Faruk's companies, yes.

Q.    When we say, Faruk, who is Faruk, that you know?

A.    So, basically, Faruk had very many companies doing very different, like, things in Iraq.

49

Q.    Faruk is a man?

A.    I'm not sure, but, I think, it's, like, the name of the guy who was owning it, yeah.

Q.    I want to talk about, did you know a person by the name of Akam?

A.    Yes.

Q.    Akam was an accountant for Faruk?

A.    Maybe, yes.

Q.    As you recall, though? I want you to be accurate. What do you recall of Akam?

A.    A guy who was, like, handling the money.

Q.    He was handling the money?

A.    Yes.

Q.    For Faruk; right?

A.    More, like, for Roggio.

Q.    For Roggio, okay. Do you know who Akam reported to?

A.    No.

Q.    How about Bayan? Is that name familiar?

A.    I know the name, but I don't remember who he was.

Q.    How about Mohammad?

A.    Again, I know the name, Mohammad, was, I think, one of the Faruk's persons.

Q.    And Akam and Mohammad, would they be at the site a lot? Would they be present there?

A.    You mean, in the factory or in the office?

50

Q.    Either.

A.    Not a lot, but I have seen both those guys, yes.

Q.    You had seen them both there; right?

A.    Yes, yes.

Q.    You testified about what your job was regarding this project; right?

A.    Um-hum.

Q.    And I believe your testimony was that you, basically, were trying to reverse engineer the M4 rifle?

A.    Yes.

Q.    All right. How would you go about doing that?

A.    Sorry?

Q.    How would you do that?

A.    So there are different ways how to do it. So, first, you do research, maybe, you will find drawings from internet, and, then, you would just take measurements from the parts.

Q.    You did that?

A.    Yes.

Q.    Did there come a point in time when you used a 3-D printer?

A.    Yes.

Q.    And you, actually, produced a plastic version of this M4?

A.    Yes.

Q.    And that was your doing, right?

A.    Yes.

51

Q.    All right. And I believe you indicated that part of your process would be to take measurements of weapons?

A.    Yes.

Q.    And Mr. Roggio had a weapon there for you to study?

A.    Yes.

Q.    And you, also, indicated that the internet was a source?

A.    Yes.

Q.    In fact, would you agree with me that the M4 weapon is -- there's a ton of information on the internet about this weapon; correct?

A.    I believe so.

Q.    The specifics, schematics, etc., is that right?

A.    I think you can find, yes.

Q.    You found that, as well; right?

A.    I found some, some of the parts, yes.

Q.    There came a point in time when, I believe, the Government was asking you about Mr. Roggio telling you that he knew of some secret dimension for the bore. Do you recall that testimony?

A.    Yes.

Q.    And do you recall him saying that, Mr. Roggio?

A.    Yes.

Q.    But the fact is that was all common knowledge on the internet; correct?

A.    There was no way to measure it is how I can answer it, so.

52

Q.    Did you believe Mr. Roggio, if he told you that he had secret knowledge as to the dimensions of this bore?

A.    At the beginning, yes. Later, no.

Q.    After you had talked to Siim Saar; right?

A.    I don't remember was it after or not, so I don't know.

Q.    While you were undertaking this project, you needed to -- the goal was to produce these M4 rifles; right?

A.    Goal was to produce M4 rifles; correct.

Q.    Equipment needed to be obtained and machines needed to be obtained; correct?

A.    Yes.

Q.    And Mr. Roggio always insisted that the machines be obtained from places such as China, such as India, such as Greece; correct?

A.    I'm not sure about Greece, but China, India, yes, because there was no export law to Iraq.

Q.    And correct me if I'm wrong, at times, Triin or Heret would be looking at researching these machines online, and they would present you with what they found? The types of machines?

A.    Not me. Because I was not, like, involved with the machines. Roggio was the main, like, guy who was, like, doing the machines, and he made, also, first selection of the machines.

Q.    So you didn't have anything to do with, actually, obtaining the machines; is that right?

53

A.    No, I went to India to check one machine, and I was in China, but it was not, like, the CNC machines and those machines.

Q.    Roggio sent you there to India and to China to look at machines?

A.    Of course.

Q.    What machines in India?

A.    It was a broaching machine to do M4 lower receivers.

Q.    Broaching machine?

A.    Yes.

Q.    What machines in China?

A.    I think, injection molding machines.

Q.    What does an injection molding machine do?

A.    So, basically, you put really fine powder, metal, inside the machine, heat it up and press it inside the mold.

Q.    So you were sent there to get these machines. Do you know if the company obtained machines, these machines, from India and from China, if you recall?

A.    Yes.

Q.    They did; right?

A.    Yes.

Q.    To your knowledge, no machines were obtained from Europe or from the United States?

A.    I cannot remember that.

Q.    So we're clear, Mr. Vilist, when you left in late April,

early May of 2016, to your knowledge, no weapons, no M4's had been produced, at that point in time; correct?

A.    I'm not sure.

Q.    You're not sure?

A.    Yes.

Q.    Mr. Vilist, in April or May of 2016, was the fact that, either, no weapons or few weapons had been produced, was that causing a problem in the project?

A.    Maybe, because the company or the people who ordered the project, they wanted to see the weapons, so maybe.

Q.    In fact, the customer, Faruk, was dissatisfied with Mr. Roggio, regarding the production output of the company; correct?

      MR. JASPERSE: Objection. Lack of foundation.

      THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Do you know if the customer was displeased with the lack of production by the arms project?

A.    I don't understand. Can you rephrase, please?

Q.    Sure, sure. Are you aware that the failure to produce a certain amount of weapons was causing dissatisfaction with the customer in this case?

      MR. JASPERSE: Objection. Lack of foundation.

      THE COURT: I'll allow it. He's simply being asked if he's aware.

55

BY MR. BARTOLAI:

Q.    Are you aware of that?

A.    I don't understand that, sorry. Can you, like --

Q.    Sure. What was your knowledge, regarding the customer's satisfaction with the progression of the arms project, if you had any knowledge of that?

A.    I cannot tell that, because I was not the customer, so.

Q.    Did Mr. Roggio ever tell you that the customer was dissatisfied with the output of the arms project?

A.    I cannot remember.

Q.    I want to draw your attention to the point in time when you had produced a plastic M4 weapon; right?

A.    Um-hum.

Q.    And you had done this through 3-D printing?

A.    Yes.

Q.    After you had completed this plastic weapon, do you recall going along with Mr. Roggio and other employees -- going to the customer's residence and demonstrating the weapon?

A.    Yes.

Q.    And, I think, you testified, briefly, about that?

A.    Yes.

Q.    And that was the Faruk's place?

A.    I believe so.

Q.    And he was -- describe the residence.

A.    So you drive into -- there was, like, opening the gates,

56

soldiers were, like, guarding the place, we drove in. I think, there was a room on the second floor, I'm not sure, maybe, first floor, but there was, like, a bar-type of room where there was a pool table.

Q.    Was it a nice place?

A.    Yes.

Q.    Pretty fancy?

A.    Yes, fancy.

Q.    Mr. Faruk, was he -- did he appear to be a soldier or civilian?

A.    Civilian.

Q.    He was dressed in civilian clothes; right?

A.    Yes.

Q.    And when you say when there were armed guards -- there were armed security around the building; is that right?

A.    Yes.

Q.    And you say that they were soldiers. What makes you say that?

A.    The uniform, the camouflage color, and weapons.

Q.    What kind of weapons?

A.    Pistols, machine guns or --

Q.    AK47-type weapons?

A.    I don't remember that.

Q.    You don't remember, okay. And you do know what an -- you know the difference between AK47 and --

57

A.   Yes, I knew, but it was, like, nighttime or later, it was dark so.

Q.   Okay. Mr. Vilist, when you arrived in Iraq, there was no plant, yet, there was no factory; correct?

A.   Yes.

Q.   And at some point in time, we saw a video of you on the factory floor. Do you recall that?

A.   Yes.

Q.   Can we see 11.24, please, Government's 11.24.

THE CLERK: That is not admitted.

MR. BARTOLAI: I'm sorry. 11.29, is that admitted?

THE CLERK: No.

MR. JASPERSE: 2-8.

MR. BARTOLAI: May I have a moment, Your Honor?

THE COURT: Yes.

MR. BARTOLAI: Can we see 11.28, please.

BY MR. BARTOLAI:

Q.   Mr. Vilist, take a look at that, that photograph. Is that a photograph of the plant?

A.   Not sure about that. Looks similar, but I don't know, because, remember, there was, like, a river, I think, somewhere.

MR. BARTOLAI: Thank you. That's all for 11.28.

BY MR. BARTOLAI:

Q.   Again, you're not certain if any weapons were actually

produced, by the time you left?

A.    I'm not sure, yes.

Q.    Now, there's been some testimony or you've been asked questions about gas rings and the need for them in the assembly of the M4 rifle; correct?

A.    Yes.

Q.    And you've indicated they are needed; is that right?

A.    They are needed, yes.

Q.    In fact, would you agree with me that the object of this project was to be able to produce all of the parts necessary to assemble an M4 rifle on the site; right?

A.    That was the original plan, yes.

Q.    And, in fact, do you know how gas rings are made or manufactured?

A.    I believe so, yes.

Q.    Would you agree it's a stamping process?

A.    I think so.

Q.    And I believe you indicated that the gas rings that were made there failed; is that correct?

A.    I'm not sure that there was gas rings that were made there or they were, like, produced in some place except for China, because the plan was to buy the machine and stamping mold from China.

Q.    So the plan was to buy a stamping machine from China to make the gas rings; right?

59

A.    Yes.

Q.    And the gas rings -- so the gas rings were obtained from China; correct?

A.    Sorry?

Q.    Gas rings were purchased from China, correct, the item itself?

A.    I don't know.

Q.    Gas rings came from China that failed? If you know? If you recall?

A.    I'm not sure.

Q.    You're not sure?

A.    No.

Q.    Do you recall testifying that there were gas rings that would only function a few times or discharge a few times with the weapon and, then, they would fail?

A.    Yes.

Q.    And I believe you indicated that the failure was because of the material used?

A.    Most likely.

Q.    Okay, explain. What do you mean by the material?

A.    I think it was, like, wrong type of steel, it will, like, break. I'm not sure what kind of steel was used there, but I remember when, like, Ross was trying to shoot one weapon and the gas rings were, like, breaking.

Q.    So these gas rings, they weren't working; is that right?

A.    They break, yes, that is correct.

Q.    You interviewed Siim to come work for Roggio Consulting; correct?

A.    Not only me, I was, I think, second or third person.

Q.    To interview Siim?

A.    Yes.

Q.    So you were influential in having Siim come from Estonia to work on the project?

A.    Can you rephrase, please?

Q.    You had a part in the hiring of Siim; correct?

A.    Yes, yes.

Q.    You had an occasion to speak with him, prior to him coming over; right?

A.    Yes.

Q.    You told Mr. Roggio that he would be a good fit with the company?

A.    Maybe, yes.

Q.    And, in fact, Siim did come over, and you picked him up at the airport; correct?

A.    I don't remember that.

Q.    Okay. You don't remember, actually, picking up Siim from the airport?

A.    Not at the moment, but we were at the airport quite often, so I don't know who I picked up from there, because, several times, we were there at nighttime to pick people up.

61

Q.    Where did Siim live, when he came to the Kurdistan Region from Estonia?

A.    He was living in same apartment with me and Triin, maybe.

Q.    That's your recollection; right?

A.    Sorry?

Q.    He was living with you -- with you and Triin in the same apartment?

A.    I think so, yes.

Q.    All right. Now, I want to talk to you about October of 2015, okay. Do you understand where I am, now, as far as the time frame goes?

A.    Um-hum.

Q.    Okay. There came a point in time when Siim didn't come to work; right?

A.    Okay, yes.

Q.    And that would have been in October of 2015?

A.    Maybe.

Q.    Okay, do you recall, specifically, when that was? And I'm asking for the date.

A.    It was around that time.

Q.    Okay.

A.    I believe.

Q.    Good enough. So it would have been around October 2015; right?

A.    Yes.

62

Q.   And do you recall the time, specifically, in your mind? I'm sorry, strike that. The events that you testified to on your examination, when you testified, did you have a good recollection of those events?

A.   Which events, exactly?

Q.   I'm sorry, what?

A.   Which event do you mean?

Q.   Well, the facts of when Siim was taken from the home and taken to the compound and what you had witnessed at the compound and what occurred after that, was your -- do you recall those things well or did someone tell you about them?

A.   I know, roughly, so it was like -- he was, like, one month, around one month away, and I think he was, like, end of the year home, I don't remember. Was it, like, Christmas time date?

Q.   Again, it's just to the best of your recollection. But it's important that it's your recollection, okay?

A.   Yes, yes.

Q.   So in around October of 2015, you recall a day when Siim didn't come to work; right?

A.   Yes, there was a day when Siim didn't came to work.

Q.   And I believe --

A.   Because he didn't -- it was the last day for him, so, at night, there was like -- he was planning to leave at nighttime, so that's why he was not coming to the work. So he stayed home.

Q.    I believe it was your testimony that you heard from Elina that he had been taken to this compound?

A.    Yes.

Q.    Would you have heard that the same day?

A.    Yes, it was the same day.

Q.    It would have been the same day that Siim didn't come to work; correct?

A.    It was the same day.

Q.    It was the same day, okay. And when you came home, Siim -- when you came home, and, I mean, your apartment that you shared with Siim -- he wasn't there; right?

A.    No, yes.

Q.    On that particular day, did Siim call you and tell you that he was being taken to a compound?

A.    I don't remember that.

Q.    You don't remember that?

A.    No.

Q.    Mr. Vilist, was there an incident involving you and Siim and other people smoking marijuana?

A.    Yes.

Q.    When was that?

A.    I don't remember.

Q.    Do you remember the specifics of it?

A.    So little bit.

Q.    Would you agree with me that, while you were there in the

Kurdistan Region of Iraq, you had found out that there was marijuana available, and you and Siim and Heret and Triin smoked some pot together, smoked some of the marijuana together?

A.    What's the question?

Q.    In other words, did that event occur where you guys were smoking some marijuana?

A.    I think, Heret was not involved.

Q.    Okay.

A.    But, yes, there was like -- it happened, yes.

Q.    It happened?

A.    Yes.

Q.    I'm directing your attention, specifically, to the day that you found out that Siim was taken to the compound. Do you recall Mr. Roggio being out of the country, during that time?

A.    Yes.

Q.    So the day that Mr. -- that Siim, Mr. Saar was taken to the compound, Mr. Roggio was out of the country, was out of Kurdistan; correct?

A.    Yes.

Q.    In fact, he was in Greece on that day, was he not?

A.    Maybe.

Q.    Maybe?

A.    Yes.

Q.    Do you recall, specifically, how many days passed, between

65

the time that you learned that Siim had been taken to the compound and the time that you first saw Siim at the compound?

A.    I don't know the exact amount of days, but, roughly, one month, I think.

Q.    Maybe, I confused you a little bit. When Siim was taken to the military compound, in October of 2015, how long after that did you see him? How long after that -- how many days or hours passed since you were able to visit with Mr. Siim Saar at the compound?

A.    I think it was, like, next day or day after -- or two days later.

Q.    A few days, maybe, two days, could have been two days?

A.    One or three, so I don't remember

Q.    Between one and three days. That's the time that you went with Mr. Roggio; correct?

A.    Of course.

Q.    As well as the other people from Estonia; correct?

A.    Yes.

Q.    Triin, Heret and Elina?

A.    Yes.

Q.    Do you recall when you got to the compound that day whether it was daylight or whether it was dark?

A.    I think, it was daylight.

Q.    You think it was still daylight?

A.    I think so.

Q.    Do you recall Mr. Roggio asking Siim questions about the project, during that time when he was there at the compound?

A.    Do you mean --

Q.    In other words, I believe it was your testimony that Mr. Roggio participated in the interrogation of Siim; correct?

A.    Yes.

Q.    All right. Do you recall -- when I say, interrogation, I mean, questioning?

A.    Yes, yes.

Q.    And do you recall the questions that Mr. Roggio had?

A.    Not sure.

Q.    You're not sure? You don't recall?

A.    Yes.

Q.    And if I understood your testimony correctly, you were there this first day and you observed Siim being physically abused, I'll use those words, correct?

A.    Yes.

Q.    And you were brought in one time, and, then, you were taken out, and then you were brought in, again; is that right?

A.    Yes.

Q.    And they're the two times that you referred to, regarding that particular occasion; correct?

A.    Yes.

Q.    There were times after that when you would go with Mr. Roggio and the Estonians to visit Siim; right?

67

A.    I know that Roggio and Elina and Heret went there several times, but I don't remember if I was there, also, or not. I remember two times when I went in the room, so.

Q.    When you entered the room. Do you recall taking food to Siim?

A.    Me, no.

Q.    Do you recall taking clothes to Siim?

A.    No.

Q.    Do you know if the girls did, if Heret or Elina or Triin did?

A.    Most likely.

Q.    Do you recall them bringing him papers and books?

A.    Yes.

Q.    And clothes?

A.    Clothes, I don't remember, but I remember some toilet paper and stuff like that.

Q.    The Government asked you a question about Mr. Roggio and Siim and this event. And they had asked you, Did Mr. Roggio explain to you how he was saving Siim's life? Do you recall that question?

A.    I recall the question, yes.

Q.    And what was your answer?

A.    That -- I don't remember -- I don't remember if he said this or not.

Q.    Do you recall Mr. Roggio telling you that, by taking you

68

and the fellow Estonians there, there would be witnesses to what was going on with Mr. Siim?

A.    Maybe.

Q.    He may have said that; right?

A.    Maybe, yes.

Q.    Do you recall Mr. Roggio explaining that he wanted to have Mr. Siim write a letter back home and to tell his people that he was detained?

A.    Not sure about that.

Q.    Okay. Do you recall Mr. Roggio telling you that if he hadn't been there, in all likelihood, Mr. Saar might have been killed?

A.    To who? Sorry?

Q.    Do you remember Mr. Roggio telling you that if he, Roggio, hadn't been there, in all likelihood, Mr. Saar would have been killed?

A.    I'm not sure about that, sir.

Q.    I want to talk to you about -- this occurred in, approximately, October, November of 2015; right?

A.    Yes.

Q.    As best you recall. There came a point in time when Siim Saar left the compound and came back; right?

A.    Yes.

Q.    Were you there on that day, when he left the compound and came back to the group?

A.    You mean, in Iraq?

Q.    No, in Kurdistan. Strike the question. I want to try to be as clear as I can.

When Mr. Siim was -- when Mr. Saar was detained at the military compound for several weeks, as I believe you testified, there came a point when he was released from the compound; right?

A.    Yes.

Q.    Do you remember that day?

A.    I remember the evening, but I don't remember the day.

Q.    Do you remember -- were you present when he was released?

A.    In the evening, yes.

Q.    Did you go with Mr. Roggio and the others to get him?

A.    I don't remember that.

Q.    You don't remember that?

A.    Yes.

Q.    All right. Do you remember driving home with him, driving back to the apartment with Siim from the compound?

A.    I'm not sure.

Q.    Did there come a point in time when you, after this had occurred, took Mr. Siim Saar to the hospital?

A.    Yes.

Q.    Where would that hospital be?

A.    In Sulaymaniyah.

Q.    In Sulaymaniyah, in Kurdistan, in Iraq; right?

A.    Yes.

Q.    Within a few days; correct?

A.    You mean, after he got out?

Q.    After he got out of the compound, in a few days, he had been taken to the hospital?

A.    Not sure how many days passed.

Q.    But he did -- but afterwards, he had gone to the hospital; is that right?

A.    Yes.

Q.    And it wasn't long after that that he went home; correct?

A.    Define how long is long?

Q.    Would you agree that -- do you recall people going home for Christmas in 2015?

A.    Around that time, sir.

Q.    Well, I'm just asking you around that time. You recall around Christmas of 2015, several Estonians returned home for the holiday?

A.    I believe so, yes.

Q.    Yourself, you went home that year?

A.    Yes.

Q.    Triin went home; right?

A.    Maybe.

Q.    And Siim, also, went home; right?

A.    Maybe.

Q.    And after that, Mr. Saar was never back on the project;

71

correct?

A.   Yes.

Q.   So he left the project, he left Iraq shortly after this incident; correct?

A.   Yes.

Q.   And he left with Mr. Roggio's permission; correct?

A.   Yes.

Q.   And -- now, after Christmas of 2015, you returned back to Kurdistan; is that right?

A.   Beginning of 2016, yes.

Q.   And you returned along with Elina, right, and Heret?

A.   Maybe, yes.

Q.   Well, in 2016, they still worked at Roggio Consulting; correct?

A.   Yes.

Q.   So in other words, after this Siim incident and you people going back home to Estonia, you, along with Heret and Elina and Heret's boyfriend Rauno, came back to work for Roggio Consulting in 2016; correct?

A.   I'm not sure about Rauno.

Q.   All right. There came a point in time when Rauno, in 2016, when Rauno came to work for Roggio Consulting?

A.   Yes.

Q.   And that was Heret's boyfriend?

A.   Yes.

72

Q.    Heret Enden's boyfriend?

A.    Yes.

Q.    And would you agree with me, Mr. Vilist, that the reason you came back was because you were paid good money to come back?

A.    Who, me?

Q.    Yes.

A.    The reason was that I was afraid, also, to stay in Estonia.

Q.    You didn't tell anyone in Estonia what had happened; correct? You didn't report that to anyone in Estonia?

A.    No.

Q.    And how much were you paid in Estonia, before you took the job for Mr. Roggio? What was your monthly salary?

A.    I don't remember that.

Q.    Were you paid -- do you recall how much your monthly salary was for Mr. Roggio, when you worked for Mr. Roggio in, say, January of 2016?

A.    January 2016, I can give you, like, two numbers between that.

Q.    Go ahead, please.

A.    So 7500 to 10,000. I don't remember, exactly.

Q.    Would you agree that it would be several times more than what you were being paid in Estonia?

A.    Yes.

Q.   So you were being paid well from Mr. Roggio; is that right?

A.   If I would -- knew those things that will happen before, then, no.

Q.   When you came back to work at Roggio Consulting in Kurdistan, in Iraq, you stayed with him until, approximately, late April or May of that year; is that right?

A.   Yes.

Q.   And it was during this time that you learned that his customers wanted to start seeing some results, with respect to the weapon production; correct?

A.   I think, I was assuming it.

Q.   And do you recall telling Mr. Roggio that you were going to return to Estonia, along with Elina, Heret and Rauno, do you recall telling him that before that last night of the events that you described?

A.   No.

Q.   Do you recall Mr. Roggio having a party for you, like, a returning home party, before you left to go to home to Estonia?

A.   There was no party.

Q.   There was no party. You testified that Mr. Roggio had called you over to his house the night before you left to go home, and according to your testimony, he went crazy, things -- he was upset; is that right?

A.   Um-hum. So he came to our house.

74

Q.    Do you recall discussing with him, then, the fact that the Estonians, yourself, Elina, Heret and Rauno, were going to go home? Do you recall discussing that with him?

A.    I cannot remember that.

Q.    Would you agree with me that yourself and Heret and Elina and Rauno were a critical part of the work force in his enterprise on this arms project?

A.    I believe so, yes.

Q.    I believe, it's your testimony that the day after this occurred, this event where Mr. Roggio was upset, the day after this occurred, he met with you and said it would be better if you guys went home; is that what he said?

A.    I think, he told this to, like, Elina, and that's why we left.

Q.    Okay, so he, basically, told you, Go home; is that it? Or, You can go home. Is that more accurate?

A.    It's better for you to go home.

Q.    Mr. Roggio did not interfere with you going home, in any way; is that right?

A.    I'm not sure, but we didn't see, like, him after that.

MR. BARTOLAI: May I have a moment, Your Honor?

THE COURT: Yes.

MR. BARTOLAI: Nothing further. Thank you.

THE COURT: Redirect?

MR. JASPERSE: Yes, thank you, Your Honor.

75

REDIRECT EXAMINATION

BY MR. JASPERSE:

Q.   Mr. Vilist, is there any doubt in your mind about who was responsible for Siim's abduction, detention and torture?

A.   No.

Q.   Who was responsible for Siim's abduction, detention and torture?

A.   Ross Roggio.

Q.   When Ross Roggio was out of the country, was he still able to communicate with people in Kurdistan?

     MR. BARTOLAI: Objection. Calls for speculation.

     THE COURT: Sustained.

BY MR. JASPERSE:

Q.   When Ross was out of the country, was he ever able to communicate with you?

A.   Yes.

Q.   To your knowledge, is it possible to make phone calls from Greece?

     MR. BARTOLAI: Objection. Calls for speculation.

     THE COURT: Overruled.

     THE WITNESS: Yes.

BY MR. JASPERSE:

Q.   To your knowledge, is it possible to send texts from Greece to Kurdistan?

A.   Yes.

76

Q.    And do you believe that Siim was abducted, detained and physically abused for 37 days in the fall of 2015 because --

MR. BARTOLAI: Objection, Your Honor. Assumes facts not in evidence.

THE COURT: You can rephrase. Try again.

BY MR. JASPERSE:

Q.    Let me try that again. Do you believe what you have described happened to Siim at the compound was because he had smoked marijuana on one occasion, while in Kurdistan?

A.    No.

MR. BARTOLAI: Objection. Calls for speculation.

THE COURT: Overruled.

THE WITNESS: Can I answer?

MR. JASPERSE: Yes.

THE WITNESS: No, because this was, like, coming out after Siim was, like, abducted.

MR. JASPERSE: Nothing further, Your Honor.

THE COURT: Recross?

MR. BARTOLAI: Nothing. No questions.

MR. JASPERSE: Your Honor, may this witness be excused?

THE COURT: Yes, unless you have an objection.

MR. BARTOLAI: No objection.

THE COURT: Thank you, sir. You're excused.

THE WITNESS: Thank you.

THE COURT: It's now 12:25. I'd suggest we break for lunch

77

now. We will resume at 1:30.

(At this time a luncheon recess was taken.)

THE COURT: Call your next witness, please.

MR. JASPERSE: Your Honor, the Government calls Rauno Viltrop.

R A U N O    V I L T R O P    IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Please state and spell your name for the record.

THE WITNESS: My name is Rauno Viltrop, R-A-U-N-O, V-I-L-T-R-O-P.

THE CLERK: Thank you. Please be seated.

DIRECT EXAMINATION

BY MR. JASPERSE:

Q.    Good afternoon, Mr. Viltrop. Where are you from?

A.    I'm from Estonia.

Q.    What do you do for a living?

A.    I work in television.

Q.    Are you married?

A.    Yes.

Q.    What is the name of your wife?

A.    Heret Viltrop.

Q.    What was her last name, before you got married?

A.    Enden.

Q.    If we can just make sure the microphone is close. When did

Q.   you first meet Heret?

A.   I met Heret over the summer of 2015.

Q.   Where did you meet her?

A.   In Tallinn.

Q.   Tallinn is in what country?

A.   Tallinn is the capital of Estonia.

Q.   Where was Heret working, at that time?

A.   Heret was working in Iraq for Roggio Consulting Company.

Q.   She was back in Estonia for vacation?

A.   Yes.

Q.   Who was Heret working for in the Kurdistan Region of Iraq?

A.   She was employed by Roggio Consulting Company.

Q.   After meeting Heret in the summer of 2015, did you go to Kurdistan to visit her?

A.   Yes.

Q.   When?

A.   Fall of 2015.

Q.   About how long were you there?

A.   Two weeks.

Q.   Had you ever been to Kurdistan before?

A.   No.

Q.   In front of you, there's a binder. If you could turn to what's been marked Government Exhibit 24.1. Without going into the details of that document, do you recognize it?

A.   Yes.

79

Q.    What is it?

A.    It is my flight itinerary.

Q.    Is this an email message?

A.    Sorry, yes, email message.

Q.    What's the date of the email message?

A.    September 14, 2015.

Q.    This is regarding your itinerary, when you went to the Kurdistan Region of Iraq, in the fall of 2015?

A.    Yes.

        MR. JASPERSE: Your Honor, I would move for admission of Government Exhibit 24.1.

        MR. BARTOLAI: Your Honor, I object to relevance. It's, also, hearsay.

        THE COURT: What's the relevance?

        MR. JASPERSE: It's going to show that he's in Kurdistan at the same time as the victim is in the compound.

        THE COURT: Why is it not hearsay?

        MR. JASPERSE: You know, it doesn't need to be admitted, Your Honor. I can simply use it to refresh his memory, if he doesn't remember the exact date.

        THE COURT: Very well.

        MR. BARTOLAI: What number was that?

        MR. JASPERSE: 24.1.

BY MR. JASPERSE:

Q.    So does this document, if you look at it, does it indicate

to you when you arrived in Sulaymaniyah?

A.    Yes.

Q.    When did you arrive in Sulaymaniyah?

A.    14th of October 2015.

Q.    When did you depart Sulaymaniyah at the end of that vacation?

A.    27th of October 2015.

Q.    What was the purpose of this trip?

A.    To visit Heret.

Q.    What did you do while you were there?

A.    I was, basically, a tourist.

Q.    Did you see any of Heret's co-workers during your visit?

A.    Yes.

Q.    Where were they from?

A.    Estonia, as well.

Q.    Do you know their names?

A.    First names okay?

Q.    Yes.

A.    Marrtin, Elina, and there was Heret. Oh, and Triin, as well.

Q.    Did Heret have another Estonian co-worker named Siim Saar?

A.    Yes.

Q.    Did you see Siim, while you were in Kurdistan, in October of 2015?

A.    No.

Q.    So that was in the fall of 2015. Later on, did you begin working for Ross Roggio in Kurdistan?

A.    Yes.

Q.    When did you begin working for Ross Roggio?

A.    Early 2016.

Q.    Was it in January 2016?

A.    Yes.

Q.    When did you stop working for Roggio?

A.    End of April, very end of April 2016.

Q.    Do you see Ross Roggio in the courtroom today?

A.    Yes.

Q.    Can you point him out and identify what he's wearing?

A.    Over there -- I can't see.

Q.    You can stand up, if you need to.

A.    Dark blue suit.

        MR. JASPERSE: Your Honor, let the record reflect the witness has identified the Defendant.

        THE COURT: The record will so reflect.

BY MR. JASPERSE:

Q.    How did you come to work for Mr. Roggio?

A.    So I was wondering if there was a way I could be close to my future wife, because I met Heret over the summer, we were in love, so when you're in love, you want to be with the person. And the former accountant had left, and Elina said that there might be an opening as an accountant, so, of course, I jumped

82

at the option or opportunity.

Q.    Do you recall the name of the previous accountant?

A.    Triin.

Q.    Did you have any background in accounting?

A.    No.

Q.    Did you accept the job?

A.    Yes.

Q.    If you could turn to the next document in the binder,
Government Exhibit 24.2. Do you recognize that?

A.    Yes.

Q.    What is it?

A.    It is an email to Elina, it has my bank details on the
first page, and attached are my information form, passport
picture and employment agreement, offer for the job, and that's
it.

Q.    These are all documents in connection with the offer, the
job offer and your acceptance of that offer?

A.    Yes.

        MR. JASPERSE: Your Honor, the Government moves to admit
Government Exhibit 24.2.

        MR. BARTOLAI: Your Honor, so we have an objection.
Government's Exhibit 24.2 is a mixed document. It contains some
documents from Roggio Consulting, but it, also, contains other
documents, hearsay, between Mr. Viltrop and Elina. As we know,
Elina is not a witness in this case.

83

THE COURT: Mr. Jasperse?

MR. JASPERSE: Counsel, would you agree to just admit the last page of the exhibit, the job offer letter of January 15, 2016?

MR. BARTOLAI: Yes. It's an eight-page document, you're asking if I would stipulate to Page 8, and I will.

MR. JASPERSE: Okay, thank you.

THE COURT: For the record, you're proposing to admit and you're agreeing to admit the January 15th, 2016 letter?

MR. JASPERSE: Yes, Judge.

MR. BARTOLAI: Yes.

THE COURT: Very well. That single page is admitted.

(At this time Government's Exhibit No. 24.2 (Page 8) was admitted into evidence.)

BY MR. JASPERSE:

Q.   If it's possible to just bring up that last page, so you can look at it on the screen or binder, whatever is easier, I just direct your attention to the last page. Is that a January 15, 2016 letter to you with a job offer?

A.   Yes.

Q.   What's the name of the company?

A.   Roggio Consulting Company.

Q.   Does the letter say how much you would be paid?

A.   Yes.

Q.   How much?

A.    $5,000 per month.

Q.    Do you remember signing any agreements, at the time that you went to work for Mr. Roggio?

A.    Yes, there was, also, a non disclosure agreement.

Q.    So you signed a non-disclosure agreement around the time that you went to work for Mr. Roggio?

A.    Yes.

Q.    Had you, previously, signed any non-disclosure agreements, in connection with Mr. Roggio?

A.    There was, also, another non-disclosure agreement, when I went to visit in October, in case I had seen anything.

Q.    So how did that come about? Did he ask you to sign it or what happened?

A.    Yes, so, I think -- yes, Heret took me to the office and Mr. Roggio was around, and he said, you know, just draft up an NDA in case I see something.

Q.    You signed that?

A.    Yes.

Q.    When did you arrive in Kurdistan and begin working for Roggio Consulting?

A.    Late January 2016.

Q.    What city in the Kurdistan Region of Iraq did you go to?

A.    Sulaymaniyah.

Q.    What kind of housing did you have in Sulaymaniyah?

A.    We were staying at an apartment, in an apartment complex.

Q.    Was anyone else living in the same apartment?

A.    Yes.

Q.    Initially, when you first get there, who else was living in the apartment?

A.    Besides me, Heret, Elina and Ross Roggio.

Q.    Later on, did that change?

A.    Yes, Ross left and Marrtin came instead.

Q.    Do you know where Ross lived, after he moved out of the apartment?

A.    He obtained a penthouse apartment in downtown Sulaymaniyah.

Q.    How far away was that from the apartment where you were living?

A.    About a 15-minute drive.

Q.    Did you understand whose apartment that penthouse was that he moved into?

A.    Initially, no. I asked him, he said the Kurds gave it to him. Well, not -- like, allowed him to stay there.

Q.    Did he give you the name of anyone?

A.    He did, but I forgot which one it was.

Q.    When you first began working for Ross in January 2016, where did you work?

A.    At an office building in the city.

Q.    How far away was the office from your apartment building?

A.    Twenty to thirty-minute drive.

Q.   Could you describe the office?

A.   So it was on the second floor, it was a four or five-room office.

Q.   How many people were working for Ross, when you started there in January 2016?

A.   About 10.

Q.   So in terms of Estonian employees, there was you, Heret, Elina, Marrtin, anybody else?

A.   Estonians, no.

Q.   Was Siim Saar still employed by Roggio, when you worked for Roggio?

A.   Not that I know of.

Q.   Was Triin Kiviking still employed by Roggio, when you worked for Roggio?

A.   Not that I know of.

Q.   How many employees were there, when you left in late April or early May 2016?

A.   Thirty to forty.

Q.   Where were those workers from?

A.   Mostly Greece and the Philippines. There were a couple from the U.S.A.

Q.   What was Ross Roggio doing in Kurdistan?

A.   He was contracted by locals to construct a weapons factory.

Q.   Did Ross say how many weapons he would be making?

87

A.    Yes, it varied.

Q.    What do you remember him saying?

A.    As I understand, initially, the promise was to make 3,000 M4 weapons a month, eventually delayed, then, he promised 200 a month, and about the time we left, as I understood, he promised to, at least, produce one working prototype.

Q.    Did Ross ever talk about why the Kurds wanted this weapons factory?

A.    Yes.

Q.    What do you remember Ross saying about that?

A.    They were supposed to go to the local political party to increase their influence in the Kurdistan Region.

Q.    Did Ross ever talk about why the Kurds had hired him to operate this weapons factory?

A.    I had asked him how he knew the people, and he said he had met them while he was in active duty in Iraq.

Q.    Active duty, meaning, what?

A.    Serving in the United States Army.

Q.    Do you recall him telling any other stories about his military career?

A.    He said he had been a prisoner of war, that they had -- during his time being a prisoner, he was tortured, and they broke a lot of bones in his body, he was afraid for his life.

Q.    When you first arrived in January 2016, was there, also, a

factory?

A.    It was still under construction.

Q.    As time went on, did the factory develop?

A.    Yes.

Q.    Did there come a time when you went to work every day at the factory instead of the original office?

A.    Yes.

Q.    Do you recall, approximately, when that was?

A.    About a month after I had arrived.

Q.    Where was the factory?

A.    Outside of the city, thirty-minute drive northward.

Q.    Did you have to go through any check points to get to the factory?

A.    Yes, there were three.

Q.    Who was at the check points?

A.    Each check point had Peshmerga guards who would, you know, visually identify who was in the car. Normally, we would just wave at them, and they would smile and let us go.

Q.    Could you describe the factory, when it became -- when you started working there?

A.    It was a two-story building covered -- surrounded by concrete walls. The factory itself, the first floor, was the construction floor and the second floor had offices.

Q.    On the shelf in front of you, there's a CD marked Government Exhibit 24.5. Do you see your signature on that when

89

you look at that?

A.    Yes, I see it.

Q.    Okay, and when did you sign that?

A.    Yesterday.

Q.    Did you watch the video on the CD, before signing it?

A.    Yes.

Q.    Just try to wait until I finish my question, before you answer, or the court reporter will not be happy with us.

A.    Sorry.

MR. JASPERSE: Your Honor, I believe, 24.5 has already been admitted into evidence, and we would request permission to play it and pause it while we go through it.

THE COURT: Granted.

(At this time a video was played.)

BY MR. JASPERSE:

Q.    Mr. Viltrop, do you recognize any of the machines that are showing on the screen right now?

A.    Yes.

Q.    I think there's a little pen or stylus. If you can use that to draw on the screen.

A.    Okay.

Q.    Go ahead and circle whatever, one by one, type of machines, one by one, any machines that you recognize and can tell us about.

A.    So these are the CNC milling machines(indicating).

90

Q.    What do CNC milling machines do?

A.    They're used to form cylindrical objects.

Q.    Okay. Do you see any other machines that you recognize?

A.    These were the Swiss lathes(indicating).

Q.    What do lathes do?

A.    They're used to cut into metal, to shape the metal, yeah. Also, these are, I believe, the sandblasting machines, cabinets(indicating).

Q.    What do sandblasting machines do?

A.    They are used to, well, smooth the metal.

Q.    Did the factory have any additional machines that are not shown on the screen right now?

A.    Yes.

Q.    What other machines do you remember?

A.    So around this corner here(indicating), there were injection molding machines for plastic and metal to create molds. There's a crane attached to the roof. We also had a broaching machine, I'm not sure what that does, and we had a spring machine to create springs.

Q.    So what did you do there? What did you do for the company?

A.    I was hired to be the Accountant for Roggio Consulting Company.

Q.    As the Accountant, what kind of functions did you carry out?

A.    I created invoices, I managed salaries, I did utilities,

91

wired out transfers to purchase machines and whatnot.

Q.    Could you pay bills on your own, as the bills came in, or did you have to get someone's approval?

A.    All transactions were approved by Mr. Roggio.

Q.    So you mentioned that you paid bills for machines; is that right?

A.    Yes, invoices.

Q.    In what country were the companies that made the machines?

A.    Mostly, China.

Q.    Did you provide lists or summaries of the bills to anyone outside the company?

A.    Yes, our client.

Q.    Did Ross tell you anything about what you should do, when preparing those summaries for the client?

A.    Each invoice had to be marked up 20 percent.

Q.    Did you attach copies of the actual invoices, when you submitted those summaries to the client?

A.    No, they were modified.

Q.    Did you have a conversation with Ross about that?

A.    Yes.

Q.    What do you remember about that conversation?

A.    Ross told me to mark everything up 20 percent. The client accountant asked me for original invoices to be attached to the invoices that we sent to the client. So I asked Mr. Roggio, What do I do? There's a discrepancy. He said, Make it work. I

suggested I can photo shop the PDF's, he said, Make it work.

Q.    Is that what you did?

A.    Yes.

Q.    What bank did the company use?

A.    Wells Fargo.

Q.    Besides paying utilities, paying employees, paying for machines, what else do you remember being paid for out of the company's account?

A.    Out of the company account, so it was, mostly, just company expenses, however, there were a couple extra transactions that he asked me to do every now and then.

Q.    What were those transactions?

A.    He didn't specify, but the beneficiaries, one was, I believe, his brother, and there was another transaction I had to make to -- it was, I understand, a birthday gift to another employee.

Q.    Did you ever arrange Money Grams?

A.    Yes.

Q.    Who told you to do that?

A.    Mr. Roggio.

Q.    How large were the amounts?

A.    Six digits.

Q.    How many times did you arrange Money Grams in six digits?

A.    At least two, probably, three.

Q.    Where was Ross, when he asked you to send these Money

Grams?

A.   He was abroad, in Greece, and he required money in cash.

Q.   Did Ross ever show you a picture of a car he owned?

A.   Yes.

Q.   What do you remember about that car?

A.   It was a blue BMW sports car.

Q.   Do you have any idea how much it cost?

A.   Well over $100,000.

Q.   Did Ross ever show you a car he was in the process of buying over the internet?

A.   Yes.

     MR. BARTOLAI: Objection; leading.

     THE COURT: Overruled.

BY MR. JASPERSE:

Q.   What kind of car?

A.   McLaren sports car.

Q.   Do you know if he went through with that purchase?

A.   I did not, at the time, but I found out that to be true.

Q.   Do you know how much that car cost?

A.   Probably, three times more than the BMW.

     MR. BARTOLAI: Objection; speculation.

     THE WITNESS: At least, over $300,000.

BY MR. JASPERSE:

Q.   Where did the money to buy those cars come from?

A.   Company funds.

94

Q.   So you mentioned that you paid invoices. Could you walk us through the sequence of events when an order was placed and an invoice needed to be paid?

A.   Sure. So, generally, Ross or somebody would find a client and place an order. The order would be forwarded to me. I would request an invoice. If the order was approved by Mr. Roggio, I would request an invoice, and, then, we would wait a while until the money came in and had Mr. Roggio's approval, and, then, completed the wire, the purchase.

Q.   When you say you waited for the money to come in, what do you mean by that?

A.   Towards the end, it was obvious that the client was starting to get worried and skeptical about the project, and that the money requests from the company that we sent out invoices for reimbursements, they started asking questions and being skeptical and not as receptive.

So there would be -- there was, at least, once where we did not have enough money at hand to do salaries for employees.

Q.   Before paying any of these bills, who would have to approve?

A.   Everything but small-time utilities, gas bills, everything was approved by Mr. Roggio.

Q.   Do you remember paying any bills or invoices to companies in the United States?

A.   Yes.

95

Q.    Before we look at a document or two, in regard to that, what do you remember?

A.    We -- well, the company needed to buy weapons parts, and Mr. Roggio had found a supplier in the United States to buy, well, the parts, but there was, also, another invoice for some kind of specialized drill bits.

Q.    Could we bring up on the screen Government Exhibit 9.4, which has already been admitted into evidence. Directing your attention to the bottom half of this document, whose email address was Rauno@RoggioCC.com?

A.    That was my work email.

Q.    Whose address was RWRoggio@yahoo.com?

A.    Mr. Roggio's email.

Q.    Did you send this message to Ross on or about April 11, 2016?

A.    Yes.

Q.    Your message to Ross said, "Here it is." What were you sending to Ross?

A.    The transfer that we made, they requested a screen shot as a confirmation of completing the transaction. I forwarded the screen shot to Mr. Roggio..

Q.    Who was this payment going to?

A.    To a William Mathes, III.

Q.    That's M-A-T-H-E-S?

A.    Yes.

Q.   What is the address there for William Mathes, III?

A.   6316 Yadkin Road, Fayetteville, North Carolina.

Q.   What was the amount of this payment?

A.   Just under $5,000.

Q.   Do you know what a gas ring is for an automatic rifle?

A.   Not specifically, no.

Q.   Regardless of specificity, do you recall any issue regarding gas rings, when you were working for Ross?

A.   Yes.

Q.   What do you recall about an issue regarding gas rings?

A.   There was a conversation about the gas rings not being durable.

Q.   Who was that conversation between?

A.   The engineers and Mr. Roggio.

Q.   Okay, go ahead.

A.   So for a weapon to last 100 rounds, it is not a very good weapon, and that's what the gas rings were giving us. They would break under duress.

Q.   So they fired about 100 shots then stopped working?

A.   The gas rings would break.

Q.   Near the end of the three and a half months you worked for Ross, do you remember a push to complete the certain number of weapons?

A.   Yes.

Q.   What do you remember about that?

A.   As I mentioned earlier, the initial promise was to provide 3,000 weapons a month, then, that was reduced to provide, at least, 200 weapons a month, and when we left, they hadn't produced any.

Q.   What was the atmosphere at the company around that time?

A.   Very stressful, Mr. Roggio was very stressed.

Q.   During the time you were in Kurdistan, was Mr. Roggio ever away, out of the country?

A.   Yes.

Q.   Do you know where he went?

A.   He came back to the United States a couple times, he was in Greece a couple times.

Q.   Do you know what the trips to the United States were for?

A.   Visiting family, mostly, I believe he said, yeah.

Q.   Did Ross Roggio ever mention the FBI to you?

A.   Yes.

Q.   Do you recall when that was?

A.   Not the exact date, but it was towards the end.

Q.   So towards the end of your time there?

A.   Yes, sorry, yes.

Q.   So that would be late --

A.   April.

Q.   Late April 2016?

A.   Yes, sir.

Q.   What did Ross say about the FBI in late April of 2016?

A.    He called the upper tier to the office, being very freaked out, saying that the FBI had just raided his house.

Q.    Did he give an opinion as to why the FBI had just raided his house?

A.    The first thing he said was, quote, unquote, He ratted me out. We figured out it was because one of the suppliers for the United States had flagged a transaction.

Q.    Did he explain why he said, ratted out? Like, what was wrong with this transaction?

A.    So we had paid for the invoice, regularly, they would ship out the product, but he transferred the money or we transferred the money, and then, I guess, the supplier contacted --

MR. BARTOLAI: Objection, Your Honor. It's speculative and, also, hearsay.

THE COURT: The use of the word, guess, suggests speculation. Sustained.

BY MR. JASPERSE:

Q.    So what was Mr. Roggio's demeanor, when he was talking about this?

A.    Very upset.

Q.    Did he say why the FBI would have been concerned about this transaction?

A.    As it turned out, the products that we had ordered --

MR. BARTOLAI: Object, Your Honor; unresponsive.

THE COURT: The question was, "So what was Mr. Roggio's

demeanor, when he was talking about this?" The answer was, "Very upset." I don't see how that's unresponsive.

MR. BARTOLAI: I believe it was the next question.

THE COURT: That's the last question I have here, counsel. Let's start over. Let's not waste time like this.

BY MR. JASPERSE:

Q.   Did Ross say what the problem was?

A.   The products we had ordered were sanctioned, they were not to be allowed to be sent to Iraq from the United States.

Q.   I'd like you to look at Government Exhibit 24.4, which has already been admitted. Look in the binder or on your screen. On the first page, if you go to the bottom half where it says, "Dear Akam". Do you see that?

A.   Yes.

Q.   "Dear Akam, Balance sheet and attachments. Also, includes some invoices that aren't submitted yet. Best regards, Mr. Rauno Viltrop."

A.   Um-hum.

Q.   Who was Akam?

A.   Akam is the client's accountant.

Q.   Did you send this email and a balance sheet to Akam, on or about April 28, 2016?

A.   Yes.

Q.   During the time that you worked for Ross, did you have any involvement entering the information that's in the attached

balance sheet?

A.    Yes.

Q.    Did Ross give you any instructions, in terms of the specificity of how you should enter that information?

A.    Yes.

Q.    What did Ross say about that?

A.    All specialized products were to be listed as vague to not include make and model.

Q.    If we could go to Page 10 of the document. It will come up on your screen. If you go 14 lines up from the bottom. It's hard to see without magnification. It has been blown up on the screen. Can you see that?

A.    Yes.

Q.    Do you see an entry for gas rings?

A.    Yes.

Q.    What's the date?

A.    10th of April 2016.

Q.    How many pieces?

A.    15,000.

Q.    One line up from that, is there an entry for firing pin retainers?

A.    Yes.

Q.    What's the date?

A.    Also, same date.

Q.    April 10, 2016?

A.    Yes.

Q.    How many pieces?

A.    3,200.

Q.    Then, please go to the last two pages of the exhibit, it will come up on the screen or you can look in the binder, whichever you prefer. Do these two pages all list invoices?

A.    Yes.

Q.    So that's money coming into the company or that's money going out of the company?

A.    In.

Q.    If you go to the end, where it says, Total combined invoices. According to this spread sheet, how much money had come into the company by April 2016?

A.    Seven million dollars.

Q.    Was the money coming into Ross' company coming in regular payments or was it sporadic?

A.    Sporadic.

Q.    In what form were those payments -- in what form was the money coming into the company?

A.    Some of it wired, some of it in cash.

Q.    Where did the wires come from? Who sent the wires? Excuse me.

A.    The client's company, Faruk something.

Q.    What bank did the wires go into?

A.    Mr. Roggio's Wells Fargo.

102

Q.    How did the cash come in?

A.    The client's accountant would bring the cash in big --
what are they called, I'm sorry -- sports bags.

Q.    By the client's accountant, are you referring to Akam?

A.    Yes.

Q.    How much money was in the bags?

A.    Also, six-digit numbers.

Q.    How frequently did Akam bring in bags of cash?

A.    More often, at first, towards the end of my time, like,
once or twice a month.

Q.    What type of currency was in those bags?

A.    U.S. dollars.

Q.    When Akam brought in a bag of cash, what would be done
with the money?

A.    So, at first, I would put everything into a safe, then,
Mr. Roggio would often come and say, Give me half for -- well,
a substantial amount of that cash for his own use.

Q.    You testified that you left Kurdistan for good in
April -- April or May 2016. What was the status of the factory,
when you left?

A.    The production still had not begun, they were still
calibrating the machines and trying to get the first
prototypes.

Q.    Why did you leave?

A.    The atmosphere, Mr. Roggio's demeanor was becoming

alarming to us, we felt that --

MR. BARTOLAI: Objection as to what we felt.

THE WITNESS: Me and my future wife felt that it would become dangerous to stay further.

BY MR. JASPERSE:

Q.    Was there anything, in particular, that prompted you to leave?

A.    Yes. The night before, Mr. Roggio came to our apartment and was very upset, mostly, with Elina. Elina and Marrtin fled the apartment before Ross got there. Heret and I decided, This is not our problem, it's their problem, so we opted to stay in the apartment.

Mr. Roggio came in the apartment very stressed, and he started pointing his pistol at me asking me to -- asking me, Where are they? And Heret, then, called them and they returned.

Q.    They is who?

A.    Marrtin and Elina.

Q.    What happened when Marrtin and Elina returned?

A.    So he sat us all down in the living room, yelled at us, and, then, he started hitting Elina.

Q.    What happened the next morning?

A.    We went to work to try to pretend it was just another incident, try to continue, but, then, Ross called us to his office, he apologized, and said that we are free to go if we want to.

Q.    Did you take him up on that?

A.    Yes.

Q.    Why?

A.    Because nobody would like to get beaten and pointed -- get weapons pointed at them.

Q.    How quickly did you leave?

A.    The same day.

Q.    Did anyone else leave with you?

A.    Yes, all of the Estonians left.

Q.    How did you leave Kurdistan?

A.    We took a taxi to the capital of Kurdistan in Iraq, Erbil, went to the airport there, bought the first tickets out.

Q.    Why did you go to the airport in Erbil to leave, instead of the airport in Sulaymaniyah, where you were living?

A.    Because we were scared that Mr. Roggio would change his mind, and he had influence over people who, basically, controlled the city and because the flights only left at night, so it would be over half a day for him to think about it, and if he changed his mind, we would still be stuck, so we decided to go to Erbil, which is under control of another political faction.

MR. JASPERSE: One moment, Your Honor.

THE COURT: Yes.

MR. JASPERSE: No further questions.

THE COURT: Cross-examine.

105

MR. BARTOLAI: Thank you.

CROSS EXAMINATION

BY MR. BARTOLAI:

Q.    Good afternoon.

A.    Hi.

Q.    My name is Gino Bartolai, attorney for Ross Roggio. I'll have some questions for you. When did you begin working in Iraq?

A.    When did I begin?

Q.    Yes.

A.    Late January 2016.

Q.    That's when you formally signed your contract and came to work; right?

A.    Yes.

Q.    And part of the reason you came to work is because you had fallen in love with Heret?

A.    Yes.

Q.    Heret Enden; right?

A.    Yes.

Q.    And she was working for Roggio; correct?

A.    Yes.

Q.    And, in fact, earlier, in 2015, you had gone to Iraq, to Kurdistan, to meet with her, to vacation with her; right?

A.    Yes.

Q.    And that would have been in around October of 2015; right?

106

A.    Yes.

Q.    And we have -- the Government attorney showed you your itinerary, your flight arrangements for that time. Would you agree you were there for about two weeks?

A.    Yes.

Q.    And you described your time there in 2015 as a tourist; is that right?

A.    Yes.

Q.    So at that point in time, you weren't working for Mr. Roggio?

A.    Yes.

Q.    Correct? So you were there with Heret, during that time?

A.    She was still working. We only saw in the evenings.

Q.    Pardon me?

A.    She was still working, she was not off work the whole time, so.

Q.    But would you go to work -- would you go with her to work, at all?

A.    No. Like, we stopped by the office, maybe, once.

Q.    All right, so you were at the facility, then, in 2015; right?

A.    The office.

Q.    There was no plant, at that point; correct?

A.    Yes.

Q.    But, also, you were a tourist; is that right? I think,

that's what you said, you were, basically, like, a tourist?

A.   Yes.

Q.   What were you seeing there? Anything, in particular?

A.   In the office?

Q.   No, in Iraq, in the Kurdistan Region.

A.   Sulaymaniyah is a lovely city.

Q.   Do you recall a trip to Lake Dukan?

A.   Dukan, yes.

Q.   Lake Dukan?

A.   Yes.

Q.   That would have been in 2015 you took that trip; right?

A.   Yes.

Q.   Who did you take that trip with?

A.   Marrtin, Triin, Elina and Heret.

Q.   Marrtin, Triin, Elina and Heret. All the Estonians; right?

A.   Yes.

Q.   And it was during that trip that you learned that Siim had been detained; is that right?

A.   Probably.

Q.   It was discussed with you and amongst them; correct?

A.   Yeah.

Q.   Okay. And when you came back -- so what happens, then, is you leave, you're there about two weeks, and you go back to Estonia, and you come back, then, in -- you come back, then, in 2016 to work there?

108

A.    Yes.

Q.    All right. Did Heret come home for Christmas that year?

A.    Yes.

Q.    So in late 2015, after you had been there, after you had learned about what they had discussed with you about Siim, both you and Heret found yourself back home in Estonia; correct?

A.    Yes.

Q.    And both you and Heret decided to go back to Kurdistan; is that right?

A.    Yes.

Q.    And, in fact, at this time, at the time that you took the job in January of 2016, you thought that Mr. Roggio was a nice guy; correct?

A.    Yes.

Q.    Now, I want to talk to you about your time as an accountant there. So as an accountant, would you be at the apartment or more at the factory itself?

A.    Mr. Roggio's policy was everybody should be at the office.

Q.    Was the office separate from the factory?

A.    Like, you mean, the factory office or before the factory office?

Q.    The factory office, let's say.

A.    Two separate floors, same building.

Q.    Okay, so you spent a lot of time at the factory; is that right?

A.    Yes.

Q.    At the factory office, as well; correct?

A.    Yes.

Q.    And there were people working there from Estonia, you mentioned them, correct, and there were, also, other people there, Greeks?

A.    Yes, and Filipinos.

Q.    Filipinos, correct? And everyone was, basically, being paid from money that was, either, deposited in Mr. Roggio's Wells Fargo account or from the cash that Akam would bring to the building; right?

A.    Correct.

Q.    In fact, the Greeks wanted to be paid in cash, did they not?

A.    Yes.

Q.    Was there a system, when the cash would come in, as the accountant, would you inventory the cash coming in, into the safe from Akam, and then inventory it going out?

A.    Yes.

Q.    Okay, so you would know how much cash was coming in and how much cash was going out; right?

A.    Yes.

Q.    Did you save any of those records?

A.    I had a spread sheet.

Q.    And you would pay bills -- we saw a balance sheet referred

110

to a short while ago; correct?

A.    Um-hum.

Q.    And a balance sheet is -- you prepared that balance sheet?

A.    Yes.

Q.    Okay. Would cash have been listed on the balance sheet, cash available?

A.    Not on the balance.

Q.    Under General Accounting Principles, would cash on hand be on the balance sheet?

A.    No, because everything listed on this balance sheet is our expenses reported to Akam. The expenses would be listed in the invoices, utilities, whatnot; whether we would use them for the appropriate lines, not always.

Q.    The balance sheet checked out, though, correct? It balanced; did it not?

A.    Yes.

Q.    That's what a balance sheet is supposed to do; correct?

A.    Yes.

Q.    So, in other words, all the inventory, all the invoices matched the money that was going out; is that correct?

A.    Yes.

Q.    Now, you were in charge of paying bills; right?

A.    Yes.

Q.    You would pay bills. And you talked about the system of paying the bills. Mr. Roggio -- or items, machines and parts

111

would be looked for, solicited. Invoices, if Mr. Roggio approved, invoices would be received, he would have to approve that, and you would pay it; right?

A.    Yes.

Q.    So you knew a lot about where Mr. Roggio was buying these machines; correct?

A.    Yes, invoices had addresses.

Q.    Okay. And you saw -- we saw -- you had been presented with a video there of the factory floor, I believe, it was Government Exhibit 24.5, and you were able to identify those machines that we saw there, milling machines, lathes, sandblasting cabinets and the like; right?

A.    Yes.

Q.    And those machines came from China; correct?

A.    Yes.

Q.    India; correct?

A.    Yes.

Q.    And Greece; correct?

A.    Yes.

Q.    None of those machines came from the United States; would you agree?

A.    Yes.

Q.    In fact, Mr. Roggio, specifically, told the people that were looking for machines not to look for sources in the United States; correct?

112

A.    I wouldn't know.

Q.    All right. I want to talk to you about -- and you've talked a little bit about the customer. I believe you indicated it was Faruk?

A.    Yes.

Q.    And so do you know if it was Faruk Holdings? Does that sound familiar?

A.    Our direct client was a company called Zarya Construction, which is the construction part of Faruk Holding.

Q.    Okay. And some of the people -- I want to talk a little bit about some of the people that you would have encountered on a daily basis. Akam that was the accountant for Faruk; correct?

A.    Yes.

Q.    So, in other words, he didn't work for Roggio, he worked for Faruk; correct?

A.    Yes.

Q.    He would come in and make sure -- he would want to see the invoices and such?

A.    Yes.

Q.    And, then, there was an individual by the name of Bayan. Do you recall him?

A.    Yes.

Q.    Would you agree he was somewhat of -- he was running the project for the clients?

A.    Yes.

Q.    Meaning, he was running the project for the Faruks; right?

A.    Managing it, yes.

Q.    He and Mr. Roggio would conflict, at times?

A.    Mr. Roggio and Bayan? I don't recall.

Q.    There was, also, an individual named Hewa.

A.    Yes.

Q.    Who was he?

A.    I wouldn't know their exact position on the hierarchy, but, as I understand, Hewa and a person named Polad were the originators of the idea of the project, and, then, managing it was the Bayan guy.

Q.    You had talked about Mr. Roggio and billing and invoices and marking up invoices by 20 percent. Do you recall?

A.    Yes.

Q.    And were you aware that Mr. Roggio was doing this project on what would be known as a cost plus 20 percent basis?

A.    Sorry, can you rephrase it?

Q.    In other words, every single invoice that Mr. Roggio had was marked up by 20 percent; right?

A.    Yes.

Q.    And these invoices were presented to Akam; right?

A.    Yes.

Q.    Along with the original invoices; correct?

A.    Not the original that we received from the client, because Akam was not supposed to see these, so the ones we sent to him

I had doctored to make it seem as if the numbers matched.

Q.    So, in other words, Akam never saw -- it's your testimony, now, that Akam never saw those original invoices; correct?

A.    Not while we were there.

Q.    In fact, you had indicated that you were doctoring up the invoices; is that it?

A.    Not to Akam, but -- I mean, to Mr. Roggio, yes.

Q.    To who, I'm sorry?

A.    The mark-up was -- like, the clients were not supposed to know there was a mark-up, they were led to believe that these invoices were the original ones.

Q.    So you participated in that. That was, somewhat, of a deception, was it not?

A.    Yes.

Q.    And I know you said that Mr. Roggio told you to do it; correct?

A.    Yes.

Q.    But you did it, anyway, nonetheless; right?

A.    Yes.

Q.    In fact, when we asked about paying, the Greeks wanted to be paid in cash, we meant Greek workers; correct?

A.    Yes.

Q.    Also, the people in Greece selling the machines wanted to be paid in cash, too; correct?

A.    Yes.

115

Q.    You mentioned, Money Grams. What is a Money Gram, so we all know what it is?

A.    It's a way to transfer money, internationally, without bank accounts, like, Western Union. You give cash on one end, and they take out cash on the other end.

Q.    I understand. It's different than a wire, in that respect?

A.    Yeah, it's not digital, in that sense.

Q.    Okay, I understand. And there were Money Grams to Greece; is that it?

A.    Yes.

Q.    Now, I want to talk about -- you had talked on a couple occasions during your testimony about the atmosphere there, while working with Mr. Roggio. You mentioned that, sometimes, the salaries weren't being paid. Do you recall?

A.    They were delayed.

Q.    They were delayed, okay. You've gotten your salary, haven't you, with Mr. Roggio?

A.    Yes.

Q.    I mean, he doesn't owe you any money, at the moment; does he?

A.    Right.

Q.    All right, so they were delayed. And that was because the client Zarya Construction, Faruk, etc., had begun to question what was going on; correct?

A.    Yes.

116

Q.    And they weren't coming by with the money as often as they were; right?

A.    Yes.

Q.    And you had said, sometimes, in the beginning, Akam would come by more with the cash, six figures often, but towards the end of your time there, it might only be once or twice a month; right?

A.    Right.

Q.    So the cash -- so less cash was coming into the safe, as well as less cash was being wired; correct?

A.    Yes.

Q.    And I think you said that they were -- the client had become skeptical about the project; correct?

A.    Yes.

Q.    You know that from hearing about it with these fellas, Akam and Bayan; is that right?

A.    I never talked to Bayan. Akam expressed his concern.

Q.    There was tension, then, with Mr. Roggio; right?

A.    Yes.

Q.    And the company?

A.    Yes.

Q.    They wanted the weapons; is that right?

A.    Yes.

Q.    And the weapons weren't being produced?

A.    Yes.

117

Q.    In fact, when you left there, there was not even one weapon that was produced; correct?

A.    Yes.

Q.    As far as you know?

A.    Yes.

Q.    In fact, a real working prototype hadn't really been put together, at that point; correct?

A.    Correct.

Q.    You came to understand that Mr. Roggio was being audited by the Faruks and Akam and Bayan?

A.    So it seems.

Q.    Your number on your phone, we had -- there was an email, Government 9.4 -- I'm sorry -- there was an Exhibit 9.4, which appeared to have an email from you. And I noticed your phone number was there, as well, and the country code was 964. Does that ring a bell, as far as a country code?

A.    964 is Iraq's country code.

Q.    For Iraq. So that was present on your email to Mr. Mathes; right?

A.    Yes.

      MR. BARTOLAI: Could we see Government 9.4, please.

BY MR. BARTOLAI:

Q.    I'm showing you what I have up on the screen, Government Exhibit 9.4. Down on your left, if you look at this document on the very bottom left, Mr. Rauno Viltrop -- how do you say your

118

first name?

A.    That's fine. It's Rauno.

Q.    964, this is an Iraq country code; correct?

A.    Yes.

Q.    In your dealings with -- did you have direct dealings with Mr. Mathes, through email?

A.    No.

Q.    Was he copied on this email with Mr. Roggio?

A.    No. I forwarded this email -- I only sent this email to Mr. Roggio.

Q.    You never dealt directly with Mr. Mathes, obtaining invoices or anything of that nature, if you recall?

A.    I don't.

Q.    And, again, when you had first visited Heret in the fall of 2015, and you were with them on a day trip to Lake --

A.    Dukan.

Q.    -- Dukan, you had indicated that you had heard about Siim. Did you find out later, in the next few days, that Heret, as well as the other Estonians, were visiting Siim at the compound?

A.    Yes.

Q.    I'm going to direct your attention, now, towards some of the nights preceding your leaving the Kurdistan Region of Iraq. Were you planning -- were the Estonians planning to leave Iraq, at that point in time?

119

A.    No.

Q.    No. It was -- you left, more or less, on the spur of the moment-type of thing?

A.    Yes, we saw the chance, we took it.

Q.    You had indicated that Mr. Roggio had come -- had called -- had come over to see Elina, and he was stressed, the atmosphere was stressful. Did this have to do with the weapons project?

A.    To me, it seemed like a personal conflict between Mr. Roggio and Elina.

Q.    Did Mr. Roggio tell you that he wasn't allowed to leave Iraq until he produced weapons?

A.    I did not know that, at the time.

Q.    You didn't know it, at the time, is that what your testimony is?

A.    Yes.

Q.    That last night, when you had testified about that last night where this argument occurred between Mr. Roggio and Elina, and your countrymen were present, it was the next day that you went to work and saw Mr. Roggio there?

A.    Yes.

Q.    And it's your testimony that he apologized for that?

A.    Yes.

Q.    And he told you that you guys should go?

A.    If we wanted to.

Q.    If you wanted to. So he, basically, said, If you want to go, go; is that it?

A.    Yes.

Q.    And he didn't do anything to stop you; is that correct?

A.    Correct.

Q.    And, then, everyone left, is that right, all of the Estonians?

A.    Yes.

Q.    Yourself and Heret, Elina and Marrtin?

A.    Yes.

Q.    All right. And that would have been in about April or May of 2016?

A.    Yes.

Q.    Now, since then, since you've left and returned to your country, you've had occasion, have you not, to have contact with Mr. Roggio?

A.    Yes.

Q.    In fact, I believe, it would be through, what, Facebook Messenger?

A.    We would write, Happy Birthday, Merry Christmas, through Facebook Messenger. Also, one time, he sent an image of a working prototype.

Q.    Do you recall when that would have been?

A.    No.

Q.    Was it a still or was it a movie?

A.    It was a still.

Q.    It was a still of a weapon prototype, meaning, an M4 that he had indicated was a working prototype; right?

A.    Yes.

Q.    And by this point in time, you guys were long gone; is that right?

A.    Yes.

Q.    And I believe you said that, after you left, you had exchanged -- how would you converse with him through Facebook?

A.    Yes.

Q.    Facebook Messenger?

A.    Yes.

Q.    Okay, Facebook Messenger. All right, and you would wish him Happy Birthday. Do you recall his birthday?

A.    It's December, isn't it?

Q.    If you recall. So, in other words, you would wish him Happy Birthday, during this time frame in 2016, you had told him that you were vacationing in England, correct? Do you recall that?

A.    Right, yes, yes.

Q.    How it was to drive on the wrong side of the road, etc.?

A.    Yes.

Q.    And he would say, Oh, I remember that, blah, blah, blah; right?

A.    Yes.

122

Q.   When his brother died, Heret had told you about that, you offered your condolences. Do you recall that?

A.   Yes.

Q.   And this continued for years, actually, right? Afterwards?

A.   Sure.

Q.   And you had -- I guess, you have rabbits?

A.   Yes.

Q.   Pets, I guess?

A.   Yes.

Q.   And you had sent him pictures of the rabbits?

A.   If you say so.

Q.   Well, no --

A.   I send rabbit pictures to many people.

Q.   Either you have -- and Heret was, also, communicating with him; correct?

A.   Correct.

Q.   I'm going to show you a couple exhibits, Defendant's Exhibit 16.1, 16.2 and 16.3. May I approach?

     THE COURT: Yes.

BY MR. BARTOLAI:

Q.   Sir, just tell us if you recognize them.

A.   Yes.

Q.   What's 16.1?

A.   It is a birthday wish, it's an image.

Q.   Do you recall sending that to Mr. Roggio?

123

A.    I do not, but it could have happened just as well.

Q.    And 16.2?

A.    Yes.

Q.    What's that?

A.    This is a picture of me and my wife in Paris.

Q.    When you got married, Mr. Roggio congratulated you. Do you recall that?

A.    Most likely.

Q.    Do you recall ever telling Mr. Roggio, Hang in there, you sissy, ha ha. Does that sound like you?

A.    Maybe.

Q.    Would you agree that this occurred, perhaps, into 2018, as well?

A.    Quite possibly.

Q.    I have marked Government's 16 --

      MR. BARTOLAI: May I approach, Your Honor?

      THE COURT: Yes.

BY MR. BARTOLAI:

Q.    Take a look at Defendant's Exhibit 16. I may have said Government's 16. Take a moment to acclimate yourself to that document.

A.    I apologize to all the Republicans.

Q.    I'm sorry, what?

A.    I apologize for any Republicans that might be here. I'm making fun of Mr. Trump.

Q.    Are you?

A.    Yes.

Q.    So in other words, you've looked at the No. 16, Defendant's Exhibit 16; correct?

A.    Yep.

Q.    Does this appear to be, I guess, they call it a thread of the messages that you and Mr. Roggio exchanged over the years?

A.    Yep.

Q.    And the very -- let's go to 1, 2, 3, 4, the fifth page, if you could just flip there. They're not numbered so.

A.    Yes, I'm here.

Q.    About three messages down.

A.    Yep, you've marked it.

Q.    "Hang in there, you sissy", right?

A.    Yep.

Q.    That would have been you saying that to Roggio; right?

        MR. JASPERSE: Objection; asked and answered.

        THE COURT: I'll allow it. Go ahead.

BY MR. BARTOLAI:

Q.    That was you teasing Roggio; right?

A.    Yes.

Q.    And the last message here that you can see there, that would have been -- what date would that have been from you?

A.    The very last for me?

Q.    Yes, first page, top.

125

A.    It goes backwards. So, I guess, the last one is an image from 2020.

Q.    So December 5, 2020 was your last message to Mr. Roggio; is that right?

A.    Um-hum.

MR. BARTOLAI: Your Honor, I would move for admission of Defendant's 16, 16.1, 16.2 and 16.3.

MR. JASPERSE: No objection.

THE COURT: 16.1, 16.2 and 16.3, as well as 16, are admitted.

(At this time Defendant's Exhibit Nos. 16, 16.1-16.3 were admitted into evidence.)

MR. BARTOLAI: May I have a moment?

THE COURT: Yes.

MR. BARTOLAI: Nothing further. Thank you.

THE COURT: Is there redirect?

MR. JASPERSE: Yes, thank you, Your Honor.

                    REDIRECT EXAMINATION

BY MR. JASPERSE:

Q.    Can you explain why you had these occasional, seemingly friendly, text exchanges with a man who had pointed a gun at you and you had seen beating a woman the day before you left Kurdistan?

A.    Yes, so there was very little bad blood between me and Mr. Roggio. We kind of got along. And I tried to, you know, let's

126

say, I tried to appear friendly and nice to him. And most of the problems that happened weren't really related to me, so, you know, I tried to be friendly with him. He wasn't too responsive in Messenger. And, also, like, we just tried to be nice, I guess.

Q. When you visited Kurdistan in October 2015 as a tourist, did you get to make a stop at the military compound where Siim was being held?

A. No.

Q. During your visit, did you see what was being done to Siim in October of 2015?

A. No.

Q. You testified, during cross examination, that Polad and Hewa were the originators of the project. Do you know the last name of either of those gentlemen?

A. I did not, at the time.

Q. Do you know the last names, now?

A. I know Polad is Talabani. Hewa, I don't know.

Q. Did you have an understanding as to what Polad Talabani's position was in Kurdish society?

A. They were respected members of the political faction there with a lot of influence.

MR. JASPERSE: No further questions.

THE COURT: Anything further?

MR. BARTOLAI: Yes.

127

RECROSS EXAMINATION

BY MR. BARTOLAI:

Q.    In fact, Mr. Viltrop, there came a point in time, after you had left Kurdistan, Iraq, where Mr. Roggio had come to Estonia and you went to dinner with him; correct?

A.    Yes.

Q.    As well your wife Heret was there, too?

A.    Yes.

Q.    Siim Saar, himself, was there, was he not?

A.    Yes.

MR. BARTOLAI: Thank you. Nothing further.

THE COURT: Anything further?

MR. JASPERSE: Yes, thank you.

FURTHER REDIRECT EXAMINATION

BY MR. JASPERSE:

Q.    Why did you go to dinner with him?

A.    He requested to meet us to, you know, just say sorry for everything. Again, there was, also, always a little thought in the back of our head, what if, you know, he's just checking on us?

MR. JASPERSE: Nothing further.

MR. BARTOLAI: Nothing, thank you.

THE COURT: Thank you, sir. You can step down.

MR. JASPERSE: May the witness be excused?

THE COURT: Any objection?

128

MR. BARTOLAI: None.

THE COURT: The witness is excused. Anything else?

MR. JASPERSE: May we have a break, at this point, Your Honor?

THE COURT: Sure, twenty minutes.

(At this time a recess was taken.)

THE COURT: Ready to proceed?

MR. JASPERSE: Yes, Your Honor. Mr. Hinkley will be absent for the time being. The Government calls Heret Enden Viltrop.

H E R E T    E N D E N    V I L T R O P    IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Please state and spell your name for the record.

THE WITNESS: Heret Viltrop, H-E-R-E-T, V-I-L-T-R-O-P.

THE CLERK: Thank you. Please be seated.

DIRECT EXAMINATION

BY MR. JASPERSE:

Q.   Good afternoon, Ms. Viltrop. I'd ask you to keep your microphone close so the jury can hear your testimony this afternoon. Where are you from?

A.   From Estonia.

Q.   Are you married?

A.   Yes.

Q.   What is the name of your husband?

A.   Rauno Viltrop.

Q.    What was your name, before you got married?

A.    Heret Enden.

Q.    When did you get married?

A.    10/10/2020.

Q.    Do you know Ross Roggio?

A.    Yes.

Q.    When did you work for Ross Roggio?

A.    January 2015 to May 2016.

Q.    Do you see Ross Roggio in the courtroom today?

A.    Yes.

Q.    If you need to stand, you can do so, but please point him out and identify what he's wearing?

A.    Right there(indicating).

Q.    Can you identify what he's wearing?

A.    Blue jacket.

     MR. JASPERSE: Your Honor, let the record reflect that the witness has identified the Defendant.

     THE COURT: The record will so reflect.

BY MR. JASPERSE:

Q.    How did you come to work for Mr. Roggio?

A.    So my good friend Elina Kadaja was already working for him, so she invited me to come and work for him, as well. There was this girl Suzy who worked for Roggio's company, as well, for two months, and, then, after her contract ended, they needed a replacement, so Elina invited me to come in to work

130

for Roggio Consulting.

Q.    Where was that job going to be?

A.    In Iraq, Kurdistan.

Q.    Why were you interested in working for Mr. Roggio in the Kurdistan part of Iraq?

A.    Because Elina knew that I'm a very good, hard-working person, and it was, kind of, like, she vouched for me to Mr. Roggio to, like, make sure that I'm a good pick to work for them, that I will do whatever is needed.

Q.    But why were you interested in moving from Estonia to work in Kurdistan?

A.    Because of my connection to Elina.

Q.    What was your job going to be?

A.    So I was a personal assistant to both of them.

Q.    What sorts of things did you do as a personal assistant?

A.    Whatever was needed. So starting from making them coffees in the morning, packing their stuff, you know, running errands throughout the day, going to the office, you know, working there, doing whatever is needed, as well, and, then, in the evening, also, packing all the stuff, going to the -- back to the place where we were living, and, then, you know, put everything to charge, and made sure that they are pleased.

Q.    What sorts of things did you do in the office?

A.    So, in the office, I initially was asked that I should take care of the, like, household, like, all of the

131

organizational side of the office that we were staying in, then, later on, we had to order different machines, different parts for the guns we were supposed to produce, and, then, as the project evolved, I actually started to -- I became, like, a personal manager, so my job was to find people to come and bring them to work in Iraq.

Q.    We'll get back to some of that in a moment. I'm just backing up a little bit. Before you went to work for Mr. Roggio, did you have to sign any agreements?

A.    Yes, I signed an employment agreement, and, also, NDA, like, non-disclosure agreement.

Q.    How much were you paid at the beginning?

A.    In the beginning, I was paid $5,000 a month, and later on, as my job evolved, I received $6,500 per month.

Q.    When did you first meet Ross Roggio in person?

A.    I met him in January 2015, when I arrived to Sulaymaniyah.

Q.    Had you been to Kurdistan before?

A.    No.

Q.    Before you arrived in Kurdistan, did you have an understanding as to what Roggio was doing there?

A.    In the beginning, in Estonia, when I met with Elina, she briefed me very vaguely what the project might be. Initially, there was talk that it's going to be, like, refugee camps that we will be building, refugee camps, and, yeah, when I arrived to Iraq, then, I understood better what the project was about.

132

Q.   Was Roggio's company building refugee camps in Kurdistan?

A.   No.

Q.   What was he doing?

A.   Building gun manufacturing -- like, gun factory.

Q.   What was your reaction, when you learned the project was actually going to be making guns?

A.   Conflicted.

Q.   Could you explain that?

A.   Well, since my background is social work, then, for me, producing guns was a little bit difficult to swallow, but since my good friend Elina, we were there together, like, the money was good, she ensured me, as well, that, you know, there's nothing to be worried, everything is going to be great, we will be working together, then, I kind of accepted it, you know.

Q.   Did Ross ever talk to you about what you should say, if you were asked what you were doing for him in Kurdistan?

A.   The stories, different stories changed in time. In the beginning, I remember there was talk that it's, like, basically, like, a concrete-producing factory, concrete factory. Then, later on, we got the story that we are just building, like, manufacturing, like, just different parts, like.

Q.   Were you and other co-workers coming up with these stories or was Ross giving you these stories?

A.   Often Ross was giving the stories, like, we asked him,

like, What should we say? And, then, he was, like, giving some variety.

Q.    Did he ever explain why you needed to say you were doing something different than what he actually was doing?

A.    Yes. So it was always a feeling that his ass was on the line, that U.S. Government prohibits this kind of action on Iraqi soil, that you need to have permissions for that, and, therefore, we couldn't, like, be open about it.

Q.    What kind of housing did you have in Sulaymaniyah?

A.    It was, like, a high -- I would say, modern apartment building complex, where we were staying at.

Q.    Was anyone else staying in the same apartment as you?

A.    Yes. I was living together with Ross and Elina, so three of us.

Q.    Where did you work? Besides the personal assistant functions that you would do at the apartment, like, for the company, where did you work?

A.    So we had an office in the city center, driving right down the road, so there was this Baharan Complex where we had an office and few, like, office rooms there.

Q.    Approximately, how many people were working for Ross when you started in January 2015?

A.    So I went in together with one of the engineers Marrtin, so we flew from Estonia there. So, initially, it was Elina, Ross, me and Marrtin. Later on, Siim joined, and one of the

134

engineers, as well, and, then, the accountant, as well.

Q.    What did Elina do?

A.    So Elina was, like, office assistant.

Q.    What did Marrtin Vilist do?

A.    Marrtin was the main engineer, the Chief Engineer.

Q.    You mentioned Siim Saar came a little later; is that right?

A.    Yes.

Q.    What did Siim Saar do?

A.    So Siim was engineer, as well.

Q.    Did you say there was an accountant who came a little later?

A.    Yes.

Q.    What was her name?

A.    Triin -- no, actually, sorry, initially, it was Crystal, and, then, it was Triin, so they changed.

Q.    Where did the other Estonians live?

A.    So we had, like, two apartments, so one was D-6 another one was D-3, so Marrtin, Siim and Crystal were sharing an apartment.

Q.    Was that in the same building or a different building?

A.    No, a different building.

Q.    Nearby?

A.    Nearby, just, like, down the road in the same complex.

Q.    Is it correct that when Crystal left, then, Triin came?

135

A.    Yes.

Q.    So at that point, in the other apartment, it's Siim, Marrtin and Triin?

A.    Yes.

Q.    Who was the boss of Roggio Consulting?

A.    Ross Roggio.

Q.    How do you know that?

A.    Because I signed employment agreement with him, and he emphasized that he's the boss.

Q.    Did Ross ever say who was funding the project?

A.    Yes. So, in Kurdish Region, the region is run by two clans, it's, like, Talabani and one other clan, as well, but, basically, this Talabani clan was the one that financed our project.

Q.    Was it the Talabani -- strike that. Which family was in charge of things in Sulaymaniyah, when you were there?

A.    Talabani.

Q.    Did Ross ever talk about why the Kurds or the Talabanis wanted this weapons factory?

A.    Yes. So the story that he told is that, historically, the Kurdish region, the Kurds, actually, used to have a lot of land all over the area in the Middle East and, also, that they have their own autonomy, now, but they don't really have the land anymore.

So the story was that they, basically, want to build a gun

factory, that they would have some leverage, like, to gain independence in the region or get more power, more autonomy, in the region.

Q.    Did Ross ever talk about why they had hired him to operate this weapons factory?

A.    Yes. Back in the days when he was in the military serving in Iraq, he said that he made the connection with these Talabani brothers, and in there, based on this connection, he pitched them this idea that he's able to build them a gun factory.

Q.    Did Ross ever say how many weapons he planned to make?

A.    Yes.

Q.    How many weapons did he say he planned to make?

A.    It was a lot. I don't remember the exact number, but the number was high.

Q.    When you arrived in January 2015, was there an office?

A.    Yes.

Q.    Was there a factory?

A.    No.

Q.    Were weapons being made?

A.    No.

Q.    Later on, was there a factory?

A.    Yes.

Q.    Could you describe the factory?

A.    So the factory was built outside of Sulaymaniyah City

Center, so there was a drive, a good long drive, actually, to go there. The factory looked like a big concrete building. The floors were concrete and, basically, they needed to be very, like, strong to hold the machines that we were ordering from China, so there was a lot of problems with building it, because the building side was done by locals. The company was Zarya Construction.

Q.   So you mentioned this a little bit earlier in your testimony, when you're describing your job duties. Could you talk a little more about what role you had in researching or ordering the machines that would be needed to make these guns?

A.   Yes.

Q.   What role did you have?

A.   So my main role, initially, was to order different machines, according to the different parameters that were given by Ross or engineers, and, then, my job was to find machines from Alibaba, from China, and to, basically, get, like, the -- get the pricing on the different machines, and, then, we should present them, and, then, Ross decided which machines we would be ordering.

And, then, we, also, had different parts that we were not able to produce ourselves, we just, then, ordered the missing parts, as well. The missing parts were ordered, also, from United States and from China.

Q.   We'll get to that in a minute. Did you have any experience

138

in the manufacturing of automatic weapons?

A.    No.

Q.    So how did you know what machines and what parts to find?

A.    Ross was giving us the instructions what kind of machines we need for what.

Q.    Did you ever travel anywhere outside of the Kurdistan Region of Iraq to research machines?

A.    Yes.

Q.    Where did you go?

A.    We went to China, mainland, but, initially, to Hong Kong. Then, we applied for the visa, and, then, there, we, basically, went all over to China to check each factory where we were ordering to do the quality control. So it was me, Elina and Siim, one of the engineers.

Q.    Do you recall, approximately, when that trip was that you, Elina and Siim went to China?

A.    We went to China in May 2015.

Q.    About how long were you there?

A.    Well, we spent quite a lot of time in Hong Kong waiting for permits, so I think couple weeks. It was very tight schedule. Also, I forgot to mention before that my job was, also, to plan all the itineraries, all the travels, and, you know.

Q.    In front of you is a three-ring binder. If you could turn to the documents at tabs GX-27.2 and 27.3.

139

A.    Yes.

Q.    Do you recognize what's been marked Government Exhibit 27.2?

A.    Yes.

Q.    What is it?

A.    Says, Status of ordering machines.

Q.    Just backing up, is it an email message from someone to someone?

A.    Yes.

Q.    Who is the email message from?

A.    From Elina to me.

      MR. JASPERSE: Your Honor, move to admit --

BY MR. JASPERSE:

Q.    I'm sorry. Does Government Exhibit 27.3 appear to be what's attached to this email?

      THE COURT: Any objection?

      MR. BARTOLAI: Yes, hearsay, Your Honor.

      THE WITNESS: Yes.

      MR. BARTOLAI: Yes, I object to hearsay. This is an email between this witness and Elina. It has nothing to do with -- it's not a Ross Roggio email.

      THE WITNESS: It's to my job email, Heret@RCC.com.

      MR. JASPERSE: Hold on a minute, please. Elina Kadaja is an employee of Mr. Roggio. At this time, she's sending this email in her capacity as an agent of the Defendant.

THE COURT: I think that's a correct interpretation of 801(d), so the objection is overruled.

(At this time Government's Exhibit Nos. 27.2 and 27.3 were admitted into evidence.)

BY MR. JASPERSE:

Q.   Do you know who requested the information that's in the spread sheet?

A.   Yes.

Q.   Who?

A.   Ross Roggio.

Q.   So going to the attachment, what's been marked 27.3 -- and I would ask permission to publish, Your Honor.

THE COURT: Granted. You could look at it on the screen, whatever is easier.

BY MR. JASPERSE:

Q.   On the first page at the top, the spread sheet says, Status of ordering machines. Can you read the date beneath that title?

A.   June 4, 2015.

Q.   Is that around the same time you were in China researching machines?

A.   Yes.

Q.   Who decided which machines to buy?

A.   Ross.

Q.   If you turn or look on the screen at the second page of

141

Government Exhibit 27.3, this is a spread sheet regarding Phase 1 for what type of weapon?

A.    AR15.

Q.    It says, AR platform, on there?

A.    Yes.

Q.    If you go to the next page, the third page of the attachment, this is a spread sheet for what type of weapon?

A.    Glock.

Q.    How many types of guns was Ross planning to produce?

A.    Two types of guns.

Q.    So in addition to the AR, also, the Glock?

A.    Yes.

Q.    You testified, earlier, when describing what you did for Ross, that one of your tasks was researching parts. When you first set foot in Kurdistan, did you know what parts were needed to make these guns?

A.    No.

Q.    How did you come to learn what parts were needed?

A.    Initially, when we started working in the Baharan Complex, in the office, we, basically, learned all the parts, like, Ross instructed us that we should learn them and know them, and, yes, that's how.

Q.    At some point, were you in touch with a U.S. company about ordering parts?

A.    Yes.

142

Q.   Was that company willing to ship those parts to Iraq?

A.   There was one instance where they said they're not able to.

MR. BARTOLAI: Objection; hearsay.

THE COURT: Sustained.

BY MR. JASPERSE:

Q.   Did that company ship parts to Iraq?

A.   No.

Q.   Did you talk to Ross about what the company had told you?

A.   Yes.

Q.   What did you tell Ross and what did he say?

MR. BARTOLAI: Objection. Calls for hearsay.

THE COURT: What Ross said?

MR. BARTOLAI: I think the question was, Did you tell Ross what the company said?

THE COURT: No. What did you tell Ross and what did he say? Overruled.

THE WITNESS: Repeat the question.

BY MR. JASPERSE:

Q.   After this conversation with the U.S. company, it sounds like you had a conversation with Ross?

A.   Yes.

Q.   What was said by you and what was said by him, during that conversation?

A.   So I went to him with a problem that this company is not

able to send parts to Iraq, because some of the restrictions and laws, and he replied that, Okay, then, send it to my house on 116 Turkey Hill Court, Stroudsburg, Pennsylvania. So then I sent the parts there.

Q.    You asked the company to send the parts there?

A.    Yes.

Q.    Did Ross ever say how he would get those parts from the U.S. to Iraq?

A.    Yes.

Q.    What did he say?

A.    That he will, somehow, try to bring them over or send them to Iraq by himself or let his wife send them or something.

Q.    Look next at what's been marked Government Exhibit 27.4.

A.    Yes.

Q.    Do you recognize that?

A.    Yes.

Q.    Is that a printout of something?

A.    Yes, it's a printout of me and Ross' Messenger conversations.

        MR. JASPERSE: Your Honor, I would move for admission of Government's 27.4.

        MR. BARTOLAI: Your Honor, may I have a moment?

        THE COURT: Yes.

        MR. BARTOLAI: No objection.

        THE COURT: Government's 27.4 is admitted.

(At this time Government's Exhibit No. 27.4 was admitted into evidence.)

MR. JASPERSE: May we publish, Your Honor?

THE COURT: You may.

BY MR. JASPERSE:

Q.    Starting with the first page, first message, what is the date of that message and if you can look on the screen or look at the book, whatever you can see best.

A.    So it's 26 of July 2015.

Q.    Could you, please, read that message out loud to the jury?

A.    "Ross said everything is okay. I will go tomorrow and take the bag from airport. It was in Amsterdam, and they told me late as tomorrow, it will arrive to Tallinn. Please do not worry. I will take care of it."

Q.    In what country is Tallinn?

A.    It's in Estonia.

Q.    Where were you, at the time?

A.    I was in Estonia.

Q.    In what country is Amsterdam?

A.    In Netherlands.

Q.    Do you know where this bag originated?

A.    No, I don't know.

Q.    Where was Ross, at the time of these Facebook Messenger exchanges?

A.    I don't know.

Q.   Was he in Estonia?

MR. BARTOLAI: Objection. She didn't know.

THE COURT: Sustained.

THE WITNESS: He was definitely not in Estonia.

THE COURT: That's all right, ma'am.

BY MR. JASPERSE:

Q.   What had Ross -- could you give a little background to this. Had Ross instructed you to do something?

A.   So, basically, he instructed me that I should go to Tallinn airport and pick up his luggage suitcase, and it was my job to do it.

Q.   Did he say why he was having baggage shipped to you in Estonia, instead of to his company in Iraq?

A.   Yes.

Q.   Do you recall what he said about that?

A.   That the luggage includes some parts that they are not allowed to send them directly to Iraq.

Q.   Is the next message, the second one down from the top, another message from you to Ross?

A.   "The bag is in Tallinn, they called, I will go and get it."

Q.   The next message is from Ross to you. What is the date of that message?

A.   27th of July 2015.

Q.   What does he ask in that message?

A.    "Did you get my bag?"

Q.    At the bottom of the first page, what is your response?

A.    "Yes, I have it."

Q.    If we could move to the second page of this printout. What does Ross say in the message at the top?

A.    "Great. Please check in the bag on the top with the laptop, there should be four metal items. Let me know if they're there."

Q.    How many exclamation marks did he put after, "Great"?

A.    Five.

Q.    What's your next message?

A.    "Laptop is there."

Q.    Next message after that?

A.    "Metal parts, I check when I get home."

Q.    Is there a reason you didn't check the metal parts right away?

A.    Because I brought the suitcase to my house, where I was staying, and I needed to go somewhere, so I just didn't open it, and I left.

Q.    Moving to the next message. What is Ross' response to your message that you would check for the metal parts later?

A.    "Please, as soon as possible."

Q.    You say, "Okay." And at the bottom of the second page, what does Ross write?

A.    "Heret, are there metal parts in my bag?"

Q.    Maybe, we could blow that one up all the way. How many question marks did Ross put after, "Heret, are there metal parts in my bag?"

A.    Ten.

Q.    Going to the top of Page 3, you wrote;

      "Ross, I am sorry, but your suitcase is in my home. I am not at home, I can check it when I am there."

      The next text down, you texted a photograph to him. Do you see that?

A.    Yes.

Q.    That photograph is printed out on the last page of this exhibit, if we could turn to that. Did you take this photograph?

A.    Yes, I did.

Q.    Do you know what these parts are?

A.    No, I don't.

Q.    What is the brand name on the bag?

A.    Thule.

Q.    T-H-U-L-E?

A.    Um-hum.

Q.    You mentioned, earlier, one of your jobs was to -- well, strike that. Did you ever pack Ross' bags?

A.    Yes.

Q.    Was that one of your jobs as his personal assistant?

A.    Yes.

148

Q.    What brand bags did Ross have?

A.    Thule.

Q.    Going back to Page 3, after you sent him the photograph of the four metal items, you wrote;

      "These are in your suitcase. Sorry it took time."

      Do you see that?

A.    Yes.

Q.    Then, Ross writes;

      "Can't open the picture. Tell me if they are there or not."

      Do you see that?

A.    Yes.

Q.    And, then, flipping to Page 4 at the top, the next message is a thumbs up from Ross. Do you see that?

A.    Yes.

Q.    The next message down on Page 4 is from Ross. What does that message say?

A.    "Got it. Take those to Marrtin and have them draw them up. Dimensions are critical."

Q.    Was Marrtin Vilist, also, back in Estonia, in late July 2015?

A.    Yes.

Q.    So what did you do with these items?

A.    So I took them to Marrtin.

Q.    Did you ever attend meetings between Ross and Kurdish

officials?

A.    Yes.

Q.    Where did those meetings take place?

A.    Took place in Kurdish official's household.

Q.    How do you know that they were Kurdish officials?

A.    Because Ross told us, and they looked like Kurds.

Q.    What happened during those meetings?

A.    Usually, Ross was talking with the Kurds, and we were just waiting and -- hanging and waiting for him.

Q.    By, we, who are you referring to?

A.    So, usually, Elina, Marrtin, me, Siim and the accountant, as well, so Tier One, basically, like, the main people who were working on this project.

Q.    Did you have to do anything to prepare for these meetings?

A.    Yes. We had to think of our job tasks, what we were currently working on, and, then, he made us -- Ross made us to write them out on paper and, basically, to learn it and be sure that you're well-prepared, that you go to those meetings, and we can present our work, what we are currently doing, regarding the project of this gun factory.

Q.    Did you see security at these meetings?

A.    I don't remember.

Q.    Did Ross ever talk to you and the other employees about loyalty?

A.    Yes.

150

Q.   What did he say?

A.   That loyalty is one of the most important things for him. And this is very important, and we all who are working together with him, we need to be loyal to him. So never turn our back to him.

Q.   How often did he talk about loyalty?

A.   Initially, when we were living together, quite often. When we were living separately, then, a little bit less, like.

Q.   I'm sorry, I didn't quite pick up when you said when you were living in the same apartment, initially, how often?

A.   Quite oftenly, yes, it was very important for him.

Q.   Did Ross say what would happen if you were not loyal?

A.   No.

Q.   Did you ever hear disagreements in the office about what machines to buy?

A.   Sometimes, yes.

Q.   Who were those disagreements between?

A.   Engineers and Ross.

Q.   Engineers are who?

A.   Siim and Marrtin.

Q.   How did Ross react, when there was a disagreement?

A.   He didn't like it, he didn't like when employees were disagreeing with him, so he, usually, shuts it down.

Q.   Did you ever hear any of your co-workers question whether Ross would be able to mass produce the number of weapons the

151

Kurds were paying him to produce?

MR. BARTOLAI: Objection; hearsay.

THE COURT: Appears to be. Appears to be hearsay.

BY MR. JASPERSE:

Q.    Did you ever relay to Ross any information that you had heard your Estonian co-workers talking about?

A.    No, not until Siim's captivation.

Q.    What was Siim's relationship with Ross like?

A.    It was professional relationship.

Q.    Did they get along well?

A.    They got along, but Siim was more, like, bold type, so when he had, like, problems or issues, he was very up front about it, so he was not afraid of Ross.

Q.    How did Ross react, when Siim was up front about something?

A.    He didn't like it. So they, usually, had some conversation about it, and, then -- yeah.

Q.    At some point in October 2015, do you remember Siim not coming to work?

A.    Yes.

Q.    What do you remember?

A.    So it started out that Elina, who was, like, office manager or office assistant, she found out that there were some missing papers on the table, that they used to be there, so, immediately, Elina assumed that it's Siim that took the papers,

because he was last seen there. And, then, Elina called to Ross to inform him.

MR. BARTOLAI: Objection. Hearsay, Your Honor.

THE COURT: Sustained. You should try and instruct the witness on this.

BY MR. JASPERSE:

Q. We will move on. Without going into what Elina told you or what you heard Elina saying, what do you remember happening next that day?

A. So I remember that Ross instructed us to go and search Siim's apartment in D-3, search his room to find any documents that were missing, any hard drives, whatever there might be, phones, and we should collect them and take them to Ross. So that's what we did.

Q. Who went to Siim's apartment to look for those items?

A. Me and Elina.

Q. Did you find anything?

A. Yeah, we found a couple of hard drives, and -- yes, hard drives, definitely.

Q. Was Ross there at the apartment -- strike that. Was Ross on-scene in Kurdistan when this happened?

A. Yes.

Q. Did Ross go to the apartment?

A. No.

Q. When did you next see Siim?

153

A.    When we were down in the compound.

Q.    What do you mean by that? What's the compound?

A.    So it was, basically, Peshmerga's military compound, where Peshmerga military soldiers were currently staying, and Ross instructed the Peshmerga military people to take Siim to the compound, and that's where we all -- all the Tier One team -- did it, as well, together with Ross.

Q.    Was the compound guarded?

A.    Yes.

Q.    How were the soldiers dressed?

A.    Like, military clothing.

Q.    Were they armed?

A.    Yes.

Q.    Did you see Siim at the military compound?

A.    Yes.

Q.    What did you see?

A.    Well, we were taken into one of the rooms there, one by one, and when one person was questioned, then, other people were supposed to stand outside, not talking with each other, just waiting there. Siim was held inside of the room and guarded with local soldiers there.

Q.    When you were inside the room with Siim, was Ross saying anything?

A.    Yes, Ross was there, as well, he was running the show, instructing the soldiers there what to do with Siim, and,

154

basically, questioning and trying to find out are any one of us part of Siim's doing?

Q.    Did you see anything being done to Siim, while you were in the room?

A.    Yes, he was beaten.

Q.    Do you remember how he was beaten?

A.    With rubber sticks, with these electrical tasers, and, physically, like, a beating.

Q.    Like, with a fist?

A.    Yeah, and I, also, remember some metal, I don't know what you call it, but some metal chains, basically.

Q.    How did Siim look, while you were in the room?

A.    Not good. He looked worn out, beaten, yeah.

Q.    Did you observe any injuries?

A.    Yeah.

Q.    What kind of injuries?

A.    Like, they tried to more, I think, beating the stomach and legs and the body, basically.

Q.    Was there, also, a time when you were at the compound, when you were outside the room where Siim was in?

A.    Sorry, what?

Q.    When you went to the compound, in addition to being in the room with Siim, was there a period of time when you were outside of the room?

A.    Yes.

155

Q.    Could you hear anything from inside of the room, when you were outside of the room?

A.    Yes, we were hearing Ross talking, and the beating, and Siim was, like, hurt, so we heard it.

Q.    When you were in the room, who was in charge?

A.    Ross was in charge.

Q.    Who was asking the questions?

A.    Ross was asking the questions.

Q.    Who was giving the orders?

A.    Ross.

Q.    Do you have any doubt in your mind as to who was responsible for what was done to Siim that night?

A.    No, I don't have.

Q.    Who was responsible?

A.    Ross was responsible.

Q.    At any time that night or any time afterward, did Ross say why he was doing this to Siim?

A.    Yes. So this was like -- Ross was saying that this, for him, is, like, a breach of loyalty, and Siim needs to be punished for it. And this is, like, example to all of us that we shouldn't go against him, that this project is so important, and he's the boss, he's the man with the power and so on.

Q.    Around this time, did anyone ask you for the passwords to your phone and social media?

A.    Yes.

156

Q.   Who asked you?

A.   Ross asked.

Q.   Did you give him the passwords?

A.   Yes.

Q.   At that time, when you went to the compound and saw Siim being beaten, did you suffer any physical pain or suffering?

A.   No physical pain.

Q.   Did you suffer any mental pain or suffering?

A.   Yes.

Q.   I'm sorry to be asking you questions about this, but could you describe what mental pain and suffering was caused?

A.   So it was, basically, like, very intense night for all of us, because we were all afraid that he will be putting -- that we will have the same beatings and everything as Siim.

So we started questioning ourselves -- I started questioning myself, as well, like, What have I done? Is there anything that he could, you know, find a reason to do the same with me, as well?

So we were all afraid that we, basically, wouldn't leave Iraq alive, based on that night.

Q.   At some point, were you allowed to leave the compound?

A.   We left together with Ross.

Q.   At that point, why didn't you go and tell the Kurdish police what you had seen?

A.   Because of Ross always talked about that the Sulaymaniyah

and this Kurdish Region is run by this Talabanis, they were the ones who ordered the project, and they were the ones who gave him, like, the power and, sort of, autonomy, as well. And all the Peshmerga, who is the local force in the Kurdish Region, like, they were acting and doing whatever Ross was telling them to do.

So it kind of seemed like this is, like, the higher power there, that if we would go to the local police, they wouldn't do anything, because the show is run by the most important people in Iraq or Kurdistan.

Q.   Why didn't you leave and go home to Estonia, at that point?

A.   We were very much, like, sort of, like, brain-washed by Ross, but, for me, the main reason was I had my friend Elina there who asked me not to leave.

MR. BARTOLAI: Objection, Your Honor. Hearsay.

THE COURT: Sustained.

MR. JASPERSE: We will move on.

BY MR. JASPERSE:

Q.   Was Siim, at some point, released from the compound?

A.   Yes.

Q.   Did you observe anything different about Siim, after he was released from the compound?

A.   Yes.

Q.   What was different?

158

A.   The way he acted, he was very friendly, kind, very humble.

Q.   Finally, if you could turn to the next document in that binder that's been marked Government Exhibit 27.5. Is that another printout of a Facebook Messenger message?

A.   Yes.

Q.   Were you ever aware of something like Siim's airport ban?

A.   Yes.

Q.   What, to your understanding, was Siim's airport ban?

A.   So if all that happened with Siim, with breach of loyalty and security, then, Ross put a ban on him that he couldn't travel, that he wouldn't be able to fly from Sulaymaniyah.

Q.   Did Ross, eventually, allow you and your Estonian co-workers to go home to Estonia for Christmas in 2015?

A.   Yes.

Q.   Did Triin return to Kurdistan after that?

A.   No.

Q.   Did Siim return to Kurdistan after that?

A.   No.

Q.   Did Marrtin return to Kurdistan after that?

A.   Yes.

Q.   Did you return to Kurdistan after that?

A.   Yes.

Q.   After seeing what Ross had done to Siim, why did you continue working for him? Why did you go back to Kurdistan?

A.   Well, because I wanted to be a good worker, and, also,

159

Elina asked me not to leave her.

Q.    When did you leave Kurdistan for good?

A.    May 2016.

Q.    Was there something that happened that prompted you to leave?

A.    Yes.

Q.    What prompted you to leave?

A.    So there was another meeting with Kurdish officials, and after that, we went to home, and, then, Ross started calling us, he was very nervous, very angry, and said that, I come to the apartment, you all four, me, Rauno, Elina and Marrtin, you have to be there. I want to talk with you.

So, then, Elina and Marrtin, they left, because they were, like, afraid, they, basically, just left the apartment. And, then, Ross came there, me and Rauno were there, he came with a gun, like, he was always wearing a gun in there, so we said that Elina and Marrtin, you know, they're out.

So he pointed the gun to Rauno and, generally, both of us, saying, You call them and ask them to come back right away, like, I am here. So, then, we were at gun point, I, basically, called to Elina and asked her, like, Hey, it's okay, please come back, like, let's sit down and let's talk. So they came back.

Q.    Did Marrtin and Elina return to the apartment?

A.    Yeah, they came back.

160

Q.   And what happened then?

A.   Well, Ross was very angry, like, very angry, he knew that me and Elina want to get out of the project, because we were not feeling secure, at all, and we felt that something very bad is going to happen. So he came there, put us all sitting in our living room on couches, and, then, started drilling us at gun point, asking us how much we all have saved up, that we have to return whatever money we have on our accounts, you know, asking us different questions.

And, then, also, since Elina was a little bit more, you know, going against him, in a way, like, talking back and being a little bit, like -- not being co-workable or not doing the work together, then, Ross was very angry, and he hit Elina in front of us, and, you know, talking, threatening us that we would not leave here, like, when I go down, we all go down, like, you know, if I shoot you, I will bury you in the mountains in the back of the house, like, nobody would ever know that you're gone, you're never going to see your family, never going to go back, basically.

And, then, when he finished his monolog, then, he told us that we can go to bed, and that Elina needs to stay here, and, then, he continued drilling Elina for the whole night.

Q.   What happened the next day?

A.   I'm going to need a minute, if it's okay. So, basically, next day, we went back to the office, as every other normal

161

day, like, nothing ever happened. Of course, we were, like, very afraid, and like -- and, then, I was sitting behind my work desk, and, basically, Elina came to me to talk with me.

Q.    Okay, don't talk about what Elina said, but did Ross come, at some point, and say something?

A.    So Ross said to Elina to go to his office, they had a big long conversation, and after that, he invited all of us in the office and, basically, telling us that, now or never, we can leave.

Q.    What did you decide to do?

A.    We decided to leave.

Q.    How quickly did you leave?

A.    Very fast. So, basically, I remember Ross, like, drove off from the factory, said Goodbye, and we decided to, basically, go very fast, drive home, pack everything that we have there. And, then, we were thinking, because Ross was telling that he's able to do a travel ban, and he has reaches and contacts everywhere, we were afraid that, maybe, this is some sort of a test of loyalty, again, that, maybe, he told us that we can leave, but we, actually, you know, that he just wants to see, like, are we loyal or not.

      So we decided not to go to Sulaymaniyah's airport, that we should take taxis to drive to Erbil and fly out from there.

      MR. JASPERSE: One moment, Your Honor.

      THE COURT: Yes.

162

MR. JASPERSE: Nothing further, Your Honor.

THE COURT: Cross-examine.

CROSS EXAMINATION

BY MR. BARTOLAI:

Q.    Good afternoon. So I'm the attorney for Ross Roggio. I'll have some questions for you. If you don't understand my questions or if you need to take a break, at any point in time, just let us know, okay?

A.    Yes.

Q.    Are you ready to begin?

A.    Yes, yes.

Q.    So I want to draw your attention to the first time that you came to work for Roggio Consulting. When would that have been?

A.    In January 2015.

Q.    You started there, you were a personal assistant for Ross and for Elina?

A.    Yes.

Q.    And Elina was your friend from back home?

A.    Yes.

Q.    From Estonia?

A.    Yes.

Q.    And she was influential in you getting the job; is that right?

A.    Yes.

163

Q.   And you were told, at first, that this would have been a project to help build refugee camps?

A.   Yes.

Q.   Then, when you had gotten to Iraq, you found out that it was a gun manufacturing project; right?

A.   Yes.

Q.   All right. So when I talk about what you were doing in Kurdistan and Iraq with Roggio and your fellow countrymen, I may refer to this as the gun project or the firearms project or weapons project. You'll know what I'm talking about. I'm talking about what you were doing with Roggio Consulting in Kurdistan, Iraq. Okay?

A.   Yes.

Q.   Okay. So there came a point in time when you found out that you were, in fact, going to be making weapons; right?

A.   Yes.

Q.   You didn't understand weapons before this project, but you did afterwards; right?

A.   Yes.

Q.   You didn't -- you were a social worker, you didn't like the idea that you were involved in a weapons project; is that it?

A.   Yes.

Q.   There came a point in time when you found out that one of the purposes for this project was to help the Kurds get

164

independence; is that right?

A.    Yes.

Q.    And to get autonomy; correct?

A.    Yes.

Q.    And you found this out -- you sympathized with that project, because of what Estonia has gone through with Russia, is that right, or the Soviet Union?

A.    Exactly.

Q.    So, in a way, you could relate to this Kurdish movement for independence. Would that be a fair statement?

A.    Yes.

Q.    All right. And that was explained to you by Mr. Roggio, that the Kurds were seeking independence; is that right?

A.    Yes.

Q.    And that would have been 2015?

A.    Yes.

Q.    So I think you'll agree that you were one of the first -- you were one of the first employees over there working for Roggio Consulting?

A.    Elina was first, and I was among the first, yes.

Q.    Okay. So, in other words, you and your fellow Estonians were some of the first people to go over there and to actually start working; right?

A.    Yes.

Q.    And I think you referred to yourselves as Tier One?

165

A.    Yes.

Q.    Explain that. Who would have been Tier One?

A.    So, in the beginning, it was Ross, Elina, Marrtin, me, Siim and accountant. So we were the first ones who worked together there.

Q.    Who came up with the term, Tier One?

A.    Ross.

Q.    Okay. And that was a term -- that was high regard, he had high regard for you as Tier One; is that a fair statement?

A.    Yes.

Q.    Would you agree that you were, in essence, the nucleus of the company of the program?

A.    I would say, yes, with Ross, but, yes, we were part of his team.

Q.    Amongst you and the workers, Ross was the boss; correct?

A.    Yes.

Q.    But Ross, also, worked for a customer, didn't he?

A.    Yes.

Q.    He worked for the Faruks?

A.    Yes.

Q.    And the Faruks are a clan; would you agree?

A.    No, Talabanis are the clan, but Faruk Holding is the mother company of Talabanis. They own lots of different industries in Sulaymaniyah and in Kurdistan, all over, and Zarya Construction Company was, like, the daughter company to

166

that Faruk Holding Company.

Q.    Zarya was owned by Faruk Group?

A.    Yeah, I think so.

Q.    Do you know if there was a name of a family by the name of Faruk that was involved in this project?

A.    The family that I know is Talabani clan.

Q.    Okay, when I say Faruk family or Faruk Clan, that doesn't mean anything to you, you don't recognize that?

A.    I just recognize the Faruk Holding as a company, but, yes.

Q.    All right, so on that side, the customer was Faruk Holdings; right?

A.    No, it was, like, Zarya Construction, so the agreements were made with Zarya Construction and Ross Roggio Consulting.

Q.    So let's talk about the customer side, there was a few names that keep coming up, and I just want to confirm them with you. Akam. Do you know an individual by the name of Akam?

A.    Yes.

Q.    Who was he?

A.    He was, like, the accountant side of the client, so Zarya Construction side.

Q.    What was he doing over there on the project?

A.    His main goal was to bring money to the office, and, then, later on, he was, also, in the team of, like, auditing us.

Q.    Auditing?

A.    Yes.

167

Q.    Auditing Roggio Consulting; right?

A.    Yes.

Q.    He was looking at the books, wasn't he?

A.    Yes.

Q.    How about a Mohammad. Was there a Mohammad involved?

A.    Yes.

Q.    Who was he?

A.    So Mohammad was the one who was taking over the factory when it was already built and all the workers inside were placed, so when we finished the project, then, Ross was to give the project over to Mohammad, that he would start running everything involved with the gun manufacturing there.

Q.    So Mohammad was on the customer side, as well, he was part of Zarya; correct?

A.    Yes. But he wasn't, like, the main person, he was just, like, a worker who they, kind of, send in to just --

Q.    I'm sorry, I don't mean to interrupt. He was sent in as a manager to supervise parts of the project?

A.    Yes.

Q.    And, eventually, the plan was that he was going to be the one running the actual project, when it came to where it was going to go into production; right?

A.    Yes.

Q.    So we're clear, as far as you know, no weapons were ever produced at this factory; is that a fair statement?

168

A.    No, I know that guns were produced in the factory.

Q.    Do you know how many were produced there?

A.    No.

Q.    You don't know?

A.    No.

Q.    When you were there, did you see any guns produced?

A.    No.

Q.    Okay. All right, so when you left late April, May of 2016, you hadn't seen any guns actually produced at this factory; is that right?

A.    Yes.

Q.    Bayan. Could you tell us who that individual was?

A.    So Bayan was brother of Mohammad, and he was the one who visited Ross, occasionally, in Baharan, he was, also, on the side of Zarya Construction.

Q.    So these people from Zarya Construction, they had oversight on this project; would you agree?

A.    No, not entirely. Like, the oversight of the project was still, like, these Talabani guys, like, who ordered it, like, Polad and Hewa and whoever they were. Zarya Construction was, kind of, like, that was written in the agreements, yeah.

Q.    Did you ever see Polad come and look at the books of the project, audit the books of the project, like Akam would do?

A.    No. I don't remember.

Q.    Did you ever see Hewa come and audit the books of the

company, like Akam would do?

A.    No.

Q.    Did you ever see Hewa come and do these things, either, look -- oversee the project management or look at the books or audit the books at the company?

A.    Like, not the books of the company, but they had occasional meetings with Ross, where they discussed the project, the status of the project.

Q.    Were you present for those meetings?

A.    Only two of them.

Q.    Now, early on in the project, you were looking for employees to work here on the project; is that right?

A.    No, not early on. Early on in the project, my job was to order the machines and the parts. Looking for people was, like, later on.

Q.    Let's talk about the machines. Mr. Roggio, Ross, he specifically told you to look on Alibaba for the machines; is that right?

A.    Yes.

Q.    And he wanted machines from China; correct?

A.    Yes.

Q.    India; correct?

A.    No.

Q.    Greece?

A.    No.

170

Q.    Mostly, from China?

A.    Yes.

Q.    He, specifically, told you not to look for machines from the U.S.; right?

A.    We didn't look at the machines in the U.S.

Q.    So no machines that you know ever came from the U.S.; is that right?

A.    Right.

Q.    And, I believe, relative to parts, you had testified about parts that were picked up -- that you had picked up in Estonia?

A.    Yeah.

Q.    You did not know, according to your testimony, where that bag originated; correct?

A.    Correct.

Q.    I'm going to show you -- this would have been July 26 of 2015. Was that the date of that message that you had there?

A.    Yes.

Q.    Okay, can we look at that again, 27.4, please. You know, these questions I'm asking you, the bag that you picked up in Tallinn, in Estonia, these messages, they were between you and Mr. Roggio in what would have been July 26 or July of 2015?

A.    Yes.

Q.    Can we see Government's Exhibit 7.4, please, which has been admitted into evidence already. Take a look at Government's Exhibit 7.4. Have you seen -- do you know what

171

they're talking about here? Have you seen this document before?

A.    Yes.

Q.    You have seen it. Could you tell us the date on this document?

A.    Can you ask it again, please?

Q.    Yes. In other words, when you look at Government's Exhibit 7.4, which I've just shown you, an invoice, the date for this invoice is December 3, 2015; correct?

A.    December 3, 2015, yes.

Q.    Not July 26, 2015; is that right?

A.    Yes.

Q.    Okay, can we see 9.5, please. I'm going to show you what's been marked as Government Exhibit 9.5. Would you agree that the date -- this invoice involves gas rings and firing pin retainers; correct?

A.    Yes, I see the gas rings, yes.

Q.    And those items -- you know what they are, from your experience with Roggio Consulting; correct?

A.    Yes.

Q.    And the items that were picked up by you in Estonia, they weren't gas pins or firing pin retainers; correct?

A.    I don't really know what those items were that I picked up.

Q.    But you know they were not gas rings and pins; right?

A.    Yes, they were not gas rings.

172

Q.   And this invoice is dated April 28, 2016 not July 26, 2015; correct?

A.   It is 28 of March 2016.

Q.   Thank you. Ms. Viltrop, these individuals that I spoke of, earlier, Akam, Mohammad and Bayan, did they get along with Mr. Roggio?

A.   Yes, they did, in the beginning, yes.

Q.   Around the time that you and the other Tier One employees left, in April or May of 2016, were they still getting along with Mr. Roggio?

A.   I don't know, to be honest. Akam definitely didn't like the situation, that I remember, and they were quite angry at Ross.

Q.   Okay. Do you recall problems that he had with the company's failure to produce a weapon?

A.   Well, the main thing that Akam, for example, cared about was the money, lots of money he brought in, but there were no results, and, like, how much more are they asking money to finish the project.

Q.   When we say, no results, we mean, there's no weapons; right? That was the object of this company, was it not?

A.   By that time, there was definitely a prototype that was finished.

Q.   There was a prototype?

A.   Yes.

Q.    Okay. Was that a plastic prototype?

A.    I don't remember.

Q.    When we talk about this production, machines and parts, Mr. Roggio was in charge; correct?

A.    Correct.

Q.    And he had you and other people look for machines, but, ultimately, it was his decision; correct?

A.    Correct.

Q.    After all, he was the boss; would you agree?

A.    Yes.

Q.    Now, he sent you and Siim and Elina to China, I think, that was your testimony; was it not?

A.    Yes.

Q.    To look at machines; is that right?

A.    Yes, to do the quality control on the machines.

Q.    And you were there for about a month?

A.    I think, a little bit less, but, yes, something in that regard.

Q.    So he sent you people there by yourselves. Who was in charge of that particular team that was going to look at these machines?

A.    Like, Ross was in charge. While we were there, we were supposed to, like, check in with him, like, daily basis, he wanted to know what is the situation, what we are doing and so on, and in there, since the main job was to inspect the

174

machines, Siim was doing the inspecting, I was in charge to book the hotels and check itinerary and make sure that our travel is going well.

Q. So, in other words, Mr. Roggio had given Siim discretion to go and to look at these machines that were going to be purchased for the project; right?

A. Yes.

Q. And he was reporting back to him; is that right?

A. Yes.

Q. Ultimately, there were machines that were purchased in China that were brought to the factory; is that correct?

A. Yes.

Q. All right. I want to talk to you, now, about what happened to Siim, okay. Now, we're talking, as far as a time frame, October of 2015; correct?

A. Correct.

Q. So in October of 2015, you had been dating your husband Rauno?

A. Yes.

Q. And he had come to visit you; correct?

A. Yes.

Q. He came to the Kurdistan Region of Iraq and visited you then; right?

A. Yes.

Q. And it was during this time Siim had been taken to the

compound; correct?

A.    Correct.

Q.    So Rauno was present here or in Kurdistan when this occurred; right?

A.    Rauno wasn't present in the first night, but, yes, it was the same period.

Q.    While this was going on, while Siim was in the compound and while Rauno was here with you in Kurdistan, did there come a point in time when you and your fellow Estonians went on a day trip to a lake, Lake Dukan? Do you recall that?

A.    Yes.

Q.    Do you recall conversations where what had happened to Siim was brought up?

A.    I don't think so. I don't remember.

Q.    You don't remember. Do you recall telling Rauno that you and some of your fellow Estonians were visiting Siim and bringing him food and such at the compound?

A.    Yes, but very vaguely. Like, Rauno knew that there might have been some problem, but, like, didn't actually know anything about it.

Q.    He wasn't there; is that right?

A.    Where?

Q.    He wasn't at the compound.

A.    Rauno was not at the compound.

Q.    Now, there came a point in time, later on, in October,

Q.    when Rauno went back to Estonia; correct?

A.    Yes.

Q.    And you stayed on in Kurdistan working on the project; correct?

A.    Yes.

Q.    It was during this time that you witnessed the events with Siim; correct?

A.    Correct.

Q.    I want to take you first -- I want to take you to a point where -- and we're going to come back and talk about what you saw, specifically -- but there came a point in time when Siim left the compound and came back among you; correct?

A.    Correct.

Q.    And it wasn't long after that that Siim went home to Estonia; correct?

A.    Correct.

Q.    Right. It would have been around the same time that you and the other Estonians went back for Christmas; correct?

A.    I think Siim left in November and we went in December.

Q.    You went in December. So, in other words, Siim would have been gone in November of 2015, you, Elina and Marrtin would have left in December of 2015; correct?

A.    Yes.

Q.    And Rauno is already out of the country; correct?

A.    Yes.

177

Q.   What had happened, then, was, in 2016, you came back to work for Mr. Roggio; correct?

A.    Correct.

Q.    And so did Elina and so did Marrtin; correct?

A.    Correct.

Q.    And, also, you learned that Rauno was taking a job with Roggio Consulting; correct?

A.    Correct.

Q.    This was a person that -- were your feelings strong for him, at this point in time?

A.    Yes.

Q.    And you didn't tell him, Rauno, this might not be a good idea for you to come and work for this company. Correct?

A.    Correct.

Q.    In fact, you encouraged him to come and to join the enterprise. Is that a fair statement?

A.    It was a very difficult decision, but Elina offered the idea up, because Elina told me, Please come back, don't leave me here alone, you have to come back. I didn't really want to go back, at all, I think, we all were very shocked of what happened, but we, kind of, oppressed it. And Elina, when one of the --

     MR. BARTOLAI: Ma'am, I'm sorry. I don't mean to cut you off. But I want you to just answer the question, which is, basically, you didn't discourage Rauno from coming back to work

178

for Mr. Roggio; correct?

THE WITNESS: I did, I told him to think about it very, very hard, does he really want to come? It's his decision, this is just an offer, and it's his decision.

BY MR. BARTOLAI:

Q.   And he came back -- you all came back?

A.   He came to work together with me, yes.

Q.   Now, I want to talk to you about this October 15th. Do you recall the exact date that you found out that Siim had been taken to the compound?

A.   I don't recall the exact date.

Q.   You don't recall the exact date, okay. But you do recall the day that it happened; correct?

A.   Yeah.

Q.   And you had found out that Siim had been taken to this compound; correct?

A.   Yes.

Q.   All right. And is it your testimony that you believed that, at this point in time, on this day and time, October of 2015, that Mr. Roggio was present in Kurdistan?

A.   I believe so.

Q.   I'm going to ask, could it be that he was in Greece, if you know?

A.   I think he was present, because, at the same day, we were all at compound, and he was there directing it.

179

Q.   So you believe that it was the same day that Roggio was there; is that right?

A.   Yes.

Q.   And it was the same day that you were in the compound with Siim?

A.   Yes.

Q.   And you testified that Ross instructed that Siim be taken to the compound. Do you remember saying that?

A.   Yes.

Q.   All right. Did you witness Ross instruct anyone to take Siim to the compound?

A.   Yes.

Q.   You were present when Ross Roggio had told someone to take Siim to the compound?

A.   I don't remember.

Q.   Could it be that you weren't present and you didn't witness Mr. Roggio saying to take Siim to the compound?

A.   He definitely said it, like, it was his doing, because his main contact was Goran, and this was not the first time that he did it, like. Afterwards, there were other workers, as well, that he directed to be taken to compound.

     MR. BARTOLAI: Your Honor, I move to strike as unresponsive.

     THE COURT: Denied.

BY MR. BARTOLAI:

180

Q.   All right, let's talk about you, again, claiming to have witnessed Mr. Roggio -- what were the circumstances in which he told someone to take Mr. Siim to the compound? Where was he, when he said this?

A.   I don't remember.

Q.   Who did he tell that to?

A.   To Goran.

Q.   To Goran. Where was this, when this conversation occurred?

A.   I don't remember.

Q.   Do you recall -- okay. And it was Goran, you're saying that he told Goran the day that Siim was taken to the compound, to take him to the compound; is that it?

A.   Yes.

Q.   Goran -- do you recall -- isn't it true that Goran's last name is Barzani?

A.   I don't remember.

Q.   You don't remember. Do you remember telling the agents, when you met them, when you were interviewed by them in Estonia, that the last name of Goran was Barzani? You don't recall that?

A.   No.

Q.   Does Barzani -- does the Barzani name have significance to you?

A.   It sounds familiar.

Q.   Do you recall meeting with the agents, law enforcement, in

181

Estonia and talking to them about what had happened in the compound?

A.    We gave the statement, yes.

Q.    Do you recall telling them that you didn't hear Siim scream?

A.    We heard him.

Q.    I'm asking if you did. Do you recall --

A.    Yes, yes, I did recall.

Q.    You told them that you did not hear him scream; correct?

A.    I did hear him scream.

Q.    Did you tell the agents that?

A.    I don't remember.

Q.    You didn't witness, when you saw Siim -- how many times were you at the compound with Siim?

A.    I don't remember any more how many times. There was several times.

Q.    Did you ever bring Siim food?

A.    Yes.

Q.    Did you bring him refreshments of any sort?

A.    Yes.

Q.    Did you bring him clothes?

A.    I don't remember.

Q.    Would you agree with me that, when you had visited Siim, his face looked normal, you didn't notice any bruising on his face?

182

A.    No, in the beginning, he didn't look normal.

Q.    How was it that he didn't look normal?

A.    Like, he looked beaten and tortured and, like, not good.

Q.    Did you tell the agents that? Did you tell law enforcement that, when you met with them?

A.    Yes, that he didn't look good.

Q.    That's what you recall; is that right?

A.    Yes.

Q.    Do you recall -- now, the Government had asked you if, when you left the compound, if you had gone to the local police to tell them what you had witnessed; correct? Do you recall them asking you that?

A.    When?

Q.    Pardon me?

A.    When were they asking this?

Q.    Do you recall the Government asking you, Why didn't you go to the local police in Kurdistan and say what you witnessed with Siim?

A.    I recall he was asking it in here?

Q.    Right. He asked you, and do you recall you said that -- what did you say?

A.    That we were just so afraid of Ross that we just thought that, like, he was running all the show that, you know, nobody would listen to us.

Q.    All right, no one in Kurdistan would listen to you;

183

correct?

A.   And, also, in other places, as well?

Q.   Well, was Ross Roggio running the show in Estonia?

A.   No, but there was a lot of, like, threatening and saying that he, you know, has a reach, and, you know, if you go against me, I can come after you wherever you are, like, doesn't matter where you're located.

Q.   So you never -- when you went back to Estonia with all your countrymen, late December of 2015, and you were away from Kurdistan away and away from Ross Roggio, you never went to the Estonian authorities and told them what you had seen; correct?

A.   Correct.

Q.   I would direct your attention, now, towards April and May of 2016. You had indicated about an argument where Ross beat Elina and everyone was present; correct?

A.   Yeah, he hit her.

Q.   Now, the next day, you went to work like it was any other day; is that right?

A.   Yes.

Q.   And Mr. Roggio, Ross Roggio called you in and, basically, told you and your fellow Estonians that if they want to, they can go home; correct?

A.   Yes.

Q.   You didn't wait, you left quickly; is that right?

A.   Yes.

184

Q.   And Mr. Roggio did not stop your departure, in any way, did he?

A.   Not that I know of.

Q.   Since then, since you left in April, late May of 2016, you've had contact with Mr. Roggio; correct?

A.   Yes.

Q.   And you've shared messages with him on Facebook Messenger?

A.   Yes.

Q.   Correct me if I'm wrong, do you recall, in June of 2016, around that time -- again, we're not looking for specifics -- asking Mr. Roggio for him to write you a recommendation?

A.   Yes, it might have happened, yes.

Q.   He did write you -- you asked for a recommendation, at some point after you left, and he wrote you one; right?

A.   I don't remember the specifics of it.

Q.   But it sounds correct, doesn't it?

A.   Yeah.

Q.   Pardon me?

A.   Yes.

Q.   And during the years that followed, you and Mr. Roggio, along with Rauno, exchanged pleasantries over Facebook; is that right?

A.   That's right.

Q.   When you went to England, you had messaged him and talked about the trip; correct?

A.    Possibly, yes.

Q.    When Mr. Roggio's brother died, you had offered your condolences; correct?

A.    Might have happened, yes.

Q.    When his father passed away -- again, do you recall his father passing away?

A.    I don't recall.

Q.    Not only recommendations, would you agree with me that you, also, gave prospective employers in Estonia Mr. Roggio's number as a reference to call and -- as a reference?

A.    No. I know that I didn't give Ross -- I put down Elina.

Q.    Do you have pet rabbits?

A.    Yes.

       MR. JASPERSE: Objection; relevance.

       THE COURT: Go ahead.

BY MR. BARTOLAI:

Q.    Do you recall sending Mr. Roggio pictures of your pet rabbits?

A.    Yes.

Q.    Do you recall sending Mr. Roggio pictures of you and Rauno?

A.    Yes.

Q.    And do you recall exchanging, you know, wishing Mr. Roggio Happy Birthday and Merry Christmas?

A.    Yes.

186

Q.    And would you agree that these things -- these messages, between you and Mr. Roggio, went on until 2020?

A.    I don't recall the exact date.

Q.    All right, I'm going to show you what's been marked as Defendant's Exhibit 15.

MR. BARTOLAI: May I approach?

THE COURT: Yes.

BY MR. BARTOLAI:

Q.    Defendant's Exhibit 15.1 and 15., 2 if you could just look at those for a moment.

Defendant's Exhibit 15 is the conversations that you had over the years with Mr. Roggio? Is that a fair statement?

A.    Yes.

Q.    Defendant's 15.1 is a photo of the rabbits that you had sent Mr. Roggio; correct?

A.    Yes.

Q.    Defendant's Exhibit 15 is a photo of you and your husband Mr. Viltrop that you sent to Mr. Roggio?

A.    Yes.

MR. BARTOLAI: May I publish these, Your Honor?

MR. JASPERSE: Your Honor, objection. We object -- may we approach on Defendant's Exhibit 15?

THE COURT: Sure. Approach.

(At this time a discussion was held on the record at sidebar.)

MR. JASPERSE: Your Honor, Defense counsel wishes to impeach the witness on the fact that they continued some kind of relationship by text, after these bad things happened in 2015 and 2016. We understand that that's happened. In what counsel is trying to admit in Defendant's 15 is, again, this self-serving hearsay that he has been trying, through various witnesses, to get through, in which the Court has been consistent in the ruling the Defendant needs to testify to get this material in.

So, for example, on Page 5 of these texts, if you start at the bottom, March 2, 2017, the witness writes;

"Hey, Ross. I'm very glad and truly grateful that you are safely returned home."

The Defendant responds;

"Thanks. It was a really bad time, glad I was able to get out. Hope all is well with you guys."

And, then, if you continue up to the page;

"Late night operation, got me out, U.S. Government, and got me out of the country, kind of like a movie LOL."

So I think where Defense counsel is trying to go with this is trying to get in, through the back door of another witness, hearsay regarding the supposed duress the Defendant was in in February 2017. It's hearsay and, also, irrelevant to whether he was under duress in the fall of 2015, when the torture allegedly happened, and whether he was under duress when these

188

Arms Export Violations occurred, again, well before these communications.

MR. BARTOLAI: Did I move this document in? I don't think that I did move it.

MR. JASPERSE: You just asked to publish it.

MR. BARTOLAI: Did I move it into evidence?

MR. JASPERSE: No, you just brought it up and asked to publish it.

MR. BARTOLAI: I apologize for that. My intention, Judge, and I didn't move this document in because, what I want to do is, she has denied that she had asked him for a reference, and I wanted to show it to her and ask her if that refreshes her recollection. I'm trying to find out, specifically, where that was.

THE COURT: You're not attempting to introduce this?

MR. BARTOLAI: No, but I do need to identify it, and I apologize for seeking to publish it before it was admitted. That wasn't my intention. If I could find that, I want to be able to point to that specific page.

THE COURT: I wouldn't mind taking five minutes or ten minutes to look at this, frankly, but if all we're talking about is a single --

MR. BARTOLAI: Yes, she's basically admitted to most of it.

THE COURT: -- page, you can call it to her attention.

MR. JASPERSE: We have no objection to attempting her to

189

refresh her recollection with a single exchange.

THE COURT: If that's what we're doing, that's okay, that's fine. If you're trying to introduce it, that's a whole different situation.

MR. BARTOLAI: I won't. But these I will.

THE COURT: The photo is all right.

(At this time the discussion at sidebar was concluded.)

MR. BARTOLAI: Your Honor, I would move for admission of Defense Exhibits 15.1 and 2.

MR. JASPERSE: Your Honor, no objection to the rabbits and the other photos.

THE COURT: 15.1 and 15.2, photograph of the rabbits and the photograph of this witness and her husband, they're both admitted.

MR. BARTOLAI: Okay. And I would ask the Court to publish?

THE COURT: You may.

(At this time Defendant's Exhibit Nos. 15.1&15.2 were admitted into evidence.)

BY MR. BARTOLAI:

Q.   15.1. Ms. Viltrop, these are your rabbits?

A.   Yes.

Q.   Are they still among us?

A.   Yes.

Q.   You had sent this picture to Mr. Roggio; correct?

A.   Yes.

Q.    No. 15.2 is -- can you tell us?

A.    What?

Q.    Is this a photo of you and your husband Rauno?

A.    Yes.

Q.    Where were you doing when this photo was taken?

A.    Probably driving from Kuusalu to Tallinn.

Q.    This is a photo that you had sent to him; correct?

A.    Yes.

       MR. BARTOLAI: If I just may have a moment, I'm looking for something in 15.1.

BY MR. BARTOLAI:

Q.    Do you recall -- you do recall asking Mr. Roggio for a recommendation letter; correct?

A.    Correct.

Q.    And you don't recall asking or giving him as a reference? Do you know what I mean when I say that?

A.    What do you mean?

Q.    A reference would be if, when you go for a job, they ask for a reference, you give them the name of someone, in case they want to call --

A.    Yeah, I think, initially, I might have asked him, but, eventually, I didn't, like, put him down, so I just put Elina's name down.

Q.    Okay, so you do recall, maybe, asking him for that?

A.    I might have.

191

Q.   And, then, at some point in time, you and Rauno and Siim Saar, actually, met with Mr. Roggio for dinner in Estonia; correct?

A.   Correct.

Q.   Where was that, in Estonia, in Tallinn?

A.   Yes, in Tallinn.

Q.   At the Swiss Hotel?

A.   Yes.

MR. BARTOLAI: Thank you. Nothing further.

THE COURT: Redirect?

MR. JASPERSE: Yes, Your Honor.

REDIRECT EXAMINATION

BY MR. JASPERSE:

Q.   After everything that happened, why did you have dinner with Roggio in -- was it the fall of 2016 after all this happened -- why did you have dinner with him?

A.   Because Siim wrote to us that he, like, Roggio comes to Tallinn, he wants to meet with us, like, could we go?

MR. BARTOLAI: I'll object, Your Honor.

THE COURT: Just a moment. Sustained.

BY MR. JASPERSE:

Q.   Can you answer the question as to why you had dinner with the Defendant, Rauno and Siim, without going into what Siim might have said or written to you?

A.   I think, including Siim, I think, all of us, we had some

sort of, I don't know, Stockholm Syndrome towards Ross, that even though whatever he did in Iraq, we still wanted to be loyal, and, you know, whatever he was asking, like, we wanted to, you know, be good employees, even though, by that time, we didn't have any contracts, but still.

So he wanted to come to Estonia to apologize for all of what he did back in Kurdistan to us, like, to Siim, as well, and to us. And that's what he did.

Q.    What do you mean by Stockholm Syndrome?

A.    Just the fact that all the things, all the bad things that he did, like, it was always like he --

MR. BARTOLAI: Objection, Your Honor. Stockholm Syndrome is a psychological term. I don't know if this person is qualified to answer to it. She can say, certainly, what she thinks she's meaning when she's saying it, but, unfortunately, when she does that, she may bring out material that's inadmissible, irrelevant and prejudicial.

So for those reasons, Your Honor, we would object to it.

MR. JASPERSE: Could I try to rephrase, Your Honor?

THE COURT: If you wish or respond to the objection, either way.

BY MR. JASPERSE:

Q.    You just used the term, Stockholm Syndrome. Can you explain, in a very simple way, what that is, what that means?

A.    It means that, basically, if you're under somebody's force

193

or somebody's higher power or whatever, then, even if they do wrong towards you, you still want to keep close to them, and you still -- I don't know, you keep them, you know, you want to be good to them, yeah.

Q.    Is that the same reason why you continued to text back and forth with Mr. Roggio, after leaving Kurdistan?

A.    Yes, and, also, like, my relationship with Ross was, like, different, like, it was professional, but it was, also, like -- it was, also, like, that he wasn't like -- like, he was mentally, yes, torturing us, but not like -- I don't know how to explain it.

But our relationship was, like, good, like, I did very well at my job, I did very well, and he was always very pleased with my work, so, yeah, I don't know how to explain it.

Q.    Did you say that Ross threatened to come after you in Estonia, if you were disloyal?

A.    Yes.

Q.    At some point, regardless of whether you were present when it happened, but, at some point, did you learn that it was Ross who had instructed Kurdish soldiers to take Siim to the compound?

MR. BARTOLAI: Your Honor, I object. The witness is required to have personal knowledge of a matter, and from what we have gathered, she does not have that, Your Honor . I think a foundation is appropriate.

194

THE COURT: Well, when the question is phrased as, Did you learn, that would require the witness, then, to answer how she learned. And if that doesn't show a personal knowledge, I'll have to strike the testimony. So you can proceed or you can rephrase, but that's what I'm going to do, depending upon what you do.

BY MR. JASPERSE:

Q.   Did you ever hear Ross talk about how it was that Siim ended up in that compound?

A.   Yes.

Q.   What do you remember Ross saying about that?

A.   Like, we were all there, we saw it, how he instructed what was going on in the compound, and I, also, was present when Elina had calls with Ross, as well, regarding the steps what to make next.

MR. BARTOLAI: So I object, Your Honor. Hearsay and move to strike.

THE COURT: All she has said is she was present when Elina had calls with Ross. She hasn't said what they were. Overruled.

BY MR. JASPERSE:

Q.   Did you ever hear Ross say who had given the order for Siim to be abducted and taken to the compound?

A.   Yes, Ross gave the order. He said so.

Q.   And, finally, I think you were trying to explain, but you were cut off. Why was it a hard decision for you and Rauno to

195

go to Kurdistan in January of 2016, after this had all happened?

A.    Yes.

Q.    Could you explain why that was a hard decision and what was going through your thought process?

A.    I really didn't want to go back, I wanted to stay in Estonia, exactly like one of the accountants did, after it all happened. But since Elina really wanted and asked me not to --

MR. BARTOLAI: Objection; hearsay.

THE COURT: Sustained as to what Elina asked her to do.

BY MR. JASPERSE:

Q.    Can you explain your decision-making without explicitly specifying what Elina said to you?

A.    So, by that time, Rauno already proposed to me, and we were engaged, so I didn't want to return to Iraq, but I still did. And my thought process was, well, if it's offered there and Rauno could come with me, because he had very good energy, like, very positive energy, so I thought that if he would join us, that it would, kind of, make the energy better there, and it did, a bit. So that was my thought process.

And, like, I was, also, hundred percent sure that me or Rauno would definitely not do anything against Ross, like, we wouldn't -- we would not put ourselves into a position where we would break his loyalty towards Ross or, like, do any, like, security breaches or whatever, we were just very, like, focused

196

to the goal, whatever tasks we were given, we just filled them, and we were just, you know, on auto pilot, basically, just doing the work what we were asked, and I was, also, supporting my friend there, emotionally. So that's what it was.

Q.    Did you, also, testify, during cross examination, that you have tried to block out some of the details about what you saw at the compound that night?

MR. BARTOLAI: Leading. Objection.

THE COURT: Overruled.

THE WITNESS: Yes.

BY MR. JASPERSE:

Q.    Is there any doubt in your mind that you saw Siim being beaten in the way that you have testified to today?

A.    There is no doubt, we all saw it.

Q.    Is there any doubt in your mind about who was giving the orders for that to happen?

A.    No doubt.

Q.    Who was giving the orders?

A.    Ross Roggio.

MR. JASPERSE: Nothing further, Your Honor.

THE COURT: Anything further?

MR. BARTOLAI: Yes, just one question.

                RECROSS EXAMINATION

BY MR. BARTOLAI:

Q.    When you went to have dinner with Mr. Roggio and your

husband Rauno and Siim, you've said that Mr. Roggio apologized; correct?

A.    Correct.

Q.    For what -- he did not apologize to Siim; isn't that correct?

A.    He did apologize to all of us.

Q.    Do you recall him, specifically, apologizing to Siim?

A.    To all of us, yes.

Q.    That's your testimony, you remember that?

A.    Yes.

MR. BARTOLAI: Nothing further.

MR. JASPERSE: Nothing further, Your Honor. We would ask the witness to be excused.

MR. BARTOLAI: No objection.

THE COURT: Thank you. You are excused.

THE COURT: It's just about 5:30, we will adjourn for the day. As I've instructed you every day and will instruct you again that you haven't heard all of the evidence yet nor my instructions, so keep an open mind, don't discuss the case among yourselves or with anyone else.

With that, thank you for your attention, it has been a long day, we look forward to seeing you tomorrow.

(At this time the jury was excused for the evening.)

THE COURT: Is there anything we need to discuss for tomorrow?

MR. BARTOLAI: I think there is, Judge, yes. I think -- so, Your Honor, again, what we're -- it looks to me like it may be that we're getting to the point where the Defendant would put on a Defense case, and I've identified an issue with this Amanda Mecomber, and she's under subpoena. And the purpose of her, Your Honor, is she had -- she's Mr. Roggio's ex-wife, and she had received two small clips from Mr. Roggio, while he was alleged to have been held in captivity in Iraq. And, then, she notified authorities and so on so forth. This has come up time and time again during the trial.

Your Honor, before we get into it, the clips are very short, if I could show the Court my exhibits and, maybe, gauge if these -- even if authenticated -- if they would be admissible. I don't know if that's appropriate, but I spoke with Todd, and he's a gentleman, and we have agreed, maybe, that might be good use of the Court's time to take a look at them now, Your Honor. I don't know if the Court agrees, but that's where we are.

THE COURT: Is that your position, as well?

MR. HINKLEY: It is, Your Honor. We understand that it would be difficult for you to rule on it, ultimately, without the witness here, but as it has been proffered to us, Mr. Bartolai is going to call as a witness the Defendant's ex-wife Mecomber, who we have talked about, and I believe he's proffering or is going to try to have these videos put in

through her.

So we don't have a problem with you seeing the videos, we would argue, obviously, for all the reasons that we have proffered over and over again that these are hearsay statements and not properly before the jury. That the Defendant, if he wants to testify about these things, that's his prerogative, but he shouldn't be able to get these things in through other witnesses.

THE COURT:  It's the Government's position that, in some way, it would serve a useful purpose for me to look at these ahead of time?

MR. HINKLEY: For what it's worth, I mean, we viewed them --

THE COURT: Absent agreement, I'm not going to do that. So you need to tell me what your position is. You have to give me a reason why I would conduct an in-camera review of these videos.

MR. HINKLEY: Our position is they're not admissible, Your Honor. I can't give you a reason from the rules why you would do that.

THE COURT: Well, again, this is an evidentiary question that I've already addressed several times, and I think I've made it clear that, under Rule 801 of the Rules of Evidence, Mr. Roggio's statements, which are not admissible against interest, are hearsay, unless he testifies.

200

MR. BARTOLAI: And, Your Honor, I'm aware that's what the Court has said. And I've made the argument that, perhaps, they would be admissible as an exception to the rule against hearsay, Rule 803, which goes towards a then existing mental, emotional or physical condition. And I think that these -- the purpose of me showing you these --

THE COURT: That doesn't obviate the necessity of Mr. Roggio testifying. At that point, if he attempts to discuss what you contend is a statement of mind or present sense impression or whatever other exception in 803 you find, then, I'll deal with it. Through Mrs. Mecomber? No.

MR. BARTOLAI: All right, Your Honor. Thank you.

MR. HINKLEY: Thank you, Your Honor.

THE COURT: Anything else?

MR. HINKLEY: No, Your Honor. Thank you.

THE COURT: Okay. See you tomorrow.

(At this time the proceedings were adjourned.)

201

C E R T I F I C A T E

        I, KRISTIN L. YEAGER, Official Court Reporter for the United States District Court for the Middle District of Pennsylvania, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a true and correct transcript of the within-mentioned proceedings had in the above-mentioned and numbered cause on the date or dates hereinbefore set forth; and I do further certify that the foregoing transcript has been prepared by me or under my supervision.


                                S/Kristin L. Yeager
                                KRISTIN L. YEAGER, RMR,CRR
                                Official Court Reporter


REPORTED BY:

    KRISTIN L. YEAGER, RMR,CRR
    Official Court Reporter
    United States District Court
    Middle District of Pennsylvania
    P.O. Box 5
    Scranton, Pennsylvania  18501




        (The foregoing certificate of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

1

## $

**$100,000** [1] - 93:8
**$300,000** [1] - 93:22
**$5,000** [4] - 10:20, 84:1, 96:4, 131:13
**$6,500** [1] - 131:14
**$7500** [1] - 10:20

## 1

**1** [3] - 5:14, 124:9, 141:2
**10** [3] - 86:6, 100:9, 100:25
**10,000** [2] - 11:2, 72:22
**10/10/2020** [1] - 129:4
**100** [2] - 96:16, 96:19
**105** [1] - 2:4
**10th** [1] - 100:17
**11** [2] - 43:12, 95:14
**11.24** [2] - 57:9
**11.28** [3] - 2:9, 57:16, 57:23
**11.29** [1] - 57:11
**116** [1] - 143:3
**122** [1] - 2:16
**123** [1] - 2:17
**125** [2] - 2:16, 2:17
**125,127** [1] - 2:4
**127** [1] - 2:4
**128** [1] - 2:5
**12:25** [1] - 76:25
**1301** [1] - 1:18
**138** [1] - 2:12
**14** [2] - 79:6, 100:10
**140** [1] - 2:12
**143,170** [1] - 2:13
**14th** [1] - 80:4
**15** [10] - 2:17, 31:18, 83:3, 83:19, 186:5, 186:9, 186:11, 186:17, 186:22, 187:5
**15,000** [1] - 100:19
**15-minute** [1] - 85:14
**15.1** [6] - 186:9, 186:14, 189:9, 189:12, 189:20, 190:10
**15.1&15.2** [2] - 2:18, 189:17
**15.2** [2] - 189:12, 190:1
**158** [1] - 2:13
**15th** [2] - 83:9, 178:8
**16** [10] - 1:9, 2:17, 123:15, 123:19, 123:20, 124:3,

124:4, 125:7, 125:9, 125:11
**16.1** [4] - 122:18, 122:23, 125:7, 125:9
**16.1-16.3** [2] - 2:16, 125:11
**16.2** [4] - 122:18, 123:2, 125:7, 125:9
**16.3** [3] - 122:18, 125:7, 125:9
**162** [1] - 2:5
**170** [1] - 2:14
**171** [1] - 2:14
**18-CR-97** [1] - 1:4
**18501** [1] - 201:19
**18503** [2] - 1:13, 1:25
**186** [2] - 2:17, 2:18
**18640** [1] - 1:21
**189** [2] - 2:17, 2:18
**19** [4] - 2:8, 14:18, 14:19
**191** [1] - 2:5
**196** [1] - 2:5
**1:30** [1] - 77:1

## 2

**2** [4] - 124:9, 186:9, 187:11, 189:9
**2-8** [1] - 57:13
**20** [5] - 91:15, 91:22, 113:13, 113:16, 113:19
**200** [2] - 87:4, 97:3
**2015** [67] - 7:3, 9:14, 9:19, 11:6, 11:7, 11:18, 18:11, 25:17, 41:10, 41:16, 42:12, 45:24, 61:10, 61:16, 61:23, 62:19, 65:6, 68:19, 70:13, 70:16, 71:8, 76:2, 78:2, 78:13, 78:17, 79:6, 79:8, 80:4, 80:7, 80:24, 81:1, 105:22, 105:25, 106:6, 106:20, 107:11, 108:4, 118:15, 126:6, 126:11, 129:8, 131:16, 133:22, 136:16, 138:17, 140:19, 144:9, 145:24, 148:21, 151:18, 158:13, 162:15, 164:15, 170:16, 170:21, 171:8, 171:9, 171:10, 172:2, 174:15, 174:17, 176:21,

176:22, 178:20, 183:9, 187:4, 187:24
**2016** [58] - 7:4, 9:21, 18:16, 22:19, 24:7, 41:18, 42:4, 42:6, 42:8, 42:10, 42:17, 45:25, 47:8, 54:1, 54:6, 71:10, 71:13, 71:19, 71:21, 72:18, 72:19, 81:5, 81:6, 81:9, 83:4, 83:9, 83:19, 84:21, 85:21, 86:5, 86:17, 87:25, 95:15, 97:23, 97:25, 99:22, 100:17, 100:25, 101:13, 102:19, 105:11, 107:25, 108:12, 120:12, 121:17, 129:8, 159:3, 168:8, 172:1, 172:3, 172:9, 177:1, 183:14, 184:4, 184:9, 187:4, 191:15, 195:1
**2017** [2] - 187:11, 187:23
**2018** [1] - 123:12
**2020** [3] - 125:2, 125:3, 186:2
**2023** [1] - 1:9
**20530** [2] - 1:16, 1:18
**235** [2] - 1:12, 1:25
**238** [1] - 1:20
**24.1** [4] - 2:10, 78:23, 79:11, 79:23
**24.2** [5] - 2:10, 82:9, 82:20, 82:22, 83:13
**24.4** [2] - 2:12, 99:10
**24.5** [4] - 2:11, 88:25, 89:10, 111:10
**25.10** [5] - 2:8, 19:3, 19:17, 19:19, 19:20
**25.9** [3] - 2:9, 30:7, 31:2
**26** [5] - 144:9, 170:15, 170:21, 171:10, 172:1
**27.2** [2] - 139:3, 140:3
**27.2&27.3** [1] - 2:12
**27.3** [5] - 138:25, 139:14, 140:3, 140:11, 141:1
**27.4** [6] - 2:13, 143:13, 143:21, 143:25, 144:1, 170:18
**27.5** [2] - 2:13, 158:3
**27th** [2] - 80:7, 145:24
**28** [5] - 5:18, 99:22, 172:1, 172:3, 201:6
**29** [1] - 2:8

## 3

**3** [5] - 124:9, 147:5, 148:3, 171:8, 171:9
**3,000** [2] - 87:3, 97:2
**3,200** [1] - 101:3
**3-D** [3] - 12:25, 50:19, 55:14
**3.2** [2] - 2:8, 29:6
**30** [3] - 2:9, 5:14, 9:15
**311** [1] - 1:12
**37** [1] - 76:2
**38** [1] - 9:13
**39** [1] - 6:25
**3rd** [1] - 45:24

## 4

**4** [4] - 124:9, 140:19, 148:13, 148:16
**45** [1] - 2:4

## 5

**5** [3] - 125:3, 187:10, 201:18
**5,000** [1] - 10:19
**57** [2] - 2:9
**5:30** [1] - 197:16

## 6

**6** [1] - 44:10
**6316** [1] - 96:2

## 7

**7,500** [1] - 10:19
**7.4** [4] - 2:14, 170:23, 170:25, 171:7
**75** [1] - 2:4
**7500** [1] - 72:22
**753** [1] - 201:6
**77** [1] - 2:4
**78** [1] - 2:10

## 8

**8** [3] - 2:4, 83:6, 83:13
**801** [1] - 199:23
**801(d** [1] - 140:2
**803** [2] - 200:4, 200:10
**82** [1] - 2:10
**83** [1] - 2:10
**88,111** [1] - 2:11

## 9

**9.4** [6] - 2:11, 95:7, 117:13, 117:21,

117:24
**9.5** [3] - 2:14, 171:12, 171:13
**95,117** [1] - 2:11
**950** [1] - 1:15
**964** [3] - 117:15, 117:17, 118:3
**99** [1] - 2:12
**9:30** [1] - 1:9

## A

**A.M** [1] - 1:9
**abducted** [3] - 76:1, 76:16, 194:22
**abduction** [2] - 75:4, 75:6
**able** [19] - 3:9, 24:4, 24:10, 24:22, 58:10, 65:8, 75:9, 75:14, 111:10, 136:9, 137:22, 142:2, 143:1, 150:25, 158:11, 161:17, 187:15, 188:19, 199:7
**above-mentioned** [1] - 201:8
**abroad** [1] - 93:2
**absent** [2] - 128:8, 199:14
**abused** [2] - 66:16, 76:2
**accept** [1] - 82:6
**acceptance** [1] - 82:17
**accepted** [1] - 132:14
**acclimate** [1] - 123:20
**accomplish** [1] - 37:23
**according** [4] - 73:23, 101:12, 137:15, 170:12
**account** [3] - 92:8, 92:9, 109:10
**accountant** [21] - 13:4, 13:14, 48:1, 48:3, 49:7, 81:24, 81:25, 82:2, 91:23, 99:20, 102:2, 102:4, 108:16, 109:17, 112:12, 134:1, 134:11, 149:11, 165:4, 166:19
**Accountant** [2] - 90:21, 90:23
**accountants** [1] - 195:7
**accounting** [1] - 82:4
**Accounting** [1] - 110:8

2

**accounts** [2] - 115:4, 160:8
**accurate** [3] - 21:17, 49:9, 74:16
**act** [1] - 24:2
**acted** [1] - 158:1
**acting** [1] - 157:5
**action** [1] - 133:6
**active** [2] - 87:16, 87:17
**Acts** [4] - 3:13, 4:14, 4:21, 43:3
**actual** [2] - 91:16, 167:21
**addition** [3] - 13:5, 141:11, 154:22
**additional** [1] - 90:11
**address** [3] - 95:10, 95:12, 96:1
**addressed** [1] - 199:22
**addresses** [1] - 111:7
**adjourn** [1] - 197:16
**adjourned** [1] - 200:17
**admissible** [5] - 4:20, 198:14, 199:18, 199:24, 200:3
**admission** [5] - 8:2, 79:10, 125:6, 143:20, 189:8
**admit** [7] - 19:16, 82:19, 83:2, 83:8, 83:9, 139:12, 187:5
**Admitted** [1] - 2:7
**admitted** [22] - 19:19, 19:20, 29:6, 30:6, 57:10, 57:11, 79:18, 83:12, 83:14, 89:11, 95:8, 99:11, 125:10, 125:12, 140:4, 143:25, 144:1, 170:24, 188:17, 188:23, 189:14, 189:18
**afraid** [18] - 36:8, 37:5, 40:21, 41:7, 41:8, 41:22, 41:23, 41:24, 72:8, 87:23, 151:13, 156:13, 156:19, 159:14, 161:2, 161:18, 182:22
**afternoon** [5] - 77:15, 105:4, 128:18, 128:20, 162:5
**afterwards** [4] - 70:7, 122:4, 163:18, 179:20
**agenda** [1] - 4:16
**agent** [1] - 139:25
**agents** [4] - 180:17,

180:25, 181:11, 182:4
**ago** [1] - 110:1
**agree** [24] - 20:25, 48:20, 51:8, 58:9, 58:16, 63:25, 70:12, 72:3, 72:23, 74:5, 83:2, 106:4, 111:21, 112:23, 123:12, 164:17, 165:11, 165:21, 168:17, 171:13, 173:9, 181:23, 185:8, 186:1
**agreed** [1] - 198:15
**agreeing** [1] - 83:9
**agreement** [8] - 82:14, 84:4, 84:5, 84:10, 131:10, 131:11, 135:8, 199:14
**agreements** [5] - 84:2, 84:8, 131:9, 166:12, 168:21
**agrees** [1] - 198:17
**ahead** [8] - 38:19, 43:4, 72:21, 89:22, 96:15, 124:18, 185:15, 199:11
**aided** [1] - 1:22
**aiming** [3] - 44:1, 44:3, 44:5
**airport** [18] - 6:6, 30:12, 44:14, 44:20, 44:22, 44:23, 60:19, 60:22, 60:23, 104:12, 104:13, 104:14, 144:12, 145:10, 158:6, 158:8, 161:22
**Airport** [1] - 30:3
**AK47** [1] - 56:25
**AK47-type** [1] - 56:22
**Akam** [32] - 49:5, 49:7, 49:10, 49:16, 49:23, 99:15, 99:19, 99:20, 99:21, 102:4, 102:8, 102:13, 109:10, 109:18, 110:11, 112:12, 113:21, 113:25, 114:2, 114:3, 114:7, 116:4, 116:16, 116:17, 117:10, 166:16, 168:23, 169:1, 172:5, 172:11, 172:16
**Akam"** [1] - 99:13
**alarming** [1] - 103:1
**Alibaba** [2] - 137:17, 169:17
**alive** [1] - 156:20

**alleged** [1] - 198:8
**allegedly** [3] - 6:13, 7:1, 187:25
**allow** [3] - 54:24, 124:18, 158:12
**allowed** [11] - 15:8, 15:12, 21:25, 37:8, 37:14, 40:7, 85:18, 99:9, 119:11, 145:17, 156:21
**alone** [4] - 11:20, 12:4, 31:6, 177:19
**Amanda** [1] - 198:5
**AMERICA** [1] - 1:2
**amount** [4] - 54:21, 65:3, 96:3, 102:17
**amounts** [1] - 92:21
**Amsterdam** [2] - 144:12, 144:19
**AND** [3] - 8:11, 77:6, 128:10
**angry** [9] - 23:5, 25:16, 38:5, 44:1, 159:10, 160:2, 160:13, 172:12
**answer** [12] - 5:6, 25:2, 36:21, 51:25, 67:22, 76:13, 89:8, 99:1, 177:24, 191:22, 192:14, 194:2
**answered** [1] - 124:17
**anyway** [1] - 114:18
**apart** [2] - 17:5, 26:24
**apartment** [50] - 11:14, 11:15, 11:19, 11:23, 12:3, 23:19, 25:19, 26:3, 26:4, 26:10, 27:7, 27:9, 27:12, 43:9, 43:11, 43:13, 43:23, 43:25, 61:3, 61:7, 63:10, 69:18, 84:25, 85:1, 85:4, 85:9, 85:10, 85:12, 85:15, 85:24, 103:8, 103:10, 103:12, 103:13, 108:17, 133:10, 133:12, 133:16, 134:20, 135:2, 150:10, 152:11, 152:15, 152:20, 152:23, 159:11, 159:14, 159:24
**apartments** [1] - 134:18
**apologize** [7] - 123:22, 123:24, 188:9, 188:17, 192:6, 197:4, 197:6

**apologized** [3] - 103:24, 119:22, 197:1
**apologizing** [1] - 197:7
**appear** [4] - 56:9, 124:6, 126:1, 139:14
**appeared** [1] - 117:14
**applied** [1] - 138:11
**apply** [1] - 201:22
**applying** [1] - 10:5
**appointed** [1] - 201:5
**approach** [6] - 18:23, 122:18, 123:16, 186:6, 186:22, 186:23
**appropriate** [3] - 110:13, 193:25, 198:14
**approval** [2] - 91:3, 94:8
**approve** [2] - 94:20, 111:2
**approved** [4] - 91:4, 94:6, 94:22, 111:2
**April** [31] - 5:14, 5:18, 7:4, 9:21, 22:18, 24:6, 42:17, 45:25, 47:8, 53:25, 54:6, 73:7, 81:9, 86:16, 95:14, 97:22, 97:23, 97:25, 99:22, 100:17, 100:25, 101:13, 102:19, 120:11, 168:8, 172:1, 172:9, 183:13, 184:4
**AR** [2] - 141:4, 141:11
**AR15** [1] - 141:3
**area** [3] - 5:12, 30:20, 135:22
**areas** [1] - 5:3
**argue** [1] - 199:3
**argued** [1] - 3:22
**arguing** [1] - 25:10
**argument** [3] - 119:18, 183:14, 200:2
**armed** [4] - 29:1, 56:14, 56:15, 153:12
**arms** [5] - 46:5, 54:18, 55:5, 55:9, 74:7
**Arms** [2] - 7:10, 188:1
**Army** [1] - 87:18
**arrange** [2] - 92:17, 92:23
**arrangements** [1] - 106:3
**arrive** [4] - 11:5, 80:3, 84:19, 144:13
**arrived** [11] - 13:11,

18:11, 46:18, 57:3, 80:1, 87:25, 88:9, 131:16, 131:19, 131:24, 136:16
**AS** [3] - 8:12, 77:7, 128:11
**ass** [1] - 133:5
**assault** [1] - 4:11
**assaults** [1] - 5:1
**assemble** [2] - 18:1, 58:11
**assembly** [1] - 58:4
**Assistant** [1] - 1:11
**assistant** [9] - 12:12, 12:16, 130:14, 130:15, 133:15, 134:3, 147:24, 151:23, 162:16
**assumed** [1] - 151:25
**assumes** [1] - 76:3
**assuming** [1] - 73:12
**atmosphere** [4] - 97:5, 102:25, 115:12, 119:7
**attach** [1] - 91:16
**attached** [5] - 82:13, 90:17, 91:23, 99:25, 139:15
**attachment** [2] - 140:11, 141:7
**attachments** [1] - 99:15
**attempt** [1] - 3:15
**attempting** [2] - 188:15, 188:25
**attempts** [1] - 200:8
**attend** [1] - 148:25
**attention** [10] - 4:16, 55:11, 64:13, 83:18, 95:9, 118:22, 162:12, 183:13, 188:24, 197:21
**attenuation** [1] - 7:5
**attitude** [3] - 23:3, 37:25, 38:3
**attorney** [4] - 45:16, 105:6, 106:2, 162:5
**Attorney** [1] - 1:11
**audit** [3] - 168:23, 168:25, 169:5
**audited** [1] - 117:9
**auditing** [3] - 166:23, 166:24, 167:1
**authenticated** [1] - 198:13
**authorities** [2] - 183:11, 198:9
**authority** [1] - 16:11
**auto** [1] - 196:2
**automatic** [10] - 14:21,

3

14:22, 17:14, 18:7, 20:13, 21:7, 29:4, 96:5, 138:1
**autonomy** [4] - 135:23, 136:2, 157:3, 164:3
**available** [2] - 64:2, 110:6
**AVENUE** [1] - 1:25
**Avenue** [3] - 1:12, 1:15, 1:18
**aware** [6] - 54:20, 54:25, 55:2, 113:15, 158:6, 200:1

## B

**background** [6] - 5:18, 9:1, 9:2, 82:4, 132:9, 145:7
**backing** [2] - 131:8, 139:7
**backwards** [1] - 125:1
**Bad** [4] - 3:13, 4:14, 4:20, 43:2
**bad** [5] - 125:24, 160:4, 187:3, 187:15, 192:10
**bag** [18] - 4:8, 26:11, 27:3, 33:9, 33:19, 33:20, 35:1, 102:13, 144:12, 144:21, 145:20, 146:1, 146:6, 146:25, 147:3, 147:17, 170:13, 170:19
**baggage** [1] - 145:12
**bags** [6] - 102:3, 102:6, 102:8, 102:11, 147:22, 148:1
**Baharan** [3] - 133:19, 141:19, 168:14
**Balance** [1] - 99:15
**balance** [11] - 99:21, 100:1, 109:25, 110:3, 110:5, 110:7, 110:9, 110:10, 110:14, 110:17
**balanced** [1] - 110:15
**ban** [4] - 158:6, 158:8, 158:10, 161:17
**bank** [4] - 82:12, 92:4, 101:24, 115:4
**bar** [1] - 56:3
**bar-type** [1] - 56:3
**barrel** [2] - 17:17, 17:21
**Bartolai** [3] - 45:15, 105:6, 198:23

**BARTOLAI** [108] - 1:20, 3:5, 8:6, 15:21, 19:18, 24:18, 24:24, 25:6, 31:1, 34:4, 36:12, 36:18, 38:16, 39:9, 42:24, 43:2, 43:15, 45:8, 45:12, 45:14, 54:16, 55:1, 57:11, 57:14, 57:16, 57:17, 57:23, 57:24, 74:21, 74:23, 75:11, 75:19, 76:3, 76:11, 76:19, 76:22, 79:12, 79:22, 82:21, 83:5, 83:11, 93:12, 93:21, 98:13, 98:24, 99:3, 103:2, 105:1, 105:3, 117:21, 117:22, 122:20, 123:16, 123:18, 124:19, 125:6, 125:13, 125:15, 126:25, 127:2, 127:11, 127:22, 128:1, 139:17, 139:19, 142:4, 142:12, 142:14, 143:22, 143:24, 145:2, 151:2, 152:3, 157:16, 162:4, 177:23, 178:5, 179:22, 179:25, 185:16, 186:6, 186:8, 186:20, 188:3, 188:6, 188:9, 188:16, 188:23, 189:5, 189:8, 189:15, 189:19, 190:9, 190:11, 191:9, 191:19, 192:12, 193:22, 194:16, 195:9, 196:8, 196:22, 196:24, 197:11, 197:14, 198:1, 200:1, 200:12
**Barzani** [4] - 180:15, 180:19, 180:22
**based** [3] - 3:10, 136:8, 156:20
**basis** [3] - 112:12, 113:16, 173:23
**Bayan** [10] - 49:18, 112:20, 113:4, 113:11, 116:16, 116:17, 117:10, 168:12, 168:13, 172:5
**beat** [1] - 183:14
**beaten** [10] - 31:14,

31:17, 31:20, 104:4, 154:5, 154:6, 154:13, 156:6, 182:3, 196:13
**beating** [9] - 31:6, 31:8, 36:2, 36:3, 42:23, 125:22, 154:8, 154:17, 155:3
**beatings** [1] - 156:14
**became** [2] - 88:19, 131:4
**become** [2] - 103:4, 116:13
**becomes** [1] - 5:21
**becoming** [1] - 102:25
**bed** [1] - 160:21
**BEEN** [3] - 8:11, 77:6, 128:11
**BEFORE** [1] - 1:8
**began** [1] - 85:21
**begin** [7] - 9:18, 81:1, 81:4, 84:19, 105:7, 105:9, 162:10
**beginning** [20] - 9:19, 11:6, 11:17, 11:20, 12:5, 23:20, 42:17, 46:20, 46:22, 46:23, 52:3, 71:10, 116:4, 131:12, 131:13, 131:21, 132:18, 165:3, 172:7, 182:1
**begins** [1] - 3:6
**begun** [2] - 102:21, 115:23
**behavior** [1] - 5:21
**behind** [1] - 161:2
**bell** [1] - 117:16
**beneath** [1] - 140:17
**beneficiaries** [1] - 92:13
**best** [5] - 45:18, 62:16, 68:21, 99:16, 144:8
**better** [5] - 44:12, 74:11, 74:17, 131:25, 195:19
**between** [16] - 7:5, 40:1, 56:25, 64:25, 65:14, 72:19, 82:24, 96:13, 119:9, 119:18, 125:24, 139:20, 148:25, 150:17, 170:20, 186:2
**big** [6] - 22:19, 32:4, 46:20, 102:2, 137:2, 161:6
**billing** [1] - 113:12
**bills** [11] - 91:2, 91:5, 91:10, 94:19, 94:21, 94:23, 109:25,

110:22, 110:24, 110:25
**binder** [7] - 78:22, 82:8, 83:17, 99:11, 101:5, 138:24, 158:3
**Birthday** [4] - 120:20, 121:14, 121:17, 185:24
**birthday** [3] - 92:15, 121:14, 122:24
**bit** [14] - 6:12, 42:22, 63:24, 65:5, 112:3, 112:11, 131:8, 132:10, 137:8, 150:8, 160:10, 160:12, 173:17, 195:20
**bits** [1] - 95:6
**blah** [3] - 121:23
**block** [1] - 196:6
**blood** [1] - 125:24
**blow** [1] - 147:1
**blown** [1] - 100:11
**blue** [6] - 14:9, 14:11, 17:6, 81:15, 93:6, 129:15
**BMW** [2] - 93:6, 93:20
**body** [2] - 87:23, 154:18
**bold** [1] - 151:11
**bones** [1] - 87:23
**book** [2] - 144:8, 174:2
**books** [8] - 67:12, 167:3, 168:22, 168:23, 168:25, 169:4, 169:5, 169:6
**bore** [2] - 51:18, 52:2
**boss** [7] - 47:18, 47:19, 135:5, 135:9, 155:22, 165:15, 173:9
**bottom** [7] - 95:9, 99:12, 100:10, 117:25, 146:2, 146:23, 187:11
**bought** [2] - 44:14, 104:12
**Box** [1] - 201:18
**box** [1] - 8:7
**boyfriend** [3] - 71:18, 71:24, 72:1
**brain** [1] - 157:13
**brain-washed** [1] - 157:13
**brand** [2] - 147:17, 148:1
**breach** [2] - 155:19, 158:9
**breaches** [1] - 195:25

**break** [9] - 45:8, 59:22, 60:1, 76:25, 96:18, 96:20, 128:3, 162:7, 195:24
**breaking** [1] - 59:24
**briefed** [1] - 131:22
**briefly** [1] - 55:20
**bring** [13] - 29:5, 83:16, 95:7, 102:2, 102:8, 109:10, 131:6, 143:11, 166:22, 181:17, 181:19, 181:21, 192:16
**bringing** [4] - 4:16, 36:9, 67:12, 175:17
**brings** [2] - 29:21, 31:4
**broaching** [3] - 53:8, 53:9, 90:18
**broke** [1] - 87:23
**brother** [4] - 92:14, 122:1, 168:13, 185:2
**brothers** [1] - 136:8
**brought** [11] - 31:25, 36:15, 43:2, 66:18, 66:19, 102:13, 146:17, 172:17, 174:11, 175:13, 188:7
**bruising** [1] - 181:24
**build** [6] - 10:9, 24:22, 24:23, 135:25, 136:9, 163:2
**building** [21] - 12:3, 30:25, 31:12, 35:6, 56:15, 85:23, 85:24, 88:21, 108:23, 109:11, 131:24, 132:1, 132:4, 132:21, 133:11, 134:21, 134:22, 137:2, 137:5, 137:6
**buildings** [1] - 30:21
**built** [2] - 136:25, 167:9
**bury** [1] - 160:16
**businessmen** [2] - 16:3, 16:5
**buy** [12] - 13:23, 20:21, 20:25, 22:8, 58:22, 58:24, 93:24, 95:3, 95:4, 140:23, 150:15
**buying** [3] - 21:4, 93:10, 111:5
**BY** [74] - 8:17, 14:10, 14:16, 15:23, 19:1, 19:23, 24:20, 25:1, 25:9, 27:1, 30:15,

**4**

31:3, 34:6, 36:14, 37:3, 38:20, 39:14, 43:5, 43:21, 45:14, 54:16, 55:1, 57:17, 57:24, 75:2, 75:13, 75:22, 76:6, 77:14, 79:24, 81:19, 83:15, 89:15, 93:14, 93:23, 98:17, 99:6, 103:5, 105:3, 117:22, 122:20, 123:18, 124:19, 125:19, 127:2, 127:15, 128:17, 129:19, 139:13, 140:5, 140:15, 142:6, 142:19, 144:5, 145:6, 151:4, 152:6, 157:19, 162:4, 178:5, 179:25, 185:16, 186:8, 189:19, 190:11, 191:13, 191:21, 192:22, 194:7, 194:20, 195:11, 196:11, 196:24, 201:15

## C

**cabinets** [1] - 111:12
**cabinets(indicating)** [1] - 90:8
**cable** [1] - 6:17
**CAD** [2] - 10:17, 12:25
**calibrating** [1] - 102:22
**CALLED** [3] - 8:11, 77:6, 128:10
**camera** [1] - 199:16
**camouflage** [1] - 56:19
**camps** [4] - 131:23, 131:24, 132:1, 163:2
**cannot** [14] - 13:8, 14:3, 14:6, 15:2, 16:6, 16:21, 21:11, 37:24, 38:2, 42:11, 53:24, 55:7, 55:10, 74:4
**capacity** [1] - 139:25
**capital** [2] - 78:6, 104:11
**captivation** [1] - 151:7
**captivity** [1] - 198:8
**car** [11] - 37:11, 37:12, 37:16, 88:17, 93:3, 93:5, 93:6, 93:9, 93:15, 93:16, 93:19
**care** [2] - 130:25,

144:14
**cared** [1] - 172:16
**career** [1] - 87:20
**Carolina** [1] - 96:2
**carried** [1] - 7:18
**carry** [1] - 90:23
**cars** [2] - 29:16, 93:24
**case** [21] - 4:7, 4:19, 5:2, 5:3, 5:4, 5:8, 5:10, 5:11, 6:4, 7:9, 7:11, 7:23, 8:2, 54:22, 82:25, 84:11, 84:16, 190:19, 197:19, 198:4
**cash** [24] - 93:2, 101:20, 102:1, 102:2, 102:8, 102:13, 102:17, 109:10, 109:13, 109:16, 109:17, 109:20, 109:21, 110:5, 110:6, 110:8, 114:21, 114:24, 115:4, 115:5, 116:5, 116:9, 116:10
**caused** [1] - 156:11
**causing** [2] - 54:8, 54:21
**CD** [7] - 18:24, 19:3, 19:5, 19:7, 19:10, 88:24, 89:5
**center** [1] - 133:18
**Center** [1] - 137:1
**CEO** [1] - 47:17
**certain** [7] - 3:15, 16:17, 23:6, 54:21, 57:25, 96:22
**certainly** [2] - 4:7, 192:14
**certificate** [1] - 201:22
**CERTIFIED** [1] - 1:24
**certify** [2] - 201:6, 201:10
**certifying** [1] - 201:23
**chains** [1] - 154:11
**chair** [1] - 32:6
**chance** [2] - 40:12, 119:4
**change** [2] - 85:6, 104:15
**changed** [3] - 104:19, 132:17, 134:16
**charge** [11] - 13:17, 35:15, 110:22, 130:22, 135:16, 155:5, 155:6, 173:4, 173:20, 173:22, 174:1
**charged** [1] - 5:8
**check** [15] - 28:11,

28:13, 28:17, 53:1, 88:12, 88:15, 88:16, 138:12, 146:6, 146:14, 146:15, 146:21, 147:7, 173:23, 174:2
**checked** [1] - 110:14
**checking** [1] - 127:19
**Chief** [1] - 134:5
**chief** [2] - 5:2, 5:10
**China** [31] - 20:23, 21:1, 21:4, 21:6, 22:8, 52:13, 52:15, 53:2, 53:4, 53:11, 53:18, 58:21, 58:23, 58:24, 59:3, 59:5, 59:8, 91:9, 111:14, 137:5, 137:17, 137:24, 138:10, 138:12, 138:16, 138:17, 140:20, 169:20, 170:1, 173:11, 174:11
**Chinese** [2] - 21:10, 21:12
**choice** [1] - 28:7
**Christmas** [12] - 41:10, 41:16, 42:12, 62:14, 70:13, 70:16, 71:8, 108:2, 120:20, 158:13, 176:18, 185:24
**circle** [5] - 20:2, 20:5, 30:24, 31:12, 89:22
**circumstances** [1] - 180:2
**City** [1] - 136:25
**city** [7] - 44:14, 84:22, 85:23, 88:11, 104:17, 107:6, 133:18
**civilian** [3] - 56:10, 56:11, 56:12
**CLAFFEE** [1] - 1:14
**claiming** [1] - 180:1
**Clan** [1] - 166:7
**clan** [5] - 135:12, 135:13, 165:21, 165:22, 166:6
**clans** [1] - 135:12
**clear** [4] - 53:25, 69:3, 167:24, 199:23
**CLERK** [8] - 8:13, 8:15, 57:10, 57:12, 77:8, 77:12, 128:12, 128:15
**client** [12] - 91:12, 91:14, 91:17, 91:22, 91:24, 94:4, 94:12, 112:8, 113:24,

115:23, 116:12, 166:19
**client's** [4] - 99:20, 101:23, 102:2, 102:4
**clients** [2] - 112:24, 114:9
**clips** [2] - 198:7, 198:11
**close** [6] - 12:3, 30:3, 77:25, 81:21, 128:19, 193:2
**close-by** [1] - 12:3
**closely** [2] - 24:14, 24:15
**closet** [1] - 26:12
**clothes** [5] - 56:12, 67:7, 67:14, 67:15, 181:21
**clothing** [1] - 153:11
**CNC** [6] - 12:21, 20:7, 20:8, 53:2, 89:25, 90:1
**co** [7] - 80:12, 80:21, 132:23, 150:24, 151:6, 158:13, 160:12
**co-workable** [1] - 160:12
**co-worker** [1] - 80:21
**co-workers** [5] - 80:12, 132:23, 150:24, 151:6, 158:13
**Code** [1] - 201:6
**code** [4] - 117:15, 117:16, 117:17, 118:3
**coercive** [1] - 5:1
**coffee** [1] - 26:8
**coffees** [1] - 130:16
**collect** [1] - 152:13
**color** [1] - 56:19
**combined** [2] - 9:5, 101:11
**coming** [18] - 19:8, 19:12, 43:10, 60:12, 62:25, 76:15, 101:8, 101:15, 101:19, 109:17, 109:20, 116:1, 116:9, 132:23, 151:19, 166:15, 177:25
**committed** [1] - 24:11
**common** [1] - 51:23
**communicate** [2] - 75:10, 75:15
**communicating** [1] - 122:14
**communications** [1] - 188:2

**companies** [4] - 48:22, 48:24, 91:8, 94:23
**company** [52] - 9:11, 12:18, 13:17, 15:25, 17:1, 26:16, 26:19, 48:8, 53:17, 54:9, 54:12, 60:16, 83:21, 90:20, 91:11, 92:4, 92:9, 92:10, 93:25, 94:14, 95:3, 97:5, 101:8, 101:9, 101:13, 101:15, 101:19, 101:23, 112:8, 116:20, 129:23, 132:1, 133:17, 137:6, 141:23, 142:1, 142:7, 142:9, 142:15, 142:20, 142:25, 143:5, 145:13, 165:12, 165:23, 165:25, 166:9, 169:1, 169:5, 169:6, 172:21, 177:13
**Company** [7] - 48:11, 78:8, 78:12, 83:22, 90:22, 165:25, 166:1
**company's** [2] - 92:8, 172:15
**company-related** [1] - 26:16
**complete** [1] - 96:22
**completed** [2] - 55:16, 94:9
**completing** [1] - 95:20
**Complex** [2] - 133:19, 141:19
**complex** [3] - 84:25, 133:11, 134:24
**complicated** [2] - 17:15, 21:11
**complied** [1] - 20:3
**compound** [90] - 28:1, 28:2, 28:4, 28:8, 28:10, 28:19, 29:9, 29:12, 29:22, 29:23, 29:25, 30:2, 30:14, 30:18, 31:5, 35:6, 36:10, 37:9, 38:6, 38:23, 38:25, 39:5, 39:16, 39:17, 40:1, 40:2, 40:4, 40:8, 40:14, 40:17, 62:9, 62:10, 63:2, 63:14, 64:14, 64:18, 65:2, 65:6, 65:9, 65:21, 66:2, 68:22, 68:24, 69:5, 69:7, 69:18,

70:4, 76:8, 79:16, 118:20, 126:7, 153:1, 153:2, 153:3, 153:6, 153:8, 153:14, 154:19, 154:22, 156:5, 156:21, 157:20, 157:23, 175:1, 175:7, 175:17, 175:23, 175:24, 176:12, 178:10, 178:16, 178:25, 179:4, 179:8, 179:11, 179:14, 179:17, 179:21, 180:3, 180:11, 180:12, 181:2, 181:14, 182:10, 193:21, 194:9, 194:13, 194:22, 196:7
**computer** [2] - 1:22, 17:5
**computer-aided** [1] - 1:22
**conceal** [1] - 7:20
**concern** [1] - 116:17
**concerned** [1] - 98:21
**concluded** [1] - 189:7
**concrete** [5] - 88:22, 132:19, 137:2, 137:3
**concrete-producing** [1] - 132:19
**condition** [2] - 40:13, 200:5
**condolences** [2] - 122:2, 185:3
**conduct** [2] - 6:21, 199:16
**confirm** [1] - 166:15
**confirmation** [1] - 95:20
**conflict** [2] - 113:3, 119:9
**conflicted** [1] - 132:7
**confused** [1] - 65:5
**congratulated** [1] - 123:6
**connection** [5] - 82:16, 84:9, 130:12, 136:7, 136:8
**consistent** [1] - 187:8
**construct** [1] - 86:23
**Construction** [14] - 15:8, 48:12, 48:18, 48:20, 112:8, 115:23, 137:7, 165:25, 166:12, 166:13, 166:20, 168:15, 168:16,

168:20
**construction** [3] - 88:2, 88:23, 112:9
**Consulting** [22] - 48:11, 48:14, 60:2, 71:13, 71:19, 71:22, 73:5, 78:8, 78:12, 82:23, 83:22, 84:20, 90:21, 130:1, 135:5, 162:13, 163:11, 164:19, 166:13, 167:1, 171:18, 177:7
**contact** [6] - 39:23, 39:25, 46:11, 120:15, 179:19, 184:5
**contacted** [1] - 98:12
**contacts** [1] - 161:17
**contained** [1] - 27:17
**contains** [2] - 82:22, 82:23
**contend** [1] - 200:9
**context** [2] - 5:12, 6:24
**contingent** [1] - 3:19
**continual** [1] - 7:11
**continue** [3] - 103:23, 158:24, 187:17
**continued** [4] - 122:4, 160:22, 187:2, 193:5
**contract** [2] - 105:12, 129:24
**contracted** [1] - 86:23
**contracts** [1] - 192:5
**Control** [1] - 1:15
**control** [6] - 41:2, 44:22, 104:20, 138:13, 173:15, 201:23
**controlled** [1] - 104:17
**conversation** [11] - 24:22, 91:19, 91:21, 96:11, 96:13, 142:20, 142:21, 142:24, 151:16, 161:7, 180:8
**conversations** [4] - 25:4, 143:19, 175:12, 186:11
**converse** [1] - 121:9
**copied** [2] - 27:2, 118:8
**copies** [2] - 26:19, 91:16
**cord** [1] - 6:17
**corner** [1] - 90:15
**correct** [152] - 7:2, 12:17, 13:16, 21:16, 21:19, 38:23, 45:23, 46:1, 46:13, 47:15,

51:10, 51:24, 52:8, 52:10, 52:14, 52:17, 54:2, 54:13, 57:4, 58:5, 58:19, 59:3, 59:5, 60:1, 60:3, 60:10, 60:19, 63:7, 64:19, 65:15, 65:17, 66:5, 66:16, 66:22, 70:2, 70:10, 71:1, 71:4, 71:6, 71:14, 71:19, 72:11, 73:11, 105:20, 106:12, 106:23, 107:20, 108:6, 108:13, 109:2, 109:5, 109:8, 109:12, 110:1, 110:14, 110:17, 110:20, 111:6, 111:14, 111:16, 111:18, 111:25, 112:12, 112:15, 113:23, 114:3, 114:16, 114:21, 114:24, 115:24, 116:10, 116:13, 117:2, 117:7, 117:8, 118:3, 120:4, 120:5, 121:18, 122:15, 122:16, 124:4, 127:5, 134:25, 140:1, 164:3, 165:15, 167:14, 169:20, 169:22, 170:13, 170:14, 171:8, 171:15, 171:18, 171:21, 172:2, 173:4, 173:5, 173:7, 173:8, 174:11, 174:15, 174:16, 174:20, 175:1, 175:2, 176:1, 176:4, 176:7, 176:8, 176:12, 176:13, 176:15, 176:16, 176:18, 176:22, 176:24, 177:2, 177:3, 177:4, 177:5, 177:7, 177:8, 177:13, 177:14, 178:1, 178:13, 178:16, 181:9, 182:11, 183:1, 183:11, 183:12, 183:15, 183:22, 184:5, 184:9, 184:16, 184:25, 185:3, 186:15, 189:24, 190:7, 190:13, 190:14, 191:3, 191:4, 197:2, 197:3, 197:5, 201:7

**correctly** [1] - 66:14
**cost** [3] - 93:7, 93:19, 113:16
**couches** [1] - 160:6
**counsel** [7] - 5:13, 7:23, 83:2, 99:4, 187:1, 187:5, 187:20
**Counterintelligence** [1] - 1:15
**countries** [1] - 20:21
**country** [17] - 15:18, 64:15, 64:18, 75:9, 75:14, 78:5, 91:8, 97:8, 117:15, 117:16, 117:17, 118:3, 120:15, 144:15, 144:19, 176:24, 187:19
**country's** [1] - 15:16
**countrymen** [3] - 119:19, 163:8, 183:9
**couple** [8] - 86:20, 92:10, 97:11, 97:12, 115:11, 122:17, 138:20, 152:18
**course** [6] - 4:10, 36:8, 53:6, 65:16, 81:25, 161:1
**court** [4] - 19:8, 43:18, 43:19, 89:8
**Court** [15] - 3:5, 3:16, 5:12, 7:8, 143:3, 187:7, 189:15, 198:12, 198:17, 200:2, 201:3, 201:4, 201:14, 201:17, 201:17
**COURT** [118] - 1:1, 3:3, 4:23, 6:12, 6:20, 6:24, 7:5, 7:21, 8:8, 14:6, 14:15, 15:22, 18:25, 19:19, 24:19, 24:25, 25:7, 26:25, 30:10, 34:5, 36:13, 36:20, 36:22, 38:18, 39:10, 42:25, 43:4, 43:18, 45:6, 45:9, 45:11, 54:15, 54:24, 57:15, 74:22, 74:24, 75:12, 75:20, 76:5, 76:12, 76:18, 76:21, 76:23, 76:25, 77:3, 79:14, 79:17, 79:21, 81:18, 83:1, 83:8, 83:12, 89:13, 93:13, 98:15, 98:25, 99:4, 104:23, 104:25, 122:19, 123:17, 124:18, 125:9, 125:14, 125:16,

126:24, 127:12, 127:23, 127:25, 128:2, 128:5, 128:7, 129:18, 139:16, 140:1, 140:13, 142:5, 142:13, 142:16, 143:23, 143:25, 144:4, 145:3, 145:5, 151:3, 152:4, 157:17, 161:25, 162:2, 179:24, 185:15, 186:7, 186:23, 188:15, 188:20, 188:24, 189:2, 189:6, 189:12, 189:16, 191:10, 191:20, 192:20, 194:1, 194:18, 195:10, 196:9, 196:21, 197:15, 197:16, 197:24, 198:19, 199:9, 199:14, 199:21, 200:7, 200:14, 200:16
**Court's** [2] - 4:16, 198:16
**courtroom** [4] - 13:25, 45:2, 81:10, 129:9
**cover** [3] - 15:7, 15:10, 21:25
**covered** [1] - 88:21
**crane** [1] - 90:17
**crazy** [3] - 42:22, 43:6, 73:23
**create** [2] - 90:16, 90:19
**created** [1] - 90:25
**critical** [2] - 74:6, 148:19
**Crm** [1] - 1:17
**cross** [5] - 45:11, 104:25, 126:13, 162:2, 196:5
**Cross** [1] - 2:3
**CROSS** [3] - 45:13, 105:2, 162:3
**cross-examine** [3] - 45:11, 104:25, 162:2
**CRR** [1] - 1:24
**Crystal** [3] - 134:15, 134:19, 134:25
**cumulative** [1] - 38:16
**cup** [1] - 26:8
**currency** [1] - 102:11
**customer** [11] - 48:17, 54:11, 54:17, 54:22, 55:7, 55:8, 112:3, 165:17, 166:10,

6

166:14, 167:13
**customer's** [2] - 55:4, 55:18
**customers** [1] - 73:10
**cut** [8] - 20:16, 33:11, 33:13, 33:17, 90:6, 177:23, 194:25
**cutting** [4] - 33:10, 33:11, 33:14, 35:2
**cylindrical** [1] - 90:2

# D

**D-3** [2] - 134:19, 152:11
**D-6** [1] - 134:18
**daily** [2] - 112:12, 173:23
**danger** [1] - 5:25
**dangerous** [1] - 103:4
**dark** [3] - 57:2, 65:22, 81:15
**date** [22] - 19:5, 61:19, 62:15, 79:5, 79:20, 97:18, 100:16, 100:23, 100:24, 124:23, 140:17, 144:7, 145:22, 170:16, 171:3, 171:7, 171:14, 178:9, 178:11, 178:12, 186:3, 201:9
**dated** [1] - 172:1
**dates** [1] - 201:9
**dating** [1] - 174:17
**daughter** [1] - 165:25
**daylight** [3] - 65:22, 65:23, 65:24
**days** [16] - 6:25, 27:23, 64:25, 65:3, 65:7, 65:10, 65:12, 65:14, 70:2, 70:4, 70:6, 76:2, 118:18, 136:6
**DC** [2] - 1:16, 1:18
**dead** [1] - 44:7
**deal** [1] - 200:11
**dealings** [2] - 118:5
**dealt** [1] - 118:11
**Dear** [1] - 99:13
**dear** [1] - 99:15
**December** [9] - 41:10, 121:15, 125:3, 171:8, 171:9, 176:19, 176:20, 176:22, 183:9
**deception** [1] - 114:13
**decide** [2] - 8:4, 161:10
**decided** [12] - 13:19,

13:21, 20:20, 35:13, 103:10, 104:19, 108:8, 137:19, 140:23, 161:11, 161:14, 161:22
**decision** [7] - 173:7, 177:17, 178:3, 178:4, 194:25, 195:4, 195:12
**decision-making** [1] - 195:12
**decisions** [2] - 13:23, 20:25
**Defendant** [18] - 1:6, 2:16, 5:7, 6:3, 6:16, 6:19, 6:21, 14:5, 14:14, 81:17, 129:17, 139:25, 187:8, 187:14, 187:22, 191:23, 198:3, 199:5
**DEFENDANT** [1] - 1:19
**Defendant's** [14] - 122:17, 123:19, 124:4, 125:7, 125:11, 186:5, 186:9, 186:11, 186:14, 186:17, 186:22, 187:5, 189:17, 198:23
**Defense** [7] - 5:3, 5:11, 5:13, 187:1, 187:20, 189:9, 198:4
**define** [1] - 70:11
**definitely** [6] - 145:4, 152:19, 172:11, 172:22, 179:18, 195:22
**degree** [2] - 9:6, 9:8
**delayed** [4] - 87:4, 115:15, 115:16, 115:22
**demeanor** [3] - 98:18, 99:1, 102:25
**demonstrating** [1] - 55:18
**denied** [2] - 179:24, 188:11
**depart** [1] - 80:5
**departure** [2] - 5:22, 184:1
**deposited** [1] - 109:9
**describe** [7] - 14:7, 46:17, 55:24, 86:1, 88:19, 136:24, 156:11
**described** [5] - 38:12, 39:1, 73:16, 76:8, 106:6

**describing** [5] - 20:5, 26:23, 38:21, 137:9, 141:13
**description** [2] - 10:6, 43:20
**design** [3] - 10:9, 29:17, 29:19
**desk** [1] - 161:3
**details** [3] - 78:24, 82:12, 196:6
**detained** [5] - 26:2, 68:8, 69:4, 76:1, 107:18
**detention** [3] - 7:2, 75:4, 75:6
**develop** [1] - 88:3
**developing** [2] - 14:23, 14:24
**device** [2] - 33:11, 33:14
**diameter** [2] - 17:16, 17:20
**die** [1] - 7:17
**died** [2] - 122:1, 185:2
**difference** [2] - 7:7, 56:25
**different** [25] - 17:22, 19:12, 40:16, 40:19, 40:20, 48:25, 50:14, 115:6, 131:2, 132:17, 132:21, 133:4, 134:21, 134:22, 137:14, 137:15, 137:18, 137:21, 157:22, 157:25, 160:9, 165:23, 189:4, 193:8
**difficult** [4] - 17:14, 132:10, 177:17, 198:21
**digit** [1] - 102:7
**digital** [1] - 115:7
**digits** [2] - 92:22, 92:23
**dimension** [1] - 51:18
**dimensions** [2] - 52:2, 148:19
**dinner** [7] - 127:5, 127:16, 191:2, 191:14, 191:16, 191:22, 196:25
**Direct** [1] - 2:3
**direct** [6] - 83:18, 112:8, 118:5, 118:22, 183:13, 201:23
**DIRECT** [3] - 8:16, 77:13, 128:16
**directed** [1] - 179:21
**directing** [3] - 64:13,

95:8, 178:25
**directly** [2] - 118:11, 145:17
**disagreeing** [2] - 25:12, 150:23
**disagreement** [1] - 150:21
**disagreements** [2] - 150:14, 150:17
**disassemble** [1] - 18:4
**disc** [1] - 27:16
**discharge** [1] - 59:14
**disclosure** [5] - 84:4, 84:5, 84:8, 84:10, 131:11
**discourage** [1] - 177:25
**discrepancy** [1] - 91:25
**discretion** [1] - 174:4
**discuss** [4] - 3:4, 197:19, 197:24, 200:8
**discussed** [3] - 107:20, 108:5, 169:7
**discussing** [2] - 74:1, 74:3
**discussion** [3] - 21:2, 186:24, 189:7
**disloyal** [1] - 193:16
**displeased** [1] - 54:17
**dissatisfaction** [1] - 54:21
**dissatisfied** [2] - 54:11, 55:9
**DISTRICT** [2] - 1:1, 1:1
**District** [4] - 201:4, 201:17, 201:18
**doctored** [1] - 114:1
**doctoring** [1] - 114:5
**document** [15] - 78:24, 79:25, 82:8, 82:22, 83:5, 95:1, 95:9, 100:9, 117:24, 123:21, 158:2, 171:1, 171:4, 188:3, 188:10
**documents** [10] - 26:11, 26:14, 26:20, 26:23, 27:2, 82:16, 82:23, 82:24, 138:25, 152:11
**DOJ** [2] - 1:14, 1:17
**DOJ-Crm** [1] - 1:17
**DOJ-Nsd** [1] - 1:14
**dollars** [5] - 10:20, 10:22, 11:2, 101:14, 102:12
**done** [10] - 35:3,

36:11, 55:14, 102:13, 126:10, 137:6, 154:3, 155:12, 156:16, 158:23
**door** [2] - 5:11, 187:21
**doubt** [6] - 75:3, 155:11, 196:12, 196:14, 196:15, 196:17
**down** [17] - 103:19, 117:24, 124:12, 127:23, 133:18, 134:24, 145:18, 147:8, 148:16, 150:23, 153:1, 159:22, 160:15, 185:11, 190:22, 190:23
**downtown** [1] - 85:10
**dozen** [1] - 47:5
**draft** [1] - 84:15
**dragged** [1] - 35:4
**draw** [4] - 55:11, 89:20, 148:18, 162:12
**drawings** [3] - 26:17, 27:17, 50:15
**dressed** [2] - 56:12, 153:10
**drill** [4] - 17:21, 20:18, 20:19, 95:6
**drill(indicating)** [1] - 20:17
**drilling** [2] - 160:6, 160:22
**drive** [11] - 27:16, 55:25, 85:14, 85:25, 88:11, 121:21, 137:1, 161:15, 161:23
**drives** [3] - 152:12, 152:18, 152:19
**driving** [6] - 28:3, 38:1, 69:17, 133:18, 190:6
**drove** [11] - 6:5, 26:3, 26:4, 28:4, 30:23, 37:12, 43:11, 44:14, 44:23, 56:1, 161:13
**Dukan** [6] - 107:7, 107:8, 107:9, 118:16, 118:17, 175:10
**DULY** [3] - 8:11, 77:6, 128:11
**durable** [1] - 96:12
**duress** [4] - 96:18, 187:22, 187:24, 187:25

7

**during** [24] - 5:3, 6:25, 13:6, 64:15, 66:2, 73:9, 80:12, 87:22, 97:7, 99:24, 106:12, 107:17, 115:12, 121:17, 126:10, 126:13, 142:23, 149:7, 174:25, 176:6, 184:20, 196:5, 198:10
**duties** [1] - 137:9
**duty** [2] - 87:16, 87:17

**E**

**early** [9] - 11:18, 42:3, 45:25, 54:1, 81:5, 86:17, 169:11, 169:13
**easier** [2] - 83:17, 140:14
**East** [1] - 135:22
**educational** [1] - 9:1
**efforts** [1] - 7:11
**eight** [1] - 83:5
**eight-page** [1] - 83:5
**either** [7] - 50:1, 54:7, 109:9, 122:14, 126:15, 169:3, 192:20
**electrical** [1] - 154:7
**electronics** [1] - 9:5
**Elina** [104] - 3:17, 5:14, 6:15, 9:24, 12:6, 12:13, 13:5, 26:5, 26:6, 27:10, 28:6, 31:4, 32:25, 36:16, 37:8, 42:6, 42:23, 43:10, 43:22, 44:17, 46:9, 46:22, 63:1, 65:19, 67:1, 67:9, 71:11, 71:17, 73:14, 74:2, 74:5, 74:13, 80:19, 81:24, 82:12, 82:24, 82:25, 85:5, 86:8, 103:9, 103:17, 103:18, 103:20, 107:14, 107:15, 119:6, 119:10, 119:19, 120:9, 129:21, 129:25, 130:6, 130:12, 131:21, 132:11, 133:13, 133:24, 134:2, 134:3, 138:13, 138:16, 139:11, 139:20, 139:23, 149:11, 151:22, 151:25, 152:1,

152:7, 152:8, 152:16, 157:14, 159:1, 159:11, 159:13, 159:17, 159:21, 159:24, 160:3, 160:10, 160:13, 160:21, 160:22, 161:3, 161:4, 161:6, 162:17, 162:19, 164:20, 165:3, 173:11, 176:21, 177:4, 177:17, 177:18, 177:21, 183:15, 185:11, 194:14, 194:18, 195:8, 195:10, 195:13
**Elina's** [2] - 10:1, 190:22
**email** [22] - 79:3, 79:4, 79:5, 82:12, 95:9, 95:11, 95:13, 99:21, 117:12, 117:14, 117:18, 118:6, 118:8, 118:9, 139:7, 139:10, 139:15, 139:19, 139:21, 139:22, 139:24
**emotional** [1] - 200:5
**emotionally** [1] - 196:4
**emphasized** [1] - 135:9
**employ** [2] - 5:16, 6:7
**employed** [4] - 47:5, 78:12, 86:10, 86:13
**employee** [3] - 5:6, 92:16, 139:24
**employees** [17] - 5:23, 6:3, 6:4, 7:16, 18:1, 18:4, 55:17, 86:7, 86:16, 92:6, 94:18, 149:23, 150:22, 164:18, 169:12, 172:8, 192:4
**employers** [1] - 185:9
**employment** [3] - 82:14, 131:10, 135:8
**encountered** [1] - 112:11
**encouraged** [1] - 177:15
**end** [22] - 6:7, 7:4, 9:21, 11:1, 22:18, 24:6, 30:8, 42:17, 44:15, 62:13, 80:5, 81:9, 94:12, 96:21, 97:18, 97:19, 101:11, 102:9,

115:4, 115:5, 116:6
**ended** [2] - 129:24, 194:9
**Enden** [10] - 2:5, 5:15, 12:7, 12:8, 12:9, 42:8, 77:24, 105:18, 128:9, 129:2
**Enden's** [1] - 72:1
**energy** [3] - 195:17, 195:18, 195:19
**enforcement** [2] - 180:25, 182:4
**engaged** [1] - 195:15
**Engineer** [1] - 134:5
**engineer** [12] - 9:2, 9:24, 12:22, 12:23, 14:18, 17:2, 46:2, 48:3, 48:4, 50:9, 134:5, 134:10
**engineering** [2] - 10:17, 17:4
**Engineering** [1] - 9:2
**engineers** [7] - 96:14, 133:23, 134:1, 137:16, 138:14, 150:18, 150:19
**England** [2] - 121:18, 184:24
**English** [2] - 34:10, 34:11
**ensured** [1] - 132:12
**enter** [1] - 100:4
**entered** [1] - 67:4
**entering** [1] - 99:25
**enterprise** [2] - 74:7, 177:16
**entirely** [1] - 168:18
**entry** [2] - 100:14, 100:20
**equipment** [2] - 18:9, 52:9
**Erbil** [5] - 44:23, 104:11, 104:13, 104:20, 161:23
**errands** [1] - 130:17
**erratic** [1] - 5:22
**ESQ** [4] - 1:11, 1:14, 1:17, 1:20
**essence** [1] - 165:11
**Estonia** [59] - 3:7, 3:9, 8:19, 8:20, 12:10, 12:14, 13:9, 40:25, 41:10, 42:1, 46:8, 60:7, 61:2, 65:17, 71:17, 72:9, 72:10, 72:11, 72:13, 72:24, 73:14, 73:19, 77:16, 78:6, 78:9, 80:15, 107:24, 108:6, 109:4, 127:5,

128:21, 130:10, 131:21, 133:24, 144:16, 144:18, 145:1, 145:4, 145:13, 148:20, 157:11, 158:13, 162:21, 164:6, 170:10, 170:20, 171:20, 176:1, 176:15, 180:19, 181:1, 183:3, 183:8, 185:9, 191:2, 191:5, 192:6, 193:16, 195:7
**Estonia's** [1] - 8:24
**Estonian** [7] - 3:18, 80:21, 86:7, 151:6, 158:12, 183:11
**Estonians** [23] - 4:2, 13:6, 33:6, 36:10, 39:3, 42:3, 47:25, 66:25, 68:1, 70:16, 74:2, 86:9, 104:9, 107:15, 118:19, 118:24, 120:7, 134:17, 164:21, 175:9, 175:16, 176:18, 183:21
**etc** [3] - 51:12, 115:23, 121:21
**Europe** [4] - 8:21, 8:22, 8:23, 53:22
**evening** [5] - 43:12, 69:10, 69:12, 130:20, 197:23
**evenings** [1] - 106:13
**event** [4] - 62:7, 64:6, 67:18, 74:10
**events** [10] - 5:20, 6:24, 7:6, 62:2, 62:4, 62:5, 73:15, 94:2, 176:6
**eventually** [6] - 37:8, 40:7, 87:4, 158:12, 167:20, 190:22
**everywhere** [1] - 161:18
**Evidence** [1] - 199:23
**evidence** [19] - 4:21, 5:1, 5:6, 5:9, 5:19, 6:2, 19:21, 30:6, 76:4, 83:14, 89:11, 95:8, 125:12, 140:4, 144:2, 170:24, 188:6, 189:18, 197:18
**evidentiary** [1] - 199:21
**evolved** [2] - 131:4, 131:14
**ex** [2] - 198:6, 198:23

**ex-wife** [2] - 198:6, 198:23
**exact** [9] - 65:3, 79:20, 97:18, 113:8, 136:14, 178:9, 178:11, 178:12, 186:3
**exactly** [8] - 12:24, 21:14, 30:22, 40:5, 62:5, 72:22, 164:8, 195:7
**EXAMINATION** [12] - 8:16, 45:13, 75:1, 77:13, 105:2, 125:18, 127:1, 127:14, 128:16, 162:3, 191:12, 196:23
**examination** [3] - 62:3, 126:13, 196:5
**examine** [3] - 45:11, 104:25, 162:2
**example** [3] - 155:20, 172:16, 187:10
**except** [1] - 58:21
**exception** [2] - 200:3, 200:10
**exchange** [1] - 189:1
**exchanged** [3] - 121:9, 124:7, 184:21
**exchanges** [2] - 125:21, 144:24
**exchanging** [1] - 185:23
**exclamation** [1] - 146:9
**excuse** [1] - 101:21
**excused** [7] - 76:20, 76:23, 127:24, 128:2, 197:13, 197:15, 197:23
**Exhibit** [56] - 2:8, 2:8, 2:9, 2:9, 2:10, 2:10, 2:11, 2:11, 2:12, 2:12, 2:13, 2:13, 2:14, 2:14, 2:16, 2:17, 2:17, 2:18, 19:2, 19:17, 19:20, 29:6, 30:7, 78:23, 79:11, 82:9, 82:20, 82:22, 83:13, 88:25, 95:7, 99:10, 111:10, 117:13, 117:24, 122:18, 123:19, 124:4, 125:11, 139:2, 139:14, 140:3, 141:1, 143:13, 144:1, 158:3, 170:23, 170:25, 171:6,

8

171:13, 186:5, 186:9, 186:11, 186:17, 186:22, 189:17

**exhibit** [4] - 19:12, 83:3, 101:4, 147:12

**Exhibits** [1] - 189:9

**exhibits** [2] - 122:17, 198:12

**existing** [1] - 200:4

**expenses** [3] - 92:10, 110:11

**experience** [2] - 137:25, 171:18

**expertise** [1] - 15:13

**explain** [15] - 17:22, 17:24, 59:20, 67:19, 98:8, 125:20, 132:8, 133:3, 165:2, 192:24, 193:11, 193:14, 194:24, 195:4, 195:12

**explained** [4] - 21:24, 38:24, 39:12, 164:12

**explaining** [1] - 68:6

**explains** [1] - 6:4

**explicitly** [1] - 195:12

**Export** [3] - 1:15, 7:10, 188:1

**export** [4] - 7:19, 21:20, 22:1, 52:16

**expressed** [1] - 116:17

**expression** [1] - 24:4

**extent** [1] - 6:11

**extra** [1] - 92:10

### F

**face** [2] - 181:24, 181:25

**Facebook** [9] - 120:18, 120:21, 121:9, 121:11, 121:13, 144:23, 158:4, 184:7, 184:21

**facilities** [1] - 30:21

**facility** [1] - 106:20

**fact** [24] - 3:8, 51:8, 51:23, 54:6, 54:11, 58:9, 58:13, 60:18, 64:21, 74:1, 105:22, 108:11, 109:13, 111:23, 114:5, 114:20, 117:1, 117:6, 120:18, 127:3, 163:15, 177:15, 187:2, 192:10

**faction** [2] - 104:21,

126:21

**factory** [59] - 5:7, 10:9, 13:1, 16:8, 18:12, 18:17, 18:19, 18:21, 19:13, 22:4, 24:7, 24:10, 24:22, 39:11, 44:9, 44:10, 49:25, 57:4, 57:7, 86:24, 87:8, 87:14, 88:1, 88:3, 88:6, 88:10, 88:13, 88:19, 88:22, 90:11, 102:19, 108:17, 108:19, 108:20, 108:22, 108:24, 109:2, 111:9, 132:4, 132:19, 132:20, 135:19, 136:1, 136:5, 136:10, 136:18, 136:22, 136:24, 136:25, 137:2, 138:12, 149:20, 161:14, 167:8, 167:25, 168:1, 168:9, 174:11

**facts** [2] - 62:8, 76:3

**fail** [1] - 59:15

**failed** [2] - 58:19, 59:8

**failure** [3] - 54:20, 59:17, 172:15

**fair** [5] - 164:10, 165:9, 167:25, 177:16, 186:12

**fall** [7] - 76:2, 78:17, 79:8, 81:1, 118:14, 187:24, 191:15

**fallen** [1] - 105:16

**familiar** [3] - 49:18, 112:7, 180:24

**family** [7] - 41:9, 97:14, 135:15, 160:18, 166:4, 166:6, 166:7

**fancy** [2] - 56:7, 56:8

**far** [9] - 4:6, 4:10, 61:10, 85:12, 85:24, 117:4, 117:16, 167:24, 174:14

**Fargo** [3] - 92:5, 101:25, 109:10

**Faruk** [27] - 23:11, 23:12, 23:13, 48:21, 48:23, 48:24, 49:1, 49:7, 49:14, 54:11, 56:9, 101:23, 112:4, 112:6, 112:9, 112:12, 112:15, 115:23, 165:22, 166:1, 166:2, 166:5, 166:7, 166:9, 166:10

**Faruk's** [4] - 23:22, 48:22, 49:22, 55:22

**Faruks** [4] - 113:1, 117:10, 165:19, 165:21

**fast** [2] - 161:13, 161:15

**father** [2] - 185:5, 185:6

**Fayetteville** [1] - 96:2

**FBI** [7] - 5:18, 22:23, 97:15, 97:25, 98:2, 98:3, 98:21

**fear** [2] - 6:10, 37:1

**February** [1] - 187:23

**feelings** [1] - 177:9

**fellas** [1] - 116:15

**fellow** [6] - 68:1, 163:8, 164:21, 175:9, 175:16, 183:21

**felt** [4] - 103:1, 103:2, 103:3, 160:4

**few** [9] - 54:7, 59:14, 65:12, 70:2, 70:4, 118:18, 133:20, 166:14

**fifth** [1] - 124:9

**Fifty** [2] - 47:11, 47:12

**fight** [1] - 3:21

**figure** [1] - 17:12

**figured** [1] - 98:6

**figures** [2] - 17:20, 116:5

**filed** [2] - 3:12, 4:13

**Filipinos** [2] - 109:7, 109:8

**filled** [1] - 196:1

**finally** [2] - 158:2, 194:24

**financed** [1] - 135:13

**fine** [3] - 53:14, 118:2, 189:3

**finger** [4] - 33:12, 33:13, 33:17, 35:2

**fingers** [2] - 26:23, 33:15

**finish** [2] - 89:7, 172:19

**finished** [3] - 160:20, 167:10, 172:23

**finland** [1] - 8:25

**fire** [1] - 22:16

**firearms** [1] - 163:9

**fired** [1] - 96:19

**firing** [3] - 100:20, 171:14, 171:21

**first** [58] - 5:12, 6:9, 8:8, 11:3, 11:17, 18:11, 24:6, 31:6,

32:18, 32:19, 32:23, 33:2, 35:22, 38:12, 38:22, 39:18, 43:8, 43:11, 44:14, 47:5, 50:14, 52:22, 56:3, 65:2, 66:15, 78:1, 80:17, 82:13, 85:3, 85:21, 87:25, 88:22, 98:5, 99:12, 102:9, 102:15, 102:22, 104:12, 118:1, 118:14, 124:25, 131:15, 140:16, 141:15, 144:6, 146:2, 162:12, 163:1, 164:18, 164:20, 164:22, 165:4, 175:5, 176:9, 179:19

**fist** [1] - 154:9

**fit** [1] - 60:15

**five** [5] - 32:5, 32:23, 86:2, 146:10, 188:20

**five-room** [1] - 86:2

**flagged** [1] - 98:7

**fled** [1] - 103:9

**flew** [1] - 133:24

**flight** [2] - 79:2, 106:3

**flights** [1] - 104:17

**flip** [1] - 124:10

**flipping** [1] - 148:13

**floor** [10] - 19:13, 47:1, 56:2, 56:3, 57:7, 86:2, 88:22, 88:23, 111:9

**floors** [2] - 108:23, 137:3

**fly** [3] - 25:22, 158:11, 161:23

**flying** [1] - 25:24

**focused** [1] - 195:25

**followed** [2] - 6:25, 184:20

**following** [3] - 3:1, 39:8, 39:13

**FOLLOWS** [3] - 8:12, 77:7, 128:11

**food** [3] - 67:4, 175:17, 181:17

**foot** [1] - 141:15

**FOR** [3] - 1:1, 1:10, 1:19

**forbidden** [2] - 15:13, 15:15

**force** [3] - 74:6, 157:4, 192:25

**foregoing** [3] - 201:7, 201:10, 201:22

**forgot** [2] - 85:20, 138:21

**form** [4] - 82:13, 90:2, 101:18

**formally** [1] - 105:12

**former** [1] - 81:24

**forth** [3] - 193:6, 198:9, 201:9

**forty** [1] - 86:18

**forward** [1] - 197:22

**forwarded** [3] - 94:5, 95:20, 118:9

**foundation** [3] - 54:14, 54:23, 193:25

**four** [7] - 3:8, 32:5, 32:23, 86:2, 146:7, 148:4, 159:11

**frame** [3] - 61:11, 121:17, 174:14

**frankly** [1] - 188:21

**freaked** [1] - 98:1

**free** [3] - 16:16, 16:18, 103:24

**frequently** [1] - 102:8

**friend** [7] - 9:24, 9:25, 129:21, 132:11, 157:14, 162:19, 196:4

**friendly** [4] - 125:21, 126:1, 126:3, 158:1

**front** [11] - 7:24, 7:25, 19:2, 31:12, 35:5, 78:22, 88:24, 138:24, 151:12, 151:14, 160:14

**full** [1] - 26:8

**fun** [1] - 123:25

**function** [1] - 59:14

**functions** [2] - 90:23, 133:16

**funding** [3] - 15:20, 23:13, 135:10

**funds** [1] - 93:25

**FURTHER** [1] - 127:14

**future** [2] - 81:22, 103:3

### G

**gain** [1] - 136:1

**gas** [29] - 22:2, 22:5, 22:9, 22:13, 58:4, 58:13, 58:18, 58:20, 58:25, 59:2, 59:5, 59:8, 59:13, 59:24, 59:25, 94:21, 96:5, 96:8, 96:10, 96:11, 96:17, 96:20, 100:14, 171:14, 171:16, 171:21, 171:24, 171:25

**gates** [1] - 55:25

gathered [1] - 193:24
gauge [1] - 198:12
General [1] - 110:8
generally [2] - 94:4, 159:18
gentleman [1] - 198:15
gentlemen [1] - 126:15
gift [1] - 92:15
Gino [2] - 45:15, 105:6
GINO [1] - 1:20
girl [2] - 13:9, 129:23
girls [1] - 67:9
given [4] - 137:15, 174:4, 194:21, 196:1
glad [2] - 187:12, 187:15
Glock [5] - 14:18, 14:19, 14:23, 141:8, 141:11
glove [2] - 34:20, 34:21
gloves [1] - 34:18
goal [4] - 52:7, 52:8, 166:22, 196:1
Goodbye [1] - 161:14
Goran [15] - 4:8, 5:7, 39:19, 39:20, 39:21, 39:22, 39:24, 179:19, 180:7, 180:8, 180:10, 180:11, 180:14, 180:19
Goran's [1] - 180:14
GOVERNMENT [1] - 1:10
Government [40] - 2:3, 2:7, 4:6, 4:20, 4:25, 8:9, 16:3, 16:4, 19:2, 19:17, 23:14, 29:6, 30:6, 51:16, 67:17, 77:4, 78:23, 79:11, 82:9, 82:19, 82:20, 88:25, 95:7, 99:10, 106:2, 111:10, 117:13, 117:21, 117:23, 128:9, 133:6, 139:2, 139:14, 141:1, 143:13, 158:3, 171:13, 182:9, 182:16, 187:18
Government's [15] - 6:1, 19:20, 57:9, 82:22, 83:13, 123:15, 123:20, 140:3, 143:21, 143:25, 144:1, 170:23, 170:25,

171:6, 199:9
Gram [1] - 115:1
Grams [5] - 92:17, 92:23, 93:1, 115:1, 115:8
granted [2] - 89:13, 140:13
grateful [1] - 187:12
great [2] - 132:13, 146:6
Great [1] - 146:9
Greece [14] - 20:24, 52:14, 52:15, 64:21, 75:18, 75:24, 86:20, 93:2, 97:12, 111:18, 114:23, 115:8, 169:24, 178:22
Greek [3] - 4:5, 5:6, 114:21
Greeks [3] - 109:6, 109:13, 114:20
ground [1] - 47:1
Group [1] - 166:2
group [1] - 68:25
guarded [2] - 153:8, 153:21
guarding [1] - 56:1
guards [2] - 56:14, 88:16
guess [7] - 98:12, 98:15, 122:6, 122:8, 124:6, 125:1, 126:5
gun [25] - 4:2, 6:19, 17:21, 17:22, 17:24, 20:17, 20:18, 44:2, 44:3, 44:5, 125:21, 132:4, 135:25, 136:9, 149:20, 159:16, 159:18, 159:20, 160:6, 163:5, 163:9, 167:12
guns [14] - 18:2, 18:5, 21:21, 56:21, 131:3, 132:6, 132:10, 137:11, 141:9, 141:10, 141:16, 168:1, 168:6, 168:9
guy [10] - 23:13, 32:9, 32:11, 32:12, 40:21, 49:3, 49:11, 52:21, 108:13, 113:11
guys [16] - 24:1, 28:12, 28:21, 28:22, 29:10, 32:5, 33:7, 33:9, 34:25, 50:2, 64:6, 74:12, 119:24, 121:5, 168:19, 187:16
GX-27.2 [1] - 138:25

**H**

half [6] - 47:5, 95:9, 96:21, 99:12, 102:16, 104:18
hand [3] - 18:24, 94:18, 110:8
handful [1] - 21:18
handling [2] - 49:11, 49:12
hands [1] - 33:21
hang [1] - 124:14
Hang [1] - 123:9
hanging [1] - 149:9
happy [1] - 89:8
Happy [4] - 120:20, 121:14, 121:17, 185:24
hard [11] - 27:16, 100:11, 130:6, 152:12, 152:18, 178:3, 194:25, 195:4
hard-working [1] - 130:6
HAVING [3] - 8:11, 77:6, 128:10
head [5] - 4:9, 6:19, 33:10, 35:1, 127:19
hear [16] - 23:6, 24:16, 25:12, 32:3, 35:21, 35:22, 38:15, 128:19, 150:14, 150:24, 155:1, 181:4, 181:9, 181:10, 194:8, 194:21
heard [15] - 4:12, 10:7, 31:6, 31:8, 35:22, 35:24, 38:22, 63:1, 63:4, 118:17, 151:6, 152:8, 155:4, 181:6, 197:18
hearing [5] - 31:20, 31:21, 36:7, 116:15, 155:3
hearsay [24] - 24:18, 24:24, 25:6, 43:15, 79:13, 79:17, 82:24, 98:14, 139:17, 139:19, 142:4, 142:12, 151:2, 151:3, 152:3, 157:16, 187:6, 187:22, 187:23, 194:16, 195:9, 199:4, 199:25, 200:4
heat [1] - 53:15
held [9] - 7:1, 26:23, 30:17, 38:6, 40:3, 126:8, 153:20,

186:24, 198:8
help [2] - 163:2, 163:25
helping [2] - 12:16, 37:19
here(indicating [1] - 90:15
hereby [1] - 201:6
hereinbefore [1] - 201:9
Heret [68] - 2:5, 5:15, 12:6, 12:7, 12:8, 12:9, 13:5, 27:10, 28:6, 31:4, 33:1, 36:16, 37:8, 42:8, 43:10, 43:13, 43:19, 43:22, 44:17, 46:23, 52:17, 64:2, 64:8, 65:19, 67:1, 67:9, 71:11, 71:17, 72:1, 73:14, 74:2, 74:5, 77:22, 78:1, 78:2, 78:7, 78:8, 78:11, 78:13, 80:9, 80:19, 80:21, 81:22, 84:14, 85:5, 86:7, 103:10, 103:15, 105:16, 105:18, 106:12, 107:14, 107:15, 108:2, 108:6, 108:8, 118:14, 118:18, 120:9, 122:1, 122:14, 127:7, 128:9, 128:14, 129:2, 146:25, 147:2
HERET [1] - 128:14
Heret's [3] - 71:18, 71:24, 80:12
Heret@RCC.com [1] - 139:22
Hewa [7] - 113:5, 113:9, 126:14, 126:18, 168:20, 168:25, 169:3
hi [1] - 105:5
hide [2] - 26:12, 27:3
hierarchy [2] - 41:3, 113:8
high [4] - 133:10, 136:15, 165:8, 165:9
higher [3] - 41:3, 157:7, 193:1
highest [1] - 9:6
Hill [1] - 143:3
himself [3] - 24:5, 127:9, 143:12
HINKLEY [6] - 1:11, 198:20, 199:12, 199:18, 200:13, 200:15

Hinkley [1] - 128:8
hire [1] - 16:7
hired [5] - 15:1, 46:8, 87:13, 90:21, 136:4
hiring [1] - 60:10
historically [1] - 135:20
hit [6] - 3:22, 6:16, 34:19, 35:1, 160:13, 183:16
hitting [2] - 34:22, 103:20
Hold [1] - 139:23
hold [1] - 137:4
Holding [5] - 48:21, 112:9, 165:22, 166:1, 166:9
holding [4] - 4:2, 33:8, 33:12, 33:14
Holdings [2] - 112:6, 166:11
hole [1] - 17:21
holiday [1] - 70:17
home [51] - 5:19, 16:21, 25:18, 25:21, 25:22, 25:24, 37:4, 37:16, 38:1, 39:3, 40:12, 41:10, 41:12, 41:17, 44:13, 62:8, 62:14, 62:25, 63:9, 63:10, 68:7, 69:17, 70:10, 70:12, 70:16, 70:19, 70:21, 70:23, 71:17, 73:19, 73:23, 74:3, 74:12, 74:15, 74:16, 74:17, 74:18, 108:2, 108:6, 146:14, 147:6, 147:7, 157:11, 158:13, 159:9, 161:15, 162:19, 176:14, 183:22, 187:13
honest [1] - 172:11
Hong [2] - 138:10, 138:19
Honor [80] - 3:5, 4:13, 4:18, 4:24, 7:2, 8:5, 8:9, 14:13, 18:23, 19:16, 24:18, 30:5, 36:19, 38:16, 38:21, 42:24, 43:3, 43:17, 45:5, 45:7, 45:8, 57:14, 74:21, 74:25, 76:3, 76:17, 76:20, 77:4, 79:10, 79:12, 79:19, 81:16, 82:19, 82:21, 89:10, 98:13, 98:24, 104:22, 123:16, 125:6,

**10**

125:17, 128:4, 128:8, 129:16, 139:12, 139:17, 140:12, 143:20, 143:22, 144:3, 152:3, 157:16, 161:24, 162:1, 179:22, 186:20, 186:21, 187:1, 189:8, 189:10, 191:11, 191:19, 192:12, 192:18, 192:19, 193:22, 193:24, 194:16, 196:20, 197:12, 198:2, 198:6, 198:11, 198:17, 198:20, 199:19, 200:1, 200:12, 200:13, 200:15
**HONORABLE** [1] - 1:8
**hope** [1] - 187:16
**hospital** [4] - 69:21, 69:23, 70:5, 70:7
**Hotel** [1] - 191:7
**hotels** [1] - 174:2
**hours** [2] - 6:6, 65:7
**house** [10] - 22:19, 22:24, 22:25, 73:22, 73:25, 98:2, 98:4, 143:2, 146:17, 160:17
**household** [2] - 130:25, 149:4
**housing** [3] - 11:13, 84:24, 133:9
**huge** [1] - 23:1
**hum** [9] - 46:7, 50:7, 55:13, 61:12, 73:25, 99:18, 110:2, 125:5, 147:20
**humble** [1] - 158:1
**hundred** [1] - 195:21
**hundreds** [1] - 21:18
**hurt** [2] - 35:13, 155:4
**hurting** [2] - 37:20, 37:21
**husband** [6] - 128:24, 174:17, 186:17, 189:13, 190:3, 197:1

**I**

**idea** [7] - 10:9, 93:7, 113:10, 136:9, 163:21, 177:13, 177:18
**identified** [6] - 4:5, 14:5, 14:14, 81:17, 129:17, 198:4

**Identified** [1] - 2:7
**identify** [7] - 14:2, 81:12, 88:17, 111:10, 129:12, 129:14, 188:16
**III** [2] - 95:23, 96:1
**illegal** [2] - 7:13, 7:19
**image** [3] - 120:21, 122:24, 125:1
**immediately** [2] - 41:5, 151:25
**impeach** [1] - 187:2
**important** [8] - 36:17, 36:24, 62:17, 150:2, 150:3, 150:11, 155:21, 157:9
**impression** [1] - 200:10
**IN** [1] - 1:1
**in-camera** [1] - 199:16
**inadmissible** [1] - 192:16
**inches** [1] - 26:24
**incident** [5] - 7:4, 63:18, 71:4, 71:16, 103:23
**inclined** [1] - 7:22
**include** [1] - 100:8
**includes** [2] - 99:15, 145:16
**including** [1] - 191:25
**increase** [1] - 87:12
**independence** [4] - 136:2, 164:1, 164:10, 164:13
**India** [10] - 20:23, 21:1, 52:13, 52:15, 53:1, 53:4, 53:7, 53:17, 111:16, 169:22
**indicate** [1] - 79:25
**indicated** [11] - 51:1, 51:6, 58:7, 58:18, 59:17, 112:3, 114:5, 118:17, 119:5, 121:3, 183:14
**indicating)** [1] - 30:25
**individual** [6] - 4:8, 6:13, 112:20, 113:5, 166:16, 168:12
**individuals** [1] - 172:4
**industries** [1] - 165:24
**influence** [3] - 87:12, 104:16, 126:22
**influential** [2] - 60:7, 162:23
**inform** [1] - 152:2
**information** [7] - 32:7, 51:9, 82:13, 99:25, 100:4, 140:6, 151:5

**informed** [1] - 26:2
**initial** [1] - 97:1
**inject** [1] - 37:1
**injection** [3] - 53:12, 53:13, 90:16
**injuries** [2] - 154:14, 154:16
**inside** [11] - 17:16, 17:21, 31:22, 31:23, 35:24, 53:14, 53:15, 153:20, 153:22, 155:1, 167:9
**insignia** [1] - 29:18
**insisted** [1] - 52:12
**inspect** [1] - 173:25
**inspecting** [1] - 174:1
**instance** [4] - 3:20, 4:4, 142:2
**instead** [6] - 6:6, 44:23, 85:7, 88:6, 104:13, 145:13
**instruct** [3] - 152:4, 179:10, 197:17
**instructed** [9] - 141:21, 145:8, 145:9, 152:10, 153:5, 179:7, 193:20, 194:12, 197:17
**instructing** [1] - 153:25
**instructions** [3] - 100:3, 138:4, 197:19
**intend** [4] - 4:25, 5:4, 5:9, 5:17
**intense** [1] - 156:12
**intention** [2] - 188:9, 188:18
**interest** [1] - 199:25
**interested** [2] - 130:4, 130:10
**interfere** [1] - 74:18
**International** [1] - 30:3
**internationally** [1] - 115:3
**internet** [5] - 50:15, 51:6, 51:9, 51:24, 93:10
**interpretation** [1] - 140:1
**interrogation** [2] - 66:5, 66:7
**interrupt** [1] - 167:17
**interview** [1] - 60:5
**interviewed** [3] - 4:6, 60:2, 180:18
**intimidate** [1] - 7:15
**intimidated** [1] - 6:3
**intrinsic** [1] - 6:2

**introduce** [4] - 4:25, 5:9, 188:15, 189:3
**introduced** [1] - 5:19
**inventory** [3] - 109:17, 109:18, 110:19
**invited** [3] - 129:22, 129:25, 161:7
**invoice** [11] - 91:15, 94:3, 94:6, 94:7, 95:5, 98:10, 113:18, 171:7, 171:8, 171:14, 172:1
**invoices** [27] - 26:15, 26:17, 90:25, 91:7, 91:16, 91:23, 91:24, 94:1, 94:15, 94:23, 99:16, 101:6, 101:12, 110:12, 110:19, 111:1, 111:2, 111:7, 112:18, 113:12, 113:13, 113:21, 113:23, 114:3, 114:6, 114:11, 118:12
**involved** [14] - 10:5, 12:21, 16:3, 17:9, 32:8, 32:9, 46:24, 47:9, 52:20, 64:8, 163:21, 166:5, 167:5, 167:12
**involvement** [1] - 99:25
**involves** [1] - 171:14
**involving** [1] - 63:18
**Iraq** [63] - 3:19, 5:15, 6:5, 11:4, 11:5, 11:9, 11:11, 21:21, 22:1, 22:4, 22:25, 43:8, 44:15, 46:4, 46:5, 46:15, 46:18, 48:25, 52:16, 57:3, 64:1, 69:1, 69:25, 71:3, 73:6, 78:8, 78:11, 79:8, 84:22, 87:16, 99:9, 104:11, 105:8, 105:22, 107:5, 117:18, 118:3, 118:23, 118:24, 119:12, 127:4, 130:3, 130:5, 131:6, 131:25, 136:7, 138:7, 142:1, 142:7, 143:1, 143:8, 143:12, 145:13, 145:17, 156:20, 157:10, 163:4, 163:8, 163:12, 174:22, 192:2, 195:15, 198:8

**Iraq's** [1] - 117:17
**Iraqi** [1] - 133:7
**irrelevant** [2] - 187:23, 192:17
**IS** [3] - 8:11, 77:6, 128:10
**issue** [3] - 96:7, 96:10, 198:4
**issues** [1] - 151:12
**IT** [1] - 9:5
**item** [1] - 59:5
**items** [10] - 7:19, 110:25, 146:7, 148:4, 148:23, 152:15, 171:17, 171:20, 171:22
**itineraries** [1] - 138:22
**itinerary** [4] - 79:2, 79:7, 106:3, 174:2
**itself** [4] - 28:19, 59:6, 88:22, 108:17

**J**

**jacket** [3] - 14:9, 14:11, 129:15
**January** [22] - 11:7, 18:11, 41:18, 45:24, 72:18, 72:19, 81:6, 83:3, 83:9, 83:18, 84:21, 85:21, 86:5, 87:25, 105:11, 108:12, 129:8, 131:16, 133:22, 136:16, 162:15, 195:1
**JASPERSE** [122] - 1:17, 4:24, 6:15, 6:23, 7:2, 7:8, 8:5, 8:9, 8:17, 14:4, 14:7, 14:10, 14:13, 14:16, 15:23, 18:23, 19:1, 19:16, 19:23, 24:20, 25:1, 25:9, 26:22, 27:1, 30:5, 30:15, 31:2, 31:3, 34:6, 36:14, 36:21, 37:3, 38:20, 39:14, 43:5, 43:16, 43:21, 45:5, 45:7, 54:14, 54:23, 57:13, 74:25, 75:2, 75:13, 75:22, 76:6, 76:14, 76:17, 76:20, 77:4, 77:14, 79:10, 79:15, 79:18, 79:23, 79:24, 81:16, 81:19, 82:19, 83:2, 83:7, 83:10, 83:15, 89:10, 89:15, 93:14, 93:23, 98:17, 99:6, 103:5,

**11**

104:22, 104:24, 124:17, 125:8, 125:17, 125:19, 126:23, 127:13, 127:15, 127:21, 127:24, 128:3, 128:8, 128:17, 129:16, 129:19, 139:12, 139:13, 139:23, 140:5, 140:15, 142:6, 142:19, 143:20, 144:3, 144:5, 145:6, 151:4, 152:6, 157:18, 157:19, 161:24, 162:1, 185:14, 186:21, 187:1, 188:5, 188:7, 188:25, 189:10, 191:11, 191:13, 191:21, 192:19, 192:22, 194:7, 194:20, 195:11, 196:11, 196:20, 197:12

**Jasperse** [1] - 83:1
**job** [36] - 9:22, 10:5, 10:6, 10:7, 10:13, 10:15, 13:3, 13:13, 14:17, 17:1, 21:11, 46:11, 50:5, 72:14, 82:6, 82:14, 82:17, 83:3, 83:19, 108:12, 130:2, 130:13, 131:5, 131:14, 137:9, 137:16, 138:21, 139:22, 145:11, 149:15, 162:23, 169:13, 173:25, 177:6, 190:18, 193:13
**jobs** [2] - 147:21, 147:24
**join** [2] - 177:15, 195:18
**joined** [5] - 11:21, 11:22, 11:23, 46:25, 133:25
**JR** [1] - 1:20
**Judge** [3] - 83:10, 188:9, 198:1
**July** [8] - 144:9, 145:24, 148:20, 170:15, 170:21, 171:10, 172:1
**jumped** [1] - 81:25
**June** [2] - 140:19, 184:9
**Jury** [1] - 1:8
**jury** [8] - 3:2, 8:7, 20:6,

128:19, 144:10, 197:23, 199:5

## K

**Kadaja** [7] - 5:14, 6:15, 10:2, 12:13, 42:6, 129:21, 139:23
**KADAJA** [1] - 10:3
**keep** [7] - 7:12, 7:14, 128:18, 166:15, 193:2, 193:3, 197:19
**killed** [3] - 41:24, 68:12, 68:16
**kind** [32] - 11:13, 16:11, 17:3, 20:21, 21:11, 21:25, 23:25, 26:15, 32:9, 40:21, 47:1, 56:20, 59:22, 84:24, 90:23, 93:15, 95:6, 125:25, 130:7, 132:14, 133:6, 133:9, 138:4, 154:16, 157:7, 158:1, 167:16, 168:21, 177:21, 187:2, 187:19, 195:19
**Kiviking** [5] - 11:24, 11:25, 13:15, 25:18, 86:13
**Kiviking's** [1] - 13:3
**knowledge** [12] - 15:13, 22:1, 51:23, 52:2, 53:22, 54:1, 55:4, 55:6, 75:17, 75:23, 193:23, 194:3
**known** [1] - 113:16
**Kong** [2] - 138:10, 138:19
**KRISTIN** [4] - 1:24, 201:3, 201:13, 201:16
**Kurdish** [21] - 16:4, 23:6, 23:9, 23:15, 24:2, 32:24, 34:11, 36:10, 39:7, 126:20, 135:11, 135:21, 148:25, 149:4, 149:5, 156:23, 157:1, 157:4, 159:8, 164:9, 193:20
**Kurdistan** [80] - 11:11, 14:17, 15:4, 16:12, 16:16, 41:1, 41:5, 41:14, 41:16, 42:3, 42:12, 42:16, 44:25, 46:5, 46:14, 46:18, 47:21, 61:1, 64:1, 64:19, 69:2, 69:25,

71:9, 73:6, 75:10, 75:24, 76:9, 78:11, 78:14, 78:20, 79:8, 79:15, 80:23, 81:2, 84:19, 84:22, 86:22, 87:12, 97:7, 102:18, 104:10, 104:11, 105:23, 107:5, 108:8, 118:23, 125:23, 126:6, 127:4, 130:3, 130:5, 130:11, 131:17, 131:19, 132:1, 132:16, 138:6, 141:15, 152:21, 157:10, 158:15, 158:17, 158:19, 158:21, 158:24, 159:2, 163:8, 163:12, 165:24, 174:22, 175:3, 175:8, 176:3, 178:20, 182:17, 182:25, 183:10, 192:7, 193:6, 195:1
**Kurds** [11] - 16:7, 85:17, 87:7, 87:13, 135:18, 135:21, 149:6, 149:8, 151:1, 163:25, 164:13
**Kuusalu** [1] - 190:6

## L

**lack** [3] - 54:14, 54:17, 54:23
**Lake** [3] - 107:7, 118:15, 175:10
**lake** [2] - 107:9, 175:10
**land** [2] - 135:21, 135:23
**language** [1] - 34:9
**laptop** [2] - 146:7, 146:12
**large** [4] - 18:7, 21:7, 24:11, 92:21
**larger** [1] - 30:20
**last** [25] - 10:1, 13:10, 43:8, 44:19, 62:23, 73:15, 77:23, 83:3, 83:16, 83:18, 96:16, 99:4, 101:4, 119:17, 124:22, 124:24, 125:1, 125:3, 126:14, 126:17, 147:11, 152:1, 180:14, 180:19
**late** [17] - 45:25, 47:8, 53:25, 73:7, 84:21,

86:16, 97:21, 97:23, 97:25, 105:11, 108:4, 144:13, 148:20, 168:8, 183:9, 184:4, 187:18
**lathe** [2] - 12:22, 20:14
**lathes** [3] - 20:15, 90:5, 111:11
**lathes(indicating)** [1] - 90:4
**latter** [1] - 5:16
**law** [3] - 52:16, 180:25, 182:4
**laws** [2] - 15:16, 143:2
**layout** [1] - 18:19
**leading** [4] - 15:21, 34:4, 93:12, 196:8
**leads** [1] - 5:22
**learn** [7] - 9:22, 39:15, 141:18, 141:21, 149:17, 193:19, 194:2
**learned** [8] - 65:1, 73:9, 107:17, 108:5, 132:5, 141:20, 177:6, 194:3
**least** [10] - 6:20, 7:16, 28:15, 35:19, 38:8, 87:6, 92:24, 93:22, 94:17, 97:3
**leave** [39] - 5:15, 5:16, 16:16, 16:18, 16:23, 23:2, 37:4, 37:9, 37:14, 40:7, 41:5, 42:16, 42:19, 44:18, 44:20, 62:24, 102:24, 103:7, 104:6, 104:8, 104:10, 104:13, 107:23, 118:24, 119:11, 156:19, 156:21, 157:11, 157:15, 159:1, 159:2, 159:5, 159:7, 160:15, 161:9, 161:11, 161:12, 161:20, 177:18
**leaving** [2] - 118:23, 193:6
**led** [1] - 114:10
**left** [54] - 6:5, 13:15, 18:16, 18:21, 22:18, 24:6, 27:24, 32:15, 37:10, 44:9, 47:8, 53:25, 58:1, 68:22, 68:24, 71:3, 71:6, 73:19, 73:22, 74:14, 81:24, 85:7, 86:16, 87:5, 97:3, 102:18, 102:20, 104:9,

104:17, 117:1, 117:24, 117:25, 119:2, 120:6, 120:14, 121:8, 125:22, 127:4, 134:25, 146:19, 156:22, 159:13, 159:14, 168:8, 172:9, 176:12, 176:19, 176:22, 182:10, 183:24, 184:4, 184:14
**legal** [1] - 21:20
**legs** [1] - 154:18
**less** [5] - 116:9, 116:10, 119:2, 150:8, 173:17
**letter** [6] - 68:7, 83:3, 83:9, 83:19, 83:23, 190:13
**level** [1] - 9:6
**leverage** [1] - 136:1
**life** [3] - 37:17, 67:19, 87:24
**lift** [1] - 33:20
**likelihood** [2] - 68:11, 68:15
**likely** [3] - 59:19, 67:11, 123:8
**Limine** [3] - 3:12, 4:14, 7:24
**line** [2] - 100:20, 133:6
**lines** [2] - 100:10, 110:13
**list** [1] - 101:6
**listed** [4] - 100:7, 110:5, 110:10, 110:11
**listen** [2] - 182:24, 182:25
**listening** [2] - 31:17
**lists** [1] - 91:10
**live** [6] - 11:15, 12:2, 12:4, 61:1, 134:17
**lived** [3] - 12:3, 12:6, 85:8
**living** [16] - 9:10, 11:18, 61:3, 61:6, 77:17, 85:1, 85:3, 85:13, 103:19, 104:14, 130:21, 133:13, 150:7, 150:8, 150:10, 160:6
**local** [8] - 16:3, 16:5, 87:11, 153:21, 157:4, 157:8, 182:10, 182:17
**locals** [2] - 86:23, 137:6
**located** [1] - 183:7

**12**

**logo** [2] - 29:16, 29:17
**LOL** [1] - 187:19
**look** [42] - 26:19, 37:6, 53:4, 57:18, 79:25, 83:17, 89:1, 95:1, 99:10, 99:11, 101:5, 111:24, 117:24, 123:19, 140:13, 140:25, 143:13, 144:7, 152:15, 154:12, 168:22, 169:4, 169:17, 170:3, 170:5, 170:18, 170:24, 171:6, 173:6, 173:14, 173:20, 174:5, 182:1, 182:2, 182:6, 186:9, 188:21, 197:22, 198:16, 199:10
**looked** [7] - 111:1, 124:3, 137:2, 149:6, 154:13, 181:24, 182:3
**looking** [8] - 9:24, 52:18, 111:24, 167:3, 169:11, 169:14, 184:10, 190:9
**looks** [2] - 57:20, 198:2
**loud** [1] - 144:10
**love** [3] - 81:23, 105:16
**lovely** [1] - 107:6
**low** [1] - 21:13
**lower** [1] - 53:8
**loyal** [4] - 150:4, 150:12, 161:21, 192:3
**loyalty** [8] - 36:24, 149:24, 150:2, 150:6, 155:19, 158:9, 161:19, 195:24
**luggage** [2] - 145:10, 145:16
**lunch** [1] - 76:25
**luncheon** [1] - 77:2

**M**

**M4** [15] - 14:18, 14:24, 22:2, 29:17, 50:9, 50:22, 51:8, 52:7, 52:8, 53:8, 55:12, 58:5, 58:11, 87:4, 121:2
**M4's** [1] - 54:1
**ma'am** [2] - 145:5,

177:23
**machine** [16] - 1:22, 20:10, 20:11, 20:19, 22:8, 22:13, 53:1, 53:8, 53:9, 53:13, 53:15, 56:21, 58:22, 58:24, 90:18, 90:19
**machine(indicating)** [1] - 20:10
**machines** [94] - 12:21, 12:22, 13:23, 18:9, 18:14, 18:21, 20:4, 20:5, 20:8, 20:21, 20:22, 20:25, 21:3, 21:4, 21:6, 21:10, 21:12, 21:13, 21:14, 21:17, 24:17, 52:9, 52:12, 52:18, 52:19, 52:21, 52:22, 52:23, 52:25, 53:2, 53:3, 53:5, 53:7, 53:11, 53:12, 53:16, 53:17, 53:22, 89:16, 89:23, 90:1, 90:3, 90:7, 90:9, 90:11, 90:14, 90:16, 91:1, 91:5, 91:8, 92:7, 102:22, 110:25, 111:6, 111:11, 111:14, 111:20, 111:24, 114:23, 131:2, 137:4, 137:11, 137:15, 137:16, 137:18, 137:19, 138:3, 138:4, 138:7, 139:6, 140:17, 140:21, 140:23, 150:15, 169:14, 169:16, 169:17, 169:20, 170:3, 170:5, 170:6, 173:3, 173:6, 173:14, 173:15, 173:21, 174:1, 174:5, 174:10
**machines(indicating)** [3] - 20:7, 20:14, 89:25
**magazine** [2] - 22:15, 22:16
**magnification** [1] - 100:11
**main** [10] - 52:21, 134:5, 137:14, 149:12, 157:14, 166:22, 167:15, 172:16, 173:25, 179:19
**mainland** [1] - 138:10
**man** [3] - 49:1, 125:21, 155:22

**managed** [1] - 90:25
**management** [1] - 169:4
**manager** [5] - 47:15, 47:16, 131:5, 151:23, 167:18
**managing** [2] - 113:2, 113:10
**manufacture** [1] - 17:9
**manufactured** [1] - 58:14
**manufacturing** [6] - 17:6, 132:4, 132:21, 138:1, 163:5, 167:12
**March** [2] - 172:3, 187:11
**MARIANI** [1] - 1:8
**marijuana** [5] - 63:19, 64:2, 64:3, 64:7, 76:9
**mark** [3] - 91:22, 114:9, 114:10
**mark-up** [2] - 114:9, 114:10
**marked** [12] - 78:23, 88:24, 91:15, 113:19, 123:15, 124:13, 139:2, 140:11, 143:13, 158:3, 171:13, 186:4
**marking** [1] - 113:13
**marks** [2] - 146:9, 147:2
**married** [6] - 77:19, 77:23, 123:6, 128:22, 129:1, 129:3
**MARRTIN** [1] - 8:14
**Marrtin** [30] - 2:4, 8:9, 80:19, 85:7, 86:8, 103:9, 103:17, 103:18, 107:14, 107:15, 120:9, 133:23, 133:25, 134:4, 134:5, 134:19, 135:3, 148:18, 148:20, 148:24, 149:11, 150:20, 158:19, 159:11, 159:13, 159:17, 159:24, 165:3, 176:21, 177:4
**Martin** [1] - 5:15
**mass** [1] - 150:25
**master's** [1] - 9:7
**Master's** [1] - 9:8
**matched** [2] - 110:20, 114:1
**material** [7] - 20:9, 20:17, 22:13, 59:18, 59:20, 187:9, 192:16

**materials** [1] - 18:10
**Mathes** [5] - 95:23, 96:1, 117:18, 118:6, 118:11
**MATHES** [1] - 95:24
**matter** [6] - 3:3, 4:3, 43:2, 43:16, 183:7, 193:23
**matters** [3] - 3:15, 4:13, 4:18
**MAY** [1] - 1:9
**McLaren** [1] - 93:16
**mean** [28] - 30:19, 33:24, 39:17, 40:9, 40:25, 41:1, 48:9, 49:25, 59:20, 62:7, 63:10, 66:3, 66:8, 69:1, 70:3, 94:11, 108:20, 114:7, 115:19, 153:2, 166:8, 167:17, 172:20, 177:23, 190:16, 190:17, 192:9, 199:12
**meaning** [4] - 87:17, 113:1, 121:2, 192:15
**means** [3] - 192:24, 192:25, 201:22
**meant** [2] - 21:10, 114:21
**measure** [1] - 51:25
**measurements** [2] - 50:16, 51:2
**mechanical** [1] - 48:4
**mechanics** [1] - 9:5
**Mechatronics** [2] - 9:3, 9:4
**Mecomber** [3] - 198:5, 198:24, 200:11
**media** [1] - 155:24
**meet** [9] - 10:13, 11:3, 43:9, 78:1, 78:3, 105:23, 127:17, 131:15, 191:18
**meeting** [9] - 10:12, 22:19, 22:21, 23:4, 23:15, 24:2, 78:13, 159:8, 180:25
**meetings** [9] - 25:4, 148:25, 149:3, 149:7, 149:14, 149:18, 149:21, 169:7, 169:9
**members** [1] - 126:21
**memory** [2] - 27:16, 79:19
**mental** [3] - 156:8, 156:11, 200:4
**mentally** [1] - 193:10
**mention** [2] - 97:15,

138:21
**mentioned** [11] - 91:5, 94:1, 97:1, 109:5, 115:1, 115:13, 134:6, 137:8, 147:21, 201:8
**Merry** [2] - 120:20, 185:24
**message** [27] - 79:3, 79:4, 79:5, 95:14, 95:17, 124:22, 125:3, 139:7, 139:10, 144:6, 144:7, 144:10, 145:18, 145:19, 145:22, 145:23, 145:25, 146:5, 146:11, 146:13, 146:20, 146:21, 148:13, 148:16, 148:17, 158:4, 170:16
**messaged** [1] - 184:24
**messages** [5] - 124:7, 124:12, 170:20, 184:7, 186:1
**Messenger** [9] - 120:19, 120:21, 121:11, 121:13, 126:4, 143:18, 144:23, 158:4, 184:7
**met** [12] - 30:22, 30:24, 40:22, 74:11, 78:2, 81:22, 87:16, 131:16, 131:21, 180:18, 182:5, 191:2
**metal** [15] - 20:16, 53:14, 90:6, 90:10, 90:16, 146:7, 146:14, 146:15, 146:21, 146:25, 147:2, 148:4, 154:10, 154:11
**microphone** [2] - 77:25, 128:19
**MIDDLE** [1] - 1:1
**Middle** [3] - 135:22, 201:4, 201:18
**midway** [1] - 46:21
**might** [15] - 47:9, 68:11, 81:25, 116:6, 123:24, 131:22, 152:12, 175:18, 177:12, 184:12, 185:4, 190:21, 190:25, 191:24, 198:16
**military** [43] - 16:10, 23:14, 24:1, 28:1, 28:2, 28:7, 28:10,

**13**

28:12, 28:16, 28:21, 28:22, 28:24, 29:10, 29:21, 29:22, 30:13, 32:5, 32:9, 32:11, 32:12, 33:7, 33:9, 34:25, 36:10, 37:9, 40:1, 40:2, 40:3, 40:7, 40:14, 40:17, 41:2, 65:6, 69:5, 87:20, 126:7, 136:6, 153:3, 153:4, 153:5, 153:11, 153:14

**milling** [3] - 89:25, 90:1, 111:11

**million** [1] - 101:14

**mind** [11] - 36:6, 62:1, 75:3, 104:16, 104:19, 155:11, 188:20, 196:12, 196:15, 197:19, 200:9

**minute** [5] - 85:25, 88:11, 137:25, 139:23, 160:24

**minutes** [5] - 31:18, 45:9, 128:5, 188:20, 188:21

**missing** [4] - 137:22, 137:23, 151:24, 152:12

**mixed** [1] - 82:22

**model** [1] - 100:8

**models** [1] - 13:1

**modern** [1] - 133:10

**modified** [1] - 91:18

**Mohammad** [10] - 49:20, 49:21, 49:23, 167:5, 167:8, 167:11, 167:13, 168:13, 172:5

**mold** [2] - 53:15, 58:22

**molding** [3] - 53:12, 53:13, 90:16

**molds** [1] - 90:17

**moment** [17] - 3:6, 42:25, 45:5, 57:14, 60:23, 74:21, 104:22, 115:19, 119:3, 123:20, 125:13, 131:7, 143:22, 161:24, 186:10, 190:9, 191:20

**moment-type** [1] - 119:3

**money** [30] - 15:24, 49:11, 49:12, 72:4, 93:2, 93:24, 94:8, 94:10, 94:14, 94:18,

98:11, 98:12, 101:8, 101:12, 101:15, 101:19, 102:6, 102:14, 109:9, 110:20, 115:3, 115:19, 116:1, 132:11, 160:8, 166:22, 172:17, 172:18

**Money** [6] - 92:17, 92:23, 92:25, 115:1, 115:8

**monolog** [1] - 160:20

**month** [19] - 10:20, 40:5, 40:9, 40:14, 40:16, 62:13, 65:4, 84:1, 87:4, 87:5, 88:9, 97:2, 97:3, 102:10, 116:6, 131:13, 131:14, 173:16

**monthly** [2] - 72:14, 72:16

**months** [2] - 96:21, 129:24

**mood** [1] - 23:3

**morning** [12] - 3:3, 8:18, 8:19, 19:7, 25:17, 44:8, 44:9, 44:10, 45:2, 45:15, 103:21, 130:17

**most** [7] - 59:19, 67:11, 123:8, 126:1, 150:2, 157:9, 188:23

**mostly** [7] - 20:23, 86:20, 91:9, 92:9, 97:14, 103:9, 170:1

**mother** [1] - 165:23

**motion** [1] - 3:13

**Motions** [3] - 3:12, 4:13, 7:23

**mountains** [1] - 160:17

**move** [15] - 19:16, 79:10, 125:6, 139:12, 143:20, 146:4, 152:7, 157:18, 179:22, 188:3, 188:4, 188:6, 188:10, 189:8, 194:16

**moved** [2] - 85:8, 85:16

**movement** [1] - 164:9

**moves** [1] - 82:19

**movie** [2] - 120:25, 187:19

**moving** [2] - 130:10, 146:20

**MR** [233] - 3:5, 4:24,

6:15, 6:23, 7:2, 7:8, 8:5, 8:6, 8:9, 8:17, 14:4, 14:7, 14:10, 14:13, 14:16, 15:21, 15:23, 18:23, 19:1, 19:16, 19:18, 19:23, 24:18, 24:20, 24:24, 25:1, 25:6, 25:9, 26:22, 27:1, 30:5, 30:15, 31:1, 31:2, 31:3, 34:4, 34:6, 36:12, 36:14, 36:18, 36:21, 37:3, 38:16, 38:20, 39:9, 39:14, 42:24, 43:2, 43:5, 43:15, 43:16, 43:21, 45:5, 45:7, 45:8, 45:12, 45:14, 54:14, 54:16, 54:23, 55:1, 57:11, 57:13, 57:14, 57:16, 57:17, 57:23, 57:24, 74:21, 74:23, 74:25, 75:2, 75:11, 75:13, 75:19, 75:22, 76:3, 76:6, 76:11, 76:14, 76:17, 76:19, 76:20, 76:22, 77:4, 77:14, 79:10, 79:12, 79:15, 79:18, 79:22, 79:23, 79:24, 81:16, 81:19, 82:19, 82:21, 83:2, 83:5, 83:7, 83:10, 83:11, 83:15, 89:10, 89:15, 93:12, 93:14, 93:21, 93:23, 98:13, 98:17, 98:24, 99:3, 99:6, 103:2, 103:5, 104:22, 104:24, 105:1, 105:3, 117:21, 117:22, 122:20, 123:16, 123:18, 124:17, 124:19, 125:6, 125:8, 125:13, 125:15, 125:17, 125:19, 126:23, 126:25, 127:2, 127:11, 127:13, 127:15, 127:21, 127:22, 127:24, 128:1, 128:3, 128:8, 128:17, 129:16, 129:19, 139:12, 139:13, 139:17, 139:19, 139:23, 140:5, 140:15, 142:4, 142:6, 142:12, 142:14, 142:19, 143:20, 143:22, 143:24,

144:3, 144:5, 145:2, 145:6, 151:2, 151:4, 152:3, 152:6, 157:16, 157:18, 157:19, 161:24, 162:1, 162:4, 177:23, 178:5, 179:22, 179:25, 185:14, 185:16, 186:6, 186:8, 186:20, 186:21, 187:1, 188:3, 188:5, 188:6, 188:7, 188:9, 188:16, 188:23, 188:25, 189:5, 189:8, 189:10, 189:15, 189:19, 190:9, 190:11, 191:9, 191:11, 191:13, 191:19, 191:21, 192:12, 192:19, 192:22, 193:22, 194:7, 194:16, 194:20, 195:9, 195:11, 196:8, 196:11, 196:20, 196:22, 196:24, 197:11, 197:12, 197:14, 198:1, 198:20, 199:12, 199:18, 200:1, 200:12, 200:13, 200:15

**N**

**name** [34] - 8:13, 10:1, 13:8, 45:15, 48:7, 49:2, 49:4, 49:18, 49:19, 49:21, 77:8, 77:10, 77:21, 77:23, 82:2, 83:21, 85:19, 105:6, 112:20, 118:1, 126:15, 128:12, 128:24, 129:1, 134:14, 147:17, 166:4, 166:16, 180:15, 180:19, 180:22, 190:19, 190:23

**named** [5] - 3:17, 4:8, 80:21, 113:5, 113:9

**names** [8] - 23:9, 39:15, 39:18, 80:16, 80:17, 126:17, 166:15

**narrative** [1] - 7:11

**nature** [1] - 118:12

**NDA** [2] - 84:16, 131:10

**near** [1] - 96:21

**nearby** [4] - 30:18, 30:21, 134:23, 134:24

**necessary** [1] - 58:10

**necessity** [1] - 200:7

**need** [15] - 18:8, 18:9, 21:7, 58:4, 79:18, 81:14, 129:11, 133:7, 138:5, 150:4, 160:24, 162:7, 188:16, 197:24, 199:15

**needed** [19] - 17:20, 22:2, 52:6, 52:9, 58:7, 58:8, 94:3, 95:3, 129:25, 130:9, 130:16, 130:19, 133:3, 137:3, 137:11, 141:16, 141:18, 146:18

**needs** [3] - 155:19, 160:21, 187:8

**neighbors** [1] - 8:24

**nervous** [1] - 159:10

**Netherlands** [1] - 144:20

**never** [11] - 70:25, 114:2, 114:3, 116:17, 118:11, 150:4, 160:18, 160:19, 161:8, 183:8, 183:10

**New** [1] - 1:18

**next** [34] - 12:3, 25:25, 27:18, 27:22, 27:25, 44:8, 44:9, 44:13, 44:14, 46:24, 65:10, 77:3, 82:8, 99:3, 103:21, 118:18, 119:19, 141:6, 143:13, 145:18, 145:22, 146:11, 146:13, 146:20, 147:8, 148:13, 148:16, 152:9, 152:25, 158:2, 160:23, 160:25, 183:17, 194:15

**nice** [4] - 56:5, 108:12, 126:1, 126:5

**night** [24] - 7:16, 25:22, 37:6, 37:9, 37:19, 37:22, 38:1, 43:8, 44:19, 62:24, 73:15, 73:22, 103:8, 104:17, 119:17, 119:18, 155:12, 155:16, 156:12, 156:20, 160:22, 175:5, 187:18, 196:7

**14**

**nights** [1] - 118:23
**nighttime** [3] - 57:1, 60:25, 62:24
**nobody** [4] - 23:1, 104:4, 160:17, 182:23
**non** [5] - 84:4, 84:5, 84:8, 84:10, 131:11
**non-disclosure** [4] - 84:5, 84:8, 84:10, 131:11
**none** [2] - 111:20, 128:1
**nonetheless** [1] - 114:18
**normal** [5] - 29:9, 160:25, 181:24, 182:1, 182:2
**normally** [1] - 88:17
**north** [1] - 8:23
**North** [1] - 96:2
**northward** [1] - 88:11
**Nos** [6] - 2:12, 2:16, 2:18, 125:11, 140:3, 189:17
**noted** [1] - 26:25
**nothing** [16] - 45:7, 74:23, 76:17, 76:19, 125:15, 127:11, 127:21, 127:22, 132:13, 139:20, 161:1, 162:1, 191:9, 196:20, 197:11, 197:12
**notice** [1] - 181:24
**noticed** [1] - 117:14
**notified** [1] - 198:9
**November** [4] - 7:3, 68:19, 176:19, 176:21
**Nsd** [1] - 1:14
**nucleus** [1] - 165:11
**number** [11] - 24:11, 24:23, 31:1, 79:22, 96:22, 117:12, 117:15, 136:14, 136:15, 150:25, 185:10
**numbered** [2] - 124:10, 201:9
**numbers** [4] - 21:7, 72:19, 102:7, 114:1
**NW** [2] - 1:15, 1:18

**O**

**object** [11] - 4:17, 58:9, 79:12, 98:24, 139:19, 172:21, 186:21, 191:19,

192:18, 193:22, 194:16
**objection** [48] - 15:21, 19:18, 24:18, 24:24, 25:6, 34:4, 36:12, 36:18, 38:16, 39:9, 42:24, 43:1, 43:4, 43:15, 54:14, 54:23, 75:11, 75:19, 76:3, 76:11, 76:21, 76:22, 82:21, 93:12, 93:21, 98:13, 103:2, 124:17, 125:8, 127:25, 139:16, 140:2, 142:4, 142:12, 143:24, 145:2, 151:2, 152:3, 157:16, 185:14, 186:21, 188:25, 189:10, 192:12, 192:20, 195:9, 196:8, 197:14
**objects** [1] - 90:2
**observe** [3] - 38:9, 154:14, 157:22
**observed** [1] - 66:15
**obtained** [7] - 52:9, 52:10, 52:13, 53:17, 53:22, 59:2, 85:10
**obtaining** [2] - 52:25, 118:11
**obviate** [1] - 200:7
**obvious** [1] - 94:12
**obviously** [1] - 199:3
**occasion** [4] - 60:12, 66:22, 76:9, 120:15
**occasional** [2] - 125:20, 169:7
**occasionally** [1] - 168:14
**occasions** [3] - 35:17, 35:18, 115:12
**occupation** [1] - 9:10
**occur** [1] - 64:6
**occurred** [10] - 62:10, 68:18, 69:21, 74:10, 74:11, 119:18, 123:12, 175:4, 180:8, 188:1
**October** [21] - 7:3, 25:17, 61:9, 61:16, 61:23, 62:19, 65:6, 68:19, 80:4, 80:7, 80:23, 84:11, 105:25, 126:6, 126:11, 151:18, 174:15, 174:17, 175:25, 178:8, 178:19
**OF** [3] - 1:1, 1:2, 1:7

**offer** [7] - 82:14, 82:16, 82:17, 83:3, 83:19, 178:4
**offered** [4] - 122:2, 177:17, 185:2, 195:16
**offering** [1] - 10:17
**office** [35] - 49:25, 84:14, 85:23, 85:24, 86:1, 86:3, 88:6, 98:1, 103:24, 106:19, 106:22, 107:4, 108:18, 108:19, 108:20, 108:21, 108:22, 109:2, 130:18, 130:23, 130:24, 131:1, 133:18, 133:20, 134:3, 136:16, 141:20, 150:14, 151:22, 151:23, 160:25, 161:6, 161:8, 166:22
**offices** [1] - 88:23
**Official** [3] - 201:3, 201:14, 201:17
**official's** [1] - 149:4
**officials** [7] - 23:7, 23:10, 23:15, 24:3, 149:1, 149:5, 159:8
**often** [9] - 60:23, 102:9, 102:16, 116:1, 116:5, 132:25, 150:6, 150:7, 150:10
**oftenly** [1] - 150:11
**old** [2] - 9:12, 9:14
**on-scene** [1] - 152:21
**once** [7] - 16:16, 28:19, 32:21, 94:17, 102:10, 106:19, 116:6
**one** [78] - 3:17, 6:20, 6:21, 10:12, 13:9, 22:2, 22:14, 22:16, 23:18, 27:24, 29:19, 30:12, 31:19, 33:5, 33:14, 37:11, 40:5, 40:9, 45:5, 47:5, 48:22, 49:21, 53:1, 59:23, 62:12, 62:13, 65:3, 65:13, 65:14, 66:18, 76:9, 85:20, 87:6, 89:22, 89:23, 92:13, 98:6, 100:20, 104:22, 115:4, 117:1, 120:21, 125:1, 133:23, 133:25, 134:18, 134:19, 135:12,

135:13, 138:14, 141:14, 142:2, 145:18, 147:1, 147:21, 147:24, 150:2, 153:17, 153:18, 154:1, 161:24, 163:24, 164:17, 164:18, 167:8, 167:21, 168:13, 177:21, 182:25, 184:14, 195:7, 196:22
**One** [7] - 149:12, 153:6, 164:25, 165:2, 165:6, 165:9, 172:8
**ones** [5] - 113:25, 114:11, 157:2, 165:4
**online** [1] - 52:18
**open** [5] - 5:10, 133:8, 146:18, 148:9, 197:19
**opening** [2] - 55:25, 81:25
**operate** [3] - 16:8, 87:14, 136:4
**operation** [3] - 33:25, 46:20, 187:18
**opinion** [2] - 48:13, 98:3
**opportunity** [3] - 9:22, 10:7, 82:1
**oppose** [1] - 4:17
**opposite** [1] - 30:4
**oppressed** [1] - 177:21
**opted** [1] - 103:11
**option** [1] - 82:1
**order** [10] - 4:24, 94:2, 94:5, 94:6, 131:2, 137:14, 169:14, 194:21, 194:23
**ordered** [7] - 54:9, 98:23, 99:8, 137:22, 137:23, 157:2, 168:19
**ordering** [9] - 48:13, 48:16, 137:4, 137:11, 137:20, 138:13, 139:6, 140:17, 141:24
**orders** [6] - 35:11, 39:8, 39:13, 155:9, 196:16, 196:18
**organizational** [1] - 131:1
**original** [7] - 58:12, 88:6, 91:23, 113:23, 113:24, 114:3, 114:11

**originated** [2] - 144:21, 170:13
**originators** [2] - 113:10, 126:14
**otherwise** [1] - 25:7
**ourselves** [3] - 137:22, 156:15, 195:23
**out-of-court** [2] - 43:18, 43:19
**outgoing** [1] - 24:5
**output** [3] - 21:13, 54:12, 55:9
**outside** [16] - 3:1, 31:10, 31:11, 31:16, 31:20, 31:21, 35:20, 36:25, 88:11, 91:11, 136:25, 138:6, 153:19, 154:20, 154:24, 155:2
**outweighed** [2] - 4:22, 5:25
**overrule** [1] - 43:4
**Overruled** [1] - 194:19
**overruled** [11] - 24:25, 34:5, 36:20, 39:10, 43:20, 75:20, 76:12, 93:13, 140:2, 142:17, 196:9
**oversee** [1] - 169:4
**oversight** [2] - 168:17, 168:18
**owe** [1] - 115:19
**own** [5] - 9:11, 91:2, 102:17, 135:23, 165:23
**owned** [2] - 93:3, 166:2
**owning** [1] - 49:3

**P**

**P.O** [1] - 201:18
**pack** [2] - 147:22, 161:15
**packed** [1] - 44:13
**packing** [2] - 130:17, 130:20
**page** [21] - 82:13, 83:3, 83:5, 83:12, 83:16, 83:18, 99:12, 124:9, 124:25, 140:16, 140:25, 141:6, 144:6, 146:2, 146:4, 146:23, 147:11, 187:17, 188:19, 188:24
**Page** [8] - 83:6, 83:13, 100:9, 147:5, 148:3, 148:13, 148:16,

187:10
**pages** [2] - 101:4, 101:6
**paid** [19] - 13:19, 72:4, 72:13, 72:16, 72:24, 73:1, 83:23, 91:5, 92:7, 94:1, 94:3, 98:10, 109:9, 109:13, 114:21, 114:24, 115:14, 131:12, 131:13
**pain** [4] - 156:6, 156:7, 156:8, 156:11
**paint** [1] - 24:4
**paper** [2] - 67:16, 149:17
**papers** [4] - 26:16, 67:12, 151:24, 151:25
**parameters** [1] - 137:15
**pardon** [3] - 106:14, 182:14, 184:18
**Paris** [1] - 123:5
**part** [21] - 3:18, 6:2, 6:4, 7:10, 7:14, 7:17, 7:18, 11:18, 20:9, 20:13, 20:16, 42:3, 51:1, 60:10, 74:6, 105:15, 112:9, 130:5, 154:2, 165:13, 167:13
**participated** [2] - 66:5, 114:12
**particular** [5] - 63:13, 66:22, 103:6, 107:3, 173:20
**parties'** [1] - 7:21
**parts** [41] - 17:22, 21:12, 21:21, 22:1, 22:2, 24:8, 50:16, 51:15, 58:10, 95:3, 95:5, 110:25, 131:3, 132:21, 137:21, 137:23, 138:3, 141:14, 141:15, 141:18, 141:20, 141:24, 142:1, 142:7, 143:1, 143:4, 143:5, 143:7, 145:16, 146:14, 146:15, 146:21, 146:25, 147:3, 147:15, 167:18, 169:14, 170:9, 170:10, 173:3
**party** [7] - 23:20, 23:21, 73:18, 73:19, 73:20, 73:21, 87:11
**passed** [4] - 64:25,

65:8, 70:6, 185:5
**passing** [1] - 185:6
**passport** [1] - 82:13
**passwords** [2] - 155:23, 156:3
**patch** [1] - 29:11
**PATRICK** [1] - 1:17
**pause** [1] - 89:12
**pay** [6] - 10:18, 11:1, 91:2, 109:25, 110:24, 111:3
**paying** [9] - 92:6, 94:19, 94:23, 110:22, 110:25, 114:20, 151:1
**payment** [2] - 95:22, 96:3
**payments** [2] - 101:16, 101:18
**PDF's** [1] - 92:1
**pen** [1] - 89:19
**PENNSYLVANIA** [3] - 1:1, 1:9, 1:25
**Pennsylvania** [7] - 1:13, 1:15, 1:21, 143:3, 201:5, 201:18, 201:19
**penthouse** [2] - 85:10, 85:15
**people** [41] - 8:3, 11:21, 11:22, 12:4, 16:9, 16:24, 28:20, 46:17, 46:24, 47:5, 47:9, 54:9, 60:25, 63:19, 65:17, 68:7, 70:12, 71:16, 75:10, 86:4, 87:15, 104:16, 109:4, 109:5, 111:23, 112:10, 112:11, 114:23, 122:13, 131:5, 133:21, 149:12, 153:5, 153:18, 157:10, 164:22, 168:16, 169:14, 173:6, 173:19
**per** [6] - 10:20, 21:14, 21:18, 84:1, 131:14
**percent** [6] - 91:15, 91:22, 113:13, 113:16, 113:19, 195:21
**perhaps** [5] - 3:23, 4:8, 6:21, 123:12, 200:2
**period** [2] - 154:23, 175:6
**permission** [5] - 16:23, 41:12, 71:6, 89:11, 140:12

**permissions** [1] - 133:7
**permits** [1] - 138:20
**person** [16] - 6:13, 10:13, 11:3, 13:10, 39:23, 39:25, 49:4, 60:4, 81:23, 113:9, 130:7, 131:15, 153:18, 167:15, 177:9, 192:13
**personal** [9] - 119:9, 130:14, 130:15, 131:5, 133:15, 147:24, 162:16, 193:23, 194:3
**persons** [1] - 49:22
**Peshmerga** [4] - 88:16, 153:4, 153:5, 157:4
**Peshmerga's** [1] - 153:3
**pet** [2] - 185:12, 185:17
**pets** [1] - 122:8
**Phase** [1] - 141:1
**Philippines** [1] - 86:20
**phone** [4] - 75:17, 117:12, 117:14, 155:24
**phones** [1] - 152:13
**photo** [7] - 92:1, 186:14, 186:17, 189:6, 190:3, 190:5, 190:7
**photograph** [8] - 57:18, 57:19, 147:8, 147:11, 147:13, 148:3, 189:12, 189:13
**photos** [1] - 189:11
**phrased** [1] - 194:1
**physical** [5] - 35:3, 40:13, 156:6, 156:7, 200:5
**physically** [3] - 66:15, 76:2, 154:8
**pick** [4] - 60:25, 130:8, 145:10, 150:9
**picked** [7] - 60:18, 60:24, 170:10, 170:19, 171:20, 171:22
**picking** [1] - 60:21
**picture** [5] - 82:14, 93:3, 123:5, 148:9, 189:24
**pictures** [4] - 122:10, 122:13, 185:17, 185:20
**pieces** [3] - 7:9,

100:18, 101:2
**pile** [1] - 26:15
**pilot** [1] - 196:2
**pin** [3] - 100:20, 171:14, 171:21
**pins** [2] - 171:21, 171:24
**pistol** [7] - 3:20, 3:24, 4:1, 6:13, 6:16, 14:20, 103:14
**pistol-whipped** [4] - 3:20, 3:24, 6:13, 6:16
**pistols** [2] - 29:4, 56:21
**pitched** [1] - 136:9
**Pittston** [1] - 1:21
**place** [16] - 3:1, 6:9, 7:3, 7:4, 23:22, 30:13, 30:16, 30:17, 55:22, 56:1, 56:5, 58:21, 94:5, 130:21, 149:3, 149:4
**placed** [4] - 8:7, 19:2, 94:2, 167:10
**places** [3] - 30:21, 52:13, 183:2
**plaintiff** [1] - 1:3
**plan** [8] - 22:6, 22:8, 32:8, 58:12, 58:22, 58:24, 138:22, 167:20
**planned** [4] - 18:19, 47:3, 136:11, 136:13
**planning** [5] - 25:22, 62:24, 118:24, 141:9
**plant** [4] - 4:7, 57:4, 57:19, 106:23
**plastic** [8] - 33:9, 33:19, 35:1, 50:22, 55:12, 55:16, 90:16, 173:1
**platform** [1] - 141:4
**play** [2] - 30:5, 89:11
**played** [4] - 19:22, 30:7, 30:11, 89:14
**pleasantries** [1] - 184:21
**pleased** [2] - 130:22, 193:13
**plus** [1] - 113:16
**point** [53] - 4:2, 16:17, 16:18, 27:6, 27:20, 45:21, 50:19, 51:16, 54:2, 55:11, 57:6, 61:13, 68:21, 69:6, 69:20, 71:21, 81:12, 88:16, 106:9, 106:23, 117:7, 118:25, 121:5,

127:3, 128:3, 129:11, 135:2, 141:23, 151:18, 156:21, 156:23, 157:12, 157:20, 159:20, 160:7, 161:5, 162:7, 163:14, 163:24, 175:9, 175:25, 176:9, 176:11, 177:10, 178:19, 184:14, 188:19, 191:1, 193:18, 193:19, 198:3, 200:8
**pointed** [5] - 6:19, 104:4, 104:5, 125:21, 159:18
**pointing** [1] - 103:14
**points** [5] - 28:12, 28:13, 28:17, 88:12, 88:15
**Polad** [6] - 113:9, 126:13, 126:18, 126:19, 168:20, 168:22
**police** [9] - 22:23, 40:23, 40:25, 41:1, 41:4, 156:24, 157:8, 182:10, 182:17
**policy** [1] - 108:18
**political** [3] - 87:11, 104:20, 126:21
**pool** [1] - 56:4
**position** [8] - 6:1, 113:8, 126:20, 195:23, 198:19, 199:9, 199:15, 199:18
**positions** [1] - 7:21
**positive** [1] - 195:18
**possible** [4] - 75:17, 75:23, 83:16, 146:22
**possibly** [2] - 123:14, 185:1
**pot** [1] - 64:3
**powder** [1] - 53:14
**power** [7] - 6:10, 20:19, 136:2, 155:22, 157:3, 157:7, 193:1
**preceding** [1] - 118:23
**preclude** [1] - 4:14
**prefer** [1] - 101:6
**prejudice** [2] - 4:22, 6:1
**prejudicial** [2] - 5:24, 192:17
**prepare** [1] - 149:14
**prepared** [3] - 110:3, 149:18, 201:11

**preparing** [2] - 12:25, 91:14
**prerogative** [1] - 199:6
**presence** [2] - 3:1, 24:21
**present** [21] - 6:18, 47:20, 49:24, 52:19, 69:11, 117:18, 119:19, 137:19, 149:19, 169:9, 175:3, 175:5, 178:20, 178:24, 179:13, 179:16, 183:15, 193:18, 194:13, 194:18, 200:9
**presentation** [1] - 3:23
**presented** [2] - 111:8, 113:21
**press** [1] - 53:15
**pretend** [1] - 103:22
**pretty** [1] - 56:7
**previous** [1] - 82:2
**previously** [3] - 5:22, 29:5, 84:8
**pricing** [1] - 137:18
**Principles** [1] - 110:8
**printed** [1] - 147:11
**printer** [1] - 50:20
**printing** [1] - 55:14
**printout** [4] - 143:17, 143:18, 146:4, 158:4
**prints** [1] - 17:6
**prisoner** [2] - 87:21, 87:22
**probative** [1] - 4:21
**problem** [11] - 21:9, 21:10, 21:12, 23:1, 54:8, 99:7, 103:11, 142:25, 175:19, 199:2
**problems** [4] - 126:2, 137:5, 151:12, 172:14
**proceed** [4] - 30:10, 36:22, 128:7, 194:4
**proceedings** [2] - 200:17, 201:8
**Proceedings** [1] - 1:22
**PROCEEDINGS** [1] - 1:7
**process** [6] - 51:2, 58:16, 93:9, 195:5, 195:16, 195:20
**produce** [18] - 18:7, 21:7, 21:11, 21:15, 21:17, 22:9, 24:11, 52:7, 52:8, 54:20,

58:10, 87:6, 131:3, 137:22, 141:9, 150:25, 151:1, 172:15
**produced** [16] - 1:22, 50:22, 54:2, 54:7, 55:12, 58:1, 58:21, 97:4, 116:24, 117:2, 119:12, 167:25, 168:1, 168:2, 168:6, 168:9
**producing** [2] - 132:10, 132:19
**product** [1] - 98:11
**production** [9] - 14:23, 18:9, 54:12, 54:18, 73:11, 102:21, 167:22, 173:3
**products** [3] - 98:23, 99:8, 100:7
**professional** [2] - 151:9, 193:8
**proffered** [2] - 198:22, 199:4
**proffering** [1] - 198:25
**program** [1] - 165:12
**progression** [1] - 55:5
**prohibits** [1] - 133:6
**project** [74] - 7:12, 7:14, 15:20, 39:11, 46:2, 46:6, 46:24, 47:10, 47:14, 47:16, 48:6, 48:14, 48:16, 50:6, 52:6, 54:8, 54:10, 54:18, 55:5, 55:9, 58:10, 60:8, 66:2, 70:25, 71:3, 74:7, 94:13, 112:24, 113:1, 113:10, 113:15, 116:13, 119:8, 126:14, 131:4, 131:22, 131:25, 132:5, 135:10, 135:14, 149:13, 149:20, 155:21, 157:2, 160:3, 163:2, 163:5, 163:9, 163:10, 163:17, 163:21, 163:25, 164:6, 166:5, 166:21, 167:10, 167:11, 167:18, 167:21, 168:17, 168:18, 168:23, 169:4, 169:8, 169:11, 169:12, 169:13, 172:19, 174:6, 176:3
**promise** [2] - 87:3,

97:1
**promised** [2] - 87:4, 87:5
**prompted** [4] - 42:18, 103:6, 159:4, 159:7
**properly** [1] - 199:5
**proposed** [1] - 195:14
**proposing** [1] - 83:8
**prospective** [1] - 185:9
**prototype** [8] - 87:6, 117:6, 120:22, 121:2, 121:3, 172:22, 172:24, 173:1
**prototypes** [1] - 102:23
**provide** [4] - 15:10, 91:10, 97:1, 97:2
**provisions** [1] - 201:5
**psychological** [1] - 192:13
**publish** [8] - 19:17, 140:12, 144:3, 186:20, 188:5, 188:8, 188:17, 189:15
**published** [1] - 19:19
**punch** [1] - 34:16
**punched** [1] - 33:8
**punished** [1] - 155:20
**purchase** [3] - 91:1, 93:17, 94:9
**purchased** [3] - 59:5, 174:6, 174:10
**purpose** [5] - 36:9, 80:8, 198:5, 199:10, 200:6
**purposes** [1] - 163:25
**pursuant** [1] - 201:5
**push** [1] - 96:22
**put** [19] - 3:15, 4:8, 6:19, 19:5, 34:20, 53:14, 102:15, 117:6, 130:21, 146:9, 147:2, 158:10, 160:5, 185:11, 190:22, 195:23, 198:3, 198:25
**putting** [2] - 34:18, 156:13

**Q**

**qualified** [1] - 192:13
**quality** [2] - 138:13, 173:15
**quantities** [1] - 18:7
**questioned** [2] - 25:5,

153:18
**questioning** [4] - 66:8, 154:1, 156:15, 156:16
**questions** [18] - 35:9, 45:16, 45:20, 58:4, 66:1, 66:10, 76:19, 94:15, 104:24, 105:7, 126:23, 155:7, 155:8, 156:10, 160:9, 162:6, 162:7, 170:19
**quickly** [4] - 44:18, 104:6, 161:12, 183:24
**quiet** [1] - 40:20
**quite** [9] - 21:13, 29:9, 60:23, 123:14, 138:19, 150:7, 150:9, 150:11, 172:12
**quote** [1] - 98:5

**R**

**rabbit** [1] - 122:13
**rabbits** [8] - 122:6, 122:10, 185:12, 185:18, 186:14, 189:10, 189:12, 189:20
**raided** [2] - 98:2, 98:3
**raiding** [1] - 22:23
**raise** [1] - 10:24
**ratted** [2] - 98:5, 98:8
**Rauno** [47] - 2:4, 5:15, 13:8, 13:13, 13:15, 42:10, 43:13, 44:17, 48:3, 71:18, 71:20, 71:21, 71:22, 73:14, 74:2, 74:6, 77:4, 77:10, 99:17, 117:25, 118:2, 128:25, 159:11, 159:15, 159:18, 174:18, 175:3, 175:5, 175:8, 175:15, 175:18, 175:24, 176:1, 176:24, 177:6, 177:12, 177:25, 184:21, 185:21, 190:3, 191:1, 191:23, 194:25, 195:14, 195:17, 195:22, 197:1
**RAUNO** [1] - 77:10
**Rauno@RoggioCC. com** [1] - 95:10
**raw** [1] - 18:9

**reach** [1] - 183:5
**reaches** [1] - 161:17
**react** [3] - 25:15, 150:21, 151:14
**reaction** [1] - 132:5
**read** [2] - 140:17, 144:10
**ready** [2] - 128:7, 162:10
**real** [1] - 117:6
**really** [10] - 53:14, 117:6, 126:2, 135:23, 171:22, 177:19, 178:3, 187:15, 195:6, 195:8
**REALTIME** [1] - 1:24
**reason** [13] - 22:21, 27:4, 36:25, 37:1, 72:3, 72:8, 105:15, 146:15, 156:17, 157:14, 193:5, 199:16, 199:19
**reasons** [2] - 192:18, 199:3
**rebuttal** [2] - 5:4, 5:11
**received** [5] - 9:6, 111:2, 113:24, 131:14, 198:7
**receivers** [1] - 53:8
**receptive** [1] - 94:16
**recess** [3] - 45:10, 77:2, 128:6
**recognize** [14] - 19:24, 20:4, 29:15, 30:8, 78:24, 82:9, 89:16, 89:23, 90:3, 122:21, 139:2, 143:15, 166:8, 166:9
**recognized** [2] - 29:14, 31:15
**recollection** [6] - 61:4, 62:4, 62:16, 62:17, 188:13, 189:1
**recommendation** [3] - 184:11, 184:13, 190:13
**recommendations** [1] - 185:8
**record** [14] - 3:16, 8:13, 14:4, 14:13, 14:15, 26:22, 77:9, 81:16, 81:18, 83:8, 128:13, 129:16, 129:18, 186:24
**recorded** [1] - 1:22
**records** [1] - 109:23
**recross** [1] - 76:18
**RECROSS** [2] - 127:1, 196:23
**Recross** [1] - 2:3

**17**

**redirect** [3] - 74:24, 125:16, 191:10
**Redirect** [1] - 2:3
**REDIRECT** [4] - 75:1, 125:18, 127:14, 191:12
**reduced** [1] - 97:2
**refer** [3] - 46:4, 46:5, 163:9
**reference** [6] - 185:10, 188:11, 190:15, 190:18, 190:19
**referred** [3] - 66:21, 109:25, 164:25
**referring** [3] - 5:13, 102:4, 149:10
**reflect** [8] - 14:4, 14:13, 14:15, 26:22, 81:16, 81:18, 129:16, 129:18
**refresh** [2] - 79:19, 189:1
**refreshes** [1] - 188:12
**refreshments** [1] - 181:19
**refugee** [4] - 131:23, 131:24, 132:1, 163:2
**regard** [4] - 95:1, 165:8, 165:9, 173:18
**regarding** [12] - 3:12, 50:5, 54:12, 55:4, 66:21, 79:7, 96:8, 96:10, 141:1, 149:19, 187:22, 194:14
**regardless** [2] - 96:7, 193:18
**regards** [1] - 99:16
**Region** [16] - 11:11, 46:5, 46:15, 61:1, 64:1, 78:11, 79:8, 84:22, 87:12, 107:5, 118:23, 135:11, 138:7, 157:1, 157:4, 174:22
**region** [4] - 135:11, 135:21, 136:2, 136:3
**regular** [1] - 101:15
**regularly** [1] - 98:10
**reimbursements** [1] - 94:15
**relate** [1] - 164:9
**related** [3] - 15:13, 26:16, 126:2
**relating** [1] - 7:6
**relationship** [5] - 151:8, 151:9, 187:3, 193:7, 193:12
**relationships** [1] - 5:2
**relative** [1] - 170:9

**relay** [1] - 151:5
**released** [4] - 69:6, 69:11, 157:20, 157:23
**relevance** [5] - 5:25, 39:9, 79:12, 79:14, 185:14
**relevant** [3] - 4:15, 4:19, 6:8
**remember** [124] - 10:19, 13:8, 16:6, 16:14, 17:19, 19:12, 21:23, 21:24, 22:7, 22:19, 22:21, 23:9, 23:12, 23:17, 23:21, 25:17, 25:25, 26:7, 26:14, 26:17, 27:18, 28:13, 29:13, 29:25, 30:18, 30:20, 31:16, 32:2, 32:16, 32:18, 32:19, 33:2, 33:7, 33:9, 35:2, 35:17, 35:19, 37:18, 37:24, 37:25, 38:2, 38:3, 39:6, 39:19, 39:22, 40:3, 40:11, 40:13, 42:11, 44:11, 49:19, 52:5, 53:24, 55:10, 56:23, 56:24, 57:21, 59:23, 60:20, 60:21, 62:14, 63:15, 63:16, 63:22, 63:23, 65:13, 67:2, 67:3, 67:15, 67:23, 68:14, 69:9, 69:10, 69:11, 69:14, 69:15, 69:17, 72:15, 72:22, 74:4, 79:20, 84:2, 87:2, 87:10, 90:14, 91:21, 92:7, 93:5, 94:23, 95:2, 96:22, 96:25, 121:23, 132:18, 136:14, 149:22, 151:18, 151:21, 152:8, 152:10, 154:6, 154:10, 161:13, 168:24, 172:12, 173:2, 175:14, 175:15, 179:8, 179:15, 180:5, 180:9, 180:16, 180:17, 181:12, 181:15, 181:22, 184:15, 194:11, 197:9
**remembered** [1] - 31:24
**repeat** [2] - 45:20, 142:18
**rephrase** [9] - 25:7,

30:19, 36:13, 54:19, 60:9, 76:5, 113:17, 192:19, 194:5
**replacement** [1] - 129:25
**replied** [1] - 143:2
**report** [1] - 72:11
**REPORTED** [1] - 201:15
**reported** [2] - 49:16, 110:11
**Reporter** [3] - 201:3, 201:14, 201:17
**reporter** [2] - 89:8, 201:23
**REPORTER** [1] - 1:24
**reporting** [1] - 174:8
**reports** [3] - 3:9, 3:11, 3:13
**reproduction** [1] - 201:22
**Republicans** [2] - 123:22, 123:24
**request** [3] - 89:11, 94:6, 94:7
**requested** [3] - 95:19, 127:17, 140:6
**requests** [1] - 94:14
**require** [1] - 194:2
**required** [2] - 93:2, 193:23
**research** [3] - 17:13, 50:15, 138:7
**researching** [4] - 52:18, 137:10, 140:20, 141:14
**reserve** [2] - 5:2, 5:10
**residence** [2] - 55:18, 55:24
**respect** [2] - 73:10, 115:6
**respected** [1] - 126:21
**respond** [1] - 192:20
**responds** [1] - 187:14
**response** [3] - 4:23, 146:2, 146:20
**responsible** [6] - 21:3, 75:4, 75:6, 155:12, 155:14, 155:15
**responsive** [1] - 126:4
**restricted** [1] - 7:19
**restrictions** [1] - 143:1
**result** [1] - 21:4
**results** [3] - 73:10, 172:18, 172:20
**resume** [1] - 77:1
**retainers** [3] - 100:21, 171:15, 171:21
**return** [13] - 39:5, 41:14, 41:16, 42:3,

42:12, 73:14, 158:15, 158:17, 158:19, 158:21, 159:24, 160:8, 195:15
**returned** [7] - 70:16, 71:8, 71:11, 103:15, 103:18, 120:14, 187:13
**returning** [1] - 73:19
**reverse** [4] - 4:24, 14:18, 17:4, 50:9
**review** [1] - 199:16
**rifle** [7] - 17:17, 22:2, 29:17, 50:9, 58:5, 58:11, 96:5
**rifles** [3] - 29:18, 52:7, 52:8
**ring** [3] - 96:5, 117:16, 138:24
**rings** [26] - 22:2, 22:5, 22:9, 22:14, 58:4, 58:13, 58:18, 58:20, 58:25, 59:2, 59:5, 59:8, 59:13, 59:24, 59:25, 96:8, 96:10, 96:11, 96:17, 96:20, 100:14, 171:14, 171:16, 171:24, 171:25
**river** [1] - 57:21
**RMR** [1] - 1:24
**RMR,CRR** [2] - 201:13, 201:16
**Road** [1] - 96:2
**road** [6] - 30:4, 30:13, 35:5, 121:21, 133:19, 134:24
**ROBERT** [1] - 1:8
**robotics** [1] - 9:11
**rocky** [1] - 35:5
**Roggio** [221] - 3:20, 4:1, 4:22, 6:8, 9:16, 9:18, 9:20, 9:23, 10:10, 10:18, 11:3, 12:2, 12:11, 12:15, 13:6, 13:18, 13:20, 13:22, 13:24, 13:25, 14:17, 20:20, 20:21, 22:22, 31:18, 33:22, 34:8, 42:6, 42:8, 42:10, 42:22, 45:3, 45:16, 45:22, 45:23, 47:14, 47:20, 48:7, 48:11, 48:14, 49:15, 49:16, 51:4, 51:17, 51:21, 52:1, 52:12, 52:21, 53:4, 54:12, 55:8, 55:17, 60:2, 60:15, 64:15, 64:18,

65:15, 66:1, 66:5, 66:10, 66:25, 67:1, 67:17, 67:18, 67:25, 68:6, 68:10, 68:14, 69:13, 71:13, 71:18, 71:22, 72:14, 72:17, 73:1, 73:5, 73:13, 73:18, 73:21, 74:10, 74:18, 75:8, 75:9, 78:8, 78:12, 81:2, 81:4, 81:8, 81:10, 81:20, 82:23, 83:22, 84:3, 84:6, 84:9, 84:15, 84:20, 85:5, 86:10, 86:11, 86:13, 86:14, 86:22, 90:21, 91:4, 91:24, 92:20, 94:6, 94:22, 95:4, 96:14, 97:6, 97:7, 97:15, 102:16, 103:8, 103:13, 104:15, 105:6, 105:20, 106:10, 108:12, 110:25, 111:1, 111:5, 111:23, 112:14, 113:3, 113:4, 113:12, 113:15, 113:18, 114:7, 114:15, 115:13, 115:17, 116:18, 117:9, 118:8, 118:10, 119:5, 119:10, 119:11, 119:18, 119:20, 120:16, 122:25, 123:6, 123:9, 124:7, 124:16, 124:20, 125:3, 125:25, 127:4, 129:5, 129:7, 129:9, 129:20, 130:1, 130:4, 130:8, 131:9, 131:15, 131:20, 135:5, 135:6, 139:21, 139:24, 140:10, 162:5, 162:13, 163:8, 163:11, 164:12, 164:19, 166:13, 167:1, 169:16, 170:21, 171:18, 172:6, 172:10, 173:4, 174:4, 177:2, 177:7, 178:1, 178:20, 179:1, 179:13, 179:17, 180:2, 183:3, 183:10, 183:20, 184:1, 184:5, 184:11, 184:20, 185:17,

**18**

185:20, 185:23, 186:2, 186:12, 186:15, 186:18, 189:24, 190:12, 191:2, 191:15, 191:17, 193:6, 196:19, 196:25, 197:1, 198:7, 200:8

**ROGGIO** [1] - 1:5

**Roggio's** [20] - 5:16, 5:19, 5:21, 7:11, 41:12, 71:6, 94:8, 95:13, 98:18, 98:25, 101:25, 102:25, 108:18, 109:9, 129:23, 132:1, 185:2, 185:9, 198:6, 199:24

**Roggio.** [1] - 95:21

**role** [3] - 137:10, 137:13, 137:14

**roof** [1] - 90:17

**room** [37] - 27:13, 27:14, 27:15, 31:19, 31:22, 31:25, 32:2, 32:17, 32:20, 33:2, 33:4, 35:4, 35:17, 35:20, 35:21, 35:23, 38:4, 38:24, 56:2, 56:3, 67:3, 67:4, 86:2, 103:19, 152:11, 153:20, 153:22, 154:4, 154:12, 154:20, 154:23, 154:24, 155:1, 155:2, 155:5, 160:6

**rooms** [2] - 133:20, 153:17

**Ross** [255] - 9:16, 9:18, 9:20, 9:22, 11:3, 13:25, 15:1, 15:3, 15:10, 15:20, 15:24, 16:4, 16:7, 16:11, 16:14, 16:22, 17:16, 17:19, 17:22, 20:20, 21:20, 21:23, 22:4, 23:6, 23:10, 23:12, 23:15, 24:2, 24:11, 24:16, 24:21, 25:5, 25:10, 25:12, 25:15, 27:6, 27:9, 27:12, 27:15, 28:3, 28:4, 28:16, 29:17, 29:21, 31:4, 31:6, 31:21, 32:6, 32:11, 32:23, 33:8, 33:22, 34:13, 34:16, 34:22, 35:8, 35:10, 35:12, 35:14, 35:16, 36:15,

36:23, 37:13, 37:16, 37:19, 37:22, 39:3, 39:12, 40:1, 41:2, 41:6, 41:12, 43:6, 43:12, 43:14, 44:1, 44:5, 44:9, 44:22, 45:3, 45:16, 45:22, 45:23, 46:23, 47:14, 47:20, 48:7, 59:23, 75:8, 75:9, 75:14, 81:2, 81:4, 81:10, 85:5, 85:7, 85:8, 85:21, 86:4, 86:22, 86:25, 87:7, 87:10, 87:13, 91:13, 91:19, 91:22, 92:25, 93:3, 93:9, 94:4, 95:14, 95:17, 95:18, 96:8, 96:22, 97:15, 97:25, 99:7, 99:24, 100:3, 100:6, 103:10, 103:23, 105:6, 129:5, 129:7, 129:9, 131:15, 132:15, 132:24, 132:25, 133:13, 133:21, 133:25, 135:6, 135:10, 135:18, 136:4, 136:11, 137:16, 137:19, 138:4, 139:21, 140:10, 140:24, 141:9, 141:14, 141:20, 142:9, 142:11, 142:13, 142:14, 142:16, 142:21, 143:7, 144:11, 144:23, 145:7, 145:8, 145:19, 145:22, 146:5, 146:24, 147:2, 147:6, 148:1, 148:8, 148:14, 148:16, 148:25, 149:6, 149:8, 149:16, 149:23, 150:12, 150:18, 150:21, 150:25, 151:5, 151:8, 151:13, 151:14, 152:1, 152:10, 152:13, 152:20, 152:23, 153:4, 153:7, 153:22, 153:24, 155:3, 155:6, 155:8, 155:10, 155:15, 155:16, 155:18, 156:2, 156:22, 156:25, 157:5, 157:14, 158:10,

158:12, 158:23, 159:9, 159:15, 160:2, 160:13, 161:4, 161:6, 161:13, 161:16, 162:5, 162:16, 165:3, 165:7, 165:13, 165:15, 165:17, 166:13, 167:10, 168:14, 169:7, 169:16, 172:13, 173:22, 179:7, 179:10, 179:13, 182:22, 183:3, 183:10, 183:14, 183:20, 185:11, 187:12, 192:1, 193:7, 193:15, 193:19, 194:8, 194:11, 194:14, 194:19, 194:21, 194:23, 195:22, 195:24, 196:19

**ROSS** [1] - 1:5

**Ross'** [8] - 22:19, 37:25, 38:3, 39:8, 101:15, 143:18, 146:20, 147:22

**rotate** [1] - 20:16

**roughly** [2] - 62:12, 65:3

**rounds** [1] - 96:16

**rubber** [1] - 154:7

**Rule** [2] - 199:23, 200:4

**rule** [3] - 7:22, 198:21, 200:3

**rules** [1] - 199:19

**Rules** [1] - 199:23

**ruling** [2] - 8:2, 187:8

**run** [5] - 15:25, 35:5, 135:11, 157:1, 157:9

**running** [10] - 33:23, 33:24, 112:23, 113:1, 130:17, 153:24, 167:11, 167:21, 182:23, 183:3

**Russia** [1] - 164:6

**RWRoggio@yahoo. com** [1] - 95:12

---

**S**

**s/Kristin** [1] - 201:13

**Saar** [23] - 7:1, 7:6, 11:24, 11:25, 12:18, 12:20, 24:14, 48:3, 52:4, 64:17, 65:8,

68:11, 68:15, 68:22, 69:4, 69:21, 70:25, 80:21, 86:10, 127:9, 134:6, 134:9, 191:2

**safe** [3] - 102:15, 109:18, 116:9

**safely** [1] - 187:13

**salaries** [3] - 90:25, 94:18, 115:14

**salary** [5] - 48:9, 48:10, 72:14, 72:17, 115:16

**sanctioned** [1] - 99:8

**sandblasting** [3] - 90:7, 90:9, 111:12

**sat** [1] - 103:19

**satisfaction** [1] - 55:5

**save** [1] - 109:23

**saved** [2] - 37:17, 160:7

**saving** [1] - 67:19

**saw** [32] - 6:18, 6:21, 23:18, 23:19, 26:11, 27:2, 28:1, 29:1, 29:11, 34:16, 37:19, 38:22, 42:23, 57:6, 65:2, 106:13, 109:25, 111:8, 111:11, 114:2, 114:3, 119:4, 119:20, 156:5, 176:11, 181:13, 194:12, 196:6, 196:12, 196:14

**scared** [1] - 104:15

**scene** [1] - 152:21

**schedule** [1] - 138:21

**schematics** [1] - 51:12

**scheme** [1] - 7:18

**SCOTT** [1] - 1:14

**SCRANTON** [2] - 1:9, 1:25

**Scranton** [2] - 1:13, 201:19

**scream** [3] - 181:5, 181:9, 181:10

**screaming** [7] - 31:7, 31:9, 31:14, 31:17, 31:21, 36:4, 36:7

**screen** [17] - 20:2, 29:5, 83:17, 89:17, 89:20, 90:12, 95:7, 95:19, 95:21, 99:11, 100:10, 100:12, 101:5, 117:23, 140:13, 140:25, 144:7

**search** [3] - 27:23, 152:10, 152:11

**searching** [2] - 27:13,

27:15

**seated** [3] - 8:15, 77:12, 128:15

**Sebastian** [4] - 11:24, 11:25, 12:20, 24:14

**second** [12] - 33:4, 38:12, 38:14, 38:18, 56:2, 60:4, 86:2, 88:23, 140:25, 145:18, 146:4, 146:23

**secondhand** [1] - 4:12

**secret** [4] - 7:12, 7:14, 51:18, 52:2

**Section** [2] - 1:15, 201:6

**secure** [1] - 160:4

**security** [7] - 19:14, 23:23, 23:25, 56:15, 149:21, 158:10, 195:25

**see** [68] - 8:3, 13:25, 14:3, 14:6, 23:15, 25:10, 25:12, 26:3, 27:20, 27:22, 27:25, 28:19, 28:24, 29:8, 29:9, 32:3, 34:22, 36:10, 36:16, 38:15, 38:25, 43:7, 43:24, 54:10, 57:9, 57:16, 65:7, 74:20, 80:12, 80:23, 81:10, 81:13, 84:16, 88:25, 89:2, 90:3, 99:2, 99:13, 100:11, 100:12, 100:14, 112:17, 113:25, 117:21, 119:6, 124:22, 126:10, 129:9, 144:8, 147:9, 148:6, 148:11, 148:14, 149:21, 152:25, 153:14, 153:16, 154:3, 160:18, 161:20, 168:6, 168:22, 168:25, 169:3, 170:23, 171:12, 171:16, 200:16

**seeing** [8] - 30:8, 35:1, 45:2, 73:10, 107:3, 158:23, 197:22, 199:2

**seeking** [3] - 4:14, 164:13, 188:17

**seem** [1] - 114:1

**seemingly** [1] - 125:20

**selection** [1] - 52:22

**self** [1] - 187:6

**self-serving** [1] -

187:6
**selling** [1] - 114:23
**semi** [2] - 14:21, 14:22
**semi-automatic** [2] - 14:21, 14:22
**send** [12] - 75:23, 92:25, 95:14, 99:21, 122:13, 143:1, 143:2, 143:5, 143:11, 143:12, 145:17, 167:16
**sending** [5] - 95:18, 122:25, 139:24, 185:17, 185:20
**sense** [2] - 115:7, 200:9
**sent** [19] - 53:4, 53:16, 91:24, 94:14, 99:9, 101:21, 113:25, 118:9, 120:21, 122:10, 143:4, 148:3, 167:17, 173:11, 173:19, 186:15, 186:18, 189:24, 190:7
**separate** [2] - 108:19, 108:23
**separately** [1] - 150:8
**September** [1] - 79:6
**sequence** [2] - 5:20, 94:2
**serve** [1] - 199:10
**service** [1] - 10:17
**serving** [3] - 87:18, 136:6, 187:6
**set** [2] - 141:15, 201:9
**sets** [1] - 5:20
**Seven** [2] - 1:8, 101:14
**several** [7] - 60:24, 67:1, 69:5, 70:16, 72:23, 181:16, 199:22
**sexual** [3] - 4:11, 5:1
**shape** [1] - 90:6
**shared** [2] - 63:11, 184:7
**sharing** [1] - 134:19
**sheet** [17] - 99:15, 99:21, 100:1, 101:12, 109:24, 109:25, 110:3, 110:5, 110:9, 110:10, 110:14, 110:17, 140:7, 140:16, 141:1, 141:7
**shelf** [1] - 88:24
**ship** [3] - 98:10, 142:1, 142:7
**shipped** [1] - 145:12
**shirt** [2] - 14:9, 14:11

**shocked** [1] - 177:20
**shoes** [1] - 35:5
**shoot** [2] - 59:23, 160:16
**shop** [1] - 92:1
**short** [3] - 21:12, 110:1, 198:12
**shorthand** [1] - 1:22
**shortly** [2] - 22:18, 71:3
**shot** [2] - 95:19, 95:21
**shots** [1] - 96:19
**shoulder** [1] - 32:15
**show** [18] - 18:1, 18:4, 33:23, 33:24, 79:15, 93:3, 93:9, 122:17, 153:24, 157:9, 170:15, 171:12, 182:23, 183:3, 186:4, 188:12, 194:3, 198:12
**showed** [1] - 106:2
**showing** [3] - 89:17, 117:23, 200:6
**shown** [3] - 4:20, 90:12, 171:7
**shuts** [1] - 150:23
**side** [14] - 13:2, 23:14, 30:4, 48:6, 121:21, 131:1, 137:6, 166:10, 166:14, 166:19, 166:20, 167:13, 168:15
**sidebar** [2] - 186:25, 189:7
**sign** [4] - 19:7, 84:12, 89:3, 131:9
**signature** [2] - 19:3, 88:25
**signed** [7] - 19:5, 84:5, 84:8, 84:17, 105:12, 131:10, 135:8
**significance** [1] - 180:22
**signing** [2] - 84:2, 89:5
**Siim** [187] - 11:24, 11:25, 12:18, 12:20, 12:21, 13:1, 13:5, 24:14, 24:16, 24:21, 25:5, 25:10, 25:12, 25:18, 26:2, 26:8, 27:2, 27:20, 27:22, 27:25, 28:1, 29:22, 30:13, 30:16, 30:17, 30:22, 30:24, 30:25, 31:17, 31:20, 32:5, 32:23, 33:8, 33:20, 34:16, 34:22, 35:1,

35:3, 35:13, 36:7, 36:11, 36:16, 37:6, 37:14, 37:19, 37:20, 37:21, 38:4, 38:6, 40:3, 40:7, 40:16, 40:24, 41:6, 41:20, 42:12, 46:25, 52:4, 60:2, 60:5, 60:7, 60:10, 60:18, 60:21, 61:1, 61:13, 62:8, 62:19, 62:21, 63:6, 63:10, 63:11, 63:13, 63:18, 64:2, 64:14, 64:17, 65:1, 65:2, 65:5, 65:8, 66:1, 66:5, 66:15, 66:25, 67:5, 67:7, 67:18, 68:2, 68:7, 68:21, 69:4, 69:18, 69:21, 70:23, 71:16, 76:1, 76:8, 76:16, 80:21, 80:23, 86:10, 107:17, 108:5, 118:17, 118:19, 126:7, 126:10, 127:9, 133:25, 134:6, 134:9, 134:10, 134:19, 135:2, 138:14, 138:16, 149:11, 150:20, 151:11, 151:14, 151:18, 151:25, 152:25, 153:5, 153:14, 153:20, 153:22, 153:25, 154:3, 154:12, 154:20, 154:23, 155:4, 155:12, 155:17, 155:19, 156:5, 156:14, 157:20, 157:22, 158:9, 158:17, 158:23, 165:4, 173:11, 174:1, 174:4, 174:14, 174:25, 175:7, 175:13, 175:16, 176:7, 176:11, 176:14, 176:19, 176:20, 178:9, 178:15, 179:5, 179:7, 179:11, 179:14, 179:17, 180:3, 180:11, 181:4, 181:13, 181:14, 181:17, 181:23, 182:18, 191:1, 191:17, 191:23, 191:25, 192:7, 193:20, 194:8,

194:22, 196:12, 197:1, 197:4, 197:7
**Siim's** [20] - 26:11, 27:15, 31:15, 32:8, 33:10, 33:14, 33:17, 37:17, 40:13, 67:19, 75:4, 75:6, 151:7, 151:8, 152:11, 152:15, 154:2, 158:6, 158:8
**similar** [2] - 29:19, 57:20
**simple** [1] - 192:24
**simply** [4] - 7:23, 43:20, 54:24, 79:19
**single** [4] - 83:12, 113:18, 188:22, 189:1
**sissy** [2] - 123:10, 124:14
**sit** [2] - 32:6, 159:22
**site** [3] - 47:20, 49:23, 58:11
**sitting** [5] - 26:8, 36:6, 36:25, 160:5, 161:2
**situation** [3] - 172:12, 173:24, 189:4
**situations** [1] - 25:15
**six** [4] - 92:22, 92:23, 102:7, 116:5
**six-digit** [1] - 102:7
**skeptical** [3] - 94:13, 94:16, 116:13
**Skype** [1] - 10:12
**slapping** [1] - 42:23
**small** [2] - 94:21, 198:7
**small-time** [1] - 94:21
**smile** [1] - 88:18
**smoked** [3] - 64:3, 76:9
**smoking** [2] - 63:19, 64:7
**smooth** [1] - 90:10
**social** [3] - 132:9, 155:24, 163:20
**society** [1] - 126:20
**soil** [1] - 133:7
**soldier** [2] - 33:14, 56:9
**soldiers** [18] - 29:1, 29:12, 32:24, 34:2, 34:7, 34:11, 34:13, 34:14, 39:8, 39:16, 39:17, 56:1, 56:17, 153:4, 153:10, 153:21, 153:25, 193:20
**solicited** [1] - 111:1
**someone** [9] - 13:10,

15:3, 34:2, 62:11, 139:7, 139:8, 179:13, 180:3, 190:19
**sometimes** [3] - 115:13, 116:4, 150:16
**somewhat** [2] - 112:23, 114:12
**somewhere** [4] - 23:22, 47:13, 57:22, 146:18
**soon** [2] - 44:7, 146:22
**sorry** [28] - 12:19, 38:14, 50:12, 55:3, 57:11, 59:4, 61:5, 62:2, 62:6, 68:13, 79:4, 89:9, 97:20, 102:3, 113:17, 114:8, 117:13, 123:23, 127:17, 134:15, 139:14, 147:6, 148:5, 150:9, 154:21, 156:10, 167:17, 177:23
**sort** [6] - 4:17, 157:3, 157:13, 161:18, 181:19, 192:1
**sorts** [2] - 130:15, 130:23
**sound** [2] - 112:7, 123:10
**sounds** [3] - 142:20, 180:24, 184:16
**source** [1] - 51:6
**sources** [1] - 111:24
**Soviet** [1] - 164:7
**speaking** [1] - 6:25
**special** [1] - 17:20
**specialized** [2] - 95:6, 100:7
**specific** [1] - 188:19
**specifically** [14] - 9:3, 11:9, 17:3, 61:18, 62:1, 64:13, 64:25, 96:6, 111:23, 169:17, 170:3, 176:11, 188:13, 197:7
**specificity** [2] - 96:7, 100:4
**specifics** [4] - 51:12, 63:23, 184:10, 184:15
**specify** [1] - 92:13
**specifying** [1] - 195:13
**speculation** [6] - 36:18, 75:11, 75:19,

**20**

76:11, 93:21, 98:16
**speculative** [2] -
36:12, 98:13
**spell** [3] - 8:13, 77:8,
128:12
**spent** [3] - 40:16,
108:24, 138:19
**sporadic** [2] - 101:16,
101:17
**sports** [3] - 93:6,
93:16, 102:3
**spread** [6] - 101:12,
109:24, 140:7,
140:16, 141:1, 141:7
**spring** [3] - 20:10,
20:11, 90:19
**springs** [3] - 20:12,
20:13, 90:19
**spur** [1] - 119:2
**stage** [2] - 46:17,
46:19
**stamping** [3] - 58:16,
58:22, 58:24
**stand** [4] - 14:7,
81:14, 129:11,
153:19
**standing** [2] - 31:10,
31:11
**start** [6] - 10:18,
73:10, 99:5, 164:23,
167:11, 187:10
**started** [14] - 86:4,
88:20, 94:15,
103:14, 103:20,
131:4, 133:22,
141:19, 151:22,
156:15, 159:9,
160:6, 162:16
**starting** [3] - 94:13,
130:16, 144:6
**state** [3] - 8:13, 77:8,
128:12
**statement** [9] - 43:18,
43:19, 164:10,
165:9, 167:25,
177:16, 181:3,
186:12, 200:9
**statements** [3] - 7:22,
199:4, 199:24
**states** [1] - 22:1
**STATES** [2] - 1:1, 1:2
**States** [18] - 1:11,
7:20, 15:19, 21:21,
53:23, 87:18, 94:24,
95:4, 97:11, 97:13,
98:7, 99:9, 111:20,
111:25, 137:24,
201:4, 201:6, 201:17
**Status** [2] - 139:6,
140:17

**status** [2] - 102:19,
169:8
**stay** [6] - 72:8, 85:18,
103:4, 103:11,
160:21, 195:6
**stayed** [5] - 25:18,
25:21, 62:25, 73:6,
176:3
**staying** [6] - 84:25,
131:1, 133:11,
133:12, 146:18,
153:4
**steel** [2] - 59:21, 59:22
**step** [1] - 127:23
**steps** [1] - 194:14
**sticks** [1] - 154:7
**still** [27] - 6:11, 7:25,
31:21, 42:6, 42:8,
65:24, 71:13, 75:9,
86:10, 86:13, 88:2,
102:21, 104:19,
106:13, 106:15,
120:25, 121:1,
121:2, 168:19,
172:9, 189:22,
192:2, 192:5, 193:2,
193:3, 195:15
**stipulate** [1] - 83:6
**Stockholm** [4] - 8:25,
192:1, 192:9, 192:23
**stockholm** [1] -
192:12
**stomach** [2] - 33:8,
154:17
**stop** [7] - 9:20, 22:16,
32:20, 81:8, 120:4,
126:7, 184:1
**stopped** [2] - 96:19,
106:19
**stories** [6] - 87:19,
132:17, 132:23,
132:24, 132:25
**story** [10] - 6:2, 6:4,
15:7, 15:10, 16:10,
21:25, 88:21,
132:20, 135:20,
135:25
**straightaway** [1] -
43:23
**Street** [1] - 1:20
**streets** [1] - 29:16
**strength** [1] - 7:22
**stressed** [3] - 97:6,
103:13, 119:6
**stressful** [2] - 97:6,
119:7
**strike** [10] - 21:5,
39:24, 62:2, 69:2,
135:15, 147:22,
152:20, 179:22,

194:4, 194:17
**strong** [3] - 8:2, 137:4,
177:9
**Stroudsburg** [1] -
143:3
**stuck** [1] - 104:19
**study** [1] - 51:4
**stuff** [7] - 23:2, 26:9,
26:16, 32:10, 67:16,
130:17, 130:20
**stylus** [2] - 20:1, 89:19
**submit** [1] - 4:19
**submitted** [2] - 91:17,
99:16
**subpoena** [1] - 198:5
**subsequent** [1] - 38:9
**subsidiary** [1] - 48:21
**substantial** [1] -
102:17
**substantially** [1] -
5:25
**suddenly** [1] - 6:5
**suffer** [2] - 156:6,
156:8
**suffering** [3] - 156:6,
156:8, 156:11
**suggest** [1] - 76:25
**suggested** [2] - 8:1,
92:1
**suggests** [1] - 98:15
**suit** [1] - 81:15
**suitability** [1] - 21:16
**suitcase** [4] - 145:10,
146:17, 147:6, 148:5
**suite** [1] - 1:12
**Sulaymaniyah** [28] -
6:7, 11:10, 11:13,
13:3, 16:23, 18:11,
18:16, 22:18, 29:16,
30:3, 44:21, 69:24,
69:25, 80:1, 80:3,
80:5, 84:23, 84:24,
85:11, 104:14,
107:6, 131:16,
133:9, 135:16,
136:25, 156:25,
158:11, 165:24
**Sulaymaniyah's** [1] -
161:22
**summaries** [3] -
91:10, 91:14, 91:17
**summer** [3] - 78:2,
78:13, 81:22
**supervise** [1] - 167:18
**supervision** [2] -
201:11, 201:23
**supplier** [2] - 95:4,
98:12
**suppliers** [1] - 98:6
**supporting** [1] - 196:3

**supposed** [9] - 24:23,
87:11, 110:17,
113:25, 114:9,
131:3, 153:19,
173:23, 187:22
**surrounded** [1] -
88:21
**sustain** [1] - 25:8
**sustained** [12] - 15:22,
24:19, 36:13, 54:15,
75:12, 98:16, 142:5,
145:3, 152:4,
157:17, 191:20,
195:10
**Suzy** [1] - 129:23
**swallow** [1] - 132:10
**Sweden** [1] - 8:25
**Swiss** [2] - 90:4, 191:7
**SWORN** [3] - 8:12,
77:7, 128:11
**symbol** [1] - 29:10
**sympathized** [1] -
164:5
**Syndrome** [4] - 192:1,
192:9, 192:12,
192:23
**system** [2] - 109:16,
110:24
**systems** [1] - 12:25

---

## T

**table** [5] - 26:8, 26:12,
32:4, 56:4, 151:24
**tabs** [1] - 138:25
**Talabani** [12] - 23:11,
23:12, 23:14, 23:18,
126:18, 135:12,
135:13, 135:15,
135:17, 136:8,
166:6, 168:19
**Talabani's** [1] - 126:19
**Talabanis** [4] - 135:18,
157:1, 165:22,
165:23
**Tallinn** [13] - 9:9, 78:4,
78:5, 78:6, 144:13,
144:15, 145:10,
145:20, 170:20,
190:6, 191:5, 191:6,
191:18
**tase** [3] - 32:9, 32:11,
32:12
**tased** [1] - 41:21
**tasers** [1] - 154:7
**tasking** [1] - 37:1
**tasks** [3] - 141:14,
149:15, 196:1
**taxi** [2] - 44:13, 104:11
**taxis** [1] - 161:23

**team** [4] - 153:6,
165:14, 166:23,
173:20
**teasing** [1] - 124:20
**Technical** [1] - 9:9
**technological** [2] -
21:15
**telephone** [1] - 10:11
**television** [1] - 77:18
**Ten** [1] - 147:4
**ten** [1] - 188:20
**tension** [1] - 116:18
**term** [4] - 165:6,
165:8, 192:13,
192:23
**terms** [3] - 28:20,
86:7, 100:3
**terrify** [1] - 7:15
**terrorize** [1] - 7:15
**test** [2] - 32:9, 161:19
**TESTIFIED** [3] - 8:12,
77:7, 128:11
**testified** [15] - 20:20,
38:17, 50:5, 55:20,
62:2, 62:3, 69:6,
73:21, 102:18,
119:17, 126:13,
141:13, 170:9,
179:7, 196:13
**testifies** [1] - 199:25
**testify** [5] - 3:15, 6:18,
187:8, 196:5, 199:6
**testifying** [3] - 3:8,
59:13, 200:8
**testimony** [28] - 3:6,
3:10, 3:19, 3:25,
4:17, 6:15, 7:24, 8:1,
50:8, 51:19, 58:3,
63:1, 66:4, 66:14,
73:23, 74:9, 114:2,
115:12, 119:15,
119:22, 128:19,
137:9, 170:12,
173:12, 178:18,
194:4, 197:9
**text** [4] - 125:21,
147:8, 187:3, 193:5
**texted** [1] - 147:8
**texts** [2] - 75:23,
187:10
**THE** [149] - 1:1, 1:1,
1:8, 1:10, 1:19, 3:3,
4:23, 6:12, 6:20,
6:24, 7:5, 7:21, 8:8,
8:13, 8:14, 8:15,
14:6, 14:9, 14:15,
15:22, 18:25, 19:19,
24:19, 24:25, 25:7,
26:25, 30:10, 30:12,
34:5, 36:13, 36:20,

**21**

36:22, 36:23, 38:18, 39:10, 39:11, 42:25, 43:4, 43:18, 45:6, 45:9, 45:11, 54:15, 54:24, 57:10, 57:12, 57:15, 74:22, 74:24, 75:12, 75:20, 75:21, 76:5, 76:12, 76:13, 76:15, 76:18, 76:21, 76:23, 76:24, 76:25, 77:3, 77:8, 77:10, 77:12, 79:14, 79:17, 79:21, 81:18, 83:1, 83:8, 83:12, 89:13, 93:13, 93:22, 98:15, 98:25, 99:4, 103:3, 104:23, 104:25, 122:19, 123:17, 124:18, 125:9, 125:14, 125:16, 126:24, 127:12, 127:23, 127:25, 128:2, 128:5, 128:7, 128:12, 128:14, 128:15, 129:18, 139:16, 139:18, 139:22, 140:1, 140:13, 142:5, 142:13, 142:16, 142:18, 143:23, 143:25, 144:4, 145:3, 145:4, 145:5, 151:3, 152:4, 157:17, 161:25, 162:2, 178:2, 179:24, 185:15, 186:7, 186:23, 188:15, 188:20, 188:24, 189:2, 189:6, 189:12, 189:16, 191:10, 191:20, 192:20, 194:1, 194:18, 195:10, 196:9, 196:10, 196:21, 197:15, 197:16, 197:24, 198:19, 199:9, 199:14, 199:21, 200:7, 200:14, 200:16
**there(indicating)** [3] - 14:1, 31:13, 129:13
**therefore** [1] - 133:8
**thinking** [3] - 27:4, 44:5, 161:16
**thinks** [1] - 192:14
**third** [3] - 4:4, 60:4, 141:6
**thirty** [3] - 85:25, 86:18, 88:11

**thirty-minute** [2] - 85:25, 88:11
**thread** [1] - 124:6
**threaten** [1] - 7:15
**threatened** [3] - 6:3, 41:21, 193:15
**threatening** [4] - 4:1, 5:21, 160:14, 183:4
**three** [10] - 5:16, 65:13, 65:14, 88:14, 92:24, 93:20, 96:21, 124:12, 133:13, 138:24
**three-ring** [1] - 138:24
**throughout** [1] - 130:18
**thule** [1] - 147:18
**THULE** [1] - 147:19
**Thule** [1] - 148:2
**thumbs** [1] - 148:14
**ticket** [1] - 44:15
**tickets** [1] - 104:12
**tier** [1] - 98:1
**Tier** [7] - 149:12, 153:6, 164:25, 165:2, 165:6, 165:9, 172:8
**tight** [1] - 138:20
**title** [2] - 12:17, 140:18
**Title** [1] - 201:6
**titled** [1] - 3:13
**today** [10] - 3:7, 3:14, 4:15, 5:5, 5:17, 13:25, 81:10, 129:9, 196:13
**today's** [1] - 4:16
**TODD** [1] - 1:11
**Todd** [1] - 198:15
**together** [17] - 12:6, 37:10, 38:11, 64:3, 64:4, 117:7, 132:11, 132:14, 133:13, 133:23, 150:3, 150:7, 153:7, 156:22, 160:13, 165:5, 178:7
**toilet** [1] - 67:15
**tomorrow** [6] - 5:5, 144:11, 144:13, 197:22, 197:25, 200:16
**ton** [1] - 51:9
**took** [18] - 3:1, 4:9, 10:13, 10:15, 17:4, 26:11, 44:13, 69:21, 72:13, 84:14, 104:11, 107:11, 108:11, 119:4, 148:5, 148:24, 149:4, 151:25

**tool** [1] - 35:2
**top** [8] - 11:1, 124:25, 140:16, 145:18, 146:5, 146:6, 147:5, 148:13
**Torture** [1] - 7:10
**torture** [5] - 5:8, 7:3, 75:4, 75:7, 187:24
**tortured** [2] - 87:22, 182:3
**torturing** [1] - 193:10
**Total** [1] - 101:11
**touch** [1] - 141:23
**tourist** [5] - 80:11, 106:6, 106:25, 107:1, 126:6
**towards** [11] - 94:12, 97:18, 97:19, 102:9, 116:5, 118:22, 183:13, 192:1, 193:2, 195:24, 200:4
**transaction** [5] - 92:14, 95:20, 98:7, 98:9, 98:22
**transactions** [3] - 91:4, 92:11, 92:12
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:22, 201:7, 201:10, 201:22
**transcription** [1] - 1:22
**transfer** [2] - 95:19, 115:3
**transferred** [2] - 98:11
**transfers** [1] - 91:1
**travel** [4] - 138:6, 158:11, 161:17, 174:3
**traveling** [1] - 47:24
**travels** [1] - 138:22
**trial** [1] - 198:10
**Trial** [1] - 1:8
**tried** [10] - 7:14, 7:20, 16:22, 17:5, 125:25, 126:1, 126:3, 126:4, 154:17, 196:6
**Triin** [34] - 11:24, 11:25, 13:3, 13:4, 13:5, 13:11, 13:15, 25:18, 27:10, 28:6, 31:4, 32:25, 36:16, 37:8, 42:14, 46:25, 48:1, 52:17, 61:3, 61:6, 64:2, 65:19, 67:9, 70:21, 80:19, 82:3, 86:13, 107:14, 107:15, 134:15, 134:16, 134:25, 135:3, 158:15

**trip** [9] - 80:8, 107:7, 107:11, 107:13, 107:17, 118:15, 138:15, 175:10, 184:25
**trips** [1] - 97:13
**trouble** [1] - 28:16
**true** [3] - 93:18, 180:14, 201:7
**truly** [1] - 187:12
**trump** [1] - 123:25
**truth** [1] - 43:16
**try** [11] - 22:4, 69:2, 76:5, 76:7, 89:7, 103:22, 103:23, 143:11, 152:4, 192:19, 198:25
**trying** [15] - 29:13, 32:7, 33:20, 37:23, 50:9, 59:23, 102:22, 154:1, 187:5, 187:6, 187:20, 187:21, 188:13, 189:3, 194:24
**tUESDAY** [1] - 1:9
**Turkey** [1] - 143:3
**turn** [7] - 78:22, 82:8, 138:24, 140:25, 147:12, 150:4, 158:2
**turned** [1] - 98:23
**twenty** [3] - 45:9, 85:25, 128:5
**twice** [2] - 102:10, 116:6
**two** [32] - 7:9, 26:7, 26:23, 28:15, 35:17, 35:19, 38:8, 38:9, 38:11, 38:24, 41:17, 65:10, 65:12, 66:21, 67:3, 72:19, 78:19, 88:21, 92:24, 95:1, 101:4, 101:6, 106:4, 107:23, 108:23, 129:24, 134:18, 135:11, 141:10, 169:10, 198:7
**two-story** [1] - 88:21
**type** [9] - 29:3, 56:3, 59:21, 89:22, 102:11, 119:3, 141:2, 141:7, 151:11
**types** [3] - 52:19, 141:9, 141:10

## U

**U.S** [11] - 10:22, 11:2, 102:12, 133:6, 141:23, 142:20, 143:8, 170:4, 170:5,

170:6, 187:18
**U.S.A** [1] - 86:21
**ultimately** [3] - 173:7, 174:10, 198:21
**um-hum** [9] - 46:7, 50:7, 55:13, 61:12, 73:25, 99:18, 110:2, 125:5, 147:20
**under** [14] - 4:14, 4:20, 88:2, 96:4, 96:18, 104:20, 110:8, 187:24, 187:25, 192:25, 198:5, 199:23, 201:11, 201:23
**underneath** [1] - 26:12
**understood** [3] - 66:14, 87:5, 131:25
**undertaking** [2] - 46:18, 52:6
**unfair** [1] - 4:22
**unfolds** [1] - 8:1
**unfortunately** [1] - 192:15
**uniform** [1] - 56:19
**uniforms** [2] - 28:23, 29:11
**Union** [2] - 115:4, 164:7
**UNITED** [2] - 1:1, 1:2
**United** [18] - 1:11, 7:20, 15:19, 21:21, 53:23, 87:18, 94:24, 95:4, 97:11, 97:13, 98:7, 99:9, 111:20, 111:24, 137:24, 201:4, 201:6, 201:17
**University** [1] - 9:9
**unless** [3] - 76:21, 199:25, 201:23
**unquote** [1] - 98:5
**unresponsive** [3] - 98:24, 99:2, 179:23
**up** [54] - 4:15, 14:7, 19:12, 20:1, 26:23, 29:5, 43:2, 53:15, 60:18, 60:21, 60:24, 60:25, 81:14, 83:16, 84:15, 91:15, 91:22, 95:7, 100:9, 100:10, 100:11, 100:20, 101:5, 104:1, 113:13, 113:19, 114:5, 114:9, 114:10, 117:23, 131:8, 132:23, 139:7, 145:10, 147:1, 148:14, 148:18, 150:9,

**22**

151:12, 151:14, 160:7, 165:6, 166:15, 170:10, 170:19, 171:20, 171:23, 175:13, 177:18, 187:17, 188:7, 194:9, 198:9
**upper** [1] - 98:1
**upset** [5] - 73:24, 74:10, 98:20, 99:2, 103:9
**useful** [1] - 199:10
**utilities** [4] - 90:25, 92:6, 94:21, 110:12

**V**

**V-I-L-I-S-T** [1] - 8:14
**V-I-L-T-R-O-P** [2] - 77:11, 128:14
**vacation** [3] - 78:9, 80:6, 105:23
**vacationing** [1] - 121:18
**vague** [1] - 100:7
**vaguely** [2] - 131:22, 175:18
**value** [1] - 4:21
**varied** [1] - 87:1
**variety** [1] - 133:2
**various** [1] - 187:6
**vehicles** [1] - 28:24
**version** [2] - 29:19, 50:22
**victim** [1] - 79:16
**video** [13] - 10:11, 19:7, 19:13, 19:14, 19:22, 19:24, 30:7, 30:9, 30:11, 57:6, 89:5, 89:14, 111:9
**videos** [3] - 198:25, 199:2, 199:17
**viewed** [1] - 199:12
**Vilist** [17] - 2:4, 5:15, 8:10, 8:18, 19:2, 19:24, 30:7, 45:15, 53:25, 54:6, 57:3, 57:18, 63:18, 72:3, 75:3, 134:4, 148:20
**Viltrop** [22] - 2:4, 2:5, 5:15, 13:8, 13:15, 42:10, 77:5, 77:10, 77:15, 77:22, 82:24, 89:16, 99:17, 117:25, 127:3, 128:9, 128:14, 128:18, 128:25, 172:4, 186:18, 189:20
**Viltrop's** [1] - 13:13

**violating** [1] - 15:16
**Violations** [2] - 7:10, 188:1
**violence** [1] - 35:3
**violent** [1] - 5:21
**visa** [1] - 138:11
**visit** [8] - 65:8, 66:25, 78:14, 80:9, 80:12, 84:11, 126:10, 174:20
**visited** [5] - 118:14, 126:6, 168:14, 174:22, 181:23
**visiting** [3] - 97:14, 118:19, 175:16
**visually** [1] - 88:17
**voice** [1] - 31:15
**vouched** [1] - 130:7
**vs** [1] - 1:4

**W**

**wait** [3] - 89:7, 94:7, 183:24
**waited** [1] - 94:10
**waiting** [4] - 138:19, 149:9, 153:20
**walk** [1] - 94:1
**walls** [1] - 88:22
**wants** [4] - 16:15, 161:20, 191:18, 199:6
**war** [1] - 87:21
**washed** [1] - 157:13
**WASHINGTON** [1] - 1:25
**Washington** [2] - 1:12, 1:18
**washington** [1] - 1:16
**waste** [1] - 99:5
**watch** [2] - 19:7, 89:5
**watching** [1] - 19:13
**wave** [1] - 88:18
**ways** [1] - 50:14
**weapon** [19] - 17:14, 20:13, 22:14, 51:4, 51:8, 51:10, 55:12, 55:16, 55:18, 59:15, 59:23, 73:11, 96:16, 96:17, 117:2, 121:2, 141:2, 141:7, 172:15
**weapons** [60] - 10:9, 13:1, 15:1, 15:13, 15:20, 16:5, 16:8, 17:4, 17:7, 17:9, 18:7, 21:7, 21:14, 21:18, 22:4, 24:7, 24:11, 24:23, 27:17, 29:3, 29:4, 39:11, 51:2, 54:1, 54:7,

54:10, 54:21, 56:19, 56:20, 56:22, 57:25, 86:23, 86:25, 87:4, 87:7, 87:14, 95:3, 96:23, 97:2, 97:3, 104:5, 116:22, 116:24, 119:7, 119:12, 135:19, 136:5, 136:11, 136:13, 136:20, 138:1, 150:25, 163:10, 163:15, 163:17, 163:21, 167:24, 172:20
**wearing** [9] - 14:2, 14:8, 29:10, 29:12, 34:16, 81:12, 129:12, 129:14, 159:16
**weeks** [6] - 41:17, 69:5, 78:19, 106:4, 107:23, 138:20
**well-prepared** [1] - 149:18
**Wells** [3] - 92:5, 101:25, 109:10
**Western** [1] - 115:4
**whatnot** [2] - 91:1, 110:12
**whichever** [1] - 101:6
**whipped** [4] - 3:20, 3:24, 6:13, 6:16
**white** [2] - 14:9, 14:11
**whole** [4] - 7:18, 106:15, 160:22, 189:3
**wife** [8] - 77:21, 81:22, 103:3, 123:5, 127:7, 143:12, 198:6, 198:23
**William** [3] - 1:20, 95:23, 96:1
**willing** [1] - 142:1
**wire** [2] - 94:9, 115:6
**wired** [3] - 91:1, 101:20, 116:10
**wires** [3] - 101:21, 101:24
**wish** [4] - 121:13, 121:16, 122:24, 192:20
**wished** [1] - 16:19
**wishes** [1] - 187:1
**wishing** [1] - 185:23
**within-mentioned** [1] - 201:8
**WITNESS** [19] - 8:14, 14:9, 30:12, 36:23, 39:11, 75:21, 76:13, 76:15, 76:24, 77:10,

93:22, 103:3, 128:14, 139:18, 139:22, 142:18, 145:4, 178:2, 196:10
**witness** [34] - 3:18, 4:7, 5:14, 6:14, 6:17, 8:8, 14:4, 14:14, 18:24, 20:3, 25:4, 26:22, 30:5, 76:20, 77:3, 81:17, 82:25, 127:24, 128:2, 129:17, 139:20, 152:5, 179:10, 179:17, 181:13, 187:2, 187:11, 187:21, 189:13, 193:22, 194:2, 197:13, 198:22, 198:23
**Witness** [1] - 2:2
**witnessed** [5] - 62:9, 176:6, 180:2, 182:11, 182:17
**witnesses** [14] - 3:7, 3:8, 3:14, 4:11, 5:5, 5:17, 6:10, 6:17, 6:20, 68:1, 187:7, 199:8
**woman** [2] - 3:17, 125:22
**wondering** [1] - 81:21
**word** [1] - 98:15
**words** [14] - 64:6, 66:4, 66:16, 71:16, 110:19, 112:14, 113:18, 114:2, 121:16, 124:3, 164:21, 171:6, 174:4, 176:20
**workable** [1] - 160:12
**worker** [5] - 4:5, 80:21, 158:25, 163:20, 167:16
**workers** [10] - 80:12, 86:19, 114:21, 132:23, 150:24, 151:6, 158:13, 165:15, 167:9, 179:20
**works** [1] - 17:24
**worn** [1] - 154:13
**worried** [3] - 41:25, 94:13, 132:13
**worry** [1] - 144:14
**worst** [2] - 3:21, 3:22
**worth** [1] - 199:12
**write** [6] - 68:7, 120:20, 146:24, 149:17, 184:11, 184:13

**writes** [2] - 148:8, 187:11
**written** [2] - 168:21, 191:24
**wrote** [4] - 147:5, 148:4, 184:14, 191:17

**Y**

**Yadkin** [1] - 96:2
**YEAGER** [4] - 1:24, 201:3, 201:13, 201:16
**Yeager** [1] - 201:13
**year** [4] - 62:14, 70:19, 73:7, 108:2
**years** [5] - 47:3, 122:4, 124:7, 184:20, 186:12
**yelled** [1] - 103:19
**yesterday** [1] - 89:4
**York** [1] - 1:18
**yourself** [9] - 19:24, 41:20, 48:4, 70:19, 74:2, 74:5, 108:6, 120:9, 123:20
**yourselves** [3] - 164:25, 173:19, 197:20

**Z**

**Zarya** [16] - 15:8, 48:12, 48:17, 48:20, 112:8, 115:23, 137:6, 165:25, 166:2, 166:12, 166:13, 166:19, 167:14, 168:15, 168:16, 168:20