1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff           )
        vs                     )    18-CR-97
                               )
ROSS ROGGIO,                   )
                               )
            Defendant           )
_____)

TRANSCRIPT OF PROCEEDINGS
*Jury Trial - Day Eight*
BEFORE THE HONORABLE ROBERT D. MARIANI
WEDNESDAY, MAY 17, 2023; 9:30 A.M.
SCRANTON, PENNSYLVANIA

FOR THE GOVERNMENT:
    TODD K. HINKLEY, ESQ.
    Assistant United States Attorney
    Suite 311
    235 N. Washington Avenue
    Scranton, Pennsylvania  18503

    SCOTT A. CLAFFEE, ESQ.
    DOJ-Nsd
    Counterintelligence & Export Control Section
    950 Pennsylvania Avenue NW
    Washington, DC  20530

    PATRICK JASPERSE, ESQ.
    DOJ-Crm
    1301 New York Avenue, NW
    Washington, DC  20530

FOR THE DEFENDANT:
    GINO A. BARTOLAI, JR., ESQ.
    238 William Street
    Pittston, Pennsylvania  18640

Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

_____

KRISTIN L. YEAGER, RMR, CRR
CERTIFIED REALTIME REPORTER
235 N. WASHINGTON AVENUE
SCRANTON, PENNSYLVANIA 18503

2

# I N D E X

| Witness For the Government: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Zuhair Al-Maliki | 4 | 18 | 30 | -- |
| Siim Saar | 32 | 100 | 144 | -- |

# E X H I B I T    I N D E X

| For the Government: | Identified | Admitted |
|---|---|---|
| Exhibit No. 3.2 | 8,91 | 9 |
| Exhibit No. 23.2 | 19,25 | -- |
| (Page 3) | | |
| Exhibit No. 26.1 | 34 | 34 |
| Exhibit No. 26.2 | 36 | 36 |
| Exhibit No. 26.3 | 36 | 37 |
| Exhibit No. 26.4 | 45 | 46 |
| Exhibit No. 26.8 | 88 | 88 |
| Exhibit Nos. 25.8&25.9 | 94 | -- |
| Exhibit No. 24.5 | 108 | -- |

| For the Defendant: | Identified | Admitted |
|---|---|---|
| Exhibit Nos. 11&12 | 182 | -- |

3

THE COURT: Good morning. I asked to speak to counsel before the jury was brought in just to make a few observations. First, I have not fully and finally resolved the issue of whether Ms. Mecomber's testimony and the exhibits that the Defendant wishes to introduce through her may be done, may be admitted, for any purpose, at this point.

I spent considerable time last night and this morning reviewing all of the submissions of the parties, as well as as much case law as I could find, and your in limine briefs. While I understand the in limine briefs are somewhat sparse, and, in fact, don't contain a single citation to any case anywhere, so I'm not ready to rule on that, but I'm not ready to hold up this trial, either.

So at the conclusion of the Government's case, I expect to hold what I call a plenary hearing on the issue of admissibility of Ms. Mecomber's testimony. I may, also, ask you to file a Memorandum of Law in support of your positions, so I wanted to put you on notice of that.

It's not something I want to resolve in 10 or 15 minutes, I'd rather, in fact, proceed with the jury and complete the Government's case, before we turn to that issue.

So, Judy, bring the jury in, please.

(At this time the jury was placed in the jury box.)

THE COURT: You may call your next witness.

MR. HINKLEY: The Government calls Zuhair Al-Maliki.

4

ZUHAIR AL-MALIKI  IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Would you please state and spell your name for the record.

THE WITNESS: Zuhair Al-Maliki, Z U H A I R, A L M A L I K I.

THE CLERK: Thank you. You may be seated.

MR. HINKLEY: May I proceed, Your Honor?

THE COURT: Yes.

DIRECT EXAMINATION

BY MR. HINKLEY:

Q.    Mr. Al-Maliki, I wonder if you would be so kind as to provide the Court with your educational background.

A.    I have a Ph.D. degree in Law from Jordan. Also, I have a Master's degree in Law from Middle East University in Jordan, I have a Master's degree in Human Rights from Iran Pasteur Institute, and I have a B.A. in Law from Baghdad University, and I have a B.A. degree in English Literature from Baghdad University.

Q.    I notice that you're fluent in English. What languages do you speak?

A.    My mother tongue is Arabic, because I am an Iraqi citizen, former Iraqi citizen, and my second language is English.

Q.    Have you ever been employed as a professor at any university?

5

A.    I was employed by The Iraqi Ministry of Foreign Affairs to be a Professor for The Diplomatic Institute at The Ministry of Foreign Affairs, also, I am currently a Professor at The City University of Seattle.

Q.    What topics do you teach?

A.    I teach -- in Iraq, I teach Diplomatic Law and General Law.

Q.    In the United States, what do you teach?

A.    I give lectures on Middle Eastern Law and Iraq Rule of Law.

Q.    Do you practice law?

A.    Yes, I have a law firm.

Q.    Where do you practice?

A.    I practice in Iraq, because my main clients are in Iraq.

Q.    Would that be in Baghdad or around Baghdad?

A.    Baghdad -- all over Iraq, everywhere, yeah.

Q.    How long have you practiced law in Iraq?

A.    Since 2001.

Q.    Have you ever been designated a Judicial Officer in Iraq?

A.    Yes, I have been The Chief Investigative Judge at the Central Criminal Court for the period 2004 to 2006.

Q.    Could you explain to the Court your Judicial role?  What did you do as a Judge?

A.    As a Judge, I received cases from people and start investigating the case. If there is a Defendant, I can summon

6

the Defendant or issue arrest warrant for him, if he fails to appear. Then, start collecting evidence. If there are enough evidence, I will send the case, either, to the misdemeanor court or the penal court or if there's not enough evidence, I close the case.

Q.    Have you ever acted as a legal advisor to any Governmental organization on the Iraqi Judicial System?

A.    Yes, I've been employed by The Iraqi Ministry of Defense to draft the Judicial -- Marshal Court Law of Iraq.

Q.    As part of your work on the Iraqi legal system, did you take the lead in any particular area of law?

A.    Yes, Rule of Law and Anti-corruption cases.

Q.    Were you involved in the Uniform Code of Military Justice?

A.    Yes, I'm the one who drafted the new law after 2003, because, you know, after 2003, the whole system in Iraq collapsed, and for that, I was employed by The Iraqi Ministry of Defense to draft the new law for the Military Court.

Q.    Have you, likewise, been involved with non-government organizations with the goal or purpose of improving the Iraqi legal or anti-corruption initiatives?

A.    Yes, part of my work, now, is I'm consultant for the -- some international organizations, like, the GRU Union, USAID and United Nations on their Rule of Law projects in Iraq.

Q.    Are you familiar with Iraqi Constitution of 2005?

A.    Yes, I do.

7

Q.    Would you give a brief -- to the Court -- a brief explanation of the origin of the Iraqi Constitution?

A.    After 2003 and for to re-establish Iraq as a state, in 2005, Iraqi Council of Representatives passed their Constitution of 2005, and there was -- they made the public referendum to approve that Constitution, which was approved in 2005, and became the Supreme Law of Iraq since that time.

Q.    So that Constitution has been in effect up until today?

A.    Until now, yes.

Q.    Are you familiar with Iraqi Penal Code, as it existed during the years and the dates of October and November of 2015?

A.    Yes.

Q.    How are you currently employed?

A.    Currently, I am self-employed, but I work as a freelance or consultant for Iraqi Union for their project on Anti-corruption in Iraq.

Q.    Do you belong to any professional organizations?

A.    Yes, I'm member of the Iraqi Bar Association, member of The Iraqi Jurist Union and member of American Bar Association.

MR. HINKLEY: Your Honor, the Government moves to admit Zuhair Al-Maliki as an expert in Iraqi law.

MR. BARTOLAI: We accept, Your Honor. We would ask the Court to give us a charge on the expert opinion. I've submitted Third Circuit Section 2.09.

THE COURT: Is this the time to deal with that?

8

MR. BARTOLAI: I think we may get an opinion, Your Honor, and I think there's a charge relevant to an expert opinion at a trial charge. I know, of course, at the end of the trial, the Court will charge.

THE COURT: Yes.

MR. BARTOLAI: But it can charge, as well, preliminary to the expert giving his opinion.

THE COURT: I'm not going to engage in a charge conference at this juncture of the trial. So do you or do you not accept this man as an expert?

MR. BARTOLAI: Yes, I do. He is an expert.

THE COURT: All right. Dr. Al-Maliki is accepted as an expert in Iraqi Law.

BY MR. HINKLEY:

Q.    Mr. Al-Maliki, I previously asked you whether you are familiar with The Iraqi Constitution of in 2005. I've had an English translation of the Constitution marked as Government Exhibit 23.2, which would be this document.

MR. HINKLEY: If I may approach, Your Honor?

THE COURT: You may.

BY MR. HINKLEY:

Q.    First of all, have you had an opportunity to read over this Government's Exhibit?

A.    Yes, I do.

Q.    As originally written, what language The Iraqi

9

Constitution of 2005?

A.    It was written in Arabic.

Q.    Do you find Government's 23.2 to be a true and correct translation of the original Arabic to English?

A.    Yes.

MR. HINKLEY: Your Honor, the Government moves for admission of Government's 23.2.

THE COURT: Any objection?

MR. BARTOLAI: No objection.

THE COURT: Government's 23.2 is admitted.

(At this time Government's Exhibit No. 23.2 was admitted into evidence.)

BY MR. HINKLEY:

Q.    We will publish this, meaning, it will be on the screen next to you. I would direct your attention to Article 13 of the Iraqi Constitution. It reads;

"This Constitution is the Preeminent and Supreme Law in Iraq and shall be binding in all parts of Iraq without exception."

Would you explain what that means, in laymen's terms, to the jury?

A.    This means that no law should violate the article of this Supreme law and any law that contradicts with this law would be considered not valid.

Q.    Let's look to Article 15 of the Constitution. Would you

10

explain what this generally -- what these rights -- this provision gives to the people of Iraq?

A.    Yes. In this chapter or this article, particularly, talks about the basic rights of every Iraqi individual, including life, security and liberty. And all these rights are basic and cannot be touched or violated.

Q.    If someone were detained, without a Judge being involved, would that be a violation of Article 15?

A.    Yes.

Q.    Would that be true, if it's a non-Iraqi citizen, a foreign individual that happened to be visiting or working in Iraq?

A.    Any person who is within the jurisdiction of Iraq should not have the -- should have the same rights and cannot be detained without Judicial decision.

Q.    I would like to, now, turn to Article 19 of the Constitution. Would you be so kind as to go over the first and second provisions of Article 19?

A.    Yes. First -- "Article 19. First, the Judiciary is independent and no power is above the Judiciary except the law. Second. There is no crime or punishment except by law. The punishment shall only be for an act that the law considers a crime when perpetrated.

A harsher punishment than the applicable punishment, at the time of the offense, may not be imposed."

Q.    In regards to the first provision, the independence of the

Judiciary. Could you talk to the jury a little bit about that provision and why it was necessary?

A.    This decision is one of the main things that Iraqi people fought, let's say, for long time, because, before 2003, the Judiciary was part of The Ministry of Justice, and it was under the order from The Executive Branch of the Government. Actually, you cannot say we had Judicial authority, at that time.

For that reason, in 2005, people of Iraq insisted on having this as part -- this article as part of the Constitution to ensure the full independence of the Judiciary and make sure no outside influences from the Executive or the Legislative authority to be practiced on Judiciary.

Q.    In regards to the second article or second section of Article 19, it talks about punishments being according to law and nothing greater than that. Could you explain what that means?

A.    That means that the punishment will be as it is mentioned in the valid law, when the crime is committed, and cannot be harsher or cannot be -- make a new law, just to punish for a crime that happened before the enactment of that law.

Q.    Is it permissible under the Iraqi Constitution to punish or detain an individual, without Judicial approval?

A.    No, it's not.

Q.    We can go to the 12th Section of Article 19. Would you go

over that with the jury?

A.    "12-A. Unlawful detention shall be prohibited.

"B. Imprisonment or detention shall be prohibited in places not designed for these purposes, pursuant to present law, covering health and social care and subject to the authorities of the state."

Q.    In regards to subsection A, what is unlawful detention?

A.    A detention that happened without a Judicial decision.

Q.    Regarding Section B of this provision, that imprisonment or detention shall be prohibited in places not designed for those purposes.

In your experience, would a military base be a permissible place of detention for a foreign individual who was working in Iraq?

A.    No.

Q.    What types of places are designated for detention or imprisonment in Iraq for civilians, be that foreign or Iraqi citizens?

A.    All detention facilities and prisons are under the administration of Ministry of Justice, and Ministry of Justice has two types of places. One is called the detention facilities for people who are under investigation, where there's not final decision made on them. And there are prisons where, after the adjournment, they will spend the punishment period.

The detention facilities, there are agreement, between

13

Ministry of Justice and Ministry of Interior, when there is not enough places at the detention -- not in the prisons, nobody is allowed to be imprisoned outside the facilities of Ministry of Justice. But for detention for a period of time, it is allowed to keep the detainees at the police stations for temporary period of time that should not be exceeding two weeks.

Q.    Let me ask you a specific question, in your experience. If an individual were caught in Iraq smoking marijuana, is that a crime that's punishable by imprisonment?

A.    No, for smoking -- they focus on the smoking. Smoking, it would be -- it is a violation to the law, but it would be sent to rehabilitation centers for treatment.

Q.    And if someone were caught smoking marijuana, would the Judicial system be engaged, in other words, would Judges be involved in that investigation, prosecution and what, eventually, happens to that individual?

A.    As I explained, all the decisions must be made by the Judges. The detention, the investigation, nobody should be investigated or detained without decision from the Investigative Judge, and the Investigative Judge will decide, either, to send the case to Misdemeanor Court or the Felony Court, and if Misdemeanor Court or Felony Court will decide whether to send them to prison or send them to rehabilitation facility.

Q.    I'd like to move onto Chapter 2, Freedoms, Article 37.

14

Would you please go through the first section of Article 37 with the jury?

A.    "A. The liberty and dignity of man shall be protected.

    "B. No person may be kept in custody or investigated except according to a Judicial decision."

Q.    And C?

A.    "All forms of psychological and physical torture and inhumane treatment are prohibited. Any confession made under force, threat or torture shall not be relied on, and the victim shall have the right to seek compensation for material and moral damages incurred in accordance with the law."

Q.    So I would like to posit certain actions and ask you whether, in your opinion, such actions would amount to psychological or physical torture or inhumane treatment, under the Iraqi Constitution?

    MR. BARTOLAI: Your Honor, I have an objection. May we approach?

    THE COURT: No. State your objection.

    MR. BARTOLAI: My objection, Your Honor, is torture is a matter for this jury to decide, and I believe that the Government is going to recite a list of the allegations of torture against Mr. Roggio and elicit an opinion from this witness, as to whether or not they constitute torture.

    That is an ultimate issue in the case, that is an issue for this jury to decide. There is an element of mens rea or

criminal intent, with respect to torture. Mr. Roggio's mens rea, under 704 Rules of Evidence, Opinion on an ultimate issue, those matters are for the trier of fact alone, they are for this jury, and we submit, Your Honor, that it's objectionable on those grounds.

And further, under 403, Rule of Evidence 403 of the Federal Rules of Evidence, it's highly prejudicial, and any probative value is outweighed by that prejudice.

THE COURT: Mr. Hinkley?

MR. HINKLEY: So, Your Honor, this witness is not going to be testifying about the Defendant's state of mind or anything like that, but we have to establish that what happened in Iraq was outside the lawful sanctions for the punishments that would be allowable under Iraqi law.

So this witness is going to be asked, in regards to certain actions, if taken against an individual, would be outside the sanctions allowed under Iraqi law, and, particularly, this provision of the Iraqi Constitution.

It's an element we must prove. The Defendant could have stipulated to the fact that torture is illegal under Iraqi law, he chose not to.

MR. BARTOLAI: We will, Your Honor. We would submit that torture, as it's defined by Iraqi law, is illegal in Iraq. There's a Constitution that says so, here, there's no need to present this type of testimony. It's cumulative.

MR. HINKLEY: There is, because the specific actions, which are alleged, we need to determine -- and the jury will need to determine whether or not those actions would be lawful sanctions under Iraqi law.

THE COURT: There's an offer of a stipulation, first of all, from Mr. Bartolai, that torture is unlawful under Iraqi law. Will you accept that stipulation?

MR. HINKLEY: We do, as far as it goes. If he will stipulate that the allegations in the superseding indictment, if true, would be a violation of Iraqi Law and Torture, therefore, not permissible under the Iraqi Constitution, we would be happy to take that stipulation.

MR. BARTOLAI: Of course not, Your Honor. This is for the jury to decide. For the reasons stated, we have an objection.

THE COURT: I'll allow you to question this witness, with respect to what constitutes torture, under Iraqi Law. I will not allow you to proffer facts to this witness that relate to the allegations against the Defendant in this case. Do you understand?

MR. HINKLEY: I think so. I'm trying to fashion questions, in my mind, that would satisfy the Court.

THE COURT: This expert, and he is, indeed, an expert, can be asked what type of conduct constitutes torture, under Iraqi Law.

MR. HINKLEY: Okay.

17

THE COURT: If you go beyond that, I'll sustain an objection.

MR. HINKLEY: Very good, Your Honor.

BY MR. HINKLEY:

Q.   As Judge Mariani indicated, we are asking you what types of conduct would amount to torture, under Iraqi Law?

A.   Using physical force or even threatening to use physical force. Threatening to harm any person or relative to the person in question, also, constitutes as torture. Practice physical or psychological way to influence the decision or the words of the Defendant or the person who is subject to the torture.

Even, sometimes, using some drugs on him or using medicines that will make him lose his conscious. Using pictures or photos or movies that may create bad influences on the person. Using bad words against him that will harm his dignity. Giving him false stories that may lead him to make wrong conclusions.

Q.   Would you give some examples of acts of physical force, which would be torture, in Iraq?

A.   Yes, for example using --

MR. BARTOLAI: Objection, Your Honor. I object. I think he has given us the types of conduct -- that was the specific question -- what would constitute torture. So I think that this is just --

THE COURT: The witness' answer, initially, was using

physical force or even threatening to use physical force. Threatening to harm a person, etc. I think counsel for the Government is entitled to ask for examples of physical force. I think that's an appropriate question. Overruled.

MR. HINKLEY: You may answer.

THE WITNESS: Using electricity on the body of the person, using sticks to beat, putting fingers under pressure that may make them feel pain and lead to cracking their fingers, whipping, using the whip. The most common physical used is beating by sticks or by hand, especially, the fingers, because it's a way to cover it, after using this, so if somebody wants to investigate, it could be difficult. And removing the nails, yes, something like that.

Any physical force -- but, in general, any physical force that may cause harm to the Defendant is prohibited.

MR. HINKLEY: No further questions, Your Honor.

THE COURT: Cross-examine.

MR. BARTOLAI: Your Honor, may I have a moment?

THE COURT: Yes.

CROSS EXAMINATION

BY MR. BARTOLAI:

Q.    Good morning. So let's talk about before 2003, the law in Iraq. Were you a lawyer in Iraq, then?

A.    Yes.

Q.    And this was during the time, I guess, of Saddam Hussein?

A.    Correct.

Q.    What happened, every one is aware that, ultimately, he was taken out of power and Iraq was, more or less, reborn.

A.    Yes.

Q.    Is that a fair statement?

A.    Yes.

Q.    Were there more freedoms now, for the regular guy, is Iraq a freer place than it was before Saddam Hussein?

A.    Yes.

Q.    Is that true for all of Iraq?

A.    Yes.

Q.    Even The Kurdistan Region?

A.    Even Kurdistan.

Q.    Do the same laws apply in Kurdistan as they do throughout the region?

A.    Yes.

Q.    And, in 2005, this Constitution, I believe it was 23.2. May we have that, please, 23.2. You've seen this. This is the Iraqi Constitution; correct?

A.    Yes.

Q.    And this was made after Saddam Hussein was deposed; is that right?

A.    Yes.

Q.    This was a translation of that, you testified to?

A.    Yes.

20

Q.    The original is in Arabic?

A.    Correct.

Q.    You said -- and I just want to get to a point -- this changed the power structure in Iraq; correct?

A.    Yes.

Q.    It made for Parliament -- like, it made for different types of Prime Minister, a President and a Parliament; correct?

A.    What do you mean, please?

Q.    In other words, this created the political structure of Iraq?

A.    Yes.

Q.    I'm trying to figure it out.

A.    Yes, yes.

Q.    And did it provide that the President of Iraq has to be a Kurd?

A.    No.

Q.    What is that? What is that power structure? There's been an expert here who has testified about Iraq, in general, and she mentioned that the Prime Minister has to be, maybe, a Sunni or something like this. Can you explain that, at all?

A.    This is not in the Constitution, this is not law, it is by agreement by the political parties presented at the Parliament.

Q.    Okay, so, although, it's not in the Constitution, that's an agreement, an extra Constitutional agreement among the political parties?

A.    At each term, when there's an election, when they decide who will be represented at the Parliament, the Parliament, all the political parties will share or decide what will happen later, who will be the President, who will be the Prime Minister, because they have to select Prime Minister and Speaker and President

Q.    But they do that on those terms, right? One has to be a Kurd --

A.    No, there's no term for that. They give it -- okay, political parties will decide that. Maybe, you are referring to what's happened since 2005 until now, but it's not by law.

Q.    Okay, it's not by law?

A.    Yes, it's by agreement.

Q.    Amongst the political parties?

A.    Among political parties.

Q.    And there's the PUK is one of the political parties; right?

A.    PUK, yes.

Q.    There's another one K --

A.    PKK -- I cannot say -- but I think PKK or something like that. Because it's in Kurdish.

Q.    Okay. Now, is this Constitution, is this voted for by the Iraqi people?

A.    Yes, there was a Public Referendum.

Q.    There was a Public Referendum.

Q.    We have heard an expert before on The Kurdistan Region of Iraq, and we were told, then, that there was no regular vote in Kurdistan.

A.    That's not true, because the Constitution, specifically, says that if this Constitution refused by the majority of people in three Government ranks, it will be not passed. So three government ranks, it will constitute, now, the KRD, The Kurdish Region, Sulaymaniyah, Erbil and Duhok.

Q.    So there is a regular election in Kurdistan?

A.    Regular -- you mean --

Q.    Every year.

A.    Yes, there's a regulation election every four years.

Q.    Every four years, okay. Part of the problem was -- and correct me if I'm wrong -- the Judicial branch was not autonomous, there was no Judicial autonomy, it was part of the Executive Branch; correct?

A.    You mean, before 2003?

Q.    Yes, before 2005, before this Constitution.

A.    No, before 2003, because, in 2003, the CPA provisional authority issued all the -- issued an order re-establishing the Judicial Council and giving full independence to the Judiciary to be independent from any influences by the Executive or Legislative authority.

Q.    When we talked about -- and you were asked this question about, if smoking -- what is smoking marijuana in Iraq, what

23

would happen, basically.

Now, I want to ask you, so smoking marijuana, if someone were smoking marijuana in the downtown streets of Baghdad, that would be a violation --

A.    Yes.

Q.    -- if they were walking around smoking a joint or marijuana cigarette?

A.    Yes.

Q.    How about if they were in Kurdistan smoking a marijuana cigarette, would it, also, be a violation?

A.    Yes, it's the same.

Q.    Would it be more serious in Kurdistan or less than it would be in Baghdad?

A.    The same law is applicable, so.

Q.    How about the tolerance, if you understand.

A.    There is no tolerance on violation of the Penal Code.

Q.    There's no tolerance, okay. But there's a difference, is there not, between if someone is smoking a marijuana cigarette and if they're growing marijuana?

A.    Growing marijuana means that he is trading in marijuana, and this is a more serious violation, but it's, also, a violation.

Q.    So in other words, possession -- how about is possession different than smoking in Iraq?

A.    Possession depends on the -- your definition of

possession. If it is one joint or one cigarette, this would be considered as smoking.

Q.    Simple possession, we call it.

A.    Yes.

Q.    But if you have a lot of marijuana, that's a different story. That could be a felony?

A.    That would be a felony.

Q.    If you're selling marijuana, it's a felony?

A.    Yes.

Q.    Or distributing it, it doesn't have to be for sale; right?

A.    As long as for sale -- if it's one cigarette and you are selling it, this is --

Q.    This is trafficking?

A.    Yes.

Q.    And it's a felony; right?

A.    Yes.

Q.    And I think it's important, I want to ask you, at some point in time, when presented with this scenario, an individual who is, maybe, smoking, maybe, he's possessing, maybe, there's a claim that he's selling, this is presented to an Investigating Judge?

A.    Investigative Judge.

Q.    Now, what is an Investigative Judge?

A.    It is a Judge, a full authority Judge, but he accepts the cases and evaluates -- collects and evaluates the evidence. And

based on his collection and evaluation, he will have the power to decide whether to close the case for lack of evidence or to send the case to the Misdemeanor Court or the Felony Court.

Q.    So he, actually, gathers evidence, does he not?

A.    Yes.

Q.    You're familiar with American Law; correct?

A.    I can say, yes.

Q.    You realize that, in America, a Judge is impartial, he does not gather evidence?

A.    Yes. Because it's Common Law System, and we are Civil Law System.

Q.    A Civil Law System, so there's a difference?

A.    Yes, similar to the French system.

Q.    Could we go to, I believe, the next page on this document on Government Exhibit 23.2, which would be the Preamble, which I think is where the Government began their inquiry. Page 3, I'm sorry.

So, sir, do you have that in front of you?

A.    Page 3, yes.

Q.    I want to ask, on Page 3 of this Preamble, so, in the name of God, the most merciful, most compassionate -- and there's just a few other points I want to bring out. And it talks about the Iraqi Martyrs, Shiite and Sunni Arabs and Kurds and Turkey men.

So would you agree with me that the element of religion is

26

represented in the Iraqi Constitution; correct?

A.    No, I don't agree with that. But there is one article, Article 40 or 41, I don't exactly remember, but it says that Iraqi people are free to organize their life, according to their religious belief.

Q.    All right. I'm going to just go down a few more paragraphs, probably, about the very middle, where it says;

"Accusation of being infidels and terrorism did not stop us from marching forward to build a nation of law."

So, in other words, infidels, that is another, somewhat, religious term?

A.    It is a religious term, but, here, is saying that infidels means -- infidels and Kurds are not to prevent people from establishing their nation of law.

Q.    Page 4, please. At the very top where it says, Article 2, First. And I believe it says;

"Islam is the official religion of the state and is a foundation source of legislation.

A. No law may be enacted that contradicts the established Provisions of Islam."

So this is part of the Iraqi Constitution; correct?

A.    Can you repeat, please?

Q.    In other words, this is -- I read that correctly, did I not, when I read Page 4?

A.    Yes, Islam is the Official Religion of the State, and its

27

foundation is source of legislation. So it is one of the sources but not the only source.

Q.   Okay, now, religion, Islam, I'm going to try to be very general. There are different -- much like Christianity has Catholicism and Protestants and Methodists and Baptists, Islam has its different --

A.   Schools.

Q.   Pardon me?

A.   Schools.

Q.   Right. There's Sunni; correct?

A.   Yes.

Q.   And there is a lot of Sunni in Iraq?

A.   Yes.

Q.   And there's Shia?

A.   Correct.

     MR. HINKLEY: Your Honor, the Government will be object. This is going well beyond the scope of direct, and what relevance does any of this have?

     THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   I believe you said, as part of your testimony, that it is against Iraqi law to detain someone without a Judicial decision; is that right?

A.   Yes.

Q.   And that means a Judicial decision has to be made, in

28

order to detain someone; is that fair?

A.    Correct.

Q.    Now, if a person -- what happens if there's street crime on the street? Can the police detain that person?

A.    This is called, in Iraqi system, A Witnessed Case, but he's not detained, he can just keep him for the period to inform the Judge.

Q.    So, in other words, so that police officer can detain that person?

A.    He cannot detain, because, when we are focusing on the word, detain, to detain means to keep him in a detention place. Nobody can be admissible to the detention place without a Judge's Order.

Q.    A detention place, okay. Well, is it a crime to assault your wife in Iraq?

A.    It is.

Q.    So if a man slaps -- if, in the market place, a man slapped his wife or knocked her down to the ground, and the police were there and witnessed that, they can detain him, right? Let me not use that word.

A.    Yes.

Q.    They can interfere and they can seize him; right?

A.    Maybe, the example is not correct, because wife and husband relation is subject to specific rule that only if the wife asks for help and asks somebody to interfere or stop him.

At this moment, the police can stop him. But if she did not ask for that, they cannot.

Q.    They can't do anything. How about if she slapped him?

A.    He should --

MR. HINKLEY: Your Honor, I would object.

THE COURT: Excuse me. I'm sorry?

MR. HINKLEY: I'll object. What's the relevance of this?

THE COURT: What is the relevance?

MR. BARTOLAI: It has to do with detention, Your Honor. I believe, we're sounding the depths --

THE COURT: He just told you this is not detention.

BY MR. BARTOLAI:

Q.    All right. Well, I'll try to come up with a better example, I apologize.

If someone were to steal, if there's a bank in Iraq that's open, and a man goes in there with a firearm and he robs the teller of the money, and he runs out, and they say, There he is, there's the guy, and the police are right there, they can -- they don't have to let him go; right?

A.    They arrest him, but they will not send him to the detention without having Order from Investigative Judge. For example, they will call the Judge and say, We arrested somebody who was attacking the bank and taking money, what shall we do with him? The Judge will say, Okay, you are allowed to detain him.

30

Q.    Detain him. How long do they have to call the Judge?

A.    Right away.

Q.    Right away?

A.    Yes.

Q.    So up to two weeks?

A.    No, no, right away. They cannot put him in detention place or even keep him in their custody longer than the period to call the Judge. And if there is no Judge, they can use the Prosecutor.

Q.    You said that part of your experience involved that you were influential -- you took the lead and the role of enacting laws against anti-corruption?

A.    Yes.

Q.    Is corruption a major problem in Iraq?

A.    Yes.

        MR. BARTOLAI: Nothing further.

        THE COURT: Do you have redirect?

        MR. HINKLEY: I do have a few questions, if I may, Your Honor.

                    REDIRECT EXAMINATION

BY MR. HINKLEY:

Q.    Drug offenses, if they occur in Kurdistan, are they handled by the Judicial system?

A.    Can you repeat, please?

Q.    Yes, sure. Drug offenses, such as marijuana, in Kurdistan,

are they handled by the Judicial system?

A.   Yes.

Q.   Would they be handled by the Peshmerga or the CTG?

A.   No.

Q.   When police arrest someone, can they take him to a military base?

A.   No.

Q.   Can he detain a person for 39 days without Judicial --

A.   No.

Q.   If someone smoked or grew marijuana in Iraq, would it be lawful to detain and torture that person?

A.   No.

Q.   On cross examination, Mr. Bartolai asked you about the Islamic Law or Islamic religion. The second section right under that, would you read that for the jury?

A.   "Second. This Constitution guarantees the Islamic identity of the majority of the Iraqi people and guarantees the full religious rights to freedom of religious belief and the practice of all individuals, such as Christians, Yazidis and Mandean Sabeans."

     MR. HINKLEY: Thank you. No further questions, Your Honor.

     MR. BARTOLAI: No questions.

     THE COURT: Thank you very much, sir. You may step down.

     MR. HINKLEY: May this witness be released, Your Honor?

     MR. BARTOLAI: No objection.

32

THE COURT: Yes, he may.

MR. HINKLEY: May we take a few-minute break, Your Honor?

THE COURT: Sure. We'll take twenty minutes.

(At this time a recess was taken.)

THE COURT: Call your next witness

MR. JASPERSE: The Government calls Siim Saar.

S I I M   S E B A S T I A N   S A A R  IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Please state and spell your name for the record.

THE WITNESS: S-I-I-M, S-E-B-A-S-T-I-A-N, S-A-A-R.

THE CLERK: Thank you. Please be seated.

DIRECT EXAMINATION

BY MR. JASPERSE:

Q.   Good morning. I'd ask that you keep the microphone close so the jury can hear everything that you have to say. Where are you from?

A.   Estonia.

Q.   How old are you?

A.   I'm 35.

Q.   How old were you in 2015?

A.   I was 28, I think.

Q.   What's your profession?

A.   Mechanical Engineer.

Q.   Could you tell the jury about your education?

A.    I studied to be Mechanical Engineer in Estonia and one year in Germany.

Q.    Do you have any degrees?

A.    Bachelor's degree in Engineering.

Q.    Where is your Bachelor's degree from?

A.    Estonia.

Q.    Did you work for Ross Roggio?

A.    Yes.

Q.    When did you work for Ross Roggio?

A.    From February 2015 until December 2015.

Q.    How did you learn about the job opportunity?

A.    Through an acquaintance on Facebook.

Q.    What was involved in applying for the job?

A.    I just told her what I had done and sent her my resume.

Q.    Prior to going to work for Mr. Roggio, did you meet with him in person?

A.    I think we had a Skype call prior.

Q.    Do you recall one Skype call or video call or more than one?

A.    One.

Q.    In the Skype call, what did he say about the job?

A.    He just asked me questions about how I'm able to work with a lot of people and how I feel about engineering, and, yeah.

Q.    I'll ask you to try to keep your voice up a little bit. I'm having trouble hearing you.

34

A.    Sorry.

Q.    Where was the job going to be?

A.    In Iraq.

Q.    There's a binder in front of you. If you could turn to what's been marked Exhibit 26.1. Do you recognize that document?

A.    Yes.

Q.    What is it?

A.    It's a job offer.

Q.    Job offer to who?

A.    To me.

Q.    From?

A.    From Roggio Consulting Company.

Q.    Okay.

      MR. JASPERSE: Your Honor, the Government moves for admission of Government's Exhibit 26.1.

      MR. BARTOLAI: No objection.

      THE COURT: Government's 26.1 is admitted.

      (At this time Government's Exhibit No. 26.1 was admitted into evidence.)

BY MR. JASPERSE:

Q.    If we could publish and go to the bottom. Did you sign this agreement?

A.    Yes.

Q.    What is the date of this agreement?

A.    25th of January 2015.

Q.    Does it appear that Ross Roggio signed it?

A.    Yes.

Q.    What is Roggio's job title on this document?

A.    Chief Consultant.

Q.    Going to the upper left. What was the name of the company?

A.    Roggio Consulting Company.

Q.    In the upper right corner where it says, Baharan Residential Complex, do you recognize that address?

A.    That should be office building where the offices were for the company.

Q.    Does this job offer say how much you were going to be paid?

A.    Yes.

Q.    How much?

A.    It was 4,000 USD.

Q.    How did that compare to what you were earning in Estonia, at that time?

A.    About three times as much.

Q.    Did your pay increase, during the time you worked for Roggio?

A.    Yes.

Q.    What did it increase to?

A.    The last one was 6,500.

Q.    If you could turn to the next document marked Government

36

Exhibit 26.2. Do you recognize that document?

A.    Yes.

Q.    What is it?

A.    Employment agreement

MR. JASPERSE: Your Honor, the Government would move for the admission of Government's 26.2.

MR. BARTOLAI: No objection, Your Honor.

THE COURT: Government's Exhibit 26.2 is admitted.

(At this time Government's Exhibit No. 26.2 was admitted into evidence.)

BY MR. JASPERSE:

Q.    If you turn to the third page at bottom. On what date did you sign this agreement?

A.    On the 26th of January 2015.

Q.    How was Mr. Roggio identified beneath his signature?

A.    Chief Consultant.

Q.    Please turn next to what's been marked Government Exhibit 26.3. Do you recognize that document?

A.    Yes, it's non-disclosure agreement.

Q.    Did you sign it?

A.    Yes.

MR. JASPERSE: Your Honor, the Government would move for admission of Government's Exhibit 26.3.

MR. BARTOLAI: No objection.

THE COURT: Government 26.3 is admitted.

(At this time Government's Exhibit No. 26.3 was admitted into evidence.)

BY MR. JASPERSE:

Q.   On the first page, first sentence, what is the date of the non-disclosure agreement?

A.   22nd day of January.

Q.   If you turn to the last page at the end, did you sign this agreement? I think, maybe, you're going too far, you want to look at the screen, it's also pulled up for you. Did you sign this agreement?

A.   Yes.

Q.   After his name and before his signature, how is Mr. Roggio identified on this document?

A.   As Director.

Q.   Did you go to Iraq?

A.   Yes.

Q.   What region of Iraq did you go to?

A.   Kurdistan.

Q.   What city in the Kurdistan Region of Iraq did you go to?

A.   Sulaymaniyah.

Q.   How big is Sulaymaniyah?

A.   Roughly, one million.

Q.   When did you arrive there?

A.   On the 15th of February.

Q.   Of what year?

A.    2015.

Q.    When did you first meet Ross Roggio in person?

A.    On the 16th.

Q.    Shortly after you arrived?

A.    Shortly after, yes.

Q.    Where did you live, when you were in Sulaymaniyah?

A.    In Goizha City, it's also apartment complex.

Q.    An apartment building?

A.    Yes.

Q.    Did anyone else live in the same apartment?

A.    Yes.

Q.    Who?

A.    Marrtin Vilist, at first, Kristel Kiiman, later Triin Kiviking.

Q.    Did you know Marrtin Vilist before you went to Kurdistan?

A.    No.

Q.    Where was Marrtin Vilist from?

A.    Estonia.

Q.    Was he already in Kurdistan when you arrived or did he arrive after you?

A.    He was already there.

Q.    What was Marrtin Vilist's profession?

A.    Engineering.

Q.    You just mentioned Kristel Kiiman. Where was she from?

A.    Estonia.

Q.   Did you know her before you arrived in Kurdistan?

A.   No.

Q.   How long did she stay in Kurdistan?

A.   I think, up until May.

Q.   When Kristel left, did Mr. Roggio hire someone to take her place?

A.   Yes.

Q.   Who was that?

A.   Triin Kiviking.

Q.   Had you met her before?

A.   No.

Q.   What was her job with Roggio?

A.   Accountant and assistant.

Q.   Where was Triin from?

A.   Estonia.

Q.   Were there other people from Estonia who were working for Roggio, when you arrived?

A.   Yes.

Q.   Who were they?

A.   Heret Enden, and Elina Kadaja.

Q.   What was Heret's job?

A.   She was an assistant.

Q.   What was Elina Kadaja's job?

A.   She was right hand of Ross Roggio, like.

Q.   Who was in charge of the project?

40

A.    Ross Roggio.

Q.    How did you know that he was in charge?

A.    Because he was giving us tasks, and, yeah, telling us what to do, basically.

Q.    Where did Roggio live?

A.    In the building right in front of our building, in the same area.

Q.    Did he live alone or did other people live with him?

A.    Elina Kadaja lived there and, also, Heret Enden lived there in same apartment.

Q.    When you started working for Roggio, where was your place of work?

A.    In the Baharan Complex.

Q.    How far was that from where you lived?

A.    About five kilometers or so.

Q.    How did you get to work?

A.    By car.

Q.    Do you know whose car it was or how that worked?

A.    It was from Zarya Company, I think was the name, it wasn't Roggio's car, it was organized by the company that ordered the job.

Q.    Could you describe the office?

A.    It was, like, an apartment which had sections, one big area, and there was, like, a very thin wall that didn't go up to the ceiling in the bigger area, and there was one office for

41

us, one office for Ross and one office for Heret and Elina and, also, kitchen area.

Q.   When you said there was one office for us, who do you mean?

A.   Me and Marrtin.

Q.   What was the status of the project, when you arrived in February 2015?

A.   It was in the beginning, there was almost like -- there was not much done.

Q.   Was there a factory?

A.   No.

Q.   Were there machines?

A.   No.

Q.   Weapons being produced?

A.   No.

Q.   What did you do? What was your job?

A.   My role was, at first, to assist Marrtin to get products ready for production and, then, later, also, to help with the layout of the factory and, also, with the machines. After the factory would have been ready, I would be the one who would be machining and, also, running the factory floor.

Q.   How did you go about with Marrtin trying to design the weapons?

A.   Can you specify?

Q.   Well, did you have any experience in making weapons?

42

A.    No, but I was experienced in plastic injection and molding and other machinery, so, yeah, it's not difficult to engineer something similar.

Q.    What kind of weapons were you working on?

A.    AR15 and Glock 17.

Q.    Did Ross Roggio say how many weapons he planned to make?

A.    I'm not going to say exact number. I don't recall the exact number.

Q.    We don't need an exact number. Do you recall an estimate?

A.    Estimate, at first, was, I think, like, a thousand weapons per month or week, so, yeah, and it kept growing, as the time went on.

Q.    Did Ross ever talk about why the Kurds wanted these weapons?

A.    Yeah, they needed to protect themselves from ISIS and, also, to find freedom.

Q.    Did Ross ever talk about who had hired him to make these weapons?

A.    Yes.

Q.    What did he say about that?

A.    It was Faruk Holdings and Zarya Construction Company. They were intertwined.

Q.    Did he say who owned Faruk Holdings?

A.    He did, at one point, but I don't remember the names at the moment.

43

Q.   Did you have an understanding as to who was behind Faruk?

A.   At one point, we met the people, yes.

Q.   What can you tell the jury about that?

A.   There were, basically, three guys that we met that were like -- seemed to be the most important ones there. So we met them, when we were demonstrating the finished products or the finished prototype for them in their villa. That was the first time I met them.

Q.   Do you recall when that was, approximately?

A.   It was in the beginning of June, I think, 2015.

Q.   At that meeting at the villa, were there security guards or was there security there?

A.   Yes.

Q.   Could you describe that?

A.   They looked like military, they had camouflage uniforms and automatic weapons and pistols, also.

Q.   Did you have an understanding as to who these people were in Kurdish society?

A.   Yes, they were very important people in the region, as far as I understood.

Q.   Did Ross ever talk about why the Kurds had hired him to operate the weapons factory?

A.   Yes, he told us he had been friends with them for a long time, from one of his previous missions as a soldier or something like that.

44

Q.    Did Ross ever talk about whether the Central Iraq Government in Baghdad knew about this weapons project?

A.    He said they don't know anything and they shouldn't know anything.

Q.    Did Ross ever talk about whether the U.S. Government knew about this project?

A.    He said they don't know anything and they shouldn't know anything.

Q.    Did he explain why the Iraqi Government and the U.S. Government should not know anything about this project?

A.    Because he would get in a lot of trouble, and, also, the locals there, and for us, we would, also, get in trouble for the situation.

Q.    Did Ross ever talk about the legality of the project?

A.    Yeah, he said, from his perspective, it was illegal for him to do that.

Q.    Was the project what you had expected, when you agreed to go to Kurdistan to work for Ross?

A.    No, it was not as described to me.

Q.    Did you have any second thoughts, upon arriving, about this?

A.    No, because I already had made up my mind to go there, so it wasn't, like, the switch of a button to go back.

Q.    As time went on, did the project make progress?

A.    Yes.

45

Q.    Did the number of employees change?

A.    Not at first, at least. Until I was there, the number of workers was the same, but they started recruiting when I was leaving so.

Q.    While you were there in 2015, was a factory built or was it being built?

A.    They started building it during the spring, at some point, or the summer, yeah, in the middle of the summer, they already had the floor in and end of the summer, they had the roof over.

Q.    Where was the factory?

A.    Outside of Sulaymaniyah.

Q.    Did you have to go through any security to get to the factory?

A.    Yes, there were, like, security posts along the way, on the way to the factory.

Q.    During the time you were there, in 2015, were there machines in place?

A.    No, they were not in place.

Q.    If you could turn next to what's been marked Government Exhibit 26.4.

A.    Yes.

Q.    Do you recognize that photograph?

A.    Yes.

Q.    Did you take it?

A.    Yes.

46

Q.    What is it a photograph of?

A.    Of the factory floor.

MR. JASPERSE: Your Honor, the Government moves for admission of Government's 26.4.

MR. BARTOLAI: No objection.

THE COURT: Government's 26.4 is admitted.

(At this time Government's Exhibit No. 26.4 was admitted into evidence.)

MR. JASPERSE: If we could publish.

THE COURT: Yes

BY MR. JASPERSE:

Q.    Do you recall, approximately, when you took this picture?

A.    Somewhere around July.

Q.    July 2015?

A.    End of July somewhere, yeah.

Q.    When you left Iraq, in December of 2015, had the factory progressed beyond this point?

A.    Yes.

Q.    Were you involved in researching what machines to buy?

A.    Yes.

Q.    What did you do?

A.    Looked for the machines and gave suggestions to Ross.

Q.    Did you ever make any work trips, in connection with researching the machines?

A.    Yes.

47

Q.   Where did you go?

A.   We went to China.

Q.   Who else went to China?

A.   Heret Enden and Elina Kadaja.

Q.   Do you recall when that was?

A.   We left in end of May and came back somewhere in mid-June.

Q.   I'm sorry, you're trailing off a little bit. So if you could try to speak really clearly into the microphone that would be great. Thank you.

Who decided what machines to buy?

A.   Final decision was made by Ross Roggio.

Q.   Where did Roggio decide to buy machines from?

A.   Cheapest, basically.

Q.   Where was that?

A.   Somewhere from China, and, I think, somewhere from India.

Q.   Did Ross Roggio ever talk about importing parts from the United States?

A.   Yes.

Q.   What do you recall him saying about importing parts from the United States?

A.   There were occasions when he mentioned that he had to smuggle the stuff from the United States to Iraq through Mexico.

Q.   Did he say why he had to smuggle these parts, instead of just shipping them?

48

A.    Because it was illegal to bring them over.

Q.    Did you agree with his decision to buy machines from China and India?

A.    Not all of them.

Q.    What was the reason for your disagreement?

A.    Because some of them were too -- not up to the quality to produce the end product as needed.

Q.    Can you explain a little bit about what the problem was, as you see it?

A.    Some machines are very soft, and to keep the tolerances you need, it's difficult to do, if the machine doesn't keep the tolerances on every cycle. You need to optimize often and check more than needed, and it takes a lot more time to get the work done. It's, basically, doing something by your hand than something with a machine, so.

Q.    So was the issue these machines could produce guns but not in the quantity that was needed?

A.    Yes.

Q.    Did you think Ross Roggio was going to be able to make the number of weapons that the Kurds were paying him to make?

A.    No.

Q.    Why did you think that?

A.    Because the machinery we had selected, at least, the first target and the end target for the amount of weapons to be produced was -- the size was so much bigger that, in my head,

49

it wasn't possible to produce as many as needed.

Q.   Okay. Did you tell Ross what you thought?

A.   At one point, yes.

Q.   How did he react to that?

A.   I don't remember, exactly.

Q.   To your knowledge, was the company spending money on things unrelated to the company?

A.   Yes.

Q.   How do you know that?

A.   At one point, I looked through financial records, when I was alone, in Iraq, so car payments and other stuff on the documents.

Q.   What did you see, when you looked at those documents?

A.   I saw that we were running out of money, so, yeah.

Q.   What kinds of things was the company spending money on that were unrelated to the company?

A.   There was trips, cash, cars, yeah, things like that.

Q.   Did you ever talk to the other Estonian employees about your doubts that Ross was going to be able to make the weapons the Kurds were paying him to make?

     MR. BARTOLAI: Objection. Hearsay, Your Honor.

     MR. JASPERSE: I'm not asking for the conversation, just asking whether a conversation took place.

     THE COURT: Overruled.

BY MR. JASPERSE:

50

Q.   You may answer.

A.   Yes, we talked.

Q.   Did you know someone in Kurdistan named Akam?

A.   Yes.

Q.   Who was that?

A.   Direct connection for us with the company that was ordering.

Q.   Do you know his last name?

A.   No.

Q.   How often did Akam come to the office?

A.   Two to three times a month, I would say.

Q.   Did he speak English?

A.   Yes, very well.

Q.   Without talking about what exactly -- strike that. Did you ever talk with Akam?

A.   Yes.

Q.   How frequently did you talk to Akam?

A.   At first, not frequently, but after the summer -- or during the summer break, more often.

Q.   Was anyone else around, during the summer break?

A.   No, everybody else was, either, in the United States or Estonia or somewhere else.

Q.   Was Ross around?

A.   No.

Q.   So you were the only employee there?

51

A.    Yeah.

Q.    At some point after you had conversations with Akam, was there a change in office policy about whether employees could speak to Akam?

A.    I don't remember it being a policy, not speaking, but they were saying what we can and cannot say to him.

Q.    Okay. And what could you and could you not say to him?

A.    We could not say anything bad about the project or imply that something was wrong.

Q.    If Ross did not produce the weapons the Kurds had paid him to make, what did you think might happen to you?

A.    I was quite certain --

        MR. BARTOLAI: Objection, Your Honor. Relevance.

        THE COURT: How is it relevant?

        MR. JASPERSE: It explains the series of events that we're about to hear about and the motivation for the witness' conduct.

        THE COURT: All right. Overruled.

BY MR. JASPERSE:

Q.    What did you think might happen to you if Ross did not produce the weapons the Kurds were paying him to make?

A.    That was something we were talking about with others in the same apartment and we --

Q.    Don't describe your conversation.

A.    Okay. We were -- I thought we would get killed.

52

Q.    Why did you think you might get killed?

A.    Because the nature of the area we were at, and, also, the seriousness of the project.

Q.    So you mentioned there was a summer break, when Ross was away and the other Estonians were away. What did you do, during that time when everyone else was away?

A.    I made copies of the financial documents and, also, of the CAD files.

Q.    What are those?

A.    Like, technical drawings and part plans and stuff like that.

Q.    Why did you copy those materials?

A.    As a backup for myself, if something were to happen, and give those to someone else to take to law enforcement at some point.

Q.    Were the copies you made paper copies or electronic copies?

A.    Financial documents were paper copies, but the CAD files and drawings were digital.

Q.    Where did you keep those copies?

A.    In my room.

Q.    In your apartment?

A.    Yeah.

Q.    Why did you think law enforcement might be interested in these materials?

A.   I didn't think -- I just thought, as a backup, for myself, at least, somebody would know what happened.

Q.   Did you keep a diary, while you were in Kurdistan?

A.   Something like a diary, yes.

Q.   Was it a paper diary that you would write in?

A.   Yeah, paper diary.

Q.   Before I keep using, diary, what would you call it?

A.   Like, a gratitude, yeah.

Q.   Where did you keep that?

A.   Next to my bed.

Q.   Do you still have it?

A.   No.

Q.   Did you write anything in there about having copied documents?

A.   Yes.

Q.   When you were writing in there, did you write in English or Estonian?

A.   Either, either. Sometimes Estonian, sometimes English.

Q.   So, at this time, in the summer of 2015, if you were worried about your personal safety, and if everybody else was away, why didn't you just leave and go home?

A.   I was not -- I talked about my concerns with Marrtin, and he, at the time --

     MR. BARTOLAI: Objection; hearsay.

     MR. JASPERSE: Can you answer the question without

54

describing --

THE COURT: Sustained.

THE WITNESS: Sorry. I wasn't sure if my understanding of the situation was as correct, and I consulted with others in my apartment, and they told me not to worry.

MR. BARTOLAI: Objection; hearsay.

THE COURT: Just a moment, sir. Hearsay as to what the others told him, specifically, Not to worry. Sustained.

BY MR. JASPERSE:

Q.   Why did you decide to stay?

A.   I wasn't sure if my thinking was straight or as I had thought. Also, the project itself, I felt like -- I didn't want to quit, so, yeah.

Q.   So I want to move to October 2015. At some point, did you tell Ross that you wanted to leave Iraq for good?

A.   Yeah, at some point, yes.

Q.   Do you recall if that was an in-person conversation or if you communicated that through some other means?

A.   We communicated that, first, through Elina, I told Elina what time I would like to go to Estonia. At first, it was planned that I was going during a holiday, but by that time, I had, also, decided not to come back and was making myself as big annoyance for them, so they would want to get rid of me, also.

     But Elina diverted the communication to Ross, and Ross,

55

then, talked to me directly about not leaving and told me to come to Greece to meet him.

Q.   So, at this time, where was Ross?

A.   In Greece.

Q.   Do you remember -- continue, please. He said come to meet him in Greece?

A.   Yes.

Q.   What happened after that?

A.   I packed all my stuff, finished up in the office, and, then, walked back to the apartment. I don't remember what, exactly, triggered Elina to tell Ross that I --

MR. BARTOLAI: Objection; hearsay.

THE COURT: Sustained as to the statement, I don't remember what, exactly, triggered Elina to tell Ross. Sustained as to what Elina told the witness.

BY MR. JASPERSE:

Q.   So, at this point, had reservations actually been made for you to return to Estonia?

A.   Yes.

Q.   So you were saying that you had communicated you wanted to leave, and you were trying to make yourself as much of an annoyance as possible, so they would want you to leave. What do you mean by that? How did you try to make yourself an annoyance?

A.   By that time, I knew information about the financials, and

56

I said I had learned that Heret was earning the same amount as I, and I made a big problem of it. I claimed that I should be paid more, and which wasn't, actually, so I wanted to annoy them as much as possible, and started commenting that I could fly home as soon as possible.

And, then, I told them that -- before the flight, I told them, I'm not coming back, at all, and that -- then, Ross told me to come to Greece, so he could talk with me. As I said before, I packed up my stuff from the office and went back to the apartment, I spoke to the other members in the room, and was informed by Elina not to come to the office the next morning.

Q.    So you packed up your stuff in the office, you're at the apartment, you're told not to come to the office the next morning?

A.    Yes.

Q.    At that time, who was living with you in the apartment?

A.    Marrtin and Triin Kiviking.

Q.    So the next morning, did Marrtin and Triin go to work?

A.    Yes.

Q.    Did you go to work?

A.    No.

Q.    What happened that morning?

A.    I woke up, took a shower, and, then, there was a knock on the door. I opened the door, there were men with guns on the

other side. They asked me my name, told me to come with them. I told them that I need to get dressed, tried to close the door, they put foot between door so I couldn't close it and told me to get dressed.

So I went into my room, took my phone, went to the toilet, called Marrtin, said what was going on, that somebody had come there. They noticed that I was talking to -- they heard that I was talking on the phone, came in, and started banging on the toilet door. And, finally, I opened it, myself, otherwise, they would have break it down.

And, then, it was the first time they hit me and threw me in my room to get dressed as fast as possible. And that's what I did. And they took me down to the car. We had driven, approximately, 10 minutes, and then they put a bag over my head, and, then, we continued.

Q.   What happened to your phone?

A.   They told me to take the phones with me but turn them off, and they were -- later, when we got to the place that I was held, they were taken away.

Q.   Did anything happen to your passport?

A.   Yeah, they, also, took that away.

Q.   How many men were there?

A.   Four were at the door and one was in the car waiting.

Q.   How were the men at the door dressed?

A.   Some had military camouflage pants and pullovers on top,

58

and the shortest one had black pullover and, then, some black pants.

Q.    You said they were armed?

A.    Yes.

Q.    What were they armed with?

A.    They had automatic weapons. The shortest one only had a pistol.

Q.    Did one of them appear to be in charge?

A.    Yes.

Q.    Later on, did you learn his name?

A.    Yes.

Q.    What was his name?

A.    Goran.

Q.    Who did the speaking among these four men?

A.    Goran.

Q.    What language did Goran speak?

A.    English.

Q.    How was his English?

A.    Very good.

Q.    So they took you to their car, after about 10 minutes, they put a bag over your head, and what happened next?

A.    We continued driving. On the way, I understood in which direction we were heading, and, yeah, we continued driving, like, 20, 30 minutes.

Q.    I'm sorry, did you say you could tell which direction?

59

A.    Yes, I could tell.

Q.    Even though, the bag was over your head? How could you still tell?

A.    Because I had driven around the city quite a lot, and I understand where what was and what sounds they were making, so, and how many speed bumps were there, when you went each direction.

Q.    Was the bag removed from your head, at some point?

A.    When we got to the compound.

Q.    So they take you to a compound?

A.    Yes.

Q.    What happens when you get to the compound?

A.    They remove the bag from my head and take me to my room or -- yeah, the room they held me.

Q.    Could you describe the room in which they held you?

A.    It was, like, a container and half of the container was -- it had two houses, one was mine and one was an empty one.

Q.    How big was it?

A.    Six meters, I would say, in total length, it was cut in half. Half and Half.

Q.    Was there a bed?

A.    No, just a small mattress on the floor.

Q.    Was there a chair?

A.    No.

60

Q.   Were there any windows?

A.   There was one window with bars.

Q.   What did the window with bars look on to?

A.   To a brick wall.

Q.   Did it have electricity?

A.   Yes.

Q.   Air conditioning?

A.   No.

Q.   Did it have water?

A.   They brought me water.

Q.   Did it have a bathroom?

A.   No.

Q.   Could you open the door from the inside?

A.   No.

Q.   Was the door kept closed or open?

A.   There was times when they kept it open, there was times when they closed it.

Q.   Was your container guarded?

A.   Yes.

Q.   What happened the first day?

A.   First day, just waiting, nothing happened. And in the evening was the first day they came by and took the phones away, so I had the phones still with me, I was not allowed to turn them on. In the evening, Goran came and picked them up.

Q.   Do you recall the date that this happened?

A.   I was taken, it was Wednesday 14th of October.

Q.   Wednesday, October 14?

A.   Yes.

Q.   2015?

A.   Yes.

Q.   What happened the next day, on Thursday?

A.   Next day was just waiting the hole day.

Q.   When you say, waiting, what were you doing that day?

A.   Actually, just talking to the guards, they open the door, they wanted to understand who I was, speak to me, and offered me cigarettes, water, they were quite friendly.

Q.   What happened on Friday, October 16?

A.   Yeah, started off, again, waiting for any news, and the guy who was running the shift told me not to worry --

MR. BARTOLAI: Objection; hearsay.

BY MR. JASPERSE:

Q.   At some point, did Ross Roggio show up at the military compound?

A.   Yes.

Q.   What happened?

A.   He accused me of trying to blackmail him, and, then, they started to torture me.

Q.   So let's take this in pieces. So where did you first see Ross? Did he come to this container where you were being held or somewhere else?

62

A.    No, there was a building in front -- in the start or the beginning of the compound, where they had, like, a meeting room or something like that, and they were outside of the building. Everybody was brought there, Elina, Marrtin, Triin, everybody was there, and Ross was already inside the building waiting, so I was taken inside. Then, he started talking to me.

Q.    Okay. When you were taken inside of this room and Ross started talking to you, what was Ross saying?

A.    As I said, he told me that I was trying to blackmail him or asked me if I was trying to blackmail him, yeah.

Q.    Could you tell from his questions whether he knew you had copied documents?

A.    No.

Q.    When he asked you if you were trying to blackmail him, what was your answer?

A.    I said, No.

Q.    At any point, did it appear to you that he had discovered you had copied some things?

A.    Yes.

Q.    From his questions, what did you understand he had found?

A.    I understood that he had found the hard drive where I had the drawings. That was about it.

Q.    Did he ever ask you questions about what was in your diary?

A.    Yes, at one point.

63

Q.   Did it appear to you that he had found the paper documents that you had copied?

A.   No.

Q.   What kind of mood was Ross in?

A.   He was really -- he was agitated.

Q.   Was he armed?

A.   Yes.

Q.   With what?

A.   He had a pistol.

Q.   Did he do anything with the pistol, while you were in the room?

A.   At one point, he pointed at me.

Q.   Was there ever a time when you and Ross were in the room alone, just the two of you?

A.   That was in the beginning.

Q.   Okay, so tell us, at the beginning, you and Ross are in the room alone together. What happens then?

A.   As I said, he tells me that -- or asks me if I want to blackmail him, then, he somewhat explained to me what is about to happen.

Q.   What did he say was about to happen?

A.   We're going to see what you know and what you have done and who you have told.

Q.   Did it appear to you that he was there to try to save your life?

64

A.   No.

Q.   Did he say the Kurds were going to kill you, and he was going to play along to try to save your life?

A.   No.

Q.   At some point, did soldiers enter the room?

A.   Yes.

Q.   How many soldiers?

A.   Three.

Q.   How did you know they were soldiers?

A.   They were dressed like soldiers, like, camouflage clothing.

Q.   Were they armed?

A.   One of them had a handgun on the him. The others didn't have, at the time.

Q.   So before we go into the details, it sounds like there's a period of time when it's just you and Ross in the room, there's a period of time when there are soldiers and Ross in the room, and you, also, mentioned there was a period of time when your Estonian co-workers were in the room. What's the sequence of events?

A.   So the sequence of events is, like, first, it's me and Ross, then, he had Triin brought in, then, after that, they were all brought in separately, Triin, Marrtin, and questions are asked from all of them.

Q.   Okay, so let's go through that. Up to this point, are

there soldiers in the room, also, or not?

A.    Only when Ross left the room, during the time he was questioning me and Triin, I had the soldier right next to me.

Q.    So you've already described what happened when Ross is in the room, just the two of you. What happens when Triin is brought into the room?

A.    He questions us that we are having a romantic relationship, and we're trying to blackmail him together.

Q.    Were you and Triin having a romantic relationship

A.    No.

Q.    Were you trying to blackmail Ross?

A.    No.

Q.    Do you remember any other questions, while Triin is in there in the room?

A.    Not at the moment.

Q.    How did Triin look?

A.    She was scared.

Q.    Was there a moment when you and Triin were in the room with the soldier there but not Ross?

A.    Yes.

Q.    What happened?

A.    I hugged her and told her not to worry, so.

Q.    Then, after Triin leaves the room, you said the others were brought in one by one?

A.    Yes.

Q.   And the others are who?

A.   Marrtin and Heret was, also, brought in. I don't remember if Elina was.

Q.   What happened when Marrtin was brought into the room?

A.   He asked, also, questions of Marrtin, similar to Triin's, that if he was with me trying to blackmail him.

Q.   Same with Heret?

A.   Yes.

Q.   So after that, after Triin and Marrtin and Heret are each brought in individually, what happened next?

A.   Then, they are taken out, they leave. Ross is in the room, orders the soldiers to come in and start the beating. I was told to stand up and go to the end of the room next to the wall, and the biggest guy came and hit me.

Q.   Who told you to stand up?

A.   Ross told me to stand up.

Q.   What happened when you stood up?

A.   I stood up and was told to go to the end of the room and stand next to the wall. My back facing the wall.

Q.   What happened then?

A.   Then, the biggest guy that was in the room came and hit me in the chest as hard as he could.

Q.   With his fist?

A.   Yes.

Q.   What happened after that?

67

A.    I fell down, and then they started stomping on my stomach and my chest with their feet,

Q.    What were they wearing on their feet?

A.    Military boots.

Q.    Were you able to protect yourself, at all, when you were on the floor and they're stomping on you?

A.    I don't recall.

Q.    So what happened next?

A.    They did that couple of times.

Q.    Did you get knocked down?

A.    Yes.

Q.    Where were they hitting you

A.    In the chest.

Q.    This is all with fists?

A.    Yes.

Q.    Is Ross doing anything or saying anything?

A.    He's just sitting there watching.

Q.    Did he say anything, before the soldier hit you the first time?

A.    I don't recall. I remember them outside, and it seemed like they had orchestrated something already or the plan was decided already beforehand.

Q.    So after that initial round of beating, did Ross say anything to you?

A.    They took me back to sit down, and they started asking,

68

again, the same questions as before, and some other, I don't remember exactly what. Then, they continued with their torture.

Q.   What language was Ross speaking?

A.   English.

Q.   Did the soldiers understand English?

A.   Some.

Q.   Was all of the communication that night between Ross and the soldiers in English?

A.   Yes.

Q.   Did Ross speak Estonian?

A.   No.

Q.   Did you speak Kurdish?

A.   Not at the time.

Q.   Did Ross speak Kurdish?

A.   No.

Q.   Were you hit anywhere other than in the chest and stomach?

A.   Yes, later on in the evening.

Q.   So after this initial round of being hit and knocked down and, then, hit again and knocked down, what happens after that?

A.   As I said, they took me back to sitting, asked some questions, and, then, they continued. They put a bag over my head, started suffocating me, they did that couple of times, and, then, also asked, again, questions.

     After that, they started tasing me into my arm and into my stomach. Then, at one point, they told me to stand up, go to

the wall behind my back, they started beating my ears, my throat, my stomach, and they told me to go back and sit down again. Then, they continued tasing until my right hand was bleeding. And, then, they tased the other hand. Occasionally, again, suffocating me with a plastic bag and hitting me in the stomach when the bag was over my head to get the air out of me. After -- it went on like that quite a while.

Q.    Before each of those different types of physical abuse, was Ross saying anything?

A.    They were asking some questions, yes. At one point, I don't even recall what, exactly, they were asking, so.

Q.    Who was directing what was happening?

A.    Ross.

Q.    How many times was the plastic bag placed around your head?

A.    I can't give exact number, but it was numerous times.

Q.    How many?

A.    Numerous times.

Q.    Did you ever lose consciousness?

A.    Yes.

Q.    I know this is hard, but can you describe what it's like to have a plastic bag placed around your head?

A.    I don't know how to describe it. It's not pleasant, you don't know what's going to happen next. You just -- you are in the situation. I don't know how to describe it.

70

Q.   Do you recall what was going through your mind, at that time?

A.   Just tried to survive, that's about all.

Q.   When that's happening, are you standing or sitting?

A.   The bag?

Q.   Yes.

A.   Sitting.

Q.   Each time, do you know how long the plastic bag is being tightened around your neck?

A.   It varied. They just waited until I was, like, almost passed out or passed out already, so.

Q.   Could you give an estimate? Is that, like, a few seconds or is it longer than that?

A.   At first, maybe -- first round, maybe, 10, 15 seconds or so, and then they gradually made it longer, so.

Q.   You said you were tased. Could you go through that, again? Who is giving the order to tase?

A.   Ross.

Q.   Who is doing the tasing?

A.   Soldiers.

Q.   What is tasing? How is that done?

A.   It's, like, a machine that has two spikes out, and it gives out electricity to shock a person or animal.

Q.   What does it feel like?

A.   Painful.

Q.    Where, on your body, were you tased?

A.    In my right hand, in my left hand, in my groin, my throat, in my nose, in my ears.

Q.    Was any of the tasing to any parts of your body more painful than others?

A.    Throat and genitals.

Q.    Each taser strike, how long does that last?

A.    It could last, at least, 10 seconds or more, on occasions.

Q.    During this time when you're being beaten with fists and tased, were you saying anything or making any sounds?

A.    Yeah, at first, I was, yeah, making sound, screaming, but at one point, I was told by Ross that only girls cry or scream so I should shut up and be a man, so that was the time they started beating me with plastic hose. After that, I tried to shut up as much as possible.

Q.    First of all, could you describe the plastic hose?

A.    It was like -- it was quite a strong plastic hose, it wasn't like a rubber one, it was fully plastic, it was -- diameter was about this(indicating), I don't know, 20 millimeters or more, and it was about one and a half meter long, it seemed.

They had two of them, and they started -- yeah, at first, they started beating my legs, then, they told me to lie down on my knees on the floor, and then they started -- from both sides, they started hitting me on my back as hard as they

72

could.

Q.   How bad was the pain from that?

A.   Quite severe.

Q.   What position were you in, when you were being beaten with the rubber hoses?

A.   As I said, I was lying down on my knees, bent over, my head was on the floor.

Q.   Was Ross present for that?

A.   Yeah.

Q.   What was he doing?

A.   He was telling them to -- when to stop and when to continue.

Q.   How long did the beatings with the rubber hoses go on?

A.   There were multiple rounds, I guess, four times. The periods varied.

Q.   How long did the tasing go on?

A.   The same. There were multiple rounds for everything, so it's hard to say how much -- how long it was, so.

Q.   Throughout this, was Ross continuing to ask questions?

A.   Yes. And at one point, there were other local military personnel brought in who were, like, also, in charge in the compound, and they, also, asked some questions.

Q.   How could you tell that they were -- how did you describe them?

A.   I said there was somebody who was in charge in the

73

compound.

Q.   So how did you know these other people were in charge in the compound?

A.   First of all, when I came there, I noticed that the ones in charge were wearing different clothing, and attitude from the other soldiers towards them was different, more respected.

Q.   Did Ross treat them differently than he treated the soldiers who had been beating you?

A.   Yes.

Q.   How did he treat them differently?

A.   It appeared that he was more aware of his own actions when they were there.

Q.   So what happened when -- how many of these people in charge came in?

A.   Two.

Q.   And what happened when these two commanders came in?

A.   They would, also, ask some questions, if I had taken something, if I had given somebody some information. They had not many questions.

Q.   I'm sorry, go ahead.

A.   They seemed to be confused what was happening, also.

Q.   In what language were they speaking to you?

A.   They were speaking Kurdish, and they had a translator there.

Q.   Were their questions similar or different to questions

74

Ross had been asking you?

A.   Different.

Q.   How were they different?

A.   They didn't ask if I was trying to blackmail anybody, they just asked questions if I had taken something, if I had spoken to somebody, yeah.

Q.   Did Ross talk with those commanders who were there?

A.   Yes, he interacted with them through the translator and tried, also, through hand gestures to talk to them.

Q.   Do you remember what Ross was saying to them?

A.   No.

Q.   Were those commanders in the room just once that night or more than once?

A.   Once.

Q.   How long were they in the room?

A.   I'd say, an hour, not more.

Q.   Was there any physical abuse, while the commanders were in the room?

A.   Yes.

Q.   What kind of physical abuse?

A.   The hoses, tasers, also, the ears, the beating of the ears.

Q.   Do you know their names?

A.   I don't remember, at the moment, I knew then -- I knew, at one point, but not now.

Q.   Did you see either of them again, after that first time?

A.   Yeah.

Q.   Where?

A.   In the compound.

Q.   Both of them or just one of them?

A.   Both.

Q.   Did you hear them speak to you, again, after that?

A.   Yes.

Q.   Could you tell us about that?

A.   They just asked me how I was doing.

MR. BARTOLAI: Objection; hearsay.

MR. JASPERSE: Statements of the co-conspirator, Your Honor.

MR. BARTOLAI: Pardon me?

MR. JASPERSE: Co-conspirator statements.

THE COURT: Overruled.

BY MR. JASPERSE:

Q.   These subsequent conversations later, while you're at the compound, what were those conversations with the commanders?

A.   They would come over with the guy who understood English and translated them, so they asked me how I was doing, how I was feeling, that was it.

Q.   You testified, earlier, that Triin, Marrtin and Heret, they're each brought into the room, individually?

A.   Um-hum.

76

Q.   Did any of them return to the room, again, later?

A.   Yes.

Q.   Tell us about that, please.

A.   Marrtin was brought in, at one point, and he was, also, tased once.

Q.   So what happens when Marrtin comes -- what happens before Marrtin gets tased?

A.   Ross asked some questions, I don't remember what questions, but I remember him saying, You want to see how it feels? And, then, he asked the soldier to tase Marrtin.

Q.   Who said, Do you want to --

A.   Ross said that. He asked me if me and Marrtin are working together, again, so.

Q.   Did Triin come back into the room, again, at all?

A.   Later on, they were all brought in.

Q.   What happened when they were all brought in?

A.   I was, again, told to go down on my knees, and I put my head down, and they started beating me with hoses as hard as they could.

Q.   Do you remember Ross saying anything, when the other Estonians were in the room?

A.   Yeah, he told them that this happens when you double-cross me or try to betray me.

Q.   So how much pain were you in, at that point?

A.   It was enough that it's difficult to describe.

77

Q.    How did Marrtin look?

A.    Scared.

Q.    How did Triin look?

A.    Scared.

Q.    How did Heret look?

A.    Scared. They were all scared.

Q.    At any point that first time, were you ordered to go outside?

A.    Yes.

Q.    What happened?

A.    They told me to take off my shoes and go run on the bare gravel around the parking lot that they had there.

Q.    Who ordered you to do that?

A.    Ross.

Q.    How long did that go on?

A.    I almost made a full circle, but I was so tired that I fell, and they started to take me by the handcuffs to continue running, but it wasn't successful, because I was exhausted by that time.

Q.    So throughout this night, were you handcuffed?

A.    There were periods that I was handcuffed, and there were periods when they took them off, but most of the time, they were on.

Q.    So most of the time you're being beaten, you were handcuffed?

78

A.    Yeah.

Q.    So you had no way to protect yourself?

A.    No.

Q.    When Ross ordered you to run around barefoot on the -- what was the surface?

A.    Quite rough gravel.

Q.    When Ross ordered you to run barefoot on the sharp gravel, where were the other Estonians? Could you see them?

A.    They were outside.

Q.    What happened after that?

A.    After that, they put me in again. Then, there was one round of torture, and, then, I guess, they got tired, said it's finished for today. They went out for a smoke. Then, at one point, Ross came inside again, told me something, and, then, he hit me, himself, with a hand, and then I was escorted to my room.

Q.    That night, were you ever, physically, hurt when Ross was not in the room?

A.    No.

Q.    So today, in court, you've gone through this in just a few minutes, but that night, how long did this go on, if you can remember?

A.    I'd say, six hours.

Q.    Six hours?

A.    Yeah, I would say. Because -- I remember one of the guards

telling me the time, when they were taking me back to the room where they were holding me, yeah, from the time to then, yeah, the time that I was taken, it seemed like six hours.

Q.   So after the six hours of being beaten and choked and tased, where did you go?

A.   I was taken to my room.

Q.   What happened, when you got to your room?

A.   I started coughing blood, lost consciousness, yeah, and soldiers brought me water, tried to keep me awake until the morning, but it didn't happen, so.

Q.   Did you have physical injuries, at that point?

A.   Yes.

Q.   Were you bleeding?

A.   Yeah.

Q.   Have you ever, in your life, been in that kind of pain before?

A.   No.

Q.   Were you interrogated and abused, again, after that first time?

A.   Yes.

Q.   When was the next time?

A.   The day -- not the next day, but the day after that.

Q.   So there was a day in between?

A.   Yeah.

Q.   Who was there the next time?

80

A.    Ross.

Q.    Any soldiers?

A.    Yeah.

Q.    What happened the second time?

A.    They did some of the same stuff but shorter, yeah.

Q.    Same stuff, what do you mean?

A.    Torture.

Q.    Specifically, what?

A.    Tasing, hitting the ears again.

Q.    You said it was similar but didn't last quite as long?

A.    Yeah, it was shorter.

Q.    Who was in charge that time?

A.    Ross.

Q.    Who gave the orders that time?

A.    Ross.

Q.    Did the soldiers ever do anything that time, when Ross was not present?

A.    No.

Q.    How long were you detained at this military compound?

A.    From the 14th of October until the 21st of November 2015.

Q.    October 14 to November 21, 2015?

A.    Yes.

Q.    So 39 days?

A.    Yeah.

Q.    How many times, during that five-week period, were you

interrogated?

A.   You mean, interrogated as with physical abuse?

Q.   Let's start with that. How many times, during that five-week period, were you interrogated and physically abused?

A.   I'd say, up to 10 times.

Q.   Were there additional times when you were interrogated without being physically abused?

A.   Yeah, every time they had some questions.

Q.   By they, who do you mean?

A.   Ross and Elina. Elina got, as I understood that time, got her questions from Ross.

Q.   The approximate 10 times that you were physically abused, was Ross present, in person, for each of those sessions?

A.   No. But, at least, two times he was, when Elina was there, and getting the instructions from his text message.

Q.   How do you know that Elina was getting text messages from Ross?

MR. BARTOLAI: Objection, hearsay, Your Honor

BY MR. JASPERSE:

Q.   What did you see?

A.   She was constantly texting, when she was right in front of me, when she got some kind of text, she would tell the soldiers to act --

MR. BARTOLAI: Objection; hearsay.

THE COURT: Overruled.

BY MR. JASPERSE:

Q.   Just to be clear, there were about eight times when Ross was there, in person, leading?

A.   Yes.

Q.   About two times when Elina is there and she's texting and then giving instructions to the soldiers?

A.   Yes.

Q.   Was there ever a session when you were physically abused when, either, Ross or Elina was not there?

A.   No.

Q.   So you were never interrogated or physically abused when only Kurdish soldiers were present?

A.   No, never.

Q.   So you've described the first and second times. During the later sessions, were you beaten with fists?

A.   It got easier every time, so shorter, easier, so.

Q.   You were being beaten with fists every time?

A.   Not every time, but the beating of the ears was their favorite thing, I would say.

Q.   How many times were you beaten with rubber hoses?

A.   Three or four occasions.

Q.   How many times were you tased?

A.   About the same.

Q.   When you say, three or four occasions, these are three or four --

A.    Separate nights.

Q.    -- different days?

A.    Yes.

Q.    How many times were you suffocated with a plastic bag?

A.    Three, three separate nights.

Q.    Did you ever think you were not going to survive?

A.    Yeah.

Q.    When was that?

A.    I think, the second time.

Q.    Who was giving the orders, during each of those sessions, the ones that -- the eight times or so Ross was there, who was giving the orders?

A.    Ross.

Q.    At any of these sessions, do you remember any additional types of physical abuse that you have not already described?

A.    No.

Q.    Do you remember, at one point, asking Ross for some tea?

A.    Yes.

Q.    What happened?

A.    So I asked for tea and --

Q.    Why did you ask for tea, by the way?

A.    Because they had been beating my throat the previous times so hard, it was really painful, and I wanted something warm.

Q.    Okay, so you asked Ross for tea, and what happened?

A.    He got angry that I had the audacity to ask something. So,

84

at that time, Goran was there, and so Ross and Goran made -- started the torture, at the time.

Q.   Do you remember anything Ross was doing with his belt?

MR. BARTOLAI: Objection; leading.

THE COURT: Overruled.

THE WITNESS: Yes, he stood up, took off his belt, told me to sit on my chair and put my legs on another chair, so he started beating me with the belt buckle on the soles of my feet. Then, at one point, he told me to stand up, he stood behind me and put the belt around my neck and lift me up, as much as he could, and I passed out. When I came to, they were using the rubber hose to beat my groin.

Q.   So after Ross uses the belt, lifts you off the ground and you lose consciousness, who was beating you in the groin?

A.   Goran.

Q.   Do you remember any abuse involving your finger or fingers?

A.   Yes.

Q.   What do you remember about that?

A.   That was in the later stages. They asked me for all of my passwords, and at one point, I remember that I had one more email account that was really old, so I told them I have one more account and gave them the password. And, then, they came to the conclusion that, maybe, there's more, and they took out pliers, told me to put my finger in between the blades and told

85

me they were going to cut off my finger, just as a reminder not to forget anything anymore.

Q.    Who said that to you?

A.    Ross.

Q.    What were you thinking, at that point?

A.    Thank God it's just a finger.

Q.    How often did you see Goran at the military compound?

A.    The soldiers rotated every week or so, so, yeah, I could see him.

Q.    How often was Goran part of the sessions with Ross?

A.    The times when he was there, on his duties, then, he was there.

Q.    Were you able to determine what Goran's relationship was with the other soldiers?

A.    He seemed to be not at the top tier but medium level. He was definitely the higher-up than the average soldiers there.

Q.    Did you see Ross interacting with Goran?

A.    Yes, they seemed to be very friendly.

Q.    How did you learn Goran's name?

A.    He told me.

Q.    How did Ross address Goran?

A.    As Goran.

Q.    In addition to the physical pain and suffering that you've described, did you experience mental pain and suffering?

A.    They tried to manipulate with my understanding of what was

going on, and they told me they're going to Estonia and threaten my family, yeah, stuff like that.

Q.    Who said that?

A.    Ross.

Q.    Did you see any of the -- other than Elina -- did you see any of the other Estonians at the compound, after the first time?

A.    Yeah, Ross brought with him, either, Elina, Heret and Triin was one time, after that.

Q.    Those later times, when the Estonians were there, were they watching you being abused again or were they there for other --

A.    They were there, they saw the abuse, also.

Q.    I'd like to ask you a few questions about the compound. First, the room or the shipping container that you were in, how often was the door open and how often was it closed?

A.    It varied. Sometimes, when it was very hot, they would keep it open always. In general, the soldiers were very nice to me, yes, they brought me water, food.

Q.    What could you -- when the door is open, what could you see from the container?

A.    I could see the barracks, some of them, I could see cars going by, soldiers going by.

Q.    What kind of cars?

A.    Maybe, three cars, like, Jeeps.

87

Q.    You said there was no rest room in the container. Did you have to go somewhere else for that?

A.    Yes.

Q.    So how far away was that?

A.    That was on the other side of the compound.

Q.    So, like, how long would it take you to walk to the bathroom?

A.    Three, four minutes, maybe, max.

Q.    So every time you needed to use the bathroom, over a 39-day period, you had to ask for permission?

A.    Yes.

Q.    What could you see, when you would walk from the container where you were held to the bathroom?

A.    So as I was walking, I could see more barracks, I could see the canteen area, other trucks, fuel tanks and the premature of the compound.

Q.    Where did you eat?

A.    They brought me food in my room, and on some occasions, the soldiers who were really nice to me took me to the soldiers canteen to eat, but that was in the later stages.

Q.    Were you ever allowed to exercise?

A.    Yes, at one point.

Q.    How often was that?

A.    I think it lasted, like, four or five days that I was allowed to run once a day, then, something happened, and I was

88

not allowed anymore.

Q.    If you could turn in the binder to what's been marked Government Exhibit 26.8. Do you have that in front of you?

A.    Yes.

Q.    What's that?

A.    That's the layout of the compound, as I recall.

Q.    This is a sketch. Who made this sketch?

A.    I did.

Q.    Is this a sketch you drew, during one of your meetings with U.S. law enforcement?

A.    Yes.

MR. JASPERSE: Your Honor, the Government moves for admission of Exhibit 26.8.

MR. BARTOLAI: No objection.

THE COURT: Exhibit 26.8 is admitted.

(At this time Government's Exhibit No. 26.8 was admitted into evidence.)

BY MR. JASPERSE:

Q.    If we could put it up on the screen. Siim, if you could circle where you entered the compound?

A.    I was brought in from here(indicating).

Q.    Could you point out where you were held?

A.    Here(indicating).

Q.    Could you point out where the sessions were that Ross and the soldiers were abusing you?

89

A.    Here(indicating).

Q.    So the squares, what are those? Are those buildings?

A.    There's a barracks, yeah.

Q.    I don't see a firing range on this compound in this sketch. Was there a firing range on the compound?

A.    Yes, I could hear firing every morning almost, to the right of my room. When I would be standing on the door, it's on the right side of me, behind -- when you look at this sketch, there's cars, behind the cars. Behind the wall, you could hear gun shots.

Q.    Did you ever see it?

A.    No.

Q.    So you could hear firing?

A.    Yeah, I would ask, sometimes, from the soldiers what is going on, they said, just training.

Q.    So when you were first brought to the compound, that first day, was the bag still over your head when you entered the compound?

A.    Yes. It was removed when the car parked next to the interrogation room.

Q.    Was there any kind of wall or fence surrounding the compound?

A.    Yes, concrete wall or brick wall.

Q.    Did you have to go through check points to get to the compound?

90

A.    Yes.

Q.    How many?

A.    I remember four.

Q.    Do you remember that from when you were leaving? Was the bag over your head when you leave, eventually?

A.    No, because when we turned off the road that was going to -- had just gone past the airport and turned right, and then I could hear that they were, like, going through check points, because they stopped and talked something, and then move on.

Q.    This compound was near the airport?

A.    Yes.

Q.    So you said you saw military vehicles on the compound. How did you know they were military vehicles?

A.    They were, like, this big armored SUVs, and they had guns on top, and, yeah, they were military cars.

Q.    Did you ever see any helicopters there?

A.    Yes.

Q.    What kind of helicopters?

A.    It was black -- it wasn't a big one, just a small one.

Q.    Are you able to estimate how many soldiers were on the compound?

A.    Around 300.

Q.    How were they dressed?

A.    They had these camouflage pants on, sometimes, camouflage upper part, jackets. When it was warm, they had pullovers on,

91

military colors or so, green.

Q.    Did they have any kind of emblem on their uniform?

A.    Yes.

MR. JASPERSE: If we could show Government's Exhibit 3.2 which has already been admitted into evidence.

BY MR. JASPERSE:

Q.    Do you recognize that?

A.    Yes.

Q.    How do you recognize that?

A.    The soldiers inside the compound had this sign.

Q.    A patch on their uniform?

A.    Yeah.

Q.    What did the soldiers do all day?

A.    Depending if they had a mission last night, they would sleep quite long or not, and, then, they would train, eat and, then, yeah, prepare for the evening again.

Q.    You mentioned missions. What did you see or hear regarding missions?

A.    They would tell me the next day what they had done the previous night, how many they had captured or if anyone got wounded or something like that.

Q.    When the soldiers would go out at night on missions -- I'm sorry. When the soldiers would go out at night on missions, could you hear that, too, or not?

A.    Yeah, I understood every night, when they were going out,

92

they were preparing, they were in different gear, helmets on, yeah.

Q.   Do you know who these missions were against?

A.   They said ISIS.

Q.   Are you familiar with CTG?

A.   Yes.

Q.   What do you know about the CTG?

A.   It's the same unit that they were in, it was, like, a special unit of some sort.

Q.   What do you understand to be the difference between the CTG and the Peshmerga?

A.   Peshmerga is, like, the normal or usual military there, and the CTG was a special branch dedicated to more of the specific missions.

Q.   And the 300 or so soldiers in this compound, did you understand that they were CTG?

A.   Yeah.

Q.   Did you ever see any U.S. military personnel at the compound, what appeared to you to be military personnel?

A.   I saw some, yes.

Q.   Was Ross around, when you saw what you thought were U.S. soldiers?

A.   No.

Q.   Did you ever have any conversations with Ross about U.S. soldiers on the compound?

A.    No.

Q.    What would happen when there were U.S. soldiers on the compound?

A.    I was told not to interact with them. On occasions, they would close the door when they would see them coming.

Q.    During the five weeks that you were held at the compound, did you ever speak to anyone outside the compound?

A.    Do you mean, either, once Ross was coming to visit me or anybody else?

Q.    Let me try to rephrase that. So you're held at the compound for five weeks. At any time, do you have a phone call with somebody outside of the compound?

A.    No phone calls, just, I was told to write letters.

Q.    So you weren't able to communicate with your family by telephone?

A.    No.

Q.    Did you ever think about trying to escape?

A.    Yes.

Q.    Did you ever try to escape?

A.    I tried to look at ways to escape, but I didn't try.

Q.    You thought about ways to escape?

A.    Yes.

Q.    Did you ever try any of those ways?

A.    I tried to find a way how I would be able to get out of the container from through the floor, but that wasn't possible.

But, yeah, I had different ideas how to do that.

Q.    But did you ever act on any of those ideas?

A.    No.

Q.    Why not?

A.    At first, I was too weak to do that, and, then, later on, I don't know why, I just thought this is going to end at some point, so.

Q.    And after you're released from the compound in November, did you ever return to the compound after that?

A.    Yes.

Q.    How many times?

A.    Once.

Q.    So you went in and out twice, once when you were held and a different time?

A.    Yes.

        MR. JASPERSE: If we could bring up on the screen Government Exhibit 25.8, which has already been admitted into evidence.

BY MR. JASPERSE:

Q.    Do you recognize that?

A.    Yes.

Q.    What is it?

A.    That's the compound.

        MR. JASPERSE: If we could, also, play Government Exhibit 25.9, which has been admitted into evidence.

95

(At this time a video was played.)

BY MR. JASPERSE:

Q.    What does that video show?

A.    The compound.

Q.    And the approach to the compound?

A.    Yes.

Q.    When were you released from the military compound?

A.    The 21st of November.

Q.    What happened?

A.    On that day, it was evening, I was told that the others had come, and I just thought they were coming to ask some questions again or something else. And, then, I was told to go to the room, I went there, and in front of the building, there were Marrtin, Elina, Heret, Triin and Ross was waiting in the room, so I went inside.

Q.    So in the room, it's who?

A.    Me and Ross.

Q.    What happens, when you get in the room with just you and Ross?

A.    He told me to sit down, asked me if I was willing to work for him, again, yeah, and we spoke about other stuff or he asked me some other questions, which I do not recall at the moment. Then, he told me that I can come and work, again, we are leaving the same evening.

Q.    You left the same evening?

A.    Yeah.

Q.    Did he say how long -- did he say how long you were going to work for him?

A.    No, he said I wasn't going to leave any time soon. He didn't give a specific date how long I was going to work there.

Q.    Did you say that you were willing to work for him?

A.    Yes.

Q.    Why did you say that?

A.    I just wanted to get out of the compound.

Q.    Did you want to work for him?

A.    No, not anymore at the time.

Q.    So how did you leave the compound?

A.    So when he was finished talking to me, he told me to go get my stuff, which I did. I told goodbye to the soldiers, went back to the interrogation room, and Ross assumed that we could go straight to the cars, but Goran stopped us said that, no, the paperwork isn't finished or there is no official document that says that I can leave the compound, so we had to wait there for some time.

Q.    In what vehicle -- who was driving the vehicle, when you get home that night?

A.    Marrtin was driving.

Q.    Is there another vehicle with Ross?

A.    Yeah.

Q.    Did you have any difficulty getting through the check

97

points on the way out?

A.    No.

Q.    How long did you remain in Kurdistan, after being released from the military compound in mid-November 2015?

A.    I got home on the 10th of December 2015.

Q.    What --

A.    On the 10th of December in 2015.

Q.    So you're there for a little less than a month --

A.    Yes.

Q.    -- after. Why didn't you leave right away?

A.    I was not allowed. I didn't have my passport or anything. I was not allowed to have a phone, I wasn't allowed to leave the building alone, I wasn't allowed to have any communication outside of the team members or outside world, without supervision, so it wasn't possible to leave.

Q.    Who said you weren't allowed to do all those things?

A.    Ross Roggio. They even made me sign a document that stated that I couldn't leave a building without Marrtin or Elina or Ross accompanying, and if I did leave the building without their knowledge, I would be brought back to the compound.

Q.    Who told you you would be brought back to the compound?

A.    Ross Roggio.

Q.    So did you return to work?

A.    Yes.

Q.    What was the status of the weapons factory, at that point?

98

A.    The walls were up, the generator building was, also, almost finished behind the factory, and there was another container area being built in the courtyard of the factory. The factory floor itself wasn't finished, but the second floor was. Walls, also, inside were up, but there were no machines inside.

Q.    What was -- you said there was a second building behind. What was that?

A.    They were building, like, a dining area or kitchen outside.

Q.    What was it like going back to work for Ross, after all these things had been done to you?

A.    The strange part was that being near him felt safer than being away from him, so it was strange.

Q.    Did he ever threaten you again?

A.    Yes.

Q.    What happened?

A.    We were visiting the factory floor, and there was something wrong, and I made a joke or something, and he pulled me aside and told me if I ever do that again, I will be, either, shot on-site or be sent back to the compound.

Q.    How would you describe your mental or emotional state, during that time?

A.    Stressed. I was not able to sleep in bed, for example, because, in the compound, I was sleeping on the floor, and when I was sleeping on the bed, it didn't feel safe.

99

Q.   When you flew back to Estonia around December 10, 2015, did you plan to return?

A.   I did not plan, but if he would have told me that I have to, I would have.

Q.   Why?

A.   Out of fear.

Q.   Did you ever return to Kurdistan?

A.   No.

Q.   Did you ever see Ross again?

A.   Yes.

Q.   Tell us about that.

A.   He reached out, at one point, said he's coming to Estonia and said he wanted to meet, so, yeah.

Q.   Did you meet?

A.   Yes.

Q.   Who else was there?

A.   Heret and Rauno.

Q.   So why did you meet with him?

A.   Out of fear.

Q.   Fear of what?

A.   Repercussions, if I don't meet him.

Q.   What effect did seeing him again at that dinner have on you?

A.   Fear, paranoia.

Q.   Do you have any lasting physical injuries from what Ross

100

and the Kurdish soldiers did to you?

A.   Other than the strange shakes of my body, no.

Q.   What do you mean by that

A.   When I think of the incidents, I start to shake, sometimes, uncontrollably.

Q.   Do you have any lasting emotional or mental injuries?

A.   I'm a bit more paranoid, I would say, about surroundings.

Q.   Is the man who did these things to you in the courtroom today?

A.   Yes.

Q.   Could you stand up and point out where he is and what he's wearing?

A.   Sitting there, he's wearing a blue jacket and white shirt.

MR. JASPERSE: Your Honor, let the record reflect that the witness has identified the Defendant Ross Roggio.

THE COURT: The record will so reflect.

MR. JASPERSE: I have no further questions.

THE COURT: It's now 5 minutes before 1. We will take a lunch break and return at 2:00.

(At this time a luncheon recess was taken.)

THE COURT: You may cross-examine.

MR. BARTOLAI: Thank you.

                    CROSS EXAMINATION

BY MR. BARTOLAI:

Q.   Good afternoon, Mr. Saar.

A.    Good afternoon.

Q.    So as you're probably aware.  I'm the attorney for Ross Roggio.

A.    Yes.

Q.    And I'll have some questions for you.

A.    Yes.

Q.    If you don't understand my questions, just ask me to repeat them, okay, and I will.

A.    Okay.

Q.    We know that you're from Estonia; correct?

A.    Yes.

Q.    And you're an engineer?

A.    Yes.

Q.    In around 2015, you had a proposition to come work for Roggio Consulting?

A.    Yes.

Q.    And that would have been when? January of 2015?

A.    Yes.

Q.    And you heard about this job through Elina?

A.    She posted on Facebook, yeah.

Q.    Did you know Elina, prior to that?

A.    Yes.

Q.    She was a friend?

A.    No.

Q.    But you had known her; is that correct?

102

A.    Yes.

Q.    And it was in response to her posting that, ultimately, you obtained an interview with Roggio Consulting; is that right?

A.    Yes.

Q.    And as part of that interview process, you met with, maybe through Skype or some sort of teleconferencing, with Marrtin Vilist; correct?

A.    I don't remember. I don't remember at the moment.

Q.    You don't remember speaking with Marrtin Vilist, prior to coming on board with Roggio Consulting?

A.    I remember speaking to him on Skype, but I don't remember if it was before that, yeah.

Q.    He was, also, an engineer at the plant, at Roggio Consulting; correct?

A.    Yes.

Q.    So there may be times -- of course, we're all -- it's about the arms factory, it's about the arms project, the case, you know, and everything, as well as what happened to you, while you were working there. So I may refer to this as the arms project, so you know I'm referring to, basically, what had happened relative to Roggio Consulting and the production of these weapons or attempted production of these weapons. Okay?

A.    Yeah.

Q.    So when you were called in to work on the arms project,

what kind of work were you doing, prior to that?

A.    Mechanical engineering, CAM work, CAD work, like, designing and machining.

Q.    Had you ever -- and you had never worked on producing a firearm before that?

A.    No.

Q.    You had no experience producing firearms; correct?

A.    No.

Q.    Did you say that they're not too complicated or?

A.    Basic concept, yeah, I said it wasn't complicated.

Q.    The basic concept is not complicated?

A.    Yes.

Q.    Fair enough. At some point in time, we saw the agreements that you signed. There was an offer there, there was an employment agreement, and there was a non-disclosure agreement, and all of those documents were signed by you, prior to you going to see Mr. Roggio in Iraq; correct?

A.    Correct.

Q.    And, in fact, you had started off at about $4,000 a month? Was that your pay?

A.    Yes.

Q.    That was pretty good. Several times more than you were making in Estonia; correct?

A.    Yes.

Q.    And so the time comes, the day comes when you, actually,

104

go into Kurdistan Region of Iraq, right?

A.   Yes.

Q.   Early in the year?

A.   Yes.

Q.   Was it February 15th?

A.   Yes, as I recall.

Q.   2015, okay. And would you agree with me that, when you had gotten there and actually saw the project, you were somewhat shocked?

A.   Yes.

Q.   You had expected it to be further along?

A.   In the machining side, yes.

Q.   You had expected there to be a plant, at this point?

A.   No, not a plant, but the machines should have been on their way.

Q.   On their way, okay. Would you have expected some sort of production to have been set up?

A.   Not set up yet, but in the near future.

Q.   Do you recall meeting with Mr. Roggio that very first time?

A.   Yes.

Q.   Do you recall meeting with him and the other Estonians at the office?

A.   Yes.

Q.   Hearing about the conditions of the project, at that

105

point; correct?

A.    Yes.

Q.    And would you agree with me that, right off the bat, you had a conflict with Mr. Roggio?

A.    Yes.

Q.    You came to the conclusion, in your mind, that he didn't really know what he was doing? Is that what you thought?

A.    That was my conclusion, that he did not have good intents on what the task was.

Q.    Right off the bat; right?

A.    Yes.

Q.    You let your opinion be known, did you not, to him?

A.    Yes.

Q.    And he spoke with you and he wound up giving you a raise; did he not?

A.    Yes.

Q.    That same day; correct?

A.    That same day.

Q.    Would you agree that he was impressed with your knowledge of what you do, the engineering?

    MR. JASPERSE: Objection. Lack of foundation.

    THE COURT: Sustained.

    THE WITNESS: I don't know.

BY MR. BARTOLAI:

Q.    Well, why is it that, almost the first day at work, you

106

got a raise? Were you ever told?

A.    Yeah, he called me over and said, I want to give you a raise. I don't remember the details specific, yeah.

Q.    But you got a quick raise, 2,000?

A.    No, not -- it went up to 5,500 first.

Q.    It went from 4,000 to 4,500?

A.    To 5,500.

Q.    That very first time?

A.    Yes.

Q.    I won't try to get the percentage, but it was substantial; correct?

A.    Yes.

Q.    And, then, you began -- let's just say this. After your first meeting with Mr. Roggio, did you contemplate leaving then?

A.    I don't recall -- yeah, I don't recall contemplating leaving, yeah.

Q.    All right, good enough. So what happens is you stay there with -- on the project, working for Mr. Roggio. And at this point in time, there's only, maybe, a half dozen employees present?

A.    Yes.

Q.    All right. There's Mr. Roggio, yourself, Triin, Heret, Elina and, maybe, some others?

A.    Triin was not there, at that time.

107

Q.   Okay. So would you agree this is, basically, the ground level of this -- of the project, as far as the personnel?

A.   Yeah.

Q.   The nucleus of what's going to come later?

A.   Yes.

Q.   And you've heard your group of people being referred to as Tier One employees? Is that a phrase you've heard before?

A.   I don't recall being Tier One.

Q.   Okay. So the object is to make an M4 rifle; right?

A.   AR15, yes.

Q.   AR15. Which is similar to an M4 rifle?

A.   Yes.

Q.   An AR15 is a semi-automatic rifle; correct?

A.   Yes.

Q.   And that's the object of this project is making AR15's; right?

A.   Yes.

Q.   Would you agree that the AR15 is somewhat of a platform?

A.   I don't understand what you're implying.

Q.   All right. What are the key differences between an M4 rifle and AR15 rifle?

A.   I'm not a guns expert, so.

Q.   Very good. That's all I'm asking. So to do this, you're going to need machines; correct?

A.   Correct.

108

Q.    And different types of machines?

A.    Yes.

Q.    All right. There was an exhibit --

MR. BARTOLAI: May I have a moment, Your Honor?

THE COURT: Yes,

MR. BARTOLAI: 24.5 has been admitted, right?

MR. HINKLEY: Yes.

MR. BARTOLAI: Can you play 24.5, please, Government 24.5.

(At this time a video was played.)

BY MR. BARTOLAI:

Q.    Mr. Saar, have you ever seen this video before?

A.    No.

Q.    Are you familiar with any of these -- of the machinery that you see in this video?

A.    Yes.

Q.    Could you tell us some of the machines that are present here? There's a stylus, I think -- there's a way that you can mark the screen, I think.

A.    Okay. These are the CNC milling machines. These are lathes, I think, as I recall.

Q.    Lathes?

A.    Lathes, yeah. Injection molding machines. This should be a drilling machine. And I don't recall what was in the back.

Q.    Very good. These machines, when you were -- none of this was present, when you left Iraq or Kurdistan in December of

109

2015; correct?

A.    They were not in the building. Some of them had arrived, I had signed for them when they arrived.

Q.    Okay, some were there, but this factory floor plan that we have seen, this didn't exist, at the time, correct?

A.    Sorry?

Q.    The floor plan we're seeing here of the factory, that did not exist, in that state, when you left; correct?

A.    You mean, the machines weren't inside the building?

Q.    Yes.

A.    No, the machines were not inside the building at that point.

Q.    Did you help select some of these machines?

A.    Yes, some of these machines.

Q.    Okay, so relative to these machines, Mr. Roggio sent you to China to look at machines?

A.    Yeah.

Q.    Who did he send you with?

A.    Elina and Heret.

Q.    Okay. And neither one of them are engineers; right?

A.    No.

Q.    And you went there and you quality-tested these machines; is that a fair statement?

A.    We just assessed the machines.

Q.    You just what?

110

A.    Assessed the machines.

Q.    So you went to where they manufacture these machines, the plants?

A.    Yes.

Q.    How long were you there?

A.    I don't recall, exactly. About a month.

Q.    Okay. And how many manufacturers did you assess or look at, while you were over there?

A.    I don't recall at the moment.

Q.    So you really -- several, would you agree?

A.    Sorry?

Q.    Several?

A.    Yes.

Q.    Okay, several. And when you were there, you would -- did they treat you right, the people from the company? Were they able to show you the machines and tell you how they worked?

A.    Yes.

Q.    Did you have an opinion as to those machines?

A.    Sorry?

Q.    Did you have an opinion as to the quality of these machines?

A.    Yes.

Q.    What was your opinion?

A.    My opinion was you could do the job, but they weren't as good of quality as the European machines.

Q.    I believe you testified, earlier, that you told Mr. Roggio this; right?

A.    Yes.

Q.    Now, regardless of the fact that he had sent you there to assess these machines, he was the boss, and, ultimately, he was the one that was going to decide what machines to get; correct?

A.    Correct.

Q.    You told -- he sent you there for your opinion; right?

A.    Yes.

Q.    And you gave it to him?

A.    Yes.

Q.    And he bought these machines; right?

A.    Yes.

Q.    Now, would you agree with me that Mr. Roggio had confidence that these machines can do the job?

        MR. JASPERSE: Objection; lack of foundation.

        THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    All right. When you came back from China, after having assessed these machines, you reported your findings to Mr. Roggio; correct?

A.    Correct.

Q.    And I take it, from your earlier testimony just a few minutes ago, that you didn't have a high opinion of these machines; correct?

A.    Correct.

Q.    You thought that, perhaps -- and correct me if I'm wrong -- you had suggested that, maybe, there are better machines from the United States or the European union; correct?

A.    I don't recall if I said United States, but I said European machines are better, yes.

Q.    You had told Mr. Roggio this?

A.    Yes.

Q.    He discussed that with you, did he not?

A.    Yes.

Q.    As part of his discussion, you learned that he wasn't going to be buying these machines -- or those machines from the European union; correct?

A.    Correct.

Q.    And that he was going to go with these machines; correct?

A.    Yes.

Q.    And this was a discussion that you and he had; correct?

A.    Yeah, but he didn't make a final decision while I was there, so.

Q.    As part of his discussion with you, regarding these machines, did he appear confident or suggest to you that these machines were good enough to do the job?

A.    He only asked me one question, if it is possible to make those parts with those machines, and I answered, Yes, it is possible.

113

Q.    Would you agree that you weren't pleased with the decision that Mr. Roggio made regarding the machines?

A.    I don't recall if it was specific to those machines, but, yes, some of them, yes.

Q.    Other machines, okay. Do you recall when that was that he had sent you to China for these machines, what time of year it was?

A.    As I said before, we went in the middle of May and came back somewhere beginning of June 2015.

Q.    There came a point, then, when you had come back in the summer of 2015, where Mr. Roggio was going to send employees home for summer vacation; right?

A.    Yes.

Q.    He called for a volunteer to stay behind at the plant; right?

A.    It wasn't that summer break that we had, it was, in total, two summer breaks, one in the beginning of the summer or in June and the other one end of August.

Q.    Did everyone go home for the summer break in the beginning?

A.    Yes.

Q.    Including yourself?

A.    I don't know if everybody went to Estonia, I don't remember, but me and Marrtin went home, yes.

Q.    You went back to Estonia in the summer of 2015?

114

A.    Yes.

Q.    Then you came back; correct?

A.    Yes.

Q.    And at this point in time, work has become on the actual factory itself, they're starting to build it now; correct?

A.    They have been building it for some time.

Q.    Progress is appearing; right?

A.    Yes.

Q.    And there comes a point in time, the later summer break that you referred to, where Mr. Roggio is going to let the people go back home, again, but he's looking for a volunteer to stay behind and watch the building being built; correct?

A.    I don't remember if he was looking for a volunteer.

Q.    Do you recall staying behind, while everyone else went back on summer break?

A.    Yes, I stayed behind.

Q.    Could you tell us the reason for that?

A.    I don't remember anymore.

Q.    Do you recall being promised a vacation anywhere, at some point in time, if you did stay behind?

A.    I don't remember.

Q.    So in this latter -- I'm going to focus your attention on that time, when I continue with my questions, but, for now, I want to talk about Akam, all right? You know who Akam is; right?

115

A.    Yes.

Q.    Who is he, for the jury, again?

A.    He was, like, an assistant to the company that was ordering the factory.

Q.    He was an assistant. When we talk about the company that was ordering the factory, we're talking about the Faruks?

A.    Yes, to my knowledge.

Q.    So he worked for the Faruks; right?

A.    Yes.

Q.    Was he an accountant, by trade, if you know?

A.    I do not know that.

Q.    You know that he was overseeing the project for the Faruks?

A.    I don't know what was his exact job title.

Q.    He didn't work for Roggio Consulting?

A.    No.

Q.    Would you agree with me that, before this second summer break, Mr. Roggio had told you, as well as everybody else, not to talk to Akam or any of those fellas about the project, the inner -- what's going on amongst the project; would you agree?

A.    Can you repeat that?

Q.    Yes, I can. All right, prior to this summer break, amongst Roggio, Mr. Roggio, yourself and the other Estonians, that first group of people that were working, Mr. Roggio had asked or had told you, you know, Don't talk about the project with

116

Akam; correct?

A.    Correct.

Q.    So that was something that he said, Don't do it; right?

A.    Yes.

Q.    And I think you said, and correct me if I'm wrong, he didn't want the Iraqi Government to know?

A.    Yes.

Q.    And he didn't want -- he said to you, also, that some of the locals could get in trouble about this?

A.    Yes.

Q.    Meaning, the local Iraqis, the local Kurds?

A.    Yes.

Q.    So when you were -- now, when this second summer break came and the other people left, you stayed behind; right?

A.    Correct.

Q.    And were you the only person that was there in the company?

A.    Yes.

Q.    How long were you by yourself there, in Kurdistan, at the project?

A.    I don't remember, exactly, maybe, two weeks.

Q.    Maybe, two weeks, all right. So during this time, you began to look around and investigate various things; correct?

A.    Correct.

Q.    You had found out or you had conflicts with Mr. Roggio,

117

prior to this; correct?

A.    Yeah, numerous times.

Q.    And you were -- there was an issue with getting paid sometimes, the salary was delayed?

A.    Yes, around that time, yes.

Q.    Around that time the salary was delayed; right?

A.    Yes.

Q.    Now, just so we clear everything up. Were all of your salaries paid? Does Mr. Roggio owe you any money, right now, as a result of the salary?

A.    I don't recall.

Q.    In other words, you did -- even though, they may have been delayed, you, ultimately, got paid; right?

A.    Yes.

Q.    But around this time, your salary was being delayed; correct?

A.    Sorry?

Q.    Around that summer break, when you were there alone and you had had these conflicts with Mr. Roggio, there was, also, another matter, the matter with your salary being delayed; correct?

A.    Yes.

Q.    And you were a little upset about that; correct?

A.    I don't remember if I was upset. I was suspicious more.

Q.    You know and Mr. Roggio had shown you pictures of vehicles

118

that he was buying; correct?

A.    Correct.

Q.    You could tell they were expensive vehicles; right?

A.    Yes.

Q.    And you heard about him traveling here and there; correct?

A.    Yes.

Q.    Were you a little bit pissed off about that?

A.    I don't care about the things other people have.

Q.    But were you a little bit -- did it -- I don't know the right word to use -- did it get you a little bit annoyed that your salary is not paid and this guy is driving around in these cars or anything like that?

A.    No.

Q.    But there came a point in time when you started to talk to Akam about that; right?

A.    About what?

Q.    About Mr. Roggio driving these cars?

A.    No.

Q.    While you were there alone, on the summer break of 2015, you began to look through some of the papers in the office?

A.    Yes.

Q.    You began to look through some of the financial documents in the office?

A.    Yes.

Q.    Now, your position doesn't have anything to do with the

119

financial documents; correct?

A.    No.

Q.    In fact, you really had no business looking through those documents; would you agree?

A.    No.

Q.    I'm sorry? So it was okay to look through them?

A.    I mean, no, I didn't have any business looking through them.

Q.    So you were snooping? Do you know what I mean by that? Snooping? You had -- like, you were doing things you shouldn't have been doing?

A.    Exactly.

Q.    Okay, very good. And you were collecting these documents; right?

A.    Yes.

Q.    You were collecting them. I believe you said that you had collected these documents, because -- tell us why. Why did you collect them again?

A.    As a backup, when something happens, people could give those documents to somebody to whom they matter.

Q.    I see. So at this point in time, you had made -- when you were going through these records, finding these things and making copies of them, you thought something might happen that you needed this protection; is that right?

A.    Correct.

120

Q.   And you knew that it would be best that you would have protection, if there was some sort of paper trail if you had the documents; right?

A.   I can't say I knew, but I felt I needed to.

Q.   What was your fear that something was going to happen that you needed these documents?

A.   As I said before, my thinking was that we were all going to get killed and the factory was not going to be finished.

Q.   So, in other words, right around this time, around this time, there was something in your mind, a fear that we were all going to get killed, because we're not going to meet the production; right?

A.   Yes.

Q.   We're not going to be able to produce these weapons; correct?

A.   Correct.

Q.   I might get killed, meaning, you; right?

A.   Yes.

Q.   We all might get killed, the Estonians and Roggio, too; correct?

A.   I was thinking about more me.

Q.   More you?

A.   Yes.

Q.   But you were no different than the Estonians -- than the other Estonians; right?

A.    Yes, correct.

Q.    If anyone should get killed, it should be Roggio; would you agree?

A.    I don't know. I think we were all in it, so I don't think he -- we would have had any exemption from the situation.

Q.    So this was a fear, and you felt the fear; correct? You felt that fear?

A.    Yes.

Q.    Enough to try to protect yourself?

A.    Correct.

Q.    With the documents, you can show somebody or if somebody finds something, they can backtrack and try to put it together and come up with, maybe, where you are and what happened to you; right?

A.    Yes.

Q.    Law enforcement we're talking about?

A.    Exactly.

Q.    As well as your family, maybe?

A.    Yes.

Q.    You were keeping a diary back then?

A.    As I said, it wasn't, like, exactly, a diary, but yeah.

Q.    What word did you use?

A.    Gratitude book.

Q.    Like a chronicle?

A.    Yeah.

122

Q.   It was your accent that I wasn't able to make out, but a chronicle, I see, like, a journal or something.

I want to talk to you about Akam, that's where I kind of left off. I want to talk about Akam and the late summer 2015 when you were alone there in Iraq. You did start to speak to Akam, right, then?

A.   We had many occasions when we met, yes.

Q.   When you were alone in Iraq?

A.   Yes.

Q.   He was suspicious about what was going on with the production; wasn't he?

A.   Yes.

Q.   It's your testimony that you didn't share any of the documents or information that you had with him?

A.   No.

Q.   But you think he would have liked to have had that information?

MR. JASPERSE: Objection; lack of foundation.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   Akam gave you his cell number and said, You can call me; right?

MR. JASPERSE: Objection; hearsay.

MR. BARTOLAI: I'll withdraw the question. Very good.

BY MR. BARTOLAI:

Q.   But you did speak with Akam about the project, correct, on several occasions?

A.   Yes, but not the specifics, because he was not aware of the project details.

Q.   Of the what?

A.   Of the project details.

Q.   There came a point in time, late summer passes and fall begins, and you've lost all confidence in this project; correct?

A.   Yes, at one point.

Q.   I think you said, when you were testifying, earlier, that you started to make yourself an annoyance?

A.   Yes.

Q.   Because you wanted them to fire you?

A.   Yes.

Q.   So how would you do that, again? How would you make yourself an annoyance?

A.   Just make irrational demands.

Q.   Like you were spoiled?

A.   Yes.

Q.   Do you recall complaining to Mr. Roggio about your salary?

A.   I don't remember, exactly, directly, to Roggio, but to Elina, at first, and, then, later Roggio.

Q.   You said, earlier, that Elina was Roggio's right-hand person?

A.    Yes.

Q.    So you would complain to Elina; right?

A.    Yes.

Q.    You would say, Why am I not being paid as much as Heret? Do you remember that angle?

A.    Yes.

Q.    Am I just a janitor? Right? Do you remember saying things like that?

A.    No.

Q.    But when you referenced Heret, Heret was just a personal assistant, and you were an engineer; correct?

A.    I don't remember what exact references I made.

Q.    But you recall causing them problems; right?

A.    Yes.

Q.    Asking for more money; right?

A.    Yes. I said, I don't think that we should be paid at same level.

Q.    So you should be paid more; is that right?

A.    I just remember saying, I think the pay level should be different.

Q.    In fact, you had started -- you made yourself annoying by asking for an irrational amount of money or more money than normal; is that it?

A.    Sorry?

Q.    Did you ask for a raise?

125

A.   I don't remember asking for raise, I just remember pointing out that, I think, that there should be a pay cap, difference in pay.

Q.   So you did tell them that you were displeased with what your pay was?

A.   I didn't say I was displeased, I was just stating the fact that, I think, there should be a difference in the pay.

Q.   These were things that you had made to Roggio, right, or to Elina, knowing that Roggio would hear about them?

A.   Yes.

Q.   And all at a time when you knew that the company was way behind in production; right?

A.   Yes.

Q.   And you were deliberate -- you did this deliberately to, perhaps, you wanted them to fire you; is that right?

A.   Yes.

Q.   You recall, in October, now, we're getting towards the 13th or the 14th, around that time, right before you were taken to the compound, you had this discussion with Elina; right?

A.   Yes.

Q.   Mr. Roggio was in Greece; was he not?

A.   Yes.

Q.   And it was Elina who told you not to come to work the next day; correct?

A.   On the 13th, yes, I spoke with both of them, Elina

126

directly and Ross Roggio through Messenger, and Elina told me not to come to office next day, yes.

Q.    And it was the next day when these people, men in uniforms, came to your door and took you away; is that it?

A.    Yes.

Q.    You, specifically, recall Mr. Roggio being in Greece, at the time?

A.    Yes.

Q.    Do you recall you having discussions with Mr. Roggio, wherein, he indicated, Hey, look, I want to make it right, I want you to come to Greece and meet me?

A.    I remember I was told to go to Greece and to speak to Ross. I don't remember any other details.

Q.    In other words, you were having this discussion and he was talking back to you, he was trying to negotiate with you, would you agree?

A.    I guess so.

Q.    And, in fact, he offered you -- he was in Greece, he offered you to be flown to Greece to talk to you about it; right?

A.    Yes.

Q.    And you didn't want to do that; is that a fair statement?

A.    No, I agreed to go to Greece.

Q.    Did you go?

A.    No, I didn't get there.

Q.    Now, this day when you've been told by Elina not to go to the project to work, to stay home, you're in your apartment when these soldiers come and knock on the door?

A.    Yes.

Q.    It's your testimony that they -- you tried to close the door, but the guy, kind of, pushed his foot in the door and came in?

A.    Yes.

Q.    I guess, you had just taken a shower?

A.    Yes.

Q.    You wanted to get dressed, and you went into the bathroom; right?

A.    Into my room and, then, in the bathroom, yes.

Q.    And it's your testimony that, at that point in time, you used your telephone to call Marrtin Vilist?

A.    Exactly.

Q.    You spoke to Marrtin Vilist?

A.    Yes.

Q.    You told him what had happened?

A.    Yes, I told him that some guys are here, some soldiers are there.

Q.    And that's what you recall, it's your testimony that you did call Marrtin Vilist; right?

A.    Yes.

Q.    So these soldiers, they were led by an individual named

128

Goran?

A.    Goran, yes.

Q.    You came to know this individual Goran?

A.    Yes, in later stages.

Q.    I'm sorry, what?

A.    When I was in the compound, I learned his name, yes.

Q.    Goran Barzani?

A.    I don't remember his last name.

Q.    When you were -- they had put you in a vehicle and they had driven you to this compound, they had, at some point, put a bag, a cloth black bag over your head?

A.    It wasn't a black bag, it was just a clothes bag.

Q.    Cloth bag?

A.    Yes.

Q.    Were you able to see through the bag?

A.    Somewhat, and, then, they pushed my head down.

Q.    Okay. All right, so for part of this ride, you had this bag over your head, and your head was pushed down; is that right?

A.    Yes.

Q.    And you were driven, then, to the compound; is that right?

A.    Yes.

Q.    When you got to the compound, it was several days before you met -- before Ross Roggio showed up; correct?

A.    Yes.

129

Q.   And those couple days waiting were uneventful, I mean, other than the fact that you were detained, no physical abuse happened?

A.   No.

Q.   When you had been brought from the container that you were staying in, your cell, apparently, to the interrogation room, the very first time, you were alone with Mr. Roggio, at that point, for a little while; is that right?

A.   Yes, for a little while.

Q.   Did he -- and the Government asked you, during this time, if Mr. Roggio, at that point, had discussed your situation and that he was there to try to help you?

A.   No.

Q.   He didn't -- it's your testimony that he didn't do that?

A.   No.

Q.   While you were being abused, you testified the fellow Estonians were present to witness that; correct?

A.   Some.

Q.   Triin was there?

A.   On some occasions.

Q.   On some occasions. But some of the people that witnessed this would have been Triin Kiviking, Marrtin Vilist and Heret Enden, now known as Viltrop, I don't know if you were aware of that, as well as Elina; correct?

A.   Correct. That was the first night, they were all there.

130

Q.   And they actually -- and after that, were they ever present for any of the other sessions that occurred?

A.   As I said before, Triin was one time, Heret was more than once, and Elina was, also, more than once.

Q.   I want to talk to you about Elina, at this point. There were times, I believe, you testified, where Elina was the person that was asking you the questions; is that right?

A.   Correct.

Q.   And during those times, when Elina was asking you the questions, these people, soldiers would be torturing you, as well; right?

A.   On one, at least, I remember.

Q.   Mr. Roggio wasn't present on those occasions; correct?

A.   No.

Q.   But it's your testimony that you believe that he may have been giving Elina text messages; is that it?

A.   She was texting all the time, yeah, during that period.

Q.   Did she tell you that she was texting him?

A.   No, she didn't tell me.

Q.   How did you know that she was texting him?

A.   Because she stopped and continued the process, according to the texting.

Q.   You didn't see -- all right, so this is -- would you agree with me that you believed that that's what was happening, but you're not sure of it?

131

A.   Yes, I cannot say for certain. That's how it seemed to me.

Q.   And Elina would direct the guards or the soldiers to inflict the torture on you, then; correct?

A.   Yes.

Q.   And, in fact, she slapped you one time; did she not?

A.   No.

Q.   She never did. And you know that Elina and Heret were very good friends?

A.   Yes.

Q.   There were times when you were, also, questioned by the Kurds, by these -- by soldiers?

A.   You mean, separate from Ross Roggio?

Q.   I don't know how separate everything was to you, it must have seemed all 39 days or how many days was it?

A.   Yes, 39.

Q.   In other words, separate, were you, also, interrogated during these sessions, when you were physically abused, were you interrogated, sometimes, by the Kurdish soldiers?

      MR. JASPERSE: Objection; vague.

      THE COURT: I'll allow it.

      THE WITNESS: Can you rephrase or be more specific?

BY MR. BARTOLAI:

Q.   I know that you were there for 39 days, that's the testimony, and that you did speak with different people while you were there. I'm directing your attention to the

interrogation sessions, where you were physically abused.

A.   Okay.

Q.   How many times did that occur?

A.   I recall 10, around 10.

Q.   Let's just say 10, all right. During any of those times were you questioned by not -- we know you were questioned by Mr. Roggio, and we know that you were questioned by Elina. Were you questioned by anyone else, during those times?

A.   The first evening, as I said before, there were two guys and, also, Ross Roggio was there, and they asked some questions. Other than that, no.

Q.   All right, those guys, I want to ask you about. Do you recall them questioning you about marijuana use?

A.   Yes.

Q.   Would you agree with me that there was an incident where several of the Estonians were smoking marijuana?

A.   Yes.

Q.   That was brought up at one of these sessions; correct?

A.   Yes.

Q.   They wanted to know where you got it; right?

A.   Yes.

Q.   And who was smoking it; right?

A.   Yes.

Q.   And, in 2015, you were aware of the presence of ISIS; correct?

133

A.    Yes.

Q.    And they were pretty close, weren't they?

A.    Yes.

Q.    Was there a fear about ISIS?

      MR. JASPERSE: Objection; vague.

      THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Did you have any fears about ISIS being in that region?

A.    In the city, no.

Q.    The project wasn't in the city, was it?

A.    It was outside, yes.

Q.    You know that these soldiers, some of the soldiers in that area were fighting ISIS; right?

A.    Sorry?

Q.    You said you know some of the soldiers in Sulaymaniyah were there fighting ISIS?

A.    Yes.

Q.    There were occasions when you were at the compound where your fellow Estonians would come and bring you food; is that a fair statement?

A.    I remember them bringing smokes.

Q.    Cigarettes?

A.    Yes.

Q.    You don't recall them bringing you food?

A.    No.

Q.    Clothes?

A.    They brought me a coat, at one point.

Q.    Roggio was there with them or he brought them there or did they come by themselves, if you know?

A.    When they brought the coat, then, it was Elina and Heret, and on one occasion, I remember Ross Roggio, also, being present when the cigarettes were brought to me.

Q.    You testified that, while you were in the compound, you were told to write a letter to your mother?

A.    Yes.

Q.    And was it your testimony that you were forced to write that letter?

A.    I was told what to write, yes.

Q.    You gave a copy of that letter to the authorities, when they questioned you in Estonia?

A.    Correct.

Q.    Have you seen that letter recently?

A.    Not recently. Last year, I think.

Q.    Do you recall writing to your mother and telling her that you were being detained in Iraq?

A.    Yes.

Q.    And it was in connection with illegal drug use?

A.    Yes.

Q.    And that Ross and Elina were doing everything they can to help you?

A.    Yes.

Q.    Now, it's your testimony that that wasn't true; is that your testimony?

A.    Yes.

Q.    That you were forced to do that; right?

A.    Yes.

Q.    Now, Mr. Saar, there was a point in time during this ordeal where you thought that you were going to die; is that right?

A.    Yes.

Q.    Do you recall telling these investigators, when they came to Estonia, that you found a hope that you could survive, because Mr. Roggio made a big mistake. Do you remember that?

A.    I remember saying something, yeah.

Q.    That Roggio made a mistake; is that right?

A.    Yeah. I remember saying something similar.

Q.    The mistake was him having you write that letter to your mother; right?

A.    Yes.

Q.    Because, now, your mother knows that you're in Iraq and that you're in detention; right?

A.    Yes.

Q.    Now, you have -- there's a form of insurance, just like when you were taking those documents, your mother knows now, right? She knows where to look for you, right? Would you agree?

A.    Yes, but the next letter that came back indicated that she doesn't understand anything.

Q.    So, in other words, what you thought was his big mistake was your hope that you could survive; correct?

A.    I guess so.

Q.    And, in fact, when he brought these Estonians to see you in the compound, what he brought was several witnesses, your countrymen, to see where you were and what you were under -- the abuse that you were receiving; correct?

A.    I didn't see them as witnesses.

Q.    You didn't see them as witnesses. So you had written a letter to your mother, and you know that the letter was delivered because you received the response?

A.    Yes.

Q.    In fact, you had written several letters and had received several responses; correct?

A.    Yes.

Q.    One time you had learned that your mother was undergoing some sort of home improvement at her house; correct?

A.    Correct.

Q.    And you were able to transfer -- you were able, while you were in the compound, to transfer her some funds to help her with the project; right?

A.    Yes, I asked.

Q.    That was because Elina had given you the computer so that

137

you could transfer the funds electronically?

A.    Yes.

Q.    And you did that; right?

A.    Yes.

Q.    You had, earlier, rented a car in Estonia, and because of your situation, you weren't able to take the car and, you know, complete that contract; correct?

A.    Correct.

Q.    And when you were released, after you had been released from the compound, you had emailed those people from the car rental place and told them that you apologize, you want to make it right to pay; is that it?

A.    That is correct.

Q.    In other words, you felt that it wasn't their fault, you were going to pay for the car rental, anyway; correct?

A.    Correct.

Q.    Do you recall telling them that the reason you didn't show up was because you were detained for a violation of the local law?

A.    Correct.

Q.    That's the car rental company; correct?

A.    Yes.

Q.    Mr. Saar, I want to direct your attention to the time when you were going to be released from the compound to that night when Mr. Roggio and the others came to take you back to your

138

residence, all right?

A.    Okay.

Q.    Do you remember the day?

A.    Yes.

Q.    What was the day?

A.    It was 21st of November.

Q.    So on that day -- you testified a little bit about this -- in fact, you had said -- and correct me if I'm wrong -- that you found out that you were going to be released or you thought -- that you were told that you were going to be released?

A.    I was told by Ross Roggio.

Q.    To get your things together?

A.    Yes.

Q.    And you found yourself back in the interrogation room?

A.    After I collected my stuff?

Q.    Yes.

A.    Yes.

Q.    You had seen your other people there, your countrymen, they were all present?

A.    Yes.

Q.    In fact, you guys were in the car, getting ready to go; is that right?

A.    We weren't in the car, we were in front of the building.

Q.    And Mr. Roggio wanted to leave, at that point; correct?

139

A.    Correct.

Q.    But he couldn't leave because someone else had to authorize --

A.    Yes.

Q.    -- your release; is that right?

A.    Correct.

Q.    And that information came from Goran; right?

A.    Yes, Goran said we can't leave yet.

Q.    Goran kept you and Mr. Roggio and the rest of you from leaving because authority had to come from higher up; is that right?

A.    Exactly.

Q.    When you left the compound, did you go back to the apartment that you shared with Mr. Vilist and Triin?

A.    Yes.

Q.    And after that, did there come a point in time when Mr. Roggio had you sent to the local hospital?

A.    That was, yeah, a few days later.

Q.    So a few days later, you had -- you were taken to the hospital, Faruk Medical Center; is that right?

A.    Correct.

Q.    You were evaluated by them at the hospital?

A.    Yes, because I complained about my hand, and that's why we went there.

Q.    You never told anyone at Faruk Medical Center about what

140

had happened in the compound; would you agree?

A.    No.

Q.    In fact, while you were in Faruk Medical Center, they had discovered that you had a problem with -- that you had a cyst in your head or brain?

A.    They call it a tumor now.

Q.    So you had a tumor in your head?

A.    Yes.

Q.    Can you tell us what the exact name is?

A.    I don't know exact name, it's called a tumor.

Q.    You had had that from birth; is that right?

A.    They thought so, but it had grown, substantially, in the past year.

Q.    So you had never known that before?

A.    No.

Q.    And so it wasn't long afterwards you went home?

A.    Yes.

Q.    When was it -- when did you go home, exactly?

A.    As I recall, on the 10th of December.

Q.    10th of December. So it was about within 20 days of being released from the compound, you had gone to the hospital and then you had gone home; is that correct?

A.    Yes, that is correct.

Q.    In fact, Mr. Roggio told you to go home for treatment of this?

A.    Yes.

Q.    When you went to the hospital in Estonia, you received treatment?

A.    Yes.

Q.    And that's when you -- you, ultimately, had surgery?

A.    Yes.

Q.    Was the surgery successful?

A.    Somewhat.

Q.    In Estonia, you had never told anyone there -- let's stay with the hospital -- you didn't say what had happened to you in the compound; correct?

A.    No.

Q.    In Estonia, you never told the police about what had happened in Iraq; is that right?

A.    No.

Q.    When you had left the compound in Kurdistan, prior to you going home, I think, you testified that you had visited the compound again?

A.    Correct.

Q.    You went there on your own, did you?

A.    I went there with Marrtin.

Q.    Did you speak with Goran then?

A.    Yes.

Q.    Were you friendly with him?

A.    Yes.

142

Q.   Did you ask to, I don't know if it's called a friend request, but did you make a friend request with him on social media?

A.   I did not initiate that, he did.

Q.   Did you accept it?

A.   Yes.

Q.   Did you bring them a gift?

A.   Yes.

Q.   Can you tell us what it was?

A.   As I was in the compound, I noticed some of the rooms where the soldiers were, the shower heads were broken, so I brought them new shower heads.

Q.   So you brought, like, a shower head, a fixture, more or less, is that it?

A.   Yes.

Q.   When you left Kurdistan, in December of 2015, you never went back; correct?

A.   Correct.

Q.   But over the years after that, you did have contact with Mr. Roggio; is that correct?

A.   Correct.

Q.   Through Facebook messaging?

A.   One occasion, yes.

Q.   On occasion. Do you recall Mr. Roggio asking how your surgery went?

143

A.    I don't recall that at the moment.

Q.    Do you recall Mr. Roggio talking to you about the plant and how things were going?

A.    I remember him speaking about the plant when he was in Estonia visiting.

Q.    Do you recall him sending you any updates about the plant or the product?

A.    I don't recall at the moment.

Q.    Do you recall him coming to Estonia?

A.    Yes.

Q.    Do you recall him asking if you wanted to go to dinner?

A.    Yes.

Q.    And would you agree that that was in, perhaps -- well, in 2016?

A.    Yes.

Q.    Do you recall the date?

A.    No.

Q.    Do you recall it being summer of 2016?

A.    I remember the weather was warm, so.

Q.    So he had invited you to dinner with him and Heret and Rauno?

A.    Correct.

Q.    And you did attend that dinner?

A.    Correct.

Q.    Do you recall exchanging birthday wishes with Mr. Roggio

144

over the years?

A.    I remember wishing him a good birthday, yes.

Q.    Do you recall exchanging Christmas greetings with him over the years?

A.    Yes.

Q.    Do you recall speaking with these agents about the dinner that you had with Mr. Roggio, when he came to Estonia?

A.    Yes.

Q.    Do you recall that you were -- that Mr. Roggio apologized to Heret and Rauno about what had happened there?

A.    Yes.

Q.    And do you recall that he did not apologize to you?

A.    Yes.

        MR. BARTOLAI: Thank you. Nothing further.

        THE COURT: Redirect?

        MR. JASPERSE: Yes.

                    REDIRECT EXAMINATION

BY MR. JASPERSE:

Q.    To clarify a few things that you just went over with Mr. Roggio's attorney. He was talking to you about your salary, and you testified that you, eventually, were paid your salary. Do you remember that?

A.    Can you repeat that?

Q.    Do you remember, during Mr. Roggio's questioning, he asked if you were paid your salary throughout?

145

A.    Yes.

Q.    Were you paid your salary, when you were imprisoned at that compound?

A.    Not during that time, but when I got out, they made the transfer.

Q.    Do you remember being asked some questions, just now, about letters that you wrote while you were at the compound to your mother?

A.    Yes.

Q.    Do you know how those letters were delivered?

A.    I know first ones were delivered by hand by Elina.

Q.    First ones were delivered by hand by Elina?

A.    Yes.

Q.    Not by mail?

A.    No, not by mail.

Q.    When Elina delivered those letters to your mother, did she, also, deliver a threat to your mother that she better not tell anybody about what was happening?

        MR. BARTOLAI: Objection; hearsay.

        THE COURT: Overruled.

        THE WITNESS: So they told her not to contact anyone, yes.

BY MR. JASPERSE:

Q.    How many times did you smoke marijuana when you were in Kurdistan?

A.    I remember once.

Q.    Do you think that you were taken to that compound for 39 days and tortured because you smoked marijuana one time, when you were in Kurdistan?

A.    No.

Q.    And when you went to Faruk Hospital, where was Faruk Hospital located?

A.    It's quite near of the place where we lived, it's outside the city.

Q.    In the Sulaymaniyah area?

A.    Yes, Sulaymaniyah area.

Q.    Same area where you had been -- well, strike that. So why didn't you tell anyone at Faruk Hospital what had happened to you?

A.    I was told not to.

Q.    By who were you told not to?

A.    By Ross.

Q.    Do you remember being asked some questions, just now, about how you thought Ross had made some mistakes?

A.    Yes, I remember.

Q.    Do you remember, in that line of questioning, you were asked some questions about Ross made a mistake about by bringing witnesses to see your torture? Do you remember that?

A.    Yes, I remember the question.

Q.    So why did Ross Roggio bring the other Estonians to the compound to see you being tortured?

147

MR. BARTOLAI: Objection; speculative.

THE COURT: Sustained.

BY MR. JASPERSE:

Q.   When you made yourself an annoyance in October 2015, what were you hoping would happen?

A.   To get fired and get home.

Q.   And when you raised issues about how much you were being paid, what did you hope to accomplish?

A.   I did not want any more money, the basic idea was to get away.

Q.   When you made yourself an annoyance and raised how much you were being paid, were you expecting four armed men to show up at your door and slap you around and put a bag over your head and take you off to a compound?

A.   No.

Q.   Do you remember being asked some questions about an email message sent to the car rental company right after you got out of the compound?

A.   Yes, I do.

Q.   Why did you tell the car rental company that you were detained because of a violation of local law?

A.   I asked Elina what should I reply or give as a reason to get everything to a conclusion, that would be a good explanation for the company for them not to pursue legal action.

148

Q.    So you were told what to write?

A.    Yes.

Q.    Do you believe that you were detained at the compound for 39 days because of a violation of local law?

A.    No.

Q.    Do you remember being asked some questions, just now, about why you made those copies in the summer of 2015?

A.    Yes, I was.

Q.    If the Kurds figured out what was going on, and if the Kurds confronted Ross Roggio about the lack of weapons, what did you think was going to happen?

        MR. BARTOLAI: Objection; speculative.

        THE COURT: Sustained.

BY MR. JASPERSE:

Q.    Was your concern, at that time, that Ross Roggio was going to be killed or did you think something else would happen?

A.    I thought we were all going to be killed.

Q.    Did you think Ross Roggio was going to blame the Estonians for the lack of weapons?

        MR. BARTOLAI: Objection; leading.

        THE COURT: Sustained.

BY MR. JASPERSE:

Q.    After you got back to Estonia, why did you continue to exchange the occasional text with Ross Roggio?

A.    Out of fear. Just to keep in touch.

149

Q.   What did you fear might happen, if you did not pretend to be on friendly terms with him?

A.   Something would happen to me or my family.

Q.   Even in Estonia?

A.   Yes.

Q.   And Ross Roggio showed he could get to Estonia; right?

A.   Yes.

Q.   He came to Estonia in September of 2016; right?

A.   Correct.

Q.   He showed that he could get to you in Estonia?

A.   Yes.

Q.   Is that why you went to have dinner with him?

A.   Yes.

Q.   Do you remember being asked some questions by Mr. Roggio's attorney about being diagnosed with a tumor after you got out of the compound?

A.   Yes.

Q.   And you were asked some questions about the treatment for that tumor?

A.   Yes.

Q.   You said the treatment was partially successful?

A.   Yes.

Q.   What's your understanding as to what the effect was on that tumor of being beaten for 39 days?

A.   It probably made it more aggressive.

150

Q.   Made it what?

A.   More aggressively expanding.

Q.   You were abducted on a Wednesday; is that correct?

A.   Correct.

Q.   The beating started on Friday; is that correct?

A.   Correct.

Q.   So it was one day in between, not several days in between?

A.   Yes.

Q.   Was there any physical abuse before Ross Roggio showed up on Friday?

A.   No, none.

Q.   During your time at the compound, were there people there who showed you kindness?

A.   Yes.

Q.   Who were those people?

A.   The soldiers.

Q.   And that's why you went back and fixed their shower afterward?

A.   Yes.

Q.   Did the Defendant ever show you kindness?

A.   No.

Q.   What did the Defendant do, when you asked him for a cup of tea because your throat hurt so much?

A.   They started the torture process again.

Q.   Took his belt off and lifted you off the ground so that

151

you lost consciousness?

A.    Yes.

Q.    And Goran was beating you in the groin with a stick when you came to?

A.    Yes.

MR. JASPERSE: Nothing further.

MR. BARTOLAI: Nothing further, Your Honor.

THE COURT: Thank you. You may step down.

MR. JASPERSE: May the witness be excused?

THE COURT: Any objection?

MR. BARTOLAI: No.

THE COURT: The witness is excused. Does the Government have additional witnesses?

MR. HINKLEY: The Government rests, Your Honor.

THE COURT: Judy, if you would, please, would you take the jury out.

(At this time the jury was excused from the courtroom.)

THE COURT: Mr. Bartolai, do you have any motion you wish to make?

MR. BARTOLAI: Your Honor, I make a Motion for Judgment of Acquittal, and I will go through the superseding indictment as to each count and make my argument, if that would be an appropriate way for the Court to accept this?

THE COURT: Yes.

MR. BARTOLAI: So, Your Honor, the first two counts of this

152

indictment, superseding indictment, deal with the offense of Torture and Conspiracy to Commit Torture. I submit, Your Honor, that the Government has not -- under the standard from Judgments of Acquittal -- the Court is to look at the evidence in the light most favorable to the Government and to give them every inference that is just and fair, based upon that evidence.

And I submit that, after doing that, Your Honor, after looking at that evidence, the evidence was not sufficient to show that they've made a case out for Torture, in Count 2. And I argue, more specifically -- so we know, Your Honor, that torture is more than assault, torture is -- a very high level of abuse needs to be put forth to make out a charge of torture.

We submit that, although, what happened to Mr. Saar was unlawful detention, that it was physical abuse, that it did not rise, as a matter of law, to the level of torture.

We know, from the jury instruction and the one case on this matter that cruel and inhumane forms of punishment alone are not torture. Torture has to be more extreme, Your Honor, and we submit that, in this case, based upon the facts, as we have heard them, that it hasn't risen to that level.

With respect to color of law, we submit, also, the Government has to prove that this was done under color of law, and the evidence is clear, as has been put forth in this case, on that matter, and we submit that the evidence, certainly,

153

doesn't establish that. What we know is that Mr. Saar was abducted by some men in military uniforms, that he was taken to a compound, that this compound -- he was kept there against his will, and that, at some point in time, people who appeared to be soldiers who were, at least, dressed like soldiers, conducted an interrogation of him.

And it has never been established, Your Honor, that these people were lawful authority, that they were, in fact, soldiers, authorized by the Government of Iraq, to conduct these type of things, and that they abused that power -- it hasn't been established, first, that they had the power, and second, that they were acting outside of that power.

Finally, Your Honor, with respect to this torture element, it needs to be established that the torture, the acts occurred outside of the United States, and that's more specifically defined, Your Honor, as outside of places -- if I may have a moment, Judge --

THE COURT: Sure.

MR. BARTOLAI: Your Honor, under section Title 18, 2340, sub 3, The United States, several states in The United States, District of Columbia and the Commonwealth territories and possessions of the United States. And when I'm -- part of my argument that I'm making to the Court, right now, involves that latter, that latter element.

It needs to be outside of these United States, which

154

includes the possession of the United States. We submit, Your Honor, there's evidence in this case that this particular base was a U.S. base, at one point in time. We have heard from the Government's witness who said this was a U.S. military base. He testified as to the containers that were there on that base being plainly marked, U.S. Government, having a U.S. Government serial number on it.

His testimony was that he believed that these bases were, solely, controlled, now, by the CTG. Nevertheless, he was there on the days. This individual wasn't privy to the arrangements that were made by The State Department and the Peshmerga or the Iraqi authorities. So much like these prison cases that we have have, where there's an assault on the prison, and the Government proves jurisdiction by coming in with a certificate or some sort of proof that this is a prison, within the jurisdiction of the Federal Government. That is totally lacking in this case.

In fact, the evidence shows that it was a U.S. base. There's, simply, nothing that would substantiate the fact or the claim that it has been transferred from the U.S. Government to the CTG, and we submit that the testimony of the Sergeant who had visited the base is not enough for that to carry the burden on that issue.

If Count 2 fails, Your Honor, by virtue of -- Count 1 should fail, as well. Count 1 is a conspiracy, charges a

conspiracy, and if there was no torture, for the reasons we have indicated, we submit there would not be a justification for Count 1.

The other counts in the indictment, there's been no evidence, Your Honor -- I'll deal with the substantive counts first. There's been testimony -- Mr. Roggio is charged with exporting rifle combo buttons to Iraq, and there's been no -- the testimony was that these -- that a box was delivered with rifle combo buttons to his residence in Stroudsburg, that Kristy Roggio took a box, which she didn't know what the contents were, to The Package Place, that that box was opened, and based upon was seen in that box by Frank Monteforte, he contacted Drill Masters Eldorado, and Drill Masters Eldorado, knowing that rifle combo buttons could not be shipped, spoke to him regarding that matter and Monteforte mailed the package. We don't know if it ever got to Iraq.

What we have is -- there's no evidence that would indicate that these items were received by -- these specific items were received by Mr. Roggio in Iraq.

There are, also, gas rings and firing pin retainers. We know that, at some point in time, Mr. Roggio purchased these from a Mr. Mathes who obtained them from R Guns, and they were shipped to Mr. Mathes and from Mr. Mathes to Mr. Roggio at his Stroudsburg residence. There's absolutely no proof offered as to how or when these rifle combo buttons or these gas rings,

156

firing pin retainers, found their way to Iraq.

Now, there's been other evidence, evidence that, perhaps, some tools were, months later, in July, were shipped from a destination, from a location unknown, to Estonia. And there's other evidence that other gas rings were shipped or, at least, were invoiced by Triin months different from the counts charged in the indictment. So we submit they're, basically, fliers, they're not before the Court.

What's before the Court is the evidence on these specific things, the gas rings at issue from Mathes, the firing pin retainers from Mathes, from OML, the rifle combo buttons from Drill Masters Eldorado, and we submit that the Government failed in their proof, regarding those elements. If they fail, Your Honor, the smuggling charge fails, as well, and there are several counts here, regarding those things.

Your Honor, there's a lot of -- the rest of the indictment turns upon these charges being proven, the smuggling charges or, you know, what we have mentioned, the substantive charges. There cannot be any -- if Mr. Roggio was receiving these -- if the Government hasn't proven those items, Your Honor, it would, also, affect the other charges that rely upon those items, which takes us to, Your Honor, the money laundering charges.

We know, from looking at the indictment, that the Government has shown, clearly, that sums of monies were sent from points outside the United States, Erbil, Iraq, Turkey, in

one instance, India, to bank accounts here in the United States, Wells Fargo and PNC Bank. And these bank accounts were in the name of Roggio Consulting Company LLC. So we would submit that they've been severed from this case, Your Honor.

And regarding evidence towards Mr. Roggio, there's been no evidence on those counts that he should be -- that the Government has met their burden, with respect to Roggio. They haven't connected it, sufficiently, is our argument, Your Honor. Money was received by Roggio LLC, but the connection to Roggio, we submit, hasn't been substantiated.

So for those reasons, Your Honor, we would move for Judgment of Acquittal on the counts contained in the indictment and ask the Court to rule them out.

THE COURT: Thank you very much, Mr. Bartolai. Does counsel for the Government have a response?

MR. HINKLEY: Yes, Your Honor. Mr. Jasperse will respond to the torture, Your Honor.

THE COURT: Sure.

MR. JASPERSE: Your Honor, I'm not sure how much argument the Court wants, I'm not sure Mr. Bartolai was in the same courtroom as the rest of us for the last two weeks. Even if the evidence were interpreted in the light most favorable to the Defense, I don't think a Rule 29 Motion should be granted and, certainly, in this case, the Rule 29 Motion should be denied.

He raised three arguments. The first was that the evidence

presented did not establish torture. The definition of, Torture, means an act committed by a person acting under the color of law, specifically, intended to inflict severe physical or mental pain or suffering. And the Statute defines, severe mental pain or suffering, as the prolonged mental harm caused by or resulting from -- and there's several options, one of which is the intentional infliction or threatened infliction of severe physical pain or suffering. Another option is the threat of imminent death.

There was ample testimony in this case that Mr. Roggio inflicted severe mental pain and suffering, intentionally, that there was severe physical pain and suffering, that there was a threat of imminent death. We heard that today from the victim, and we heard that corroborated by any number of other witnesses. Clearly, the evidence establishes that it meets the statutory definition of, Torture.

The second argument was that color of law was not established. And, again, there's been ample evidence from multiple witnesses that Mr. Roggio carried this out, in concert with, that he was aiding and abetting, that he was conspiring with Kurdish soldiers, CTG soldiers, this happened on a military base in Kurdistan.

As this witness testified, you know, when these four armed men, armed in uniform showed up, that's not something you just say, No, I'm not going to go along with you. Our expert witness

159

Dr. Natali testified that the CTG is part of the Kurdish Government. A number of witnesses identified the patches the soldiers were wearing as CTG patches. So color of law was established by Roggio working in concert with the Kurdish soldiers, who were officials, acting outside of their official -- who were officials and used their official capacity to do what was done here.

Finally, as to the argument that the Government failed to satisfy the requirement that the torture had occurred outside of The United States, the Statute defines The United States as the several states of the United States, District of Columbia and Commonwealth territories and possessions of The United States.

The evidence established that what took place here took place in Iraq, that's outside of the United States. The evidence established that what took place took place on a Kurdish military compound, a CTG compound. There was evidence that this, once upon a time, was a State Department facility, but the witness who said that, also, made very clear that The State Department had turned this over to the CTG years before. It would be very curious, indeed, for a U.S. base to be populated by hundreds of CTG soldiers, wearing CTG uniforms, with CTG patches, while the Kurdish and CTG flags fly overhead.

But even if that that's true, even if it was a U.S. military base, which it was not, there's case law that a

160

military base outside the United States is not a territory of The United States. I can provide case law, if the Court wants it, but even if that ludicrous argument were true, that this was not -- that this was a U.S. base, it doesn't matter, because a U.S. base is still outside The United States.

MR. CLAFFEE: Your Honor, with respect to the export charges, the Defense counsel's argument is, essentially, the same for both the Arms Export Control Act and the charges with respect to the different items, and that's that he believes there's no evidence that these items, actually, ended up in Iraq. We submit that that is absolutely not the case.

There's ample evidence, both direct and circumstantial, that the Defendant exported, caused the export of or aided and abetted the export of both the rifling combo buttons, as well as the gas rings and firing pin retainers.

With respect to the rifling combo buttons, there's testimony from Kristy Merring and Frank Monteforte that boxes of metal drills and other parts received from Eldorado Tools were opened, re-packaged, and sent to Iraq. The jury can draw a reasonable inference that those gun drills that were listed on the DHL manifest were, actually, the rifling buttons.

Mr. Monteforte testified that he didn't know what they were, Kristy Merring testified that she didn't know what they were. They were just described as best as they could. By the way, Frank Monteforte testified exactly what these items looked

like when he opened the box, and that description was consistent with how Tom Hall described these items as being packaged and sent to Kristy Merring.

On the other end of this equation, there was witness testimony that they saw things that appeared to be rifling combo buttons in Iraq, there's testimony that gun barrels were, actually, rifled in Iraq, which is something you cannot do without a button. And there's testimony, of course, from Special Agent Burke that, after an exhaustive search of both residences of the Defendant, there were no rifling combo buttons found in Pennsylvania, even after we know that's where they were sent.

Similar situation, with respect to the gas rings and firing pin retainers. We know they were shipped to Pennsylvania, we know they were not found in Pennsylvania, after an exhaustive search. We do know that witnesses saw gas rings in Iraq, and there's extensive testimony as to the reasons why the Defendant needed to order metal gas rings from The United States, because the substandard Chinese gas rings were causing misfiring of the rifles that were being produced with those inferior gas rings.

But even more importantly, here, we have an invoice from Roggio Consulting charging the funder of the project, Akam, that lists on that invoice, in the exact same quantities, the gas rings and firing pin retainers that were purchased from OML

**162**

Global, indicating that those products were received and intended to be used for the weapons project in Iraq.

Your Honor, there is ample evidence for a reasonable jury to conclude from all of this evidence that we have met our burden, with respect to all of the export charges.

THE COURT: Anything else?

MR. HINKLEY: The Defendant did mention money laundering, Your Honor. The argument he made was that it was Roggio Consulting Company who owned the account. However, there was evidence presented during the trial, one, that the Defendant, himself, set up Roggio Consulting Company; two, that he set up the accounts at PNC Bank and Wells Fargo; three, that he had control over those accounts. So I think that there is plenty of evidence, in regard to money laundering, for it to go to the jury.

THE COURT: All right, thank you all. In a Rule 25 Motion for Judgment of Acquittal, the District Court is obliged to review the record in the light most favorable to the prosecution to determine whether any rational trier of fact could have found proof of guilt beyond a reasonable doubt, based on the available evidence. That is the standard I quoted from United States v. Freeman 763 F3d. 322.

There has been -- well, it's not an understatement nor exaggeration to say that there's been an enormous amount of testimony here. I have carefully listened to it, taken notes of

it, I won't recount all of it in the interests of time, but I will say, beginning with the torture issue, that 18 United States Code Section 2340 defines, Torture, as follows:

"Torture means an act committed by a person acting under color of law, specifically, intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control."

As has been pointed out by the Government, severe mental pain or suffering is defined in the same Section 2320 as the prolonged mental harm caused by or resulting from an intentional infliction or threatened infliction of severe physical pain or suffering.

There is, certainly, sufficient evidence for this matter to go to the jury on the question of torture. Not only do we have Mr. Saar's testimony, we have the testimony of all of his Estonian co-workers who were brought to the compound, at various times, to witness the beatings.

We have the expert testimony of Mr. Al-Maliki who defined torture to include the very kind of activities that the testimony shows took place. Beatings with rubber hoses, tasking of various parts of the body, sensitive parts of the body, I might add, along with choking by the use of a belt, punching, stomping, stomping on the chest, stomping on the stomach. The witness' own testimony of coughing up blood afterward and

164

passing out.

There's, clearly, evidence of torture, if this jury believes the witnesses, so the Motion for Judgment of Acquittal as to torture is denied.

Likewise, with respect to Conspiracy. It's very clear that the Conspiracy Statute extends, as it says, "Whoever outside the United States commits or attempts to commit torture shall be fined under this title or imprisoned not more than 20 years or both", etc.

There's ample testimony of an agreement here, between the Defendant and representatives of the Kurdistan state, such that, again, if the jury believes the testimony, would sustain a conviction under the Conspiracy Statute, as well. So the motion is denied, with respect to that, as well.

As far as whether this was under color of law, it's pretty clear that the testimony was that all of these soldiers wore the patch of the CTG, the Counter Terrorism Group, which has been testified to as the special unit of the Peshmerga, which is the Armed Forces of the Kurdistan Region of The Republic of Iraq. Mr. Al-Maliki confirmed that in his expert testimony. That's been established.

The presence and control of that base by soldiers wearing the CTG patch and the flag of Kurdistan flying above it, along with other evidence, suggests that the soldiers' actions were undertaken under color of law, even if their actions were,

165

ultimately, without authority under law. Nonetheless, color of law is a term of art, and we all understand what that means.

With regard to the combo buttons, the firing pins, the gas rings, there's substantial testimony to establish that those particular items are, number one, on The United States Munitions List, The Department of Commerce list for bidding their export, that they were, nonetheless, packaged and delivered to Iraq, purchased by Mr. Roggio and sent to Iraq through other persons, including, at that time, his wife and others, beginning with the actual manufacturers of those particular parts.

I'm not going to belabor the point. There's ample testimony, with respect to all of these matters, to allow it to go to the jury.

With respect to the wire fraud and money laundering, the testimony here is, once again, that the transfer of the money was a function of the unlawful activities with which the Defendant is charged. And the transfers of money via wire, as well as other ways, into his account in The United States, in his personal accounts, were the byproducts of the unlawful activities that he engaged in or is alleged to have engaged in or the evidence presented by the Government that the jury may, if it wishes, use to find that the criminal activities did, in fact, occur.

So, in summary fashion, because there is so much more, the

166

motion is denied.

Now, we have another issue, I want to take about 15 minutes for a break. I want to come back and talk to you regarding the testimony of Ms. Mecomber. Because I have some additional thoughts on that, beyond our discussion yesterday. In particular, I want to discuss with you what I believe the law to be on this issue and decide how best to proceed, in light of it. So let's just take 15 minutes, and I'll be right back.

(At this time a recess was taken.)

THE COURT: Members of the jury, there are certain matters that I need to discuss with counsel, and I'm certain it will take the rest of the day. Possibly, it may take some time tomorrow, I'm not sure. So I'm going to instruct you to report for jury duty tomorrow morning, as normally scheduled, at 9:30, unless you receive a call from my courtroom deputy or Ms. Philbin that you should report later.

I do that, because I'm not quite sure exactly when we'll be ready. But with that, I'll excuse you for the day. My same instructions apply as they did yesterday. Thank you very much.

(At this time the jury was excused for the evening.)

THE COURT: I'd, now, like to take up discussion with counsel the issue of the Mecomber testimony, which has been proffered by Mr. Bartolai as evidence of the Defendant's state of mind, as relevant to a defense of duress, as I understand

it. Am I correct, Mr. Bartolai?

MR. BARTOLAI: Yes, Your Honor.

THE COURT: I need to set the stage for this discussion. And I will do that by beginning with the submissions that I have thus far in this case on this particular issue.

The first, of course, would be the Defendant's Motion in Limine seeking the admission of the testimony of Amanda Mecomber that is document 283 of the record. And while I won't quote the entire document, there are various paragraphs that I think warrant mention.

Paragraph 6 says that, on April 26, 2023, the Government produced a three-page document dated April 24, 2003 authored by Special Agent FBI O'Donnell, which purports to be a time line of events associated with actions taken by the U.S. Consulate General Officers to include the Assistant Legal Attache and Baghdad at Erbil, Iraq, during the captivity of Ross Roggio.

And, then, it goes on to say that, according to the FBI document, the U.S. Consulate General in Erbil was notified by ex-wife Amanda Mecomber that Roggio was being held against his will in Sulaymaniyah, Iraq by Lahur Talabani.

It continues that, Mecomber, again, contacted the U.S. Consulate in Erbil on February 14, 2017 and advised that Roggio was still being held against his will by Lahur Talabani, that he had until February 18, 2017 to return $4 million to Lahur or he would be killed.

The FBI document, included the FBI's receipt of photographs and videos that Mecomber had allegedly received from Mr. Roggio, wherein, he stated he was being held by Lahur Talabani, that he had been working on an unnamed project for Lahur, and that auditors had accused Roggio of defrauding Lahur of $4 million, and that the claims were false.

That is with reference to Paragraph 8 of Mr. Roggio's motion.

Now, that motion was, essentially, followed up with Mr. Roggio's Brief in Support of the motion. This is document 284 of the record. And, again, this assertion is repeated that the U.S. Consulate General in Erbil was notified by Amanda Mecomber that Mr. Roggio was being held against his will in Sulaymaniyah, Iraq by Lahur Talabani, and it makes the same assertions that the motion itself made.

In addition, it's repeated in the brief that the FBI received photographs and videos that Mecomber had received from Mr. Roggio, wherein, he stated he was being held by Lahur Talabani, and that he had been working on an unnamed project, and that the auditors of Lahur Talabani had accused him of defrauding Lahur of $4 million, and that the claims were false.

The request here is, in this brief, that I should admit the testimony of Ms. Mecomber. This is consistent with Roggio Brief in Opposition to Government's Motion in Limine, which repeats these -- some of these allegations but adds something

else. It says, quote -- and this is a document number 252 filed April 22 of this year.

"On or about October-November 2015, one of Roggio's employees, an Estonian, was abducted by associates of Zarya or the Faruk organization who threatened to kill the employee on the fear that he had disclosed or would disclose the existence and location of the arms project.

"Roggio was present when the employee was subjected to physical abuse, and for fear that the employee or himself or the other Estonian employees would be killed or seriously injured, Roggio, himself, participated in the employee's interrogation. Roggio denies torturing or participating in the alleged torture of the employee. Roggio's presence -- I beg your pardon -- Roggio's presence and his action taken were done under duress.

"As a result of Roggio's intervention, the employee was released and allowed to leave the country and return to Estonia."

There was a Brief in Opposition by the Government, and in the Reply Brief, which is document 284 of the record -- I'm sorry, this is a further brief by the Defendant. This is in support of his Motion in Limine. It's asserted, at Page 5 of this document, document 284;

"Roggio intends to pursue a duress defense to several of the charges contained in the superseding indictment, including

170

the conspiracy charge, that forms the basis of Count 3. The duress defense is an affirmative defense, which must be proved by a preponderance of the evidence."

There are citations. It continues;

"Roggio submits the testimony of Amanda Mecomber, along with other evidence presented in the case, will be relevant to Roggio's claim of duress."

Then, the Reply Brief in Support of the Motion in Limine, which is document 293, simply says;

"Roggio submits that the evidence of his kidnapping and unlawful detention in December of 2016-February 2017 is relevant to the charged conspiracy (defense services), which, according to the third count of the superseding indictment continued through February of 2017.

"Roggio submits that his ordeal, when coupled with other evidence, including inter alia the facts and circumstances of the 2015 detention and physical abuse of the alleged victim in Counts 1 and 2 will support a duress defense and/or lack of willfulness defense.

"Roggio submits that his ordeal should not be looked at in a vacuum. It shows a motive and plan of the Faruk clan that employed Roggio and abused Mr. Saar. The mere fact that it postdated a few of the Government's alleged acts does not make it less probative to the conspiracy as charged."

Now, there's a lot of argument there that still leaves me

not knowing what Ms. Mecomber will testify to, when she received these videos or statements from Mr. Roggio, when the videos were made, what they referred to, whether they were made contemporaneous with any of the events at issue in this case, there are a number of issues, that, despite all of the written submissions, still are unclear to me or if not unclear, they haven't been defined in any real, hard evidentiary proposed submission.

So that makes it difficult for me to rule on the Mecomber matter, at this point. And it's made difficult for a number of reasons, but among them is the fact that there is a test for determining whether the Declarant's state of mind, which, I believe, these are being principally offered for, if not entirely, so whether the Defendant's state of mind is admissible under 803.3.

And I will quote from two cases, although, there are, I assure you, many more. This is United States v. Hernandez 176 F3d. 719 at Pages 726-27, Third Circuit 1999.

"The rule is now firmly established that there are times when a state of mind, if relevant, may be proved by contemporaneous declarations of feeling or intent."

Citing Shepard v. United States. I'll omit the citation.

The quote continues;

"However, the scope of this exception must be limited to prevent it from devouring the rule. Thus, statements that are

172

considered under the State of Mind Exception cannot be offered to prove the truth of the underlying facts asserted."

Citing to another Third Circuit case Stelwagon Manufacturing v. Tarmac Roofing Systems, 63 F3d. 1267 at 1274, Third Circuit 1995.

Seventh Circuit in United States v. Jackson, also, I think, in concert with Third Circuit, states the following, regarding the admission of State of Mind Evidence under 803.3.

The quote is a lengthy one, I had originally intended to read it to you, it's a page and a half long, so I will invite you to read the case, but for this purpose here, I'll try to read the essence of the quote in the interest of time.

"We, also, note that the Defendant's statements were made two years after the fuel-stealing scheme had ended. In determining whether statements relative to the Declarant's state of mind are admissible under Federal Rule of Evidence 803 subsection 3, three requirements must be satisfied.

"1. The statements must be contemporaneous with the events sought to be proven.

"2. It must be shown that the Declarant had no chance to reflect, that is, no time to fabricate or to misrepresent his thoughts.

"3. The defense must be shown to be relevant to an issue in the case."

Now, that's the standard here. And, at this point, I

173

haven't been given enough to say that Mecomber's testimony is admissible.

So the first question I have for you is, I understand that she has videos, am I correct, Mr. Bartolai? Videos from Mr. Roggio?

MR. BARTOLAI: Yes, she had them, she gave them over to the FBI.

THE COURT: But they're available?

MR. BARTOLAI: They are.

THE COURT: Is there any other testimony she plans to offer?

MR. BARTOLAI: Well, here's what I can tell you, Your Honor. So Mrs. Mecomber, who is his former wife, they have a child -- they have children together, and they have a relationship. She was aware that Mr. Roggio was in Iraq and that he was involved in this project.

There were protocols that they had discussed, like, for instance, if I don't call you every three days, maybe, something is wrong. I don't plan on getting into that, I don't plan on getting into that. What I plan on is she received these from Mr. Roggio, while he was in captivity, so I'm trying to, basically, authenticate them.

I mean, I think, the Government can authenticate them, but my purpose for calling her is to say, you know, I received these from the Defendant, you know, over the -- I think, he had

sent them directly to her or they may have come through Christina Sidiropoulou, but however they came, she got them.

THE COURT: You anticipate that, in addition to saying, Yes, I received these videos from Mr. Roggio, I also had a conversation with him in which he said X, Y or Z?

MR. BARTOLAI: No. So following up on my offer to the Court. She received these videos, and the next day or on, at least -- it was around December 16th when Mr. Roggio was taken from the airport in Sulaymaniyah. And on December -- she received these videos around that time or shortly thereafter, and on about the 17th, she notified -- so the next thing would be based upon her getting the videos, she notifies the consulate in Erbil.

Now, I'm not going to say -- I think, that the relevance of that is that she notified them, you know, not necessarily that -- she notified them that he was being detained in Sulaymaniyah.

THE COURT: And she's getting these -- she notifies the Consulate in 2016, specifically, on December 17?

MR. BARTOLAI: Right. And I can't say, then, what they did. Well, what they, basically, did was they needed more -- because of his right to privacy, etc., etc., they wanted some proof that she was representing him or that she was, like, the concerned person.

So what he did was he prepared two exhibits -- well, what

175

he did was he put his passport card and a license together and wrote a note, and the note says, basically;

"To whom it may concern" -- this is dated -- now, this is dated February -- I'm sorry, Judge, let me explain.

After she notified the authorities in Erbil, she didn't have the videos, at this point.

THE COURT: Where were they?

MR. BARTOLAI: I don't know, exactly, when she had gotten them. She got them, at some point, after that. They had told her, We can't discuss the matter with you, you need to prove who you are and that you're acting on his behalf.

So Roggio put together a submission, which, basically, is dated -- the one I have -- and the Government provided me this -- is February 13th, 2017;

"To whom it may concern. Please assist Amanda Mecomber and release any information she requests. She is serving as my next of kin."

And then there's -- then there's a photo of him holding that letter, you know, to prove that that's him, and this is the letter. So she contacts the Embassy again, and, then, I believe, it was when she submitted -- gave them the --

THE COURT: I have those.

MR. BARTOLAI: Yes, I did give you those.

THE COURT: I was just handed these. Thank you.

MR. BARTOLAI: I received this from a letter on -- it says

176

April 23rd, April 24th, 2023 letter, where they say she had given them these videos, she had given -- it says here on 2/20 -- I'm quoting from this letter I submitted, I believe, as an under seal exhibit.

THE COURT: Can she testify as to when these videos were made? Will she testify to that?

MR. BARTOLAI: I don't think she will know when they're made. Now, Roggio, on the videos, says, you know, it's during that period of captivity. He does say that. And I think I can meet -- I think, with respect to these videos, contemporaneous with the event, this is, actually, during the event, he's in a room -- I have the videos. They're very short.

THE COURT: To the extent we're talking about, as you did in your briefs, that there was an effort -- that Mr. Roggio was an unwilling participant in the treatment of Siim Saar and that, somehow, he was acting to mitigate what was happening to Mr. Saar, that's an event that took place in October through November of 2015.

MR. BARTOLAI: It was.

THE COURT: Of course, we have a notice to the Consulate in December of 2016 and Mr. Roggio's letter, saying, "Please assist Amanda Mecomber" of February 13, 2017. I'm being very candid with you here, in an effort to give you every opportunity to put forth whatever you can, those don't sound like contemporaneous statements, and it doesn't seem like that

177

the element requires that the Declarant have no chance to reflect would be met here. Those are the problems I'm facing.

Well, before I say another word --

MR. BARTOLAI: Maybe I'm wrong, Judge.

THE COURT: -- gentlemen, you can comment here if you'd like. You understand what I'm getting at here, I hope?

MR. CLAFFEE: We do, Your Honor. I think, the Government's position is, as Mr. Bartolai suggested, we could authenticate the video, but the Government certainly can't authenticate the video, and I don't think Amanda Mecomber could, either.

THE COURT: Let me say -- when we all, collectively, use the term authenticate, do we all have the same meaning here? I mean, she can certainly say, This is the video I received from Ross Roggio, can she not? She certainly can say that.

Now, does that authenticate it? Well, to an extent it does, but to the extent that it depicts events that took place at some point prior to that, obviously, can she say when the video was recorded? I don't think she can. Now, maybe, she can. What do you say?

MR. CLAFFEE: I don't think she has any knowledge as to when or how the video was recorded, you know.

THE COURT: Is she going to testify to that, Mr. Bartolai?

MR. BARTOLAI: She would probably say that Mr. Roggio made the recording. That's what she would know.

MR. CLAFFEE: With no personal knowledge.

THE COURT: But Mr. Bartolai, I'm going to go back two steps. Just so I'm clear, and if I'm not, please tell me. What we're looking at, here, is not testimony from Amanda Mecomber beyond her receipt of these videos? That's what she's going to testify about?

MR. BARTOLAI: She would say that she received them, and based upon what she received, she notified the Consulate. And that's it. And I submit, Judge, to the extent that -- I misunderstood, when you were talking about the Jackson test, when you had mentioned contemporaneous with the event.

The video is contemporaneous with Mr. Roggio being in custody. He's making it while he's in custody. I think, the Court, I understood from the Court's discussion, that, How does that have to do with this event with Mr. Saar in 2015?

THE COURT: Which is what I thought a large part of your duress defense was directed toward.

MR. BARTOLAI: Yes, the duress defense, yes, but not the state of mind under 803. See, what happened to Mr. Saar -- this is our argument -- what happened to Mr. Saar in 2015 affected everybody, all the Estonians, Mr. Roggio, as well, they saw what these people were capable of.

Mr. Saar had the benefit of leaving, and, eventually, the other Estonians had the benefit of leaving. And, then, they left Mr. Roggio with, you know, no one to complete the project, and he was taken into custody, etc. So that's kind of the

argument, Your Honor.

But when I mentioned the thing about -- when I was trying to push the ball over the line on the Jackson test, contemporaneous with the event, it was during that time, when he was in there. Whether or not he had a chance to reflect, this is his opportunity to get this message out, so he hastily puts this together and sends it out. She can't testify to that, Amanda Mecomber, and relevant, of course, to the defense.

THE COURT: Of course, we have the issue here, if they're offered for his state of mind, and this is the Third Circuit;

"The statements that are considered under the State of Mind Exception cannot be offered to prove the truth of the underlying facts asserted."

So develop for me, if you would, the State of Mind -- the relevance of his State of Mind, at the time that he made these videos.

MR. BARTOLAI: So as far as the limited admissibility of the evidence that I'm proffering, it goes towards his state of mind, and his state of mind would have shown that, you know, he's under duress, at that point in time, it's a result of what he has been through, and to the extent that it's probative of what he has been through, I should say, and under that -- that would be the relevant state of mind.

THE COURT: I mean, there are a lot of cases, I will tell

180

you, that say that the State of Mind Exception allows you to say, at this particular time, when the statement is made, I am afraid, I am stressed, I am terrified, but it doesn't allow you to say why. There are cases that expressly prohibit you from saying why.

Those cases, I have them here, as well, they're not Third Circuit cases, but they're, nonetheless, Circuit Court cases that remain good law.

So I just want -- I'm just trying to understand -- you're offering these statements as state of mind to prove that Mr. Roggio was under duress.

MR. BARTOLAI: Yes, that he was under duress, yes.

THE COURT: And this would be, he was under duress at a particular time?

MR. BARTOLAI: Yes, at the time he had made these statements, he was under duress, yes.

THE COURT: But we don't know when he made the statements.

MR. BARTOLAI: He had made them between December -- it would have been between December 15th and the time that he hit JFK, which would have been -- well, before that, a few days before that, around the 27th of --

THE COURT: But she would not know that; correct?

MR. BARTOLAI: No. She could say when she got them.

THE COURT: There's the problem about -- that's the probably I mentioned yesterday, although, I don't think I did

it as artfully as I should have. If she can't testify as to when the statements were made, then, testimony that it refers to a state of mind is not useful, because we don't know when this state of mind testimony applies. It's state of mind as to when? Do you understand what I'm saying, counsel?

MR. HINKLEY: I believe so.

MR. CLAFFEE: We do, Your Honor. And we believe Your Honor is right that, for purposes of 803.3, it's the then existing state of mind, with respect to future intent not backward looking. So even if he's saying, I'm currently under duress, at some unknown point, between December 2016 and February 2017, that state of mind isn't applicable to prove what his state of mind might have been or that he might have been under duress back in October, November.

THE COURT: I understand. For example -- and I guess I'm going to have to see the videos -- but if the state of mind is, I'm being held by Lahur Talabani and I can't leave the airport in 2017, I'm upset, I'm terrified, I'm angry, whatever the adjective is, that's state of mind at that time, not back in October through November when Siim Saar was in the compound.

Maybe, I'm pointing out to you, Mr. Bartolai, more than I should, but these are the issues that I see.

MR. BARTOLAI: I see them, as well, now that you've brought them to my attention in that light, Your Honor.

THE COURT: Well, in light of the fact that she has no

182

other testimony to offer, except that she received these videos, I think it's -- having looked at all of this and having understood it, now, in light of the case law that I've given you,, I think we should see the videos.

MR. BARTOLAI: They are very brief, Your Honor.

THE COURT: Do you have an objection to this?

MR. HINKLEY: No.

MR. BARTOLAI: So these are videos, Your Honor, it's going to be Defendant's Exhibit 11.

(At this time Defendant's Exhibit No. 11 (a video) was played for the Court.)

MR. BARTOLAI: So this continues to the next video, which is No. 12, Your Honor.

(At this time Defendant's Exhibit No. 12 (a video) was played for the Court.)

THE COURT: Before I say anything, Government counsel, what's your view of this?

MR. CLAFFEE: Your Honor, at least, we now have the Defendant's own representation as to the day the video was made in February, so, roughly, two months after his alleged abduction. The Government's position would be that, under the Jackson factors, as the Court laid out, this was not contemporaneous, and he certainly had a chance to reflect and, possibly, fabricate the statements he was making, with respect to his detention.

183

You know, we reiterate our argument that it's not relevant to any issue in the case. At best, he was under duress, as of December 2016. He certainly wasn't -- it doesn't indicate that he was under duress at any period before that, so, again, as previously briefed and argued, we don't believe this is relevant to any issue in the case, at all.

THE COURT: This exhibit was made February 15, 2017?

MR. CLAFFEE: Correct.

THE COURT: Mr. Bartolai?

MR. BARTOLAI: Yes, Your Honor. So, in other words, yes, the video did say that it was made then. And I would just offer -- I would just offer, Your Honor, that the Jackson test, we have already put our argument forward. We understand that to be contemporaneous with the event of the statement not, as the Court has pointed out, that it has to be relevant to the issue and the issue is the duress, and we understand that.

And, Judge, I just would note, after listening to the video for several times, it appears that, you know, at this point in time, Mr. Roggio is, clearly, making a statement against interest. He's admitting that he's involved in this project here. So that, typically, is a statement against interest.

He incriminates himself, he doesn't come out and say, an arms project, but it certainly is -- there's, certainly, enough there to link him to an arms project, so anyway, that's our

184

argument, Your Honor.

THE COURT: Again, let me just preface what I'm about to say by saying, Mr. Roggio, you have no obligation, whatsoever, to take the witness stand, and you should understand that. But to the extent that you do, you can testify as you choose on this and other matters. I mean, obviously, you're taking an oath to tell the truth.

But the difficulty here is, this was made February 15, 2017. To the extent it's offered as to his state of mind, during the 39 days during which Siim Saar was in the compound and beaten and tased, at least, on 10 occasions, by his own testimony, this is not relevant to that episode. It's simply not relevant to it.

I've listened carefully to it, and it talks about Mr. Roggio's plight, as of the date he made that particular video, and it's relevant to the fact that his statements are that he faces threats from Lahur Talabani over a claim that he, Mr. Roggio, defrauded Mr. Talabani $4 million.

Now, was he under duress, at that particular moment, over that statement? Maybe so. But he certainly -- it's not a statement of duress, as to the actions in the compound or any time thereafter, up to the events that he just described, which were, I can't leave Iraq, I'm being threatened with death or injury, if I don't pay the $4 million that I'm alleged to have defrauded the Faruk organization of, but, yet, I don't know

that that has any relevance to the charges against you, Mr. Roggio. So I don't see how this testimony can come in as an 803.3 Exception to the Hearsay Rule. That's where I stand.

So the next question is, in light of that ruling, what is it that we're doing tomorrow? Are you planning on presenting testimony, Mr. Bartolai?

MR. BARTOLAI: Well, Your Honor, this, of course -- I won't be calling Mrs. Mecomber as a witness, I don't believe, unless things change, I don't know that they would, and the only other option would be the testimony of Mr. Roggio.

Now, I'm not asking the Court -- I don't know if the Court colloquies or not, and I'm not asking the Court to colloquy, but that's where we would be tomorrow. At this point, it's on us to put on our defense, and the only witness that we would have could be Mr. Roggio, and, you know, we have talked, and I don't know if he's ready to make that decision at this moment.

But if he did, I would imagine that tomorrow would be the day. I would imagine that if he were to testify, and with the cross examination by the Government, you know, that could take all day, maybe, and we wouldn't have anything else that I could think of. The Government might have rebuttal.

If he doesn't testify, we'll be prepared to rest, and I would imagine that the next thing would be a charge conference and closing arguments. So I don't want to -- may I have a moment?

186

THE COURT: Sure.

MR. BARTOLAI: Your Honor, Mr. Roggio, presently, at this time of the day, is not ready to say whether he would or whether he wouldn't. And even if he did say one thing, certainly, he would be able to change his mind tomorrow. So I guess what's going to happen, I'm going to meet with Mr. Roggio tonight, and we're going to discuss the matter fully, and we will have -- in the morning, we will bring his decision, if that's acceptable with the Court.

THE COURT: Fair enough.

MR. HINKLEY: Your Honor, just to alert the Court, we will be requesting a colloquy, regardless of the decision, whether it is to testify or not of the Defendant.

THE COURT: Regardless if he testifies?

MR. HINKLEY: If he testifies, I believe, there's a different colloquy that the Court can give. And if he decides not to testify, then, there's the alternate colloquy.

THE COURT: All right. Let's see what happens.

MR. BARTOLAI: Thank you.

MR. HINKLEY: Thank you, Your Honor.

THE COURT: Okay. We will have to work out the logistics of the charge conference, only in the sense that I try to avoid having the jury hanging around waiting for us, but, I guess, that's going to be unavoidable, to some degree.

I don't know if -- well, at this point, I've already

187

indicated they should return at 9:30, I guess, we will leave it at that, for now, and we'll see what happens.

MR. HINKLEY: Thank you, Your Honor.

THE COURT: Thank you all very much.

(At this time the proceedings were adjourned.)

188

C E R T I F I C A T E


        I, KRISTIN L. YEAGER, Official Court Reporter for the

United States District Court for the Middle District of

Pennsylvania, appointed pursuant to the provisions of

Title 28, United States Code, Section 753, do hereby certify

that the foregoing is a true and correct transcript of the

within-mentioned proceedings had in the above-mentioned and

numbered cause on the date or dates hereinbefore set forth; and

I do further certify that the foregoing transcript has

been prepared by me or under my supervision.


                        S/Kristin L. Yeager
                        KRISTIN L. YEAGER, RMR,CRR
                        Official Court Reporter


REPORTED BY:

    KRISTIN L. YEAGER, RMR,CRR
    Official Court Reporter
    United States District Court
    Middle District of Pennsylvania
    P.O. Box 5
    Scranton, Pennsylvania  18501




        (The foregoing certificate of this transcript
does not apply to any reproduction of the same by any means
unless under the direct control and/or supervision of the
certifying reporter.)

1

**$**

**$4,000** [1] - 103:19

**1**

**1** [6] - 100:18, 154:24, 154:25, 155:3, 170:18, 172:18
**10** [12] - 3:19, 57:14, 58:20, 70:14, 71:8, 81:5, 81:12, 99:1, 132:4, 132:5, 184:11
**100** [1] - 2:4
**108** [1] - 2:12
**10th** [4] - 97:5, 97:7, 140:19, 140:20
**11** [2] - 182:9, 182:10
**11&12** [1] - 2:14
**12** [2] - 182:13, 182:14
**12-A** [1] - 12:2
**1267** [1] - 172:4
**1274** [1] - 172:4
**12th** [1] - 11:25
**13** [2] - 9:15, 176:22
**1301** [1] - 1:18
**13th** [3] - 125:18, 125:25, 175:14
**14** [3] - 61:2, 80:21, 167:22
**144** [1] - 2:4
**14th** [3] - 61:1, 80:20, 125:18
**15** [8] - 3:19, 9:25, 10:8, 70:14, 166:2, 166:8, 183:7, 184:8
**15th** [3] - 37:24, 104:5, 180:19
**16** [1] - 61:12
**16th** [2] - 38:3, 174:8
**17** [3] - 1:9, 42:5, 174:19
**176** [1] - 171:17
**17th** [1] - 174:11
**18** [4] - 2:4, 153:19, 163:2, 167:24
**18-CR-97** [1] - 1:4
**182** [1] - 2:14
**18501** [1] - 188:19
**18503** [2] - 1:13, 1:25
**18640** [1] - 1:21
**19** [5] - 10:15, 10:17, 10:18, 11:15, 11:25
**19,25** [1] - 2:8
**1995** [1] - 172:5
**1999** [1] - 171:18

**2**

**2** [6] - 13:25, 26:15,

152:10, 154:24, 170:18, 172:20
**2,000** [1] - 106:4
**2.09** [1] - 7:24
**2/20** [1] - 176:3
**20** [4] - 58:24, 71:19, 140:20, 164:8
**2001** [1] - 5:18
**2003** [9] - 6:14, 6:15, 7:3, 11:4, 18:22, 22:17, 22:19, 167:12
**2004** [1] - 5:21
**2005** [10] - 6:24, 7:4, 7:5, 7:7, 8:16, 9:1, 11:9, 19:17, 21:11, 22:18
**2006** [1] - 5:21
**2015** [40] - 7:11, 32:21, 33:10, 35:1, 36:14, 38:1, 41:7, 43:10, 45:5, 45:16, 46:14, 46:16, 53:19, 54:14, 61:4, 80:20, 80:21, 97:4, 97:5, 97:7, 99:1, 101:14, 101:17, 104:7, 109:1, 113:9, 113:11, 113:25, 118:19, 122:4, 132:24, 142:16, 147:4, 148:7, 169:3, 170:17, 176:18, 178:14, 178:19
**2016** [7] - 143:14, 143:18, 149:8, 174:19, 176:21, 181:11, 183:3
**2016-February** [1] - 170:11
**2017** [10] - 167:22, 167:24, 170:11, 170:14, 175:14, 176:22, 181:11, 181:18, 183:7, 184:9
**2023** [3] - 1:9, 167:11, 176:1
**20530** [2] - 1:16, 1:18
**21** [1] - 80:21
**21st** [3] - 80:20, 95:8, 138:6
**22** [1] - 169:2
**22nd** [1] - 37:6
**23.2** [9] - 2:8, 8:18, 9:3, 9:7, 9:10, 9:11, 19:17, 19:18, 25:15
**2320** [1] - 163:10
**2340** [2] - 153:19, 163:3
**235** [2] - 1:12, 1:25
**238** [1] - 1:20

**23rd** [1] - 176:1
**24** [1] - 167:12
**24.5** [4] - 2:12, 108:6, 108:8
**24th** [1] - 176:1
**25** [1] - 162:16
**25.8** [1] - 94:17
**25.8&25.9** [1] - 2:11
**25.9** [1] - 94:25
**252** [1] - 169:1
**25th** [1] - 35:1
**26** [1] - 167:11
**26.1** [5] - 2:9, 34:5, 34:16, 34:18, 34:19
**26.2** [5] - 2:9, 36:1, 36:6, 36:8, 36:9
**26.3** [5] - 2:10, 36:18, 36:23, 36:25, 37:1
**26.4** [5] - 2:10, 45:20, 46:4, 46:6, 46:7
**26.8** [5] - 2:11, 88:3, 88:13, 88:15, 88:16
**26th** [1] - 36:14
**27th** [1] - 180:21
**28** [2] - 32:22, 188:6
**283** [1] - 167:8
**284** [3] - 168:10, 169:20, 169:23
**29** [2] - 157:23, 157:24
**293** [1] - 170:9
**2:00** [1] - 100:19

**3**

**3** [8] - 2:8, 25:16, 25:19, 25:20, 153:20, 170:1, 172:17, 172:23
**3.2** [2] - 2:7, 91:4
**30** [2] - 2:4, 58:24
**300** [2] - 90:22, 92:15
**311** [1] - 1:12
**32** [1] - 2:4
**322** [1] - 162:22
**34** [2] - 2:9
**35** [1] - 32:20
**36** [3] - 2:9, 2:10
**37** [3] - 2:10, 13:25, 14:1
**39** [9] - 31:8, 80:23, 131:14, 131:15, 131:23, 146:1, 148:4, 149:24, 184:10
**39-day** [1] - 87:10

**4**

**4** [8] - 2:4, 26:15, 26:24, 167:24,

168:6, 168:21, 184:18, 184:24
**4,000** [2] - 35:16, 106:6
**4,500** [1] - 106:6
**40** [1] - 26:3
**403** [2] - 15:6
**41** [1] - 26:3
**45** [1] - 2:10
**46** [1] - 2:10

**5**

**5** [3] - 100:18, 169:22, 188:18
**5,500** [2] - 106:5, 106:7

**6**

**6** [1] - 167:11
**6,500** [1] - 35:24
**63** [1] - 172:4

**7**

**704** [1] - 15:2
**719** [1] - 171:18
**726-27** [1] - 171:18
**753** [1] - 188:6
**763** [1] - 162:22

**8**

**8** [1] - 168:7
**8,91** [1] - 2:7
**803** [2] - 172:16, 178:18
**803.3** [4] - 171:15, 172:8, 181:8, 185:3
**88** [2] - 2:11

**9**

**9** [1] - 2:7
**94** [1] - 2:11
**950** [1] - 1:15
**9:30** [3] - 1:9, 166:15, 187:1

**A**

**A.M** [1] - 1:9
**abducted** [3] - 150:3, 153:2, 169:4
**abduction** [1] - 182:21
**abetted** [1] - 160:14
**abetting** [1] - 158:20
**able** [17] - 33:22, 48:19, 49:19, 67:5,

85:13, 90:20, 93:14, 93:24, 98:23, 110:16, 120:14, 122:1, 128:15, 136:21, 137:6, 186:5
**above-mentioned** [1] - 188:8
**absolutely** [2] - 155:24, 160:11
**abuse** [14] - 69:8, 74:17, 74:20, 81:2, 83:15, 84:16, 86:13, 129:2, 136:9, 150:9, 152:13, 152:15, 169:9, 170:17
**abused** [12] - 79:18, 81:4, 81:7, 81:12, 82:8, 82:11, 86:11, 129:16, 131:17, 132:1, 153:10, 170:22
**abusing** [1] - 88:25
**accent** [1] - 122:1
**accept** [5] - 7:22, 8:9, 16:7, 142:5, 151:23
**acceptable** [1] - 186:9
**accepted** [1] - 8:12
**accepts** [1] - 24:24
**accompanying** [1] - 97:19
**accomplish** [1] - 147:8
**accordance** [1] - 14:11
**according** [6] - 11:15, 14:5, 26:4, 130:21, 167:17, 170:13
**account** [4] - 84:22, 84:23, 162:9, 165:19
**accountant** [2] - 39:13, 115:10
**accounts** [5] - 157:1, 157:2, 162:12, 162:13, 165:20
**accusation** [1] - 26:8
**accused** [3] - 61:21, 168:5, 168:20
**acquaintance** [1] - 33:12
**Acquittal** [5] - 151:21, 152:4, 157:12, 162:17, 164:3
**Act** [1] - 160:8
**act** [5] - 10:21, 81:23, 94:2, 158:2, 163:4
**acted** [1] - 6:6
**acting** [6] - 153:12, 158:2, 159:5, 163:4, 175:11, 176:16
**action** [2] - 147:25,

**2**

169:14
**actions** [10] - 14:12, 14:13, 15:16, 16:1, 16:3, 73:11, 164:24, 164:25, 167:14, 184:21
**activities** [4] - 163:20, 165:17, 165:21, 165:23
**acts** [3] - 17:18, 153:14, 170:23
**actual** [2] - 114:4, 165:10
**add** [1] - 163:23
**addition** [3] - 85:23, 168:16, 174:3
**additional** [4] - 81:6, 83:14, 151:13, 166:5
**address** [2] - 35:9, 85:21
**adds** [1] - 168:25
**adjective** [1] - 181:19
**adjourned** [1] - 187:5
**adjournment** [1] - 12:24
**administration** [1] - 12:20
**admissibility** [2] - 3:16, 179:18
**admissible** [4] - 28:12, 171:15, 172:16, 173:2
**admission** [8] - 9:7, 34:16, 36:6, 36:23, 46:4, 88:13, 167:7, 172:8
**admit** [2] - 7:20, 168:22
**Admitted** [1] - 2:7
**admitted** [17] - 3:5, 9:10, 9:11, 34:18, 34:19, 36:8, 36:9, 36:25, 37:1, 46:6, 46:7, 88:15, 88:16, 91:5, 94:17, 94:25, 108:6
**admitting** [1] - 183:20
**advised** [1] - 167:22
**advisor** [1] - 6:6
**Affairs** [2] - 5:1, 5:3
**affect** [1] - 156:21
**affected** [1] - 178:19
**afraid** [1] - 180:3
**afternoon** [2] - 100:25, 101:1
**afterwards** [1] - 140:16
**Agent** [2] - 161:9, 167:13
**agents** [1] - 144:6

**aggressive** [1] - 149:25
**aggressively** [1] - 150:2
**agitated** [1] - 63:5
**ago** [1] - 111:24
**agree** [21] - 25:25, 26:2, 48:2, 104:7, 105:3, 105:19, 107:1, 107:18, 110:10, 111:14, 113:1, 115:17, 115:20, 119:4, 121:3, 126:16, 130:23, 132:15, 135:25, 140:1, 143:13
**agreed** [2] - 44:17, 126:23
**agreement** [16] - 12:25, 20:22, 20:24, 21:13, 34:23, 34:25, 36:4, 36:13, 36:19, 37:5, 37:8, 37:10, 103:15, 164:10
**agreements** [1] - 103:13
**ahead** [1] - 73:20
**aided** [2] - 1:22, 160:13
**aiding** [1] - 158:20
**air** [2] - 60:7, 69:6
**airport** [4] - 90:7, 90:10, 174:9, 181:17
**Akam** [17] - 50:3, 50:10, 50:15, 50:17, 51:2, 51:4, 114:24, 115:19, 116:1, 118:15, 122:3, 122:4, 122:6, 122:21, 123:1, 161:23
**Al** [9] - 2:4, 3:25, 4:5, 4:12, 7:21, 8:12, 8:15, 163:19, 164:20
**Al-Maliki** [9] - 2:4, 3:25, 4:5, 4:12, 7:21, 8:12, 8:15, 163:19, 164:20
**alert** [1] - 186:11
**alia** [1] - 170:16
**allegations** [4] - 14:21, 16:9, 16:18, 168:25
**alleged** [7] - 16:2, 165:21, 169:13, 170:17, 170:23, 182:20, 184:24
**allegedly** [1] - 168:2
**allow** [5] - 16:15,

16:17, 131:20, 165:13, 180:3
**allowable** [1] - 15:14
**allowed** [14] - 13:3, 13:4, 15:17, 29:24, 60:23, 87:21, 87:25, 88:1, 97:11, 97:12, 97:13, 97:16, 169:17
**allows** [1] - 180:1
**almost** [6] - 41:8, 70:10, 77:16, 89:6, 98:2, 105:25
**alone** [12] - 15:3, 40:8, 49:11, 63:14, 63:17, 97:13, 117:18, 118:19, 122:5, 122:8, 129:7, 152:18
**alternate** [1] - 186:17
**Amanda** [9] - 167:7, 167:19, 168:12, 170:5, 175:15, 176:22, 177:10, 178:3, 179:8
**America** [1] - 25:8
**AMERICA** [1] - 1:2
**American** [2] - 7:19, 25:6
**amount** [6] - 14:13, 17:6, 48:24, 56:1, 124:22, 162:24
**ample** [6] - 158:10, 158:18, 160:12, 162:3, 164:10, 165:12
**AND** [2] - 4:1, 32:7
**angle** [1] - 124:5
**angry** [2] - 83:25, 181:18
**animal** [1] - 70:23
**annoy** [1] - 56:3
**annoyance** [7] - 54:23, 55:22, 55:24, 123:12, 123:17, 147:4, 147:11
**annoyed** [1] - 118:10
**annoying** [1] - 124:21
**answer** [5] - 17:25, 18:5, 50:1, 53:25, 62:15
**answered** [1] - 112:24
**Anti** [2] - 6:12, 7:16
**anti** [2] - 6:20, 30:12
**Anti-corruption** [2] - 6:12, 7:16
**anti-corruption** [2] - 6:20, 30:12
**anticipate** [1] - 174:3
**anyway** [2] - 137:15, 183:25
**apartment** [14] - 38:7,

38:8, 38:10, 40:10, 40:23, 51:23, 52:22, 54:5, 55:10, 56:10, 56:14, 56:17, 127:2, 139:14
**apologize** [3] - 29:14, 137:11, 144:12
**apologized** [1] - 144:9
**appear** [7] - 6:2, 35:2, 58:8, 62:17, 63:1, 63:24, 112:21
**appeared** [4] - 73:11, 92:19, 153:4, 161:5
**appearing** [1] - 114:7
**applicable** [3] - 10:23, 23:14, 181:12
**applies** [1] - 181:4
**apply** [3] - 19:14, 166:20, 188:22
**applying** [1] - 33:13
**appointed** [1] - 188:5
**approach** [3] - 8:19, 14:17, 95:5
**appropriate** [2] - 18:4, 151:23
**approval** [1] - 11:23
**approve** [1] - 7:6
**approved** [1] - 7:6
**approximate** [1] - 81:12
**April** [5] - 167:11, 167:12, 169:2, 176:1
**AR15** [6] - 42:5, 107:10, 107:11, 107:13, 107:18, 107:21
**AR15's** [1] - 107:15
**Arabic** [4] - 4:22, 9:2, 9:4, 20:1
**Arabs** [1] - 25:23
**area** [13] - 6:11, 40:7, 40:24, 40:25, 41:2, 52:2, 87:15, 98:3, 98:8, 133:13, 146:9, 146:10, 146:11
**argue** [1] - 152:11
**argued** [1] - 183:5
**argument** [15] - 151:22, 153:23, 157:8, 157:19, 158:17, 159:8, 160:3, 160:7, 162:8, 170:25, 178:19, 179:1, 183:1, 183:13, 184:1
**arguments** [2] - 157:25, 185:24
**arm** [1] - 68:24
**Armed** [1] - 164:19
**armed** [7] - 58:3, 58:5,

63:6, 64:12, 147:12, 158:23, 158:24
**armored** [1] - 90:14
**arms** [7] - 102:18, 102:21, 102:25, 169:7, 183:24, 183:25
**Arms** [1] - 160:8
**arrangements** [1] - 154:10
**arrest** [3] - 6:1, 29:20, 31:5
**arrested** [1] - 29:22
**arrive** [2] - 37:23, 38:20
**arrived** [7] - 38:4, 38:19, 39:1, 39:17, 41:6, 109:2, 109:3
**arriving** [1] - 44:20
**art** [1] - 165:2
**artfully** [1] - 181:1
**article** [5] - 9:22, 10:3, 11:10, 11:14, 26:2
**Article** [12] - 9:15, 9:25, 10:8, 10:15, 10:17, 10:18, 11:15, 11:25, 13:25, 14:1, 26:3, 26:15
**AS** [2] - 4:2, 32:8
**aside** [1] - 98:19
**assault** [3] - 28:14, 152:12, 154:13
**asserted** [3] - 169:22, 172:2, 179:14
**assertion** [1] - 168:11
**assertions** [1] - 168:15
**assess** [2] - 110:7, 111:5
**assessed** [3] - 109:24, 110:1, 111:20
**assist** [3] - 41:17, 175:15, 176:22
**Assistant** [2] - 1:11, 167:15
**assistant** [5] - 39:13, 39:22, 115:3, 115:5, 124:11
**associated** [1] - 167:14
**associates** [1] - 169:4
**Association** [2] - 7:18, 7:19
**assumed** [1] - 96:15
**assure** [1] - 171:17
**Attache** [1] - 167:15
**attacking** [1] - 29:23
**attempted** [1] - 102:23
**attempts** [1] - 164:7
**attend** [1] - 143:23

3

**attention** [5] - 9:15, 114:22, 131:25, 137:23, 181:24
**attitude** [1] - 73:5
**attorney** [3] - 101:2, 144:20, 149:15
**Attorney** [1] - 1:11
**audacity** [1] - 83:25
**auditors** [2] - 168:5, 168:20
**August** [1] - 113:18
**authenticate** [6] - 173:22, 173:23, 177:8, 177:9, 177:12, 177:15
**authored** [1] - 167:12
**authorities** [4] - 12:6, 134:14, 154:12, 175:5
**authority** [8] - 11:7, 11:13, 22:20, 22:23, 24:24, 139:10, 153:8, 165:1
**authorize** [1] - 139:3
**authorized** [1] - 153:9
**automatic** [3] - 43:16, 58:6, 107:13
**autonomous** [1] - 22:15
**autonomy** [1] - 22:15
**available** [2] - 162:21, 173:8
**Avenue** [3] - 1:12, 1:15, 1:18
**AVENUE** [1] - 1:25
**average** [1] - 85:16
**avoid** [1] - 186:22
**awake** [1] - 79:9
**aware** [7] - 19:2, 73:11, 101:2, 123:3, 129:23, 132:24, 173:15

## B

**B.A** [2] - 4:17, 4:18
**bachelor's** [1] - 33:4
**Bachelor's** [1] - 33:5
**background** [1] - 4:13
**backtrack** [1] - 121:12
**backup** [3] - 52:13, 53:1, 119:19
**backward** [1] - 181:9
**bad** [4] - 17:14, 17:15, 51:8, 72:2
**bag** [23] - 57:14, 58:21, 59:2, 59:8, 59:13, 68:21, 69:5, 69:6, 69:14, 69:22, 70:5, 70:8, 83:4,

89:17, 90:5, 128:11, 128:12, 128:13, 128:15, 128:18, 147:13
**Baghdad** [9] - 4:17, 4:18, 5:15, 5:16, 23:3, 23:13, 44:2, 167:16
**Baharan** [2] - 35:8, 40:13
**ball** [1] - 179:3
**banging** [1] - 57:8
**Bank** [2] - 157:2, 162:12
**bank** [4] - 29:15, 29:23, 157:1, 157:2
**Baptists** [1] - 27:5
**Bar** [2] - 7:18, 7:19
**bare** [1] - 77:11
**barefoot** [2] - 78:4, 78:7
**barracks** [3] - 86:22, 87:14, 89:3
**barrels** [1] - 161:6
**bars** [2] - 60:2, 60:3
**BARTOLAI** [86] - 1:20, 7:22, 8:1, 8:6, 8:11, 9:9, 14:16, 14:19, 15:22, 16:13, 17:21, 18:18, 18:21, 27:20, 29:9, 29:12, 30:16, 31:22, 31:25, 34:17, 36:7, 36:24, 46:5, 49:21, 51:13, 53:24, 54:6, 55:12, 61:15, 75:11, 75:14, 81:18, 81:24, 84:4, 88:14, 100:22, 100:24, 105:24, 108:4, 108:6, 108:8, 108:10, 111:18, 122:20, 122:24, 122:25, 131:22, 133:7, 144:14, 145:19, 147:1, 148:12, 148:20, 151:7, 151:11, 151:20, 151:25, 153:19, 167:2, 173:6, 173:9, 173:12, 174:6, 174:20, 175:8, 175:23, 175:25, 176:7, 176:19, 177:4, 177:23, 178:6, 178:17, 179:18, 180:12, 180:15, 180:18, 180:23, 181:23, 182:5, 182:8,

182:12, 183:10, 185:7, 186:2, 186:19
**Bartolai** [14] - 16:6, 31:13, 151:18, 157:14, 157:20, 166:24, 167:1, 173:4, 177:8, 177:22, 178:1, 181:21, 183:9, 185:6
**Barzani** [1] - 128:7
**base** [15] - 12:12, 31:6, 154:2, 154:3, 154:4, 154:5, 154:18, 154:22, 158:22, 159:21, 159:25, 160:1, 160:4, 160:5, 164:22
**based** [7] - 25:1, 152:6, 152:20, 155:12, 162:21, 174:12, 178:7
**bases** [1] - 154:8
**basic** [5] - 10:4, 10:5, 103:10, 103:11, 147:9
**basis** [1] - 170:1
**bat** [2] - 105:3, 105:10
**bathroom** [6] - 60:11, 87:7, 87:9, 87:13, 127:11, 127:13
**beat** [2] - 18:7, 84:12
**beaten** [9] - 71:9, 72:4, 77:24, 79:4, 82:15, 82:17, 82:20, 149:24, 184:11
**beating** [15] - 18:10, 66:12, 67:23, 69:1, 71:14, 71:23, 73:8, 74:21, 76:18, 82:18, 83:22, 84:8, 84:14, 150:5, 151:3
**beatings** [3] - 72:13, 163:18, 163:21
**became** [1] - 7:7
**become** [1] - 114:4
**bed** [4] - 53:10, 59:22, 98:23, 98:25
**BEEN** [2] - 4:1, 32:8
**BEFORE** [1] - 1:8
**beforehand** [1] - 67:22
**beg** [1] - 169:13
**began** [5] - 25:16, 106:13, 116:23, 118:20, 118:22
**beginning** [11] - 41:8, 43:10, 62:2, 63:15, 63:16, 113:9, 113:17, 113:20, 163:2, 165:10, 167:4

**begins** [1] - 123:8
**behalf** [1] - 175:11
**behind** [15] - 43:1, 69:1, 84:10, 89:8, 89:9, 98:2, 98:6, 113:14, 114:12, 114:14, 114:16, 114:20, 116:14, 125:12
**belabor** [1] - 165:12
**belief** [2] - 26:5, 31:18
**believes** [3] - 160:9, 164:3, 164:12
**belong** [1] - 7:17
**belt** [7] - 84:3, 84:6, 84:8, 84:10, 84:13, 150:25, 163:23
**beneath** [1] - 36:15
**benefit** [2] - 178:22, 178:23
**bent** [1] - 72:6
**best** [4] - 120:1, 160:24, 166:7, 183:2
**betray** [1] - 76:23
**better** [4] - 29:13, 112:3, 112:6, 145:17
**between** [14] - 12:25, 23:18, 57:3, 68:7, 79:23, 84:25, 92:10, 107:20, 150:7, 164:10, 180:18, 180:19, 181:11
**beyond** [6] - 17:1, 27:17, 46:17, 162:20, 166:5, 178:4
**bidding** [1] - 165:6
**big** [9] - 37:21, 40:23, 54:23, 56:2, 59:19, 90:14, 90:19, 135:13, 136:3
**bigger** [2] - 40:25, 48:25
**biggest** [2] - 66:14, 66:21
**binder** [2] - 34:4, 88:2
**binding** [1] - 9:18
**birth** [1] - 140:11
**birthday** [2] - 143:25, 144:2
**bit** [9] - 11:1, 33:24, 47:7, 48:8, 100:7, 118:7, 118:9, 118:10, 138:7
**black** [5] - 58:1, 90:19, 128:11, 128:12
**blackmail** [9] - 61:21, 62:9, 62:10, 62:14, 63:19, 65:8, 65:11, 66:6, 74:4
**blades** [1] - 84:25

**blame** [1] - 148:18
**bleeding** [2] - 69:4, 79:13
**blood** [2] - 79:8, 163:25
**blue** [1] - 100:13
**board** [1] - 102:11
**body** [6] - 18:6, 71:1, 71:4, 100:2, 163:22
**book** [1] - 121:23
**boots** [1] - 67:4
**boss** [1] - 111:5
**bottom** [2] - 34:22, 36:12
**bought** [1] - 111:12
**Box** [1] - 188:18
**box** [6] - 3:23, 155:8, 155:10, 155:11, 155:12, 161:1
**boxes** [1] - 160:17
**brain** [1] - 140:5
**Branch** [2] - 11:6, 22:16
**branch** [2] - 22:14, 92:13
**break** [16] - 32:2, 50:19, 50:20, 52:4, 57:10, 100:19, 113:16, 113:19, 114:9, 114:15, 115:18, 115:22, 116:13, 117:18, 118:19, 166:3
**breaks** [1] - 113:17
**brick** [2] - 60:4, 89:23
**brief** [6] - 7:1, 168:16, 168:22, 169:21, 182:5
**Brief** [5] - 168:10, 168:24, 169:19, 169:20, 170:8
**briefed** [1] - 183:5
**briefs** [3] - 3:9, 3:10, 176:14
**bring** [8] - 3:22, 25:22, 48:1, 94:16, 133:19, 142:7, 146:24, 186:8
**bringing** [3] - 133:21, 133:24, 146:22
**broken** [1] - 142:11
**brought** [35] - 3:2, 60:10, 62:4, 64:22, 64:23, 65:6, 65:24, 66:2, 66:4, 66:10, 72:21, 75:24, 76:4, 76:15, 76:16, 79:9, 86:8, 86:19, 87:18, 88:21, 89:16, 97:20, 97:21, 129:5, 132:18, 134:2,

4

134:3, 134:5, 134:7, 136:6, 136:7, 142:12, 142:13, 163:17, 181:23
**buckle** [1] - 84:8
**build** [2] - 26:9, 114:5
**building** [21] - 35:10, 38:8, 40:6, 45:7, 62:1, 62:3, 62:5, 95:13, 97:13, 97:18, 97:19, 98:1, 98:6, 98:8, 109:2, 109:9, 109:11, 114:6, 114:12, 138:24
**buildings** [1] - 89:2
**built** [4] - 45:5, 45:6, 98:3, 114:12
**bumps** [1] - 59:6
**burden** [3] - 154:23, 157:7, 162:5
**Burke** [1] - 161:9
**business** [2] - 119:3, 119:7
**button** [2] - 44:23, 161:8
**buttons** [11] - 155:7, 155:9, 155:14, 155:25, 156:11, 160:14, 160:16, 160:21, 161:6, 161:11, 165:3
**buy** [4] - 46:19, 47:10, 47:12, 48:2
**buying** [2] - 112:12, 118:1
**BY** [40] - 4:11, 8:14, 8:21, 9:13, 17:4, 18:21, 27:20, 29:12, 30:21, 32:14, 34:21, 36:11, 37:3, 46:11, 49:25, 51:19, 54:9, 55:16, 61:16, 75:17, 81:19, 82:1, 88:18, 91:6, 94:19, 95:2, 100:24, 105:24, 108:10, 111:18, 122:20, 122:25, 131:22, 133:7, 144:18, 145:22, 147:3, 148:14, 148:22, 188:15
**byproducts** [1] - 165:20

## C

**CAD** [3] - 52:8, 52:18, 103:2
**CALLED** [2] - 4:1, 32:7
**CAM** [1] - 103:2

**camouflage** [5] - 43:15, 57:25, 64:10, 90:24
**candid** [1] - 176:23
**cannot** [15] - 10:6, 10:13, 11:7, 11:19, 11:20, 21:20, 28:10, 29:2, 30:6, 51:6, 131:1, 156:19, 161:7, 172:1, 179:13
**canteen** [2] - 87:15, 87:20
**cap** [1] - 125:2
**capable** [1] - 178:21
**capacity** [1] - 159:6
**captivity** [3] - 167:16, 173:21, 176:9
**captured** [1] - 91:20
**car** [17] - 40:17, 40:18, 40:20, 49:11, 57:13, 57:23, 58:20, 89:19, 137:5, 137:6, 137:10, 137:15, 137:21, 138:22, 138:24, 147:17, 147:20
**card** [1] - 175:1
**care** [2] - 12:5, 118:8
**carefully** [2] - 162:25, 184:14
**carried** [1] - 158:19
**carry** [1] - 154:22
**cars** [10] - 49:17, 86:22, 86:24, 86:25, 89:9, 90:15, 96:16, 118:12, 118:17
**case** [34] - 3:9, 3:11, 3:14, 3:21, 5:25, 6:3, 6:5, 13:21, 14:24, 16:18, 25:2, 25:3, 102:18, 152:10, 152:17, 152:20, 152:24, 154:2, 154:17, 157:4, 157:24, 158:10, 159:25, 160:2, 160:11, 167:5, 170:6, 171:4, 172:3, 172:11, 172:24, 182:3, 183:2, 183:6
**Case** [1] - 28:5
**cases** [10] - 5:24, 6:12, 24:25, 154:12, 171:16, 179:25, 180:4, 180:6, 180:7
**cash** [1] - 49:17
**Catholicism** [1] - 27:5
**caught** [2] - 13:8, 13:13
**caused** [3] - 158:5,

160:13, 163:11
**causing** [2] - 124:13, 161:20
**ceiling** [1] - 40:25
**cell** [2] - 122:21, 129:6
**Center** [3] - 139:20, 139:25, 140:3
**centers** [1] - 13:12
**Central** [2] - 5:21, 44:1
**certain** [6] - 14:12, 15:16, 51:12, 131:1, 166:11, 166:12
**certainly** [12] - 152:25, 157:24, 163:14, 177:9, 177:13, 177:14, 182:23, 183:3, 183:24, 184:20, 186:5
**certificate** [2] - 154:14, 188:22
**CERTIFIED** [1] - 1:24
**certify** [2] - 188:6, 188:10
**certifying** [1] - 188:23
**chair** [3] - 59:24, 84:7
**chance** [4] - 172:20, 177:1, 179:5, 182:23
**change** [4] - 45:1, 51:3, 185:9, 186:5
**changed** [1] - 20:4
**Chapter** [1] - 13:25
**chapter** [1] - 10:3
**charge** [20] - 7:23, 8:2, 8:3, 8:4, 8:6, 8:8, 39:25, 40:2, 58:8, 72:21, 72:25, 73:2, 73:5, 73:14, 80:12, 152:13, 156:14, 170:1, 185:23, 186:22
**charged** [5] - 155:6, 156:6, 165:18, 170:12, 170:24
**charges** [11] - 154:25, 156:17, 156:18, 156:21, 156:22, 160:7, 160:8, 162:5, 169:25, 185:1
**charging** [1] - 161:23
**cheapest** [1] - 47:13
**check** [4] - 48:12, 89:24, 90:8, 96:25
**chest** [5] - 66:22, 67:2, 67:13, 68:16, 163:24
**Chief** [1] - 5:20
**chief** [2] - 35:5, 36:16
**child** [1] - 173:14
**children** [1] - 173:14
**China** [7] - 47:2, 47:3, 47:15, 48:2, 109:16,

111:19, 113:6
**Chinese** [1] - 161:19
**choked** [1] - 79:4
**choking** [1] - 163:23
**choose** [1] - 184:5
**chose** [1] - 15:21
**Christianity** [1] - 27:4
**Christians** [1] - 31:19
**Christina** [1] - 174:2
**Christmas** [1] - 144:3
**chronicle** [2] - 121:24, 122:2
**cigarette** [5] - 23:7, 23:10, 23:18, 24:1, 24:11
**cigarettes** [3] - 61:11, 133:22, 134:7
**circle** [2] - 77:16, 88:20
**Circuit** [9] - 7:24, 171:18, 172:3, 172:5, 172:6, 172:7, 179:11, 180:7
**circumstances** [1] - 170:16
**circumstantial** [1] - 160:12
**citation** [2] - 3:11, 171:22
**citations** [1] - 170:4
**citing** [2] - 171:22, 172:3
**citizen** [3] - 4:22, 4:23, 10:10
**citizens** [1] - 12:18
**city** [5] - 37:19, 59:4, 133:9, 133:10, 146:8
**City** [2] - 5:3, 38:7
**Civil** [2] - 25:10, 25:12
**civilians** [1] - 12:17
**CLAFFEE** [8] - 1:14, 160:6, 177:7, 177:20, 177:25, 181:7, 182:18, 183:8
**claim** [4] - 24:20, 154:20, 170:7, 184:17
**claimed** [1] - 56:2
**claims** [2] - 168:6, 168:21
**clan** [1] - 170:21
**clarify** [1] - 144:19
**clear** [7] - 82:2, 117:8, 152:24, 159:19, 164:5, 164:16, 178:2
**clearly** [5] - 47:8, 156:24, 158:15, 164:2, 183:19
**CLERK** [4] - 4:3, 4:7, 32:9, 32:12

**clients** [1] - 5:14
**close** [8] - 6:5, 25:2, 32:15, 57:2, 57:3, 93:5, 127:5, 133:2
**closed** [3] - 60:15, 60:17, 86:16
**closing** [1] - 185:24
**cloth** [2] - 128:11, 128:13
**clothes** [2] - 128:12, 134:1
**clothing** [2] - 64:11, 73:5
**CNC** [1] - 108:19
**Co** [1] - 75:15
**co** [3] - 64:19, 75:12, 163:17
**co-conspirator** [1] - 75:12
**Co-conspirator** [1] - 75:15
**co-workers** [2] - 64:19, 163:17
**coat** [2] - 134:2, 134:5
**Code** [5] - 6:13, 7:10, 23:16, 163:3, 188:6
**collapsed** [1] - 6:16
**collect** [1] - 119:18
**collected** [2] - 119:17, 138:16
**collecting** [3] - 6:2, 119:13, 119:16
**collection** [1] - 25:1
**collectively** [1] - 177:11
**collects** [1] - 24:25
**colloquies** [1] - 185:12
**colloquy** [4] - 185:12, 186:12, 186:16, 186:17
**color** [9] - 152:22, 152:23, 158:3, 158:17, 159:3, 163:5, 164:15, 164:25, 165:1
**colors** [1] - 91:1
**Columbia** [2] - 153:21, 159:11
**combo** [10] - 155:7, 155:9, 155:14, 155:25, 156:11, 160:14, 160:16, 161:6, 161:10, 165:3
**coming** [8] - 56:7, 93:5, 93:8, 95:11, 99:12, 102:11, 143:9, 154:14
**commanders** [5] - 73:16, 74:7, 74:12,

5

74:17, 75:19
**comment** [1] - 177:5
**commenting** [1] - 56:4
**Commerce** [1] - 165:6
**Commit** [1] - 152:2
**commit** [1] - 164:7
**commits** [1] - 164:7
**committed** [3] - 11:19, 158:2, 163:4
**Common** [1] - 25:10
**common** [1] - 18:9
**Commonwealth** [2] - 153:21, 159:12
**communicate** [1] - 93:14
**communicated** [3] - 54:18, 54:19, 55:20
**communication** [3] - 54:25, 68:7, 97:13
**Company** [7] - 34:13, 35:7, 40:19, 42:21, 157:3, 162:9, 162:11
**company** [17] - 35:6, 35:11, 40:20, 49:6, 49:7, 49:15, 49:16, 50:6, 110:15, 115:3, 115:5, 116:17, 125:11, 137:21, 147:17, 147:20, 147:24
**compare** [1] - 35:17
**compassionate** [1] - 25:21
**compensation** [1] - 14:10
**complain** [1] - 124:2
**complained** [1] - 139:23
**complaining** [1] - 123:21
**complete** [3] - 3:20, 137:7, 178:24
**complex** [1] - 38:7
**Complex** [2] - 35:9, 40:13
**complicated** [3] - 103:9, 103:10, 103:11
**compound** [85] - 59:9, 59:10, 59:12, 61:18, 62:2, 72:22, 73:1, 73:3, 75:4, 75:19, 80:19, 85:7, 86:6, 86:14, 87:5, 87:16, 88:6, 88:20, 89:4, 89:5, 89:16, 89:18, 89:22, 89:25, 90:10, 90:12, 90:21, 91:10, 92:15, 92:19, 92:25, 93:3, 93:6, 93:7,

93:11, 93:12, 94:8, 94:9, 94:23, 95:4, 95:5, 95:7, 96:9, 96:12, 96:18, 97:4, 97:20, 97:21, 98:20, 98:24, 125:19, 128:6, 128:10, 128:21, 128:23, 133:18, 134:8, 136:7, 136:22, 137:10, 137:24, 139:13, 140:1, 140:21, 141:11, 141:16, 141:18, 142:10, 145:3, 145:7, 146:1, 146:25, 147:14, 147:18, 148:3, 149:16, 150:12, 153:3, 159:17, 163:17, 181:20, 184:10, 184:21
**computer** [2] - 1:22, 136:25
**computer-aided** [1] - 1:22
**concept** [2] - 103:10, 103:11
**concern** [3] - 148:15, 175:3, 175:15
**concerned** [1] - 174:24
**concerns** [1] - 53:22
**concert** [3] - 158:19, 159:4, 172:7
**conclude** [1] - 162:4
**conclusion** [5] - 3:14, 84:24, 105:6, 105:8, 147:23
**conclusions** [1] - 17:17
**concrete** [1] - 89:23
**conditioning** [1] - 60:7
**conditions** [1] - 104:25
**conduct** [5] - 16:23, 17:6, 17:22, 51:17, 153:9
**conducted** [1] - 153:6
**conference** [3] - 8:8, 185:23, 186:22
**confession** [1] - 14:8
**confidence** [2] - 111:15, 123:8
**confident** [1] - 112:21
**confirmed** [1] - 164:20
**conflict** [1] - 105:4
**conflicts** [2] - 116:25, 117:19

**confronted** [1] - 148:10
**confused** [1] - 73:21
**connected** [1] - 157:8
**connection** [4] - 46:23, 50:6, 134:22, 157:9
**conscious** [1] - 17:13
**consciousness** [4] - 69:19, 79:8, 84:14, 151:1
**considerable** [1] - 3:7
**considered** [4] - 9:24, 24:2, 172:1, 179:12
**considers** [1] - 10:21
**consistent** [2] - 161:2, 168:23
**conspiracy** [5] - 154:25, 155:1, 170:1, 170:12, 170:24
**Conspiracy** [4] - 152:2, 164:5, 164:6, 164:13
**conspirator** [2] - 75:12, 75:15
**conspiring** [1] - 158:20
**constantly** [1] - 81:21
**constitute** [3] - 14:23, 17:23, 22:7
**constitutes** [3] - 16:16, 16:23, 17:9
**Constitution** [29] - 6:24, 7:2, 7:5, 7:6, 7:8, 8:16, 8:17, 9:1, 9:16, 9:17, 9:25, 10:16, 11:10, 11:22, 14:15, 15:18, 15:24, 16:11, 19:17, 19:19, 20:21, 20:23, 21:22, 22:4, 22:5, 22:18, 26:1, 26:21, 31:16
**Constitutional** [1] - 20:24
**Construction** [1] - 42:21
**consulate** [1] - 174:13
**Consulate** [7] - 167:14, 167:18, 167:22, 168:12, 174:19, 176:20, 178:7
**Consultant** [2] - 35:5, 36:16
**consultant** [2] - 6:21, 7:15
**consulted** [1] - 54:4
**Consulting** [12] - 34:13, 35:7, 101:15,

102:3, 102:11, 102:15, 102:22, 115:15, 157:3, 161:23, 162:9, 162:11
**contact** [2] - 142:19, 145:21
**contacted** [2] - 155:13, 167:21
**contacts** [1] - 175:20
**contain** [1] - 3:11
**contained** [2] - 157:12, 169:25
**container** [11] - 59:16, 60:18, 61:24, 86:15, 86:21, 87:1, 87:12, 93:25, 98:3, 129:5
**containers** [1] - 154:5
**contemplate** [1] - 106:14
**contemplating** [1] - 106:16
**contemporaneous** [10] - 171:4, 171:21, 172:18, 176:10, 176:25, 178:10, 178:11, 179:4, 182:23, 183:14
**contents** [1] - 155:11
**continue** [5] - 55:5, 72:12, 77:17, 114:23, 148:23
**continued** [8] - 57:15, 58:22, 58:23, 68:2, 68:21, 69:3, 130:21, 170:14
**continues** [4] - 167:21, 170:4, 171:23, 182:12
**continuing** [1] - 72:19
**contract** [1] - 137:7
**contradicts** [2] - 9:23, 26:19
**control** [4] - 162:13, 163:8, 164:22, 188:23
**Control** [2] - 1:15, 160:8
**controlled** [1] - 154:9
**conversation** [5] - 49:22, 49:23, 51:24, 54:17, 174:5
**conversations** [4] - 51:2, 75:18, 75:19, 92:24
**conviction** [1] - 164:13
**copied** [4] - 53:13, 62:12, 62:18, 63:2
**copies** [8] - 52:7,

52:16, 52:17, 52:18, 52:20, 119:23, 148:7
**copy** [2] - 52:12, 134:14
**corner** [1] - 35:8
**correct** [119] - 9:3, 19:1, 19:19, 20:2, 20:4, 20:7, 22:14, 22:16, 25:6, 26:1, 26:21, 27:10, 28:2, 28:23, 54:4, 101:10, 101:25, 102:8, 102:15, 103:7, 103:17, 103:18, 103:23, 105:1, 105:17, 106:11, 107:13, 107:24, 107:25, 109:1, 109:5, 109:8, 111:6, 111:7, 111:21, 111:22, 111:25, 112:1, 112:2, 112:4, 112:13, 112:14, 112:15, 112:17, 114:2, 114:5, 114:12, 116:1, 116:2, 116:5, 116:15, 116:23, 116:24, 117:1, 117:16, 117:21, 117:23, 118:1, 118:2, 118:5, 119:1, 119:25, 120:15, 120:16, 120:20, 121:1, 121:6, 121:10, 123:1, 123:9, 124:11, 125:24, 128:24, 129:17, 129:24, 129:25, 130:8, 130:13, 131:3, 132:18, 132:25, 134:16, 136:4, 136:9, 136:16, 136:19, 136:20, 137:7, 137:8, 137:13, 137:15, 137:16, 137:20, 137:21, 138:8, 138:25, 139:1, 139:6, 139:21, 140:22, 140:23, 141:11, 141:19, 142:17, 142:18, 142:20, 142:21, 143:22, 143:24, 149:9, 150:3, 150:4, 150:5, 150:6, 167:1, 173:4, 180:22, 183:8, 188:7
**Correct** [1] - 27:15

6

**correctly** [1] - 26:23
**corroborated** [1] - 158:14
**corruption** [5] - 6:12, 6:20, 7:16, 30:12, 30:14
**coughing** [2] - 79:8, 163:25
**Council** [2] - 7:4, 22:21
**counsel** [7] - 3:1, 18:2, 157:14, 166:12, 166:23, 181:5, 182:16
**counsel's** [1] - 160:7
**count** [2] - 151:22, 170:13
**Count** [6] - 152:10, 154:24, 154:25, 155:3, 170:1
**Counter** [1] - 164:17
**Counterintelligence** [1] - 1:15
**country** [1] - 169:17
**countrymen** [2] - 136:8, 138:19
**counts** [7] - 151:25, 155:4, 155:5, 156:6, 156:15, 157:6, 157:12
**Counts** [1] - 170:18
**couple** [3] - 67:9, 68:22, 129:1
**coupled** [1] - 170:15
**course** [9] - 8:3, 16:13, 102:17, 161:8, 167:6, 176:20, 179:8, 179:9, 185:7
**COURT** [106] - 1:1, 3:1, 3:24, 4:9, 7:25, 8:5, 8:8, 8:12, 8:20, 9:8, 9:10, 14:18, 15:9, 16:5, 16:15, 16:22, 17:1, 17:25, 18:17, 18:19, 27:19, 29:6, 29:8, 29:11, 30:17, 31:23, 32:1, 32:3, 32:5, 34:18, 36:8, 36:25, 46:6, 46:10, 49:24, 51:14, 51:18, 54:2, 54:7, 55:13, 75:16, 81:25, 84:5, 88:15, 100:16, 100:18, 100:21, 105:22, 108:5, 111:17, 122:19, 131:20, 133:6, 144:15, 145:20, 147:2, 148:13,

148:21, 151:8, 151:10, 151:12, 151:15, 151:18, 151:24, 153:18, 157:14, 157:18, 162:6, 162:16, 166:11, 166:22, 167:3, 173:8, 173:10, 174:3, 174:18, 175:7, 175:22, 175:24, 176:5, 176:13, 176:20, 177:5, 177:11, 177:22, 178:1, 178:15, 179:9, 179:25, 180:13, 180:17, 180:22, 180:24, 181:15, 181:25, 182:6, 182:16, 183:7, 183:9, 184:2, 186:1, 186:10, 186:14, 186:18, 186:21, 187:4
**Court** [42] - 4:13, 5:21, 5:22, 6:9, 6:17, 7:1, 7:23, 8:4, 13:21, 13:22, 16:21, 25:3, 151:23, 152:4, 153:23, 156:8, 156:9, 157:13, 157:20, 160:2, 162:17, 174:7, 178:13, 180:7, 182:11, 182:15, 182:22, 183:15, 185:11, 185:12, 186:9, 186:11, 186:16, 188:3, 188:4, 188:14, 188:17, 188:17
**court** [3] - 6:4, 78:20
**Court's** [1] - 178:13
**courtroom** [4] - 100:8, 151:17, 157:21, 166:16
**courtyard** [1] - 98:3
**cover** [1] - 18:11
**covering** [1] - 12:5
**CPA** [1] - 22:19
**cracking** [1] - 18:8
**create** [1] - 17:14
**created** [1] - 20:9
**crime** [7] - 10:20, 10:22, 11:19, 11:21, 13:9, 28:3, 28:14
**criminal** [2] - 15:1, 165:23
**Criminal** [1] - 5:21
**Crm** [1] - 1:17

**cross** [5] - 18:17, 31:13, 76:22, 100:21, 185:19
**Cross** [1] - 2:3
**CROSS** [2] - 18:20, 100:23
**cross-examine** [2] - 18:17, 100:21
**CRR** [1] - 1:24
**cruel** [1] - 152:18
**cry** [1] - 71:12
**CTG** [19] - 31:3, 92:5, 92:7, 92:11, 92:13, 92:16, 154:9, 154:21, 158:21, 159:1, 159:3, 159:17, 159:20, 159:22, 159:23, 164:17, 164:23
**cumulative** [1] - 15:25
**cup** [1] - 150:22
**curious** [1] - 159:21
**custody** [6] - 14:4, 30:7, 163:8, 178:12, 178:25
**cut** [2] - 59:20, 85:1
**cycle** [1] - 48:12
**cyst** [1] - 140:4

## D

**damages** [1] - 14:11
**date** [8] - 34:25, 36:12, 37:4, 60:25, 96:5, 143:16, 184:15, 188:9
**dated** [4] - 167:12, 175:3, 175:4, 175:13
**dates** [2] - 7:11, 188:9
**days** [20] - 31:8, 80:23, 83:2, 87:24, 128:23, 129:1, 131:14, 131:23, 139:18, 139:19, 140:20, 146:2, 148:4, 149:24, 150:7, 154:10, 173:18, 180:20, 184:10
**DC** [2] - 1:16, 1:18
**deal** [3] - 7:25, 152:1, 155:5
**death** [3] - 158:9, 158:13, 184:23
**December** [18] - 33:10, 46:16, 97:5, 97:7, 99:1, 108:25, 140:19, 140:20, 142:16, 170:11, 174:8, 174:9,

174:19, 176:21, 180:18, 180:19, 181:11, 183:3
**decide** [13] - 13:20, 13:22, 14:20, 14:25, 16:14, 21:1, 21:3, 21:10, 25:2, 47:12, 54:10, 111:6, 166:7
**decided** [3] - 47:10, 54:22, 67:22
**decides** [1] - 186:16
**decision** [16] - 10:14, 11:3, 12:8, 12:23, 13:19, 14:5, 17:10, 27:23, 27:25, 47:11, 48:2, 112:18, 113:1, 185:16, 186:8, 186:12
**decisions** [1] - 13:17
**Declarant** [2] - 172:20, 177:1
**Declarant's** [2] - 171:12, 172:15
**declarations** [1] - 171:21
**dedicated** [1] - 92:13
**Defendant** [22] - 1:6, 2:13, 3:4, 5:25, 6:1, 15:19, 16:18, 17:11, 18:15, 100:15, 150:20, 150:22, 160:13, 161:10, 161:18, 162:7, 162:10, 164:11, 165:18, 169:21, 173:25, 186:13
**DEFENDANT** [1] - 1:19
**Defendant's** [9] - 15:11, 166:24, 167:6, 171:14, 172:13, 182:9, 182:10, 182:14, 182:19
**defense** [12] - 166:25, 169:24, 170:2, 170:12, 170:18, 170:19, 172:23, 178:16, 178:17, 179:8, 185:14
**Defense** [4] - 6:8, 6:17, 157:23, 160:7
**defined** [5] - 15:23, 153:16, 163:10, 163:19, 171:7
**defines** [3] - 158:4, 159:10, 163:3
**definitely** [1] - 85:16
**definition** [3] - 23:25, 158:1, 158:16

**defrauded** [2] - 184:18, 184:25
**defrauding** [2] - 168:5, 168:21
**degree** [7] - 4:14, 4:15, 4:16, 4:18, 33:4, 33:5, 186:24
**degrees** [1] - 33:3
**delayed** [5] - 117:4, 117:6, 117:13, 117:15, 117:20
**deliberate** [1] - 125:14
**deliberately** [1] - 125:14
**deliver** [1] - 145:17
**delivered** [7] - 136:13, 145:10, 145:11, 145:12, 145:16, 155:8, 165:8
**demands** [1] - 123:18
**demonstrating** [1] - 43:6
**denied** [4] - 157:24, 164:4, 164:14, 166:1
**denies** [1] - 169:12
**Department** [4] - 154:11, 159:18, 159:20, 165:6
**depicts** [1] - 177:16
**deposed** [1] - 19:21
**depths** [1] - 29:10
**deputy** [1] - 166:16
**describe** [11] - 40:22, 43:14, 51:24, 59:15, 69:21, 69:23, 69:25, 71:16, 72:23, 76:25, 98:21
**described** [8] - 44:19, 65:4, 82:14, 83:15, 85:24, 160:24, 161:2, 184:22
**describing** [1] - 54:1
**description** [1] - 161:1
**design** [1] - 41:22
**designated** [2] - 5:19, 12:16
**designed** [2] - 12:4, 12:10
**designing** [1] - 103:3
**despite** [1] - 171:5
**destination** [1] - 156:4
**details** [5] - 64:15, 106:3, 123:4, 123:6, 126:13
**detain** [13] - 11:23, 27:22, 28:1, 28:4, 28:8, 28:10, 28:11, 28:19, 29:24, 30:1, 31:8, 31:11
**detained** [11] - 10:7,

7

10:14, 13:19, 28:6, 80:19, 129:2, 134:20, 137:18, 147:21, 148:3, 174:16
**detainees** [1] - 13:5
**detention** [25] - 12:2, 12:3, 12:7, 12:8, 12:10, 12:13, 12:16, 12:19, 12:21, 12:25, 13:2, 13:4, 13:18, 28:11, 28:12, 28:14, 29:9, 29:11, 29:21, 30:6, 135:21, 152:15, 170:11, 170:17, 182:25
**determine** [4] - 16:2, 16:3, 85:13, 162:19
**determining** [2] - 171:12, 172:15
**develop** [1] - 179:15
**devouring** [1] - 171:25
**DHL** [1] - 160:21
**diagnosed** [1] - 149:15
**diameter** [1] - 71:19
**diary** [8] - 53:3, 53:4, 53:5, 53:6, 53:7, 62:24, 121:20, 121:21
**die** [1] - 135:8
**difference** [5] - 23:17, 25:12, 92:10, 125:3, 125:7
**differences** [1] - 107:20
**different** [22] - 20:6, 23:24, 24:5, 27:4, 27:6, 69:8, 73:5, 73:6, 73:25, 74:2, 74:3, 83:2, 92:1, 94:1, 94:14, 108:1, 120:24, 124:20, 131:24, 156:6, 160:9, 186:16
**differently** [2] - 73:7, 73:10
**difficult** [6] - 18:12, 42:2, 48:11, 76:25, 171:9, 171:10
**difficulty** [2] - 96:25, 184:8
**digital** [1] - 52:19
**dignity** [2] - 14:3, 17:15
**dining** [1] - 98:8
**dinner** [6] - 99:22, 143:11, 143:20, 143:23, 144:6, 149:12

**Diplomatic** [2] - 5:2, 5:6
**Direct** [1] - 2:3
**DIRECT** [2] - 4:10, 32:13
**direct** [7] - 9:15, 27:17, 50:6, 131:2, 137:23, 160:12, 188:23
**directed** [1] - 178:16
**directing** [2] - 69:12, 131:25
**direction** [3] - 58:23, 58:25, 59:7
**directly** [4] - 55:1, 123:22, 126:1, 174:1
**Director** [1] - 37:14
**disagreement** [1] - 48:5
**disclose** [1] - 169:6
**disclosed** [1] - 169:6
**disclosure** [3] - 36:19, 37:5, 103:15
**discovered** [2] - 62:17, 140:4
**discuss** [4] - 166:6, 166:12, 175:10, 186:7
**discussed** [3] - 112:9, 129:11, 173:17
**discussion** [9] - 112:11, 112:17, 112:20, 125:19, 126:14, 166:5, 166:22, 167:3, 178:13
**discussions** [1] - 126:9
**displeased** [2] - 125:4, 125:6
**distributing** [1] - 24:10
**DISTRICT** [2] - 1:1, 1:1
**District** [7] - 153:21, 159:11, 162:17, 188:4, 188:17, 188:18
**diverted** [1] - 54:25
**document** [21] - 8:18, 25:14, 34:6, 35:4, 35:25, 36:1, 36:18, 37:13, 96:17, 97:17, 167:8, 167:9, 167:12, 167:18, 168:1, 168:10, 169:1, 169:20, 169:23, 170:9
**documents** [19] - 49:12, 49:13, 52:7, 52:18, 53:14, 62:12,

63:1, 103:16, 118:22, 119:1, 119:4, 119:13, 119:17, 119:20, 120:3, 120:6, 121:11, 122:14, 135:24
**DOJ** [2] - 1:14, 1:17
**DOJ-Crm** [1] - 1:17
**DOJ-Nsd** [1] - 1:14
**done** [11] - 3:5, 33:14, 41:9, 48:14, 63:22, 70:21, 91:19, 98:11, 152:23, 159:7, 169:14
**door** [19] - 56:25, 57:2, 57:3, 57:9, 57:23, 57:24, 60:13, 60:15, 61:9, 86:16, 86:20, 89:7, 93:5, 126:4, 127:3, 127:6, 147:13
**double** [1] - 76:22
**double-cross** [1] - 76:22
**doubt** [1] - 162:20
**doubts** [1] - 49:19
**down** [19] - 26:6, 28:18, 31:23, 57:10, 57:13, 67:1, 67:10, 67:25, 68:18, 68:19, 69:2, 71:23, 72:6, 76:17, 76:18, 95:20, 128:16, 128:18, 151:8
**downtown** [1] - 23:3
**dozen** [1] - 106:20
**Dr** [2] - 8:12, 159:1
**draft** [2] - 6:9, 6:17
**drafted** [1] - 6:14
**draw** [1] - 160:19
**drawings** [3] - 52:10, 52:19, 62:22
**dressed** [8] - 57:2, 57:4, 57:12, 57:24, 64:10, 90:23, 127:11, 153:5
**drew** [1] - 88:9
**Drill** [3] - 155:13, 156:12
**drilling** [1] - 108:23
**drills** [2] - 160:18, 160:20
**drive** [1] - 62:21
**driven** [4] - 57:13, 59:4, 128:10, 128:21
**driving** [6] - 58:22, 58:23, 96:20, 96:22, 118:11, 118:17
**drug** [3] - 30:22, 30:25, 134:22

**drugs** [1] - 17:12
**Duhok** [1] - 22:8
**DULY** [2] - 4:2, 32:8
**duress** [20] - 166:25, 169:15, 169:24, 170:2, 170:7, 170:18, 178:16, 178:17, 179:21, 180:11, 180:12, 180:13, 180:16, 181:10, 181:13, 183:2, 183:4, 183:16, 184:19, 184:21
**during** [36] - 7:11, 18:25, 35:20, 45:7, 45:16, 50:19, 50:20, 52:5, 54:21, 65:2, 71:9, 80:25, 81:3, 82:14, 83:10, 88:9, 93:6, 98:22, 116:22, 129:10, 130:9, 130:17, 131:17, 132:5, 132:8, 135:7, 144:24, 145:4, 150:12, 162:10, 167:16, 176:8, 176:11, 179:4, 184:10
**duties** [1] - 85:11
**duty** [1] - 166:15

**E**

**early** [1] - 104:3
**earning** [2] - 35:17, 56:1
**ears** [6] - 69:1, 71:3, 74:21, 74:22, 80:9, 82:18
**easier** [2] - 82:16
**East** [1] - 4:15
**Eastern** [1] - 5:9
**eat** [3] - 87:17, 87:20, 91:15
**education** [1] - 32:25
**educational** [1] - 4:13
**effect** [3] - 7:8, 99:22, 149:23
**effort** [2] - 176:14, 176:23
**eight** [2] - 82:2, 83:11
**Eight** [1] - 1:8
**either** [12] - 3:13, 6:3, 13:21, 50:21, 53:18, 75:1, 82:9, 86:8, 93:8, 98:20, 177:10
**Eldorado** [4] - 155:13, 156:12, 160:18
**election** [3] - 21:1,

22:9, 22:12
**electricity** [3] - 18:6, 60:5, 70:23
**electronic** [1] - 52:16
**electronically** [1] - 137:1
**element** [6] - 14:25, 15:19, 25:25, 153:13, 153:24, 177:1
**elements** [1] - 156:13
**elicit** [1] - 14:22
**Elina** [53] - 39:20, 39:23, 40:9, 41:1, 47:4, 54:19, 54:25, 55:11, 55:14, 55:15, 56:11, 62:4, 66:3, 81:10, 81:14, 81:16, 82:5, 82:9, 86:5, 86:8, 95:14, 97:18, 101:19, 101:21, 106:24, 109:19, 123:23, 123:24, 124:2, 125:9, 125:19, 125:23, 125:25, 126:1, 127:1, 129:24, 130:4, 130:5, 130:6, 130:9, 130:16, 131:2, 131:7, 132:7, 134:5, 134:24, 136:25, 145:11, 145:12, 145:16, 147:22
**email** [2] - 84:22, 147:16
**emailed** [1] - 137:10
**Embassy** [1] - 175:20
**emblem** [1] - 91:2
**emotional** [2] - 98:21, 100:6
**employed** [7] - 4:24, 5:1, 6:8, 6:16, 7:13, 7:14, 170:22
**employee** [6] - 50:25, 169:5, 169:8, 169:9, 169:13, 169:16
**employee's** [1] - 169:11
**employees** [8] - 45:1, 49:18, 51:3, 106:20, 107:7, 113:11, 169:4, 169:10
**employment** [2] - 36:4, 103:15
**empty** [1] - 59:17
**enacted** [1] - 26:19
**enacting** [1] - 30:11
**enactment** [1] - 11:21
**end** [12] - 8:3, 37:7,

8

45:9, 46:15, 47:6, 48:7, 48:24, 66:13, 66:18, 94:6, 113:18, 161:4
**ended** [2] - 160:10, 172:14
**Enden** [4] - 39:20, 40:9, 47:4, 129:23
**enforcement** [4] - 52:14, 52:24, 88:10, 121:16
**engage** [1] - 8:8
**engaged** [3] - 13:14, 165:21
**Engineer** [2] - 32:24, 33:1
**engineer** [4] - 42:2, 101:12, 102:14, 124:11
**Engineering** [1] - 33:4
**engineering** [4] - 33:23, 38:23, 103:2, 105:20
**engineers** [1] - 109:20
**English** [14] - 4:18, 4:20, 4:23, 8:17, 9:4, 50:12, 53:16, 53:18, 58:17, 58:18, 68:4, 68:5, 68:8, 75:20
**enormous** [1] - 162:24
**ensure** [1] - 11:11
**enter** [1] - 64:5
**entered** [2] - 88:20, 89:17
**entire** [1] - 167:9
**entirely** [1] - 171:14
**entitled** [1] - 18:3
**episode** [1] - 184:12
**equation** [1] - 161:4
**Erbil** [8] - 22:8, 156:25, 167:16, 167:18, 167:22, 168:12, 174:13, 175:5
**escape** [4] - 93:17, 93:19, 93:20, 93:21
**escorted** [1] - 78:15
**especially** [1] - 18:10
**ESQ** [4] - 1:11, 1:14, 1:17, 1:20
**essence** [1] - 172:12
**essentially** [2] - 160:7, 168:9
**establish** [5] - 7:3, 15:12, 153:1, 158:1, 165:4
**established** [10] - 26:19, 153:7, 153:11, 153:14, 158:18, 159:4,

159:14, 159:16, 164:21, 171:19
**establishes** [1] - 158:15
**establishing** [2] - 22:20, 26:14
**estimate** [4] - 42:9, 42:10, 70:12, 90:20
**Estonia** [34] - 32:18, 33:1, 33:6, 35:17, 38:18, 38:25, 39:15, 39:16, 50:22, 54:20, 55:18, 86:1, 99:1, 99:12, 101:10, 103:23, 113:23, 113:25, 134:15, 135:12, 137:5, 141:2, 141:9, 141:13, 143:5, 143:9, 144:7, 148:23, 149:4, 149:6, 149:8, 149:10, 156:4, 169:18
**Estonian** [8] - 49:18, 53:17, 53:18, 64:19, 68:10, 163:17, 169:4, 169:10
**Estonians** [18] - 52:5, 76:21, 78:8, 86:6, 86:10, 104:22, 115:23, 120:19, 120:24, 120:25, 129:17, 132:16, 133:19, 136:6, 146:24, 148:18, 178:20, 178:23
**etc** [5] - 18:2, 164:9, 174:22, 178:25
**European** [4] - 110:25, 112:4, 112:6, 112:13
**evaluated** [1] - 139:22
**evaluates** [2] - 24:25
**evaluation** [1] - 25:1
**evening** [9] - 60:22, 60:24, 68:17, 91:16, 95:10, 95:24, 95:25, 132:9, 166:21
**event** [7] - 176:11, 176:17, 178:10, 178:14, 179:4, 183:14
**events** [8] - 51:15, 64:20, 64:21, 167:14, 171:4, 172:18, 177:16, 184:22
**eventually** [4] - 13:16, 90:5, 144:21, 178:22

**everywhere** [1] - 5:16
**Evidence** [5] - 15:2, 15:6, 15:7, 172:8, 172:16
**evidence** [56] - 6:2, 6:3, 6:4, 9:12, 24:25, 25:2, 25:4, 25:9, 34:20, 36:10, 37:2, 46:8, 88:17, 91:5, 94:18, 94:25, 152:4, 152:7, 152:9, 152:24, 152:25, 154:2, 154:18, 155:5, 155:17, 156:2, 156:5, 156:9, 157:5, 157:6, 157:22, 157:25, 158:15, 158:18, 159:14, 159:16, 159:17, 160:10, 160:12, 162:3, 162:4, 162:10, 162:14, 162:21, 163:14, 164:2, 164:24, 165:22, 166:24, 170:3, 170:6, 170:10, 170:16, 179:19
**evidentiary** [1] - 171:7
**ex** [1] - 167:19
**ex-wife** [1] - 167:19
**exact** [9] - 42:7, 42:8, 42:9, 69:16, 115:14, 124:12, 140:9, 140:10, 161:24
**exactly** [19] - 26:3, 49:5, 50:14, 55:11, 55:14, 68:2, 69:11, 110:6, 116:21, 119:12, 121:17, 121:21, 123:22, 127:16, 139:12, 140:18, 160:25, 166:18, 175:8
**exaggeration** [1] - 162:24
**EXAMINATION** [6] - 4:10, 18:20, 30:20, 32:13, 100:23, 144:17
**examination** [2] - 31:13, 185:19
**examine** [2] - 18:17, 100:21
**example** [6] - 17:20, 28:23, 29:14, 29:22, 98:23, 181:15
**examples** [2] - 17:18, 18:3
**exceeding** [1] - 13:6

**except** [4] - 10:19, 10:20, 14:5, 182:1
**Exception** [4] - 172:1, 179:13, 180:1, 185:3
**exception** [2] - 9:19, 171:24
**exchange** [1] - 148:24
**exchanging** [2] - 143:25, 144:3
**excuse** [2] - 29:6, 166:19
**excused** [4] - 151:9, 151:12, 151:17, 166:21
**Executive** [4] - 11:6, 11:12, 22:16, 22:22
**exemption** [1] - 121:5
**exercise** [1] - 87:21
**exhausted** [1] - 77:18
**exhaustive** [2] - 161:9, 161:16
**Exhibit** [35] - 2:7, 2:8, 2:9, 2:9, 2:10, 2:10, 2:11, 2:11, 2:12, 2:14, 8:18, 8:23, 9:11, 25:15, 34:5, 34:16, 34:19, 36:1, 36:8, 36:9, 36:17, 36:23, 37:1, 45:20, 46:7, 88:3, 88:13, 88:15, 88:16, 91:4, 94:17, 94:24, 182:9, 182:10, 182:14
**exhibit** [3] - 108:3, 176:4, 183:7
**exhibits** [2] - 3:4, 174:25
**exist** [2] - 109:5, 109:8
**existed** [1] - 7:10
**existence** [1] - 169:6
**existing** [1] - 181:8
**expanding** [1] - 150:2
**expect** [1] - 3:14
**expected** [4] - 44:17, 104:11, 104:13, 104:16
**expecting** [1] - 147:12
**expensive** [1] - 118:3
**experience** [6] - 12:12, 13:7, 30:10, 41:25, 85:24, 103:7
**experienced** [1] - 42:1
**expert** [15] - 7:21, 7:23, 8:2, 8:7, 8:10, 8:11, 8:13, 16:22, 20:18, 22:1, 107:22, 158:25, 163:19, 164:20
**explain** [8] - 5:22, 9:20, 10:1, 11:16,

20:20, 44:9, 48:8, 175:4
**explained** [2] - 13:17, 63:19
**explains** [1] - 51:15
**explanation** [2] - 7:2, 147:24
**export** [5] - 160:6, 160:13, 160:14, 162:5, 165:7
**Export** [2] - 1:15, 160:8
**exported** [1] - 160:13
**exporting** [1] - 155:7
**expressly** [1] - 180:4
**extends** [1] - 164:6
**extensive** [1] - 161:17
**extent** [7] - 176:13, 177:15, 177:16, 178:8, 179:22, 184:5, 184:9
**extra** [1] - 20:24
**extreme** [1] - 152:19

## F

**F3d** [3] - 162:22, 171:18, 172:4
**fabricate** [2] - 172:21, 182:24
**Facebook** [3] - 33:12, 101:20, 142:22
**faces** [1] - 184:17
**facilities** [4] - 12:19, 12:21, 12:25, 13:3
**facility** [2] - 13:24, 159:18
**facing** [2] - 66:19, 177:2
**fact** [27] - 3:11, 3:20, 15:3, 15:20, 103:19, 111:4, 119:3, 124:21, 125:6, 126:18, 129:2, 131:5, 136:6, 136:15, 138:8, 138:22, 140:3, 140:24, 153:8, 154:18, 154:19, 162:19, 165:24, 170:22, 171:11, 181:25, 184:16
**factors** [1] - 182:22
**factory** [23] - 41:10, 41:19, 41:20, 41:21, 43:22, 45:5, 45:10, 45:13, 45:15, 46:2, 46:16, 97:25, 98:2, 98:3, 98:4, 98:17, 102:18, 109:4,

**9**

109:7, 114:5, 115:4, 115:6, 120:8

**facts** [5] - 16:17, 152:20, 170:16, 172:2, 179:14

**fail** [2] - 154:25, 156:13

**failed** [2] - 156:13, 159:8

**fails** [3] - 6:1, 154:24, 156:14

**fair** [8] - 19:5, 28:1, 103:13, 109:23, 126:22, 133:20, 152:6, 186:10

**fall** [1] - 123:7

**false** [3] - 17:16, 168:6, 168:21

**familiar** [6] - 6:24, 7:10, 8:16, 25:6, 92:5, 108:13

**family** [4] - 86:2, 93:14, 121:18, 149:3

**far** [9] - 16:8, 37:8, 40:14, 43:19, 87:4, 107:2, 164:15, 167:5, 179:18

**Fargo** [2] - 157:2, 162:12

**Faruk** [12] - 42:21, 42:23, 43:1, 139:20, 139:25, 140:3, 146:5, 146:12, 169:5, 170:21, 184:25

**Faruks** [3] - 115:6, 115:8, 115:13

**fashion** [2] - 16:20, 165:25

**fast** [1] - 57:12

**fault** [1] - 137:14

**favorable** [3] - 152:5, 157:22, 162:18

**favorite** [1] - 82:19

**FBI** [5] - 167:13, 167:17, 168:1, 168:16, 173:7

**FBI's** [1] - 168:1

**fear** [14] - 99:6, 99:19, 99:20, 99:24, 120:5, 120:10, 121:6, 121:7, 133:4, 148:25, 149:1, 169:6, 169:9

**fears** [1] - 133:8

**February** [14] - 33:10, 37:24, 41:7, 104:5, 167:22, 167:24, 170:14, 175:4, 175:14, 176:22,

181:11, 182:20, 183:7, 184:8

**Federal** [3] - 15:7, 154:16, 172:16

**feet** [3] - 67:2, 67:3, 84:9

**fell** [2] - 67:1, 77:17

**fellas** [1] - 115:19

**fellow** [2] - 129:16, 133:19

**Felony** [3] - 13:21, 13:22, 25:3

**felony** [4] - 24:6, 24:7, 24:8, 24:15

**felt** [6] - 54:12, 98:12, 120:4, 121:6, 121:7, 137:14

**fence** [1] - 89:21

**few** [14] - 3:2, 25:22, 26:6, 30:18, 32:2, 70:12, 78:20, 86:14, 111:23, 139:18, 139:19, 144:19, 170:23, 180:20

**few-minute** [1] - 32:2

**fighting** [2] - 133:13, 133:16

**figure** [1] - 20:12

**figured** [1] - 148:9

**file** [1] - 3:17

**filed** [1] - 169:1

**files** [2] - 52:8, 52:18

**final** [3] - 12:22, 47:11, 112:18

**finally** [4] - 3:3, 57:9, 153:13, 159:8

**financial** [5] - 49:10, 52:7, 52:18, 118:22, 119:1

**financials** [1] - 55:25

**findings** [1] - 111:20

**fined** [1] - 164:8

**finger** [4] - 84:16, 84:25, 85:1, 85:6

**fingers** [4] - 18:7, 18:8, 18:10, 84:17

**finished** [9] - 43:6, 43:7, 55:9, 78:13, 96:13, 96:17, 98:2, 98:4, 120:8

**fire** [2] - 123:14, 125:15

**firearm** [2] - 29:16, 103:5

**firearms** [1] - 103:7

**fired** [1] - 147:6

**firing** [11] - 89:4, 89:5, 89:6, 89:13, 155:20, 156:1, 156:10, 160:15, 161:14,

161:25, 165:3

**firm** [1] - 5:12

**firmly** [1] - 171:19

**First** [1] - 26:16

**first** [60] - 3:2, 8:22, 10:16, 10:18, 10:25, 14:1, 16:5, 37:4, 38:2, 38:13, 41:17, 42:10, 43:7, 45:2, 48:23, 50:18, 54:19, 54:20, 57:11, 60:20, 60:21, 60:22, 61:23, 64:21, 67:18, 70:14, 71:11, 71:16, 71:22, 73:4, 75:1, 77:7, 79:18, 82:14, 86:6, 86:15, 89:16, 94:5, 104:19, 105:25, 106:5, 106:8, 106:14, 115:24, 123:23, 129:7, 129:25, 132:9, 145:11, 145:12, 151:25, 153:11, 155:6, 157:25, 167:6, 173:3

**fist** [1] - 66:23

**fists** [4] - 67:14, 71:9, 82:15, 82:17

**five** [6] - 40:15, 80:25, 81:4, 87:24, 93:6, 93:11

**five-week** [2] - 80:25, 81:4

**fixed** [1] - 150:17

**fixture** [1] - 142:13

**flag** [1] - 164:23

**flags** [1] - 159:23

**flew** [1] - 99:1

**fliers** [1] - 156:7

**flight** [1] - 56:6

**floor** [14] - 41:21, 45:9, 46:2, 59:23, 67:6, 71:24, 72:7, 93:25, 98:4, 98:17, 98:24, 109:4, 109:7

**flown** [1] - 126:19

**fluent** [1] - 4:20

**fly** [2] - 56:5, 159:23

**flying** [1] - 164:23

**focus** [2] - 13:10, 114:22

**focusing** [1] - 28:10

**followed** [1] - 168:9

**following** [2] - 172:7, 174:6

**FOLLOWS** [2] - 4:2, 32:8

**follows** [1] - 163:3

**food** [4] - 86:19,

87:18, 133:19, 133:24

**foot** [2] - 57:3, 127:6

**FOR** [3] - 1:1, 1:10, 1:19

**force** [9] - 14:9, 17:7, 17:8, 17:18, 18:1, 18:3, 18:14

**forced** [2] - 134:11, 135:5

**Forces** [1] - 164:19

**foregoing** [3] - 188:7, 188:10, 188:22

**foreign** [3] - 10:10, 12:13, 12:17

**Foreign** [2] - 5:1, 5:3

**forget** [1] - 85:2

**form** [1] - 135:23

**former** [2] - 4:23, 173:13

**forms** [3] - 14:7, 152:18, 170:1

**forth** [4] - 152:13, 152:24, 176:24, 188:9

**forward** [2] - 26:9, 183:13

**fought** [1] - 11:4

**foundation** [5] - 26:18, 27:1, 105:21, 111:16, 122:18

**four** [13] - 22:12, 22:13, 57:23, 58:14, 72:14, 82:21, 82:24, 82:25, 87:8, 87:24, 90:3, 147:12, 158:23

**Frank** [3] - 155:12, 160:17, 160:25

**fraud** [1] - 165:15

**free** [1] - 26:4

**freedom** [2] - 31:18, 42:16

**Freedoms** [1] - 13:25

**freedoms** [1] - 19:7

**freelance** [1] - 7:14

**freeman** [1] - 162:22

**freer** [1] - 19:8

**French** [1] - 25:13

**frequently** [2] - 50:17, 50:18

**Friday** [3] - 61:12, 150:5, 150:10

**friend** [3] - 101:23, 142:1, 142:2

**friendly** [4] - 61:11, 85:18, 141:24, 149:2

**friends** [2] - 43:23, 131:8

**front** [8] - 25:18, 34:4, 40:6, 62:1, 81:21,

88:3, 95:13, 138:24

**fuel** [2] - 87:15, 172:14

**fuel-stealing** [1] - 172:14

**full** [5] - 11:11, 22:21, 24:24, 31:17, 77:16

**fully** [3] - 3:3, 71:18, 186:7

**function** [1] - 165:17

**funder** [1] - 161:23

**funds** [2] - 136:22, 137:1

**future** [2] - 104:18, 181:9

**G**

**gas** [12] - 155:20, 155:25, 156:5, 156:10, 160:15, 161:13, 161:16, 161:18, 161:19, 161:21, 161:25, 165:3

**gather** [1] - 25:9

**gathers** [1] - 25:4

**gear** [1] - 92:1

**general** [4] - 18:14, 20:18, 27:4, 86:18

**General** [4] - 5:6, 167:15, 167:18, 168:12

**generally** [1] - 10:1

**generator** [1] - 98:1

**genitals** [1] - 71:6

**gentlemen** [1] - 177:5

**Germany** [1] - 33:2

**gestures** [1] - 74:9

**gift** [1] - 142:7

**GINO** [1] - 1:20

**girls** [1] - 71:12

**given** [7] - 17:22, 73:18, 136:25, 173:1, 176:2, 182:3

**Global** [1] - 162:1

**Glock** [1] - 42:5

**goal** [1] - 6:19

**God** [2] - 25:21, 85:6

**Goizha** [1] - 38:7

**goodbye** [1] - 96:14

**Goran** [22] - 58:13, 58:15, 58:16, 60:24, 84:1, 84:15, 85:7, 85:10, 85:17, 85:21, 85:22, 96:16, 128:1, 128:2, 128:3, 128:7, 139:7, 139:8, 139:9, 141:22, 151:3

**Goran's** [2] - 85:13, 85:19

**10**

**GOVERNMENT** [1] - 1:10
**Government** [60] - 2:3, 2:7, 3:25, 7:20, 8:17, 9:6, 11:6, 14:21, 18:3, 22:6, 25:15, 25:16, 27:16, 32:6, 34:15, 35:25, 36:5, 36:17, 36:22, 44:2, 44:5, 44:9, 44:10, 45:19, 46:3, 88:3, 88:12, 94:17, 94:24, 108:8, 116:6, 129:10, 151:12, 151:14, 152:3, 152:5, 152:23, 153:9, 154:6, 154:14, 154:16, 154:20, 156:12, 156:20, 156:24, 157:7, 157:15, 159:2, 159:8, 163:9, 165:22, 167:11, 169:19, 173:23, 175:13, 177:9, 182:16, 185:19, 185:21
**government** [3] - 6:18, 22:7, 36:25
**Government's** [21] - 3:14, 3:21, 8:23, 9:3, 9:7, 9:11, 34:16, 34:19, 36:6, 36:9, 36:23, 37:1, 46:4, 46:7, 88:16, 91:4, 154:4, 168:24, 170:23, 177:7, 182:21
**government's** [4] - 9:10, 34:18, 36:8, 46:6
**Governmental** [1] - 6:6
**gradually** [1] - 70:15
**granted** [1] - 157:23
**gratitude** [1] - 53:8
**Gratitude** [1] - 121:23
**gravel** [3] - 77:12, 78:6, 78:7
**great** [1] - 47:9
**greater** [1] - 11:16
**Greece** [11] - 55:2, 55:4, 55:6, 56:8, 125:21, 126:6, 126:11, 126:12, 126:18, 126:19, 126:23
**green** [1] - 91:1
**greetings** [1] - 144:3
**grew** [1] - 31:10

**groin** [4] - 71:2, 84:12, 84:14, 151:3
**ground** [4] - 28:18, 84:13, 107:1, 150:25
**grounds** [1] - 15:5
**group** [2] - 107:6, 115:24
**Group** [1] - 164:17
**growing** [3] - 23:19, 23:20, 42:11
**grown** [1] - 140:12
**GRU** [1] - 6:22
**guarantees** [2] - 31:16, 31:17
**guarded** [1] - 60:18
**guards** [4] - 43:11, 61:9, 78:25, 131:2
**guess** [10] - 18:25, 72:14, 78:12, 126:17, 127:9, 136:5, 181:15, 186:6, 186:23, 187:1
**guilt** [1] - 162:20
**gun** [3] - 89:10, 160:20, 161:6
**Guns** [1] - 155:22
**guns** [4] - 48:16, 56:25, 90:14, 107:22
**guy** [8] - 19:7, 29:18, 61:14, 66:14, 66:21, 75:20, 118:11, 127:6
**guys** [5] - 43:4, 127:20, 132:9, 132:12, 138:22

**H**

**half** [5] - 59:16, 59:21, 71:20, 106:20, 172:10
**Half** [2] - 59:21
**Hall** [1] - 161:2
**hand** [13] - 18:10, 39:24, 48:14, 69:3, 69:4, 71:2, 74:9, 78:15, 123:24, 139:23, 145:11, 145:12
**handcuffed** [3] - 77:20, 77:21, 77:25
**handcuffs** [1] - 77:17
**handed** [1] - 175:24
**handgun** [1] - 64:13
**handled** [3] - 30:23, 31:1, 31:3
**hanging** [1] - 186:23
**happy** [1] - 16:12
**hard** [8] - 62:21, 66:22, 69:21, 71:25, 72:18, 76:18, 83:23,

171:7
**harm** [6] - 17:8, 17:15, 18:2, 18:15, 158:5, 163:11
**harsher** [2] - 10:23, 11:20
**hastily** [1] - 179:6
**HAVING** [2] - 4:1, 32:7
**head** [22] - 48:25, 57:15, 58:21, 59:2, 59:8, 59:13, 68:22, 69:6, 69:15, 69:22, 72:7, 76:18, 89:17, 90:5, 128:11, 128:16, 128:18, 140:5, 140:7, 142:13, 147:14
**heading** [1] - 58:23
**heads** [2] - 142:11, 142:12
**health** [1] - 12:5
**hear** [10] - 32:16, 51:16, 75:7, 89:6, 89:9, 89:13, 90:8, 91:17, 91:24, 125:9
**heard** [10] - 22:1, 57:7, 101:19, 107:6, 107:7, 118:5, 152:21, 154:3, 158:13, 158:14
**hearing** [3] - 3:15, 33:25, 104:25
**Hearsay** [1] - 185:3
**hearsay** [11] - 49:21, 53:24, 54:6, 54:7, 55:12, 61:15, 75:11, 81:18, 81:24, 122:23, 145:19
**held** [15] - 57:19, 59:14, 59:15, 61:24, 87:13, 88:22, 93:6, 93:10, 94:13, 167:19, 167:23, 168:3, 168:13, 168:18, 181:17
**helicopters** [2] - 90:16, 90:18
**helmets** [1] - 92:1
**help** [6] - 28:25, 41:18, 109:13, 129:12, 134:25, 136:22
**here(indicating)** [3] - 88:21, 88:23, 89:1
**hereby** [1] - 188:6
**hereinbefore** [1] - 188:9
**Heret** [24] - 39:20, 40:9, 41:1, 47:4, 56:1, 66:2, 66:7, 66:9, 75:23, 77:5,

86:8, 95:14, 99:17, 106:23, 109:19, 124:4, 124:10, 129:22, 130:3, 131:7, 134:5, 143:20, 144:10
**Heret's** [1] - 39:21
**Hernandez** [1] - 171:17
**high** [2] - 111:24, 152:12
**higher** [2] - 85:16, 139:10
**higher-up** [1] - 85:16
**highly** [1] - 15:7
**himself** [5] - 78:15, 162:11, 169:9, 169:11, 183:23
**HINKLEY** [37] - 1:11, 3:25, 4:8, 4:11, 7:20, 8:14, 8:19, 8:21, 9:6, 9:13, 15:10, 16:1, 16:8, 16:20, 16:25, 17:3, 17:4, 18:5, 18:16, 27:16, 29:5, 29:7, 30:18, 30:21, 31:21, 31:24, 32:2, 108:7, 151:14, 157:16, 162:7, 181:6, 182:7, 186:11, 186:15, 186:20, 187:3
**Hinkley** [1] - 15:9
**hire** [1] - 39:5
**hired** [2] - 42:17, 43:21
**hit** [9] - 57:11, 66:14, 66:21, 67:18, 68:16, 68:18, 68:19, 78:15, 180:19
**hitting** [4] - 67:12, 69:5, 71:25, 80:9
**hold** [2] - 3:13, 3:15
**holding** [2] - 79:2, 175:18
**Holdings** [2] - 42:21, 42:23
**hole** [1] - 61:7
**holiday** [1] - 54:21
**home** [16] - 53:21, 56:5, 96:21, 97:5, 113:12, 113:19, 113:24, 114:11, 127:2, 136:19, 140:16, 140:18, 140:22, 140:24, 141:17, 147:6
**Honor** [82] - 4:8, 7:20, 7:22, 8:1, 8:19, 9:6, 14:16, 14:19, 15:4,

15:10, 15:22, 16:13, 17:3, 17:21, 18:16, 18:18, 27:16, 29:5, 29:9, 30:19, 31:21, 31:24, 32:2, 34:15, 36:5, 36:7, 36:22, 46:3, 49:21, 51:13, 75:13, 81:18, 88:12, 100:14, 108:4, 151:7, 151:14, 151:20, 151:25, 152:2, 152:8, 152:11, 152:19, 153:7, 153:13, 153:16, 153:19, 154:2, 154:24, 155:5, 156:14, 156:16, 156:20, 156:22, 157:4, 157:9, 157:11, 157:16, 157:17, 157:19, 160:6, 162:3, 162:8, 167:2, 173:13, 177:7, 179:1, 181:7, 181:24, 182:5, 182:8, 182:13, 182:18, 183:10, 183:12, 184:1, 185:7, 186:2, 186:11, 186:20, 187:3
**HONORABLE** [1] - 1:8
**hope** [4] - 135:12, 136:4, 147:8, 177:6
**hoping** [1] - 147:5
**hose** [4] - 71:14, 71:16, 71:17, 84:12
**hoses** [6] - 72:5, 72:13, 74:21, 76:18, 82:20, 163:21
**hospital** [6] - 139:17, 139:20, 139:22, 140:21, 141:2, 141:10
**Hospital** [3] - 146:5, 146:6, 146:12
**hot** [1] - 86:17
**hour** [1] - 74:16
**hours** [4] - 78:23, 78:24, 79:3, 79:4
**house** [1] - 136:19
**houses** [1] - 59:17
**hugged** [1] - 65:22
**hum** [1] - 75:25
**Human** [1] - 4:16
**hundreds** [1] - 159:22
**hurt** [2] - 78:17, 150:23
**husband** [1] - 28:24

**11**

**Hussein** [3] - 18:25, 19:8, 19:21

**I**

**idea** [1] - 147:9
**ideas** [2] - 94:1, 94:2
**identified** [4] - 36:15, 37:13, 100:15, 159:2
**Identified** [1] - 2:7
**identity** [1] - 31:16
**illegal** [5] - 15:20, 15:23, 44:15, 48:1, 134:22
**imagine** [3] - 185:17, 185:18, 185:23
**imminent** [2] - 158:9, 158:13
**impartial** [1] - 25:8
**imply** [1] - 51:8
**implying** [1] - 107:19
**important** [3] - 24:17, 43:5, 43:19
**importantly** [1] - 161:22
**importing** [2] - 47:16, 47:19
**imposed** [1] - 10:24
**impressed** [1] - 105:19
**imprisoned** [3] - 13:3, 145:2, 164:8
**imprisonment** [4] - 12:3, 12:9, 12:17, 13:9
**improvement** [1] - 136:19
**improving** [1] - 6:19
**IN** [1] - 1:1
**in-person** [1] - 54:17
**incident** [1] - 132:15
**incidental** [1] - 163:7
**incidents** [1] - 100:4
**include** [2] - 163:20, 167:15
**included** [1] - 168:1
**includes** [1] - 154:1
**including** [5] - 10:4, 113:22, 165:9, 169:25, 170:16
**increase** [2] - 35:20, 35:23
**incriminates** [1] - 183:23
**incurred** [1] - 14:11
**indeed** [2] - 16:22, 159:21
**independence** [3] - 10:25, 11:11, 22:21
**independent** [2] -

10:19, 22:22
**India** [3] - 47:15, 48:3, 157:1
**indicate** [2] - 155:17, 183:3
**indicated** [5] - 17:5, 126:10, 136:1, 155:2, 187:1
**indicating** [1] - 162:1
**indictment** [11] - 16:9, 151:21, 152:1, 155:4, 156:7, 156:16, 156:23, 157:12, 169:25, 170:13
**individual** [11] - 10:4, 10:11, 11:23, 12:13, 13:8, 13:16, 15:16, 24:18, 127:25, 128:3, 154:10
**individually** [2] - 66:10, 75:24
**individuals** [1] - 31:19
**inference** [2] - 152:6, 160:20
**inferior** [1] - 161:21
**infidels** [4] - 26:8, 26:10, 26:12, 26:13
**inflict** [3] - 131:3, 158:3, 163:5
**inflicted** [1] - 158:11
**infliction** [4] - 158:7, 163:12
**influence** [1] - 17:10
**influences** [3] - 11:12, 17:14, 22:22
**influential** [1] - 30:11
**inform** [1] - 28:7
**information** [6] - 55:25, 73:18, 122:14, 122:17, 139:7, 175:16
**informed** [1] - 56:11
**inhumane** [3] - 14:8, 14:14, 152:18
**initial** [2] - 67:23, 68:18
**initiate** [1] - 142:4
**initiatives** [1] - 6:20
**injection** [2] - 42:1, 108:22
**injured** [1] - 169:11
**injuries** [3] - 79:11, 99:25, 100:6
**injury** [1] - 184:24
**inner** [1] - 115:20
**inquiry** [1] - 25:16
**inside** [11] - 60:13, 62:5, 62:6, 62:7, 78:14, 91:10, 95:15,

98:5, 109:9, 109:11
**insisted** [1] - 11:9
**instance** [2] - 157:1, 173:18
**instead** [1] - 47:24
**Institute** [2] - 4:17, 5:2
**instruct** [1] - 166:14
**instruction** [1] - 152:17
**instructions** [3] - 81:15, 82:6, 166:20
**insurance** [1] - 135:23
**intended** [4] - 158:3, 162:2, 163:5, 172:9
**intends** [1] - 169:24
**intent** [3] - 15:1, 171:21, 181:9
**intentional** [2] - 158:7, 163:12
**intentionally** [1] - 158:11
**intents** [1] - 105:8
**inter** [1] - 170:16
**interact** [1] - 93:4
**interacted** [1] - 74:8
**interacting** [1] - 85:17
**interest** [3] - 172:12, 183:20, 183:22
**interested** [1] - 52:24
**interests** [1] - 163:1
**interfere** [2] - 28:22, 28:25
**Interior** [1] - 13:1
**international** [1] - 6:22
**interpreted** [1] - 157:22
**interrogated** [8] - 79:18, 81:1, 81:2, 81:4, 81:6, 82:11, 131:16, 131:18
**interrogation** [7] - 89:20, 96:15, 129:6, 132:1, 138:15, 153:6, 169:12
**intertwined** [1] - 42:22
**intervention** [1] - 169:16
**interview** [2] - 102:3, 102:6
**introduce** [1] - 3:5
**investigate** [2] - 18:12, 116:23
**investigated** [2] - 13:19, 14:4
**investigating** [1] - 5:25
**Investigating** [1] - 24:21
**investigation** [3] -

12:22, 13:15, 13:18
**investigative** [1] - 24:22
**Investigative** [5] - 5:20, 13:20, 24:23, 29:21
**investigators** [1] - 135:11
**invite** [1] - 172:10
**invited** [1] - 143:20
**invoice** [2] - 161:22, 161:24
**invoiced** [1] - 156:6
**involved** [9] - 6:13, 6:18, 10:7, 13:15, 30:10, 33:13, 46:19, 173:16, 183:20
**involves** [1] - 153:23
**involving** [1] - 84:16
**Iran** [1] - 4:16
**Iraq** [80] - 5:6, 5:9, 5:14, 5:16, 5:17, 5:19, 6:9, 6:15, 6:23, 7:3, 7:7, 7:16, 9:18, 10:2, 10:11, 10:12, 11:9, 12:14, 12:17, 13:8, 15:12, 15:23, 17:19, 18:23, 19:3, 19:7, 19:10, 20:4, 20:10, 20:14, 20:18, 22:2, 22:25, 23:24, 27:12, 28:15, 29:15, 30:14, 31:10, 34:3, 37:15, 37:17, 37:19, 44:1, 46:16, 47:22, 49:11, 54:15, 103:17, 104:1, 108:25, 122:5, 122:8, 134:20, 135:20, 141:14, 153:9, 155:7, 155:16, 155:19, 156:1, 156:25, 159:15, 160:11, 160:19, 161:6, 161:7, 161:17, 162:2, 164:20, 165:8, 167:16, 167:20, 168:14, 173:15, 184:23
**Iraqi** [50] - 4:22, 4:23, 5:1, 6:7, 6:8, 6:10, 6:16, 6:19, 6:24, 7:2, 7:4, 7:10, 7:15, 7:18, 7:19, 7:21, 8:13, 8:16, 8:25, 9:16, 10:4, 10:10, 11:3, 11:22, 12:17, 14:15, 15:14, 15:17, 15:18, 15:20, 15:23, 16:4,

16:6, 16:10, 16:11, 16:16, 16:23, 17:6, 19:19, 21:23, 25:23, 26:1, 26:4, 26:21, 27:22, 28:5, 31:17, 44:9, 116:6, 154:12
**Iraqis** [1] - 116:11
**irrational** [2] - 123:18, 124:22
**IS** [2] - 4:1, 32:7
**ISIS** [7] - 42:15, 92:4, 132:24, 133:4, 133:8, 133:13, 133:16
**Islam** [5] - 26:17, 26:20, 26:25, 27:3, 27:5
**Islamic** [3] - 31:14, 31:16
**issue** [23] - 3:3, 3:15, 3:21, 6:1, 14:24, 15:2, 48:16, 117:3, 154:23, 156:10, 163:2, 166:2, 166:7, 166:23, 167:5, 171:4, 172:23, 179:9, 183:2, 183:6, 183:15, 183:16
**issued** [2] - 22:20
**issues** [3] - 147:7, 171:5, 181:22
**items** [9] - 155:18, 156:20, 156:21, 160:9, 160:10, 160:25, 161:2, 165:5
**itself** [4] - 54:12, 98:4, 114:5, 168:15

**J**

**jacket** [1] - 100:13
**jackets** [1] - 90:25
**Jackson** [5] - 172:6, 178:9, 179:3, 182:22, 183:12
**janitor** [1] - 124:7
**January** [4] - 35:1, 36:14, 37:6, 101:17
**Jasperse** [1] - 157:16
**JASPERSE** [50] - 1:17, 32:6, 32:14, 34:15, 34:21, 36:5, 36:11, 36:22, 37:3, 46:3, 46:9, 46:11, 49:22, 49:25, 51:15, 51:19, 53:25, 54:9, 55:16, 61:16, 75:12, 75:15, 75:17, 81:19, 82:1, 88:12, 88:18, 91:4, 91:6, 94:16,

**12**

94:19, 94:24, 95:2, 100:14, 100:17, 105:21, 111:16, 122:18, 122:23, 131:19, 133:5, 144:16, 144:18, 145:22, 147:3, 148:14, 148:22, 151:6, 151:9, 157:19

**Jeeps** [1] - 86:25
**JFK** [1] - 180:20
**job** [18] - 33:11, 33:13, 33:21, 34:2, 34:9, 34:10, 35:4, 35:12, 39:12, 39:21, 39:23, 40:21, 41:16, 101:19, 110:24, 111:15, 112:22, 115:14
**joint** [2] - 23:6, 24:1
**joke** [1] - 98:18
**Jordan** [2] - 4:14, 4:15
**journal** [1] - 122:2
**JR** [1] - 1:20
**Judge** [25] - 5:20, 5:23, 5:24, 10:7, 13:20, 17:5, 24:21, 24:22, 24:23, 24:24, 25:8, 28:7, 29:21, 29:22, 29:24, 30:1, 30:8, 153:17, 175:4, 177:4, 178:8, 183:17
**Judge's** [1] - 28:13
**Judges** [2] - 13:14, 13:18
**Judgment** [4] - 151:20, 157:12, 162:17, 164:3
**Judgments** [1] - 152:4
**Judicial** [18] - 5:19, 5:22, 6:7, 6:9, 10:14, 11:7, 11:23, 12:8, 13:14, 14:5, 22:14, 22:15, 22:21, 27:22, 27:25, 30:23, 31:1, 31:8
**Judiciary** [7] - 10:18, 10:19, 11:1, 11:5, 11:11, 11:13, 22:21
**Judy** [2] - 3:22, 151:15
**July** [4] - 46:13, 46:14, 46:15, 156:3
**juncture** [1] - 8:9
**June** [4] - 43:10, 47:6, 113:9, 113:18
**jurisdiction** [3] - 10:12, 154:14, 154:16
**Jurist** [1] - 7:19
**Jury** [1] - 1:8

**jury** [34] - 3:2, 3:20, 3:22, 3:23, 9:21, 11:1, 12:1, 14:2, 14:20, 14:25, 15:4, 16:2, 16:14, 31:15, 32:16, 32:25, 43:3, 115:2, 151:16, 151:17, 152:17, 160:19, 162:3, 162:15, 163:15, 164:2, 164:12, 165:14, 165:22, 166:11, 166:15, 166:21, 186:23
**Justice** [6] - 6:13, 11:5, 12:20, 13:1, 13:4
**justification** [1] - 155:2

### K

**Kadaja** [3] - 39:20, 40:9, 47:4
**Kadaja's** [1] - 39:23
**keep** [15] - 13:5, 28:6, 28:11, 30:7, 32:15, 33:24, 48:10, 48:11, 52:20, 53:3, 53:7, 53:9, 79:9, 86:18, 148:25
**keeping** [1] - 121:20
**kept** [6] - 14:4, 42:11, 60:15, 60:16, 139:9, 153:3
**key** [1] - 107:20
**kidnapping** [1] - 170:10
**Kiiman** [2] - 38:13, 38:24
**kill** [2] - 64:2, 169:5
**killed** [11] - 51:25, 52:1, 120:8, 120:11, 120:17, 120:19, 121:2, 148:16, 148:17, 167:25, 169:10
**kilometers** [1] - 40:15
**kin** [1] - 175:17
**kind** [16] - 4:12, 10:16, 42:4, 63:4, 74:20, 79:15, 81:22, 86:24, 89:21, 90:18, 91:2, 103:1, 122:3, 127:6, 163:20, 178:25
**kindness** [2] - 150:13, 150:20
**kinds** [1] - 49:15
**kitchen** [2] - 41:2, 98:8

**Kiviking** [4] - 38:14, 39:9, 56:18, 129:22
**knees** [3] - 71:24, 72:6, 76:17
**knock** [2] - 56:24, 127:3
**knocked** [4] - 28:18, 67:10, 68:18, 68:19
**knowing** [3] - 125:9, 155:14, 171:1
**knowledge** [6] - 49:6, 97:20, 105:19, 115:7, 177:20, 177:25
**known** [4] - 101:25, 105:12, 129:23, 140:14
**knows** [3] - 135:20, 135:24, 135:25
**KRD** [1] - 22:7
**Kristel** [3] - 38:13, 38:24, 39:5
**KRISTIN** [4] - 1:24, 188:3, 188:13, 188:16
**Kristy** [4] - 155:10, 160:17, 160:23, 161:3
**Kurd** [2] - 20:15, 21:8
**Kurdish** [14] - 21:21, 22:8, 43:18, 68:12, 68:14, 73:23, 82:12, 100:1, 131:18, 158:21, 159:1, 159:4, 159:17, 159:23
**Kurdistan** [32] - 19:12, 19:13, 19:14, 22:1, 22:3, 22:9, 23:9, 23:12, 30:22, 30:25, 37:18, 37:19, 38:15, 38:19, 39:1, 39:3, 44:18, 50:3, 53:3, 97:3, 99:7, 104:1, 108:25, 116:19, 141:16, 142:16, 145:24, 146:3, 158:22, 164:11, 164:19, 164:23
**Kurds** [13] - 25:23, 26:13, 42:13, 43:21, 48:20, 49:20, 51:10, 51:21, 64:2, 116:11, 131:11, 148:9, 148:10

### L

**lack** [7] - 25:2, 105:21, 111:16, 122:18,

148:10, 148:19, 170:18
**lacking** [1] - 154:16
**Lahur** [12] - 167:20, 167:23, 167:24, 168:3, 168:5, 168:14, 168:18, 168:20, 168:21, 181:17, 184:17
**laid** [1] - 182:22
**language** [5] - 4:23, 8:25, 58:16, 68:3, 73:22
**languages** [1] - 4:20
**large** [1] - 178:15
**last** [11] - 3:7, 35:24, 37:7, 50:8, 71:7, 71:8, 80:10, 91:14, 128:8, 134:18, 157:21
**lasted** [1] - 87:24
**lasting** [2] - 99:25, 100:6
**late** [2] - 122:4, 123:7
**lathes** [3] - 108:20, 108:21, 108:22
**latter** [3] - 114:22, 153:24
**laundering** [4] - 156:22, 162:7, 162:14, 165:15
**Law** [23] - 3:17, 4:14, 4:15, 4:17, 5:6, 5:7, 5:9, 5:10, 6:9, 6:12, 6:23, 7:7, 8:13, 9:17, 16:10, 16:16, 16:24, 17:6, 25:6, 25:10, 25:12, 31:14
**law** [60] - 3:9, 5:11, 5:12, 5:17, 6:11, 6:14, 6:17, 7:21, 9:22, 9:23, 10:19, 10:20, 10:21, 11:15, 11:19, 11:20, 11:21, 12:5, 13:11, 14:11, 15:14, 15:17, 15:20, 15:23, 16:4, 16:7, 18:22, 20:21, 21:11, 21:12, 23:14, 26:9, 26:14, 26:19, 27:22, 52:14, 52:24, 88:10, 121:16, 137:19, 147:21, 148:4, 152:16, 152:22, 152:23, 158:3, 158:17, 159:3, 159:25, 160:2, 163:5, 164:15, 164:25, 165:1, 165:2, 166:7, 180:8,

182:3
**lawful** [5] - 15:13, 16:3, 31:11, 153:8, 163:7
**laws** [2] - 19:14, 30:12
**lawyer** [1] - 18:23
**laymen's** [1] - 9:20
**layout** [2] - 41:19, 88:6
**lead** [4] - 6:11, 17:16, 18:8, 30:11
**leading** [3] - 82:3, 84:4, 148:20
**learn** [3] - 33:11, 58:10, 85:19
**learned** [4] - 56:1, 112:11, 128:6, 136:18
**least** [11] - 45:2, 48:23, 53:2, 71:8, 81:14, 130:12, 153:5, 156:5, 174:8, 182:18, 184:11
**leave** [21] - 53:21, 54:15, 55:21, 55:22, 66:11, 90:5, 96:4, 96:12, 96:18, 97:10, 97:12, 97:15, 97:18, 97:19, 138:25, 139:2, 139:8, 169:17, 181:17, 184:23, 187:1
**leaves** [2] - 65:23, 170:25
**leaving** [9] - 45:4, 55:1, 90:4, 95:24, 106:14, 106:17, 139:10, 178:22, 178:23
**lectures** [1] - 5:9
**led** [1] - 127:25
**left** [15] - 35:6, 39:5, 46:16, 47:6, 65:2, 71:2, 95:25, 108:25, 109:8, 116:14, 122:4, 139:13, 141:16, 142:16, 178:24
**legal** [4] - 6:6, 6:10, 6:20, 147:24
**Legal** [1] - 167:15
**legality** [1] - 44:14
**legislation** [2] - 26:18, 27:1
**Legislative** [2] - 11:12, 22:23
**legs** [2] - 71:23, 84:7
**length** [1] - 59:20
**lengthy** [1] - 172:9
**less** [5] - 19:3, 23:12, 97:8, 142:14, 170:24

**13**

**letter** [14] - 134:9, 134:12, 134:14, 134:17, 135:17, 136:1, 136:12, 175:19, 175:20, 175:25, 176:1, 176:3, 176:21
**letters** [5] - 93:13, 136:15, 145:7, 145:10, 145:16
**level** [7] - 85:15, 107:2, 124:17, 124:19, 152:12, 152:16, 152:21
**liberty** [2] - 10:5, 14:3
**license** [1] - 175:1
**lie** [1] - 71:23
**life** [5] - 10:5, 26:4, 63:25, 64:3, 79:15
**lift** [1] - 84:10
**lifted** [1] - 150:25
**lifts** [1] - 84:13
**light** [8] - 152:5, 157:22, 162:18, 166:8, 181:24, 181:25, 182:3, 185:4
**likewise** [2] - 6:18, 164:5
**limine** [2] - 3:9, 3:10
**Limine** [4] - 167:7, 168:24, 169:22, 170:8
**limited** [2] - 171:24, 179:18
**line** [3] - 146:20, 167:13, 179:3
**link** [1] - 183:25
**list** [2] - 14:21, 165:6
**List** [1] - 165:6
**listed** [1] - 160:20
**listened** [2] - 162:25, 184:14
**listening** [1] - 183:17
**lists** [1] - 161:24
**Literature** [1] - 4:18
**live** [5] - 38:6, 38:10, 40:5, 40:8
**lived** [4] - 40:9, 40:14, 146:7
**living** [1] - 56:17
**LLC** [2] - 157:3, 157:9
**local** [7] - 72:20, 116:11, 137:18, 139:17, 147:21, 148:4
**locals** [2] - 44:12, 116:9
**located** [1] - 146:6
**location** [2] - 156:4, 169:7

**logistics** [1] - 186:21
**look** [18] - 9:25, 37:9, 60:3, 65:16, 77:1, 77:3, 77:5, 89:8, 93:20, 109:16, 110:7, 116:23, 118:20, 118:22, 119:6, 126:10, 135:25, 152:4
**looked** [7] - 43:15, 46:22, 49:10, 49:13, 160:25, 170:20, 182:2
**looking** [8] - 114:11, 114:13, 119:3, 119:7, 152:9, 156:23, 178:3, 181:10
**lose** [3] - 17:13, 69:19, 84:14
**lost** [3] - 79:8, 123:8, 151:1
**ludicrous** [1] - 160:3
**lunch** [1] - 100:19
**luncheon** [1] - 100:20
**lying** [1] - 72:6

## M

**M4** [3] - 107:9, 107:11, 107:20
**machine** [5] - 1:22, 48:11, 48:15, 70:22, 108:23
**machinery** [3] - 42:2, 48:23, 108:13
**machines** [51] - 41:12, 41:19, 45:17, 46:19, 46:22, 46:24, 47:10, 47:12, 48:2, 48:10, 48:16, 98:5, 104:14, 107:24, 108:1, 108:16, 108:19, 108:22, 108:24, 109:9, 109:11, 109:13, 109:14, 109:15, 109:16, 109:22, 109:24, 110:1, 110:2, 110:16, 110:18, 110:21, 110:25, 111:5, 111:6, 111:12, 111:15, 111:20, 111:25, 112:4, 112:6, 112:12, 112:15, 112:21, 112:22, 112:24, 113:2, 113:3, 113:5, 113:6
**machining** [3] - 41:21,

103:3, 104:12
**mail** [2] - 145:14, 145:15
**mailed** [1] - 155:15
**main** [2] - 5:14, 11:3
**major** [1] - 30:14
**majority** [2] - 22:5, 31:17
**Maliki** [9] - 2:4, 3:25, 4:5, 4:12, 7:21, 8:12, 8:15, 163:19, 164:20
**man** [7] - 8:10, 14:3, 28:17, 29:16, 71:13, 100:8
**Mandean** [1] - 31:20
**manifest** [1] - 160:21
**manipulate** [1] - 85:25
**manufacture** [1] - 110:2
**manufacturers** [2] - 110:7, 165:10
**Manufacturing** [1] - 172:4
**marching** [1] - 26:9
**Mariani** [1] - 17:5
**MARIANI** [1] - 1:8
**marijuana** [19] - 13:8, 13:13, 22:25, 23:2, 23:3, 23:7, 23:9, 23:18, 23:19, 23:20, 24:5, 24:8, 30:25, 31:10, 132:13, 132:16, 145:23, 146:2
**mark** [1] - 108:18
**marked** [7] - 8:17, 34:5, 35:25, 36:17, 45:19, 88:2, 154:6
**market** [1] - 28:17
**Marrtin** [28] - 53:22, 56:18, 56:19, 57:6, 62:4, 64:23, 66:2, 66:4, 66:5, 66:9, 75:23, 76:4, 76:6, 76:7, 76:10, 76:12, 77:1, 95:14, 96:22, 97:18, 102:7, 102:10, 113:24, 127:15, 127:17, 127:23, 129:22, 141:21
**Marshal** [1] - 6:9
**Martin** [7] - 38:13, 38:15, 38:17, 38:22, 41:5, 41:17, 41:22
**Martyrs** [1] - 25:23
**Master's** [2] - 4:15, 4:16
**Masters** [3] - 155:13, 156:12

**material** [1] - 14:10
**materials** [2] - 52:12, 52:25
**Mathes** [5] - 155:22, 155:23, 156:10, 156:11
**matter** [13] - 14:20, 117:20, 119:20, 152:16, 152:18, 152:25, 155:15, 160:4, 163:14, 171:10, 175:10, 186:7
**matters** [4] - 15:3, 165:13, 166:11, 184:6
**mattress** [1] - 59:23
**max** [1] - 87:8
**MAY** [1] - 1:9
**mean** [19] - 20:8, 22:10, 22:17, 41:4, 55:23, 80:6, 81:2, 81:9, 93:8, 100:3, 109:9, 119:7, 119:9, 129:1, 131:12, 173:23, 177:13, 179:25, 184:6
**meaning** [4] - 9:14, 116:11, 120:17, 177:12
**means** [13] - 9:20, 9:22, 11:17, 11:18, 23:20, 26:13, 27:25, 28:11, 54:18, 158:2, 163:4, 165:2, 188:22
**mechanical** [2] - 32:24, 103:2
**Mechanical** [1] - 33:1
**Mecomber** [19] - 166:4, 166:23, 167:8, 167:19, 167:21, 168:2, 168:12, 168:17, 168:23, 170:5, 171:1, 171:9, 173:13, 175:15, 176:22, 177:10, 178:3, 179:8, 185:8
**Mecomber's** [3] - 3:4, 3:16, 173:1
**media** [1] - 142:3
**Medical** [3] - 139:20, 139:25, 140:3
**medicines** [1] - 17:13
**medium** [1] - 85:15
**meet** [12] - 33:15, 38:2, 55:2, 55:5, 99:13, 99:14, 99:18, 99:21, 120:11, 126:11, 176:10,

186:6
**meeting** [5] - 43:11, 62:2, 104:19, 104:22, 106:14
**meetings** [1] - 88:9
**meets** [1] - 158:15
**member** [3] - 7:18, 7:19
**members** [3] - 56:10, 97:14, 166:11
**Memorandum** [1] - 3:17
**men** [9] - 25:24, 56:25, 57:22, 57:24, 58:14, 126:3, 147:12, 153:2, 158:24
**mens** [2] - 14:25, 15:1
**mental** [10] - 85:24, 98:21, 100:6, 158:4, 158:5, 158:11, 163:6, 163:9, 163:11
**mention** [2] - 162:7, 167:10
**mentioned** [13] - 11:18, 20:19, 38:24, 47:21, 52:4, 64:18, 91:17, 156:18, 178:10, 179:2, 180:25, 188:8
**merciful** [1] - 25:21
**mere** [1] - 170:22
**Merring** [3] - 160:17, 160:23, 161:3
**message** [3] - 81:15, 147:17, 179:6
**messages** [2] - 81:16, 130:16
**messaging** [1] - 142:22
**Messenger** [1] - 126:1
**met** [11] - 39:10, 43:2, 43:4, 43:5, 43:8, 102:6, 122:7, 128:24, 157:7, 162:4, 177:2
**metal** [2] - 160:18, 161:18
**meter** [1] - 71:20
**meters** [1] - 59:20
**Methodists** [1] - 27:5
**Mexico** [1] - 47:23
**microphone** [2] - 32:15, 47:8
**mid** [2] - 47:6, 97:4
**mid-June** [1] - 47:6
**mid-November** [1] - 97:4
**Middle** [4] - 4:15, 5:9, 188:4, 188:18
**middle** [3] - 26:7,

45:8, 113:8
**MIDDLE** [1] - 1:1
**might** [12] - 51:11,
51:20, 52:1, 52:24,
119:23, 120:17,
120:19, 149:1,
163:23, 181:13,
185:21
**Military** [2] - 6:13, 6:17
**military** [24] - 12:12,
31:6, 43:15, 57:25,
61:17, 67:4, 72:20,
80:19, 85:7, 90:12,
90:13, 90:15, 91:1,
92:12, 92:18, 92:19,
95:7, 97:4, 153:2,
154:4, 158:22,
159:17, 159:25,
160:1
**millimeters** [1] - 71:20
**milling** [1] - 108:19
**million** [6] - 37:22,
167:24, 168:6,
168:21, 184:18,
184:24
**mind** [27] - 15:11,
16:21, 44:22, 70:1,
105:6, 120:10,
166:25, 171:12,
171:14, 171:20,
172:16, 178:18,
179:10, 179:20,
179:24, 180:10,
181:3, 181:4, 181:9,
181:12, 181:13,
181:16, 181:19,
184:9, 186:5
**Mind** [6] - 172:1,
172:8, 179:13,
179:15, 179:16,
180:1
**mine** [1] - 59:17
**Minister** [4] - 20:7,
20:19, 21:5
**Ministry** [10] - 5:1, 5:2,
6:8, 6:16, 11:5,
12:20, 13:1, 13:3
**minute** [1] - 32:2
**minutes** [11] - 3:19,
32:3, 57:14, 58:20,
58:24, 78:21, 87:8,
100:18, 111:24,
166:3, 166:8
**Misdemeanor** [3] -
13:21, 13:22, 25:3
**misdemeanor** [1] - 6:3
**misfiring** [1] - 161:20
**misrepresent** [1] -
172:21
**mission** [1] - 91:14

**missions** [7] - 43:24,
91:17, 91:18, 91:22,
91:23, 92:3, 92:14
**mistake** [5] - 135:13,
135:15, 135:17,
136:3, 146:21
**mistakes** [1] - 146:18
**misunderstood** [1] -
178:9
**mitigate** [1] - 176:16
**molding** [2] - 42:1,
108:22
**moment** [17] - 18:18,
29:1, 42:25, 54:7,
65:15, 65:18, 74:24,
95:23, 102:9, 108:4,
110:9, 143:1, 143:8,
153:17, 184:19,
185:16, 185:25
**money** [17] - 29:17,
29:23, 49:6, 49:14,
49:15, 117:9,
124:15, 124:22,
147:9, 156:22,
157:9, 162:7,
162:14, 165:15,
165:16, 165:18
**monies** [1] - 156:24
**Monteforte** [5] -
155:12, 155:15,
160:17, 160:22,
160:25
**month** [5] - 42:11,
50:11, 97:8, 103:19,
110:6
**months** [3] - 156:3,
156:6, 182:20
**mood** [1] - 63:4
**moral** [1] - 14:11
**morning** [12] - 3:1,
3:7, 18:22, 32:15,
56:12, 56:15, 56:19,
56:23, 79:10, 89:6,
166:15, 186:8
**most** [9] - 18:9, 25:21,
43:5, 77:22, 77:24,
152:5, 157:22,
162:18
**mother** [11] - 4:22,
134:9, 134:19,
135:18, 135:20,
135:24, 136:12,
136:18, 145:8,
145:16, 145:17
**motion** [7] - 151:18,
164:14, 166:1,
168:8, 168:9,
168:10, 168:15
**Motion** [9] - 151:20,
157:23, 157:24,

162:16, 164:3,
167:6, 168:24,
169:22, 170:8
**motivation** [1] - 51:16
**motive** [1] - 170:21
**move** [6] - 13:25, 36:5,
36:22, 54:14, 90:9,
157:11
**moves** [5] - 7:20, 9:6,
34:15, 46:3, 88:12
**movies** [1] - 17:14
**MR** [177] - 3:25, 4:8,
4:11, 7:20, 7:22, 8:1,
8:6, 8:11, 8:14, 8:19,
8:21, 9:6, 9:9, 9:13,
14:16, 14:19, 15:10,
15:22, 16:1, 16:8,
16:13, 16:20, 16:25,
17:3, 17:4, 17:21,
18:5, 18:16, 18:18,
18:21, 27:16, 27:20,
29:5, 29:7, 29:9,
29:12, 30:16, 30:18,
30:21, 31:21, 31:22,
31:24, 31:25, 32:2,
32:6, 32:14, 34:15,
34:17, 34:21, 36:5,
36:7, 36:11, 36:22,
36:24, 37:3, 46:3,
46:5, 46:9, 46:11,
49:21, 49:22, 49:25,
51:13, 51:15, 51:19,
53:24, 53:25, 54:6,
54:9, 55:12, 55:16,
61:15, 61:16, 75:11,
75:12, 75:14, 75:15,
75:17, 81:18, 81:19,
81:24, 82:1, 84:4,
88:12, 88:14, 88:18,
91:4, 91:6, 94:16,
94:19, 94:24, 95:2,
100:14, 100:17,
100:22, 100:24,
105:21, 105:24,
108:4, 108:6, 108:7,
108:8, 108:10,
111:16, 111:18,
122:18, 122:20,
122:23, 122:24,
122:25, 131:19,
131:22, 133:5,
133:7, 144:14,
144:16, 144:18,
145:19, 145:22,
147:1, 147:3,
148:12, 148:14,
148:20, 148:22,
151:6, 151:7, 151:9,
151:11, 151:14,
151:20, 151:25,

153:19, 157:16,
157:19, 160:6,
162:7, 167:2, 173:6,
173:9, 173:12,
174:6, 174:20,
175:8, 175:23,
175:25, 176:7,
176:19, 177:4,
177:7, 177:20,
177:23, 177:25,
178:6, 178:17,
179:18, 180:12,
180:15, 180:18,
180:23, 181:6,
181:7, 181:23,
182:5, 182:7, 182:8,
182:12, 182:18,
183:8, 183:10,
185:7, 186:2,
186:11, 186:15,
186:19, 186:20,
187:3
**multiple** [3] - 72:14,
72:17, 158:19
**Munitions** [1] - 165:6
**must** [9] - 13:17,
15:19, 131:13,
170:2, 171:24,
172:17, 172:18,
172:20, 172:23

## N

**nails** [1] - 18:12
**name** [16] - 4:3, 25:20,
32:9, 35:6, 37:12,
40:19, 50:8, 57:1,
58:10, 58:12, 85:19,
128:6, 128:8, 140:9,
140:10, 157:3
**named** [2] - 50:3,
127:25
**names** [2] - 42:24,
74:23
**Natali** [1] - 159:1
**nation** [2] - 26:9,
26:14
**Nations** [1] - 6:23
**nature** [1] - 52:2
**near** [4] - 90:10,
98:12, 104:18, 146:7
**necessarily** [1] -
174:15
**necessary** [1] - 11:2
**neck** [2] - 70:9, 84:10
**need** [11] - 15:24,
16:2, 42:9, 48:11,
48:12, 57:2, 107:24,
166:12, 167:3,
175:10

**needed** [11] - 42:15,
48:7, 48:13, 48:17,
49:1, 87:9, 119:24,
120:4, 120:6,
161:18, 174:21
**needs** [3] - 152:13,
153:14, 153:25
**negotiate** [1] - 126:15
**never** [10] - 82:11,
82:13, 103:4, 131:7,
139:25, 140:14,
141:9, 141:13,
142:16, 153:7
**Nevertheless** [1] -
154:9
**New** [1] - 1:18
**new** [4] - 6:14, 6:17,
11:20, 142:12
**news** [1] - 61:13
**next** [35] - 3:24, 9:15,
25:14, 32:5, 35:25,
36:17, 45:19, 53:10,
56:11, 56:14, 56:19,
58:21, 61:6, 61:7,
65:3, 66:10, 66:13,
66:19, 67:8, 69:24,
79:21, 79:22, 79:25,
89:19, 91:19,
125:23, 126:2,
126:3, 136:1, 174:7,
174:11, 175:16,
182:12, 185:4,
185:23
**nice** [2] - 86:18, 87:19
**night** [14] - 3:7, 68:7,
74:12, 77:20, 78:17,
78:21, 91:14, 91:20,
91:22, 91:23, 91:25,
96:21, 129:25,
137:24
**nights** [2] - 83:1, 83:5
**nobody** [3] - 13:2,
13:18, 28:12
**non** [5] - 6:18, 10:10,
36:19, 37:5, 103:15
**non-disclosure** [3] -
36:19, 37:5, 103:15
**non-government** [1] -
6:18
**non-Iraqi** [1] - 10:10
**none** [2] - 108:24,
150:11
**nonetheless** [3] -
165:1, 165:7, 180:7
**normal** [2] - 92:12,
124:23
**normally** [1] - 166:15
**Nos** [2] - 2:11, 2:14
**nose** [1] - 71:3
**note** [4] - 172:13,

**15**

175:2, 183:17
**notes** [1] - 162:25
**nothing** [7] - 11:16, 30:16, 60:21, 144:14, 151:6, 151:7, 154:19
**notice** [3] - 3:18, 4:20, 176:20
**noticed** [3] - 57:7, 73:4, 142:10
**notified** [7] - 167:18, 168:12, 174:11, 174:15, 174:16, 175:5, 178:7
**notifies** [2] - 174:12, 174:18
**November** [11] - 7:11, 80:20, 80:21, 94:8, 95:8, 97:4, 138:6, 169:3, 176:18, 181:14, 181:20
**Nsd** [1] - 1:14
**nucleus** [1] - 107:4
**number** [15] - 42:7, 42:8, 42:9, 45:1, 45:2, 48:20, 69:16, 122:21, 154:7, 158:14, 159:2, 165:5, 169:1, 171:5, 171:10
**numbered** [1] - 188:9
**numerous** [3] - 69:16, 69:18, 117:2
**NW** [2] - 1:15, 1:18

**O**

**O'Donnell** [1] - 167:13
**oath** [1] - 184:7
**object** [6] - 17:21, 27:16, 29:5, 29:7, 107:9, 107:15
**objection** [36] - 9:8, 9:9, 14:16, 14:18, 14:19, 16:14, 17:2, 17:21, 31:25, 34:17, 36:7, 36:24, 46:5, 49:21, 51:13, 53:24, 54:6, 55:12, 61:15, 75:11, 81:18, 81:24, 84:4, 88:14, 105:21, 111:16, 122:18, 122:23, 131:19, 133:5, 145:19, 147:1, 148:12, 148:20, 151:10, 182:6
**objectionable** [1] - 15:4
**obligation** [1] - 184:3

**obliged** [1] - 162:17
**observations** [1] - 3:2
**obtained** [2] - 102:3, 155:22
**obviously** [2] - 177:17, 184:6
**occasion** [3] - 134:6, 142:23, 142:24
**occasional** [1] - 148:24
**occasionally** [1] - 69:4
**occasions** [13] - 47:21, 71:8, 82:21, 82:24, 87:18, 93:4, 122:7, 123:2, 129:20, 129:21, 130:13, 133:18, 184:11
**occur** [3] - 30:22, 132:3, 165:24
**occurred** [3] - 130:2, 153:14, 159:9
**October** [13] - 7:11, 54:14, 61:1, 61:2, 61:12, 80:20, 80:21, 125:17, 147:4, 169:3, 176:17, 181:14, 181:20
**October-November** [1] - 169:3
**OF** [3] - 1:1, 1:2, 1:7
**offense** [2] - 10:24, 152:1
**offenses** [2] - 30:22, 30:25
**offer** [10] - 16:5, 34:9, 34:10, 35:12, 103:14, 173:11, 174:6, 182:1, 183:12
**offered** [9] - 61:10, 126:18, 126:19, 155:24, 171:13, 172:1, 179:10, 179:13, 184:9
**offering** [1] - 180:10
**office** [17] - 35:10, 40:22, 40:25, 41:1, 41:3, 50:10, 51:3, 55:9, 56:9, 56:11, 56:13, 56:14, 104:23, 118:20, 118:23, 126:2
**Officer** [1] - 5:19
**officer** [1] - 28:8
**Officers** [1] - 167:15
**offices** [1] - 35:10
**official** [4] - 26:17, 96:17, 159:6
**Official** [4] - 26:25, 188:3, 188:14,

188:17
**officials** [2] - 159:5, 159:6
**often** [8] - 48:12, 50:10, 50:19, 85:7, 85:10, 86:16, 87:23
**old** [3] - 32:19, 32:21, 84:22
**omit** [1] - 171:22
**OML** [2] - 156:11, 161:25
**on-site** [1] - 98:20
**once** [13] - 74:12, 74:13, 74:14, 76:5, 87:25, 93:8, 94:12, 94:13, 130:4, 145:25, 159:18, 165:16
**One** [2] - 107:7, 107:8
**one** [92] - 6:14, 11:3, 12:21, 19:2, 21:7, 21:16, 21:19, 24:1, 24:11, 26:2, 27:1, 33:1, 33:18, 33:19, 33:20, 35:24, 37:22, 40:23, 40:25, 41:1, 41:3, 41:20, 42:24, 43:2, 43:24, 49:3, 49:10, 57:23, 58:1, 58:6, 58:8, 59:17, 59:18, 60:2, 62:25, 63:12, 64:13, 65:24, 68:25, 69:10, 71:12, 71:18, 71:20, 72:20, 74:25, 75:5, 76:4, 78:11, 78:13, 78:25, 83:17, 84:9, 84:21, 84:22, 86:9, 87:22, 88:9, 90:19, 99:12, 109:20, 111:6, 112:23, 113:17, 113:18, 123:10, 130:3, 130:12, 131:5, 132:18, 134:2, 134:6, 136:18, 142:23, 146:2, 150:7, 152:17, 154:3, 157:1, 158:6, 162:10, 165:5, 169:3, 172:9, 175:13, 178:24, 186:4
**ones** [5] - 43:5, 73:4, 83:11, 145:11, 145:12
**open** [8] - 29:16, 60:13, 60:15, 60:16, 61:9, 86:16, 86:18, 86:20

**opened** [5] - 56:25, 57:9, 155:11, 160:19, 161:1
**operate** [1] - 43:22
**Opinion** [1] - 15:2
**opinion** [13] - 7:23, 8:1, 8:2, 8:7, 14:13, 14:22, 105:12, 110:18, 110:20, 110:23, 110:24, 111:8, 111:24
**opportunity** [4] - 8:22, 33:11, 176:24, 179:6
**Opposition** [2] - 168:24, 169:19
**optimize** [1] - 48:12
**option** [2] - 158:8, 185:10
**options** [1] - 158:6
**orchestrated** [1] - 67:21
**ordeal** [3] - 135:8, 170:15, 170:20
**order** [5] - 11:6, 22:20, 28:1, 70:17, 161:18
**Order** [2] - 28:13, 29:21
**ordered** [5] - 40:20, 77:7, 77:13, 78:4, 78:7
**ordering** [3] - 50:7, 115:4, 115:6
**orders** [4] - 66:12, 80:14, 83:10, 83:12
**organization** [3] - 6:7, 169:5, 184:25
**organizations** [3] - 6:19, 6:22, 7:17
**organize** [1] - 26:4
**organized** [1] - 40:20
**origin** [1] - 7:2
**original** [2] - 9:4, 20:1
**originally** [2] - 8:25, 172:9
**otherwise** [1] - 57:9
**outside** [27] - 11:12, 13:3, 15:13, 15:17, 45:11, 62:3, 67:20, 77:8, 78:9, 93:7, 93:12, 97:14, 98:9, 133:11, 146:7, 153:12, 153:15, 153:16, 153:25, 156:25, 159:5, 159:9, 159:15, 160:1, 160:5, 164:6
**outweighed** [1] - 15:8
**overhead** [1] - 159:23
**overruled** [7] - 18:4, 49:24, 51:18, 75:16,

81:25, 84:5, 145:20
**overseeing** [1] - 115:12
**owe** [1] - 117:9
**own** [5] - 73:11, 141:20, 163:25, 182:19, 184:11
**owned** [2] - 42:23, 162:9

**P**

**P.O** [1] - 188:18
**Package** [1] - 155:11
**package** [1] - 155:15
**packaged** [3] - 160:19, 161:3, 165:7
**packed** [3] - 55:9, 56:9, 56:13
**page** [6] - 25:14, 36:12, 37:4, 37:7, 167:12, 172:10
**Page** [7] - 2:8, 25:16, 25:19, 25:20, 26:15, 26:24, 169:22
**Pages** [1] - 171:18
**paid** [15] - 35:13, 51:10, 56:3, 117:3, 117:9, 117:13, 118:11, 124:4, 124:16, 124:18, 144:21, 144:25, 145:2, 147:8, 147:12
**pain** [15] - 18:8, 72:2, 76:24, 79:15, 85:23, 85:24, 158:4, 158:5, 158:8, 158:11, 158:12, 163:6, 163:10, 163:13
**painful** [3] - 70:25, 71:5, 83:23
**pants** [3] - 57:25, 58:2, 90:24
**paper** [6] - 52:16, 52:18, 53:5, 53:6, 63:1, 120:2
**papers** [1] - 118:20
**paperwork** [1] - 96:17
**Paragraph** [2] - 167:11, 168:7
**paragraphs** [2] - 26:7, 167:9
**paranoia** [1] - 99:24
**paranoid** [1] - 100:7
**Pardon** [1] - 75:14
**pardon** [2] - 27:8, 169:14
**parked** [1] - 89:19
**parking** [1] - 77:12
**Parliament** [5] - 20:6,

**16**

20:7, 20:22, 21:2
**part** [21] - 6:10, 6:21, 11:5, 11:10, 22:13, 22:15, 26:21, 27:21, 30:10, 52:10, 85:10, 90:25, 98:12, 102:6, 112:11, 112:20, 128:17, 153:22, 159:1, 178:15
**partially** [1] - 149:21
**participant** [1] - 176:15
**participated** [1] - 169:11
**participating** [1] - 169:12
**particular** [10] - 6:11, 154:2, 165:5, 165:11, 166:6, 167:5, 180:2, 180:14, 184:15, 184:19
**particularly** [2] - 10:3, 15:18
**parties** [8] - 3:8, 20:22, 20:25, 21:3, 21:10, 21:14, 21:15, 21:16
**parts** [10] - 9:18, 47:16, 47:19, 47:24, 71:4, 112:24, 160:18, 163:22, 165:11
**passed** [5] - 7:4, 22:6, 70:11, 84:11
**passes** [1] - 123:7
**passing** [1] - 164:1
**passport** [3] - 57:20, 97:11, 175:1
**password** [1] - 84:23
**passwords** [1] - 84:21
**past** [2] - 90:7, 140:13
**Pasteur** [1] - 4:16
**patch** [3] - 91:11, 164:17, 164:23
**patches** [3] - 159:2, 159:3, 159:23
**PATRICK** [1] - 1:17
**pay** [10] - 35:20, 103:20, 124:19, 125:2, 125:3, 125:5, 125:7, 137:12, 137:15, 184:24
**paying** [3] - 48:20, 49:20, 51:21
**payments** [1] - 49:11
**Penal** [2] - 7:10, 23:16
**penal** [1] - 6:4
**PENNSYLVANIA** [3] - 1:1, 1:9, 1:25

**Pennsylvania** [9] - 1:13, 1:15, 1:21, 161:11, 161:15, 188:5, 188:18, 188:19
**people** [36] - 5:24, 10:2, 11:3, 11:9, 12:22, 21:23, 22:6, 26:4, 26:13, 31:17, 33:23, 39:16, 40:8, 43:2, 43:17, 43:19, 73:2, 73:13, 107:6, 110:15, 114:11, 115:24, 116:14, 118:8, 119:19, 126:3, 129:21, 130:10, 131:24, 137:10, 138:19, 150:12, 150:15, 153:4, 153:8, 178:21
**per** [1] - 42:11
**percentage** [1] - 106:10
**perhaps** [4] - 112:2, 125:15, 143:13, 156:2
**period** [15] - 5:21, 12:24, 13:4, 13:6, 28:6, 30:7, 64:16, 64:17, 64:18, 80:25, 81:4, 87:10, 130:17, 176:9, 183:4
**periods** [3] - 72:15, 77:21, 77:22
**permissible** [3] - 11:22, 12:12, 16:11
**permission** [1] - 87:10
**perpetrated** [1] - 10:22
**person** [26] - 10:12, 14:4, 17:8, 17:11, 17:15, 18:2, 18:6, 28:3, 28:4, 28:9, 31:8, 31:11, 33:16, 38:2, 54:17, 70:23, 81:13, 82:3, 116:16, 123:25, 130:7, 158:2, 163:4, 163:7, 174:24
**personal** [4] - 53:20, 124:10, 165:20, 177:25
**personnel** [4] - 72:21, 92:18, 92:19, 107:2
**persons** [1] - 165:9
**perspective** [1] - 44:15
**Peshmerga** [5] - 31:3, 92:11, 92:12, 154:11, 164:18

**Ph.D** [1] - 4:14
**Philbin** [1] - 166:17
**phone** [6] - 57:5, 57:8, 57:16, 93:11, 93:13, 97:12
**phones** [3] - 57:17, 60:22, 60:23
**photo** [1] - 175:18
**photograph** [2] - 45:22, 46:1
**photographs** [2] - 168:2, 168:17
**photos** [1] - 17:14
**phrase** [1] - 107:7
**physical** [31] - 14:7, 14:14, 17:7, 17:9, 17:18, 18:1, 18:3, 18:9, 18:14, 69:8, 74:17, 74:20, 79:11, 81:2, 83:15, 85:23, 99:25, 129:2, 150:9, 152:15, 158:3, 158:8, 158:12, 163:5, 163:8, 163:13, 169:9, 170:17
**physically** [8] - 78:17, 81:4, 81:7, 81:12, 82:8, 82:11, 131:17, 132:1
**picked** [1] - 60:24
**picture** [1] - 46:12
**pictures** [2] - 17:13, 117:25
**pieces** [1] - 61:23
**pin** [6] - 155:20, 156:1, 156:10, 160:15, 161:14, 161:25
**pins** [1] - 165:3
**pissed** [1] - 118:7
**pistol** [3] - 58:7, 63:9, 63:10
**pistols** [1] - 43:16
**Pittston** [1] - 1:21
**PKK** [2] - 21:20
**Place** [1] - 155:11
**place** [22] - 12:13, 19:8, 28:11, 28:12, 28:14, 28:17, 30:6, 39:6, 40:11, 45:17, 45:18, 49:23, 57:18, 137:11, 146:7, 159:14, 159:15, 159:16, 163:21, 176:17, 177:16
**placed** [3] - 3:23, 69:14, 69:22
**places** [6] - 12:4, 12:10, 12:16, 12:21, 13:2, 153:16

**plainly** [1] - 154:6
**plaintiff** [1] - 1:3
**plan** [9] - 67:21, 99:2, 99:3, 109:4, 109:7, 170:21, 173:19, 173:20
**planned** [2] - 42:6, 54:21
**planning** [1] - 185:5
**plans** [2] - 52:10, 173:10
**plant** [7] - 102:14, 104:13, 104:14, 113:14, 143:2, 143:4, 143:6
**plants** [1] - 110:3
**plastic** [10] - 42:1, 69:5, 69:14, 69:22, 70:8, 71:14, 71:16, 71:17, 71:18, 83:4
**platform** [1] - 107:18
**play** [3] - 64:3, 94:24, 108:8
**played** [4] - 95:1, 108:9, 182:11, 182:15
**pleasant** [1] - 69:23
**pleased** [1] - 113:1
**plenary** [1] - 3:15
**plenty** [1] - 162:13
**pliers** [1] - 84:25
**plight** [1] - 184:15
**PNC** [2] - 157:2, 162:12
**point** [78] - 3:6, 20:3, 24:18, 42:24, 43:2, 45:7, 46:17, 49:3, 49:10, 51:2, 52:15, 54:14, 54:16, 55:17, 59:8, 61:17, 62:17, 62:25, 63:12, 64:5, 64:25, 68:25, 69:10, 71:12, 72:20, 74:25, 76:4, 76:24, 77:7, 78:14, 79:11, 83:17, 84:9, 84:21, 85:5, 87:22, 88:22, 88:24, 94:7, 97:25, 99:12, 100:11, 103:13, 104:13, 105:1, 106:20, 109:12, 113:10, 114:4, 114:9, 114:20, 118:14, 119:21, 123:7, 123:10, 127:14, 128:10, 129:8, 129:11, 130:5, 134:2, 135:7, 138:25, 139:16, 153:4, 154:3,

155:21, 165:12, 171:10, 172:25, 175:6, 175:9, 177:17, 179:21, 181:11, 183:19, 185:13, 186:25
**pointed** [3] - 63:12, 163:9, 183:15
**pointing** [2] - 125:2, 181:21
**points** [5] - 25:22, 89:24, 90:8, 97:1, 156:25
**police** [8] - 13:5, 28:4, 28:8, 28:19, 29:1, 29:18, 31:5, 141:13
**policy** [2] - 51:3, 51:5
**political** [8] - 20:9, 20:22, 20:25, 21:3, 21:10, 21:14, 21:15, 21:16
**populated** [1] - 159:22
**posit** [1] - 14:12
**position** [4] - 72:4, 118:25, 177:8, 182:21
**positions** [1] - 3:17
**possessing** [1] - 24:19
**possession** [6] - 23:23, 23:25, 24:1, 24:3, 154:1
**possessions** [2] - 153:22, 159:12
**possible** [10] - 49:1, 55:22, 56:4, 56:5, 57:12, 71:15, 93:25, 97:15, 112:23, 112:25
**possibly** [2] - 166:13, 182:24
**postdated** [1] - 170:23
**posted** [1] - 101:20
**posting** [1] - 102:2
**posts** [1] - 45:14
**power** [8] - 10:19, 19:3, 20:4, 20:17, 25:1, 153:10, 153:11, 153:12
**practice** [5] - 5:11, 5:13, 5:14, 17:9, 31:19
**practiced** [2] - 5:17, 11:13
**Preamble** [2] - 25:15, 25:20
**Preeminent** [1] - 9:17
**preface** [1] - 184:2
**prejudice** [1] - 15:8
**prejudicial** [1] - 15:7

**preliminary** [1] - 8:6
**premature** [1] - 87:16
**prepare** [1] - 91:16
**prepared** [3] - 174:25, 185:22, 188:11
**preparing** [1] - 92:1
**preponderance** [1] - 170:3
**presence** [4] - 132:24, 164:22, 169:13, 169:14
**present** [15] - 12:4, 15:25, 72:8, 80:17, 81:13, 82:12, 106:21, 108:16, 108:25, 129:17, 130:2, 130:13, 134:7, 138:20, 169:8
**presented** [7] - 20:22, 24:18, 24:20, 158:1, 162:10, 165:22, 170:6
**presenting** [1] - 185:5
**presently** [1] - 186:2
**President** [4] - 20:7, 20:14, 21:4, 21:6
**pressure** [1] - 18:7
**pretend** [1] - 149:1
**pretty** [3] - 103:22, 133:2, 164:15
**prevent** [2] - 26:13, 171:25
**previous** [3] - 43:24, 83:22, 91:20
**previously** [2] - 8:15, 183:5
**Prime** [4] - 20:7, 20:19, 21:4, 21:5
**principally** [1] - 171:13
**prison** [4] - 13:23, 154:12, 154:13, 154:15
**prisons** [3] - 12:19, 12:23, 13:2
**privacy** [1] - 174:22
**privy** [1] - 154:10
**probative** [3] - 15:8, 170:24, 179:22
**problem** [6] - 22:13, 30:14, 48:8, 56:2, 140:4, 180:24
**problems** [2] - 124:13, 177:2
**proceed** [3] - 3:20, 4:8, 166:7
**Proceedings** [1] - 1:22
**PROCEEDINGS** [1] - 1:7

**proceedings** [2] - 187:5, 188:8
**process** [3] - 102:6, 130:21, 150:24
**produce** [6] - 48:7, 48:16, 49:1, 51:10, 51:21, 120:14
**produced** [5] - 1:22, 41:14, 48:25, 161:20, 167:12
**producing** [2] - 103:4, 103:7
**product** [2] - 48:7, 143:7
**production** [7] - 41:18, 102:22, 102:23, 104:17, 120:12, 122:11, 125:12
**products** [3] - 41:17, 43:6, 162:1
**profession** [2] - 32:23, 38:22
**professional** [1] - 7:17
**professor** [1] - 4:24
**Professor** [2] - 5:2, 5:3
**proffer** [1] - 16:17
**proffered** [1] - 166:24
**proffering** [1] - 179:19
**progress** [2] - 44:24, 114:7
**progressed** [1] - 46:17
**prohibit** [1] - 180:4
**prohibited** [5] - 12:2, 12:3, 12:10, 14:8, 18:15
**project** [42] - 7:15, 39:25, 41:6, 44:2, 44:6, 44:10, 44:14, 44:17, 44:24, 51:8, 52:3, 54:12, 102:18, 102:21, 102:25, 104:8, 104:25, 106:19, 107:2, 107:15, 115:12, 115:19, 115:20, 115:25, 116:20, 123:1, 123:4, 123:6, 123:8, 127:2, 133:10, 136:23, 161:23, 162:2, 168:4, 168:19, 169:7, 173:16, 178:24, 183:21, 183:24, 183:25
**projects** [1] - 6:23
**prolonged** [2] - 158:5, 163:11
**promised** [1] - 114:19

**proof** [5] - 154:15, 155:24, 156:13, 162:20, 174:22
**proposed** [1] - 171:7
**proposition** [1] - 101:14
**prosecution** [2] - 13:15, 162:19
**Prosecutor** [1] - 30:9
**protect** [4] - 42:15, 67:5, 78:2, 121:9
**protected** [1] - 14:3
**protection** [2] - 119:24, 120:2
**Protestants** [1] - 27:5
**protocols** [1] - 173:17
**prototype** [1] - 43:7
**prove** [8] - 15:19, 152:23, 172:2, 175:10, 175:19, 179:13, 180:10, 181:12
**proved** [2] - 170:2, 171:20
**proven** [3] - 156:17, 156:20, 172:19
**proves** [1] - 154:14
**provide** [3] - 4:13, 20:14, 160:2
**provided** [1] - 175:13
**provision** [5] - 10:2, 10:25, 11:2, 12:9, 15:18
**provisional** [1] - 22:19
**Provisions** [1] - 26:20
**provisions** [2] - 10:17, 188:5
**psychological** [3] - 14:7, 14:14, 17:10
**Public** [2] - 21:24, 21:25
**public** [1] - 7:5
**publish** [3] - 9:14, 34:22, 46:9
**PUK** [2] - 21:16, 21:18
**pulled** [2] - 37:9, 98:18
**pullover** [1] - 58:1
**pullovers** [2] - 57:25, 90:25
**punching** [1] - 163:23
**punish** [2] - 11:20, 11:22
**punishable** [1] - 13:9
**punishment** [7] - 10:20, 10:21, 10:23, 11:18, 12:24, 152:18
**punishments** [2] - 11:15, 15:13
**purchased** [3] -

155:21, 161:25, 165:8
**purports** [1] - 167:13
**purpose** [4] - 3:6, 6:19, 172:11, 173:24
**purposes** [3] - 12:4, 12:11, 181:8
**pursuant** [2] - 12:4, 188:5
**pursue** [2] - 147:24, 169:24
**push** [1] - 179:3
**pushed** [3] - 127:6, 128:16, 128:18
**put** [23] - 3:18, 30:6, 57:3, 57:14, 58:21, 68:21, 76:17, 78:11, 84:7, 84:10, 84:25, 88:19, 121:12, 128:9, 128:10, 147:13, 152:13, 152:24, 175:1, 175:12, 176:24, 183:13, 185:14
**puts** [1] - 179:7
**putting** [1] - 18:7

**Q**

**quality** [4] - 48:6, 109:22, 110:20, 110:25
**quality-tested** [1] - 109:22
**quantities** [1] - 161:24
**quantity** [1] - 48:17
**questioned** [6] - 131:10, 132:6, 132:7, 132:8, 134:15
**questioning** [4] - 65:3, 132:13, 144:24, 146:20
**questions** [45] - 16:20, 18:16, 30:18, 31:21, 31:22, 33:22, 62:11, 62:20, 62:23, 64:23, 65:7, 65:13, 66:5, 68:1, 68:21, 68:23, 69:10, 72:19, 72:22, 73:17, 73:19, 73:25, 74:5, 76:8, 76:9, 81:8, 81:11, 86:14, 95:12, 95:22, 100:17, 101:5, 101:7, 114:23, 130:7, 130:10, 132:11, 145:6, 146:17, 146:21, 147:16, 148:6, 149:14, 149:18

**quick** [1] - 106:4
**quit** [1] - 54:13
**quite** [11] - 51:12, 59:4, 61:11, 69:7, 71:17, 72:3, 78:6, 80:10, 91:15, 146:7, 166:18
**quote** [6] - 167:9, 169:1, 171:16, 171:23, 172:9, 172:12
**quoted** [1] - 162:21
**quoting** [1] - 176:3

**R**

**raise** [6] - 105:14, 106:1, 106:3, 106:4, 124:25, 125:1
**raised** [3] - 147:7, 147:11, 157:25
**range** [2] - 89:4, 89:5
**ranks** [2] - 22:6, 22:7
**rather** [1] - 3:20
**rational** [1] - 162:19
**Rauno** [3] - 99:17, 143:21, 144:10
**re** [3] - 7:3, 22:20, 160:19
**re-establish** [1] - 7:3
**re-establishing** [1] - 22:20
**re-packaged** [1] - 160:19
**rea** [2] - 14:25, 15:2
**reached** [1] - 99:12
**react** [1] - 49:4
**read** [7] - 8:22, 26:23, 26:24, 31:15, 172:10, 172:11, 172:12
**reads** [1] - 9:16
**ready** [8] - 3:12, 41:18, 41:20, 138:22, 166:19, 185:16, 186:3
**real** [1] - 171:7
**realize** [1] - 25:8
**really** [8] - 47:8, 63:5, 83:23, 84:22, 87:19, 105:7, 110:10, 119:3
**REALTIME** [1] - 1:24
**reason** [5] - 11:9, 48:5, 114:17, 137:17, 147:22
**reasonable** [3] - 160:20, 162:3, 162:20
**reasons** [5] - 16:14, 155:1, 157:11,

**18**

161:18, 171:11
**reborn** [1] - 19:3
**rebuttal** [1] - 185:21
**receipt** [2] - 168:1, 178:4
**receive** [1] - 166:16
**received** [23] - 5:24, 136:13, 136:15, 141:2, 155:18, 155:19, 157:9, 160:18, 162:1, 168:2, 168:17, 171:2, 173:20, 173:24, 174:4, 174:7, 174:10, 175:25, 177:13, 178:6, 178:7, 182:1
**receiving** [2] - 136:9, 156:19
**recently** [2] - 134:17, 134:18
**recess** [3] - 32:4, 100:20, 166:10
**recite** [1] - 14:21
**recognize** [8] - 34:5, 35:9, 36:1, 36:18, 45:22, 91:7, 91:9, 94:20
**record** [8] - 4:4, 32:10, 100:14, 100:16, 162:18, 167:8, 168:11, 169:20
**recorded** [3] - 1:22, 177:18, 177:21
**recording** [1] - 177:24
**records** [2] - 49:10, 119:22
**recount** [1] - 163:1
**Recross** [1] - 2:3
**recruiting** [1] - 45:3
**redirect** [2] - 30:17, 144:15
**Redirect** [1] - 2:3
**REDIRECT** [2] - 30:20, 144:17
**refer** [1] - 102:20
**reference** [1] - 168:7
**referenced** [1] - 124:10
**references** [1] - 124:12
**referendum** [1] - 7:6
**Referendum** [2] - 21:24, 21:25
**referred** [3] - 107:6, 114:10, 171:3
**referring** [2] - 21:10, 102:21
**refers** [1] - 181:2
**reflect** [6] - 100:14,

100:16, 172:21, 177:2, 179:5, 182:23
**refused** [1] - 22:5
**regard** [2] - 162:14, 165:3
**regarding** [10] - 12:9, 91:17, 112:20, 113:2, 155:15, 156:13, 156:15, 157:5, 166:4, 172:8
**regardless** [3] - 111:4, 186:12, 186:14
**regards** [4] - 10:25, 11:14, 12:7, 15:15
**Region** [6] - 19:12, 22:1, 22:8, 37:19, 104:1, 164:19
**region** [4] - 19:15, 37:17, 43:19, 133:8
**regular** [4] - 19:7, 22:2, 22:9, 22:10
**regulation** [1] - 22:12
**rehabilitation** [2] - 13:12, 13:23
**reiterate** [1] - 183:1
**relate** [1] - 16:17
**relation** [1] - 28:24
**relationship** [4] - 65:8, 65:9, 85:13, 173:15
**relative** [4] - 17:8, 102:22, 109:15, 172:15
**release** [2] - 139:5, 175:16
**released** [11] - 31:24, 94:8, 95:7, 97:3, 137:9, 137:24, 138:9, 138:11, 140:21, 169:17
**relevance** [7] - 27:18, 29:7, 29:8, 51:13, 174:14, 179:16, 185:1
**relevant** [15] - 8:2, 51:14, 166:25, 170:6, 170:12, 171:20, 172:23, 179:8, 179:24, 183:1, 183:6, 183:15, 184:12, 184:13, 184:16
**relied** [1] - 14:9
**religion** [4] - 25:25, 26:17, 27:3, 31:14
**Religion** [1] - 26:25
**religious** [5] - 26:5, 26:11, 26:12, 31:18
**rely** [1] - 156:21
**remain** [2] - 97:3, 180:8

**remember** [70] - 26:3, 42:24, 49:5, 51:5, 55:5, 55:10, 55:13, 65:13, 66:2, 67:20, 68:2, 74:10, 74:24, 76:8, 76:9, 76:20, 78:22, 78:25, 83:14, 83:17, 84:3, 84:16, 84:19, 84:21, 90:3, 90:4, 102:9, 102:10, 102:12, 106:3, 113:24, 114:13, 114:18, 114:21, 116:21, 117:24, 123:22, 124:5, 124:7, 124:12, 124:19, 125:1, 126:12, 126:13, 128:8, 130:12, 133:21, 134:6, 135:13, 135:14, 135:16, 138:3, 143:4, 143:19, 144:2, 144:22, 144:24, 145:6, 145:25, 146:17, 146:19, 146:20, 146:22, 146:23, 147:16, 148:6, 149:14
**reminder** [1] - 85:1
**remove** [1] - 59:13
**removed** [2] - 59:8, 89:19
**removing** [1] - 18:12
**rental** [5] - 137:11, 137:15, 137:21, 147:17, 147:20
**rented** [1] - 137:5
**repeat** [5] - 26:22, 30:24, 101:8, 115:21, 144:23
**repeated** [2] - 168:11, 168:16
**repeats** [1] - 168:25
**repercussions** [1] - 99:21
**rephrase** [2] - 93:10, 131:21
**reply** [1] - 147:22
**Reply** [2] - 169:20, 170:8
**report** [2] - 166:14, 166:17
**REPORTED** [1] - 188:15
**reported** [1] - 111:20
**REPORTER** [1] - 1:24
**reporter** [1] - 188:23
**Reporter** [3] - 188:3,

188:14, 188:17
**representation** [1] - 182:19
**Representatives** [1] - 7:4
**representatives** [1] - 164:11
**represented** [2] - 21:2, 26:1
**representing** [1] - 174:23
**reproduction** [1] - 188:22
**Republic** [1] - 164:19
**request** [3] - 142:2, 168:22
**requesting** [1] - 186:12
**requests** [1] - 175:16
**requirement** [1] - 159:9
**requirements** [1] - 172:17
**requires** [1] - 177:1
**researching** [2] - 46:19, 46:24
**reservations** [1] - 55:17
**residence** [3] - 138:1, 155:9, 155:24
**residences** [1] - 161:10
**Residential** [1] - 35:9
**resolve** [1] - 3:19
**resolved** [1] - 3:3
**respect** [17] - 15:1, 16:16, 152:22, 153:13, 157:7, 160:6, 160:9, 160:16, 161:13, 162:5, 164:5, 164:14, 165:13, 165:15, 176:10, 181:9, 182:24
**respected** [1] - 73:6
**respond** [1] - 157:16
**response** [3] - 102:2, 136:13, 157:15
**responses** [1] - 136:16
**rest** [6] - 87:1, 139:9, 156:16, 157:21, 166:13, 185:22
**rests** [1] - 151:14
**result** [3] - 117:10, 169:16, 179:21
**resulting** [2] - 158:6, 163:11
**resume** [1] - 33:14
**retainers** [6] - 155:20,

156:1, 156:11, 160:15, 161:14, 161:25
**return** [10] - 55:18, 76:1, 94:9, 97:23, 99:2, 99:7, 100:19, 167:24, 169:17, 187:1
**review** [1] - 162:18
**reviewing** [1] - 3:8
**rid** [1] - 54:23
**ride** [1] - 128:17
**rifle** [10] - 107:9, 107:11, 107:13, 107:21, 155:7, 155:9, 155:14, 155:25, 156:11
**rifled** [1] - 161:7
**rifles** [1] - 161:20
**rifling** [5] - 160:14, 160:16, 160:21, 161:5, 161:10
**right-hand** [1] - 123:24
**Rights** [1] - 4:16
**rights** [5] - 10:1, 10:4, 10:5, 10:13, 31:18
**rings** [12] - 155:20, 155:25, 156:5, 156:10, 160:15, 161:13, 161:17, 161:18, 161:19, 161:21, 161:25, 165:4
**rise** [1] - 152:16
**risen** [1] - 152:21
**RMR** [1] - 1:24
**RMR,CRR** [2] - 188:13, 188:16
**road** [1] - 90:6
**ROBERT** [1] - 1:8
**robs** [1] - 29:16
**Roggio** [156] - 14:22, 33:7, 33:9, 33:15, 34:13, 35:2, 35:7, 35:21, 36:15, 37:12, 38:2, 39:5, 39:12, 39:17, 39:24, 40:1, 40:5, 40:11, 42:6, 47:11, 47:12, 47:16, 48:19, 61:17, 97:17, 97:22, 100:15, 101:3, 101:15, 102:3, 102:11, 102:14, 102:22, 103:17, 104:19, 105:4, 106:14, 106:19, 106:23, 109:15, 111:1, 111:14, 111:21,

**19**

112:7, 113:2, 113:11, 114:10, 115:15, 115:18, 115:23, 115:24, 116:25, 117:9, 117:19, 117:25, 118:17, 120:19, 121:2, 123:21, 123:22, 123:23, 125:8, 125:9, 125:21, 126:1, 126:6, 126:9, 128:24, 129:7, 129:11, 130:13, 131:12, 132:7, 132:10, 134:3, 134:6, 135:13, 135:15, 137:25, 138:12, 138:25, 139:9, 139:17, 140:24, 142:20, 142:24, 143:2, 143:25, 144:7, 144:9, 146:24, 148:10, 148:15, 148:18, 148:24, 149:6, 150:9, 155:6, 155:10, 155:19, 155:21, 155:23, 156:19, 157:3, 157:5, 157:7, 157:9, 157:10, 158:10, 158:19, 159:4, 161:23, 162:8, 162:11, 165:8, 167:16, 167:19, 167:22, 168:3, 168:5, 168:13, 168:18, 168:23, 169:8, 169:11, 169:12, 169:24, 170:5, 170:10, 170:15, 170:20, 170:22, 171:2, 173:5, 173:15, 173:21, 174:4, 174:8, 175:12, 176:8, 176:14, 177:14, 177:23, 178:11, 178:20, 178:24, 180:11, 183:19, 184:3, 184:18, 185:2, 185:10, 185:15, 186:2, 186:6
**ROGGIO** [1] - 1:5
**Roggio's** [16] - 15:1, 35:4, 40:20, 123:24, 144:20, 144:24, 149:14, 168:7, 168:10, 169:3,

169:13, 169:14, 169:16, 170:7, 176:21, 184:15
**role** [3] - 5:22, 30:11, 41:17
**romantic** [2] - 65:7, 65:9
**roof** [1] - 45:9
**Roofing** [1] - 172:4
**room** [54] - 52:21, 56:10, 57:5, 57:12, 59:13, 59:14, 59:15, 62:2, 62:7, 63:11, 63:13, 63:17, 64:5, 64:16, 64:17, 64:19, 65:1, 65:2, 65:5, 65:6, 65:14, 65:18, 65:23, 66:4, 66:11, 66:13, 66:18, 66:21, 74:12, 74:15, 74:18, 75:24, 76:1, 76:14, 76:21, 78:16, 78:18, 79:1, 79:6, 79:7, 86:15, 87:1, 87:18, 89:7, 89:20, 95:13, 95:15, 95:16, 95:18, 96:15, 127:13, 129:6, 138:15, 176:12
**rooms** [1] - 142:10
**ROSS** [1] - 1:5
**Ross** [133] - 33:7, 33:9, 35:2, 38:2, 39:24, 40:1, 41:1, 42:6, 42:13, 42:17, 43:21, 44:1, 44:5, 44:14, 44:18, 46:22, 47:11, 47:16, 48:19, 49:2, 49:19, 50:23, 51:10, 51:20, 52:4, 54:15, 54:25, 55:3, 55:11, 55:14, 56:7, 61:17, 61:24, 62:5, 62:7, 62:8, 63:4, 63:13, 63:16, 64:16, 64:17, 64:22, 65:2, 65:4, 65:11, 65:19, 66:11, 66:16, 67:16, 67:23, 68:3, 68:7, 68:10, 68:14, 69:9, 69:13, 70:18, 71:12, 72:8, 72:19, 73:7, 74:1, 74:7, 74:10, 76:8, 76:12, 76:20, 77:14, 78:4, 78:7, 78:14, 78:17, 80:1, 80:13, 80:15, 80:16, 81:10, 81:11, 81:13, 81:17, 82:2, 82:9, 83:11, 83:13, 83:17,

83:24, 84:1, 84:3, 84:13, 85:4, 85:10, 85:17, 85:21, 86:4, 86:8, 88:24, 92:21, 92:24, 93:8, 95:14, 95:17, 95:19, 96:15, 96:23, 97:17, 97:19, 97:22, 98:10, 99:9, 99:25, 100:15, 101:2, 126:1, 126:13, 128:24, 131:12, 132:10, 134:6, 134:24, 138:12, 146:16, 146:18, 146:21, 146:24, 148:10, 148:15, 148:18, 148:24, 149:6, 150:9, 167:16, 177:14
**rotated** [1] - 85:8
**rough** [1] - 78:6
**roughly** [2] - 37:22, 182:20
**round** [4] - 67:23, 68:18, 70:14, 78:12
**rounds** [2] - 72:14, 72:17
**rubber** [6] - 71:18, 72:5, 72:13, 82:20, 84:12, 163:21
**rule** [6] - 3:12, 28:24, 157:13, 171:9, 171:19, 171:25
**Rule** [9] - 5:9, 6:12, 6:23, 15:6, 157:23, 157:24, 162:16, 172:16, 185:3
**Rules** [2] - 15:2, 15:7
**ruling** [1] - 185:4
**run** [4] - 77:11, 78:4, 78:7, 87:25
**running** [4] - 41:21, 49:14, 61:14, 77:18
**runs** [1] - 29:17

## S

**S-A-A-R** [1] - 32:11
**s/Kristin** [1] - 188:13
**Saar** [17] - 2:4, 32:6, 100:25, 108:11, 135:7, 137:23, 152:14, 153:1, 170:22, 176:15, 176:17, 178:14, 178:18, 178:19, 178:22, 181:20, 184:10
**Saar's** [1] - 163:16

**Sabeans** [1] - 31:20
**Saddam** [3] - 18:25, 19:8, 19:21
**safe** [1] - 98:25
**safer** [1] - 98:12
**safety** [1] - 53:20
**salaries** [1] - 117:9
**salary** [11] - 117:4, 117:6, 117:10, 117:15, 117:20, 118:11, 123:21, 144:20, 144:21, 144:25, 145:2
**sale** [2] - 24:10, 24:11
**sanctions** [4] - 15:13, 15:17, 16:4, 163:7
**satisfied** [1] - 172:17
**satisfy** [2] - 16:21, 159:9
**save** [2] - 63:24, 64:3
**saw** [10] - 49:14, 86:13, 90:12, 92:20, 92:21, 103:13, 104:8, 161:5, 161:16, 178:20
**scared** [5] - 65:17, 77:2, 77:4, 77:6
**scenario** [1] - 24:18
**scheduled** [1] - 166:15
**scheme** [1] - 172:14
**schools** [2] - 27:7, 27:9
**scope** [2] - 27:17, 171:24
**SCOTT** [1] - 1:14
**SCRANTON** [2] - 1:9, 1:25
**Scranton** [2] - 1:13, 188:19
**scream** [1] - 71:12
**screaming** [1] - 71:11
**screen** [5] - 9:14, 37:9, 88:19, 94:16, 108:18
**seal** [1] - 176:4
**search** [2] - 161:9, 161:16
**seated** [2] - 4:7, 32:12
**Seattle** [1] - 5:4
**SEBASTIAN** [1] - 32:11
**second** [17] - 4:23, 10:17, 10:20, 11:14, 31:14, 31:16, 44:20, 80:4, 82:14, 83:9, 98:4, 98:6, 115:17, 116:13, 153:12, 158:17
**seconds** [3] - 70:12,

70:14, 71:8
**section** [4] - 11:14, 14:1, 31:14, 153:19
**Section** [7] - 1:15, 7:24, 11:25, 12:9, 163:3, 163:10, 188:6
**sections** [1] - 40:23
**security** [5] - 10:5, 43:11, 43:12, 45:12, 45:14
**see** [46] - 48:9, 49:13, 61:23, 63:22, 75:1, 76:9, 78:8, 81:20, 85:7, 85:9, 85:17, 86:5, 86:21, 86:22, 87:12, 87:14, 87:15, 89:4, 89:11, 90:16, 91:17, 92:18, 93:5, 99:9, 103:17, 108:14, 119:21, 122:2, 128:15, 130:23, 136:6, 136:8, 136:10, 136:11, 146:22, 146:25, 178:18, 181:16, 181:22, 181:23, 182:4, 185:2, 186:18, 187:2
**seeing** [2] - 99:22, 109:7
**seek** [1] - 14:10
**seeking** [1] - 167:7
**seem** [1] - 176:25
**seize** [1] - 28:22
**select** [2] - 21:5, 109:13
**selected** [1] - 48:23
**self** [1] - 7:14
**self-employed** [1] - 7:14
**selling** [3] - 24:8, 24:12, 24:20
**semi** [1] - 107:13
**semi-automatic** [1] - 107:13
**send** [8] - 6:3, 13:21, 13:23, 25:3, 29:20, 109:18, 113:11
**sending** [1] - 143:6
**sends** [1] - 179:7
**sense** [1] - 186:22
**sensitive** [1] - 163:22
**sent** [15] - 13:11, 33:14, 98:20, 109:15, 111:4, 111:8, 113:6, 139:17, 147:17, 156:24, 160:19, 161:3, 161:12, 165:8, 174:1

**20**

**sentence** [1] - 37:4
**separate** [5] - 83:1, 83:5, 131:12, 131:13, 131:16
**separately** [1] - 64:23
**September** [1] - 149:8
**sequence** [2] - 64:19, 64:21
**Sergeant** [1] - 154:21
**serial** [1] - 154:7
**series** [1] - 51:15
**serious** [2] - 23:12, 23:21
**seriously** [1] - 169:10
**seriousness** [1] - 52:3
**services** [1] - 170:12
**serving** [1] - 175:16
**session** [1] - 82:8
**sessions** [10] - 81:13, 82:15, 83:10, 83:14, 85:10, 88:24, 130:2, 131:17, 132:1, 132:18
**set** [6] - 104:17, 104:18, 162:11, 167:3, 188:9
**Seventh** [1] - 172:6
**several** [17] - 103:22, 110:10, 110:12, 110:14, 123:2, 128:23, 132:16, 136:7, 136:15, 136:16, 150:7, 153:20, 156:15, 158:6, 159:11, 169:24, 183:18
**severe** [9] - 72:3, 158:3, 158:4, 158:8, 158:11, 158:12, 163:5, 163:9, 163:12
**severed** [1] - 157:4
**shake** [1] - 100:4
**shakes** [1] - 100:2
**shall** [10] - 9:18, 10:21, 12:2, 12:3, 12:10, 14:3, 14:9, 14:10, 29:23, 164:7
**share** [2] - 21:3, 122:13
**shared** [1] - 139:14
**sharp** [1] - 78:7
**Shepard** [1] - 171:22
**Shia** [1] - 27:14
**shift** [1] - 61:14
**Shiite** [1] - 25:23
**shipped** [5] - 155:14, 155:23, 156:3, 156:5, 161:14
**shipping** [2] - 47:25, 86:15

**shirt** [1] - 100:13
**shock** [1] - 70:23
**shocked** [1] - 104:9
**shoes** [1] - 77:11
**short** [1] - 176:12
**shorter** [3] - 80:5, 80:11, 82:16
**shortest** [2] - 58:1, 58:6
**shorthand** [1] - 1:22
**shortly** [3] - 38:4, 38:5, 174:10
**shot** [1] - 98:20
**shots** [1] - 89:10
**show** [9] - 61:17, 91:4, 95:3, 110:16, 121:11, 137:17, 147:12, 150:20, 152:10
**showed** [6] - 128:24, 149:6, 149:10, 150:9, 150:13, 158:24
**shower** [6] - 56:24, 127:9, 142:11, 142:12, 142:13, 150:17
**shown** [5] - 117:25, 156:24, 172:20, 172:23, 179:20
**shows** [3] - 154:18, 163:21, 170:21
**shut** [2] - 71:13, 71:15
**side** [4] - 57:1, 87:5, 89:8, 104:12
**sides** [1] - 71:25
**Sidiropoulou** [1] - 174:2
**sign** [7] - 34:22, 36:13, 36:20, 37:7, 37:9, 91:10, 97:17
**signature** [2] - 36:15, 37:12
**signed** [4] - 35:2, 103:14, 103:16, 109:3
**SIIM** [1] - 32:11
**Siim** [6] - 2:4, 32:6, 88:19, 176:15, 181:20, 184:10
**similar** [8] - 25:13, 42:3, 66:5, 73:25, 80:10, 107:11, 135:16, 161:13
**simple** [1] - 24:3
**simply** [3] - 154:19, 170:9, 184:12
**single** [1] - 3:11
**sit** [4] - 67:25, 69:2, 84:7, 95:20

**site** [1] - 98:20
**sitting** [5] - 67:17, 68:20, 70:4, 70:7, 100:13
**situation** [7] - 44:13, 54:4, 69:25, 121:5, 129:11, 137:6, 161:13
**six** [5] - 59:20, 78:23, 78:24, 79:3, 79:4
**size** [1] - 48:25
**sketch** [5] - 88:7, 88:9, 89:5, 89:8
**Skype** [5] - 33:17, 33:18, 33:21, 102:7, 102:12
**slap** [1] - 147:13
**slapped** [3] - 28:18, 29:3, 131:5
**slaps** [1] - 28:17
**sleep** [2] - 91:15, 98:23
**sleeping** [2] - 98:24, 98:25
**small** [2] - 59:23, 90:19
**smoke** [2] - 78:13, 145:23
**smoked** [2] - 31:10, 146:2
**smokes** [1] - 133:21
**smoking** [17] - 13:8, 13:10, 13:13, 22:25, 23:2, 23:3, 23:6, 23:9, 23:18, 23:24, 24:2, 24:19, 132:16, 132:22
**smuggle** [2] - 47:22, 47:24
**smuggling** [2] - 156:14, 156:17
**snooping** [2] - 119:9, 119:10
**social** [2] - 12:5, 142:2
**society** [1] - 43:18
**soft** [1] - 48:10
**soldier** [5] - 43:24, 65:3, 65:19, 67:18, 76:10
**soldiers** [60] - 64:5, 64:7, 64:9, 64:10, 64:17, 65:1, 66:12, 68:5, 68:8, 70:20, 73:6, 73:8, 79:9, 80:2, 80:16, 81:22, 82:6, 82:12, 85:8, 85:14, 85:16, 86:18, 86:23, 87:19, 88:25, 89:14, 90:20, 91:10, 91:13, 91:22, 91:23,

92:15, 92:22, 92:25, 93:2, 96:14, 100:1, 127:3, 127:20, 127:25, 130:10, 131:2, 131:11, 131:18, 133:12, 133:15, 142:11, 150:16, 153:5, 153:9, 158:21, 159:3, 159:5, 159:22, 164:16, 164:22
**soldiers'** [1] - 164:24
**solely** [1] - 154:9
**soles** [1] - 84:8
**someone** [13] - 10:7, 13:13, 23:2, 23:18, 27:22, 28:1, 29:15, 31:5, 31:10, 39:5, 50:3, 52:14, 139:2
**sometimes** [9] - 17:12, 53:18, 86:17, 89:14, 90:24, 100:5, 117:4, 131:18
**somewhat** [7] - 3:10, 26:10, 63:19, 104:8, 107:18, 128:16, 141:8
**somewhere** [9] - 46:13, 46:15, 47:6, 47:15, 50:22, 61:25, 87:2, 113:9
**soon** [2] - 56:5, 96:4
**sorry** [18] - 25:17, 29:6, 34:1, 47:7, 54:3, 58:25, 73:20, 91:23, 109:6, 110:11, 110:19, 117:17, 119:6, 124:24, 128:5, 133:14, 169:21, 175:4
**sort** [6] - 92:9, 102:7, 104:16, 120:2, 136:19, 154:15
**sought** [1] - 172:19
**sound** [2] - 71:11, 176:24
**sounding** [1] - 29:10
**sounds** [3] - 59:5, 64:15, 71:10
**source** [3] - 26:18, 27:1, 27:2
**sources** [1] - 27:2
**sparse** [1] - 3:10
**Speaker** [1] - 21:6
**speaking** [9] - 51:5, 58:14, 68:3, 73:22, 73:23, 102:10, 102:12, 143:4, 144:6

**Special** [2] - 161:9, 167:13
**special** [3] - 92:9, 92:13, 164:18
**specific** [11] - 13:7, 16:1, 17:22, 28:24, 92:14, 96:5, 106:3, 113:3, 131:21, 155:18, 156:9
**specifically** [9] - 22:4, 54:8, 80:8, 126:6, 152:11, 153:15, 158:3, 163:5, 174:19
**specifics** [1] - 123:3
**specify** [1] - 41:24
**speculative** [2] - 147:1, 148:12
**speed** [1] - 59:6
**spell** [2] - 4:3, 32:9
**spend** [1] - 12:24
**spending** [2] - 49:6, 49:15
**spent** [1] - 3:7
**spikes** [1] - 70:22
**spoiled** [1] - 123:19
**spoken** [1] - 74:5
**spring** [1] - 45:7
**squares** [1] - 89:2
**stage** [1] - 167:3
**stages** [3] - 84:20, 87:20, 128:4
**stand** [9] - 66:13, 66:15, 66:16, 66:19, 68:25, 84:9, 100:11, 184:4, 185:3
**standard** [3] - 152:3, 162:21, 172:25
**standing** [2] - 70:4, 89:7
**start** [7] - 5:24, 6:2, 62:1, 66:12, 81:3, 100:4, 122:5
**started** [30] - 40:11, 45:3, 45:7, 56:4, 57:8, 61:13, 61:22, 62:6, 62:8, 67:1, 67:25, 68:22, 68:24, 69:1, 71:14, 71:22, 71:23, 71:24, 71:25, 76:18, 77:17, 79:8, 84:2, 84:8, 103:19, 118:14, 123:12, 124:21, 150:5, 150:24
**starting** [1] - 114:5
**State** [10] - 26:25, 154:11, 159:18, 159:20, 172:1, 172:8, 179:12, 179:15, 179:16,

**21**

180:1
**state** [30] - 4:3, 7:3, 12:6, 14:18, 15:11, 26:17, 32:9, 98:21, 109:8, 164:11, 166:24, 171:12, 171:14, 171:20, 172:16, 178:18, 179:10, 179:19, 179:20, 179:24, 180:10, 181:3, 181:4, 181:9, 181:12, 181:16, 181:19, 184:9
**statement** [11] - 19:5, 55:13, 109:23, 126:22, 133:20, 180:2, 183:14, 183:19, 183:21, 184:20, 184:21
**statements** [15] - 75:12, 75:15, 171:2, 171:25, 172:13, 172:15, 172:18, 176:25, 179:12, 180:10, 180:16, 180:17, 181:2, 182:24, 184:16
**STATES** [2] - 1:1, 1:2
**states** [3] - 153:20, 159:11, 172:7
**States** [36] - 1:11, 5:8, 47:17, 47:20, 47:22, 50:21, 112:4, 112:5, 153:15, 153:20, 153:22, 153:25, 154:1, 156:25, 157:2, 159:10, 159:11, 159:13, 159:15, 160:1, 160:2, 160:5, 161:19, 162:22, 163:3, 164:7, 165:5, 165:19, 171:17, 171:22, 172:6, 188:4, 188:6, 188:17
**stating** [1] - 125:6
**stations** [1] - 13:5
**status** [2] - 41:6, 97:25
**Statute** [4] - 158:4, 159:10, 164:6, 164:13
**statutory** [1] - 158:16
**stay** [8] - 39:3, 54:10, 106:18, 113:14, 114:12, 114:20, 127:2, 141:9
**stayed** [2] - 114:16, 116:14

**staying** [2] - 114:14, 129:6
**steal** [1] - 29:15
**stealing** [1] - 172:14
**Stelwagon** [1] - 172:3
**step** [2] - 31:23, 151:8
**steps** [1] - 178:2
**stick** [1] - 151:3
**sticks** [2] - 18:7, 18:10
**still** [8] - 53:11, 59:3, 60:23, 89:17, 160:5, 167:23, 170:25, 171:6
**stipulate** [1] - 16:9
**stipulated** [1] - 15:20
**stipulation** [3] - 16:5, 16:7, 16:12
**stomach** [6] - 67:1, 68:16, 68:25, 69:2, 69:6, 163:24
**stomping** [5] - 67:1, 67:6, 163:24
**stood** [4] - 66:17, 66:18, 84:6, 84:9
**stop** [4] - 26:8, 28:25, 29:1, 72:11
**stopped** [3] - 90:9, 96:16, 130:21
**stories** [1] - 17:16
**story** [1] - 24:6
**straight** [2] - 54:11, 96:16
**strange** [3] - 98:12, 98:13, 100:2
**Street** [1] - 1:20
**street** [2] - 28:3, 28:4
**streets** [1] - 23:3
**stressed** [2] - 98:23, 180:3
**strike** [3] - 50:14, 71:7, 146:11
**strong** [1] - 71:17
**Stroudsburg** [2] - 155:9, 155:24
**structure** [3] - 20:4, 20:9, 20:17
**studied** [1] - 33:1
**stuff** [12] - 47:22, 49:11, 52:10, 55:9, 56:9, 56:13, 80:5, 80:6, 86:2, 95:21, 96:14, 138:16
**stylus** [1] - 108:17
**sub** [1] - 153:20
**subject** [3] - 12:5, 17:11, 28:24
**subjected** [1] - 169:8
**submission** [2] - 171:8, 175:12
**submissions** [3] - 3:8,

167:4, 171:6
**submit** [17] - 15:4, 15:22, 152:2, 152:8, 152:14, 152:20, 152:22, 152:25, 154:1, 154:21, 155:2, 156:7, 156:12, 157:4, 157:10, 160:11, 178:8
**submits** [4] - 170:5, 170:10, 170:15, 170:20
**submitted** [3] - 7:23, 175:21, 176:3
**subsection** [2] - 12:7, 172:17
**subsequent** [1] - 75:18
**substandard** [1] - 161:19
**substantial** [2] - 106:10, 165:4
**substantially** [1] - 140:12
**substantiate** [1] - 154:19
**substantiated** [1] - 157:10
**substantive** [2] - 155:5, 156:18
**successful** [3] - 77:18, 141:7, 149:21
**suffering** [11] - 85:23, 85:24, 158:4, 158:5, 158:8, 158:11, 158:12, 163:6, 163:10, 163:13
**sufficient** [2] - 152:9, 163:14
**sufficiently** [1] - 157:8
**suffocated** [1] - 83:4
**suffocating** [2] - 68:22, 69:5
**suggest** [1] - 112:21
**suggested** [2] - 112:3, 177:8
**suggestions** [1] - 46:22
**suggests** [1] - 164:24
**suite** [1] - 1:12
**Sulaymaniyah** [12] - 22:8, 37:20, 37:21, 38:6, 45:11, 133:15, 146:9, 146:10, 167:20, 168:14, 174:9, 174:17
**summary** [1] - 165:25
**summer** [26] - 45:8, 45:9, 50:18, 50:19,

50:20, 52:4, 53:19, 113:11, 113:12, 113:16, 113:17, 113:19, 113:25, 114:9, 114:15, 115:17, 115:22, 116:13, 117:18, 118:19, 122:4, 123:7, 143:18, 148:7
**summon** [1] - 5:25
**sums** [1] - 156:24
**Sunni** [4] - 20:19, 25:23, 27:10, 27:12
**superseding** [5] - 16:9, 151:21, 152:1, 169:25, 170:13
**supervision** [3] - 97:15, 188:11, 188:23
**support** [3] - 3:17, 169:22, 170:18
**Support** [2] - 168:10, 170:8
**Supreme** [3] - 7:7, 9:17, 9:23
**surface** [1] - 78:5
**surgery** [3] - 141:5, 141:7, 142:25
**surrounding** [1] - 89:21
**surroundings** [1] - 100:7
**survive** [4] - 70:3, 83:6, 135:12, 136:4
**suspicious** [2] - 117:24, 122:10
**sustain** [2] - 17:1, 164:12
**sustained** [12] - 27:19, 54:2, 54:8, 55:13, 55:14, 105:22, 111:17, 122:19, 133:6, 147:2, 148:13, 148:21
**SUVs** [1] - 90:14
**switch** [1] - 44:23
**SWORN** [2] - 4:2, 32:8
**System** [4] - 6:7, 25:10, 25:11, 25:12
**system** [7] - 6:10, 6:15, 13:14, 25:13, 28:5, 30:23, 31:1
**Systems** [1] - 172:4

**T**

**Talabani** [9] - 167:20, 167:23, 168:4, 168:14, 168:19, 168:20, 181:17,

184:17, 184:18
**talks** [4] - 10:3, 11:15, 25:22, 184:14
**tanks** [1] - 87:15
**target** [2] - 48:24
**tarmac** [1] - 172:4
**tase** [2] - 70:17, 76:10
**tased** [9] - 69:4, 70:16, 71:1, 71:10, 76:5, 76:7, 79:5, 82:22, 184:11
**taser** [1] - 71:7
**tasers** [1] - 74:21
**tasing** [7] - 68:24, 69:3, 70:19, 70:21, 71:4, 72:16, 80:9
**task** [1] - 105:9
**tasking** [1] - 163:21
**tasks** [1] - 40:3
**tea** [5] - 83:17, 83:20, 83:21, 83:24, 150:23
**teach** [4] - 5:5, 5:6, 5:8
**team** [1] - 97:14
**technical** [1] - 52:10
**teleconferencing** [1] - 102:7
**telephone** [2] - 93:15, 127:15
**teller** [1] - 29:17
**temporary** [1] - 13:5
**term** [6] - 21:1, 21:9, 26:11, 26:12, 165:2, 177:12
**terms** [3] - 9:20, 21:7, 149:2
**terrified** [2] - 180:3, 181:18
**territories** [2] - 153:21, 159:12
**territory** [1] - 160:1
**terrorism** [1] - 26:8
**Terrorism** [1] - 164:17
**test** [4] - 171:11, 178:9, 179:3, 183:12
**tested** [1] - 109:22
**testified** [17] - 19:24, 20:18, 75:23, 111:1, 129:16, 130:6, 134:8, 138:7, 141:17, 144:21, 154:5, 158:23, 159:1, 160:22, 160:23, 160:25, 164:18
**TESTIFIED** [2] - 4:2, 32:8
**testifies** [2] - 186:14, 186:15
**testify** [12] - 171:1, 176:5, 176:6,

**22**

177:22, 178:5, 179:7, 181:1, 184:5, 185:18, 185:22, 186:13, 186:17
**testifying** [2] - 15:11, 123:11
**testimony** [53] - 3:4, 3:16, 15:25, 27:21, 111:23, 122:13, 127:5, 127:14, 127:22, 129:14, 130:15, 131:24, 134:11, 135:2, 135:3, 154:8, 154:21, 155:6, 155:8, 158:10, 160:17, 161:5, 161:6, 161:8, 161:17, 162:25, 163:16, 163:19, 163:21, 163:25, 164:10, 164:12, 164:16, 164:20, 165:4, 165:13, 165:16, 166:4, 166:23, 167:7, 168:23, 170:5, 173:1, 173:10, 178:3, 181:2, 181:4, 182:1, 184:12, 185:2, 185:6, 185:10
**text** [5] - 81:15, 81:16, 81:22, 130:16, 148:24
**texting** [6] - 81:21, 82:5, 130:17, 130:18, 130:20, 130:22
**THE** [122] - 1:1, 1:1, 1:8, 1:10, 1:19, 3:1, 3:24, 4:3, 4:5, 4:7, 4:9, 7:25, 8:5, 8:8, 8:12, 8:20, 9:8, 9:10, 14:18, 15:9, 16:5, 16:15, 16:22, 17:1, 17:25, 18:6, 18:17, 18:19, 27:19, 29:6, 29:8, 29:11, 30:17, 31:23, 32:1, 32:3, 32:5, 32:9, 32:11, 32:12, 34:18, 36:8, 36:25, 46:6, 46:10, 49:24, 51:14, 51:18, 54:2, 54:3, 54:7, 55:13, 75:16, 81:25, 84:5, 84:6, 88:15, 100:16, 100:18, 100:21, 105:22, 105:23, 108:5, 111:17, 122:19,

131:20, 131:21, 133:6, 144:15, 145:20, 145:21, 147:2, 148:13, 148:21, 151:8, 151:10, 151:12, 151:15, 151:18, 151:24, 153:18, 157:14, 157:18, 162:6, 162:16, 166:11, 166:22, 167:3, 173:8, 173:10, 174:3, 174:18, 175:7, 175:22, 175:24, 176:5, 176:13, 176:20, 177:5, 177:11, 177:22, 178:1, 178:15, 179:9, 179:25, 180:13, 180:17, 180:22, 180:24, 181:15, 181:25, 182:6, 182:16, 183:7, 183:9, 184:2, 186:1, 186:10, 186:14, 186:18, 186:21, 187:4
**themselves** [2] - 42:15, 134:4
**thereafter** [2] - 174:10, 184:22
**therefore** [1] - 16:11
**they've** [2] - 152:10, 157:4
**thin** [1] - 40:24
**thinking** [4] - 54:11, 85:5, 120:7, 120:21
**third** [2] - 36:12, 170:13
**Third** [7] - 7:24, 171:18, 172:3, 172:5, 172:7, 179:10, 180:6
**this(indicating** [1] - 71:19
**thoughts** [3] - 44:20, 166:5, 172:22
**thousand** [1] - 42:10
**threat** [4] - 14:9, 145:17, 158:8, 158:13
**threaten** [2] - 86:2, 98:14
**threatened** [4] - 158:7, 163:12, 169:5, 184:23
**threatening** [4] - 17:7, 17:8, 18:1, 18:2
**threats** [1] - 184:17

**three** [18] - 22:6, 22:7, 35:19, 43:4, 50:11, 64:8, 82:21, 82:24, 83:5, 86:25, 87:8, 157:25, 162:12, 167:12, 172:17, 173:18
**three-page** [1] - 167:12
**threw** [1] - 57:11
**throat** [5] - 69:2, 71:2, 71:6, 83:22, 150:23
**throughout** [4] - 19:14, 72:19, 77:20, 144:25
**Thursday** [1] - 61:6
**Tier** [2] - 107:7, 107:8
**tier** [1] - 85:15
**tightened** [1] - 70:9
**tired** [2] - 77:16, 78:12
**Title** [2] - 153:19, 188:6
**title** [3] - 35:4, 115:14, 164:8
**today** [5] - 7:8, 78:13, 78:20, 100:9, 158:13
**TODD** [1] - 1:11
**together** [9] - 63:17, 65:8, 76:13, 121:12, 138:13, 173:14, 175:1, 175:12, 179:7
**toilet** [2] - 57:5, 57:9
**tolerance** [3] - 23:15, 23:16, 23:17
**tolerances** [2] - 48:10, 48:12
**Tom** [1] - 161:2
**tomorrow** [6] - 166:14, 166:15, 185:5, 185:13, 185:17, 186:5
**tongue** [1] - 4:22
**tonight** [1] - 186:7
**took** [25] - 30:11, 46:12, 49:23, 56:24, 57:5, 57:13, 57:21, 58:20, 60:22, 67:25, 68:20, 77:22, 84:6, 84:24, 87:19, 126:4, 150:25, 155:10, 159:14, 159:16, 163:21, 176:17, 177:16
**tools** [1] - 156:3
**Tools** [1] - 160:18
**top** [4] - 26:15, 57:25, 85:15, 90:15
**topics** [1] - 5:5
**torture** [46] - 14:7, 14:9, 14:14, 14:19,

14:22, 14:23, 15:1, 15:20, 15:23, 16:6, 16:16, 16:23, 17:6, 17:9, 17:11, 17:19, 17:23, 31:11, 61:22, 68:2, 78:12, 80:7, 84:2, 131:3, 146:22, 150:24, 152:12, 152:13, 152:16, 152:19, 153:13, 153:14, 155:1, 157:17, 158:1, 159:9, 163:2, 163:4, 163:15, 163:20, 164:2, 164:4, 164:7, 169:13
**Torture** [7] - 16:10, 152:2, 152:10, 158:2, 158:16, 163:3
**tortured** [2] - 146:2, 146:25
**torturing** [2] - 130:10, 169:12
**total** [2] - 59:20, 113:16
**totally** [1] - 154:16
**touch** [1] - 148:25
**touched** [1] - 10:6
**toward** [1] - 178:16
**towards** [4] - 73:6, 125:17, 157:5, 179:19
**trade** [1] - 115:10
**trading** [1] - 23:20
**trafficking** [1] - 24:13
**trail** [1] - 120:2
**trailing** [1] - 47:7
**train** [1] - 91:15
**training** [1] - 89:15
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:22, 188:7, 188:10, 188:22
**transcription** [1] - 1:22
**transfer** [5] - 136:21, 136:22, 137:1, 145:5, 165:16
**transferred** [1] - 154:20
**transfers** [1] - 165:18
**translated** [1] - 75:21
**translation** [3] - 8:17, 9:4, 19:24
**translator** [2] - 73:23, 74:8
**traveling** [1] - 118:5
**treat** [3] - 73:7, 73:10, 110:15
**treated** [1] - 73:7

**treatment** [8] - 13:12, 14:8, 14:14, 140:24, 141:3, 149:18, 149:21, 176:15
**trial** [5] - 3:13, 8:3, 8:9, 162:10
**Trial** [1] - 1:8
**tried** [9] - 57:2, 70:3, 71:14, 74:9, 79:9, 85:25, 93:20, 93:24, 127:5
**trier** [2] - 15:3, 162:19
**triggered** [2] - 55:11, 55:14
**Triin** [28] - 38:13, 39:9, 39:14, 56:18, 56:19, 62:4, 64:22, 64:23, 65:3, 65:5, 65:9, 65:13, 65:16, 65:18, 65:23, 66:9, 75:23, 76:14, 77:3, 86:9, 95:14, 106:23, 106:25, 129:19, 129:22, 130:3, 139:14, 156:6
**Triin's** [1] - 66:5
**trips** [2] - 46:23, 49:17
**trouble** [4] - 33:25, 44:11, 44:12, 116:9
**trucks** [1] - 87:15
**true** [9] - 9:3, 10:10, 16:10, 19:10, 22:4, 135:2, 159:24, 160:3, 188:7
**truth** [3] - 172:2, 179:13, 184:7
**try** [18] - 27:3, 29:13, 33:24, 47:8, 55:23, 63:24, 64:3, 76:23, 93:10, 93:19, 93:20, 93:23, 106:10, 121:9, 121:12, 129:12, 172:11, 186:22
**trying** [17] - 16:20, 20:12, 41:22, 55:21, 61:21, 62:9, 62:10, 62:14, 65:8, 65:11, 66:6, 74:4, 93:17, 126:15, 173:21, 179:2, 180:9
**tumor** [6] - 140:6, 140:7, 140:10, 149:15, 149:19, 149:24
**Turkey** [2] - 25:23, 156:25
**turn** [11] - 3:21, 10:15, 34:4, 35:25, 36:12, 36:17, 37:7, 45:19,

**23**

57:17, 60:24, 88:2
**turned** [3] - 90:6, 90:7, 159:20
**turns** [1] - 156:17
**twenty** [1] - 32:3
**twice** [1] - 94:13
**two** [25] - 12:21, 13:6, 30:5, 50:11, 59:17, 63:14, 65:5, 70:22, 71:22, 73:15, 73:16, 81:14, 82:5, 113:17, 116:21, 116:22, 132:9, 151:25, 157:21, 162:11, 171:16, 172:14, 174:25, 178:1, 182:20
**type** [3] - 15:25, 16:23, 153:10
**types** [8] - 12:16, 12:21, 17:5, 17:22, 20:7, 69:8, 83:15, 108:1
**typically** [1] - 183:21

**U**

**U.S** [21] - 44:5, 44:9, 88:10, 92:18, 92:21, 92:24, 93:2, 154:3, 154:4, 154:6, 154:18, 154:20, 159:21, 159:24, 160:4, 160:5, 167:14, 167:18, 167:21, 168:12
**ultimate** [2] - 14:24, 15:2
**ultimately** [6] - 19:2, 102:2, 111:5, 117:13, 141:5, 165:1
**um-hum** [1] - 75:25
**unavoidable** [1] - 186:24
**unclear** [2] - 171:6
**uncontrollably** [1] - 100:5
**under** [52] - 11:5, 11:22, 12:19, 12:22, 14:8, 14:14, 15:2, 15:6, 15:14, 15:17, 15:20, 16:4, 16:6, 16:11, 16:16, 16:23, 17:6, 18:7, 31:14, 136:9, 152:3, 152:23, 153:19, 158:2, 163:4, 164:8, 164:13, 164:15, 164:25, 165:1, 169:15, 171:15,

172:1, 172:8, 172:16, 176:4, 178:18, 179:12, 179:21, 179:23, 180:11, 180:12, 180:13, 180:16, 181:10, 181:13, 182:21, 183:2, 183:4, 184:19, 188:11, 188:23
**undergoing** [1] - 136:18
**underlying** [2] - 172:2, 179:14
**understatement** [1] - 162:23
**understood** [8] - 43:20, 58:22, 62:21, 75:20, 81:10, 91:25, 178:13, 182:3
**undertaken** [1] - 164:25
**uneventful** [1] - 129:1
**uniform** [3] - 91:2, 91:11, 158:24
**Uniform** [1] - 6:13
**uniforms** [4] - 43:15, 126:4, 153:2, 159:22
**union** [2] - 112:4, 112:13
**Union** [3] - 6:22, 7:15, 7:19
**unit** [3] - 92:8, 92:9, 164:18
**UNITED** [2] - 1:1, 1:2
**United** [37] - 1:11, 5:8, 6:23, 47:17, 47:20, 47:22, 50:21, 112:4, 112:5, 153:15, 153:20, 153:22, 153:25, 154:1, 156:25, 157:1, 159:10, 159:11, 159:12, 159:15, 160:1, 160:2, 160:5, 161:19, 162:22, 163:2, 164:7, 165:5, 165:19, 171:17, 171:22, 172:6, 188:4, 188:6, 188:17
**University** [4] - 4:15, 4:17, 4:19, 5:4
**university** [1] - 4:25
**unknown** [2] - 156:4, 181:11
**unlawful** [7] - 12:2, 12:7, 16:6, 152:15, 165:17, 165:20, 170:11
**unless** [3] - 166:16,

185:8, 188:23
**unnamed** [2] - 168:4, 168:19
**unrelated** [2] - 49:7, 49:16
**unwilling** [1] - 176:15
**up** [56] - 3:13, 7:8, 29:13, 30:5, 33:24, 37:9, 39:4, 40:24, 44:22, 48:6, 55:9, 56:9, 56:13, 56:24, 60:24, 61:17, 64:25, 66:13, 66:15, 66:16, 66:17, 66:18, 68:25, 71:13, 71:15, 81:5, 84:6, 84:9, 84:10, 85:16, 88:19, 94:16, 98:1, 98:5, 100:11, 104:17, 104:18, 105:14, 106:5, 117:8, 121:13, 128:24, 132:18, 137:18, 139:10, 147:13, 150:9, 158:24, 160:10, 162:11, 163:25, 166:22, 168:9, 174:6, 184:22
**updates** [1] - 143:6
**upper** [3] - 35:6, 35:8, 90:25
**upset** [3] - 117:23, 117:24, 181:18
**USAID** [1] - 6:23
**USD** [1] - 35:16
**useful** [1] - 181:3
**uses** [1] - 84:13
**usual** [1] - 92:12

**V**

**vacation** [2] - 113:12, 114:19
**vacuum** [1] - 170:21
**vague** [2] - 131:19, 133:5
**valid** [2] - 9:24, 11:19
**value** [1] - 15:8
**varied** [3] - 70:10, 72:15, 86:17
**various** [4] - 116:23, 163:18, 163:22, 167:9
**vehicle** [4] - 96:20, 96:23, 128:9
**vehicles** [4] - 90:12, 90:13, 117:25, 118:3
**via** [1] - 165:18
**victim** [3] - 14:9, 158:13, 170:17

**video** [19] - 33:18, 95:1, 95:3, 108:9, 108:11, 108:14, 177:9, 177:10, 177:13, 177:18, 177:21, 178:11, 182:10, 182:12, 182:14, 182:19, 183:11, 183:18, 184:15
**videos** [22] - 168:2, 168:17, 171:2, 171:3, 173:4, 174:4, 174:7, 174:10, 174:12, 175:6, 176:2, 176:5, 176:8, 176:10, 176:12, 178:4, 179:17, 181:16, 182:2, 182:4, 182:8
**view** [1] - 182:17
**Vilist** [10] - 38:13, 38:15, 38:17, 102:8, 102:10, 127:15, 127:17, 127:23, 129:22, 139:14
**Vilist's** [1] - 38:22
**villa** [2] - 43:7, 43:11
**Viltrop** [1] - 129:23
**violate** [1] - 9:22
**violated** [1] - 10:6
**violation** [11] - 10:8, 13:11, 16:10, 23:4, 23:10, 23:16, 23:21, 23:22, 137:18, 147:21, 148:4
**virtue** [1] - 154:24
**visit** [1] - 93:8
**visited** [2] - 141:17, 154:22
**visiting** [3] - 10:11, 98:17, 143:5
**voice** [1] - 33:24
**volunteer** [3] - 113:14, 114:11, 114:13
**vote** [1] - 22:2
**voted** [1] - 21:22
**vs** [1] - 1:4

**W**

**wait** [1] - 96:18
**waited** [1] - 70:10
**waiting** [9] - 57:23, 60:21, 61:7, 61:8, 61:13, 62:5, 95:14, 129:1, 186:23
**walk** [2] - 87:6, 87:12
**walked** [1] - 55:10
**walking** [2] - 23:6,

87:14
**wall** [10] - 40:24, 60:4, 66:14, 66:19, 69:1, 89:9, 89:21, 89:23
**walls** [2] - 98:1, 98:5
**wants** [3] - 18:11, 157:20, 160:2
**warm** [3] - 83:23, 90:25, 143:19
**warrant** [2] - 6:1, 167:10
**Washington** [2] - 1:12, 1:18
**WASHINGTON** [1] - 1:25
**washington** [1] - 1:16
**watch** [1] - 114:12
**watching** [2] - 67:17, 86:11
**water** [5] - 60:9, 60:10, 61:11, 79:9, 86:19
**ways** [4] - 93:20, 93:21, 93:23, 165:19
**weak** [1] - 94:5
**weapons** [24] - 41:14, 41:23, 41:25, 42:4, 42:6, 42:10, 42:14, 42:18, 43:16, 43:22, 44:2, 48:20, 48:24, 49:19, 51:10, 51:21, 58:6, 97:25, 102:23, 120:14, 148:10, 148:19, 162:2
**wearing** [7] - 67:3, 73:5, 100:12, 100:13, 159:3, 159:22, 164:22
**weather** [1] - 143:19
**Wednesday** [3] - 61:1, 61:2, 150:3
**WEDNESDAY** [1] - 1:9
**week** [4] - 42:11, 80:25, 81:4, 85:8
**weeks** [7] - 13:6, 30:5, 93:6, 93:11, 116:21, 116:22, 157:21
**Wells** [2] - 157:2, 162:12
**whatsoever** [1] - 184:3
**wherein** [3] - 126:10, 168:3, 168:18
**whip** [1] - 18:9
**whipping** [1] - 18:9
**white** [1] - 100:13
**whole** [1] - 6:15
**wife** [7] - 28:15, 28:18, 28:23, 28:25, 165:9, 167:19, 173:13
**willfulness** [1] -

**24**

170:19

**William** [1] - 1:20

**willing** [2] - 95:20, 96:6

**window** [2] - 60:2, 60:3

**windows** [1] - 60:1

**wire** [2] - 165:15, 165:18

**wish** [1] - 151:18

**wishes** [3] - 3:4, 143:25, 165:23

**wishing** [1] - 144:2

**withdraw** [1] - 122:24

**within-mentioned** [1] - 188:8

**Witness** [1] - 2:3

**witness** [22] - 3:24, 14:23, 15:10, 15:15, 16:15, 16:17, 31:24, 32:5, 55:15, 100:15, 129:17, 151:9, 151:12, 154:4, 158:23, 158:25, 159:19, 161:4, 163:18, 184:4, 185:8, 185:14

**WITNESS** [8] - 4:5, 18:6, 32:11, 54:3, 84:6, 105:23, 131:21, 145:21

**witness'** [3] - 17:25, 51:16, 163:25

**Witnessed** [1] - 28:5

**witnessed** [2] - 28:19, 129:21

**witnesses** [10] - 136:7, 136:10, 136:11, 146:22, 151:13, 158:15, 158:19, 159:2, 161:16, 164:3

**woke** [1] - 56:24

**wonder** [1] - 4:12

**word** [5] - 28:11, 28:20, 118:10, 121:22, 177:3

**words** [15] - 13:14, 17:10, 17:15, 20:9, 23:23, 26:10, 26:23, 28:8, 117:12, 120:9, 126:14, 131:16, 136:3, 137:14, 183:10

**wore** [1] - 164:16

**workers** [3] - 45:3, 64:19, 163:17

**world** [1] - 97:14

**worried** [1] - 53:20

**worry** [4] - 54:5, 54:8,

61:14, 65:22

**wound** [1] - 105:14

**wounded** [1] - 91:21

**write** [9] - 53:5, 53:13, 53:16, 93:13, 134:9, 134:11, 134:13, 135:17, 148:1

**writing** [2] - 53:16, 134:19

**written** [5] - 8:25, 9:2, 136:11, 136:15, 171:5

**wrote** [2] - 145:7, 175:2

## Y

**Yazidis** [1] - 31:19

**Yeager** [1] - 188:13

**YEAGER** [4] - 1:24, 188:3, 188:13, 188:16

**year** [8] - 22:11, 33:2, 37:25, 104:3, 113:6, 134:18, 140:13, 169:2

**years** [9] - 7:11, 22:12, 22:13, 142:19, 144:1, 144:4, 159:20, 164:8, 172:14

**yesterday** [3] - 166:5, 166:20, 180:25

**York** [1] - 1:18

**yourself** [15] - 55:21, 55:23, 67:5, 78:2, 106:23, 113:22, 115:23, 116:19, 121:9, 123:12, 123:17, 124:21, 138:15, 147:4, 147:11

## Z

**Zarya** [3] - 40:19, 42:21, 169:4

**Zuhair** [4] - 2:4, 3:25, 4:5, 7:21