1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )
      vs                       )    18-CR-97
                               )
ROSS ROGGIO,                   )
                               )
            Defendant          )
_____)

TRANSCRIPT OF PROCEEDINGS
*Day Nine*
BEFORE THE HONORABLE ROBERT D. MARIANI
THURSDAY, MAY 18, 2023; 9:30 A.M.
SCRANTON, PENNSYLVANIA

FOR THE GOVERNMENT:
    TODD K. HINKLEY, ESQ.
    Assistant United States Attorney
    Suite 311
    235 N. Washington Avenue
    Scranton, Pennsylvania  18503

    SCOTT A. CLAFFEE, ESQ.
    DOJ-Nsd
    Counterintelligence & Export Control Section
    950 Pennsylvania Avenue NW
    Washington, DC  20530

    PATRICK JASPERSE, ESQ.
    DOJ-Crm
    1301 New York Avenue, NW
    Washington, DC  20530

FOR THE DEFENDANT:
    GINO A. BARTOLAI, JR., ESQ.
    238 William Street
    Pittston, Pennsylvania  18640

Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

_____

KRISTIN L. YEAGER, RMR, CRR
CERTIFIED REALTIME REPORTER
235 N. WASHINGTON AVENUE
SCRANTON, PENNSYLVANIA 18503

2

# I N D E X

Witness:

| For the Defendant: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Ross Roggio | 10 | 114 | 176 | 193 |

# E X H I B I T    I N D E X

| For the Government: | Identified | Admitted |
|---|---|---|
| Exhibit No. 20.13 | 42,48 | -- |
| Exhibit No. 4.12 | 70 | -- |
| Exhibit No. 3.9 | 82 | -- |
| Exhibit No. 20.16 | 117,177 | -- |
| Exhibit No. 4.13 | 131,151,164,166 | -- |
| Exhibit No. 26.4 | 134,182 | -- |
| Exhibit Nos. 6.11,6.4, 6.5, 6.6 | 139 | -- |
| Exhibit No. 6.7 | 140 | -- |
| Audio Excerpt G | 172 | -- |
| Audio Excerpt H | 173 | -- |
| Exhibit No. 4.16 | 174 | -- |

| For the Defendant: | | |
|---|---|---|
| Exhibit Nos. 11&12 | 191 | 192 |

(The following discussion took place outside the presence of the jury.)

THE COURT: Good morning. There's something you'd like to discuss?

MR. BARTOLAI: Yes, there is, Your Honor. Your Honor, so as the Court may recall, in March, Mr. Roggio had asked that I file a Motion to Withdraw as counsel, and I did file that motion. And the reason being, in the motion, was that the -- he raised this idea that I can be a witness in the case or would be a witness on his behalf.

So the Court, then, directed that I file an affidavit on the matter under seal, and I did, I think it was March 29, 2023 when I did file that affidavit under seal. So I would like to talk -- the matter that I want to bring before the Court is relative to the affidavit that I filed under seal.

So I think, under those circumstances, the Court may wish to entertain that at sidebar, I don't know to the extent that attorney/client privilege is involved. We're talking about an under seal document.

THE COURT: I think I would ask counsel for the Government to step out so I could hear what this is.

MR. BARTOLAI: So the record is clear, so you know, as well.

THE COURT: Pardon me, along with Government representatives who are seated in the background.

MR. BARTOLAI: I did disclose this to the Government, not

4

the affidavit itself, but the substance of the matter that I want to bring to the Court's attention.

THE COURT: I'll determine whether this is something that can, then, be discussed by all counsel. At this point, I'm not quite sure what this is about.

(At this time the courtroom was cleared.)

MR. BARTOLAI: Your Honor, so last night, I met with Mr. Roggio, we were preparing for this testimony, as well as this morning. But it came to my mind, as I was leaving the jail on the way home, the affidavit that I had prepared and submitted to the Court. And I've reviewed that last night, and I want to bring to the Court's attention, essentially, two matters.

The most important matter, in my mind, would be Paragraph 7 of the affidavit that I prepared, which states;

"Mr. Roggio made a statement relative to the incident contained in the superseding indictment. Mr. Roggio said that an individual named Siim Sebastian Saar, an Estonian, was seized by the Talabani family for possessing illegal controlled substances. According to Roggio, the Talabani's caused Mr. Sebastian to be interrogated under circumstances involving physical abuse and assault.

"Mr. Roggio said he intervened, in order to help Mr. Saar, for fear that Mr. Saar would have been killed. Mr. Roggio stated that the reason he requested that the other Estonians witness the interrogation was to have witnesses to the matter,

and, thereby, increase Mr. Sebastian's likelihood of survival. Mr. Roggio stated that, ultimately, it was he who persuaded Sebastian's captors to release him, and Roggio also stated that he reported this incident to the United States Consulate in Erbil, Iraq."

So, Your Honor, when I prepared this paragraph, that was what I recalled. And I think it's consistent with the testimony. There is an omission, though, that I made, and that would have been relative to that Mr. Saar was detained because of fear that, perhaps, he would disclose the nature of the project. And that's been what the Government's evidence is.

And upon further review of my file, since I prepared this affidavit, I did find Mr. Roggio did, in fact, tell me that, and I do have my case note on that matter, Your Honor, that would indicate that. So this is the first issue.

The omission, where I say, "Mr. Roggio said that an individual named Siim Sebastian Saar, an Estonian, was seized by the Talabani family for possessing and using illegal controlled substances", I should have also said, and/or for fear that he would have disclosed the project.

THE COURT: But you did not.

MR. BARTOLAI: But I did not, Your Honor. So that's a matter that I wanted to bring to the Court's attention, and, also, to the Government's attention. And I'll explain that in a little bit more detail. There's another matter that I wanted to

6

address.

And I'm going to refer to -- this is Paragraph 6 -- where I said that;

"Mr. Roggio told the undersigned that he had previously been seized by individuals, either, associated with the Talabani family or PUK or some other tribal political faction in Iraq, at which time, he had been tortured."

And then I say;

"I am unsure of when and where this occurred, relative to the incidents of torture set forth in the superseding indictment."

And my file contains no notes of this matter. I remember, because Mr. Roggio claimed he had been subjected to strappado, a form of torture where the victim's arms and shoulders are subject to the stress of the victim's body being lifted from the floor.

So, again, what I'm concerned about here, Your Honor, is, as I was preparing for trial, after I had prepared this affidavit, I did find a note in my file that indicated when this did occur, and it would have occurred from late -- from December to February or, approximately, January of 2017, the time that we all know, from what we know in the case so far, at least, from our point, that he had been detained. So I was able to find a note relative to that. So I have to say that, I think, that needs correction.

Now, again, both of these matters, Your Honor, are my omissions, Your Honor. Mr. Roggio did, in fact, tell me these things, and I made an error in the preparation of this affidavit.

Now, I came to court this morning, I met with Mr. Roggio and discussed this prior, earlier today, in the Marshal's, and I came here and talked to the Government attorneys about this. I basically told them what I told you. My concern is this, and I told them this, as well.

If, for instance, the Government wanted to argue, You never told your attorney that Saar was arrested because he was going to disclose the project. Then, somehow, I could, potentially, be a witness. And, of course, this statement could, potentially, be --

THE COURT: So you expect the Government to inquire into Mr. Roggio's communications to you?

MR. BARTOLAI: I don't. But I think ethically --

THE COURT: I wouldn't allow that.

MR. BARTOLAI: I know you wouldn't. But what I'm trying to do, Judge, is this witness, most likely, will testify, and I want to be transparent with the Court and with the Government about these matters. So I want to bring -- I wouldn't want to be a witness in the case, and, apparently, after discussing with them, they don't see any point of calling me as a rebuttal witness for these reasons, for the reasons that I disclosed to

8

the Court.

THE COURT: So you discussed this with Government counsel?

MR. BARTOLAI: I have, and that's why I didn't have a problem with them being here, presently, because the situation that I have is, if, for some reason, that they did think that I would need to be a rebuttal witness, well, then, we may -- I may be on the horns of a dilemma, where I would not be able to continue in my representation of Mr. Roggio. I wanted to bring that to the Court's attention.

THE COURT: What position has the Government lawyers given you on this?

MR. BARTOLAI: They've indicated that it's not an issue, they don't intend on calling me as a witness. Certainly -- I did tell them this, you don't have to take my word for it, they would, I think, perhaps, it would be best if you did get that from them, as well, I would appreciate that for the record, Your Honor.

THE COURT: I will do that.

MR. BARTOLAI: Okay.

(At this time the Government team returned to the courtroom.)

THE COURT: Government counsel, I asked that you leave the courtroom, while Mr. Bartolai addressed me, and, in fact, I asked everyone else to leave the courtroom, as well, because I was unsure what he was going to tell me and, in particular, I

had a concern that he would disclose to me privileged communications or other privileged matter that you were not entitled to hear.

However, what I've heard is that -- and I'll ask Mr. Bartolai to confirm this -- what he presented to me he has presented -- he has already presented to you. Is that correct, Mr. Bartolai?

MR. BARTOLAI: It is, Your Honor, yes.

THE COURT: Specifically, he related to me that certain information that was in a sealed affidavit that he provided to me, in connection with a prior motion, as well as some additional information that his client told him, which was not in the motion, but, nonetheless, Mr. Bartolai has represented to me was told to him, would be matters that raise concern that he would be, possibly, called as a witness by the Government, either, on rebuttal -- well, on rebuttal -- in the event that you cross-examined Mr. Roggio in such a fashion as to make what he told Mr. Bartolai relevant.

My initial reaction was one of skepticism, in the sense that I did not expect that the Government would attempt to call Mr. Bartolai, in any case, and, in fact, he's confirmed to me that you, in turn, have told him you would not do that.

MR. HINKLEY: While we believe he would be a very good witness, we would not do that, Your Honor.

THE COURT: So I think you have the assurances there, Mr.

Bartolai, that you requested.

MR. BARTOLAI: Thank you, Your Honor.

THE COURT: And I now understand your position, as well as the Government's position.

So with that, is there anything else, before we proceed to determine whether Mr. Roggio is going to testify?

MR. BARTOLAI: At the moment, Mr. Roggio has indicated he's going to testify.

THE COURT: Okay. Unless there's something else, I'll have my courtroom deputy bring the jury in. Anything else? Hearing nothing, please.

Mr. Bartolai, there's been a request that Mr. Roggio take the witness stand. The Marshals have suggested that he take the stand before the jury comes in.

(At this time the jury was placed in the jury box.)

R O S S    R O G G I O    IS CALLED, AND HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK: Please state your name for the record.

THE WITNESS: Ross William Roggio, R-O-G-G-I-O.

THE CLERK: Thank you. You may be seated.

DIRECT EXAMINATION

BY MR. BARTOLAI:

Q.   Good morning, Mr. Roggio.

A.   Good morning.

Q.   Would you tell the jury where you live or what your age

is?

A.    My age?

Q.    Yes.

A.    I'm 55.

Q.    Where were you born?

A.    Spokane, Washington.

Q.    Where did you live, prior to being charged in this case?

A.    North Carolina, Fayetteville.

Q.    So tell us a little bit about your work history.

A.    I mainly owned small companies. I worked -- I worked for a tire company down in North Carolina, building tires. When that got tedious, I started opening small companies, and that's basically what I do.

Q.    Did you spend time in the service?

A.    Yes.

Q.    When was that? What years were this?

A.    A while ago. I joined the National Guard in 19, I believe it was, 86, went to basic training, and I believe -- I don't remember the exact date I left.

Q.    What units were you assigned to

A.    82nd Airborne, 3rd and 73rd armor.

Q.    That's a Parachute Unit?

A.    Yes.

Q.    What was your MOS?

A.    Yes, Military Occupational Specialty, 19 Delta.

12

Q.    What was that?

A.    Armed Cavalry Scout.

Q.    Did you get to the Middle East, during your service?

A.    Yes.

Q.    You were discharged from the Army?

A.    Yes.

Q.    What was the nature of your discharge?

A.    It was a General Discharge Under Honorable Conditions.

Q.    Did you have some problems in the service?

A.    Yes.

Q.    Give us the nature of them.

A.    As a young man, I had a tendency of not allowing people to be bullied, and that included myself, which was, kind of, contrary to how young soldiers are treated in the military.

Q.    Did you get along with some of the people that were in charge?

A.    Some of them, yes, but some of them, no.

Q.    Would you agree that you had some misconduct?

A.    Yes.

Q.    When you got out of the military, where did you find yourself working and living?

A.    Right after I got out, I was living in Fayetteville, North Carolina. I started out at Bankers Life and Casualty, I was working as an insurance agent.

Q.    Did you ever have any other businesses?

13

A.    Well, the businesses didn't come until much later. You know, we're talking about 1991. It wasn't until, roughly, around '97 or '98, I started going into business for myself.

Q.    What kind of businesses were you in?

A.    I first started a roofing company, I hired people to do roofs, and I went out and got the roofing jobs.

Q.    After that?

A.    Then, I opened my first retail store.

Q.    What kind of place was it?

A.    It was called a smoke shop. We sold glass pipes, water pipes, we also -- I also had a tattoo store attached to that.

Q.    Are you a tattoo artist?

A.    No, I just hired the tattoo artists.

Q.    Did you ever get involved in the firearms business?

A.    Yes, that was, I guess, around 2007.

Q.    Tell us about that.

A.    Well, I was always into guns, and the problem is a lot of the good ones, you couldn't find. And if you did find them, they were really expensive. So what I used to do is they used to have what they call a parts kit. Like, say, an AKM or AK47, they would cut the receiver and then import that into the country, usually, from Romania.

What you could do is strip all the parts off, then, you get a receiver from, like, Ohio -- a company called Ohio Armory would make AKM receivers, then, you would attach the parts back

to the receiver with enough American parts to be considered built in America.

Q.   So where did you learn this type of skill or this specialized knowledge?

A.   Fayetteville is full of Special Forces soldiers, former soldiers. If you ask a question about a gun, you'll get a line to tell you how to do it.

Q.   We heard from an individual by the name of Ron Bly.

A.   Yes.

Q.   He was the first Government witness.

A.   Yes.

Q.   And do you know Mr. Bly?

A.   Yes.

Q.   He has testified he met you through church; is that it?

A.   Yes.

Q.   And we will get there, we're going to get to there in a minute, but I want to know more about your gun business.

So we have heard some testimony that you were in, was it, Roggio Arsenol?

A.   Yes, it was called Roggio Arsenol.

Q.   That was the name of your company?

A.   Yes.

Q.   We could get into Mr. Krahl at another point during your testimony, but Mr. Krahl indicated that he had done business with Roggio Arsenal?

15

A.    Yes.

Q.    Was that a fair statement on his part?

A.    Yes.

Q.    What kind of business was that, again, specifically?

A.    Roggio Arsenal was an FFL-07 manufacturer. That means we had -- I had put in an application -- well, what happened was when I wanted to build these guns, I was concerned about the law. So I called the ATF, they said, Hey, if you're going to build these things, get a license. It's not hard, it doesn't cost a fortune, so I did. I received my FFL-07, and, then, I started putting the guns together.

Q.    Now, I just want to jump in. We have heard from a fella, a gentleman who came and said -- talked about your FFL license in around 2008; right?

A.    Yes.

Q.    Do you recall that?

A.    Yes.

Q.    Do you recall meeting with that guy? I think, they had -- if you recall or if it's not true correct me -- there was a document that you had signed saying that these regulations were read to you; correct?

A.    Yeah, they're pretty thorough on that. They came in -- when I first got my license, you meet with the ATF, and they explain, in generalized terms, everything else.

Q.    All right. You had some problems, which required them to

16

come in and investigate the theft of a firearm; is that right?

A.    Yes, there was a theft. After we closed the plant, we moved to a different location, and there was a theft in that location.

Q.    That's when you met the individuals from the ATF?

A.    Well, that individual, yes.

Q.    That's when they had you sign that form that we have seen in evidence; right?

A.    Correct.

Q.    So getting back to Roggio Arsenal. You became a Federal Firearms Licensee?

A.    Manufacturer, yes.

Q.    To manufacture?

A.    Yes.

Q.    So you were manufacturing firearms parts?

A.    We could manufacture -- I also had, I think it was called a Class 2. I could manufacture short barrel weapons, fully automatic weapons, silencers.

Q.    I'm going to talk about that. Specifically, what part of the firearm did you manufacture?

A.    Lower receivers, initially.

Q.    When we say, firearm, as an FFL, what is, actually, the firearm?

A.    The -- as I understand the law, the ATF, Bureau of Alcohol, Tobacco, Firearms considers the lower receiver, the

17

serialized part, to be the weapon.

Q.    The lower receiver, so that's a part of the weapon?

A.    Yes.

Q.    Then, also, you had a license to produce short barrel rifles?

A.    Yes.

Q.    Silencers?

A.    Automatic weapons, silencers, yes.

Q.    When you say, automatic weapons, also known as machine guns?

A.    Yes.

Q.    Or types of machine guns?

A.    Yes.

Q.    Can a regular individual make a silencer or machine gun or short barrel rifles?

A.    No.

Q.    They're controlled?

A.    Yes.

Q.    You need a license to do that?

A.    Yes.

Q.    You need a license to possess them, as well; correct?

A.    There's two types of machine guns on the market, there's pre-1984 and there's post-1984. Post-1984 weapons, machine guns, cannot be possessed by anyone other than law enforcement or firearm manufacturers, as I understand it.

18

Pre-1984, these are the fully automatic weapons that were available for sale, before the ban came in in 1984, 1985, I don't remember which, but anybody could buy those.

Q.    Okay, so you were -- how many years -- this business was called Roggio Arsenal?

A.    That is correct.

Q.    How many years did you have that business?

A.    Two, maybe, three years.

Q.    How was -- tell us about how the business turned out or how it progressed.

A.    Well, we, initially, started out, I was building these guns from gun parts, so I would buy 10 parts kits from Romania, 20 parts kits, and it wasn't really a business. I enjoyed building the guns and fixing them, then, I would sell them to make enough money to go get more parts so I could build another one. It was more of a hobby.

But I think it was coming up to the election between -- I don't remember who President Obama ran against -- but I realized and a bunch of my friends realized that guns are going to come in high demand because they're going to try to ban them, and this caused a big gun rush of, I think, it was 2008, 2009.

Q.    So you expanded the business?

A.    Yeah, we actually moved to a different location, we borrowed a lot of money to open this factory. When we first

started, we were hoping to sell 25 to 30 receivers a day.

Q.    We heard there were employees of the factory?

A.    Yeah, well, we started out with just five -- there was just five of us, and what we did is, the lower was machined for a certain point, just the stuff we couldn't handle, then, the receiver would come into our factory, and we would finish it into an actual firearm receiver.

Q.    So you outsourced part of the process?

A.    Yes.

Q.    Did you run into problems with that?

A.    Yes.

Q.    Quality problems?

A.    We were working closely with Moore's Machine in Sanford, North Carolina. Moore's Machine was an automotive machine shop, they were very good, they helped develop a lot of the stuff we did. But at one time, their quality control -- when we first started the company --

Q.    I don't mean to interrupt you, but I want to keep -- there's a lot we need to cover, I want to bring your attention to, there was a quality control issue with the --

A.    Right, our orders had jumped about a thousand-fold, and during a short period of time, about a month, they couldn't keep up with the demand or they couldn't keep up with the quality control.

Q.    Now, Mr. Krahl had testified that, perhaps, he had done

business with you, relative to some of these receivers?

A.   Yeah, he bought about 60 percent of all our goods.

Q.   And you recall him testifying; correct?

A.   Yes, I do.

Q.   Let me ask you this. We have heard about Mr. Bly's wife Rhonda Bly.

A.   Yes.

Q.   Was she an employee of your company?

A.   Yes, she got hired to be our office manager.

Q.   So she was an employee, as well. We heard about Mr. Krahl. What was the -- apparently, from his testimony, there was some sort of dispute?

A.   Yeah, I was -- it was, actually, towards the end of the company, I was in Haiti, and the Chief Financial Officer had been shipping parts to him, and we weren't getting payment, because he was in the process of sending stuff back, and I was informed that he owed us money, so I had called him a couple times about that. He disagreed.

     You know, but we always had a friendly relationship, so I didn't feel that it was worth, you know, getting into a major lawsuit.

Q.   So there was a dispute over money with him?

A.   Yeah, and I wasn't very sure whether he owed it or not, that's why I gave it up.

Q.   But there was a dispute with him over money?

21

A.    Yeah.

Q.    I'm trying to interject some people. There was a time Mr. Mathes, William Mathes, you saw him testify, as well; right?

A.    Yes.

Q.    Let me ask you this. When you were in this business, Roggio Arsenal, and you say that you enjoy guns or firearms, did you come to do business and learn of various parts makers and other people in the business?

A.    Oh, yeah.

Q.    Did you associate with those people?

A.    Quite a bit.

Q.    Mr. Krahl was one of them?

A.    Yes.

Q.    Also, this Mr. Mathes?

A.    No, Mathes came in after the business was, kind of, closing down.

Q.    But it's fair to say that you were familiar with the various manufacturers of parts and machines, etc., through your experience with Roggio Arsenal?

A.    Yes.

Q.    Okay, so let's talk about -- so, ultimately, the Roggio Arsenal failed, the business failed?

A.    Yeah, what happened was, when everybody was scared that President Obama was going to ban the assault rifle, again, everybody was buying up as quickly as they can everything in

sight. Like I said, we used to get orders for, like, five receivers, ten receivers. During this time, we got orders for 30,000 receivers, 10,000 receivers. But what happened was, once President Obama was President, he said he's not going to do this, everybody who was going to buy a gun already has two or three, so the market just came to an abrupt end.

Q.    As well as your business?

A.    Yeah, because our whole business was based on this surge.

Q.    And I want to jump ahead, I want you to tell the jury about your firearm businesses. I think the next one was Rebel Arms?

A.    Yes.

Q.    When was -- when we talk about Rebel Arms, what are we talking about?

A.    Rebel Arms was me and a couple high school friends, they wanted to get into the gun business, and I believe it was one of my friend's nephew that wanted to get into it.

Q.    Do you recall your ex-wife Kristy Merring-Roggio testifying about this group of friends?

A.    Yes.

Q.    Is this the one that she was talking about?

A.    Yes.

Q.    And tell us about it, continue, please.

A.    So the initial idea was just to use my contacts or information so they can assemble rifles, and they were going

to, under a variance, get their lower receivers made by a manufacturer I suggested to them, Moore's Machine, they were still operating. So what they wanted to do is just get their own name put on a weapon and assemble them in Stroudsburg and sell them. That was the initial idea.

Q.    This would be called Rebel Arms?

A.    Yeah, they wanted to call it Rebel Arms.

Q.    Who were some of the principals -- who were the principals to be?

A.    Tom Patti, Peter Joseph, Ken Ladlee and Bill Pote.

Q.    Your role in that company would have been?

A.    Like, an advisor, you know, sharing contacts, sharing information.

Q.    Did the business ever get off the ground?

A.    I believe it did, later, but not very successfully.

Q.    Were you part of that -- when did your involvement with Rebel Arms end?

A.    Well, I was working in the oil fields up in North Dakota, and they wanted to hire me away from my work. I said, You don't need to, I can come back and forth, we have a phone, so.

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    So I'm going to try to keep you -- all right. Let's talk about Rebel Arms ending. How did it end?

A.    I don't know how they ended, my relationship with them ended when I got into a disagreement with Bill Pote, and I got a letter in the mail saying I was terminated.

Q.    So that did end?

A.    Yes.

Q.    Okay. Now, you've had -- you brought this up, and I just want to throw it out there and let you finish what you were saying. You were working in the oil fields in where?

A.    North Dakota.

Q.    In a sentence, what were you doing there?

A.    Building housing.

Q.    Building housing. You, also, worked in Haiti, we have heard?

A.    Yes.

Q.    What were you doing there?

A.    I worked for a company called Raiden Tactics, we did all the security, site security and personnel security for ABC, NBC, Associated Press and Rowthers.

Q.    Is it a fair statement that you're a consultant?

A.    Yes.

Q.    What is a consultant?

A.    Well, I say, consultant, but, really, what I -- every company I've been with has always just hired me to get business.

Q.    Are you a salesman?

A.    Yes.

Q.    Is that your -- what is it that makes you marketable?

A.    I just know how to approach people, get information and sell the products I'm selling.

Q.    So more sales than rolling your sleeves up and putting a drill to a machine?

A.    Yes.

Q.    So what happens here? How do you get involved in this project in Iraq?

A.    Well, Roggio Arsenal was winding down, customers were cancelling because of the lack of business. So Ron Bly had approached me, I believe it was, in 2009, about an opportunity in Iraq.

Q.    What was the opportunity?

A.    He said that the Kurds needed a weapons plant

Q.    The Kurds?

A.    Yes, sir.

Q.    And they needed a weapons plant; is that what he said?

A.    That is correct.

Q.    So what do you think, at that point? What are you thinking that you're going to do? What next?

A.    I didn't think anything next, I really didn't think it was going to float.

Q.    Did you know these Kurds?

A.    No.

26

Q.    Did he know them?

A.    Yes, he was -- Ron Bly was -- his unit trained the Kurds, so he worked -- like, he worked daily with them.

Q.    Did he put you in contact with any of them?

A.    Yes, initially, it was Hewa Ismail.

Q.    I think we may have heard that name, at least, Hewa.

A.    Yes.

Q.    Last name is Ismail?

A.    Ismail or Ibrahim or a combination of both.

Q.    Is he a Kurd?

A.    Yes, a Kurdish American.

Q.    Is he a citizen of the U.S.?

A.    As far as I know, yes.

Q.    And you met him?

A.    That is correct.

Q.    Do you recall when?

A.    Late -- mid to late 2009.

Q.    Okay.

A.    I'm not sure of the exact date.

Q.    And this Polad Talabani, who is he?

A.    When I met with Hewa, he explained kind of -- well, Ron, also, explained who Polad and Lahur were.

Q.    Now, who is Lahur?

A.    Polad's older brother.

Q.    All right.

A.   So, then, I did my own little research to find out about them, and when I met Hewa, he told me a little bit more about --

MR. JASPERSE: Objection; hearsay.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   Okay, so you learned about Hewa, you learned about Polad, as well as Lahur, his brother. Their last names are Talabani; correct?

A.   That is correct.

Q.   Did you ever have contact with them? Or what did you do next, let me ask you?

A.   After I met with Hewa, he put me in contact on, I believe, it was Facebook Messenger with Polad, and we sent some messages back and forth and arranged a meeting -- I can't remember in 2010.

Q.   Where?

A.   Dubai.

Q.   In the Middle East?

A.   Yes, sir.

Q.   So you met with Mr. Talabani -- with Polad?

A.   With Polad, yes.

Q.   Was the arms project discussed?

A.   Yes.

Q.   Okay, so I'm going to refer to this as, the arms project,

okay?

A.    Okay.

Q.    And when I say that, I'm referring to this thing that was going on over there in the Kurdistan Region of Iraq.

A.    Okay.

Q.    So you discussed the arms project. At what stage is this -- is there any agreements, at this point, yet?

A.    No, it was more of a concept. Can you do? Can you pay? What do you really want? How many do you want? Is there another way to do this? I mean, there's a million questions, and this was the first meeting just to figure out what the initial questions would be.

Q.    So what are you thinking now? What are you thinking? Do you think you could do this? Do you think that you could --

A.    Yes, I definitely thought I could do it, it was just that I was, actually, in Dubai to meet other people I would work with in Kuwait, so this was just, like, a side meeting. Polad, he's a very charismatic guy --

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    So what happens next, from the time that this becomes a concept until you're over there, actually, going to do something, what happens?

A.    Well, after that meeting in 2010, he requested pricing on

some M4's. So we were going back and forth, but he would fade out of contact and keep coming back into contact. So nothing really happened until 2011. If I understand, he invited me -- I was in Kuwait, at the time -- he invited me to Sulaymaniyah, Iraq, so I flew up and I had a meeting with Polad and others.

Q.  He was asking you questions about M4's? He was inquiring about M4's?

A.  Purchasing, yes.

Q.  M4's are the automatic version of the AR15?

A.  Yes.

Q.  The AR15, and I might have mentioned this once or twice, is a platform; is that a fair statement?

A.  AR platform, yes, commonly referred to as a platform.

Q.  Briefly explain what we mean when we say AR platform.

A.  An AR platform is based on Eugene Stoner's design of the M16. That would be like the grandfather of the M4. The natural progression of the M16 was to make minor improvements and ergonomic usage, so that's when the rail systems came on, the collapsible buttstock, and the Weaver sight, or grooves on the top so you could mount optics.

Q.  Mr. Bly, Ron Bly may have testified a little bit about that?

A.  Um-hum.

Q.  And so basically -- and you've indicated it's somewhat of a platform or grandfather --

30

A.    Yes.

Q.    -- which other variations can or improvements can be stacked on?

A.    Yes, the reason we call it a platform is you can go to Colt and buy a lower, then, you can buy an upper receiver, which marries to the lower receiver from CCMG, and they'll fit and they'll work together. You can buy a buttstock from any one of the hundreds of manufacturers, and it will fit.

So that's why we call it a platform, because all the parts are interchangeable.

Q.    Now that you mentioned it. How many people make the AR15, how many manufacturers manufacture AR15's?

A.    Wow, I couldn't even --

Q.    Colt makes them; right?

A.    Colt.

Q.    Smith and Wesson?

A.    All the major manufacturers plus about a hundred minor manufacturers.

Q.    And Ruger -- these are some of the major manufacturers of firearms?

A.    Right.

Q.    Publicly-traded corporations; correct?

A.    I don't know about that, but, yeah, you're talking companies like SIG Sauer makes an M4, FNUSA makes an M4, Colt, DPMS, I would need --

31

Q.   Good enough. All right, so Polad -- so do you try to broker a deal for M4's with anybody?

A.   Yes, his name was -- the company was UDMC, United Defense Machine Company or Manufacturing Company, out of the Philippines.

Q.   Is there a person that you have -- a contact person there?

A.   Gene Carino.

Q.   Who is he?

A.   Gene Carino approached me --

Q.   Just who is he?

A.   He was the owner of UDMC.

Q.   So do you see an opportunity -- do you see a way to connect, maybe, UDMC with Talabani, Polad?

A.   Well, what happened was, years earlier, he had approached me about buying parts, and so I sold him --

        MR. JASPERSE: Objection; unresponsive.

        THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   Okay. So in other words, there was an opportunity to try to make a connection between that company and Polad?

A.   Yes, they made a very good gas piston-driven -- a gas piston M4.

Q.   But nothing ever happened; right?

A.   We never received the End User Certificate.

Q.   Explain that, now, that you brought it up, tell the jury

what that is.

A.   The End User Certificate is a nation state saying that these weapons are for us. This is the first step in getting licenses to export or import anything.

Q.   You knew that there is requirements; is that it?

A.   Without a doubt.

Q.   And we have heard a lot about that, during this case, ITAR and, you know, approval, licensing, etc., to export various things; right?

A.   Correct.

Q.   So you're not ignorant of that fact; correct?

A.   No.

Q.   We will talk more about that. All right, so this didn't work out, and this was something that you were trying to make a connection between Polad and that fellow. What else -- keep us on track with this project, with the matter at hand.

A.   In 2011, I got invited to Sulaymaniyah, Iraq. When I arrived there, they, kind of, like, laid out the red carpet for me. I sat there for one day, and they requested a meeting with me, and so when I went to this meeting, I was supposed to give a presentation on whether or not this weapons plant was doable.

Q.   Did you?

A.   Yes.

Q.   Who was at the meeting?

A.   Lilah(phonetic) Talabani.

33

Q.    Who is he?

A.    The President of Iraq.

Q.    Who else?

A.    Hero Talabani, that's his wife; Bafel Talabani, Qubad Talabani, who was, I think, at that time, Qubad was the vice -- no, excuse me -- Deputy Prime Minister of the KRG, then, you had Lahur Talabani, who was over the Intelligence Services, Polad who was over the CTG, and Mr. Salaam who was, like, the Deputy of the PUK.

Q.    So this is your time to pitch the project or what you can do for them?

A.    Yeah.

Q.    Do you?

A.    I do, yes.

Q.    Do they continue with you and your prospects?

A.    They didn't give me an answer.

Q.    Now, specifically, around when was that meeting?

A.    In 2011 --

Q.    Okay.

A.    -- maybe '12. No, I think it was 2011.

Q.    What happens next?

A.    Nothing. I go on with my life, I hear -- I get sporadic contact with Polad, you know, he's always apologizing for being out of contact.

        MR. JASPERSE: Objection; hearsay.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    So you do have contacts with Polad?

A.    Yes.

Q.    Do you, also, have contacts with Mr. Bly?

A.    Oh, yes.

Q.    Are you inquiring of Mr. Bly whether or not this is going to happen?

A.    No, projects of this nature take time, and they're not going to make a decision overnight. Even if they do make a decision, they're under no obligation to inform me, so it's just more of a waiting game.

Q.    How does it break? How do things happen? How do you get over there?

A.    In 2014, Hewa sent me an email to give him a call. So when I called him, they requested that I come to Sulaymaniyah again.

Q.    All right. So when did you get to Sulaymaniyah -- we have heard a lot of people say when they came to Sulaymaniyah -- you know who I'm talking about, the various Estonians. When do you get there?

A.    I remember it was near the summer or the end of summer 2014.

Q.    Are you there by yourself?

A.    Yes.

Q.    So you're the first man there on the project; is that

right?

A.    Correct.

Q.    What happens? What do you do?

A.    We have another meeting.

Q.    Okay.

A.    And this meeting, only it was Lahur, Polad and two new individuals that I did not know, a Hawre Goda(phonetic), I believe was his name, he was CEO of Faruk Group, and Zarya Faruk.

Q.    I want to talk about them, because those names have come up. Faruk Group. Who are they?

A.    Faruk Group is a conglomerate of companies, but, basically, they control all the cell phone and internet in that region.

Q.    Is it a family, Faruk?

A.    Yes.

Q.    Who is Zarya Faruk?

A.    Mustafa Faruk's son and Vice-chairman of Faruk Group.

Q.    Okay, so you meet with these people. Is there -- do you come to an agreement or an understanding?

A.    Yes.

Q.    What is it?

A.    Well, the agreement was, we were moving forward, but it wasn't that simple. When the meetings first started, after my first meeting, I figured I was going home again. I had serious

36

concerns of the licensing of this plant and whether or not I can get the permissions. It was during this time I was staying in what is called The Grand Millenium, it was a beautiful hotel that the Faruks built, I would have meetings every day where they're trying to encourage me to proceed with the project.

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   So you're meeting with them. Do you ever sign a contract with them?

A.   Eventually, yes.

Q.   Not yet, though, is that what you're saying?

A.   Yes.

MR. BARTOLAI: If we can, please, could we have 20.11, Government's -- is that admitted?

MR. CLAFFEE: No.

BY MR. BARTOLAI:

Q.   Never mind. You did sign a contract with them?

A.   Eventually, yes.

Q.   Written contract; is that it?

A.   That is correct.

Q.   Who was the contract with?

A.   Zarya Construction.

Q.   Is it pronounced Zarya or -- but that was the company, Zarya Construction?

A.    Yes.

Q.    What was the contract for?

A.    It was a construction contract -- my concern was licensing and legalities, but we realized that would take about a year to year and a half to build.

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    The contract was for?

A.    Building the factory.

Q.    Building a factory?

A.    Just a shell of the outside, and, yes.

Q.    You signed that contract. Did you begin -- was the process begun to do that?

A.    Yes.

Q.    Did you have concerns, at this point in time, regarding, ultimately, the weapons project?

A.    Not at that time. You had some very powerful people in their country who was a big ally to the U.S. saying that they're going to get it, just be patient.

Q.    Did you tell them that they needed licensing?

A.    Yes.

Q.    Shortly, I'm going to offer -- I'm going to talk to you about a Weapons Feasibility Report that you had sent to these individuals. Do you recall sending a Weapons Feasibility

Report --

A.    I do.

Q.    -- to them, okay. So you told them, prior to the report, that they needed to have this licensing?

A.    I actually told them I won't do it without it.

Q.    So what happens? Now, do you start -- you sign a contract to start building a factory, no weapons at that point. Are they paying you?

A.    Yes.

Q.    They are?

A.    Yes.

Q.    So how are they paying you?

A.    Wire transfers.

Q.    Wire transfers. Now, we have seen a lot of -- the Government, a few days ago, presented a lot of -- or, maybe, last week -- presented several people from the bank who were putting in wire transfers. Do you recall sitting through that?

A.    Yes.

Q.    Are they the wire transfers we're talking about?

A.    Yes.

Q.    Okay. These wire transfers are into PNC Bank first?

A.    Initially, PNC, yes.

Q.    Then, ultimately, to --

A.    Wells Fargo.

Q.    -- Wells Fargo; correct?

39

A.    Yes.

Q.    We have heard them testify, and those wires were coming in; right?

A.    Yes.

Q.    That's all happening; is that right?

A.    Yes.

Q.    They were for big amounts, $647,000, things like that?

A.    Yeah, that was the first one.

Q.    Tell us about how the wires would come in. While we're on that topic, explain where the money was coming from and how it was going, the mechanics of that.

A.    This was an evolving process. When I first got there, I was a single person, so I would --

        MR. JASPERSE: Objection; non-responsive.

        THE COURT: That's all right, go ahead.

BY MR. BARTOLAI:

Q.    Tell us.

A.    So I would submit an invoice to Faruk through Bayan, he was the Project Manager over me. When he received the invoice, they would transfer the money out within a day or two.

Q.    Stop. I want to ask you. What was your salary, under this contract?

A.    $72,000 a month.

Q.    $72,000 a month?

A.    That is correct.

Q.    What was the basis of your pay? Was it a cost plus basis?

A.    Well, the contract was based on a cost plus, plus a salary for my time.

Q.    So we know what the salary is -- it's quite a bit -- $72,000 a month.

A.    Correct.

Q.    What does cost plus mean to you and the project?

A.    It meant that we had a lot of -- we anticipated a lot of expenses, so a cost plus is, if I spend 100,000, I get to bill them 120,000.

Q.    So in other words, what do you do? So you have a receipt for a machine -- and we're going to talk about machines -- but you have a receipt for a machine that's $100,000. What happens next?

A.    I invoice them 120,000.

Q.    And that was your terms of the contract?

A.    Yes. There is a lot of peripheral costs that we couldn't invoice.

Q.    All right. But that's a basis that you were getting paid; right?

A.    Yes.

Q.    And these transfers, these wire transfers are relative to your salary and to your being reimbursed cost plus?

A.    Correct.

Q.    So the contract that you had signed with Zarya

41

Construction, would that, approximately, have been in September of 2014?

A.    I believe it was.

Q.    Does that sound about right?

A.    About right.

Q.    Did the money start coming in to your PNC account around that time?

A.    Like, October, I think.

Q.    Pardon me?

A.    Around October.

Q.    And the dates are in the record --

A.    Yes.

Q.    -- with those, so we know that. Okay, so you're receiving this money. Now, in 2015, what is -- is ISIS a factor in the Kurdistan Region of Iraq?

A.    Yes.

Q.    And ISIS is a terrorist group or was?

A.    Yes. I remember I was in Sulay when they cut that American man's throat.

        MR. JASPERSE: Objection; non-responsive.

        THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    All right, so they were a factor, at that point in time?

A.    Very big factor, yes.

Q.    And that was a risk associated with doing the project?

42

MR. JASPERSE: Objection; leading.

THE COURT: Overruled.

BY MR. BARTOLAI:

Q.   That would have been a risk factor that you would have to consider being there?

A.   That's why the salaries were high.

Q.   There are some transactions I want to ask you about that we will get into in more detail when we get there. But I want to talk to you about this Weapons Feasibility Report, and I believe -- I'm pretty sure that the Government did admit that, and that would have been 20.13.

MR. BARTOLAI: So may we see 20.13, please?

BY MR. BARTOLAI:

Q.   Mr. Roggio, you can see the screen; correct?

A.   That is correct.

Q.   All right, so the top, the very first -- this is a multi-page document, and the very first page looks to be an email; is that right?

A.   That is correct.

Q.   And that's an email sent from -- or you're requesting who Elina --

A.   Elina, yes.

Q.   -- to send a report to who?

A.   Bayan.

Q.   Who is that?

43

A.   He was Project Manager from Faruk.

Q.   And attached to that email is the Weapons and Feasibility Report.

A.   I believe so, yes.

Q.   Now you mentioned Bayan, and he was the guy with Faruk?

A.   Yes.

Q.   What was his role? We have heard a little bit about it, but confirm that.

A.   He was a senior representative for Faruk, he was -- he could talk to to Zarya Faruk directly, so if you wanted to get something to Zarya or to anyone in Faruk, you went through Bayan to get that.

Q.   Was he one of your employees?

A.   No.

Q.   A Faruk employee?

A.   Yes.

Q.   Did you get along with him?

A.   Yes.

Q.   What was his role there in the company?

A.   To try to smooth out any bumps I hit, especially, locally.

Q.   Especially, what?

A.   Locally.

Q.   All right. So, now, in this Weapons Feasibility Report, this is a report that you prepared; right?

A.   That is correct.

44

Q.    And we have heard -- they pointed out certain things in this report. What's the purpose? What are you doing in this report?

A.    By the time that report was coming -- I put that report out, we were getting very close to finishing the facility, and we were going to, now, have to move forward into doing the actual work of the plant.

Q.    Okay. In this report, you're explaining to him what's needed and what the plan is, essentially?

A.    Right.

Q.    And you're talking about how this is going to get done technically, legally, operationally, economically; correct?

A.    Correct.

Q.    You're talking about people that need to be coming in; is that right?

A.    Correct.

Q.    You're talking about highly-specialized machines that are going to be needed to do this project; correct?

A.    Yes.

Q.    You're talking about -- you, also, talk about legal feasibility; is that right?

A.    Yeah, that was my big concern.

Q.    That was your big concern. And would you agree -- well, what are you telling him, here, about legal feasibility?

A.    That they have to receive the End User Certificate from

45

Baghdad and that I have to get permission from The State Department.

Q.   So this is -- and you tell them this, is that right, in this report?

A.   That is correct.

Q.   And you knew that you needed that; right?

A.   Yes, I did.

Q.   You, also, talk about some of the technical things that are required to, actually, build this weapon; is that right?

A.   Yes.

Q.   Do you talk about -- we might as well talk about it now -- do you talk about rifle combo buttons?

A.   I don't think so, specifically.

Q.   Can you tell us what a rifle combo button is?

A.   A rifle combo button is actually a drill and reaming. A D4 -- when you're making a barrel, you have to drill a hole all the way through, you have to ream it and clean it out, and this button, which looks like a very small football, gets pulled through and makes the lands and the grooves.

Q.   The spiraling in the barrel?

A.   Right, it stabilizes the round, yes.

Q.   So that's needed, right. As well as -- and we have heard about gas rings and we have heard about firing pin retainers. Could you tell us what a gas ring is?

A.   A gas ring is used -- this is a gas impingement system.

46

When the gas comes out of the barrel, it goes down into the bolt carrier, which forces the bolt carrier backwards. As the bolt carrier goes backwards, it pushes against the bolt in the front to unlock it. If you don't have the gas rings there, the bolt won't unlock.

Q.   And we have seen a little video, I think, when Mr. Bly was testifying last week, about it was showing something like that. Did that appear to be an accurate depiction to you, as well? It was a schematic a video.

A.   Yeah.

Q.   That's --

A.   I've seen that on You Tube, too.

Q.   And the firing pin retainer, what is that?

A.   The firing pin is about this long (indicating) and it has a heavy end which has a blocker on it. The firing pin, kind of, free-floats in the bolt carrier. The firing pin retaining pin is a cotter pin, and it just goes in to keep the firing pin from falling out.

Q.   You need these to manufacture this weapon?

A.   Any AR platform.

Q.   And, again, this is all -- and those parts are controlled, are they? What was your understanding about the export controls, relative to those specific parts?

A.   I didn't know. I assumed they were. I wasn't able to research it. So I understood how it applied to the U.S.

47

Munitions List.

Q.    Okay, go on.

A.    And I understand there's a dual purpose there, and I was unsure of it.

Q.    So let's talk about this. An AR15 is the civilian version of an M4?

A.    Roughly, yes.

Q.    And the parts are the same, are they not?

A.    About 95 percent of them.

Q.    Well -- but the cotter pin is the same on the AR15 as it is on the M4; right?

A.    Yes.

Q.    As is the gas ring retainer; right?

A.    The gas rings, yes.

Q.    So these aren't proprietary to the M4 versus the AR15?

A.    No, they're interchangeable.

Q.    And a rifle combo button, is it the same button that would drill a civilian AR15, as it would an M4 carbine?

A.    No, one of the differences an M4 carbine has over an AR15 is the requirement of a military grade barrel. A military grade barrel is hammer forged. A rifle button barrel will last about 5,000 rounds, where a hammer forged barrel would go about 50,000 rounds.

Q.    So there is a difference, with respect to that tool?

A.    In the manufacturing of the weapon system, yes.

48

Q.    So what was your knowledge about the lawfulness of exporting a rifle combo button?

A.    I knew I shouldn't have done it.

Q.    You knew that that would be illegal to export one?

A.    Yes.

Q.    So, now, tell us how things progress. You signed a contract to build this factory, and you're getting deposits into your account, you've submitted this Weapons Feasibility Report, and this is approximately -- what was the date on that? Bring that up, again, please. Government's 20.13. What is the date of that email, Ross?

A.    November 14th, 2015.

Q.    November 14th, 2015?

A.    Yes.

Q.    Okay, now, we have to address some matters. So this was the state things on November 14, 2015, you had given this report to Bayan?

A.    Yes.

Q.    What stage was the project in, at that point, as you recall?

A.    We had equipment standing by, we had employees getting trained up, the factory was just getting finished, the actual structure.

Q.    So you weren't the only guy in Iraq, at this point in time, is that right?

49

A.    That's correct.

Q.    And, in fact, we had heard some people say that Tier One employees were in place; is that right?

A.    Yeah, Tier One was just something we used to identify the managers so that the other workers knew who to report to or who to talk to.

Q.    Who are some of these people that you have in place, at that point in time, in around the fall of 2015?

A.    We had Elina Kadaja, Marrtin, Siim, Heret, and -- I can't remember that time period, exactly, if we had the Greeks and Filipinos there, but I don't recall.

Q.    Elina was there?

A.    Yes.

Q.    Who was she in the company?

A.    She was an Executive Assistant, but she acted more like my right hand.

Q.    All right. And someone said that, did they not, during the testimony?

        MR. JASPERSE: Objection.

        MR. BARTOLAI: This is the testimony in court here, Your Honor.

        MR. JASPERSE: Objection to counsel testifying, Your Honor.

        THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Who else? There was Heret?

A.    Yes.

Q.    She testified; right?

A.    That is correct.

Q.    And there was Siim, who was working there, at the time; right?

A.    Yes, I believe so.

Q.    What was Heret's position?

A.    She was a Personal Assistant.

Q.    And --

A.    By that time, I think she became Personnel Manager.

Q.    And Siim Saar, what was his position?

A.    He was an engineer.

Q.    And there was Marrtin Vilist; right?

A.    Yes.

Q.    He testified, as well?

A.    That's correct.

Q.    And he was what? What was his title?

A.    He was an engineer, also.

Q.    Okay, so, at this point in time, the plant is -- there are machines coming in and personnel is being brought in. We have only heard from some Estonians. There were other people, they were people from Greece?

A.    That is correct.

Q.    And people from the Philippines?

A.    That is correct.

51

Q.    And the first engineer that you had on the site, who was that?

A.    It was Marrtin.

Q.    All right. And, then, eventually, Siim came on board; is that right?

A.    Yes, shortly after, yes.

Q.    What was Marrtin's -- how was Marrtin working for you there, at that point?

A.    What was he doing?

Q.    Yeah, what he was he doing?

A.    Well, we were trying to cross-check all our measurements that we had against an actual weapon to ensure that -- I had built lower receivers, I had been part of building upper receivers, specifically, barrels, but you have, now, over 100 parts and the information is not readily available, so we had to kind of -- when the project first started, we started out just building lower receivers, upper receivers and barrels, we would buy all the rest of the parts. Then, requirements came down that we have to build everything on-site.

Q.    So you're trying to develop, what, the M4?

A.    AR, yes.

Q.    So this is the goal to develop this rifle?

A.    That's correct.

Q.    And what do you task Marrtin with, towards that goal?

A.    To get measurements off three sample weapons.

52

Q.    Three samples?

A.    Yes.

Q.    And the weapons are?

A.    I'm sorry?

Q.    What are the three sample weapons?

A.    One was made in China, one was made in Israel and one was an American Colt.

Q.    AR's, right?

A.    No, those were M4's.

Q.    We heard, ultimately, that there was a 3-D model made, some sort of 3-D plastic model?

A.    Yeah, they were pretty good, they used a 3-D machine to print out a full scale mockup, yeah.

Q.    So Marrtin is trying to -- are you reverse-engineering this, to a certain extent?

A.    Yeah, I guess, pretty much, you can say that, yes.

Q.    So what was the whole goal of this project? Were you going to be a weapons manufacturer in Iraq?

A.    Me? No, I was -- it's so complicated.

Q.    Give us the short version. I don't mean to be flip.

A.    To initiate a facility of this size and complexity, there was a lot of changes. I always used to say, when I was there --

        MR. JASPERSE: Objection; non-responsive.

        THE COURT: That's close.

BY MR. BARTOLAI:

Q.    Okay.

A.    It's like hitting a moving target. The requirements were changing. Where we thought we could do something one way, it suddenly changed, and we could no longer do it this way. Could I give you an example?

Q.    No, I just want to keep you on track. Were you going to stay in Iraq? Was this going to be a career for you?

A.    No.

MR. JASPERSE: Objection; leading.

MR. BARTOLAI: I'm trying to direct him, Your Honor, relative to that.

THE COURT: That was leading. Sustained.

BY MR. BARTOLAI:

Q.    Was anyone going to take -- what was going to happen? Where were you going to be in a few years?

A.    I was to consult to get this factory up and running.

Q.    That was it?

A.    That's it.

Q.    You would leave?

A.    Yes.

Q.    Who was going to operate the factory?

A.    The Faruks were, but they sent Bayan's brother Mohammad in.

Q.    But that was the ultimate goal?

A.    Yeah, it always was to turn it over.

54

Q.    A turnover, it was going to be turned over to someone?

A.    That's correct.

Q.    Is that why any of these individuals were there, to learn how to run the factory?

A.    Yes.

Q.    All right, so this is what I want to talk about. And in the fall of -- this project is under way, machines are coming and Marrtin is trying to reverse-engineer a --

A.    By then, he pretty much got that all done.

Q.    And, then, Siim is hired; right?

A.    Right.

Q.    Now, Siim -- tell us about hiring Siim, how that went down.

A.    Siim was supposed to be a machine specialist. When you're using lathes and CNC milling machines, there's tooling required. So he was supposed to be able to come up with a tooling list, the machine requirements, etc.

Q.    Okay, so he's recruited from Estonia?

A.    Elina recruited him, yes.

Q.    Is he interviewed by you?

A.    Yes.

Q.    Is he interviewed by Marrtin?

A.    I believe so. I wasn't there.

Q.    And he decides -- he signs, ultimately, signs a contract; right?

55

A.    Yes.

Q.    And he comes to Iraq?

A.    That's correct.

Q.    And he begins work with you; right?

A.    That's correct.

Q.    Tell us about the very first encounter you had with Siim.

A.    I got to the office, I think he had been in country that -- early that morning, I believe. In Sulay, there was only a 3:00 flight in and out, so only people could come in at 3:00, so I think that was the next morning when he came in from 3:00 that I met him in the office.

Q.    Did you have any confrontation with him, initially?

A.    No, we sat down, and he gave me his experience, and it's kind of -- when someone gives you experience, in person, you get a better feel for the person.

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Tell us about your first encounter with Siim.

A.    When he came in, he gave me -- you know, I told him what we were doing, and he started immediately giving me good suggestions. So I moved him from just an engineer to being over all of the machines.

Q.    Okay. You gave him -- did you give him a raise?

A.    Yes.

56

Q.   What happens then? Tell us about -- tell us about Siim's work with the company.

A.   Initially, it was good. He was very affable, he was easy to get along with, he was smart, he knew what he was talking about.

Q.   Did you send him -- did you employ him, in trying to obtain machines for the company?

A.   Yes. And he had recommended -- you know, his machines he was recommending were just not feasible.

Q.   So we heard that you sent him to China to look at machines; is that true?

A.   That's correct.

Q.   Did you send him to China to look at machines?

A.   Yes.

Q.   So you were using him to give you suggestions as to the machines?

A.   Well, to check out their -- he was -- that mission he was sent on was to ensure that the plants we were doing business with were, in fact, doing these things and whether or not their quality was good enough.

Q.   Tell us about -- and we have heard some testimony that he didn't necessarily like the machines that you bought.

MR. JASPERSE: Objection to counsel testifying.

THE COURT: Sustained.

BY MR. BARTOLAI:

57

Q.    What machines did Mr. Siim recommend to you?

A.    He wanted --

MR. JASPERSE: Objection; hearsay.

MR. BARTOLAI: Your Honor, Mr. Siim has testified for the Government.

THE COURT: What machines did Mr. Siim recommend can be identified without offering hearsay testimony. Simply, indicate what the machines were.

THE WITNESS: He wanted Seaman's(phonetic) horizontal milling centers.

BY MR. BARTOLAI:

Q.    What are Seaman's horizontal milling --

A.    Okay, Seaman's is the manufacturer from Europe. There are two ways to machine a part. You can come from the top, that's called horizontal, or you can come from the side, that's called vertical. He wanted the vertical types -- excuse me, I'm sorry, I had it backwards -- vertical and horizontal. He wanted a horizontal milling center.

Q.    What was the difference between the machines he wanted and the machines that you, ultimately, bought?

A.    There was a substantial difference.

Q.    Such as?

A.    Well, the Seaman's horizontal requires a lot of training and a lot of fixture-making, you can't just throw a part into a machine and start cutting it, there's got to be a way to hold

58

it, and these fixtures are very complex on these Seaman's, plus the control systems were proprietary.

So when you buy a Seaman's horizontal milling center, you have to send your operators to a Seaman's dealership, and they have to train from anywhere to three to six months.

Q.    The machines that you bought, did it require such training?

A.    No, it was an open -- they call it fanuc controls, which almost everybody who goes to school for CNC knows.

Q.    The CNC workers that you were hiring, were they familiar with those machines?

A.    That's the only thing they knew, yes.

Q.    These machines were from China?

A.    Yes.

Q.    Did you buy machines from anywhere else, any other countries?

A.    Greece.

Q.    Did you buy anything from India?

A.    Yes.

Q.    Tell us.

A.    It was debinding ovens and a centering oven -- no, centering oven came from China. A debinding oven.

Q.    So did you have a disagreement, with respect to Siim and the machines?

A.    Siim is an accomplished machinist.

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   Did you have a disagreement?

A.   Yes, he didn't understand the economics and the --

MR. JASPERSE: Objection. Lack of foundation.

THE COURT: The question was, Did you have a disagreement with respect to Siim and the machines? The answer is, either, yes or no.

THE WITNESS: Yes.

BY MR. BARTOLAI:

Q.   What was the nature of the disagreement?

A.   He couldn't understand --

MR. JASPERSE: Objection; lack of foundation.

THE COURT: Overruled.

BY MR. BARTOLAI:

Q.   What was the nature of it?

A.   He couldn't understand the economics and the training problems, he could only see it from a very narrow point of view.

Q.   All right. So that aside, you chose the machine from China; right?

A.   On the recommendations of Siim, yes.

Q.   All right. And you had sent him there, we heard about that?

60

A.    Yes.

Q.    He was there for a month or so?

A.    Correct.

Q.    He came back and you discussed the machines?

A.    Yeah, we discussed them in depth.

Q.    Okay. And you bought these machines. Okay, so we have heard about the factory, and, you know, the offices and the people from Estonia and the various vacations that they would go back -- did these people, routinely, go back to Estonia for vacations and the holidays or?

A.    They were given 30 days paid vacation, they could choose when to take it or not.

Q.    Did they go back? Did they go to Estonia?

A.    Multiple times, I believe.

Q.    We heard testimony about there was a time when --

        MR. JASPERSE: Objection to counsel testifying and to Mr. Roggio testifying about evidence that the jury already has heard.

        THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Tell us about, was there ever a time when you needed a volunteer to stay behind, while everyone was on vacation?

A.    I do believe, I vaguely remember that. We didn't want to leave the whole operation, like, we all abandoned it.

Q.    Do you recall who volunteered? Who was alone at the

61

facility, during that time?

A.    I don't remember him volunteering, but it was Siim.

Q.    It was Siim?

A.    Yes.

Q.    And did you learn that, during that time, Siim was unhappy with his employment at the project?

A.    Yes, he was upset because he found out how much Heret was making.

Q.    Did you learn that he had been snooping around in the office and looking through the financials or anything like that?

A.    Yes, I did.

Q.    Did you learn that he and others had been using marijuana --

A.    Yes, I did.

Q.    -- in the Kurdistan Region of Iraq?

A.    Yes, I did.

Q.    Did you have concerns with any of these things?

A.    Yeah, I mean, it's a major concern.

Q.    Explain.

A.    This is a region -- I can't even explain how different it is from here. Their tolerance for anything, especially disloyalty, is unheard of almost. When you go to different countries, there's different cultures and different ways things are done, and if you can't figure out how to obey certain

62

unspoken rules, you can run yourself into a lot of trouble.

Q.    Were you concerned about the marijuana use?

A.    Not so much.

Q.    Were you concerned about him copying, you know, items from the office?

A.    Not so much.

Q.    Were you concerned -- were there technical items that you found that he was copying?

A.    Yes.

Q.    Was that a concern to you?

A.    No.

Q.    What was your concern?

A.    I really didn't -- initially, I didn't have that many concerns about Siim, even the things that came to light that he had done, I wasn't too concerned about it.

Q.    Would you agree -- or let me just say this. In October of 2015, what was your -- where were you and Siim -- the relationship?

A.    It was a little tenuous. He had become, I don't know if the word is, like, a prima donna, you know, he would ask for a computer and give me the specs, I would buy it and bring it to him, but it's not the right whatever, you know, Oh, it's not the right one, it's too cheap. He just became almost unreasonable, in every turn of the way.

Q.    Did you try to resolve the differences between you and

him?

A.    Extensively.

Q.    Were they ongoing?

A.    At that time, yeah, everything I said, it was, kind of, like, arguing with someone who wasn't listening.

Q.    We're getting to the event that I want to talk about. Around October 14th, 2015, did you learn that Siim had been taken away from the project and brought somewhere?

A.    Yes, I did.

Q.    Where were you, at the time?

A.    I was in Greece.

Q.    What were you doing in Greece?

A.    Just vacationing.

Q.    Did you come back to the Kurdistan Region?

A.    Immediately.

Q.    And did you learn about Siim's situation?

A.    Yes, I did.

Q.    What was the situation that you encountered, when you came back?

A.    When I came back, I found out he was being held on a military compound. I was directed to this military compound, I was met up with a vehicle who then took me into the military compound. When I went in, I saw Siim, you know, he was a little angry, so I said, Did you take papers? He's like, Yes. I said, Why? Right?

By this time, Elina had translated his messages, and there was a message to his girlfriend where he said he was going to try to blackmail me.

MR. JASPERSE: Objection.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   I want to break it down a little bit. So Elina had obtained some of his -- they had gone into his devices or his room?

A.   Yes.

Q.   And they had found information?

MR. JASPERSE: Objection; leading.

THE COURT:  Sustained.

BY MR. BARTOLAI:

Q.   What did they do with the information?

A.   Well, they gave it to me.

Q.   All right. So when was this that you had this conversation with Siim?

A.   I don't remember the exact date.

Q.   How many days after you returned from Greece?

A.   The next day.

Q.   The next day. How many days after Siim had been taken away to the compound?

A.   I think this was the second day after he was taken.

Q.   We have heard that you were --

MR. JASPERSE: Objection.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   So you had this conversation that second day?

A.   Yes.

Q.   What was your purpose to have the conversation with Siim?

A.   His mistakes had become cumulative. It wasn't any singular incident. Any one of those instances, by themselves, I think, nothing would have happened.

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   So what situation was Siim in, as far as you knew?

A.   He had embarrassed the, I would call them, the upper's, specifically, Lahur and Polad Talabani. He had embarrassed them.

Q.   Was he in danger?

A.   Yes.

Q.   As a result of what specific action, on his part, was he in danger?

MR. JASPERSE: Objection. Lack of foundation.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   Why was he in danger?

MR. JASPERSE: Objection. Lack of foundation.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   Were you concerned for Siim?

A.   At this point, yes.

Q.   Did you explain your concerns to him?

A.   Not to Siim, no.

Q.   What was your plan?

A.   The plan was to get him out of that trouble.

Q.   How did you go about that? What was your method?

A.   To try to control it.

Q.   How did you do that?

A.   When he was in the compound, there was nothing I could do, physically, to get him out. There was nothing -- no lever I could pull, there was -- the people I would normally talk to to get assistance in this matter were the ones who were upset with him. I don't believe he was even aware of how serious this had gotten.

My only shot, right, you know -- my only shot at getting him out of there was to try to control the situation as best I can and get myself some time to convince the other people not to do what they wanted to do.

Q.   Okay. Now, this conversation you're having with Siim, this is the first conversation that you have with him?

A.   I believe so, yes.

Q.   Where were the other Estonians then?

67

A.   Outside.

Q.   All right. They were present, then, is that right?

A.   That's correct.

Q.   At the compound?

A.   Yes.

Q.   Why were they there?

A.   Well, I didn't want to go alone, there was -- initially, I didn't know what I was walking into, but I knew that the more people who saw what was going on the less chance anything could be hidden.

Q.   Who made the decision to bring them there?

A.   I did.

Q.   Did you bring them there with you?

A.   Yes.

Q.   And it was, as you've indicated, this was your purpose for them to be there?

A.   That is correct.

Q.   Did you bring them in to see Siim and him to see them?

A.   Yes.

Q.   You say that you tried to control the situation?

A.   Correct.

Q.   So let's talk about this. We have heard -- who are the people in the room, during this first encounter?

A.   Like, everybody?

Q.   Yes.

A.    I don't know. I knew two -- eventually, I found the identities of two of them. One guy his name was Goran Barzani and the other one was Alto. That's all I knew.

Q.    Siim was there?

A.    Yes.

Q.    We have heard a lot --

MR. JASPERSE: Objection.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    What happened? What happened in that room that night? Tell us.

A.    It wasn't pleasant.

Q.    In what respect?

A.    They had started going into him, they started, you know, basically, attacking him.

Q.    Were they asking him questions?

A.    They were and I was, yeah.

Q.    What was the point of their questions?

A.    I have no clue. Their questions were random and sporadic and made no sense why they were even asking some of them.

Q.    What questions would you ask him?

A.    Well, I would ask him, Siim, who were you giving this -- just give him the information.

Q.    What information? What, specifically, are you inquiring about?

A.    The concern was information leaked at the plant.

MR. JASPERSE: Objection; non-responsive.

THE COURT: The question was, What, specifically, are you inquiring about, what information?

THE WITNESS: Whether or not he had leaked information to online, to ISIS or whomever.

BY MR. BARTOLAI:

Q.    Could that information, if he had done that, been fatal to him?

MR. JASPERSE: Objection. Lack of foundation and speculative.

THE COURT: I'll allow it.

BY MR. BARTOLAI:

Q.    Could that information have been fatal to him and you and the other Estonians?

A.    Without a doubt.

Q.    In what regard?

A.    This project was not a purely commercial venture, it was a commercial, political, nationalistic venture. It was wrought with land mines that, if you stepped on, you're going into a region which are controlled by individuals, and if you cross these lines with these individuals, you don't come home. We used to have a joke --

MR. JASPERSE: Objection; non-responsive.

BY MR. BARTOLAI:

Q.    No, I want to focus you. At this point, was Siim going to come home?

MR. JASPERSE: Objection. Speculative and lack of foundation.

THE COURT: Sustained.

MR. BARTOLAI: I'd like to play for you, sir, Government's Exhibit -- a portion -- the very beginning of Government's Exhibit 4.12.

(At this time an audio recording was played.)

BY MR. BARTOLAI:

Q.    You've heard this conversation?

A.    Yes.

Q.    Explain what you mean when you're having this conversation with Triin?

A.    They had decided that -- initially, when the information came out what he had done, they were just --

MR. JASPERSE: Objection; hearsay.

MR. BARTOLAI: It's an explanation to their statement, Your Honor.

THE COURT: Rephrase your question.

BY MR. BARTOLAI:

Q.    What do you mean, here, that he's going to be gone, he's going to have an accident?

A.    They wanted him dead.

MR. JASPERSE: Objection.

71

THE COURT: Overruled.

BY MR. BARTOLAI:

Q.    You meant what?

A.    They were going to kill him.

Q.    So let's get back to that room and let's get back to what happened to Siim that night and some of the other nights. So your role, what were you doing there?

A.    I was asking him questions, and when he didn't answer my questions, then, they attacked him.

Q.    Were you directing them to attack him?

A.    No, but I was indicating whether or not he gave me an answer or not.

Q.    Were you stopping them from attacking him?

A.    By asking questions, because I kept saying, Hey, I've got to ask him questions.

Q.    So this was the only control that you could exercise?

A.    It was the only control I had.

Q.    You didn't have any control to get him out of there?

MR. JASPERSE: Objection; leading.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    What control over this situation did you have?

A.    Just asking questions.

Q.    So there's been some testimony that --

MR. JASPERSE: Objection.

72

BY MR. BARTOLAI:

Q.   Did you do anything to Siim, personally or physically?

A.   There was one time he was becoming belligerent, I was under a lot of stress, you know, and all he had to do was comply, you know, and they were -- I wasn't asking for a confession or anything else, he just had to comply.

When they say, sit, sit. When they say stand, stand. When they say, go out, go out. He became real belligerent to me, and I lost my temper, I kicked him off his chair.

Q.   Anything else?

A.   No.

Q.   Nothing else?

A.   No.

Q.   We have heard -- I'm sorry. Did you direct anyone else -- did you direct anyone to question him?

A.   No.

Q.   And others questioned him, as well, is that it?

A.   Yes, there was a couple gentlemen that came in and out questioning him.

Q.   Did you bring -- did you help bring in -- was any food brought to Siim by you or by the Estonians?

A.   Yeah, I believe it was Heret. I didn't know if they were feeding him well enough, there was a conversation about whether he was getting two or three meals a day. I said, Take food, just in case he's not getting three, and take him cigarettes,

73

he was a smoker.

Q.    Did they bring them?

A.    Yes.

Q.    Did you bring them there to take them?

A.    No, I did not, no.

Q.    Did you ever take them back there again?

A.    No.

Q.    How many times did this occur, as you recall?

A.    What occurred?

Q.    When you would interrogate Siim? Were you present for that?

A.    Seven or eight.

Q.    How many times were the Estonians there?

A.    I don't recall. It was -- I know all of them were on the first day, then, I think, it became a mix between Elina or Heret that would go with me. I don't think Marrtin ever returned, and I don't think Triin ever returned.

Q.    Did you have Siim write letters to his mother?

A.    Yes.

Q.    Why did you do that?

A.    You can't make a man disappear if he's writing letters and making phone calls. I wanted to make sure that somebody, every day, went to see him, and we used to go, like, different times just to check up on him.

Q.    You would write -- you would have him write -- did you

74

cause those letters to be delivered to his mother?

A.    Well, I told Elina to take a laptop and put it in front of him so he could send an email, but I think the first message he had to write out and it was translated and then emailed for him.

Q.    Do you recall sending Elina to Estonia with correspondence?

A.    She asked me to, and I said, yes.

Q.    She did meet and hand-deliver the letter?

A.    That is correct.

Q.    Did you convey a threat to his mother?

A.    No, I just said that, because of the situation he was in, it was better if everyone just calmed down and let's give it some time, it will work its way out.

Q.    Were you trying to work it out?

A.    Of course.

Q.    Tell me about -- you had mentioned the laptop.

A.    That's correct.

Q.    You had brought someone to take a laptop to him?

A.    I told Elina to take a laptop to him, yes.

Q.    To send emails?

A.    Yes.

Q.    And he did that?

A.    I believe so, yes.

Q.    There's been testimony that --

75

MR. JASPERSE: Objection.

BY MR. BARTOLAI:

Q.    Did he write other letters that you were aware of?

A.    I believe, he wrote a few.

Q.    Did you make it a point to make sure those letters were delivered?

A.    I ensured they were delivered.

Q.    While Siim was being held at the compound and subject to this physical abuse, were you doing anything behind the scenes to help him?

A.    I was on a lot of phone calls --

Q.    Now, let's --

A.    -- and meetings, yes.

Q.    Now, Mr. Roggio, do you have any doubt that Mr. Siim Saar was physically abused there?

A.    Not at all.

Q.    You're not disputing that, in any way?

A.    No.

Q.    And you don't dispute that you had a role in that, to a certain extent?

A.    I did, yes.

Q.    And I'm sure the Government will have a lot of questions regarding that, but --

MR. JASPERSE: Objection to the commentary.

THE COURT: Noted.

76

BY MR. BARTOLAI:

Q.   Your purpose was? Your presence there -- what was the purpose of your presence there, during this time?

A.   He was one of my guys, I was going to make sure he got out.

Q.   Ultimately, did you?

A.   Yes.

Q.   Let's talk about that day, when you went to get Siim. Were you able to -- well, were you ever able to go up to the compound and obtain his release?

A.   No.

Q.   Did you have that authority to do that?

A.   No.

Q.   The day that you went up there to get him released, you had arranged for that?

A.   Yes.

Q.   When you went there to get him released, you, also, had your fellow -- his fellow Estonians there, as well?

A.   Yes.

Q.   Was he -- when he came out, were you able to just whisk him away?

A.   No.

Q.   Go ahead.

A.   They stopped us, because, like I said, one of the upper's hadn't cleared it, yet.

77

Q.   Who stopped you, specifically, do you remember?

A.   Goran.

Q.   When Siim returned to the project, do you recall around the date that that would have been?

A.   Late November, early December.

Q.   Of 2015?

A.   Yes.

Q.   All right. How much longer did he stay on the project?

A.   I think, until Christmas.

Q.   During that time, did you have him evaluated by any hospitals, medical assistants?

A.   Yes.

Q.   Who?

A.   Faruk Medical Center, I sent him to Faruk Medical Center.

Q.   Why was that?

A.   He had complained that he couldn't feel his arms, and I was concerned about, you know, if they had done any long-term damage to him.

Q.   You learned that he had another --

     MR. JASPERSE: Objection

BY MR. BARTOLAI:

Q.   After you sent him to Faruk Medical Center, what happened next to Siim?

A.   The medical center sent some paperwork back with him and it had photos of a tumor --

78

MR. JASPERSE: Objection; hearsay.

MR. BARTOLAI: Photos aren't hearsay, Your Honor.

THE COURT: Go ahead, I'll allow it. Overruled.

BY MR. BARTOLAI:

Q.   So there were photos?

A.   MRI photos of a tumor he had in his head.

Q.   Did he leave -- when was that about, that you had found this out?

A.   Late December -- mid December, I'm sorry.

Q.   Was it after that that he returned home to Estonia?

A.   We had a conversation about where he wanted to go for treatment, he wanted to go home to Estonia.

Q.   And he did, ultimately, go home to Estonia?

A.   Yes.

Q.   Did you do anything to keep him from going to Estonia?

A.   No.

Q.   Prior to this incident at the compound, did you invite him to come to Greece to discuss your differences?

A.   Yeah, he was becoming erratic in his arguments. I would overcome an argument or objection he had --

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   So did you invite him to Greece to discuss your differences?

79

A.    Yes, I did.

Q.    But he didn't come?

A.    No, he didn't.

Q.    So, now, Mr. Siim is back in Estonia. Does he ever return to the project?

A.    No.

Q.    He doesn't, okay. I'll talk to you a little bit more about some of the subsequent contact with Siim, but getting back to this project.

      At this point in time, what's going on with the project?

A.    Which time frame?

Q.    Late December 2016.

A.    December 2016?

Q.    Yeah -- I'm sorry -- it's 2015, I'm sorry.

A.    Okay. The building was progressing, it was almost complete, we had equipment in storage, we had employees coming in, and we were arranging housing for them.

Q.    This plastic prototype -- where was -- where were you at with the weapon itself?

A.    We had our drawings.

Q.    Was anything -- was a 3-D model made?

A.    That was made way back.

Q.    Before this?

A.    Yes.

Q.    Before what we talked about?

A.    Yes, back in, I would say, early 2014 -- or '15.

Q.    That was taken to the customer?

A.    That is correct.

Q.    That was demonstrated for the customer?

A.    Right.

Q.    You were told to continue with the project, is that it?

A.    Yes.

Q.    And we have seen a video -- we will get to that in a minute. So there are no machines, yet, on the project?

A.    They're not in the facility or set up, no.

Q.    Okay. How do you turn out your first prototype?

A.    Well, that's a long, drawn-out process.

Q.    But when does it happen?

A.    Early 2016, we move into the plant. We get the machines out of storage, we have to bring special rigors in to set the machines, bring electrical power in, and all this time, we're trying to -- there was another requirement put on us, at that time, and we were trying to deal with that. That's where we were in early 2016.

Q.    Now, let's talk about the time you first had a working firearm, a working weapon. When would that have been, do you recall?

A.    We had a partial -- we had created a partial sample or -- I don't know what you would call them -- samples, they're prototypes, by about mid-2016.

Q.    Okay. Let's talk about the components, the parts for these weapons, because there are items I want to discuss with you.

Where is this project, as far as rifling barrels or putting barrels together, rifling barrels?

A.    Yes, we were creating barrels.

Q.    What tools were you using to create the barrels?

A.    They're called gun drill machines, they're called deep bore drilling machines.

Q.    We have heard about the rifle combo buttons?

A.    Yes, the drills and reamers, yes.

Q.    Did you have those?

A.    Yes, we did.

Q.    Where did you get them?

A.    Eldorado Tools.

Q.    So that's -- we have heard some testimony about that.

MR. JASPERSE: Objection.

THE WITNESS: Correct.

BY MR. BARTOLAI:

Q.    So how did these rifle -- these combo buttons and drills find their way to Iraq?

A.    I took them.

Q.    When would that have been?

A.    Early 2016.

Q.    These were the buttons that you purchased from Eldorado Tools?

82

A.    In 2013, yes, I believe, yes.

Q.    You took them to Iraq?

A.    That is correct.

Q.    How did you take them there?

A.    I put them in a ski bag with my skis. I was supposed to go to Finland.

Q.    So that was unlawful?

A.    I didn't believe so, at the time, but, yes, it is.

      MR. BARTOLAI: Also, if I can show -- I'd like to show Government's 3.3 -- may we see 3.9, please?

      (At this time a video was played.)

BY MR. BARTOLAI:

Q.    What's happening in this video, this exhibit?

A.    That was a test firing of an M4, which was, kind of, a conglomeration of parts from different weapons but most that we made.

Q.    Did you make the barrel on that weapon?

A.    Yes.

Q.    Did you use those rifle combo buttons to make that barrel?

A.    Yes, I did.

Q.    We have heard about gas rings and firing pin retainers; right?

A.    Yes.

Q.    We have heard that there were attempts --

      MR. JASPERSE: Objection.

MR. BARTOLAI: Sorry.

BY MR. BARTOLAI:

Q.    Did you ever use Chinese gas rings?

A.    No.

Q.    No?

A.    No.

Q.    Did you ever use Chinese firing pin retainers?

A.    No.

Q.    Where did -- were there firing pin retainers and gas rings that you used on this rifle?

A.    The bolt and bolt carrier came from a Colt weapon that we were using as a sample. We used the bolt and bolt carrier group on that sample.

Q.    On this sample?

A.    Yes. So we did not manufacture the bolt carrier or any of the parts inside.

Q.    With respect to the -- we know that -- let's talk about Mr. Mathes, do you recall his company?

A.    Yes.

Q.    You recall purchasing firing pin retainers there?

A.    And gas rings, yes.

Q.    What happened to those, to those gas rings and those firing pin retainers?

A.    They came to me in Iraq.

Q.    How do they get there?

84

A.    I'm not sure, I had turned them over to somebody in an import/export company. They were supposed to ship them to me.

Q.    Who did you turn them over to?

A.    Hewa Ismail.

Q.    And we have heard that name before.

A.    Yes, he was the right hand of Polad and Lahur.

Q.    They were delivered to you in Iraq?

A.    To the company, yes.

Q.    There were items shipped by your ex-wife Kristy Roggio?

A.    That is correct, yes.

Q.    What items were shipped?

A.    I don't recall what was in the box, it was a bunch of hand tools. The hardest thing we had that we thought would be easy were drills, regular --

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    What was shipped, if you recall?

A.    If I recall, there was drills, like, regular drills that you put in a gun, like, a drill gun.

Q.    All right. At some point in time, or, more specifically, on April 29, 2016, do you recall a phone call, while you were in Iraq, with Special Agent FBI Donnelly(sic)?

A.    Yes.

Q.    Tell us about that.

85

A.    I think it was late night for me, and my wife had called me, and she was a little panicky, and she told me that they have an FBI agent asking questions, so she said, Can I put him on? I said, Of course.

Q.    And you had a conversation with him?

A.    Yes.

Q.    In this time, in 2016, early on, what is the -- what's going on at the plant, as far as production and meeting the demand of the customer?

A.    It was -- I believe it was late January, early February, I had a meeting in which I was told that we have to have 3,000 guns as soon as possible.

Q.    Were you able to make that number?

A.    No.

Q.    Were you able to meet that quota?

A.    I told them there's no way, but they wanted me to try.

Q.    Why don't you explain why you wouldn't be able to do that?

A.    A plant of this size, where you're building 100 percent of all the parts, there are so many different disciplines involved, and we hadn't even gotten through the first series of disciplines, like, machining and lathing and gun drilling, we hadn't even got to the plastic injection molding, the metal injection molding, the broaching, the anodizing, there was almost no way we could produce 3,000 weapons in the time frame they gave us.

86

Q.   That video we saw, when was that, do you recall, when you sent that test video?

A.   It was in June or July.

Q.   Of what year?

A.   2016.

Q.   And this was not -- was that rifle -- were all the parts of that rifle made on-site?

A.   No.

Q.   So, at this point, you hadn't even produced one rifle?

A.   No.

Q.   At this point, all of your Tier One employees had left?

A.   The Estonians had left, yes.

Q.   We have heard -- so they're gone home, and you're faced with these demands, at this point?

A.   Yes.

Q.   I want to talk about that, about the Estonians leaving. So I would direct your attention to late April and early May of 2016. What's going on at the plant with the Estonians?

A.   Good question.

     MR. JASPERSE: Objection.

BY MR. BARTOLAI:

Q.   Why are they leaving?

A.   Well, they had planned on leaving, I think.

     MR. JASPERSE: Objection. Lack of foundation.

     THE COURT: Sustained.

87

BY MR. BARTOLAI:

Q.    What caused the Estonians to leave? Do you know why the Estonians left?

A.    Yes.

Q.    Why?

A.    Elina was leaving, and she was taking the rest of them with her.

Q.    We have heard about an argument that you had with them, prior to them leaving?

A.    Just with Elina.

Q.    With Elina. Okay, we have heard -- well, this night, prior to their departure, what happened?

A.    I had come from a meeting, and when I came from a meeting, I had saw something that really set me off with Elina, and so I called her apartment, told everyone to be there. So I went there, and Elina and I got into a pretty heated argument.

Q.    Okay, and we have heard. Well, were you physical with her?

A.    Yes.

Q.    Okay. Were the others present?

A.    Yes.

Q.    And the next day, they left, is that it?

A.    That's correct.

Q.    Do you recall talking to them before they left?

A.    Yes.

Q.    Did you tell them -- did they tell you that they wanted to

88

leave?

A.    They said they wanted to leave.

Q.    Did you tell them that they could go?

A.    Yes.

Q.    And they left?

A.    Yes.

Q.    Did you do anything to stop them from leaving?

A.    No. Actually, could I retract that and clarify?

Q.    Did you do anything to stop them from leaving?

A.    I tried to convince them to stay.

Q.    But they didn't want to stay?

A.    No.

Q.    And they, ultimately, left. Right?

A.    Yeah. I don't blame them.

Q.    And they left. So let's talk about some things. We have seen some pictures of some beautiful cars that you purchased. You did buy those?

A.    Yes.

Q.    Name one -- give me an example of one of them.

A.    BMW i8.

Q.    How did you pay for that?

A.    Cash -- well, cashier's check.

Q.    From the funds that you received in Iraq?

A.    Yes.

Q.    There was another car, a McLaren?

A.    A McLaren 570.

Q.    How much was that?

A.    $349,000.

Q.    How did you pay for that?

A.    I put a down payment, I made payments.

Q.    What was the down payment?

A.    About 100,000.

Q.    What about the rest?

A.    The payments?

Q.    Yes.

A.    I was making payments, I think, they were $8900 or $9,000 a month.

Q.    We saw the home.

A.    Right.

Q.    That was your home?

A.    Yes.

Q.    We have heard there was an allowance for hair and nails, $5,000?

A.    Yes.

Q.    That was for your wife?

A.    Yes.

Q.    Okay, we saw -- and firearms, when they searched your house, there was firearms present; right?

A.    I believe 198.

Q.    And they were -- did you buy those?

90

A.    Yes.

Q.    And they were purchased with funds from the project?

A.    Not all of them.

Q.    Okay. Some of them were?

A.    Yes.

Q.    Were you stealing that money to pay for these things?

A.    From whom?

Q.    I'm asking. Were you?

A.    No, I didn't steal any money.

Q.    Was the money yours, lawfully?

A.    Yes.

Q.    Why?

A.    It was my company, it was money we earned, and plus my salary.

Q.    So getting back, now, to around June, apparently, 2016, when you produced this rifle and that we saw in the video, fully automatic rifle, from various parts. What happens after that in the company?

A.    There was -- I think, it was about April that the pressure became unreal.

Q.    Pressure from who?

A.    The upper's, Zarya Faruk, Polad and Lahur.

Q.    Pressure on who?

A.    On all of us.

Q.    Everyone -- the Estonians are gone?

A.    Right, it was on me.

Q.    And what happened then?

A.    They just kept pushing and pushing and pushing, We've got to get this done, We've got to get this done, and it came to a point where nobody was listening. I had to do daily reports, they wouldn't let me leave, I couldn't -- they put a guy named Kadir and Mohammad were, basically, demanding that I do certain things. It was just an unmitigated mess.

Q.    Were they supervising you?

A.    Supervision would indicate that they knew what they were doing. They didn't know -- they were just demanding things that were senseless.

Q.    Akam, was he present?

A.    No, Akam had faded out by then.

Q.    Was he replaced by anyone else?

A.    If he did, I don't recall, because the money started going through Mohammad.

Q.    Okay. Were you being audited?

A.    That's what they claimed, but that is not what they were doing.

Q.    What were they doing?

A.    More like a forceful take-over.

Q.    Explain.

A.    They were supposed to be auditing the books, but one of the auditors answered to Lahur and one of them answered to

92

Zarya. So when they came in, we opened the books to them, they started saying, Well, where is this money? Where is that money? And when we gave them invoices, they just didn't -- they said, No, that doesn't make sense.

I remember getting into a heated argument about a Chase credit card. He's like, Where is this bank account? You're making deposits into this bank account every month.

MR. JASPERSE: Objection to hearsay.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Don't say what someone said, that's hearsay. So you're not getting along with them; is that a fair statement?

A.    Initially, we did.

Q.    No, now, I'm talking about.

A.    No.

Q.    When was this, timewise?

A.    It's about mid, maybe, coming into June, now. June, July.

Q.    Ultimately, do you ever meet the product numbers?

A.    There is no way.

Q.    How many weapons did you, ultimately, produce at this factory?

A.    None.

Q.    There was -- I think there might have been a photo of a rack of weapons. Was there?

A.    Those were samples, you know, you can't -- in production,

93

you can't just build one sample and test it and say, Okay, we've got a good product. You have to build "X" amount of samples and then test to see -- because there's always going to -- in this type of mechanical engineering, which I'm not a mechanical engineer --

MR. JASPERSE: Objection; non-responsive.

BY MR. BARTOLAI:

Q.    Did you ever produce one actual firearm?

A.    No, no production models.

Q.    Did there come a point in time when you left Kurdistan?

A.    Yes.

Q.    Tell us about when that was.

A.    I, finally, left in February. I attempted to leave just before Christmas in 2016.

Q.    What happened?

MR. JASPERSE: Objection to relevance.

MR. BARTOLAI: Your Honor, it's the story.

MR. JASPERSE: May we approach?

THE COURT: Yes.

(At this time a discussion was held on the record at sidebar.)

MR. JASPERSE: Your Honor, the last overt act alleged in the conspiracy is September 2016. Every other charge precedes December 2016. So the Government fails to see the relevance to the story he's about to tell, regarding how he was supposedly--

THE COURT: February 2017?

MR. JASPERSE: Correct.

MR. BARTOLAI: If I may. The conspiracy is ongoing, Your Honor, I believe, it was, actually, for services, weapons services. I believe it's into March of 2017.

THE COURT: What are the allegations of the indictment?

MR. JASPERSE: The time period alleged in the conspiracy is into February 2017, but that doesn't mean that any random event that occurs, at any point, up to that time, is relevant.

MR. BARTOLAI: Also, Your Honor, the Government has introduced evidence about him being -- this secondary device is being detained at the JFK Airport. There's, also, a search of his home that occurred in May, I believe, or March, at least, May or March of 2017, as well as the FBI had interviewed him, at that point in time. So, clearly, this is within the conspiracy, A, and, B, the case that the Government presented.

And we submit, unlike the testimony that we proffered yesterday, this is the Defendant testifying, who will be subject to cross examination, and we submit that his testimony is relevant to his defense, as well as the underlying charges. He has presented a consistent defense up until now. This is the Defendant's testimony, and we submit it should not be restricted.

THE COURT: I take it this testimony is the testimony that deals with what we have heard already, not before the jury, of

course, but what we have heard in our discussion yesterday, with respect to these videos that he made?

MR. BARTOLAI: Yes.

THE COURT: I believe they can be, possibly, admissible under Rule 801(b)1, but for the circumstances that are set forth there, they may be offered in these circumstances:

"The Declarant testifies and is subject to cross examination about a prior statement and the statement is inconsistent with the Declarant's testimony and was given under penalty of perjury under trial, hearing or other proceeding or in a deposition;

"B. It is consistent with the Declarant's testimony and is offered to rebut an express or implied charge that the Declarant recently fabricated it or acted from a recent improper influence or motive in so testifying;

"C. To rehabilitate the Declarant's credibility as a witness when attacked on another ground."

It's my view that the information you want to use is only usable if and when one of those events take place.

MR. BARTOLAI: All right. Again, what I want to use is -- the videos, I would intend to use them on my redirect. But this testimony itself, Your Honor, I think I can go forward with the testimony.

THE COURT: Now?

MR. BARTOLAI: Yes, now. The testimony is what he said, it

won't have to do with the videos. It would be the subject matter of what had happened, but it would not be the hearsay, it would be his testimony.

THE COURT: His testimony as to what happened in February, with respect to --

MR. BARTOLAI: From right on now -- I'm at the point, now, aren't I, where I'm getting to his exit of Iraq, which will force him to go into some of that.

THE COURT: I'm not going to cut that off. Go ahead.

MR. BARTOLAI: Very good.

(At this time the discussion at sidebar was concluded.)

BY MR. BARTOLAI:

Q.    What happened, when you tried to leave in 2016?

A.    They took me.

Q.    Who?

A.    Lahur and Polad.

Q.    Where did they take you?

A.    They took me to --

Q.    Well, let me ask you, where did they take you from?

A.    The airport.

Q.    Tell us about what happened there.

A.    Well, if you just want to know what happened, I went to the airport, we were trying to board a flight out. And while we were waiting, the security guards in the airport said they had some questions for me, and, then, when I left, they kept me in

97

this, like, little area for, I don't know, maybe, two, three hours. The flight already took off, and I thought this was just some kind of mix-up.

Then, they moved me to -- they came and put handcuffs on me, moved me to this building off from the airport, it was just like, I don't know how to explain it, it was just a building in the middle of nowhere, and there was a bunch of soldiers in there.

Q.   All right. Do you recall, to the best of your recollection, the date?

A.   I don't remember the exact date, I'm sorry. I should know this.

Q.   Before Christmas?

A.   Yes.

Q.   Do you recall how much before Christmas?

A.   Just a few -- about four or five days, maybe, I'm thinking.

Q.   All right. You were taken to this building. What happens after you're taken to the building?

A.   They put me in a vehicle, and they didn't speak English. So we're driving down the road, and, then, the vehicle stops, and there's another vehicle in the other lane that stops, and guys get out, they snatch me out of the vehicle, and they put a black bag on my face, and they took me to this compound.

Q.   What compound was it?

A.    Zarya -- I got there, I recognized it as -- you know, after they put me inside the building, I was able to look out a window that was there. It was the same compound I had been going to for meetings with Zarya Faruk.

Q.    Was it the same compound that everyone went to with their presentation?

A.    Yes.

Q.    When the plastic weapon was presented?

A.    That is correct.

Q.    What happens there?

A.    Well, nothing, for the first day. The second day, they took me into a separate room and they started beating me.

Q.    For what? Were you questioned?

A.    Yes.

Q.    What were you questioned about?

        MR. JASPERSE: Objection; hearsay.

        THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    So they had questions for you?

A.    Yes.

Q.    Did you answer the questions?

A.    Yes.

Q.    What happened?

A.    About the questions or?

Q.    Yeah, what happened while you were answering questions, if

anything happened?

A.    I don't understand.

Q.    In other words, so you're in this room, they're asking you questions and you're answering them. You're indicating you were beaten?

A.    Yes.

Q.    What did you think the situation was, the purpose was?

A.    They were mad at me.

Q.    For what?

A.    A few days earlier, I had deleted all the CAD files and CAM files, all the G codes.

Q.    Where?

A.    At the plant.

Q.    Why?

A.    Because about four or five days earlier, we had a big meeting at the plant, they wanted all the workers gone, except for me and Mohammad. It was some VIP tour. Lahur showed up, Polad showed up.

Q.    Who else?

A.    Zarya Faruk showed up. And two gentlemen I did not know, at the time. So they do a tour, and I go to Mohammad, because Mohammad is a Kurd, and I asked him to identify these guys, and he identified him as the leader --

    MR. JASPERSE: Objection; hearsay.

    THE COURT: Sustained.

100

MR. BARTOLAI: Your Honor, it would go towards his state of mind and not necessarily the truth of the matter asserted, Your Honor, so we would submit it's not hearsay. But I think the Court has sustained -- I'm sorry.

THE COURT: Mr. Jasperse?

MR. JASPERSE: We're pretty far away from the original question, so maybe we could try again. It's unclear what the purpose of the statement is.

THE COURT: Go ahead. Overruled.

BY MR. BARTOLAI:

Q.   Did you learn something that caused you to do these things?

A.   Immensely.

Q.   What was it?

A.   They were PKK.

Q.   Who were they?

A.   PKK is an organization of Kurds, based out of Eastern Turkey. They are considered by both the EU and the United States as terrorist organizations.

Q.   And this was your concern?

A.   Yeah.

Q.   This caused you to do -- to delete items at the plant?

A.   Yes, yes.

Q.   And they knew this, the people that had taken you and had you in this room and were questioning you knew this?

101

MR. JASPERSE: Objection. Lack of foundation.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.   Were they questioning you about this, about why you deleted these --

MR. JASPERSE: Objection; leading.

THE COURT: Overruled.

BY MR. BARTOLAI:

Q.   So were they questioning you about that?

A.   Yes.

Q.   Were they happy with you, because of what you had done?

A.   I set them back to the beginning.

Q.   How?

A.   When you're building something, you first go on drawings. Then the drawings go into CAM files, Computer Assisted Machining files, then, those have to be converted to a G code that the machine can read.

Now, when you start getting into manufacturing, there's all kinds of minor variations, like, just to give you -- so I could say this correctly -- the lower receiver, we started Drawing 1, by the time we were actually machining, we were in Drawing 72, because the machines were making mistakes or we don't foresee certain tooling mistakes.

Q.   Are all these things stored in the machine?

A.   Some in the machine and some in our server backup.

Q.   By deleting these things, are you, basically, erasing them from the machine's knowledge?

A.   All of this.

Q.   This is what you did?

A.   Yes.

Q.   So how does it end? How does it end from this? Do you ever make it home?

A.   Eventually, February.

Q.   February?

A.   Late February, yes.

Q.   Was it around Christmastime?

A.   Around Christmas, yes.

Q.   From Christmas until February, what are you doing? What's happening?

A.   Well, it was 11 days they held me at the place in Zarya's, and it was a long 11 days.

Q.   Are you able to communicate with anybody?

A.   No.

Q.   Are you taken to different places or kept there the whole time?

A.   Just there, yeah.

Q.   The whole time?

A.   Yes.

Q.   From December until February, you were kept?

A.   No, no, it was just for 11 days.

Q.   What happens after 11 days?

A.   I was taken out, and I was supposed to call the Consulate and tell them that I'm okay.

Q.   Did you?

A.   I had no choice.

Q.   So you called the Consulate?

A.   Yes.

Q.   Where is the Consulate?

A.   Erbil.

Q.   Erbil, Iraq?

A.   Yes.

Q.   Kurdistan, right?

A.   Kurdistan, yes.

Q.   What happens then?

A.   They take me back to my apartment, and they put four guards on me. Then, Kadir came in and, you know, basically, said that my life is his, and he wants money.

Q.   This is Kadir, he's asking you for money?

A.   Yeah, they came up with this story that I owed them money.

Q.   Okay, and what happens? Did you owe them money?

A.   No.

Q.   Is he happy -- is this the answer that you gave him?

A.   I did, initially, yes.

Q.   Was he happy with that?

A.   No.

104

Q.   Are you free to leave?

A.   No.

Q.   Are you able to communicate with anyone?

A.   I was, eventually, able to, yes.

Q.   Who, in particular?

A.   I was able to call my ex-wife Amanda.

Q.   Her last name?

A.   Mecomber.

Q.   Okay, so you were able to make contact with her?

A.   Yes.

Q.   Without getting into the specifics of the contact, could you describe the medium, the way that you make contact? A text, a phone?

A.   Facebook Messenger, I think.

Q.   It was a simple contact that you made with her over Facebook?

A.   Yes.

Q.   Were you able to provide her videos or anything of that nature?

A.   Yes.

Q.   All right. Were the videos of yourself?

A.   Yes.

Q.   Prior to your being taken from the airport in Sulaymaniyah, were you having conversations with Polad?

A.   When?

105

Q.    Were you exchanging messages with Polad, prior to your being taken?

A.    Yes.

Q.    Was he satisfied or dissatisfied?

MR. JASPERSE: Objection; hearsay.

THE COURT: Was he satisfied? I don't know if that's necessarily a statement rather than a conclusion.

BY MR. BARTOLAI:

Q.    Was your relationship good with him, at that point?

A.    Yes.

Q.    When he was -- when you were talking to him in December?

A.    In December?

Q.    In December of 2016, when you were exchanging messages?

A.    Yes.

Q.    Did there come a point in time when he accused you of stealing funds?

A.    I don't recall, no.

Q.    Is there a time when you're able to get away from these individuals in Kurdistan?

A.    Yes.

Q.    Tell us about that. Well, first, tell us about the circumstances of the videos of yourself, without getting into what they are?

A.    Kadir had told me I could use the phone, but I had to do it in front of this guy called Karzon who understood English.

Q.    Who is Karzon?

A.    He was one of the guards.

Q.    He was present?

A.    Yes, there was always four guards present. What I started doing was talking to my girlfriend in Greece a lot, an hour, two hours, three hours, and they got a little bored with listening to it.

So I would go into the room, and I would talk like I'm talking to her, then, I would hang up and call the Consulate or call Amanda and do whatever I could to try to get out of there.

Q.    Was it during this time that you made these videos?

A.    I believe so, yes.

Q.    All right, so tell us what happens. Tell us how you're able to leave there.

A.    Well, the guards were relatively nice guys. I mean, I don't make the mistake of thinking they were my friends, but I tried to put them at ease. When I had to go to the grocery store for food, they would escort me, but I would intentionally get lost and then find my way back to them, so that they didn't view me as someone who is going to take off on them.

I would buy them pizza, I had an Xbox, I would set it up for them to play. The night I escaped, I had called the local fixer, that's a guy who runs errands for us, locally, to pick me up at, I think, it was 3:00 in the morning, I had an early meeting in Erbil, that's what I told them. To pick me up at

3:00 in the morning, drive me to Erbil. I was on a seventh floor apartment.

Q.    Stop there for a second. Were you going to work at the plant during this time?

A.    Yeah, they would make me go to the plant, yes.

Q.    So you have an Xbox, you're not in a container somewhere?

A.    That is correct.

Q.    So you're able to go to the plant?

A.    They would drive me to the plant.

Q.    The firearms factory?

A.    Yes.

Q.    Would you work there?

A.    They tried to make me work.

Q.    All right, so continue. You're arranging for your --

A.    So in my closet, there's a small window, about this big(indicating), and it goes into a storage area, which is part of the apartment, and, then, outside the storage area is a hallway. The storage area had a key that was on the main key of the house.

If anyone knows about, you know, European-type doors, they don't have handles, they would have, like, key locks, and that opens and closes the door. I needed the key to get the storage place open so I can get out. So one night, I ordered pizza, when I went to go pay for it, I switched the keys from the key that went to my closet door for the key to get out of the

108

storage facility.

So, then, in the middle of the night, I think it was, like, 2:00 in the morning, I crawled through the window, went out, you know, went out the storage door, I went down, but the bottom was locked and the garage has a guard on it.

So I had to go out on the second floor balcony, and at the time, I was quite certain I was going to have to jump all the way down, but there was a construction site right next door, they were building a building right next door, all I had to do was jump across and I was able to get down to the front of the building.

Q.    What happens next?

A.    I get around the front of the building, and the guy who was giving me a ride, his name is also Hewa but not the same guy, I get in the car, I said, Take me to the Consulate in Erbil.

Q.    Do you go there?

A.    Yes.

Q.    He does take you there?

A.    Yes, we get there.

Q.    Are there check points you have to go through?

A.    Yes.

Q.    How were you able to get through them?

A.    Well, normally, if they see an American, they just flag you through. He was driving, I guess, they knew him, but no one

109

had realized I had left, so there was no orders to stop or look for Americans, it was too early in the morning.

Q.    So you had gotten through, and you were -- what happens -- so you do make it to the Consulate in Erbil?

A.    Yes, I do.

Q.    What is the Consulate in Erbil?

A.    It's the American Consulate, you know, it's where, if you're in trouble, you go.

Q.    That's where you went?

A.    Yes.

Q.    Did you have your passport?

A.    No.

Q.    Where was your passport?

A.    They had taken it from me, I didn't know where it was.

Q.    Did you get a passport at the Consulate?

A.    I got an emergency passport, yes.

Q.    Who issued that?

A.    The State Department -- or the Consulate in Erbil, yes.

Q.    Did you explain to them what had happened?

A.    Yes.

Q.    Did they -- what did they do for you?

A.    Well, first thing they did was told me I was safe, and they took me to the guy who made the passports, they had to take a photo. Then, they took me to a hotel -- they asked me -- they were going to book me a plane ticket, but I told

110

them I could afford my own ticket, so I booked my ticket -- I actually asked Christina to book me a ticket. They took me to a hotel in Erbil, which was not only just a hotel, it was the British Consulate, and they told the person I'm not to be removed for any reason. The next morning they escorted me to the airport and I flew out.

Q.    And you left Iraq. Do you remember the day?

A.    February -- it was close to the end of February.

Q.    Where did you fly from and where did you fly to?

A.    It was from Erbil to Istanbul, Turkey and Istanbul, Turkey to JFK.

Q.    Do you recall arriving at JFK?

A.    Yes.

Q.    Do you recall the date?

A.    Not the exact date. Late February.

Q.    Late February of what year?

A.    2017.

Q.    Who did you -- were you traveling with anyone?

A.    Yes, my girlfriend.

Q.    What's her name?

A.    Christina Sidiropoulou.

Q.    What happens when you get to JFK?

A.    I get pulled into Secondary Inspection.

Q.    Do you recall meeting with people from Secondary Inspection?

111

A.    Yes.

Q.    Do you have any electronic devices on you?

A.    Yes.

Q.    Where were the devices from?

A.    Christina had them.

Q.    Did you have your devices, from the time that you were in--

A.    I had my phones with me, yes.

Q.    From when you were taken, originally, in December?

A.    Yes.

Q.    You had your phones?

A.    No, I had my SIM card. I had a phone called a Vertu, it was an expensive phone, and they took that and gave me my SIM card, and because of the company, we had so many cellphones, I think in my room alone I had six iPhones.

Q.    So you were able to escape with a phone?

A.    I just grabbed a couple of the extra phones, yeah.

Q.    When you come back to JFK, these are taken from you?

A.    Yes.

Q.    And, ultimately, returned; right?

A.    Yes.

Q.    And you're interviewed by a Secondary Inspection person?

A.    Yes.

Q.    Do you recall seeing her testify?

A.    I don't recall her, personally, but, yeah.

112

Q.   All right. And you gave them a statement, right, then?

A.   Yes.

Q.   So you're home, then, and that would have been around February of 2017?

A.   That is correct.

Q.   Now, during this time, 2017, February 2017, had you had contact with any of the Estonians since they left?

A.   Siim kept in regular --

MR. JASPERSE: Objection; hearsay. Withdrawn.

BY MR. BARTOLAI:

Q.   Were you able to maintain contact with any of the Estonians since they left?

A.   Yeah, Siim stayed in regular contact, and so did Heret and Rauno.

Q.   Did that continue -- how long did that continue after --

A.   Well, I broke contact when I got indicted, I didn't want to contact -- when I first got indicted in 2018.

MR. JASPERSE: Objection; non-responsive.

MR. BARTOLAI: I think it is responsive.

MR. JASPERSE: Why he broke contact is responsive to when he broke contact?

MR. BARTOLAI: Yes, if it explains when.

THE COURT: The question was, How long did it continue? Answer that question.

THE WITNESS: Until early 2018.

113

THE COURT: Next question.

BY MR. BARTOLAI:

Q.   All right. Did there come a point in time when you were -- your house was searched by the FBI?

A.   Yes.

Q.   Do you recall that particular day?

A.   I recall the day, I don't know the date, I don't recall the date.

Q.   Okay. Do you recall speaking with people from the FBI?

A.   Yes.

Q.   Was it FBI Special Agent Donnelly(sic), if you recall?

A.   Yes, and Homeland Security Burke, I believe, he was there, too.

Q.   And at that point in time, you gave them a statement; is that right?

A.   Yes.

     MR. BARTOLAI: If I may have a moment, Your Honor?

     THE COURT: Yes.

     MR. BARTOLAI: Nothing further. Thank you.

     THE COURT: It's now just about 12:20. We will break for lunch and return at 1:30.

          (At this time a luncheon recess was taken.)

     THE COURT: You may cross-examine.

     MR. JASPERSE: Thank you, Your Honor.

                    CROSS EXAMINATION

114

BY MR. JASPERSE:

Q.    Good afternoon, Mr. Roggio. Are you aware that when the Government obtained a search warrant for your electronic devices, the agents were able to go through those devices?

A.    I assume so, yes.

Q.    Are you aware the agents were able to look at the search history on those devices?

A.    I assume so, yes.

Q.    Do you remember doing a Google search for, quote, How to stop lying?

A.    No.

Q.    But you lied a lot, while you were in Kurdistan, didn't you?

A.    No more or no less than everyone else.

Q.    You lied about a lot of different things, didn't you?

A.    Some things, yes.

Q.    You lied to the Kurds, right, you lied to Polad and to Akam?

A.    No.

Q.    And you lied to your employees, didn't you?

A.    Some.

Q.    One of the things you lied about to your employees was your military record, right?

A.    I don't recall lying about that.

Q.    You told the Estonians that you got to know the Talabanis

115

during the war, right?

A.    That was Ron Bly I was telling them about.

Q.    You admitted that today, that you did not even know them before 2011, when you started meeting with them about this weapons project; correct?

A.    That is correct.

Q.    You told the Estonians you served in the trenches with the Peshmerga in the fight against ISIS, didn't you?

A.    The ISIS fight was ongoing.

Q.    You told the -- and you were serving in the trenches when you were there, when the fight with ISIS was ongoing?

A.    No, I don't remember saying that.

Q.    You never served in the trenches against ISIS, did you?

A.    No.

Q.    You never served in the trenches with the Peshmerga, did you?

A.    No.

Q.    But you told the Estonians that, didn't you?

A.    I don't remember saying that.

Q.    You said you were part of The Special Forces; right?

A.    Again, I think they're mixing up Ron Bly.

Q.    Who?

A.    Ron Bly.

Q.    Ron Bly, he actually did serve there, didn't he?

A.    Yes.

116

Q.    You never did, did you?

A.    No.

Q.    He was a decorated Veteran.

A.    Yes.

Q.    He did those things.

A.    Yes.

Q.    The things you claim credit for, that's all fiction; right?

A.    I never claimed credit for those things, never once did I say I was in The Special Forces.

Q.    You said --

    MR. BARTOLAI: Your Honor, I object. He should be permitted to answer -- fully explain the answer to the question.

    THE COURT: He will be, but in that case he did. Overruled. Go ahead.

BY MR. JASPERSE:

Q.    You said you had been a P.O.W.; right?

A.    No.

Q.    Said you had every bone in your body broken; right?

A.    I don't recall saying that.

Q.    You were never in Kurdistan with the military, were you?

A.    No.

Q.    You were never in The Special Forces, were you?

A.    Never said I was.

Q.    In fact, you served in The National Guard in 1986; right?

117

A.    That's when I enlisted.

Q.    You were in high school?

A.    Yes.

Q.    Then, you served in the Army for one year and eight months; right?

A.    Approximately, yes.

Q.    That was back in 1989 and 1990; right?

A.    I believe so, yes.

Q.    So it was 25 years before you went to Kurdistan to build a weapons factory?

A.    That is correct.

Q.    You never made it out of The United States, when you were in the Army, did you?

A.    Yes, I did.

Q.    You never served in The Middle East?

A.    Yes, I did.

Q.    But your records don't reflect that, do they?

A.    I don't know what the records reflect. I was deployed there in Operation Desert Storm.

        MR. JASPERSE: Your Honor, may I approach? This is Government Exhibit 20.16.

        THE COURT: Yes.

BY MR. JASPERSE:

Q.    Do you recognize those as your military records?

A.    I would assume it is.

118

Q.    Well, we don't have to assume. Your name, at the time, was Ross Gothman Brogan; correct?

A.    That's correct.

Q.    That's you?

A.    Yes, sir.

Q.    On the page that I showed you, do you see box no. 12, the right side, about a third of the way down, Record of Service?

A.    Yes.

Q.    Do you see subsection F, Foreign Service?

A.    Yes.

Q.    What's entered in the number of years of foreign service?

A.    Zero.

Q.    What's entered in the number of months of foreign service?

A.    Zero.

Q.    What's entered in the number of days of foreign service?

A.    Zero.

Q.    During your brief military service, you were subject to four Article 15 hearings for misconduct; is that correct?

A.    That is correct.

Q.    What was the reason for your discharge?

A.    My reason?

Q.    What was the reason why the Army discharged you?

A.    They never really gave me a straight answer on that.

Q.    Let's look at your records then. Same page, box 28, bottom left. Narrative Reason for Separation. What's listed there in

119

these Army records?

A.   Pattern of Misconduct.

Q.   Misconduct, Pattern of Misconduct; correct?

A.   Yes.

Q.   You never transported prisoners, did you?

A.   Where?

Q.   Anywhere.

A.   Haiti.

Q.   You never transported prisoners in the Middle East, did you?

A.   No.

Q.   The U.S. Government never paid you $1,200 a day, did they?

A.   I'm trying to remember if that was the pay in Haiti. I can't recall.

Q.   The U.S. Government never offered you $50,000 per interrogation, did they?

A.   No.

Q.   Do you agree that you did not have a license or permission to export rifling buttons from the United States to Iraq?

A.   I don't believe I had a license, no.

Q.   You agree that you did not have a license or permission to export gas rings or firing pin retainers from the United States to Iraq?

A.   Not that I had.

Q.   You were in Iraq to set up a weapons factory; correct?

120

A.    That is correct.

Q.    Planning to build M4 rifles?

A.    AR15's.

Q.    And Glock pistols?

A.    I think that was down the road.

Q.    The Kurds paid you money by International Transfer of Funds for that work; correct?

A.    Yes.

Q.    You knew about the requirements, the approval requirements of The State Department; correct?

A.    Yes, I did.

Q.    You've admitted that this morning?

A.    Yes, I did.

Q.    You knew about the requirements of The Commerce Department, didn't you?

A.    Vaguely.

Q.    This morning you said, under oath, in front of this jury, I knew I shouldn't have done it; correct?

A.    The plant?

Q.    No, exporting rifling buttons. I knew I shouldn't have done it. That's what you said today?

A.    It is, sir.

Q.    You knew that providing Defense Services to Iraq violated U.S. Law, didn't you?

A.    Without permissions, yes.

121

Q.   And you certainly knew that torturing someone was against the law, didn't you?

A.   At the time, no.

Q.   You thought it was okay to torture somebody?

A.   No, I wasn't doing that.

Q.   You thought The United States Laws allows people to go overseas and torture people?

A.   Like Guantanamo? Like Abu Ghraib?

Q.   Why don't you answer the question?

A.   I did.

Q.   You did torture him?

A.   No, I did not.

Q.   You did know that torture was against the law?

A.   I knew assault was against the law, I felt he was assaulted.

Q.   You knew that exporting weapons parts without a license was illegal, as far back as 2008, didn't you?

A.   Yes.

Q.   Because, in 2008, the ATF's Shawn Stevens told you that when he was at your business in North Carolina, didn't he?

A.   I don't know if he was specific about it, but, generally, yes.

Q.   And he left you written information that laid out those rules; right?

A.   Yes.

**122**

Q.    You knew that exporting weapons parts without a license was illegal, because when Ron Bly, way back at the beginning of this, was introducing you to the Talabanis, he told you to be sure to get State Department approval to operate the weapons factory; correct?

MR. BARTOLAI: Objection; hearsay.

THE COURT: Overruled.

THE WITNESS: I can answer?

BY MR. JASPERSE:

Q.    You can answer the question. You don't know that yet after sitting here for two weeks?

MR. BARTOLAI: Objection. Argumentative, Your Honor.

THE COURT: We have a question on the table.

THE WITNESS: I have hard hearing in my left ear, I didn't hear him say it, sorry. Can you ask the question again, please?

BY MR. JASPERSE:

Q.    You knew that exporting weapons parts without a license was illegal, because when Ron Bly, way back at the beginning, when he was introducing you to the Talabanis, Ron Bly told you to be sure to get State Department approval before operating a weapons factory, didn't he?

A.    Yes, he did.

Q.    You knew that exporting weapons parts without a license was illegal, because Bill Mathes told you it was illegal to ship restricted items without State Department approval;

correct?

A.    I don't think it was Bill Mathes that said that to me. I don't recall him saying that.

Q.    In fact, Bill Mathes, specifically, told you you could not ship gas rings and firing pin retainers without State Department approval, didn't he?

A.    I don't remember that conversation.

Q.    You knew that exporting weapons parts without a license was illegal because The Weapons and Ammunition Report -- excuse me -- The Weapons and Ammunition Feasibility Report said that what you were doing required State Department approval; correct?

A.    That is correct.

Q.    And you prepared that document?

A.    Yes, I did.

Q.    That document said that failure to get proper approvals could result in grave danger of incarceration and heavy fines; right?

A.    Yes, it did.

Q.    You told the Estonians that you could get in trouble, if you shipped certain weapons parts from The United States to Iraq, didn't you?

A.    I don't recall saying that.

Q.    You told Heret Enden it was illegal?

A.    I don't recall saying that.

124

Q.   You told Siim Saar it was illegal?

A.   I don't think I ever said the word, illegal.

Q.   You told Triin Kiviking it was illegal?

A.   I don't recall saying that to her, either.

Q.   You told Marrtin Vilist it was illegal?

A.   No, I don't recall saying that.

Q.   When the FBI came to your house in Stroudsburg, when you found out about that, you knew exactly why they were there, didn't you?

A.   Yes, I did.

Q.   That's why you said, in front of Rauno Viltrop, that somebody had ratted you out; right?

A.   Yes, sir.

Q.   A person doesn't say he has been ratted out unless he has done something wrong; right?

A.   That is correct.

Q.   It's because you knew you were breaking U.S. Laws that you told your employees to keep this a secret; right?

A.   No.

Q.   That's why you gave your employees a cover story to use about what they were doing in Iraq; right?

A.   No.

Q.   You told Suzy Abayeva to use a cover story about building refugee camps, didn't you?

A.   Yes.

Q.    Then, over time, the cover stories changed, didn't they?

A.    Yes, they did.

Q.    You gave Triin a cover story about how you were in Kurdistan building Kurd Towers; right?

A.    Correct.

Q.    In fact, you used a similar cover story, when you were interviewed by Customs and Border Protection at JFK Airport in February 2017; right?

A.    No, I think I said I was in construction. I don't recall what, exactly, I said.

Q.    Is there a difference between building Kurd Towers and being involved in construction?

A.    Well, yes, I would think so.

Q.    You used a cover story, when you came into JFK; correct?

A.    No, I told the truth, as it sat. I did construction there.

Q.    Construct for a weapons project. You didn't mention that, did you?

A.    No, I did not.

Q.    When the FBI interviewed you, when Kristy handed the phone to the FBI in April 2016, do you remember that?

A.    Yes, I do.

Q.    You lied to the FBI, as well, didn't you?

A.    No, I did not.

Q.    You told the FBI you were building refugee camps in Iraq; correct?

126

A.    I said I was in construction.

Q.    You told the FBI you were building refugee camps in Iraq, right?

A.    I thought I said construction.

Q.    Were you building refugee camps in Iraq, sir?

A.    There was talk about doing it, yes.

Q.    Did you build refugee camps in Iraq?

A.    No, I declined the contract.

Q.    In the Fall of 2014 until early 2017, were you building refugee camps in Iraq?

A.    No.

Q.    And you, also, when asked by the FBI if you had shipped any gun parts or tools for guns to Iraq, you said, No, didn't you?

A.    I think I said I sent cleaning kits and some hand tools.

Q.    But you denied shipping gun parts or tools, didn't you?

A.    That is correct.

Q.    So you lied to the FBI, as well?

A.    No, I did not.

Q.    Your need to keep the project secret, is that why you had all your employees sign non-disclosure agreements?

A.    I'm sorry?

Q.    Your need to keep the project secret is why you had all your employees sign non-disclosure agreements; right?

A.    No.

127

Q.    Even Rauno Viltrop, when he's there for two weeks on vacation in 2015, you even had him sign a non-disclosure agreement; correct?

A.    That was a requirement put down by Zarya and Faruk. Everybody had to have a non-disclosure.

Q.    Every tourist who comes to visit his girlfriend in Kurdistan has to have non-disclosure agreement?

A.    I talked to Bayan about that, and if he was going to stay in company-provided housing and ride in company-provided vehicles, yes, he had to sign one.

Q.    You warned your employees about what would happen to them if they violated the non-disclosure agreement, didn't you?

A.    I think there was a financial penalty.

Q.    Financial penalty, is that what you meant when you told Suzy Abayeva that you would destroy her, financially?

A.    Yes, sir.

Q.    You warned your employees what would happen to them if they were not loyal to you, right?

A.    Loyal to the project.

Q.    And loyal to you, sir.

A.    To the project.

Q.    You never told the employees they better be loyal to you?

A.    Not directly to me, just to the project.

Q.    In all of these convoluted ways that you used to get the weapons parts from The United States to Iraq, you did that

128

because you knew it was illegal to get those weapons parts from The United States to Iraq; correct?

A.   I don't understand what you mean by convoluted ways.

Q.   Well, if you thought exporting rifling buttons to Iraq was legal, why not just have Eldorado Tools ship them straight from Connecticut to Kurdistan?

A.   Well, I bought them back in 2013 for a different project.

Q.   How about the ones you ordered in 2015, 2016?

A.   What about them?

Q.   You had them ship those rifling buttons from the company in Connecticut to your parents' address in Stroudsburg. Do you recall that?

A.   Yes, I do.

Q.   Then, you had Kristy, your wife, at the time, take them to The Packaging Place and The Packaging Place sent them to Kurdistan, right?

A.   No.

Q.   You don't agree that's convoluted?

A.   I don't believe that happened. I don't believe that's convoluted.

Q.   If you thought exporting gas rings from The United States to Iraq was legal, you would have had OML Global just ship the gas rings straight from North Carolina to Iraq; right?

A.   No, I would have still done it the same way.

Q.   Done it the same way, smuggling them through Mexico?

A.   I never smuggled anything through Mexico.

Q.   If you thought exporting parts was legal, you wouldn't be sending parts in a suitcase for Heret Enden to pick up at the airport in Tallinn, would you?

A.   Those weren't parts.

Q.   Were they tools?

A.   No. They were Go No Go Gauges.

Q.   Obviously, that's the best way to get Go No Go Gauges from The United States to Kurdistan, right, shipping them in a suitcase to Tallinn?

A.   I don't believe there's any restriction on that.

Q.   And have Heret pick it up?

A.   Can I answer, sir, please?

Q.   The question was whether that's the most direct way to get items from The United States to Kurdistan is to route them through Amsterdam and Tallinn?

A.   No, I would just go through the same exporter.

Q.   Your exporter, he, obviously, thinks, If I'm going to ship something from The United States to Kurdistan, I'll have them routed from Amsterdam to Tallinn?

A.   No.

Q.   In a suitcase?

A.   What you don't understand is, you have import/export companies, and the licenses have to be gained, either, by the person who wants the parts or the person providing parts. So

130

it's not uncommon for someone who want the parts, like, UDMC, when they wanted barrels and trigger parts from me, they applied and received the license, I shipped it to the import/export guy, and then he ships them out under license.

Q.    He ships them to Estonia?

A.    I'm sorry?

Q.    He ships them to Estonia?

A.    We were talking about the Philippines.

Q.    You knew that if the U.S. Government found out that you were buying gun drills, gun-making parts, you would be in trouble, right?

A.    I could be, yes.

Q.    You told Triin that would be evidence of a crime, didn't you?

A.    That's correct.

Q.    You wanted to keep that evidence away from the IRS, didn't you?

A.    I needed to keep that under wraps because, at the time, we weren't really doing anything illegal yet, we were staging, we were building a building. We hadn't taken that step. And there was conversation of making that step illegally, but, again, it never manifested.

Q.    So the reason you told Triin to -- why you weren't going to report everything to the IRS, it was all totally legal, at that point, wasn't it?

131

A.   There was talk of it going the opposite way, but at that time, all we were building was a building.

        MR. JASPERSE: I'm going ask to play what's been marked Government 4.13 from the beginning to 1 minute and 22 seconds.

        (At this time an audio recording was played.)

BY MR. JASPERSE:

Q.   Mr. Roggio, did you have any other source of income in 2015, other than what the Kurds were paying you?

A.   No.

Q.   Any source of income in 2016, other than what the Kurds were paying you?

A.   No.

Q.   It was Kurdish leaders who hired you; correct?

A.   Yes.

Q.   People who are in the Government, the Military, the Security?

A.   Hiring would indicate who paid me, and that would be the Faruk Group. Who was the driving force behind this project were the Government officials, yes.

Q.   The Government was the driving force behind this project?

A.   Yes, sir.

Q.   Lahur Talabani was head of The Intelligence Service there; correct?

A.   Yes, sir.

Q.   Polad Talabani was the head of The Counterterrorism Group;

132

correct?

A.   CTG, yes, sir.

Q.   And they were the ones driving this project, right?

A.   As I believed it, yes.

Q.   It was not Faruk Holdings that was pushing this project, was it?

A.   Well, they were pushing, too.

Q.   They were pushing, too, because a company that provides cell phone and internet service needs to have a weapons factory producing thousand of automatic and semi-automatic rifles and pistols?

A.   Yes, without a doubt. You have Faruk Group, which was a conglomerate, that had aluminum factories, cement factories, they had infrastructure like roads, they owned the Ford dealership. You can't take Faruk as, you know, like, an American corporation, you can't view it through those eyes. There is nothing but Geopolitical connections in this mess.

Q.   You said you were hired just to get things started. Is that what you testified to?

A.   I'm sorry?

Q.   You said you were hired just to get things started over there, right?

A.   Yes.

Q.   But, then, the requirements changed, and, Poor You, they wanted you to, actually, produce some guns, right?

133

A.    I'm sorry, what me?

Q.    Poor you.

A.    Poor me? No, there was no poor me there.

Q.    But they, actually, wanted you to produce some weapons, right?

A.    Eventually, yes.

Q.    That was totally unforeseen, when you got started, right?

A.    What do you mean?

Q.    You were there to just, kind of, like, put the concrete floor down?

A.    No, the requirement, when you're -- to build a weapons plant, we knew the technology transfer in building a weapons plant had -- you had to get certain permissions. So when I laid this out to them, they said, Well, you know, it's going to be about a year or so before we get the permission from Baghdad. And I was ready to go home. They said, Well, is there a way you can start the building, is there a way you can lay out and help us lay out the floor plan, do the electrical, if you could research the machines so we know how much electrical power to put into this plant.

So when we first started, it was never -- the goal was to build a weapons plant, but the initial stage was just to build the building and get everything set, so that once the permissions came through, then, we could just proceed.

Q.    So your testimony is that they were paying you $72,000 a

134

Q. month just to build the building?

A.    Yes.

Q.    They were paying you $864,000 a year just to build the building?

A.    Well, there was more to it than that.

Q.    Could we put up Government Exhibit 26.4, please. So this is what they were paying you nearly a million dollars a year to produce?

A.    Yes.

Q.    You were warned that the machines you were buying from China were not going to be up for the job, weren't you?

A.    By whom?

Q.    You were warned by Marrtin Vilist about that.

A.    No, I don't think he said anything about that.

Q.    You were warned by Siim Saar about that.

A.    No, he never said that they couldn't do the job.

Q.    But you didn't want to buy the high-quality machines from Europe, because you could pocket a lot of money if you bought the cheap machines from China, right?

A.    Actually, that's backwards. 100,000-dollar machine at a cost plus is 20,000 in my pocket. A 500 to 600,000-dollar machine from Germany puts over 100,000 in my pocket. Obviously, I want to spend as much money as possible. The problem is you can't get those machines and you can't get the people trained on them. You can't get these machines because they go through

135

dealerships. There's no dealerships in Iraq. If you're in the middle of nowhere, you can't just go to a Ford factory and buy a car, they send you to a dealership.

They have certain requirements, they say, you know, the machine has to be serviced by us. And quality is -- runs head to head with feasibility and whether the client was willing to pay that. I get six machines, I can cut six and a half inches a minute, and I could get the same machine with the same specifications, the same abilities as another machine that costs 500 that can do 6.8 inches? The client would never allow a 300 percent increase for a 20 percent increase in production.

Q.    The client wanted 3,000 weapons a month, right? That's what the client wanted?

A.    That was a shifting goal, no.

Q.    How many machines a day do you have to make to get to 3,000 weapons a month?

A.    It was never 3,000 a month.

Q.    So you thought it would be better to buy some machines that break after they make one or two guns that day, and that would be the way to fulfill this project, right?

A.    Okay, ask that whole question again.

Q.    You thought it would be better, because you can't get the European machines, that's too complicated, let's buy some cheap machines from China that won't actually work, right?

A.    Well, here's the thing. The horizontal milling machines we

136

bought had the same exact specifications as a Haas or a Seaman's. The Seaman's, for the same exact machine, would cost 20,000 more, the Haas was about 40,000 more, and the funny thing is Seaman's was built by the factory that built the machines, so the same European machines were being manufactured, as a matter of fact, the Haas base and table and gearing was manufactured by the same Chinese company.

You keep saying China as a derogatory, like, they don't know what they're doing. They build jets, they build aircraft carriers, I mean, they build rocket ships, they can go to space as easy as we can.

Q.   So it all worked out, right? I think we're talking about Chinese rocket ships now?

A.   Can I finish? You keep saying China as a derogative, like, cheap Chinese stuff. There's cheap American stuff, there's cheap European stuff. The machines were qualified, they were good, and Siim, who was a good engineer, said these will do the job.

I am not an engineer. I have economic issues, I have client issues, and I have to balance those to the best machine to balance everything. Siim never said the machine can't do the job. He never said that. He liked different machines. And I agreed. I would have loved to have 500-million dollar horizontal milling centers, I would love it, but who is going to run it? Who is going to maintain it? Who is going to fix

them when they break? That was the decision. It wasn't about cheap, you know, getting off on cheap equipment. That was never the goal.

Q.    Are you finished with your answer now?

A.    Yes.

Q.    So you're always right, aren't you?

A.    No, absolutely not.

Q.    Worked out really well getting those machines, didn't it?

A.    At the time, yeah, I thought it did, yes.

Q.    When the Kurds wanted you to, actually, produce some weapons, those machines banged them right out, didn't they?

A.    You can't bang out what you don't have.

Q.    You didn't like being questioned by your employees, did you?

A.    We had meetings in which everyone was allowed to question anything and everything.

Q.    You didn't like being questioned by your employees, did you?

A.    I didn't mind it, if it was intelligent and it was respectful.

Q.    You didn't like being criticized by your employees, did you?

A.    Who does?

Q.    You spent money from the project on expensive vacations in Greece, right?

138

A.    It was my income. Where else was I going to spend it?

Q.    You spent money from the project to repay old debts, didn't you?

A.    Once.

Q.    You spent money from the project to buy things for your ex-wives, didn't you?

A.    Out of my salary, yes.

Q.    You spent money from the project to send money to some of your friends, didn't you?

A.    Out of my salary, yes.

Q.    You were pretty generous spending other people's money, weren't you?

A.    My salary, I am very generous, yes.

Q.    You furnished your penthouse in Sulaymaniyah with the Kurds money, right?

A.    No, that penthouse belonged to Polad Talabani.

Q.    Did it have a sauna, before you moved in?

A.    No, he asked me to get him one.

Q.    You bought a bunch of expensive guns with the money you were getting on this project, right?

A.    Out of my salary, yes.

Q.    How many of those 198 guns came from the money out of your salary?

A.    I don't know.

        MR. JASPERSE: Could we bring up Government Exhibit 6.11,

139

please.

BY MR. JASPERSE:

Q.    Do you remember how many of those guns you bought with the money from your salary that the Kurds were paying you?

A.    Actually, they went on a credit card that didn't get paid -- excuse me -- my mother loaned me the money to pay that balance, one time, on that.

Q.    You used your mother's money to buy these guns?

A.    She loaned it to me, yes, I paid it back.

Q.    You put an addition on your garage in Stroudsburg with the Kurd's money, right?

A.    It wasn't their money.

Q.    Let's look at Government Exhibit 6.4. So whose money was used to put on that addition?

A.    My money.

Q.    Is that the house or the garage, by the way?

A.    That's the garage.

Q.    You had to have a big garage to fit all your fancy cars, right?

A.    What's wrong with that?

Q.    Government Exhibit 6.5. Which car is this?

A.    That was Mercedes GL350, I think.

Q.    How much did that cost?

A.    I traded a car in, so I don't remember the exact price.

Q.    Government Exhibit 6.6. Which car is that?

A.    That was my wife's car, the convertible Mercedes.

Q.    Did you buy it?

A.    Yes, I did.

Q.    How much did you pay for that?

A.    I could remember how much the payments were, I think, but I don't remember how much I paid for it.

Q.    What were the payments?

A.    $798.

Q.    Per month?

A.    Yes, sir.

Q.    What's the total cost of the car?

A.    I don't remember.

Q.    Government 6.7. So the blue car on top, which is that?

A.    A BMW i8.

Q.    How much did you pay for that?

A.    Would you like me to generalize? I don't remember the exact.

Q.    You may give an estimate, yes.

A.    About 150.

Q.    The red car on bottom, which one is that?

A.    That's a McLaren 570.

Q.    How much did you pay for that one?

A.    I don't remember. I remember the payments.

Q.    This morning, you remembered and you said it was more than $300,000. Do you remember that?

141

A.    I think it's a little bit more than 300, but I don't remember the exact price.

Q.    300,000; correct?

A.    It was more than 300.

Q.    It was more than 300,000?

A.    Yes.

Q.    You, also, bought Skidoos with the Kurds money, right?

A.    My money.

Q.    You bought a Kawasaki motorcycle with the Kurds money, right?

A.    You keep saying Kurds money, like, I was borrowing it or I went into their bank account and took it out. You're not accounting -- I received a salary, I received profits. How is it the Kurds money?

Q.    You used money the Kurds had paid you to buy a bunch of Rolex watches; correct?

A.    Yes, I did.

Q.    So your story this morning is that the Kurds abducted Siim without you knowing about it, right?

A.    That is correct.

Q.    So you rushed back from Greece to try to get the situation under control; is that right?

A.    Yes.

Q.    But when your lawyer asked you why the Kurds were upset, all you could come up with was that Siim's mistakes were

142

cumulative. Do you remember saying that?

A.    Yes.

Q.    And you said Siim had embarrassed Lahur and Polad. Do you remember saying that?

A.    Yes.

Q.    But Siim never had any contact with Lahur and Polad, did he?

A.    Did he -- I don't know if he did or not.

Q.    The only time Siim saw Lahur and Polad was when you were meeting with them, right?

A.    When we were meeting with them, yes.

Q.    The meetings, where the Estonians had to memorize and practice a little speech that you had to approve, right?

A.    I don't remember giving them a speech.

Q.    I didn't say you gave them a speech, they had to memorize and practice a speech and have you approve it.

A.    No, they were just supposed to memorize their job responsibilities and know -- so if they were asked, they know exactly what their job responsibilities were.

Q.    Siim didn't mingle with Lahur Talabani, did he?

A.    I don't recall if he did. It was kind of -- it initially started -- most of these meetings start off as a business meeting. You go down, everyone talks. Then, when it's done, it kind of morphs into a party. There's a bar, a pool table, I remember Siim playing pool with Lahur once, I remember Elina

talking to Polad at the bar, there was a lot of co-mingling. Then, we would have dinner, and that, usually, ran late into the night.

Q.   How many meetings like that were there?

A.   I couldn't tell you how many.

Q.   So it must have been at one of those meetings where Siim embarrassed Lahur and Polad?

A.   No, he embarrassed Lahur and Polad because he was invited to a project, and he became, I guess you could say, greedy. It was reported back to Lahur and Polad that he was trying to blackmail the project.

Q.   Who reported that to Lahur and Polad?

A.   What do you mean?

Q.   You just said, It was reported to Lahur and Polad. The question is, who reported that to Lahur and Polad?

A.   Alto.

Q.   How do you know that?

A.   I listened to him talk on the phone, I listened to him telling him. Then, Polad called me back, and then Lahur called me during this time. It wasn't like I was out of communication, they were ringing my phone every five minutes. Then, when it came out that Siim was smoking marijuana, they completely lost their mind.

Q.   Of course. Let's get to the marijuana. But the fact is Lahur and Polad didn't really know who Siim was, did they?

144

A.    They knew who he was, of course, they did.

Q.    And they were very upset about the marijuana, right?

A.    Well, I don't know if it was just salt on a wound, because I think if it was just by itself, it would have been nothing, but there was other things, like, Siim admitted that he sent the message to his girlfriend that he planned on blackmailing us. That got back to them, and they were furious about that.

      Then, he admitted to smoking and selling the weed, actually, it's hashish. Then, one of the Estonians, actually, had some on them, so when they were searched, they came up with this stuff, and all this stuff was cumulative. By itself, I don't think anything would have happened, but it kept on escalating.

Q.    Are you just making stuff up on the fly, right now, or have you been, kind of, coming up with this for the last two weeks?

A.    Really? It's the truth.

Q.    So if Lahur Talabani, the head of The Intelligence Service in Kurdistan and Polad Talabani, the head of The Counterterrorism Group in Kurdistan, were so upset about Siim smoking marijuana once, why wasn't Marrtin taken to the compound and tortured for 39 days?

A.    First of all, his abuse didn't last 39 days, you keep saying that, but it didn't.

Q.    So Siim wanted to be there for 39 days?

145

A.   No, Siim didn't want to be there, I didn't want him there, either.

Q.   So this was all about the marijuana?

A.   You keep making a big thing. Like I said --

Q.   Siim and Triin, who were smoking marijuana --

A.   Can I answer the question?

Q.   If you actually answered the question, instead of offering speeches --

MR. BARTOLAI: Objection, Your Honor. Argumentative.

THE COURT: Stop. You've got to wait until he finishes his question, and you've got to wait until he finishes his answer, otherwise, this is going to get out of control. I'm not going to allow that.

BY MR. JASPERSE:

Q.   The question is, why wasn't Marrtin in trouble for smoking marijuana?

A.   He was, so was Triin -- and Heret was not involved -- and I think Elina was implicated in that, also.

Q.   Was Marrtin held at the compound for 39 days?

A.   No, just for one day.

Q.   He just got tased once, right?

A.   Yes, sir.

Q.   Was Triin held at the compound for 39 days?

A.   It was just that one day.

Q.   Do you recall when the former Iraqi Judge came into this

146

courtroom and testified in this trial?

A.    Yes, I do.

Q.    He testified that drug offenses in Iraq, usually, result in the Defendant getting rehabilitation. Do you recall that?

A.    Yes.

Q.    Even that requires Judicial involvement. Do you recall that?

A.    Yes.

Q.    So when the soldiers were tasing Siim, did you think that was an appropriate punishment for smoking marijuana?

A.    He wasn't there for smoking marijuana, I kept telling you this. There was other things he did. And the people he pissed off, there's no control. I can't control -- you make this out like I controlled -- I walked into a foreign country, seven, eight months later, I'm dictating to foreign troops what to do. There is no way. All I was trying to do was minimize the exposure that he had done. He had stepped into a hornet's nest.

These people are not the kind of people that take being slighted or embarrassed lightly. They have their pride, they have their culture. You can't understand that from here. To us, it sounds like hyperbole, but it's the truth. These people have life-size pictures of themselves in a city, and you're going to embarrass them in that city?

He was stealing sensitive documents, and he threatened to expose the plant. Now, who he was going to expose to, I have no

147

clue, but there was security concerns, and they had all kinds of issues. We are 30 miles away -- less than 30 miles from Iran and we were less than 15 miles away from ISIS. There was a lot of concern. We didn't want to post anything anymore, during that time, that could link us and, actually, invite these people to come in for us. It wasn't as clean cut as you make it sound.

The people that he pissed off, their word is law. There is no law in Kurdistan, other than what the PUK and the people within the PUK say it is. This Judge from Baghdad, who is Arab, who wouldn't even be allowed in Kurdistan, can't tell you what the legal system is. All the judges in Kurdistan are PUK Judges. They swear loyalty to the PUK not to the law. When you take an oath, you swear an oath to the United States, is that correct? They swear an oath to a person. So, yeah, he pissed off all the wrong people.

Q.    Did you think it was appropriate for him to be tased for pissing off the wrong people?

A.    No, I don't think any of that is ever, ever appropriate.

Q.    Did you think it was appropriate for him to be beaten with plastic pipes because he pissed off the wrong people?

A.    I don't think any of that kind of behavior is appropriate.

Q.    When you were in the room interrogating him, you weren't asking him questions about using marijuana, were you?

A.    I didn't care about that.

Q.    So that's a, No?

A.    That's a, No, sir.

Q.    And the commanders weren't asking him questions about marijuana, were they?

A.    I believe they did, and he answered them. I don't recall the specifics. It was a very hectic moment.

Q.    And the soldiers, they weren't asking him questions, at all, were they?

A.    Some of them were, yes.

Q.    But what you were asking him about was blackmail, right?

A.    And why he did this, yes.

Q.    Copying papers, right?

A.    Not so much copying papers, I was questioning him, like, What were you thinking? You know, who were you going to blackmail? Why were you going to blackmail anybody?

Q.    When you didn't like the answers, that's when you told the soldiers to beat him?

A.    No.

Q.    And tase him?

A.    No.

Q.    Suffocate him with a plastic bag?

A.    No.

Q.    You were asking him questions about what was in his diary, weren't you?

A.    Yes, there was some concerns with what he had written in

149

his diary.

Q.    You were screaming at him about having betrayed you, right?

A.    No.

Q.    You were yelling at him about loyalty, weren't you?

A.    No.

Q.    When you brought in the other Estonians, you weren't asking them about marijuana, were you?

A.    Yes, I was.

Q.    You were asking them if they were in partnership with Siim, right?

A.    No. The Kurds wanted to know where they bought the marijuana from, and it turned out to be a hair dresser in The Grand Millenium Hotel.

Q.    You were asking Marrtin if he had, also, copied documents, weren't you?

A.    I don't recall asking him that.

Q.    You were asking Triin if she was in on this with Siim?

A.    Yes, I did.

Q.    When you talked to Triin later about this, you said, Siim went for the finances, right?

A.    That's what it appeared, yes.

Q.    You said you were worried enough about that --

A.    What?

Q.    You were worried enough about that, enough to beat him,

150

enough to torture him. Right?

A.    Yes.

Q.    You're the one who told the Kurds to pick Siim up, aren't you?

A.    No, I called Lahur, I told him I had a problem. He bounced me to Polad, Polad said, What's the problem? I explained it to him, and he said, I'll take care of this.

Q.    You were there searching Siim's apartment, weren't you?

A.    I don't recall that. I'm sure I might have, but I don't recall the exact time and if I did. I don't recall that.

Q.    You found the hard drive, right?

A.    No, I did not.

Q.    Somebody found the hard drive and gave it to you?

A.    I believe it was Heret that found it or, maybe, Elina. I don't recall who.

Q.    Somebody found the diary and gave that to you?

A.    No, they never gave it to me, they just read excerpts from it. I said I didn't want anything personal, just anything related to the project.

Q.    You wanted to respect Siim's privacy, right?

A.    No, not particularly, I just didn't have the time to mull through personal problems when we had a major problem going on.

Q.    You said the reason Siim got abducted and detained and tortured was because you, you thought he was trying to blackmail you?

151

A.    No, that thought came later.

MR. JASPERSE: I'd like to play Government Exhibit 4.13 from 1:24 to 2:13, please.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.    The compound where Siim was held was a CTG compound, right?

A.    I would comfortably say, yes, it was.

Q.    CTG soldiers were on that base, right?

A.    There were some, yes.

Q.    Hundreds of them?

A.    I never saw hundreds.

Q.    Wearing uniforms, right?

A.    Not all the time, no.

Q.    Were some of the people on the base soldiers, wearing uniforms?

A.    Yes, of course.

Q.    Did those uniforms have CTG patches on them?

A.    I never saw the CTG patch.

Q.    The base had the Kurdish flag flying overhead?

A.    I never saw a flag, but I only came at night, so I wouldn't know.

Q.    You were only at the compound once?

A.    No, I said I only came at night.

Q.    So you never saw the CTG flag flying overhead, either?

152

A.    It was never illuminated, so, no, I didn't see it.

Q.    But you're comfortable describing this as a CTG compound? That's what you just said.

A.    Yes, sir.

Q.    It wasn't the Faruk goon compound, was it?

A.    See, the Faruks had private security. Over there, prestige is measured by how many security guards you have.

MR. JASPERSE: Your Honor, I would ask the Court to direct the witness to answer the question.

THE COURT: You have a tendency to editorialize.

THE WITNESS: I'm sorry.

THE COURT: Just answer his question.

THE WITNESS: The question, again, please.

BY MR. JASPERSE:

Q.    This was a CTG compound not an Faruk goon compound, right?

A.    Like, Faruk goon, what do you mean by that?

Q.    When your lawyer got in front of this jury the first time, he said it wasn't Kurdish officials who did this to Siim, it was Faruk goons.

A.    Yes; they're one in the same.

Q.    I see. So is Faruk goons who were going out on these night missions against ISIS?

A.    It's like saying the U.S. Army is going to war. Does every unit go to war? There is a lot of members of the CTG, and they did rotations doing security for Faruk.

Q.    So when your lawyer, in his opening statement to this jury, was trying to separate Faruk goons from the official Kurdish soldiers, you're saying that's not right, like, they were all one in the same?

A.    Well, it's like a police officer who gets off duty and works at the bar for pay, you know, 30 dollars an hour, and he provides security. That's the same situation. They would go to Faruk, and they liked that assignment, because they get paid extra money, they didn't get their salaries regularly.

So most aptly, in the United States, it's like a State Trooper or police officer working a fair, you know, on his off time.

Q.    They were on their off time, when they were on the base?

A.    I wouldn't know.

Q.    Well, are you saying they're moonlighting when they're being goons for Faruk or moonlighting when they're going off on missions for ISIS?

A.    They're definitely moonlighting, when they're doing security for Faruk.

Q.    They were CTG soldiers, right?

A.    Yes.

Q.    Paid by the Kurdish Government, right?

A.    I'm sorry?

Q.    Their salaries were paid by the Kurdish Government, right?

A.    And by Faruk.

Q.    You tortured Siim to shut him up, didn't you?

A.    I never tortured Siim.

Q.    You, also, tortured Siim because you kind of enjoyed it, didn't you?

A.    Enjoyed it? No.

Q.    Until this time, you've been, kind of, a failure in life, right?

A.    I wouldn't classify myself that.

Q.    You were kicked out of the Army after less than two years?

A.    That was 30 years ago.

Q.    Business you started had failed, right?

A.    Businesses start and fail all the time.

Q.    You owed people money, right?

A.    Who? I don't remember owing people money.

Q.    You said, earlier today, that you paid back old debts with the money?

A.    I always paid my debts.

Q.    But you had debts, right?

A.    Not many.

Q.    People wouldn't do business with you, once they had done business with you before, right?

A.    Some. Some don't. I have people I've done business with quite extensively.

Q.    People who had done business with you thought you were greasy, right?

A.    How would I know that?

MR. BARTOLAI: Objection; argumentative.

THE COURT: Greasy?

MR. JASPERSE: Mr. Mathes testified to that.

THE COURT: Overruled.

BY MR. JASPERSE:

Q.    Did you hear Mr. Mathes say that?

A.    Yes.

Q.    But, then, against all odds, somehow, you get this power in Kurdistan, right?

A.    What do you mean, against all odds?

Q.    Somehow, the Kurds are paying you millions of dollars, right?

A.    Yes.

Q.    And if you told the Kurds you needed something, they gave it to you, right?

A.    No, not all the time.

Q.    They wanted the weapons project to succeed, didn't they?

A.    Everybody did.

Q.    What do you mean by everybody? Everybody in the entire world?

A.    Well, no, when I was there, in the initial part, we were talking about this, I had originally told the Kurds, no. They set up a meeting, and a middle-aged lady came and introduced herself, she introduced herself that she was the Station Chief

156

of the CIA, and that they were -- would like to see this project continue. I didn't know this lady, I can't identify her. I said, This is kind of weird.

So, then, there was another meeting the next day, and Lahur was there, Bafel and Qubad were there, and they dialed a number, and when it answered, it said, United States Consulate Erbil. Lahur said, Hey, this is Lahur, I need to speak to Ken Gross.

MR. JASPERSE: Your Honor, this is not responsive to the question as to whether the Kurds wanted this project to succeed.

THE WITNESS: You asked me who was everybody?

THE COURT: The question was, "What do you mean by everybody? Everybody in the entire world?"

THE WITNESS: So we had -- so on this phone call --

THE COURT: Is it everybody in the entire world? The question was, "What do you mean by everybody? Everybody in the entire world?" Answer that question.

THE WITNESS: In the entire world, no, I don't know.

THE COURT: Move on.

BY MR. JASPERSE:

Q.   You thought Siim had betrayed you, correct?

A.   No. And still, to this day, I don't think he has betrayed me.

Q.   Nobody touched Siim at the compound until you got there,

right?

A.    How would I know that?

Q.    But when you got there, the violence began, right?

A.    It was a little while after I was there, yes.

Q.    You told the soldiers to hit him, right?

A.    No.

Q.    And when he fell down, you told the soldiers to stomp on his chest, right?

A.    Absolutely not.

Q.    Then, you told the soldiers to stand him back up and hit him again, right?

A.    No.

Q.    Later on, you told the soldiers to start hitting him with a plastic pipe, right?

A.    No.

Q.    You told the soldiers to tase Siim, right?

A.    No.

Q.    When Siim screamed, you told him to stop, because only girls scream, right?

A.    He was being a little melodramatic.

Q.    You told the soldiers to put a plastic bag over his head?

A.    No.

Q.    He couldn't be melodramatic, then, because he lost consciousness, right?

A.    I never saw him lose consciousness.

158

Q.    You had the soldiers make him run barefoot on the sharp gravel, right?

A.    No. I made him run on the gravel.

Q.    You made them squeeze his finger in a pliers?

A.    I'm sorry?

Q.    You had Goran put a pliers to his finger and start squeezing?

A.    No.

Q.    When Siim asked for a cup of tea to soothe his sore throat after all the beatings, you didn't give him a cup of tea, did you?

A.    No.

Q.    Instead, you took off your belt, wrapped it around his neck and suffocated him, again, right?

A.    I don't recall that. All I remember is pushing him off his chair.

Q.    What you did to him was brutal crushing, wasn't it?

A.    That was a reference to what I did -- the emotionality I hit him with later. Specifically, what that was referring to was, I think, he had been on the compound for about a week, now, or, maybe, two weeks, and I went to him and told him that we tried to talk to his mother and his girlfriend, and they just didn't want to talk to him anymore, they were tired of his screw-ups and getting himself in trouble. So that's when he broke down and started crying, and, you know, it was not

159

pleasant to watch.

Q.   That was the brutal crushing?

A.   Yes, sir.

Q.   Siim experienced the overwhelming ability of yours to crush somebody, didn't he?

A.   That's what I was referring to is the emotional part of that.

Q.   So when you were referring to brutal crushing and the overwhelming ability of yours to crush somebody, you were referring to Siim crying?

A.   He was doing more than crying. I mean, if you're being detained, and this kind of abuse is occurring, hearing that the only connection you have to the world doesn't want to talk to you anymore, that's more than just crying.

Q.   Who was telling him that?

A.   I did.

Q.   You were telling him that to help him, right, because you were there to help him?

A.   Because if he didn't tell us all the information and he didn't start behaving the way they wanted him to, they were never going to let him get off there. He was an arrogant, cocky guy, you know, you have these soldiers around him, and he's cussing at them.

     Part of me was just, like, mortified that, What are you doing? I just didn't understand what he was doing. All he had

160

to do was become compliant, answer the questions they asked him, tell them the information and stop resisting, and then everything would have been fine. And when he started doing that, that's when everything went fine. If he did nothing wrong, he had nothing to hide. That's all we were asking him. That's all I wanted to ask him.

Q.    If he wasn't compliant, then, he's got it coming to him when he's suffocated with a plastic bag and tased and beaten, right?

A.    I think I already said I don't condone that, in any fashion, but longer incarcerations and held longer, yes. He was given three meals a day, allowed to sleep. Any interrogation section had to be separated by 24 hours. He was given food, water, a place to sleep, yeah, he could have stayed there a lot longer, if he kept resisting.

Q.    He was just being melodramatic, right?

A.    No, when somebody raises their hands to you and you jump off a chair and try to crawl under the table, yeah -- and start crying -- yeah, that's a little melodramatic. He hadn't even been hit yet.

Q.    A couple times when you were away, while Siim was in the compound, you sent Elina there instead, right?

A.    Somebody -- the order was that somebody was supposed to go see him every single day to make sure he was fed, and if he had any communications to go out, they were supposed to facilitate

161

the communications going out, and making sure he has clean clothes, toothbrush, etc.

Q.    When Elina was there during the interrogation and she was texting with somebody, she was texting with you, wasn't she?

A.    I don't think so, no.

Q.    You told Elina -- strike that. The letters that Siim wrote, he didn't write those, voluntarily, did he?

A.    I had told Elina to get him access or to write letters, he could write whatever he wanted. I did tell them that, Let's keep it to he's being held on a marijuana charge instead of creating a bigger furl. Any outside influence could have just tipped everything over.

Q.    So you instructed Elina what to have Siim write?

A.    No, just that he's being detained on a marijuana charge.

Q.    You told Elina to deliver these letters, in person, to Siim's mother back in Estonia, right?

A.    No, I did not. She was going back to Estonia for her own reasons, and she said she would take them with her.

Q.    You told Elina to tell his mother not to tell anybody about it, right?

A.    Absolutely not. I said not to cause an alarm, this is why we were having the letters. If the Estonian Government got involved or even the American Government, the first person they're going to call is Polad or Lahur. And that would have just created a bigger furl, it would have caused a bigger mess

162

for Siim. I was trying to minimize the damage he was in and trying to minimize the trouble he was in.

Q.   Right, from the moment you show up and the violence begins, you're trying to help him, right?

A.   When I was on the phone call, before I got there, I had to go --

Q.   Please answer the question.

A.   I'm trying to. I had a meeting, where they wanted him dead. I'm not talking this is hyperbole, these are real men who can really carry it out. They wanted him dead. I tried to talk them into a different way. They just wanted the information. There was all kinds of -- during that conversation, there was all kinds of nasty and bone-chilling decisions what they were going to do to this guy.

You know, I'm not the nicest guy in the world, but I didn't want anything to happen to him.

Q.   What we have for that is your word?

A.   No, you have him alive and walking. He has two children now.

Q.   What we have for Polad and Lahur saying they wanted him dead is your word?

A.   I can't bring Foreign Nationals here, you could have, and they would have said that.

Q.   In April 2016, were you physical with Elina the night before she left?

A.    Yes, I was.

Q.    How were you physical with her?

A.    We were getting into an argument, and she had slapped me, so I kind of grabbed her head and pushed her on to the couch really hard.

Q.    That was it?

A.    Well, there was a little swatting going on. I'm not trying to minimize this, by any imagination.

Q.    Do you remember hitting her in the head with a cable cord?

A.    No, I never did that.

Q.    Do you remember beating her throughout the night?

A.    I never did that.

Q.    Do you remember pointing a gun at Rauno Viltrop?

A.    Yes, I did.

Q.    Do you remember pointing a gun at Marrtin Vilist?

A.    Never did that.

Q.    Siim wasn't the only employee who was taken to the CTG compound, was he?

A.    No.

Q.    Later, in 2016, there was a Greek employee who was giving you a hard time, right?

A.    I didn't even know him.

Q.    So you had Goran take him away, too?

A.    No, Elina had called me, she said that she had called Polad about a guy -- I don't know if his name was George or

164

Yanos(phonetic), I can't remember, and that he had been taken away.

Q.    You didn't know anything about it beforehand?

A.    No.

Q.    So you weren't there when Goran came to the factory and put a bag over this man's head and took him off in a car?

A.    No, I was out of the country, I believe.

Q.    Out of the country again. In fact, after Siim was let out of the compound, you continued to threaten to put him back in the compound, didn't you?

A.    He had to understand the seriousness of his situation, yes.

Q.    You told Triin that you broke Siim, right?

A.    Emotionally, yes, without a doubt.

MR. JASPERSE: Your Honor, I'd like to play Government 4.13 at 4:29 to 4:44.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.    You said you got to build what you broke, not Goran, right?

A.    I was referring to him, emotionally, yes.

Q.    You said you got to rebuild what you broke, not Faruk, right?

A.    I'm sorry? When I am referring to as breaking him, it wasn't physically, it was emotionally.

165

Q.   And you're referring to you breaking him, not Goran breaking him?

A.   What I'm referring to breaking was the emotional thing I did to him, by telling him his mother -- yes, that's what I did.

Q.   Not Faruk?

A.   Not Faruk, no.

Q.   Not Polad Talabani?

A.   No, they just would have killed him.

Q.   It was you who broke Siim?

A.   Better broken than dead.

Q.   In fact, you said the Kurds were learning from you, right?

A.   It was a little -- yeah, Goran said that. He never saw someone talk someone into tears.

MR. JASPERSE: Your Honor, can we play Government 4.13 at 4:29 to 4:58.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.   You also told Triin that she should have learned from Siim that you would get into people's heads faster than anyone, didn't you?

A.   I'm sorry?

Q.   You told Triin she should have learned from Siim that you could get into people's heads faster than anyone, right?

A.   That was my belief, at the time, yes.

166

Q.   So in addition to helping Siim Saar out of the compound, were you helping Marrtin Vilist, when you had the soldiers tase him?

A.   Was I helping him? I didn't tell them to tase him.

Q.   Were you helping Triin Kiviking and Heret Enden by making them watch what you were doing to Siim?

A.   I was helping Siim that way. We needed as many eyeballs on him and witnesses to what was happening.

Q.   Were you helping Triin and Heret by terrorizing them so badly they couldn't sleep afterward?

A.   Everybody was terrorized. Nobody could sleep.

Q.   Were you helping Triin and Heret by traumatizing them so much that, eight years later, they still can't talk about what they saw without crying?

A.   I don't think anyone could talk about it without getting emotional.

Q.   I want to make sure I understand your story about your departure from Iraq. So your supposed abduction, that was in December 2016?

A.   Yes.

Q.   That's more than one year after Siim was detained at the compound?

A.   That is correct.

Q.   And that's a number of months after you exported from the United States the weapons parts and the tools?

167

A.    I never exported the tools or the weapons parts, that was sent to an American company, an import/export company run by Hewa Ismail.

Q.    At some point, you testified that, during this time period, from December 2016 to February 2017, you were held at a compound. Do you remember saying the word, compound?

A.    It was Zarya Faruk's house, it's his compound.

Q.    Big mansion, right?

A.    There was one mansion, and there was a guard house. That's where I was kept.

Q.    It wasn't like the compound where Siim was held?

A.    No.

Q.    During this time, you were able to talk to your girlfriend?

A.    No.

Q.    You were able to make calls to your ex-wife?

A.    No.

Q.    During the time from December 2016 to February 2017, you were not able to talk to your girlfriend?

A.    I was, eventually, yes.

Q.    You were able to talk to your ex-wife?

A.    Eventually, yes.

Q.    You placed calls to the Consulate, you said, this morning?

A.    Yes.

Q.    So you had a phone, right?

168

A.    Eventually, yes.

Q.    Ear buds?

A.    Eventually, yes.

Q.    Xbox?

A.    That was in the apartment, yes.

Q.    You were going to work?

A.    They were forcing me to go to work.

Q.    Got through the check points to get to work?

A.    Yes.

Q.    But, somehow, even though, there were four guards on you, you crawled through a window, jumped out of a window, there just happened to be construction next door, there just happened to be a driver out there waiting for you?

A.    It was planned.

Q.    You said Kadir, PKK guy?

A.    Kadir Halal.

Q.    He sent you a text around this time saying, "The path you take, you'll end up in prison for a very long time." Do you remember that?

A.    Yes, sir. He worked, actually, for Faruk Group.

Q.    He, also, sent you a text around this time that said, "You think you are smarter than everyone else, but you are not."

A.    That is correct.

Q.    So when you were in Kurdistan, you needed your employees to fear you, right?

169

A.    Absolutely not.

Q.    Otherwise, your secret project might get out, right?

A.    This was a Governmental secret project. Everybody from the highest levels were insisting upon secrecy. You keep mistaking secrecy with illegal. It was supposed to be secret. Secret because of the regional politics, the politics between Baghdad and Kurdistan, the Kurds were a depressed people who were trying to do something for themselves. It was always secret, never -- it was just secret.

Q.    Did you want U.S. Law Enforcement to find out about what you were doing there?

A.    Not initially, no.

Q.    You were pretty upset when the FBI came to your house, right?

A.    I was upset, because Polad had told me that Hewa was shipping the things out, and when I found out -- I called Hewa, he said, Don't worry about it, I shipped them out. I was, like, How? He wouldn't answer me.

Q.    You told your employees how tight you were with the Kurdish military, right?

A.    No, I never told them that.

Q.    You told the Estonians how tightly you were connected with the Kurdish authorities, right?

A.    I said we were working for them.

Q.    You told them they could not fly out of Sulaymaniyah

170

without your permission, right?

A.    I think the best way to understand that is, I was, kind of, like, a babysitter. The kids had to tell me what to do and I had to call up and get permission. But in the beginning, everyone could leave at any time they wanted to, it was after the Siim incident that things got out of hand.

Q.    Didn't you tell Triin Kiviking that she belonged to you?

A.    I don't think --

MR. BARTOLAI: Objection; irrelevant.

THE COURT: Overruled.

THE WITNESS: I don't remember saying that.

BY MR. JASPERSE:

Q.    Do you remember saying that you owned her?

A.    That I do remember saying, yes.

MR. BARTOLAI: Objection.

MR. JASPERSE: I would ask that Excerpt G be played.

MR. BARTOLAI: I object, Your Honor. May we approach?

THE COURT: What is Excerpt G?

MR. JASPERSE: It has not been admitted into evidence. It's an inconsistent statement.

THE COURT: Enough. Approach.

(At this time a discussion was held on the record at sidebar.)

MR. BARTOLAI: So I've just been handed this. I've had this recording for quite some time, and I've listened to it,

171

obviously, it's lengthy, six hours long. And we filed Motions in Limine relative to it, Your Honor.

During this recording, Mr. Roggio is, somewhat, sexually harassing Triin Kiviking, and, you know, the words are -- she's crying and he's saying these things, I own you. It has already come out that he said that. We submit, anything further, especially, things that are on this recording relative to this are irrelevant. They're irrelevant and they're prejudicial.

THE COURT: Right now, I'm hearing you tell me that you want to use G?

MR. JASPERSE: Yes.

THE COURT: Is that it?

MR. JASPERSE: Yes.

THE COURT: I don't see any problem with that. It's already been addressed. You can confirm, to the extent you think he hasn't been fully revealing of what he said, you can use it for that purpose. But this is G, I'm not passing on anything else.

MR. JASPERSE: Understood. There may be more but --

THE COURT: One at a time.

(At this time the discussion at sidebar was concluded.)

BY MR. JASPERSE:

Q.   We will play Excerpt G, and the question to you, Mr. Roggio, will be as to whether you ever told Triin that she belonged to you.

MR. BARTOLAI: Your Honor, I object. If I may, I think he

172

has indicated -- he has answered that question. His recollection was accurate. He's answered the question. I don't believe it needs to be refreshed. But that's our objection.

MR. JASPERSE: There are two questions, belonged and owned. He admitted that he said he owned her, he did not recall whether he said he told her that she belonged to him.

MR. BARTOLAI: Your Honor, I think it's a distinction without a difference. It's cumulative.

THE COURT: Mr. Jasperse's statement is in accordance with the transcript, which I'm reading as I speak, so overruled. He did only indicate saying -- remembered saying that he owned her. Go ahead.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.    In fact, you told Triin Kiviking that she belonged to you, right?

A.    Yes.

Q.    You, also, told Triin that she was your property, correct?

A.    Not in that context.

MR. JASPERSE: Your Honor, I'm going to ask to play Exhibit H.

MR. BARTOLAI: Objection, Your Honor. Same.

THE COURT: I'm assuming this is an attempt to impeach a prior inconsistent statement?

MR. JASPERSE: This is an attempt to impeach with a prior

173

inconsistent statement.

THE COURT: Proceed.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.   You heard Martiin and Heret and Siim all say they were afraid you could do harm to them, even in Estonia, right?

A.   I heard them say that, yes.

Q.   You told Triin that you would come after her in Estonia, if she betrayed you, right?

A.   I would come get her, yes.

Q.   What did you mean when you said you would come and get her?

A.   Bring her back.

Q.   Back to Kurdistan?

A.   Yes.

Q.   Against her will?

A.   No, I wouldn't say against her will.

Q.   So when you said you were going to come and get her in Estonia and bring her back, what did you mean?

A.   That I would come get her and bring her back.

Q.   What if she didn't want to go?

A.   Then, she would have stayed. The whole conversation here was -- you're taking it all out of context.

MR. JASPERSE: Your Honor, I would ask permission to play what's already been admitted into evidence Government Exhibit

174

4.16 from 1:42 until the end.

(At this time an audio recording was played.)

BY MR. JASPERSE:

Q.    In early December 2015, after Siim got out of the compound, you told Triin that Siim should be afraid of you, didn't you?

A.    Yes.

Q.    And you knew that Triin was terrified of you, didn't you?

A.    Yes.

Q.    And you threatened to take Triin to the compound, too, didn't you?

A.    Yes, I did.

Q.    You threatened to call Goran and strap Triin naked to a table, didn't you?

A.    I believe that was part of the conversation, yes.

Q.    You said, quote, How about I call Goran, those guys, and just strap you naked to that table?

A.    This whole conversation, you're just picking it and taking it out of context. Triin had done a number of things and said a number of things she shouldn't have done. She turned the paperwork over to Siim, she put the hard drives, she downloaded all the information for Siim, she was the one who was caught with possession of the hashish, it wasn't marijuana, it was hashish, and I covered for her.

Now, when I covered for her, I told her, you know, Don't

let anyone know I'm covering for you. That's what I meant by betraying me. And, yeah, I was an absolute ass about this. This was just around the time of the compound, I was scared, there was so much pressure being put on me, I'm getting yelled at by every government official I can think of, threatening me, so, yeah, I was very abrasive.

And there's no excuse for it, I'm not trying to -- I think, Triin suffered tremendously by what I said and did, and if I can do it all over again, of course, I wouldn't do it. I never intended for her to become my property and I own her. What I wanted her to do was just to maintain what she said she was going to do. And that's -- you know, like, on the audio tape, she's talking about, she's like the worst person in Kurdistan, because of all these things she did. It was all minor, but it became cumulative.

And I am so sorry that this happened, and I can't excuse my behavior. You can go up there and play all the tapes, and, yeah, it's going to make me look bad, because I was bad, at that time. And I'm sorry for it.

Q.    But she had it coming, because she was doing those things, right?

A.    No, nobody had this coming. All these bad things that were occurring, you know, I was just the middle bump. If she had been locked up in a Kurdish jail, yeah, terrible things would have happened to her. But that does not -- and I will admit --

176

that does not excuse the things I said to her, and, to be honest, the cruelty I showed her.

Q.   Cruelty that you showed her, right?

A.   Yes, sir.

Q.   Not Goran?

A.   Not Goran.

Q.   Not Polad Talabani?

A.   We're not talking about the sessions with Siim, I'm talking about that conversation still.

Q.   And it was you who was threatening to call Goran and strap her naked to a table, right?

A.   I already answered that, yes. And I'm sorry for that.

MR. JASPERSE: Nothing further, Your Honor.

THE COURT: Redirect?

MR. BARTOLAI: I do, Judge. Your Honor, there's a technical issue I want to square away with my computer. May we take a break?

THE COURT: Yes, let's take 15 minutes.

(At this time a recess was taken.)

THE COURT: Redirect.

MR. BARTOLAI: Thank you.

REDIRECT EXAMINATION

BY MR. BARTOLAI:

Q.   Okay, Mr. Roggio, I have a few questions. Directing your attention to the time when Government counsel questioned you

177

about your record, your military record.

A.    Correct.

Q.    Do you recall him asking you questions about whether or not you had ever been deployed to The Middle East?

A.    That is correct.

Q.    Your answer was, Yes, that you were deployed?

A.    I was, yes.

Q.    And Government counsel brought you your military records and placed them in front of you; correct?

A.    That is correct.

Q.    And asked you to show him where or read something that you hadn't been?

A.    Right. Over --

Q.    Just answer yes or no.

A.    Yes.

Q.    Do you have the records in front of you today still?

A.    No, I don't.

Q.    You don't have them anymore. Can you open the binder to the military records, they would be at Government's Exhibit 20.16.

A.    I see 20.16.

Q.    Turn to Page 61 of that exhibit. Are you on that page?

A.    Yes.

Q.    Do you see a document signed by Ross Brogan?

A.    Yes.

178

Q.    Who is Ross Brogan?

A.    I am.

Q.    The name -- when did the name change?

A.    When I got married to my second wife, she was pregnant with my first child, and I wanted to have the same name as my step dad.

Q.    Your step dad was?

A.    John Roggio.

Q.    That was a name change that you went through?

A.    Yes.

Q.    All right. So Page 61. This is a report, correct, signed by you --

A.    Correct.

Q.    -- indicating that the month of August 1990 had been dedicated to Operation Desert Shield; correct?

A.    Correct.

Q.    And that you were deployed there; is that right?

A.    Yeah, we were deployed on the 13th of August, arrived in country on 15th of August.

Q.    In country. Where is that?

A.    Saudi Arabia.

Q.    Read that, please.

A.    "Since arriving in country, his attitude has been acceptable and his performance has been above average in his duty position as Loader of A1-2. His SPT score of above 90

179

demonstrated his knowledge of his MOS and his desire to stand above his peers."

Q.    All right, so is this -- did you have enough time, when the Government attorney dropped your Army records in front of you, to find the document that would indicate that you were, in fact, in The Middle East?

A.    No.

Q.    Have you found that document? Would you say that that document reflects your time in The Middle East?

MR. HINKLEY: Your Honor, one of the jurors seems to be signaling.

JUROR: Your Honor, could we have him pull the microphone over, the mic is off to the side. Having trouble hearing.

THE WITNESS: Is that better?

JUROR: Yes.

THE COURT: Are you better now? Can you all hear?

THE JURY: Yes, sir.

THE COURT: Thank you.

BY MR. BARTOLAI:

Q.    Does that document reflect your service in The Middle East?

A.    Yes.

Q.    Okay, thank you. Let's talk about the cover story. I know, at some point in time, the Government wanted to question you about a cover story, and you admitted that there was a cover

180

story?

A.    Yes.

Q.    Why the cover story?

A.    I'm trying to make it as short as I can. The cover story was because, number one, where our location was. There is a lot of tension in that area, obviously, but there is, also, tension from American involvement to Iran, we had ISIS being involved in that area, heavily.

I think the month I arrived, the Kurds had lost, maybe, 600 people to it. They had just taken Mosul, in which they displaced hundreds of thousands of people. ISIS was very mobile, because they got all their vehicles from the Iraqis that abandoned them. So there was a lot of concerns with that.

There was concerns within the PUK, they wanted to keep it quiet from certain members of the PUK, and they wanted to keep it from the KDP, which was Barzanis, and KRG. Everything was supposed to be in compartments so that nobody can really know everything.

Q.    Was the cover story to create a deception as to the firearms plant?

A.    No, I mean, everybody knew what we were doing, everybody who came knew what we were doing, we just wanted to keep the casual -- I think, the biggest thing we didn't want was for something about weapons to be put on social media and the Iranians who vacation in Suly or the ISIS see it. Then, that

181

could have caused us problems.

Q.    This is why there was a cover story?

A.    Yes.

Q.    Was it to protect -- was it to hide the illegality of this operation?

A.    No, I never believed we were operating illegally.

Q.    While I'm here, all the money that you deposited in these -- all the money that was caused to be deposited in your bank accounts at PNC Bank and Wells Fargo, they came from Erbil, Iraq; correct?

A.    No. In the first part, when we were doing the construction, Zarya Construction paid us. When we were ordering the stuff for the building, Zarya Construction, it was in 2016 that we started getting paid from Turkey.

Q.    So they came -- was any attempt ever made by you to conceal the proceeds of this, of your -- the money coming in?

A.    No. Every wire that came in, every wire that went out was documented. I know, when they were testifying about the bank accounts, the cash, but that he was never cash, it was documented in a cashier's check, so everything -- there was no deception, there was no attempt to hide money.

Q.    Was there any attempt to break up the amounts of these deposits into smaller amounts, so as to avoid detection ?

A.    I think, almost all the deposits were over -- most of them were in the hundred thousands.

Q.    Did you take any action to hide the money coming into your accounts?

A.    No.

Q.    Now, we're talking about that you're paid a lot of money?

A.    Yes.

Q.    And they've shown you a photo of a plant, 26.4, I'm not asking that it be called up, but you recall being shown a photo of the plant being asked, They paid you for this?

A.    Yes.

Q.    What were they paying you for?

A.    What they were paying me for is not just building the building, How are you going to lay the building out? You had to think, in advance, of machinery and anticipate electrical loads, how you're going to route the electrical loads.

        The funny thing about -- they didn't even know how to put concrete down. So what they would do is they would pour concrete and then wait until it dried and drill holes in it, put little pieces of rebar and then put self-leveling concrete, because they didn't even know how to level concrete.

        And when you're going to do a machine, it doesn't matter if it's a gun factory or any type of machine, you have to have a very level, solid base, and you can't do it that way.

Q.    So they were paying you for your expertise?

A.    Yes. But expertise, at that region, was more valuable than anywhere else, because you're taking the risks.

Q.   They're paying you as a project manager to complete a project?

A.   That is correct.

Q.   What is this project?

A.   A weapons plant.

Q.   Not just, merely, a factory; correct?

A.   No, not just merely a factory, no.

Q.   And you were questioned about paying -- you know, these vehicles we saw, you were paying for?

A.   Yes.

Q.   You paid for those, right?

A.   Yes.

Q.   You didn't steal them?

A.   No.

Q.   And you paid your employees, as well?

A.   Yes.

Q.   In fact, you paid them more than they were making in their home countries; correct?

A.   Well, when I started the company, I told Zarya, Faruk and the Talabanis that I would be paying American wages. So all our wages were based on what we would earn in America, times three. And it didn't matter to me if you were a Filipino worker, if you were an Estonian worker, a Greek worker, you should be paid, you know -- they were willing to pay the money, then, the workers should be reimbursed for taking the risks.

184

Q.   Were they all paid?

A.   Yes.

Q.   Were they all paid well?

A.   Yes.

Q.   Did you send them on vacations?

A.   Certain people -- everybody that came in the company, doesn't matter if it was a janitor or a machine operator or an engineer, they all got 30 days paid vacation, plus, we paid the airline. Now, airline tickets, if it was over four hours -- no, six hours, if the flight was more than six hours, they got business class tickets, and we paid any luggage fees or things like that.

Q.   Okay. So you paid for their travel, as well?

A.   Yes.

Q.   Now, I want to talk about some of the questions that the Government counsel had regarding Mr. Siim, right?

A.   Okay.

Q.   And he had gone through, repeatedly, about questioning you regarding whether Siim was held there because of -- because he was found smoking marijuana. Do you recall that?

A.   I do.

Q.   Was he held -- did this happen to Siim, because he got found smoking marijuana?

A.   No.

Q.   Why did it happen? What was the real reason?

A.    The real reason was he was stealing paperwork he wasn't entitled to, and, then, when they started to investigate this, he admitted, through both his diary and his online messaging, that he was planning on blackmailing.

Now, the Kurds just wanted to know who were you blackmailing and to whom. This was an internal security issue for them, I believe.

Q.    Did they question him about that?

A.    They did, and he started offering information, and that's when they got very, very angry at him.

Q.    Did he offer them information about Triin helping out?

A.    Yes.

MR. JASPERSE: Objection; hearsay.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Did he offer information about other people helping?

A.    Yes. When the Kurds were questioning him, he admitted that Triin --

MR. JASPERSE: Objection; hearsay.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    My question is, Did he offer information that other people had helped him obtain this information?

A.    Yes.

Q.    I want to talk to you about some of the people that were

present in this CTG compound.

A.    Okay.

Q.    And I want to ask you about whether the Government had asked you if they were CTG soldiers. And my question is, Were they CTG personnel that were involved in abusing Siim?

A.    I would say, yes.

Q.    Were they people that worked for the Faruks?

A.    Also, yes.

Q.    Were they there in their capacity as investigating a terrorism act or were they there in their capacity as people for Faruk?

A.    I would believe they were there for Faruk.

        MR. JASPERSE: Objection. Lack of foundation. Speculation.

        THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Were you privy or part of listening to the conversation -- the questions that they were asking?

A.    Yes.

Q.    Were they asking questions regarding ISIS?

        MR. JASPERSE: Objection; leading.

        THE COURT: Overruled.

BY MR. BARTOLAI:

Q.    Were they asking questions relating to ISIS?

A.    Yes.

Q.    Were they asking questions relating to terrorism?

A.    Yes.

Q.    Were they asking questions relating to the Faruk project?

A.    Not so much, no.

Q.    Were they asking questions relating to the items that he had taken from the project?

A.    Yes.

Q.    Did they have authority to, physically, abuse and question Siim because of their association with the CTG or because of their association with Faruk?

MR. JASPERSE: Objection; lack of foundation.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Do you know what authority they had, when they were there questioning Siim?

A.    I don't know of any authority.

Q.    The Government counsel had questioned you and asked if you were a failure. Do you recall that?

A.    Yes.

Q.    He had indicated that you failed in various businesses, right?

A.    A couple, yes.

Q.    How about, were the Kurds just paying you millions of dollars to go over there and fail?

A.    No.

Q.    Were the Kurds -- did you just get lucky to get this

project?

A.    No, and I think the project indicates that. I mean, if you look at the feasibility report, we were supposed to hit a prototype for, I think, a year, and we did that in less than six months.

Q.    Did you work hard to obtain this project?

A.    Yes.

Q.    Did you intend to work hard?

A.    Always.

Q.    And to produce what they needed, what they contracted you for?

A.    Yes.

Q.    Were you lucky in getting the project?

A.    No.

Q.    Ultimately, were you able to succeed with the project?

A.    No. Like I said before, once I found that the PKK was involved, there was no way I was going to let this go forward.

Q.    Why did the project fail?

A.    Because I shut it down.

Q.    Were there any other reasons why the project failed?

A.    We didn't have enough time.

Q.    Did you have enough personnel?

A.    Not enough personnel, either, yeah.

Q.    When the Estonians left, did that set the project back?

A.    No.

189

Q.   It didn't, okay. Was anyone else available or ready to take over their positions?

A.   Yes, there was plenty of people that would take these positions.

Q.   Were you under pressure to complete the project?

      MR. JASPERSE: Objection; leading.

      THE COURT: Overruled.

BY MR. BARTOLAI:

Q.   You can answer that question.

A.   The pressure came in the form of threats, and, you know, they micro-managed you, and you couldn't move, you couldn't leave the country. Everything you did was under a microscope. And, you know, if you don't hit this -- if you don't get to this stage, by this time, you know, they just made it absolutely clear that if we didn't -- if I didn't get this thing pushing forward and I didn't get it done that I would probably never get out of there alive.

Q.   What you had witnessed with Siim, did that have an effect on your mind, regarding this?

A.   Yes.

Q.   What effect?

A.   Who do you run to? I mean, who can you tell? If they can do that to whoever they want, who am I? I'm just another Siim.

Q.   So we heard about a Greek employee.

A.   Yes.

190

Q.   Tell us about it.

A.   As far as I remember, I cannot remember if his name was George or Yanos, but I believe I was -- I think, I was out of the country, but I'm not 100 percent sure, but I remember going the next day, hearing about this, and I was extremely pissed off, and I was not going to let this shit happen again.

Q.   Is this an instance where Goran came and took someone away?

A.   Yeah, Elina had called them, for whatever reason, and I didn't even want to hear the reason. I went and got George and brought him back to the plant.

Q.   How long was he gone?

A.   Not even a day -- or a day, a day.

Q.   Did anything happen to him similar to Siim?

A.   I don't remember. I don't think so, because I think I would have remembered if something happened to him.

Q.   Were you afraid of being taken away?

A.   Every day.

Q.   Were you afraid of your workers being taken away?

A.   Yeah, I started firing people who I had gotten to know and who were important to me, trying to get them out of the country, because I was concerned that they would use people closest to me.

Q.   Ultimately, you've testified that you were detained; is that right?

191

A.    Yes.

Q.    While you were detained, there was a video that you made, regarding your detention --

A.    Yes.

Q.    -- in an attempt to be released?

A.    I was trying to get The State Department --

MR. JASPERSE: Objection; non-responsive.

THE COURT: Sustained.

BY MR. BARTOLAI:

Q.    Why did you make the video?

A.    I needed to get what happened to me out.

MR. BARTOLAI: Your Honor, I have marked two exhibits, Defendant's Exhibit 11 and Defendant's Exhibit No. 12. I would like to be able to show them to Mr. Roggio, without the jury seeing them.

THE COURT: Without the jury seeing?

MR. BARTOLAI: Right, because I want to have him authenticate them.

THE COURT: Mr. Jasperse, any objection to that?

MR. JASPERSE: May I just have one moment, Your Honor?

THE COURT: Sure.

MR. BARTOLAI: Your Honor, after having discussed this with Government counsel, we would move for admission of Defendant's Exhibits 11 and 12.

MR. JASPERSE: No objection.

192

THE COURT: Defendant's 11 and 12 are admitted.

(At this time Defendant's Exhibit Nos. 11&12 were admitted into evidence.)

MR. BARTOLAI: At this time, Your Honor, I'd like to publish them or play them for the jury.

THE COURT: You may.

(At this time a video was played for the jury.)

BY MR. BARTOLAI:

Q.   Did you make that video?

A.   Yes.

Q.   Where did you make that from?

A.   I was in Sulaymaniyah.

MR. BARTOLAI: I'm going to play Defendant's Exhibit No. 12.

(At this time a video was played.)

BY MR. BARTOLAI:

Q.   You made that video, as well?

A.   Yes.

Q.   What was the purpose? What did you do with them, let's say that?

A.   I remember, in the end, it got to my ex-wife Amanda. I don't remember if I sent it through my girlfriend, first, or through -- or directly to Amanda. I was trying -- Amanda was trying -- she kept calling the Consulate and, basically, everybody was just turning a deaf ear. And I was just hoping

193

that what happened to me got out, so that if I ended up dead or missing, they would know.

MR. BARTOLAI: Okay, thank you. Nothing further.

THE COURT: Recross?

MR. JASPERSE: Yes, Your Honor.

RECROSS EXAMINATION

BY MR. JASPERSE:

Q.   So the videos you just saw, you made those February 15, 2017; is that right?

A.   I think so, yes.

Q.   And you said, when you were trying to get out, that was a few days before Christmas 2016; is that right?

A.   Yes.

Q.   So that's 15 or 16 months after Siim was held at the compound, right?

A.   Yes.

Q.   And it's about a year after you placed the order for the rifling buttons from Eldorado Tool in Connecticut?

A.   I'm willing to bet, yes. I don't know the exact dates.

Q.   It's more than half a year after the spread sheet Rauno Viltrop testified about that had the firing pin retainers and gas rings on it?

A.   I would believe so, yes.

Q.   And this pressure you've talked about, when did that begin?

194

A.    Right after the Siim incident.

Q.    Right after the Siim incident in 2015?

A.    Correct.

Q.    But you were able to travel back and forth to The United States multiple times in 2016, weren't you?

A.    Yes, I was.

Q.    And you were able to travel to Greece, right?

A.    Yes.

Q.    To Estonia, right?

A.    Yes.

Q.    At the time that Siim Saar was taken to the CTG compound, you and Elina demanded passwords to his email and phone and social media; is that right?

A.    I don't recall, but I know we got them.

Q.    You demanded the passwords to the phone and social media for Triin, right?

A.    Once Siim implicated her, yes.

Q.    You demanded the passwords for the phone and social media for Marrtin?

A.    Yes.

Q.    And for Heret?

A.    I don't remember Heret, but it would seem that, probably, yes.

Q.    You said, just now, that in February 2017, 15 months after Siim was at the compound, you said, quote, I'm just another

Siim. Do you remember saying that, just now?

A.    Um-hum.

Q.    But when Siim was at the compound, you weren't tased, were you?

A.    Not at that time, no.

Q.    And you didn't have a plastic bag put over your head multiple times, did you?

A.    Not at that time.

Q.    You weren't beaten with fists, were you?

A.    I was, yes.

Q.    You were beaten with fists when Siim was at the compound?

A.    Not at that time, no.

Q.    And at the time that Siim was in the compound, were you beaten with a plastic pipe?

A.    Not at that time.

Q.    And at the time that Siim was in the compound, did anybody threaten to cut off your finger?

A.    No.

Q.    At the time that Siim was in the compound, did anybody take off their belt and lift you off the ground so that you lost consciousness?

A.    No.

Q.    And you testified, just now, that the reason for the cover story was this was a tense area in Kurdistan, right?

A.    One of the reasons, yes.

196

Q.   And Iran is nearby, right?

A.   That is correct.

Q.   ISIS is active, at that time, right?

A.   Extensively, yes.

Q.   And you didn't want anything posted on social media, right?

A.   No, I didn't say that.

Q.   So when you came back into The United States in February 2017 and you told Customs and Border Protection that what you were doing in Iraq was residential construction, that wasn't because you were worried about ISIS at JFK Airport in New York, was it?

A.   No.

Q.   And you weren't worried that the CBP officer was going to post your answers on social media, were you?

A.   No.

     MR. JASPERSE: Nothing further.

     THE COURT: Anything further?

     MR. BARTOLAI: Nothing further, Judge.

     THE COURT: Thank you, sir. You can step down. Does the Defense have any other witnesses?

     MR. BARTOLAI: No, we do not, Your Honor.

     THE COURT: Does the Government have rebuttal evidence?

     MR. BARTOLAI: Your Honor, if I may, and I think I need to do this, and I can do it summarily. We renew our motions, Your

197

Honor.

THE COURT: I understand. You can do it now or you can do it later, but at the moment, if you want me to rule, the motion is denied.

MR. BARTOLAI: I would rest then.

THE COURT: Do you have rebuttal evidence?

MR. HINKLEY: No rebuttal, Your Honor.

THE COURT: Members of the jury, this now concludes the phase of this trial where you hear the testimony of both sides in this case. The next step in this process for you will be for you to hear closing arguments from the lawyers and then to hear my instructions, which I will give you, as I told you at the outset, I will give you both orally, I will read them to you, but you will, also, have copies so you can follow along, because they're rather lengthy.

Now, before I proceed with what will happen next, there's something called a charge conference that I have to hold with the lawyers, at which time, I provide them with my proposed instructions to allow them to raise any objections they may have. And that takes some time. Once that's done, then, you'll hear closing arguments, then, I'll instruct you on the law, and then you'll begin your deliberations.

Now, it's, by my watch, it's about 4:06, the charge conference will take some time, and I don't wish to hold you here, because you'll be here far past 5:00 if I were to do

that. So, instead, I will excuse you for the day and ask you to report as you normally do at 9:30 tomorrow morning. And at that time, I will expect that the parties will be prepared to present their closing arguments to you.

With that, thank you, and, again, I remind you of my instructions from the past several days. Thank you very much.

(At this time the jury was excused for the evening.)

THE COURT: Counsel, let's discuss how we use this time. I'm pretty confident I can get a proposed charge to you within the hour. That would be 5:00. I'd like to -- if this is possible and you're agreeable -- I'd like to hold the charge conference this evening, tonight, so that when this jury comes in tomorrow morning at 9:30 a.m., they will hear closing arguments from you, as soon as they get here. Is that a problem for counsel?

MR. HINKLEY: No, Your Honor.

MR. BARTOLAI: No, Judge.

THE COURT: All right, why don't you let me, then, put that together for your review, I just ask for your patience, I'll get it to you as soon as I can, but it won't be more than an hour, for sure.

MR. HINKLEY: Thank you, Your Honor.

(At this time a recess was taken.)

THE COURT: All right, counsel, have you had a chance to review the instructions?

199

MR. HINKLEY: We have, Your Honor.

MR. BARTOLAI: Yes.

THE COURT: Let me start with the Government. Is there anything that you wish to object to or to request a change to?

MR. CLAFFEE: Yes, Your Honor, there's two things I wanted to raise. The first is on Page 11, with respect to Instruction No. 9.

As Your Honor will recall, prior to trial, the Government voluntarily dismissed several counts from the superseding indictment and filed a redacted copy. We don't recall whether Your Honor intends to send the superseding indictment back, but if you do, we would request some form of instruction along the lines that the jury is not to draw any inferences from the fact that there are counts missing or there's gaps in the numbering, with respect to the counts that are missing.

THE COURT: Has the indictment been placed of record, formally, as an exhibit?

MR. CLAFFEE: No.

THE COURT: Unless you request it, I didn't plan on doing that.

MR. BARTOLAI: No, we don't want the jury to have the indictment, Your Honor.

THE COURT: To the extent that the jury should ask for it, I would certainly give that instruction.

MR. CLAFFEE: Thank you, Your Honor.

200

MR. BARTOLAI: Just for clarification, there's nothing on Page 11 that I can see that references dismissed counts, is there? Scott, do you mean the separate consideration, that No. 9 paragraph?

MR. HINKLEY: Only if we send the superseding indictment back.

MR. CLAFFEE: That instruction just caused us to remember the issue, with respect to that.

MR. BARTOLAI: I see what you're talking about.

THE COURT: Anything else?

MR. CLAFFEE: The second issue is with respect to instruction -- well, in any event, it's Pages 30 and 31, which is with respect to the conspiracy, Instruction 20. On Page 30, at the bottom, with respect to Count 4, the first element that the Government must prove says that Mr. Roggio exported the item from The United States to Iraq.

To conform with the first full paragraph on Page 31, which says, The first element the Government must prove is that Mr. Roggio exported, attempted to export, conspired to export, retransferred, furnished or caused to be exported the product at issue to Iraq. The Government would ask that on Page 30, under, First, it would include those additional verbs.

So it would read that;

Mr. Roggio exported, attempted to export, conspired to export, retransferred, furnished or caused to be exported the

201

item from The United States to Iraq.

THE COURT: Is it not sufficient that that language is second in that -- the second element that I list on Page 30?

MR. CLAFFEE: I think, the Government's position would be that, just for consistency sake, every element lists all of those verbs, so the jury might be confused by the fact that the first element doesn't include those additional verbs.

MR. BARTOLAI: Your Honor, I have an issue with respect to this particular -- this charge that we're talking about. The same pages -- should I bring it up now or wait?

THE COURT: Maybe, we should wait, because this might get confusing. You'll have an opportunity, I promise you. That would make the first and second elements redundant, would it not?

MR. CLAFFEE: No.

THE COURT: Why not?

MR. CLAFFEE: The first element is the conduct, the second element is the fact that it was controlled, the item was controlled. The various verbs, exported, attempted to export, conspired to export, retransferred, furnished or caused to be exported was a defense article controlled or export -- I'm not following what your concern is.

MR. CLAFFEE: So, Your Honor, we believe that, on Page 31, that's a correct statement of the law, with respect to what the Government must prove, and we just ask that, on Page 30, it

202

just conforms to the longer explanation. We don't have to prove that he actually exported the item in the first element, on Page 30, we could prove that he violated the law by attempting or conspiring or retransferring or furnishing or causing the export.

THE COURT: So if I'm understanding you correctly, on Page 31, the paragraph that says, The first element the Government must prove is that Mr. Roggio exported, attempted to export, conspired to export, refranchised, furnished or caused to be exported the product at issue to Iraq, this is what you would like to see on Page 30 in the first?

MR. CLAFFEE: Correct, Your Honor.

THE COURT: All right. I don't think it changes anything, but if it gives you the sense that something that was missing, which should be there, gives you that sense, I'll correct it and I'll add that language.

Anything else before we go to Gino?

MR. HINKLEY: Yes, Your Honor. We note that the jury instructions include a duress instruction, and our view of the evidence is that there was not sufficient evidence, in regards to the torture and conspiracy to torture for duress. It seems to us that, if there was evidence of duress, it was duress that occurred after those crimes with the testimony that, as well as the videos that were presented to the jury, and that would potentially be duress, I guess, for some other purpose, but I

don't believe for the purpose of the torture which occurred, I think, like, a year prior to that.

THE COURT: Well, I don't think Mr. Roggio's videotapes that were played present anyone who views or listens to it with his circumstance, at the time that he made those, which was February 15th of 2017. They make no mention whatsoever of anything, it seems to me, that has to do with the torture of Siim Saar or anything related to that particular incident.

On the other hand, my recollection of Mr. Roggio's testimony is that when it came to the question of what could be done in that circumstance that he felt he had no choice but to do what he did, and that he was under duress to do so, because he felt that harm would be inflicted on him, as well, or others, if he didn't.

Now, by saying that, you know, there's, obviously, some serious issues the jury will have to decide under these elements. Certainly -- in fact, each one of those elements is one that is heavy with the need for careful factual analysis all the way to No. 4, whether Mr. Roggio had placed himself recklessly in a situation where he would be forced to engage in criminal conduct, I don't know why this would even be in the instruction but for the issue of the torture and his explanation of how he handled it.

Obviously, all of that is for the jury to decide what to believe or not to believe. I don't think I can keep a duress

204

charge out of the instructions, even though, obviously, reasonable minds can differ as to whether, in fact, these elements have been met.

MR. HINKLEY: Very good. Thank you, Your Honor.

THE COURT: Anything else?

MR. HINKLEY: I believe that's it.

THE COURT: Okay. Gino?

MR. BARTOLAI: Well, Your Honor, I'll start with Page 30, 31, that's where the Government's second point was. So, Your Honor, what I have is, my concern is with respect to some of that verbiage that the Government is asking for, as well as what's included in the count.

I have Count 4 of the superseding indictment with me, and I'd note that it says, Did willfully export and attempt to export from The United States these gas rings and firing pin retainers.

So I think what's happening is. You know, that's what the indictment says, and it certainly is enlarged by the words in the charge. Especially, the conspiracy. I don't want to -- I wouldn't want to cause confusion, with respect to the conspiracy, being that there is a separate conspiracy charged.

You know, there's a special -- there is a conspiracy charged in the indictment, as well as a charge to the jury on that point. So this is the concern, Your Honor. We would want to tailor it as closely as possible to the words in the

205

indictment in Count 4.

THE COURT: Just so I'm clear, what would you like tailored as closely as possible to the words in Count 4? You're on Page 31?

MR. BARTOLAI: Well, yes -- well, as Scott had said just a few moments ago, so the indictment says, exported and did willfully export and attempt to export. So we would say that the act, on the first element, where it says -- and this is Page 31 -- the first element the Government must prove is that Mr. Roggio, we would argue, exported or attempted to export -- and then from conspiracy to export, retransferred, furnished or caused to be exported, that would be, we would submit, you know, unnecessary. And we would ask that, you know, that that be taken out, that it be tailored to, did willfully export and attempt to export.

THE COURT: So the operative words you're concerned about is the need to have, did willfully export and attempt to export?

MR. BARTOLAI: Yes.

THE COURT: And, right now, it simply says, exported, attempted to export, conspired to export. I'm on the first element on Page 31. Are you with me?

MR. BARTOLAI: I am, yes.

THE COURT: It begins with Mr. Roggio acted willfully. So what, precisely, would you like me to change here?

206

MR. BARTOLAI: For instance, right underneath, fourth, Mr. Roggio acted willfully. The first element the Government must prove is that Mr. Roggio exported or attempted to export, and then from that point, Your Honor, to, the product, so we would ask the Court to omit, conspire to export, retransferred, furnished or caused to be exported.

So for the first element, as well as in the second element on Page 31, as well as on Page 30, where it mentions, second, you know, it's just that it's that conspired --

THE COURT: Conspired to export?

MR. BARTOLAI: Retransferred, furnished or caused to be exported --

THE COURT: Well, caused to be exported would simply seem to be subsumed within the idea that he exported.

MR. BARTOLAI: Right, it's just the conspiracy to export, really, that was causing me the most concern.

THE COURT: What do you say about that, gentlemen?

MR. CLAFFEE: So, Your Honor, the superseding indictment references violation of the ITAR Section 127.1, so the additional verbs in this element just track the language of 127.1, Paragraph 4, which lays out the other violations with respect to an export.

We think that the evidence would allow a jury to conclude that Mr. Roggio violated the ITAR via these other methods, in addition to just a stand-alone export.

207

I understand Mr. Bartolai's point, with respect to confusion between the conspiracy count and the language, conspired to export. I'd be willing to concede that we take out, conspired to export, but I do believe that retransferred, furnished or caused to be exported are important alternate ways that Count 4 could be violated, and it tracks the language of the ITAR.

THE COURT: That seems reasonable to me. Do you accept that?

MR. BARTOLAI: I do. My first concern was the conspiracy. So that's acceptable.

THE COURT: Conspiracy to export would be omitted. Anything else?

MR. BARTOLAI: Yes, Your Honor. Our principal objection, Your Honor, has to do with the torture charge, and what I would note -- I don't recall the specific page. I notice that the torture charge that the Court is giving --

MR. HINKLEY: 22?

MR. BARTOLAI: 22, thank you -- that the Court's charge that the Court is giving, with respect to the charge on torture, it's relative to The United States -- I'm on Page 25 -- when it states, outside The United States, meaning outside of a state in The United States, The District of Columbia and the Commonwealth's territories and possessions of The United States, that is what the Statute reads. The problem that we

208

have is a U.S. military base located overseas is not a territory or possession of The United States.

Now, Judge, when the Court took its break, I was given these revised things, jury instructions that the Government filed relative to this matter, and I'd note it's document 312, it's authority, and it cites this case.

United States Pettaway v. Miami Air and Frederick v. Frederick. One is a District Court case and the other is a Sixth Circuit case. So I've looked at these cases, and I'd attempt to distinguish them, Your Honor.

The Statute is clear. The Statute itself mentions territories and it mentions states and it mentions possessions. When we look at this -- the Frederick v. Frederick case, we're talking about this is a case that involved the Convention of Civil Aspects of International Child Abduction. The issue there was habitual residence. That was an element of what would constitute a wrongful removal of, apparently, a child. There was a base in that particular case, so that was the specific issue.

And, Your Honor, I'd note that the ultimate finding there was -- the question was the law of the state in which the child was, habitually, a resident before removal. So the language in that Statute, in this international law in this Hague Convention case, had to do with the interpretation of the word, state. And it was based upon that interpretation that they held

that a base in Germany was not a military base. And I believe that they -- the concept was sovereignty, and that was, I would submit, the issue.

When we're speaking International Law and matters of The Hague Convention, the use of the word, state, connotes a sovereignty. We're talking about the states of the world. So we would submit that that has to do more with International Law definition -- I apologize, Your Honor, I had to do this on my phone.

THE COURT: That's fine.

MR. BARTOLAI: I say here -- the case cites, as a threshold matter, a United States military base is not sovereign territory of the United States. The military base in Bad Aibling is on land which belongs to Germany in which The United States Army Service occupied only at the pleasure of the German Government.

So we submit that the operative question there, Your Honor, was, state. It says, and I quote, again, under this Frederick case;

"Under the Convention, the removal of a child from one country to another is wrongful when", and it says, "it is in breach of rights of custody attributed to a person, an institution or any other body, either jointly or alone, under the law or the state in which the child was habitually a resident."

210

So, Your Honor, the interpretation there is state not possession. And this case, there's, also, another case cited, I believe, that was the Sixth Circuit case, and there's a District Court case that the Government cites, and I believe it is United States v. Pettaway, and this has to do with an airline accident involving the interpretation of choice of what law would apply, involves a Warsaw Convention and Hague Protocol.

And, again, this is, somewhat, of an international case, Your Honor, it involves this Guantanamo Bay, and in this case, the words were -- the operative words for this treaty was, a territory. So I submit, under this case, they're looking at -- they're interpreting territories. Both civil cases, Your Honor, not criminal cases, and certainly not involving this torture, which, as we all know, is the second case that we have had.

We know that Belfast, Belfast has been instructional, the Belfast decision. The Court in that case instructed, as per the statute, The United States, I believe, the possession of The United States. I have a section here, you know, this is old, this is just the standard form, United States v. -- Title 18 U.S.C. Section 5, United States defined, the term United States, as used in this title, is in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of The United States, except the canal

211

zone.

So I don't think the issue has fully been decided, certainly, hasn't been decided by The Supreme Court, as we know, or The Third Circuit Court of Appeals. Surely, I mean, this is relative case law to the issue, no doubt. I was trying to find research on a matter, and a lot of it has to do with tort claims and other different acts. From what I saw, I wasn't able to find anything on point, and it seems to me that these involve treaties where the specific operative jurisdictional elements are state and territory, we submit, Your Honor, they're not really applicable. It would be safer to just charge as the Court -- as is set forth in the Statute. That's our point there, Your Honor. Should I move on?

THE COURT: Well, let's stay with this one. Do you have a response to that?

MR. JASPERSE: Yes, Your Honor. So Mr. Bartolai is correct, there's obviously not any case law on this, because this case is the second torture case to ever go to trial, and the first one, the events took place in Liberia and there wasn't this issue about a military base being involved.

Given that -- and Mr. Bartolai is right, there's no law in The Third Circuit on this, either. It seems to me, though, that the Court needs to guide the jury. I don't think that -- this is not a factual question, I don't think this is appropriate for the jury to be interpreting what the Statute means by

212

Commonwealth territories and possessions.

So because there's not any case law, specifically, on point, the only cases are going to be, you know, in somewhat other contexts, where they are relying on a treaty or a compact between The United States and Puerto Rico, for example, but there's simply no case law to suggest that a U.S. military base is a territory or possession of The United States.

THE COURT: Well, let me get more -- I'm sorry, finish your thought, excuse me.

MR. JASPERSE: That's fine, Your Honor.

THE COURT: Let me get more basic here. I do not recollect, to borrow a phrase from summary judgment, I don't recollect even a scintilla of evidence that the base at Sulaymaniyah was a United States military base.

MR. JASPERSE: We would agree, but it seemed like they were trying to make the point with Sergeant McBride that there were -- this used to be a State Department facility, and there was still old --

THE COURT: We all understand there was an Iraq War, we all understand the country was invaded, we all understand that there were numerous military installations in Iraq, throughout the entire provinces of Iraq, from that area to Fallujah to Baghdad itself.

But, in 2005, with the new Iraqi Constitution and thereafter, the American troops were long gone, as I understand

213

it, from this area, when the operative events took place. I don't know what we're arguing about here, I really don't.

Was there a single testimony there was a United States soldier involved in this? That an American flag was flying anywhere? Beyond the fact that there was some Canadian troops and, perhaps, an American compound in the perimeter of this particular area that the Google map showed, there was nothing to suggest this was not under the control of some arm of the Peshmerga, either, the CTG or the Peshmerga itself.

Look, I want to resolve this issue if I can, but I'm not sure I understand what you guys are arguing about.

MR. JASPERSE: Your Honor, we're certainly prepared to argue the facts on this, and the Court is correct, that there's zero evidence that this was a U.S. military base. I believe, in the Rule 29 motion, Mr. Bartolai argued that the Government didn't provide a certificate, that this was no longer State Department property, that there were old serial numbers on the shipping containers, and the motivation to add this to the instructions was that, if he's going to argue that at closing, that the jury, then, becomes confused about what the definition is.

Obviously, we don't want to create any sort of record -- issue down the road, and we're certainly prepared to argue that there was, factually, if he raises that argument, that, factually, there's nothing to this, but that's the reason

214

it has been raised.

THE COURT: Mr. Bartolai is not prevented from arguing, even with this particular sentence in the instructions, he's not prevented, at all, from arguing that this was, in fact, a U.S. military base. He can argue whatever he wants, and if he can marshal the evidence to support that, more power to him, I'm simply telling you that I don't think that there is, really, a Statutory issue here but rather a factual issue, as to what this place was and whether it was, in fact, a United States military base or not.

The jury will, ultimately, decide that. I mean, you're not asking me to rule, as a matter of law, that it's one or the other, are you?

MR. BARTOLAI: That seems what it is, Your Honor, it seems to me that with this charge, a U.S. military base located overseas is not a territory or possession of The United States. It seems that that's exactly what the Government is requesting there. I mean -- I'd like, now, to address their arguments, Your Honor, and the Court's concern, as well.

When we talk about the torture in 1823.40, it says -- the offense is defined, Whoever outside The United States commits or attempts to commit torture. So it's in the definition of the offense, and it certainly is defined under The Torture Act, that would be 2340 at 3, you know, United States -- and I've given you -- the Court is aware of that particular definition.

215

And it mentions this possession.

So the point and the argument, Your Honor, is, is this base a possession of The United States in the meaning of possessions, like, as if someone had a tenancy there as a landlord or possessor. The point is, Your Honor, I think it's coming from the evidence is, at one point in time, this, indeed, was a U.S. base.

THE COURT: That may very well be. I don't dispute that.

MR. BARTOLAI: So you're aware of the argument I can make, I understand. So you know the issue, then, Your Honor.

THE COURT: I do. And, again, what is it that either or both of you are asking me to do here? Because my inclination is to leave it alone. What do you want me to do? You're free to argue anything you want to argue. This is not a ruling, as a matter of law.

MR. JASPERSE: We propose this additional paragraph today, and if the Court is inclined to keep it in, we're good with that.

THE COURT: Mr. Bartolai?

MR. BARTOLAI: We would ask that the Court take it out. I think it's just a sentence, not a paragraph, it's a U.S. military base located overseas is not a territory or possession of The United States -- we would ask the Court to take that out, that would be our objection, Your Honor.

THE COURT: And put nothing in its place?

216

MR. BARTOLAI: Just charge it as per the Statute, United States means the several states of The United States, District of Columbia and Commonwealth's territories and possessions of The United States.

THE COURT: I don't have a problem doing that, if that's going to solve the issue, I don't have a problem doing it, largely, because, candidly, I think it takes the bat out of your hand in making any argument on the issue.

MR. BARTOLAI: If it stays the way it is now?

THE COURT: No, if I take that out. There's nothing to argue.

MR. BARTOLAI: I could only argue it's a possession of The United States.

MR. HINKLEY: That's, I think, the point is, he's going to argue that this was a base and, therefore, part of The United States, and, therefore, this Defendant could not be guilty. That's the whole point of having it in.

THE COURT: If that's the case, then, you're going to have to argue the facts on that, I'm leaving the sentence in. What else have you got?

MR. JASPERSE: Your Honor, if I might -- sorry to belabor this. But the proposed addition was the entire paragraph, so if we're going to take out the second sentence to clarify this, then, the Government requests --

THE COURT: Where? Are you on the same paragraph?

217

MR. JASPERSE: Same paragraph. Now, it sounds like we're taking out the second sentence. We would ask the entire paragraph to be removed, because it was the entire paragraph that was additional. There's no need to draw attention -- there's no need to repeat --

THE COURT: Well, the Statute does talk about the torture having to take place outside The United States, does it not?

MR. JASPERSE: Absolutely. And that's the final element -- the fourth element on Page 23 is that the act of torture occurred outside The United States.

THE COURT: I think the prudent course here is to leave the paragraph as it is, with the understanding that, to the extent either side wishes to argue that the facts show that this was or was not a U.S. military base, that you may do so. I'm not precluding anyone -- I would not sustain an objection during oral closings that this issue is foreclosed, it's not.

You can argue the facts, as you see fit, but I don't see any reason to take the sentence out, for that matter, the entire paragraph.

Here's further expression of difficulty I'm having. No one, I think, here, is arguing that, in fact, a U.S. military base overseas is not a territory or possession of The United States. I don't think either side is saying that's not true, you're just simply arguing over the application of that to the facts that have been adduced at trial. You're free to do that.

218

You're free to do that.

MR. BARTOLAI: And we are, in fact -- our interpretation, Your Honor, so we're clear, I don't want to mislead -- if this were on a U.S. military base, if torture occurred on a U.S. military base located overseas, that it would not be torture -- it would not be -- outside The United States.

THE COURT: That's your argument, I get it.

MR. BARTOLAI: Very good. Thank you.

THE COURT: Anything else?

MR. BARTOLAI: Yes. So I have, also, Judge -- there's a charge, false exculpatory statement. It's No. 16. Early on, it's numbered as No. 16.

MR. HINKLEY: What page?

THE COURT: No. 16?  I've got it.

MR. BARTOLAI: It's Page 15, yes. So we would object to that. There is a Third Circuit -- there is -- this is The Third Circuit pattern jury instruction on that issue. So if the Court is inclined to give that charge, it is, as stated, we ask that it be given, as stated, but we would object to it because we would submit that it's not appropriate.

There's no -- I don't know that there was a false exculpatory statement by Mr. Roggio. I don't know -- it seems that it suggests -- this type of charge seems to suggest that if a person, you know --

THE COURT: Well, Mr. Roggio testified, I believe, on cross

examination, when he arrived at JFK, when questioned about what he was doing in Iraq, he indicated that he was there on a construction project, a housing construction project. That's, obviously, a false statement, based on his own testimony that he was there for a weapons factory.

I'm remembering this, but I took careful notes, and I know that's what was said. Do you have any comment on that?

MR. HINKLEY: We believe the Court is correct.

MR. BARTOLAI: All I could say is to note our objection on that, Your Honor.

THE COURT: Will do.

MR. BARTOLAI: Very good. Last thing, Your Honor, Page 29, and this involves, I believe, the conspiracy.

Count 3 of the superseding indictment charges Ross Roggio with conspiracy to commit offenses against The United States. And that's on Page 27. Then, when we look at Page 29, the very top in that first paragraph, it says, in considering Count 3, the focus is conspiracy to illegally export defense services, defense articles, and, then, we have here and/or other objects.

And then --

THE COURT: I'm sorry, I'm not locating you.

MR. BARTOLAI: Page 29, very top, Your Honor.

THE COURT: Roggio's mental state?

MR. BARTOLAI: Right, conspiracy and acts.

THE COURT: Go ahead.

220

MR. BARTOLAI: Next sentence, In considering Count 3, the focus is conspiracy to illegally export defense services, defense articles and/or other objects.

And the question we have is he's not -- I don't know what the other objects are. The defense services and the defense articles are those things, they are the rifle combo buttons, firing pin retainers and the gas rings, as well as his, you know, services. But and/or other objects, such as, I don't know what they are, and they're certainly not charged in the indictment.

Are they -- mugs, coffee mugs or Zippo liters? I mean, I don't know if and/or other objects --

THE COURT: Government response?

MR. CLAFFEE: So the conspiracy, as laid out in the superseding indictment, includes both violations of AECA, the ITAR, as well as the Smuggling Statute, so it's included in the conspiracy, exporting merchandise, articles and objects contrary to law. So that's the, other objects, in this instruction, it just refers to anything that was not on the USML and as a defense article.

So that would cover the rifling combo buttons or anything else that was unlawfully smuggled outside the country.

THE COURT: But we don't have evidence as to that, do we? We have things that are clearly defense articles and we have actions that were clearly defense services, but other objects

221

is a bit vague.

MR. CLAFFEE: So if Your Honor is so inclined, would you be willing to replace, other objects, with, other controlled items, to, at least, cover the combo buttons that are not technically defense articles?

THE COURT: Would you accept that, Mr. Bartolai?

MR. BARTOLAI: Yes.

THE COURT: Other controlled items?

MR. CLAFFEE: Controlled items.

THE COURT: All right, I'll make that change.

MR. BARTOLAI: That's all I have, Your Honor.

THE COURT: Thank you very much. Anything else from the Government?

MR. JASPERSE: No, Your Honor.

THE COURT: I take it that the special verdict questions are okay? They're pretty straightforward inasmuch as every question is independent of the other, so there's not a lot of need for the instructions to the jury to complete the form.

MR. HINKLEY: Your Honor, the only comment I would make, in regards to that particular document, is that on Count 10, the language is on the charge of wire fraud related to the order of rifling buttons and paying for them with a credit card, the jury unanimously finds the Defendant Ross Roggio -- and it does mirror, somewhat, the language in the superseding indictment, however, the actual wire communication, as testified to, would

222

be for paying the credit card debt after it was used to order the rifling buttons.

The way it is stated here, I'm afraid that, down the road, there might be an issue of whether or not it was sufficient venue based on this. And the theory that the Government is going on is it was the payment out of the Wells Fargo account of that Discover card, which the witness from Wells Fargo indicated would have triggered an electronic communication with Mr. Roggio's local branch that attaches venue to this particular crime.

So, though, this is -- the language is fine, except for it's, maybe, not specific enough or go far enough to -- I just don't want, later on, there to be a question in regards to that.

THE COURT: I did not take my copy of the special verdict questions with me here.

THE CLERK: Nor did I.

THE COURT: Mr. Hinkley, if you can tell me what, exactly, it is you would like to propose as an amendment to Count 10, the special verdict question for Count 10? I mean, right now, it says;

On the charge of wire fraud related to the order of rifling buttons and paying for them with a credit card, the jury unanimously finds, etc.

Count 10, simply, in the indictment, says, that Ross

Roggio ordered 15 rifling buttons from a United States supplier paying for them via credit card processing with the Discover card, bearing number -- and the numbers, of course, are X'ed out but the last four numbers are not.

So what would you -- what are you suggesting we do?

MR. HINKLEY: I'm trying to think of language that's simple and not convoluted in regards to that. Let me describe, again, for the Court the Government's theory.

Mr. Roggio purchased those with that Discover card. He then paid the Discover card with his Wells Fargo bank account, which is the electronic communication that triggers the Statute that the venue attaches.

So if the Court were inclined to change Count 10 to include that he ordered the rifling buttons, paying for them with a credit card and, thereafter, paying the credit card through his bank account, something to that effect.

THE COURT: In other words, paying the credit card company with funds from his Wells Fargo bank account?

MR. HINKLEY: Yes.

THE COURT: Mr. Bartolai?

MR. BARTOLAI: Yes, well, my proposal to the charge of wire fraud, Count 10, 9, we find the Defendant Ross Roggio guilty -- so the concern is, Your Honor, and I mean I know Count 9 and 10, I see where the Government would like to identify Weapons and Ammunition Feasibility Report and the rifling buttons, but

224

I don't know -- I think that that's sufficient. I wouldn't want -- we wouldn't want it to become, like, where the elements or the case is made out in the charge.

So the simplest -- the least -- the better, we would submit -- I don't know, either way, if it was paid with a credit card or if it was paid out of Wells Fargo, it would be the digital signal that would, you know, that would trigger the wire fraud offense. I don't really know the difference.

THE COURT: If it would make a difference, I'm willing to add the word, initially, so that it would read, related to the order of rifling buttons and initially paying for them with a credit card, which, of course, I assume, in the course of your oral summation, your closing, you're going to indicate that the money that, ultimately, was then used to pay this particular debt that was initially made on a credit card came from Wells Fargo.

MR. HINKLEY: That's the evidence before the jury. We would be fine with that, Your Honor.

THE COURT: Do you have an objection to that?

MR. BARTOLAI: Yes, we do, Judge, I'm sorry. Over the wires, would that make sense?

THE COURT: Paying for the credit card -- paying for them with a credit card --

MR. HINKLEY: Via wire transfer.

THE COURT: All right, if that will work. Is that all

225

right?

MR. BARTOLAI: Sure.

THE COURT: All right, we will have revised copies for you tomorrow and then be prepared for your closing arguments. Thank you all.

(At this time the proceedings were adjourned.)

226

C E R T I F I C A T E

I, KRISTIN L. YEAGER, Official Court Reporter for the United States District Court for the Middle District of Pennsylvania, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a true and correct transcript of the within-mentioned proceedings had in the above-mentioned and numbered cause on the date or dates hereinbefore set forth; and I do further certify that the foregoing transcript has been prepared by me or under my supervision.

S/Kristin L. Yeager
KRISTIN L. YEAGER, RMR,CRR
Official Court Reporter

REPORTED BY:

KRISTIN L. YEAGER, RMR,CRR
Official Court Reporter
United States District Court
Middle District of Pennsylvania
P.O. Box 5
Scranton, Pennsylvania  18501

(The foregoing certificate of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

1

## $

$1,200 [1] - 119:12
$100,000 [1] - 40:13
$300,000 [1] - 140:25
$349,000 [1] - 89:3
$5,000 [1] - 89:18
$50,000 [1] - 119:15
$647,000 [1] - 39:7
$72,000 [4] - 39:23, 39:24, 40:5, 133:25
$798 [1] - 140:8
$864,000 [1] - 134:3
$8900 [1] - 89:11
$9,000 [1] - 89:11

## '

'12 [1] - 33:20
'15 [1] - 80:1
'97 [1] - 13:3
'98 [1] - 13:3

## 1

1 [2] - 101:21, 131:4
10 [9] - 2:4, 18:12, 221:20, 222:19, 222:20, 222:25, 223:13, 223:22, 223:24
10,000 [1] - 22:3
100 [3] - 51:14, 85:18, 190:4
100,000 [3] - 40:9, 89:7, 134:22
100,000-dollar [1] - 134:20
11 [9] - 102:15, 102:16, 102:25, 103:1, 191:13, 191:24, 192:1, 199:6, 200:2
11&12 [2] - 2:16, 192:2
114 [1] - 2:4
117,177 [1] - 2:10
12 [5] - 118:6, 191:13, 191:24, 192:1, 192:14
120,000 [2] - 40:10, 40:15
127.1 [2] - 206:19, 206:21
12:20 [1] - 113:20
1301 [1] - 1:18
131,151,164,166 [1] - 2:10
134,182 [1] - 2:11
139 [1] - 2:11
13th [1] - 178:18

14 [1] - 48:16
140 [1] - 2:12
14th [3] - 48:12, 48:13, 63:7
15 [8] - 118:18, 147:3, 176:18, 193:8, 193:14, 194:24, 218:15, 223:1
150 [1] - 140:19
15th [2] - 178:19, 203:6
16 [4] - 193:14, 218:11, 218:12, 218:14
172 [1] - 2:13
173 [1] - 2:13
174 [1] - 2:14
176 [1] - 2:4
18 [2] - 1:9, 210:21
18-CR-97 [1] - 1:4
1823.40 [1] - 214:20
18501 [1] - 226:19
18503 [2] - 1:13, 1:25
18640 [1] - 1:21
19 [2] - 11:17, 11:25
191 [1] - 2:16
192 [1] - 2:16
193 [1] - 2:4
198 [2] - 89:24, 138:22
1984 [1] - 18:2
1985 [1] - 18:2
1986 [1] - 116:25
1989 [1] - 117:7
1990 [2] - 117:7, 178:14
1991 [1] - 13:2
1:24 [1] - 151:3
1:30 [1] - 113:21
1:42 [1] - 174:1

## 2

2 [1] - 16:17
20 [3] - 18:13, 135:11, 200:13
20,000 [2] - 134:21, 136:3
20.11 [1] - 36:14
20.13 [4] - 2:8, 42:11, 42:12, 48:10
20.16 [4] - 2:10, 117:21, 177:20, 177:21
2005 [1] - 212:24
2007 [1] - 13:15
2008 [4] - 15:14, 18:21, 121:17, 121:19
2009 [3] - 18:22, 25:12, 26:17

2010 [2] - 27:16, 28:25
2011 [5] - 29:3, 32:17, 33:18, 33:20, 115:4
2013 [2] - 82:1, 128:7
2014 [5] - 34:15, 34:22, 41:2, 80:1, 126:9
2015 [14] - 41:14, 48:12, 48:13, 48:16, 49:8, 62:17, 63:7, 77:6, 79:14, 127:2, 128:8, 131:8, 174:4, 194:2
2016 [26] - 79:12, 79:13, 80:14, 80:19, 81:23, 84:22, 85:7, 86:5, 86:18, 90:15, 93:14, 93:23, 93:24, 96:13, 105:13, 125:20, 128:8, 131:10, 162:24, 163:20, 166:19, 167:5, 167:18, 181:13, 193:12, 194:5
2017 [17] - 6:21, 94:1, 94:5, 94:8, 94:14, 110:17, 112:4, 112:6, 125:8, 126:9, 167:5, 167:18, 193:9, 194:24, 196:9, 203:6
2018 [2] - 112:17, 112:25
2023 [2] - 1:9, 3:12
20530 [2] - 1:16, 1:18
22 [3] - 131:4, 207:18, 207:19
23 [1] - 217:9
2340 [1] - 214:24
235 [2] - 1:12, 1:25
238 [1] - 1:20
24 [1] - 160:13
25 [3] - 19:1, 117:9, 207:21
26.4 [3] - 2:11, 134:6, 182:6
27 [1] - 219:16
28 [2] - 118:24, 226:6
29 [6] - 3:12, 84:22, 213:15, 219:12, 219:16, 219:22
2:00 [1] - 108:3
2:13 [1] - 151:3

## 3

3 [4] - 214:24, 219:14, 219:17, 220:1
3,000 [5] - 85:11,

85:24, 135:12, 135:16, 135:17
3-D [4] - 52:10, 52:11, 52:12, 79:21
3.3 [1] - 82:10
3.9 [2] - 2:9, 82:10
30 [16] - 19:1, 60:11, 147:2, 153:6, 154:10, 184:8, 200:12, 200:13, 200:21, 201:3, 201:25, 202:3, 202:11, 204:8, 206:8
30,000 [1] - 22:3
300 [3] - 135:11, 141:1, 141:4
300,000 [2] - 141:3, 141:5
31 [9] - 200:12, 200:17, 201:23, 202:7, 204:9, 205:4, 205:9, 205:22, 206:8
311 [1] - 1:12
312 [1] - 208:5
39 [5] - 144:22, 144:23, 144:25, 145:19, 145:23
3:00 [5] - 55:9, 55:10, 106:24, 107:1
3rd [1] - 11:21

## 4

4 [7] - 200:14, 203:19, 204:13, 205:1, 205:3, 206:21, 207:6
4.12 [2] - 2:9, 70:8
4.13 [5] - 2:10, 131:4, 151:2, 164:15, 165:15
4.16 [2] - 2:14, 174:1
40,000 [1] - 136:3
42,48 [1] - 2:8
4:06 [1] - 197:23
4:29 [2] - 164:16, 165:16
4:44 [1] - 164:16
4:58 [1] - 165:16

## 5

5 [2] - 210:22, 226:18
5,000 [1] - 47:22
50,000 [1] - 47:23
500 [2] - 134:21, 135:10
500-million [1] - 136:23
55 [1] - 11:4
570 [2] - 89:1, 140:21

5:00 [2] - 197:25, 198:10

## 6

6 [1] - 6:2
6.11 [1] - 138:25
6.11,6.4 [1] - 2:11
6.4 [1] - 139:13
6.5 [2] - 2:12, 139:21
6.6 [2] - 2:12, 139:25
6.7 [2] - 2:12, 140:13
6.8 [1] - 135:10
60 [1] - 20:2
600 [1] - 180:10
600,000-dollar [1] - 134:21
61 [2] - 177:22, 178:11

## 7

7 [1] - 4:13
70 [1] - 2:9
72 [1] - 101:22
73rd [1] - 11:21
753 [1] - 226:6

## 8

801(b)1 [1] - 95:5
82 [1] - 2:9
82nd [1] - 11:21
86 [1] - 11:18

## 9

9 [4] - 199:7, 200:4, 223:22, 223:23
90 [1] - 178:25
95 [1] - 47:9
950 [1] - 1:15
9:30 [3] - 1:9, 198:2, 198:13

## A

a.m [1] - 198:13
A.M [1] - 1:9
A1-2 [1] - 178:25
abandoned [2] - 60:24, 180:13
Abayeva [2] - 124:23, 127:15
ABC [1] - 24:17
abducted [2] - 141:18, 150:23
abduction [1] - 166:18
Abduction [1] - 208:15
abilities [1] - 135:9

**2**

**ability** [2] - 159:4, 159:9
**able** [35] - 6:23, 8:7, 46:24, 54:16, 76:9, 76:20, 85:13, 85:15, 85:17, 98:2, 102:17, 104:3, 104:4, 104:6, 104:9, 104:18, 105:18, 106:14, 107:8, 108:10, 108:23, 111:16, 112:11, 114:4, 114:6, 167:13, 167:16, 167:19, 167:21, 188:15, 191:14, 194:4, 194:7, 211:8
**above-mentioned** [1] - 226:8
**abrasive** [1] - 175:6
**abrupt** [1] - 22:6
**absolute** [1] - 175:2
**absolutely** [6] - 137:7, 157:9, 161:21, 169:1, 189:15, 217:8
**Abu** [1] - 121:8
**abuse** [5] - 4:21, 75:9, 144:23, 159:12, 187:7
**abused** [1] - 75:15
**abusing** [1] - 186:5
**accept** [2] - 207:8, 221:6
**acceptable** [2] - 178:24, 207:11
**access** [1] - 161:8
**accident** [2] - 70:23, 210:6
**accomplished** [1] - 58:25
**accordance** [1] - 172:9
**according** [1] - 4:19
**account** [9] - 41:6, 48:8, 92:6, 92:7, 141:12, 222:6, 223:10, 223:16, 223:18
**accounting** [1] - 141:13
**accounts** [3] - 181:9, 181:19, 182:2
**accurate** [2] - 46:8, 172:2
**accused** [1] - 105:15
**Act** [1] - 214:23
**act** [4] - 93:22, 186:10, 205:8, 217:9
**acted** [4] - 49:15, 95:14, 205:24, 206:2

**action** [2] - 65:19, 182:1
**actions** [1] - 220:25
**active** [1] - 196:3
**acts** [2] - 211:7, 219:24
**actual** [6] - 19:7, 44:7, 48:22, 51:12, 93:8, 221:25
**add** [3] - 202:16, 213:18, 224:10
**addition** [5] - 139:10, 139:14, 166:1, 206:25, 216:22
**additional** [6] - 9:12, 200:22, 201:7, 206:20, 215:16, 217:4
**address** [4] - 6:1, 48:15, 128:11, 214:18
**addressed** [2] - 8:23, 171:15
**adduced** [1] - 217:25
**adjourned** [1] - 225:6
**admissible** [1] - 95:4
**admission** [1] - 191:23
**admit** [2] - 42:10, 175:25
**admitted** [13] - 36:15, 115:3, 120:12, 144:5, 144:8, 170:19, 172:5, 173:25, 179:25, 185:3, 185:17, 192:1, 192:2
**Admitted** [1] - 2:7
**advance** [1] - 182:13
**advisor** [1] - 23:12
**AECA** [1] - 220:15
**affable** [1] - 56:3
**affidavit** [10] - 3:11, 3:13, 3:15, 4:1, 4:10, 4:14, 5:13, 6:19, 7:4, 9:10
**afford** [1] - 110:1
**afraid** [5] - 173:6, 174:5, 190:17, 190:19, 222:3
**afternoon** [1] - 114:2
**age** [2] - 10:25, 11:2
**aged** [1] - 155:24
**agent** [2] - 12:24, 85:3
**Agent** [2] - 84:23, 113:11
**agents** [2] - 114:4, 114:6
**ago** [4] - 11:17, 38:15, 154:10, 205:6

**agree** [7] - 12:18, 44:23, 62:16, 119:18, 119:21, 128:18, 212:15
**agreeable** [1] - 198:11
**agreed** [1] - 136:23
**agreement** [5] - 35:20, 35:23, 127:3, 127:7, 127:12
**agreements** [3] - 28:7, 126:21, 126:24
**ahead** [9] - 22:9, 39:15, 76:23, 78:3, 96:9, 100:9, 116:15, 172:12, 219:25
**Aibling** [1] - 209:14
**aided** [1] - 1:22
**Air** [1] - 208:7
**Airborne** [1] - 11:21
**aircraft** [1] - 136:9
**airline** [3] - 184:9, 210:6
**airport** [7] - 96:20, 96:23, 96:24, 97:5, 104:23, 110:6, 129:4
**Airport** [3] - 94:12, 125:7, 196:11
**AK47** [1] - 13:20
**Akam** [3] - 91:13, 91:14, 114:18
**AKM** [2] - 13:20, 13:25
**alarm** [1] - 161:21
**Alcohol** [1] - 16:25
**alive** [2] - 162:18, 189:17
**allegations** [1] - 94:6
**alleged** [2] - 93:22, 94:7
**allow** [7] - 7:18, 69:12, 78:3, 135:10, 145:13, 197:19, 206:23
**allowance** [1] - 89:17
**allowed** [3] - 137:15, 147:11, 160:12
**allowing** [1] - 12:12
**allows** [1] - 121:6
**ally** [1] - 37:19
**almost** [6] - 58:9, 61:23, 62:23, 79:15, 85:24, 181:24
**alone** [6] - 60:25, 67:7, 111:15, 206:25, 209:23, 215:13
**alternate** [1] - 207:5
**Alto** [2] - 68:3, 143:16
**aluminum** [1] - 132:13
**Amanda** [5] - 104:6, 106:10, 192:21, 192:23

**amendment** [1] - 222:19
**AMERICA** [1] - 1:2
**America** [2] - 14:2, 183:21
**American** [15] - 14:1, 26:11, 41:18, 52:7, 108:24, 109:7, 132:16, 136:15, 161:23, 167:2, 180:7, 183:20, 212:25, 213:4, 213:6
**Americans** [1] - 109:2
**Ammunition** [3] - 123:9, 123:10, 223:25
**amount** [1] - 93:2
**amounts** [3] - 39:7, 181:22, 181:23
**Amsterdam** [2] - 129:16, 129:20
**analysis** [1] - 203:18
**AND** [1] - 10:16
**angry** [2] - 63:24, 185:10
**anodizing** [1] - 85:23
**answer** [26] - 33:16, 59:8, 71:8, 71:12, 98:21, 103:22, 112:24, 116:13, 118:23, 121:9, 122:8, 122:10, 129:13, 137:4, 145:6, 145:11, 152:9, 152:12, 156:18, 160:1, 162:7, 169:18, 177:6, 177:14, 189:9
**answered** [8] - 91:25, 145:7, 148:5, 156:6, 172:1, 172:2, 176:12
**answering** [2] - 98:25, 99:4
**answers** [2] - 148:16, 196:15
**anticipate** [1] - 182:13
**anticipated** [1] - 40:8
**apartment** [6] - 87:15, 103:15, 107:2, 107:17, 150:8, 168:5
**apologize** [1] - 209:8
**apologizing** [1] - 33:23
**Appeals** [1] - 211:4
**appear** [1] - 46:8
**appeared** [1] - 149:22
**applicable** [1] - 211:11
**application** [2] - 15:6, 217:24

**applied** [2] - 46:25, 130:3
**apply** [2] - 210:7, 226:22
**appointed** [1] - 226:5
**appreciate** [1] - 8:16
**approach** [5] - 25:3, 93:18, 117:20, 170:17, 170:21
**approached** [3] - 25:12, 31:9, 31:14
**appropriate** [7] - 146:10, 147:17, 147:19, 147:20, 147:22, 211:24, 218:20
**approval** [7] - 32:8, 120:9, 122:4, 122:20, 122:25, 123:6, 123:11
**approvals** [1] - 123:16
**approve** [2] - 142:13, 142:16
**April** [5] - 84:22, 86:17, 90:19, 125:20, 162:24
**aptly** [1] - 153:10
**AR** [5] - 29:13, 29:14, 29:15, 46:20, 51:21
**AR's** [1] - 52:8
**AR15** [8] - 29:9, 29:11, 30:11, 47:5, 47:10, 47:15, 47:18, 47:19
**AR15's** [2] - 30:12, 120:3
**Arab** [1] - 147:10
**Arabia** [1] - 178:21
**area** [10] - 97:1, 107:16, 107:17, 107:18, 180:6, 180:8, 195:24, 212:22, 213:1, 213:7
**argue** [14] - 7:10, 205:10, 213:13, 213:19, 213:24, 214:5, 215:14, 216:11, 216:12, 216:15, 216:19, 217:13, 217:17
**argued** [1] - 213:15
**arguing** [7] - 63:5, 213:2, 213:11, 214:2, 214:4, 217:21, 217:24
**argument** [10] - 78:20, 87:8, 87:16, 92:5, 163:3, 213:24, 215:2, 215:9, 216:8, 218:7
**argumentative** [3] -

**3**

122:12, 145:9, 155:2
**arguments** [7] - 78:19, 197:11, 197:21, 198:4, 198:14, 214:18, 225:4
**arm** [1] - 213:8
**armed** [1] - 12:2
**armor** [1] - 11:21
**Armory** [1] - 13:24
**Arms** [7] - 22:11, 22:13, 22:15, 23:6, 23:7, 23:17, 23:25
**arms** [5] - 6:14, 27:23, 27:25, 28:6, 77:16
**Army** [9] - 12:5, 117:4, 117:13, 118:22, 119:1, 152:23, 154:9, 179:4, 209:15
**arranged** [2] - 27:15, 76:15
**arranging** [2] - 79:17, 107:14
**arrested** [1] - 7:11
**arrived** [4] - 32:18, 178:18, 180:9, 219:1
**arriving** [2] - 110:12, 178:23
**arrogant** [1] - 159:21
**Arsenal** [8] - 14:25, 15:5, 16:10, 18:5, 21:6, 21:19, 21:22, 25:10
**Arsenol** [2] - 14:19, 14:20
**Article** [1] - 118:18
**article** [2] - 201:21, 220:20
**articles** [6] - 219:19, 220:3, 220:6, 220:17, 220:24, 221:5
**artist** [1] - 13:12
**artists** [1] - 13:13
**AS** [1] - 10:17
**aside** [1] - 59:21
**Aspects** [1] - 208:15
**ass** [1] - 175:2
**assault** [3] - 4:21, 21:24, 121:14
**assaulted** [1] - 121:15
**assemble** [2] - 22:25, 23:4
**asserted** [1] - 100:2
**assigned** [1] - 11:20
**assignment** [1] - 153:8
**assistance** [1] - 66:15
**Assistant** [3] - 1:11, 49:15, 50:8
**assistants** [1] - 77:11

**Assisted** [1] - 101:15
**associate** [1] - 21:10
**Associated** [1] - 24:18
**associated** [2] - 6:5, 41:25
**association** [2] - 187:8, 187:9
**assume** [5] - 114:5, 114:8, 117:25, 118:1, 224:12
**assumed** [1] - 46:24
**assuming** [1] - 172:23
**assurances** [1] - 9:25
**ATF** [4] - 15:8, 15:23, 16:5, 16:24
**ATF's** [1] - 121:19
**attach** [1] - 13:25
**attached** [2] - 13:11, 43:2
**attaches** [2] - 222:9, 223:12
**attack** [1] - 71:10
**attacked** [2] - 71:9, 95:17
**attacking** [2] - 68:15, 71:13
**attempt** [12] - 9:20, 172:23, 172:25, 181:15, 181:21, 181:22, 191:5, 204:14, 205:7, 205:15, 205:17, 208:10
**attempted** [8] - 93:13, 200:19, 200:24, 201:19, 202:8, 205:10, 205:21, 206:3
**attempting** [1] - 202:3
**attempts** [2] - 82:24, 214:22
**attention** [9] - 4:2, 4:12, 5:23, 5:24, 8:9, 19:20, 86:17, 176:25, 217:5
**attitude** [1] - 178:23
**attorney** [2] - 7:11, 179:4
**Attorney** [1] - 1:11
**attorney/client** [1] - 3:18
**attorneys** [1] - 7:7
**attributed** [1] - 209:22
**audio** [9] - 70:9, 131:5, 151:4, 164:17, 165:17, 172:13, 173:3, 174:2, 175:12
**Audio** [2] - 2:13, 2:13
**audited** [1] - 91:18

**auditing** [1] - 91:24
**auditors** [1] - 91:25
**August** [3] - 178:14, 178:18, 178:19
**authenticate** [1] - 191:18
**authorities** [1] - 169:23
**authority** [5] - 76:12, 187:7, 187:13, 187:15, 208:6
**automatic** [8] - 16:18, 17:8, 17:9, 18:1, 29:9, 90:17, 132:10
**automotive** [1] - 19:14
**available** [3] - 18:2, 51:15, 189:1
**AVENUE** [1] - 1:25
**Avenue** [3] - 1:12, 1:15, 1:18
**average** [1] - 178:24
**avoid** [1] - 181:23
**aware** [6] - 66:16, 75:3, 114:2, 114:6, 214:25, 215:9

**B**

**babysitter** [1] - 170:3
**background** [1] - 3:24
**backup** [1] - 101:25
**backwards** [4] - 46:2, 46:3, 57:17, 134:20
**Bad** [1] - 209:13
**bad** [3] - 175:18, 175:22
**badly** [1] - 166:10
**Bafel** [2] - 33:4, 156:5
**bag** [7] - 82:5, 97:24, 148:21, 157:21, 160:8, 164:6, 195:6
**Baghdad** [5] - 45:1, 133:15, 147:10, 169:6, 212:23
**balance** [3] - 136:20, 136:21, 139:7
**balcony** [1] - 108:6
**ban** [3] - 18:2, 18:20, 21:24
**bang** [1] - 137:12
**banged** [1] - 137:11
**bank** [9] - 38:16, 92:6, 92:7, 141:12, 181:9, 181:18, 223:10, 223:16, 223:18
**Bank** [2] - 38:21, 181:9
**Bankers** [1] - 12:23
**bar** [3] - 142:24, 143:1, 153:6

**barefoot** [1] - 158:1
**barrel** [12] - 16:17, 17:4, 17:15, 45:16, 45:20, 46:1, 47:20, 47:21, 47:22, 82:17, 82:19
**barrels** [8] - 51:14, 51:17, 81:3, 81:4, 81:5, 81:6, 130:2
**BARTOLAI** [168] - 1:20, 3:5, 3:22, 3:25, 4:7, 5:22, 7:17, 7:19, 8:3, 8:12, 8:19, 9:8, 10:2, 10:7, 10:22, 23:23, 27:6, 28:21, 31:18, 34:2, 36:8, 36:14, 36:17, 37:8, 39:16, 41:22, 42:3, 42:12, 42:13, 49:20, 49:24, 52:25, 53:10, 53:13, 55:18, 56:25, 57:4, 57:11, 59:3, 59:11, 59:16, 60:20, 64:6, 64:14, 65:3, 65:12, 65:23, 66:2, 68:9, 69:7, 69:13, 69:25, 70:6, 70:10, 70:18, 70:21, 71:2, 71:21, 72:1, 75:2, 76:1, 77:21, 78:2, 78:4, 78:23, 81:18, 82:9, 82:12, 83:1, 83:2, 84:17, 86:21, 87:1, 92:10, 93:7, 93:17, 94:3, 94:10, 95:3, 95:20, 95:25, 96:6, 96:10, 96:12, 98:18, 100:1, 100:10, 101:3, 101:8, 105:8, 112:10, 112:19, 112:22, 113:2, 113:17, 113:19, 116:12, 122:6, 122:12, 145:9, 155:2, 170:9, 170:15, 170:17, 170:24, 171:25, 172:7, 172:22, 176:15, 176:21, 176:23, 179:19, 185:15, 185:21, 186:15, 186:22, 187:12, 189:8, 191:9, 191:12, 191:17, 191:22, 192:4, 192:8, 192:13, 192:16, 193:3, 196:19, 196:22, 196:24, 197:5, 198:17,

199:2, 199:21, 200:1, 200:9, 201:8, 204:8, 205:5, 205:19, 205:23, 206:1, 206:11, 206:15, 207:10, 207:14, 207:19, 209:11, 214:14, 215:9, 215:20, 216:1, 216:9, 216:12, 218:2, 218:8, 218:10, 218:15, 219:9, 219:12, 219:22, 219:24, 220:1, 221:7, 221:11, 223:21, 224:20, 225:2
**Bartolai** [15] - 8:23, 9:5, 9:7, 9:13, 9:18, 9:21, 10:1, 10:12, 211:16, 211:21, 213:15, 214:2, 215:19, 221:6, 223:20
**Bartolai's** [1] - 207:1
**Barzani** [1] - 68:2
**Barzanis** [1] - 180:16
**base** [28] - 136:6, 151:9, 151:15, 151:20, 153:13, 182:22, 208:1, 208:18, 209:1, 209:12, 209:13, 211:20, 212:6, 212:13, 212:14, 213:14, 214:5, 214:10, 214:15, 215:3, 215:7, 215:22, 216:15, 217:14, 217:22, 218:4, 218:5
**based** [8] - 22:8, 29:15, 40:2, 100:17, 183:21, 208:25, 219:4, 222:5
**basic** [2] - 11:18, 212:11
**basis** [3] - 40:1, 40:19
**bat** [1] - 216:7
**Bay** [1] - 210:10
**Bayan** [5] - 39:18, 43:5, 43:12, 48:17, 127:8
**bayan** [1] - 42:24
**Bayan's** [1] - 53:22
**bearing** [1] - 223:3
**beat** [2] - 148:17, 149:25
**beaten** [6] - 99:5,

147:20, 160:8, 195:9, 195:11, 195:14
**beating** [2] - 98:12, 163:11
**beatings** [1] - 158:10
**beautiful** [2] - 36:3, 88:16
**became** [8] - 16:10, 50:10, 62:23, 72:8, 73:15, 90:20, 143:9, 175:15
**become** [5] - 62:19, 65:7, 160:1, 175:10, 224:2
**becomes** [2] - 28:22, 213:20
**becoming** [2] - 72:3, 78:19
**BEEN** [1] - 10:16
**BEFORE** [1] - 1:8
**beforehand** [1] - 164:3
**began** [1] - 157:3
**begin** [3] - 37:13, 193:25, 197:22
**beginning** [6] - 70:7, 101:12, 122:2, 122:18, 131:4, 170:4
**begins** [3] - 55:4, 162:4, 205:24
**begun** [1] - 37:14
**behalf** [1] - 3:10
**behaving** [1] - 159:20
**behavior** [2] - 147:22, 175:17
**behind** [4] - 60:22, 75:9, 131:18, 131:20
**belabor** [1] - 216:21
**Belfast** [3] - 210:17, 210:18
**belief** [1] - 165:25
**belligerent** [2] - 72:3, 72:8
**belonged** [6] - 138:16, 170:7, 171:24, 172:4, 172:6, 172:15
**belongs** [1] - 209:14
**belt** [2] - 158:13, 195:20
**best** [6] - 8:15, 66:19, 97:9, 129:8, 136:20, 170:2
**bet** [1] - 193:19
**betrayed** [4] - 149:2, 156:22, 156:23, 173:9
**betraying** [1] - 175:2
**better** [9] - 55:15, 74:13, 127:22,

135:18, 135:22, 165:11, 179:14, 179:16, 224:4
**between** [10] - 18:17, 31:20, 32:15, 57:19, 62:25, 73:15, 125:11, 169:6, 207:2, 212:5
**beyond** [1] - 213:5
**big** [10] - 18:21, 37:19, 39:7, 41:24, 44:22, 44:23, 99:15, 139:18, 145:4, 167:8
**big(indicating** [1] - 107:16
**bigger** [3] - 161:11, 161:25
**biggest** [1] - 180:23
**Bill** [5] - 23:10, 24:2, 122:24, 123:2, 123:4
**bill** [1] - 40:9
**binder** [1] - 177:18
**bit** [11] - 5:25, 11:9, 21:11, 27:2, 29:21, 40:4, 43:7, 64:7, 79:7, 141:1, 221:1
**black** [1] - 97:24
**blackmail** [6] - 64:3, 143:11, 148:10, 148:15, 150:25
**blackmailing** [3] - 144:6, 185:4, 185:6
**blame** [1] - 88:14
**blocker** [1] - 46:15
**blue** [1] - 140:13
**Bly** [17] - 14:8, 14:12, 20:6, 25:11, 26:2, 29:21, 34:5, 34:7, 46:6, 115:2, 115:21, 115:23, 115:24, 122:2, 122:18, 122:19
**Bly's** [1] - 20:5
**BMW** [2] - 88:20, 140:14
**board** [2] - 51:4, 96:23
**body** [3] - 6:15, 116:19, 209:23
**bolt** [11] - 46:2, 46:3, 46:5, 46:16, 83:11, 83:12, 83:15
**bone** [2] - 116:19, 162:13
**bone-chilling** [1] - 162:13
**book** [2] - 109:25, 110:2
**booked** [1] - 110:1
**books** [2] - 91:24, 92:1

**Border** [2] - 125:7, 196:9
**bore** [1] - 81:8
**bored** [1] - 106:6
**born** [1] - 11:5
**borrow** [1] - 212:12
**borrowed** [1] - 18:25
**borrowing** [1] - 141:11
**bottom** [4] - 108:5, 118:24, 140:20, 200:14
**bought** [13] - 20:2, 56:22, 57:20, 58:6, 60:6, 128:7, 134:18, 136:1, 138:19, 139:3, 141:7, 141:9, 149:12
**bounced** [1] - 150:5
**box** [4] - 10:15, 84:12, 118:6, 118:24
**Box** [1] - 226:18
**branch** [1] - 222:9
**breach** [1] - 209:22
**break** [8] - 34:13, 64:7, 113:20, 135:19, 137:1, 176:17, 181:22, 208:3
**breaking** [5] - 124:17, 164:24, 165:1, 165:2, 165:3
**brief** [1] - 118:17
**briefly** [1] - 29:14
**bring** [24] - 3:14, 4:2, 4:12, 5:23, 7:22, 8:8, 10:10, 19:19, 62:21, 67:11, 67:13, 67:18, 72:20, 73:2, 73:4, 80:15, 80:16, 138:25, 162:22, 173:13, 173:19, 173:20, 201:10
**Bring** [1] - 48:10
**British** [1] - 110:4
**broaching** [1] - 85:23
**Brogan** [3] - 118:2, 177:24, 178:1
**broke** [8] - 112:16, 112:20, 112:21, 158:25, 164:13, 164:19, 164:22, 165:10
**broken** [2] - 116:19, 165:11
**broker** [1] - 31:2
**brother** [3] - 26:24, 27:8, 53:22
**brought** [9] - 24:6, 31:25, 50:20, 63:8,

72:21, 74:19, 149:7, 177:8, 190:11
**brutal** [3] - 158:17, 159:2, 159:8
**buds** [1] - 168:2
**build** [21] - 15:7, 15:9, 18:15, 37:5, 45:9, 48:7, 51:19, 93:1, 93:2, 117:9, 120:2, 126:7, 133:11, 133:22, 134:1, 134:3, 136:9, 136:10, 164:19
**building** [42] - 11:11, 18:11, 18:14, 24:11, 24:12, 37:10, 37:11, 38:7, 51:13, 51:17, 79:15, 85:18, 97:5, 97:6, 97:18, 97:19, 98:2, 101:14, 108:9, 108:11, 108:13, 124:23, 125:4, 125:11, 125:24, 126:2, 126:5, 126:9, 130:20, 131:2, 133:12, 133:17, 133:23, 134:1, 134:4, 181:13, 182:11, 182:12
**built** [5] - 14:2, 36:4, 51:13, 136:4
**bullied** [1] - 12:13
**bump** [1] - 175:23
**bumps** [1] - 43:20
**bunch** [5] - 18:19, 84:12, 97:7, 138:19, 141:15
**Bureau** [1] - 16:24
**Burke** [1] - 113:12
**business** [31] - 13:3, 13:14, 14:17, 14:24, 15:4, 18:4, 18:7, 18:9, 18:13, 18:23, 20:1, 21:5, 21:7, 21:8, 21:15, 21:22, 22:7, 22:8, 22:16, 23:14, 24:24, 25:11, 56:18, 121:20, 142:22, 154:11, 154:20, 154:21, 154:22, 154:24, 184:11
**businesses** [6] - 12:25, 13:1, 13:4, 22:10, 154:12, 187:19
**button** [7] - 45:14, 45:15, 45:18, 47:17, 47:21, 48:2
**buttons** [20] - 45:12,

81:9, 81:19, 81:24, 82:19, 119:19, 120:20, 128:4, 128:10, 193:18, 220:6, 220:21, 221:4, 221:22, 222:2, 222:23, 223:1, 223:14, 223:25, 224:11
**buttstock** [2] - 29:19, 30:7
**buy** [22] - 18:3, 18:12, 22:5, 30:5, 30:7, 51:18, 58:3, 58:15, 58:18, 62:21, 88:17, 89:25, 106:21, 134:17, 135:2, 135:18, 135:23, 138:5, 139:8, 140:2, 141:15
**buying** [4] - 21:25, 31:15, 130:10, 134:10
**BY** [91] - 10:22, 23:23, 27:6, 28:21, 31:18, 34:2, 36:8, 36:17, 37:8, 39:16, 41:22, 42:3, 42:13, 49:24, 52:25, 53:13, 55:18, 56:25, 57:11, 59:3, 59:11, 59:16, 60:20, 64:6, 64:14, 65:3, 65:12, 65:23, 66:2, 68:9, 69:7, 69:13, 69:25, 70:10, 70:21, 71:2, 71:21, 72:1, 75:2, 76:1, 77:21, 78:4, 78:23, 81:18, 82:12, 83:2, 84:17, 86:21, 87:1, 92:10, 93:7, 96:12, 98:18, 100:10, 101:3, 101:8, 105:8, 112:10, 113:2, 114:1, 116:16, 117:23, 122:9, 122:16, 131:6, 139:2, 145:14, 151:5, 152:14, 155:6, 156:21, 164:18, 165:18, 170:12, 171:21, 172:14, 173:4, 174:3, 176:23, 179:19, 185:15, 185:21, 186:15, 186:22, 187:12, 189:8, 191:9, 192:8, 192:16, 193:7, 226:15

5

# C

**cable** [1] - 163:9
**CAD** [1] - 99:10
**CALLED** [1] - 10:16
**calmed** [1] - 74:13
**CAM** [2] - 99:11, 101:15
**camps** [6] - 124:24, 125:24, 126:2, 126:5, 126:7, 126:10
**Canadian** [1] - 213:5
**canal** [1] - 210:25
**cancelling** [1] - 25:11
**candidly** [1] - 216:7
**cannot** [2] - 17:24, 190:2
**capacity** [2] - 186:9, 186:10
**captors** [1] - 5:3
**car** [11] - 88:25, 108:15, 135:3, 139:21, 139:24, 139:25, 140:1, 140:11, 140:13, 140:20, 164:6
**carbine** [2] - 47:18, 47:19
**card** [20] - 92:6, 111:12, 111:14, 139:5, 221:22, 222:1, 222:7, 222:23, 223:2, 223:3, 223:9, 223:10, 223:15, 223:17, 224:6, 224:12, 224:15, 224:22, 224:23
**care** [2] - 147:25, 150:7
**career** [1] - 53:7
**careful** [2] - 203:18, 219:6
**Carino** [2] - 31:7, 31:9
**Carolina** [6] - 11:8, 11:11, 12:23, 19:14, 121:20, 128:23
**carpet** [1] - 32:18
**carrier** [7] - 46:2, 46:3, 46:16, 83:11, 83:12, 83:15
**carriers** [1] - 136:10
**carry** [1] - 162:10
**cars** [2] - 88:16, 139:18
**case** [37] - 3:9, 5:14, 6:22, 7:23, 9:21, 11:7, 32:7, 72:25, 94:16, 116:14, 197:10, 208:6,

208:8, 208:9, 208:13, 208:14, 208:18, 208:24, 209:11, 209:19, 210:2, 210:3, 210:4, 210:9, 210:10, 210:12, 210:15, 210:18, 211:5, 211:17, 211:18, 212:2, 212:6, 216:18, 224:3
**cases** [4] - 208:9, 210:13, 210:14, 212:3
**cash** [3] - 88:22, 181:19
**cashier's** [2] - 88:22, 181:20
**casual** [1] - 180:23
**Casualty** [1] - 12:23
**caught** [1] - 174:22
**caused** [18] - 4:19, 18:21, 87:2, 100:11, 100:22, 161:25, 181:1, 181:8, 200:7, 200:20, 200:25, 201:20, 202:9, 205:12, 206:6, 206:11, 206:13, 207:5
**causing** [2] - 202:4, 206:16
**Cavalry** [1] - 12:2
**CBP** [1] - 196:14
**CCMG** [1] - 30:6
**cell** [2] - 35:13, 132:9
**cellphones** [1] - 111:14
**cement** [1] - 132:13
**Center** [3] - 77:14, 77:22
**center** [3] - 57:18, 58:3, 77:24
**centering** [2] - 58:21, 58:22
**centers** [2] - 57:10, 136:24
**CEO** [1] - 35:8
**certain** [14] - 9:9, 19:5, 44:1, 52:15, 61:25, 75:20, 91:7, 101:23, 108:7, 123:21, 133:13, 135:4, 180:15, 184:6
**certainly** [11] - 8:13, 121:1, 199:24, 203:17, 204:18, 210:14, 211:3, 213:12, 213:23, 214:23, 220:9

**Certificate** [3] - 31:24, 32:2, 44:25
**certificate** [2] - 213:16, 226:22
**CERTIFIED** [1] - 1:24
**certify** [2] - 226:6, 226:10
**certifying** [1] - 226:23
**chair** [3] - 72:9, 158:16, 160:18
**chairman** [1] - 35:18
**chance** [2] - 67:9, 198:24
**change** [6] - 178:3, 178:9, 199:4, 205:25, 221:10, 223:13
**changed** [3] - 53:4, 125:1, 132:24
**changes** [2] - 52:22, 202:13
**changing** [1] - 53:3
**charge** [27] - 12:16, 93:23, 95:13, 161:10, 161:14, 197:17, 197:23, 198:9, 198:11, 201:9, 204:1, 204:19, 204:23, 207:15, 207:17, 207:19, 207:20, 211:11, 214:15, 216:1, 218:11, 218:18, 218:23, 221:21, 222:22, 223:21, 224:3
**charged** [4] - 11:7, 204:21, 204:23, 220:9
**charges** [2] - 94:20, 219:14
**charismatic** [1] - 28:18
**Chase** [1] - 92:5
**cheap** [8] - 62:23, 134:19, 135:23, 136:15, 136:16, 137:2
**check** [7] - 51:11, 56:17, 73:24, 88:22, 108:21, 168:8, 181:20
**chest** [1] - 157:8
**Chief** [2] - 20:14, 155:25
**child** [5] - 178:5, 208:17, 208:21, 209:20, 209:24
**Child** [1] - 208:15
**children** [1] - 162:18

**chilling** [1] - 162:13
**China** [11] - 52:6, 56:10, 56:13, 58:13, 58:22, 59:22, 134:11, 134:19, 135:24, 136:8, 136:14
**Chinese** [5] - 83:3, 83:7, 136:7, 136:13, 136:15
**choice** [3] - 103:5, 203:11, 210:6
**choose** [1] - 60:11
**chose** [1] - 59:21
**Christina** [3] - 110:2, 110:21, 111:5
**Christmas** [7] - 77:9, 93:14, 97:13, 97:15, 102:12, 102:13, 193:12
**Christmastime** [1] - 102:11
**church** [1] - 14:14
**CIA** [1] - 156:1
**cigarettes** [1] - 72:25
**Circuit** [6] - 208:9, 210:3, 211:4, 211:22, 218:16, 218:17
**circumstance** [2] - 203:5, 203:11
**circumstances** [5] - 3:16, 4:20, 95:5, 95:6, 105:22
**cited** [1] - 210:2
**cites** [3] - 208:6, 209:11, 210:4
**citizen** [1] - 26:12
**city** [2] - 146:22, 146:23
**civil** [1] - 210:13
**Civil** [1] - 208:15
**civilian** [2] - 47:5, 47:18
**CLAFFEE** [16] - 1:14, 36:16, 199:5, 199:18, 199:25, 200:7, 200:11, 201:4, 201:15, 201:17, 201:23, 202:12, 206:18, 220:14, 221:2, 221:9
**claim** [1] - 116:7
**claimed** [3] - 6:13, 91:19, 116:9
**claims** [1] - 211:7
**clarification** [1] - 200:1
**clarify** [2] - 88:8, 216:23

**Class** [1] - 16:17
**class** [1] - 184:11
**classify** [1] - 154:8
**clean** [3] - 45:17, 147:6, 161:1
**cleaning** [1] - 126:15
**clear** [5] - 3:22, 189:15, 205:2, 208:11, 218:3
**cleared** [2] - 4:6, 76:25
**clearly** [3] - 94:15, 220:24, 220:25
**CLERK** [3] - 10:18, 10:20, 222:17
**client** [6] - 9:12, 135:6, 135:10, 135:12, 135:13, 136:20
**close** [3] - 44:5, 52:24, 110:8
**closed** [1] - 16:2
**closely** [3] - 19:13, 204:25, 205:3
**closes** [1] - 107:22
**closest** [1] - 190:23
**closet** [2] - 107:15, 107:25
**closing** [8] - 21:16, 197:11, 197:21, 198:4, 198:13, 213:19, 224:13, 225:4
**closings** [1] - 217:16
**clothes** [1] - 161:2
**clue** [2] - 68:19, 147:1
**CNC** [3] - 54:15, 58:9, 58:10
**co** [1] - 143:1
**co-mingling** [1] - 143:1
**cocky** [1] - 159:21
**Code** [1] - 226:6
**code** [1] - 101:16
**codes** [1] - 99:11
**coffee** [1] - 220:11
**collapsible** [1] - 29:19
**Colt** [4] - 30:5, 30:24, 52:7, 83:11
**colt** [2] - 30:14, 30:15
**Columbia** [2] - 207:23, 216:3
**combination** [1] - 26:9
**combo** [11] - 45:12, 45:14, 45:15, 47:17, 48:2, 81:9, 81:19, 82:19, 220:6, 220:21, 221:4
**comfortable** [1] - 152:2
**comfortably** [1] -

**6**

151:8
**coming** [18] - 18:17, 29:2, 39:2, 39:10, 41:6, 44:4, 44:14, 50:20, 54:7, 79:16, 92:17, 144:15, 160:7, 175:20, 175:22, 181:16, 182:1, 215:6
**commanders** [1] - 148:3
**comment** [2] - 219:7, 221:19
**commentary** [1] - 75:24
**Commerce** [1] - 120:14
**commercial** [2] - 69:18, 69:19
**commit** [2] - 214:22, 219:15
**commits** [1] - 214:21
**commonly** [1] - 29:13
**Commonwealth** [1] - 212:1
**Commonwealth's** [2] - 207:24, 216:3
**communicate** [2] - 102:17, 104:3
**communication** [4] - 143:20, 221:25, 222:8, 223:11
**communications** [4] - 7:16, 9:2, 160:25, 161:1
**compact** [1] - 212:4
**companies** [5] - 11:10, 11:12, 30:24, 35:12, 129:24
**Company** [2] - 31:4
**company** [33] - 11:11, 13:5, 13:24, 14:21, 19:17, 20:8, 20:14, 23:11, 24:16, 24:23, 31:3, 31:20, 36:24, 43:19, 49:14, 56:2, 56:7, 83:18, 84:2, 84:8, 90:13, 90:18, 111:14, 127:9, 128:10, 132:8, 136:7, 167:2, 183:19, 184:6, 223:17
**company-provided** [2] - 127:9
**compartments** [1] - 180:17
**complained** [1] - 77:16
**complete** [4] - 79:16,

183:1, 189:5, 221:18
**completely** [1] - 143:22
**complex** [1] - 58:1
**complexity** [1] - 52:21
**compliant** [2] - 160:1, 160:7
**complicated** [2] - 52:19, 135:23
**comply** [2] - 72:5, 72:6
**components** [1] - 81:1
**compound** [48] - 63:21, 63:23, 64:23, 66:12, 67:4, 75:8, 76:10, 78:17, 97:24, 97:25, 98:3, 98:5, 144:22, 145:19, 145:23, 151:6, 151:23, 152:2, 152:5, 152:15, 156:25, 158:20, 160:22, 163:18, 164:9, 164:10, 166:1, 166:22, 167:6, 167:7, 167:11, 174:5, 174:10, 175:3, 186:1, 193:15, 194:11, 194:25, 195:3, 195:11, 195:13, 195:16, 195:19, 213:6
**Computer** [1] - 101:15
**computer** [3] - 1:22, 62:21, 176:16
**computer-aided** [1] - 1:22
**conceal** [1] - 181:16
**concede** [1] - 207:3
**concept** [3] - 28:8, 28:23, 209:2
**concern** [19] - 7:8, 9:1, 9:14, 37:3, 44:22, 44:23, 61:19, 62:10, 62:12, 69:1, 100:20, 147:4, 201:22, 204:10, 204:24, 206:16, 207:10, 214:19, 223:23
**concerned** [10] - 6:17, 15:7, 62:2, 62:4, 62:7, 62:15, 66:3, 77:17, 190:22, 205:16
**concerns** [9] - 36:1, 37:16, 61:18, 62:14, 66:5, 147:1, 148:25, 180:13, 180:14
**conclude** [1] - 206:23
**concluded** [2] - 96:11,

171:20
**concludes** [1] - 197:8
**conclusion** [1] - 105:7
**concrete** [5] - 133:9, 182:16, 182:17, 182:18, 182:19
**Conditions** [1] - 12:8
**condone** [1] - 160:10
**conduct** [2] - 201:17, 203:21
**conference** [3] - 197:17, 197:24, 198:12
**confession** [1] - 72:6
**confident** [1] - 198:9
**confirm** [3] - 9:5, 43:8, 171:15
**confirmed** [1] - 9:21
**conform** [1] - 200:17
**conforms** [1] - 202:1
**confrontation** [1] - 55:12
**confused** [2] - 201:6, 213:20
**confusing** [1] - 201:12
**confusion** [2] - 204:20, 207:2
**conglomerate** [2] - 35:12, 132:13
**conglomeration** [1] - 82:15
**connect** [1] - 31:13
**connected** [1] - 169:22
**Connecticut** [3] - 128:6, 128:11, 193:18
**connection** [4] - 9:11, 31:20, 32:15, 159:13
**connections** [1] - 132:17
**connotes** [1] - 209:5
**consciousness** [3] - 157:24, 157:25, 195:21
**consider** [1] - 42:5
**consideration** [1] - 200:3
**considered** [2] - 14:1, 100:18
**considering** [2] - 219:17, 220:1
**considers** [1] - 16:25
**consistency** [1] - 201:5
**consistent** [3] - 5:7, 94:21, 95:12
**conspiracy** [22] - 93:23, 94:3, 94:7, 94:16, 200:13,

202:21, 204:19, 204:21, 204:22, 205:11, 206:15, 207:2, 207:10, 207:12, 219:13, 219:15, 219:18, 219:24, 220:2, 220:14, 220:17
**conspire** [1] - 206:5
**conspired** [9] - 200:19, 200:24, 201:20, 202:9, 205:21, 206:9, 206:10, 207:3, 207:4
**conspiring** [1] - 202:4
**constitute** [1] - 208:17
**Constitution** [1] - 212:24
**construct** [1] - 125:16
**Construction** [5] - 36:23, 36:25, 41:1, 181:12, 181:13
**construction** [12] - 37:3, 108:8, 125:9, 125:12, 125:15, 126:1, 126:4, 168:12, 181:12, 196:10, 219:3
**Consulate** [15] - 5:4, 103:2, 103:6, 103:8, 106:9, 108:15, 109:4, 109:6, 109:7, 109:15, 109:18, 110:4, 156:6, 167:23, 192:24
**consult** [1] - 53:16
**consultant** [3] - 24:19, 24:21, 24:22
**contact** [21] - 26:4, 27:11, 27:13, 29:2, 31:6, 33:23, 33:24, 79:8, 104:9, 104:11, 104:12, 104:15, 112:7, 112:11, 112:13, 112:16, 112:17, 112:20, 112:21, 142:6
**contacts** [4] - 22:24, 23:12, 34:3, 34:5
**contained** [1] - 4:16
**container** [1] - 107:6
**containers** [1] - 213:18
**contains** [1] - 6:12
**context** [3] - 172:19, 173:23, 174:19
**contexts** [1] - 212:4
**continental** [1] - 210:24
**continue** [9] - 8:8,

22:23, 33:15, 80:6, 107:14, 112:15, 112:23, 156:2
**continued** [1] - 164:9
**contract** [16] - 36:9, 36:18, 36:20, 36:22, 37:2, 37:3, 37:9, 37:13, 38:6, 39:22, 40:2, 40:16, 40:25, 48:7, 54:24, 126:8
**contracted** [1] - 188:10
**contrary** [2] - 12:14, 220:18
**Control** [1] - 1:15
**control** [18] - 19:16, 19:20, 19:24, 35:13, 58:2, 66:10, 66:19, 67:20, 71:16, 71:17, 71:18, 71:22, 141:22, 145:12, 146:13, 213:8, 226:23
**controlled** [12] - 4:18, 5:19, 17:17, 46:21, 69:21, 146:14, 201:18, 201:19, 201:21, 221:3, 221:8, 221:9
**controls** [2] - 46:23, 58:8
**Convention** [5] - 208:14, 208:24, 209:5, 209:20, 210:7
**conversation** [18] - 64:17, 65:4, 65:6, 66:22, 66:23, 70:11, 70:13, 72:23, 78:11, 85:5, 123:7, 130:21, 162:12, 173:22, 174:15, 174:18, 176:9, 186:17
**conversations** [1] - 104:24
**converted** [1] - 101:16
**convertible** [1] - 140:1
**convey** [1] - 74:11
**convince** [2] - 66:20, 88:10
**convoluted** [5] - 127:24, 128:3, 128:18, 128:20, 223:7
**copied** [1] - 149:15
**copies** [2] - 197:14, 225:3
**copy** [2] - 199:10, 222:15
**copying** [4] - 62:4, 62:8, 148:12, 148:13

7

**cord** [1] - 163:9
**corporation** [1] - 132:16
**corporations** [1] - 30:22
**correct** [111] - 9:6, 15:19, 15:21, 16:9, 17:21, 18:6, 20:3, 25:19, 26:15, 27:9, 27:10, 30:22, 32:10, 32:11, 35:2, 36:21, 38:25, 39:25, 40:6, 40:24, 42:14, 42:15, 42:19, 43:25, 44:12, 44:13, 44:16, 44:18, 45:5, 49:1, 50:3, 50:16, 50:23, 50:25, 51:23, 54:2, 55:3, 55:5, 56:12, 60:3, 67:3, 67:17, 67:21, 74:10, 74:18, 80:3, 81:17, 82:3, 84:10, 87:22, 94:2, 98:9, 107:7, 112:5, 115:5, 115:6, 117:11, 118:2, 118:3, 118:18, 118:19, 119:3, 119:25, 120:1, 120:7, 120:10, 120:18, 122:5, 123:1, 123:12, 123:13, 124:16, 125:5, 125:14, 125:25, 126:17, 127:3, 128:2, 130:15, 131:13, 131:23, 132:1, 141:3, 141:16, 141:20, 147:15, 156:22, 166:23, 168:23, 172:18, 177:2, 177:5, 177:9, 177:10, 178:11, 178:13, 178:15, 178:16, 181:10, 183:3, 183:6, 183:18, 194:3, 196:2, 201:24, 202:12, 202:15, 211:16, 213:13, 219:8, 226:7
**correction** [1] - 6:25
**correctly** [2] - 101:20, 202:6
**correspondence** [1] - 74:7
**cost** [10] - 15:10, 40:1, 40:2, 40:7, 40:9, 40:23, 134:21,

136:2, 139:23, 140:11
**costs** [2] - 40:17, 135:10
**cotter** [2] - 46:17, 47:10
**couch** [1] - 163:4
**counsel** [16] - 3:7, 3:20, 4:4, 8:2, 8:22, 49:22, 56:23, 60:16, 176:25, 177:8, 184:16, 187:16, 191:23, 198:8, 198:15, 198:24
**Count** [14] - 200:14, 204:13, 205:1, 205:3, 207:6, 219:14, 219:17, 220:1, 221:20, 222:19, 222:20, 223:13, 223:22, 223:23
**count** [3] - 204:12, 207:2, 222:25
**Counterintelligence** [1] - 1:15
**Counterterrorism** [2] - 131:25, 144:20
**countries** [3] - 58:16, 61:24, 183:18
**country** [15] - 13:22, 37:19, 55:7, 146:14, 164:7, 164:8, 178:19, 178:20, 178:23, 189:12, 190:4, 190:22, 209:21, 212:20, 220:22
**counts** [4] - 199:9, 199:14, 199:15, 200:2
**couple** [6] - 20:17, 22:15, 72:18, 111:17, 160:21, 187:21
**course** [12] - 7:13, 74:16, 85:4, 95:1, 143:24, 144:1, 151:17, 175:9, 217:11, 223:3, 224:12
**COURT** [186] - 1:1, 3:3, 3:20, 3:23, 4:3, 5:21, 7:15, 7:18, 8:2, 8:10, 8:18, 8:22, 9:9, 9:25, 10:3, 10:9, 23:22, 27:5, 28:20, 31:17, 34:1, 36:7, 37:7, 39:15, 41:21, 42:2, 49:23, 52:24,

53:12, 55:17, 56:24, 57:6, 59:2, 59:7, 59:15, 60:19, 64:5, 64:13, 65:2, 65:11, 65:22, 66:1, 68:8, 69:3, 69:12, 70:5, 70:20, 71:1, 71:20, 75:25, 78:3, 78:22, 84:16, 86:25, 92:9, 93:19, 94:1, 94:6, 94:24, 95:4, 95:24, 96:4, 96:9, 98:17, 99:25, 100:5, 100:9, 101:2, 101:7, 105:6, 112:23, 113:1, 113:18, 113:20, 113:23, 116:14, 117:22, 122:7, 122:13, 145:10, 152:10, 152:12, 155:3, 155:5, 156:13, 156:16, 156:20, 170:10, 170:18, 170:21, 171:9, 171:12, 171:14, 171:19, 172:9, 172:23, 173:2, 176:14, 176:18, 176:20, 179:16, 179:18, 185:14, 185:20, 186:14, 186:21, 187:11, 189:7, 191:8, 191:16, 191:19, 191:21, 192:1, 192:6, 193:4, 196:18, 196:20, 196:23, 197:2, 197:6, 197:8, 198:8, 198:18, 198:24, 199:3, 199:16, 199:19, 199:23, 200:10, 201:2, 201:11, 201:16, 202:6, 202:13, 203:3, 204:5, 204:7, 205:2, 205:16, 205:20, 205:24, 206:10, 206:13, 206:17, 207:8, 207:12, 209:10, 211:14, 212:8, 212:11, 212:19, 214:2, 215:8, 215:11, 215:19, 215:25, 216:5, 216:10, 216:18, 216:25, 217:6, 217:11, 218:7, 218:9, 218:14, 218:25, 219:11,

219:21, 219:23, 219:25, 220:13, 220:23, 221:6, 221:8, 221:10, 221:12, 221:15, 222:15, 222:18, 223:17, 223:20, 224:9, 224:19, 224:22, 224:25, 225:3
**Court** [34] - 3:6, 3:11, 3:14, 3:16, 4:11, 7:21, 8:1, 100:4, 152:8, 206:5, 207:17, 207:20, 208:3, 208:8, 210:4, 210:18, 211:3, 211:4, 211:12, 211:23, 213:13, 214:25, 215:17, 215:20, 215:23, 218:17, 219:8, 223:8, 223:13, 226:3, 226:4, 226:14, 226:17, 226:17
**court** [2] - 7:5, 49:20
**Court's** [6] - 4:2, 4:12, 5:23, 8:9, 207:19, 214:19
**courtroom** [6] - 4:6, 8:21, 8:23, 8:24, 10:10, 146:1
**cover** [17] - 19:19, 124:20, 124:23, 125:1, 125:3, 125:6, 125:14, 179:23, 179:25, 180:3, 180:4, 180:19, 181:2, 195:23, 220:21, 221:4
**covered** [2] - 174:24, 174:25
**covering** [1] - 175:1
**crawl** [1] - 160:18
**crawled** [2] - 108:3, 168:11
**create** [3] - 81:6, 180:19, 213:22
**created** [2] - 80:23, 161:25
**creating** [2] - 81:5, 161:11
**credibility** [1] - 95:16
**credit** [16] - 92:6, 116:7, 116:9, 139:5, 221:22, 222:1, 222:23, 223:2, 223:15, 223:17, 224:6, 224:12,

224:15, 224:22, 224:23
**crime** [2] - 130:13, 222:10
**crimes** [1] - 202:23
**criminal** [2] - 203:21, 210:14
**criticized** [1] - 137:21
**Crm** [1] - 1:17
**cross** [7] - 9:17, 51:11, 69:21, 94:19, 95:7, 113:23, 218:25
**Cross** [1] - 2:3
**CROSS** [1] - 113:25
**cross-check** [1] - 51:11
**cross-examine** [1] - 113:23
**cross-examined** [1] - 9:17
**CRR** [1] - 1:24
**cruelty** [2] - 176:2, 176:3
**crush** [2] - 159:5, 159:9
**crushing** [3] - 158:17, 159:2, 159:8
**crying** [7] - 158:25, 159:10, 159:11, 159:14, 160:19, 166:14, 171:5
**CTG** [18] - 33:8, 132:2, 151:6, 151:9, 151:18, 151:19, 151:25, 152:2, 152:15, 152:24, 153:20, 163:17, 186:1, 186:4, 186:5, 187:8, 194:11, 213:9
**culture** [1] - 146:20
**cultures** [1] - 61:24
**cumulative** [5] - 65:7, 142:1, 144:11, 172:8, 175:15
**cup** [2] - 158:9, 158:10
**cussing** [1] - 159:23
**custody** [1] - 209:22
**customer** [3] - 80:2, 80:4, 85:9
**customers** [1] - 25:10
**Customs** [2] - 125:7, 196:9
**cut** [6] - 13:21, 41:18, 96:9, 135:7, 147:6, 195:17
**cutting** [1] - 57:25

**D**

**D4** [1] - 45:15

8

**dad** [2] - 178:6, 178:7
**daily** [2] - 26:3, 91:5
**Dakota** [2] - 23:18, 24:9
**damage** [2] - 77:18, 162:1
**danger** [4] - 65:17, 65:20, 65:24, 123:17
**date** [13] - 11:19, 26:19, 48:9, 48:11, 64:19, 77:4, 97:10, 97:11, 110:14, 110:15, 113:7, 113:8, 226:9
**dates** [3] - 41:11, 193:19, 226:9
**days** [20] - 38:15, 60:11, 64:20, 64:22, 97:16, 99:10, 99:15, 102:15, 102:16, 102:25, 103:1, 118:15, 144:22, 144:23, 144:25, 145:19, 145:23, 184:8, 193:12, 198:6
**DC** [2] - 1:16, 1:18
**dead** [6] - 70:24, 162:9, 162:10, 162:21, 165:11, 193:1
**deaf** [1] - 192:25
**deal** [2] - 31:2, 80:18
**dealership** [3] - 58:4, 132:15, 135:3
**dealerships** [2] - 135:1
**deals** [1] - 94:25
**debinding** [2] - 58:21, 58:22
**debt** [2] - 222:1, 224:15
**debts** [4] - 138:2, 154:15, 154:17, 154:18
**December** [16] - 6:21, 77:5, 78:9, 79:12, 79:13, 93:24, 102:24, 105:11, 105:12, 105:13, 111:9, 166:19, 167:5, 167:18, 174:4
**deception** [2] - 180:19, 181:21
**decide** [3] - 203:16, 203:24, 214:11
**decided** [3] - 70:15, 211:2, 211:3
**decides** [1] - 54:24
**decision** [5] - 34:10, 34:11, 67:11, 137:1,

210:18
**decisions** [1] - 162:13
**Declarant** [2] - 95:7, 95:14
**Declarant's** [3] - 95:9, 95:12, 95:16
**declined** [1] - 126:8
**decorated** [1] - 116:3
**dedicated** [1] - 178:15
**deep** [1] - 81:7
**Defendant** [8] - 1:6, 2:3, 2:15, 94:18, 146:4, 216:16, 221:23, 223:22
**DEFENDANT** [1] - 1:19
**Defendant's** [7] - 94:22, 191:13, 191:23, 192:1, 192:2, 192:13
**Defense** [3] - 31:3, 120:23, 196:21
**defense** [13] - 94:20, 94:21, 201:21, 219:18, 219:19, 220:2, 220:3, 220:5, 220:20, 220:24, 220:25, 221:5
**defined** [3] - 210:22, 214:21, 214:23
**definitely** [2] - 28:15, 153:18
**definition** [4] - 209:8, 213:20, 214:22, 214:25
**delete** [1] - 100:22
**deleted** [2] - 99:10, 101:5
**deleting** [1] - 102:1
**deliberations** [1] - 197:22
**deliver** [2] - 74:9, 161:15
**delivered** [4] - 74:1, 75:6, 75:7, 84:7
**Delta** [1] - 11:25
**demand** [3] - 18:20, 19:23, 85:9
**demanded** [3] - 194:12, 194:15, 194:18
**demanding** [2] - 91:7, 91:11
**demands** [1] - 86:14
**demonstrated** [2] - 80:4, 179:1
**denied** [2] - 126:16, 197:4
**Department** [12] - 45:2, 109:18,

120:10, 120:15, 122:4, 122:20, 122:25, 123:6, 123:11, 191:6, 212:17, 213:17
**departure** [2] - 87:12, 166:18
**depiction** [1] - 46:8
**deployed** [5] - 117:18, 177:4, 177:6, 178:17, 178:18
**deposited** [2] - 181:7, 181:8
**deposition** [1] - 95:11
**deposits** [4] - 48:7, 92:7, 181:23, 181:24
**depressed** [1] - 169:7
**depth** [1] - 60:5
**Deputy** [2] - 33:6, 33:9
**deputy** [1] - 10:10
**derogative** [1] - 136:14
**derogatory** [1] - 136:8
**describe** [2] - 104:12, 223:7
**describing** [1] - 152:2
**Desert** [2] - 117:19, 178:15
**design** [1] - 29:15
**desire** [1] - 179:1
**destroy** [1] - 127:15
**detail** [2] - 5:25, 42:8
**detained** [9] - 5:9, 6:23, 94:12, 150:23, 159:12, 161:14, 166:21, 190:24, 191:2
**detection** [1] - 181:23
**detention** [1] - 191:3
**determine** [2] - 4:3, 10:6
**develop** [3] - 19:15, 51:20, 51:22
**device** [1] - 94:11
**devices** [7] - 64:8, 111:2, 111:4, 111:6, 114:4, 114:7
**dialed** [1] - 156:5
**diary** [4] - 148:23, 149:1, 150:16, 185:3
**dictating** [1] - 146:15
**differ** [1] - 204:2
**difference** [7] - 47:24, 57:19, 57:21, 125:11, 172:8, 224:8, 224:9
**differences** [4] - 47:19, 62:25, 78:18, 78:25
**different** [15] - 16:3,

18:24, 61:21, 61:23, 61:24, 73:23, 82:15, 85:19, 102:19, 114:15, 128:7, 136:22, 162:11, 211:7
**difficulty** [1] - 217:20
**digital** [1] - 224:7
**dilemma** [1] - 8:7
**dinner** [1] - 143:2
**direct** [7] - 53:10, 72:14, 72:15, 86:17, 129:14, 152:8, 226:23
**DIRECT** [1] - 10:21
**Direct** [1] - 2:3
**directed** [2] - 3:11, 63:21
**directing** [2] - 71:10, 176:24
**directly** [3] - 43:10, 127:23, 192:23
**disagreed** [1] - 20:18
**disagreement** [5] - 24:2, 58:23, 59:4, 59:7, 59:12
**disappear** [1] - 73:21
**Discharge** [1] - 12:8
**discharge** [2] - 12:7, 118:20
**discharged** [2] - 12:5, 118:22
**disciplines** [2] - 85:19, 85:21
**disclose** [4] - 3:25, 5:10, 7:12, 9:1
**disclosed** [2] - 5:20, 7:25
**disclosure** [6] - 126:21, 126:24, 127:2, 127:5, 127:7, 127:12
**Discover** [4] - 222:7, 223:2, 223:9, 223:10
**discuss** [5] - 3:4, 78:18, 78:24, 81:2, 198:8
**discussed** [8] - 4:4, 7:6, 8:2, 27:23, 28:6, 60:4, 60:5, 191:22
**discussing** [1] - 7:23
**discussion** [6] - 3:1, 93:20, 95:1, 96:11, 170:22, 171:20
**disloyalty** [1] - 61:23
**dismissed** [2] - 199:9, 200:2
**displaced** [1] - 180:11
**dispute** [5] - 20:12, 20:22, 20:25, 75:19,

215:8
**disputing** [1] - 75:17
**dissatisfied** [1] - 105:4
**distinction** [1] - 172:7
**distinguish** [1] - 208:10
**DISTRICT** [2] - 1:1, 1:1
**District** [8] - 207:23, 208:8, 210:4, 216:2, 226:4, 226:17, 226:18
**doable** [1] - 32:21
**document** [12] - 3:19, 15:20, 42:17, 123:14, 123:16, 177:24, 179:5, 179:8, 179:9, 179:20, 208:5, 221:20
**documented** [2] - 181:18, 181:20
**documents** [2] - 146:24, 149:15
**DOJ** [2] - 1:14, 1:17
**DOJ-Crm** [1] - 1:17
**DOJ-Nsd** [1] - 1:14
**dollar** [1] - 136:23
**dollars** [4] - 134:7, 153:6, 155:12, 187:23
**done** [28] - 14:24, 19:25, 44:11, 48:3, 54:9, 61:25, 62:15, 69:8, 70:16, 77:17, 91:4, 101:11, 120:18, 120:21, 124:15, 128:24, 128:25, 142:23, 146:17, 154:20, 154:22, 154:24, 174:19, 174:20, 189:16, 197:20, 203:11
**donna** [1] - 62:20
**Donnelly(sic** [2] - 84:23, 113:11
**door** [6] - 107:22, 107:25, 108:4, 108:8, 108:9, 168:12
**doors** [1] - 107:20
**doubt** [6] - 32:6, 69:16, 75:14, 132:12, 164:14, 211:5
**down** [27] - 11:11, 21:16, 25:10, 46:1, 51:19, 54:13, 55:13, 64:7, 74:13, 89:5, 89:6, 97:21, 108:4,

9

108:8, 108:10, 118:7, 120:5, 127:4, 133:10, 142:23, 157:7, 158:25, 182:16, 188:19, 196:20, 213:23, 222:3
**downloaded** [1] - 174:21
**DPMS** [1] - 30:25
**draw** [2] - 199:13, 217:4
**Drawing** [2] - 101:21, 101:22
**drawings** [3] - 79:20, 101:14, 101:15
**drawn** [1] - 80:12
**drawn-out** [1] - 80:12
**dresser** [1] - 149:13
**dried** [1] - 182:17
**drill** [7] - 25:6, 45:15, 45:16, 47:18, 81:7, 84:20, 182:17
**drilling** [2] - 81:8, 85:21
**drills** [6] - 81:10, 81:19, 84:14, 84:19, 130:10
**drive** [4] - 107:1, 107:9, 150:11, 150:13
**driven** [1] - 31:21
**driver** [1] - 168:13
**drives** [1] - 174:21
**driving** [5] - 97:21, 108:25, 131:18, 131:20, 132:3
**dropped** [1] - 179:4
**drug** [1] - 146:3
**dual** [1] - 47:3
**Dubai** [2] - 27:18, 28:16
**DULY** [1] - 10:16
**duress** [7] - 202:19, 202:21, 202:22, 202:25, 203:12, 203:25
**during** [26] - 12:3, 14:23, 19:22, 22:2, 32:7, 36:2, 49:17, 61:1, 61:5, 67:23, 76:3, 77:10, 106:11, 107:4, 112:6, 115:1, 118:17, 143:20, 147:4, 161:3, 162:12, 167:4, 167:13, 167:18, 171:3, 217:15
**duty** [2] - 153:5, 178:25

# E

**ear** [3] - 122:14, 168:2, 192:25
**early** [15] - 55:8, 77:5, 80:1, 80:14, 80:19, 81:23, 85:7, 85:10, 86:17, 106:24, 109:2, 112:25, 126:9, 174:4, 218:11
**earn** [1] - 183:21
**earned** [1] - 90:13
**ease** [1] - 106:17
**East** [8] - 12:3, 27:19, 117:15, 119:9, 177:4, 179:6, 179:9, 179:21
**Eastern** [1] - 100:17
**easy** [3] - 56:3, 84:13, 136:11
**economic** [1] - 136:19
**economically** [1] - 44:12
**economics** [2] - 59:5, 59:18
**editorialize** [1] - 152:10
**effect** [3] - 189:18, 189:21, 223:16
**eight** [4] - 73:12, 117:4, 146:15, 166:13
**either** [15] - 6:5, 9:16, 59:8, 124:4, 129:24, 145:2, 151:25, 188:23, 209:23, 211:22, 213:9, 215:11, 217:13, 217:23, 224:5
**Eldorado** [4] - 81:14, 81:24, 128:5, 193:18
**election** [1] - 18:17
**electrical** [5] - 80:16, 133:18, 133:19, 182:13, 182:14
**electronic** [4] - 111:2, 114:3, 222:8, 223:11
**element** [19] - 200:14, 200:18, 201:3, 201:5, 201:7, 201:17, 201:18, 202:2, 202:7, 205:8, 205:9, 205:22, 206:2, 206:7, 206:20, 208:16, 217:9
**elements** [6] - 201:13, 203:17, 204:3, 211:10, 224:2
**Elina** [30] - 42:21,

42:22, 49:9, 49:12, 54:19, 64:1, 64:7, 73:15, 74:2, 74:6, 74:20, 87:6, 87:10, 87:11, 87:14, 87:16, 142:25, 145:18, 150:14, 160:22, 161:3, 161:6, 161:8, 161:13, 161:15, 161:19, 162:24, 163:24, 190:9, 194:12
**email** [7] - 34:15, 42:18, 42:20, 43:2, 48:11, 74:3, 194:12
**emailed** [1] - 74:4
**emails** [1] - 74:21
**embarrass** [1] - 146:23
**embarrassed** [6] - 65:14, 65:15, 142:3, 143:7, 143:8, 146:19
**emergency** [1] - 109:16
**emotional** [3] - 159:6, 165:3, 166:16
**emotionality** [1] - 158:18
**emotionally** [3] - 164:14, 164:21, 164:25
**employ** [1] - 56:6
**employee** [6] - 20:8, 20:10, 43:15, 163:17, 163:20, 189:24
**employees** [21] - 19:2, 43:13, 48:21, 49:3, 79:16, 86:11, 114:20, 114:22, 124:18, 124:20, 126:21, 126:24, 127:11, 127:17, 127:22, 137:13, 137:17, 137:21, 168:24, 169:19, 183:15
**employment** [1] - 61:6
**encounter** [3] - 55:6, 55:19, 67:23
**encountered** [1] - 63:18
**encourage** [1] - 36:5
**end** [13] - 20:13, 22:6, 23:17, 23:25, 24:4, 34:21, 46:15, 102:6, 110:8, 168:18, 174:1, 192:21
**End** [3] - 31:24, 32:2, 44:25

**ended** [3] - 24:1, 24:2, 193:1
**Enden** [3] - 123:24, 129:3, 166:5
**ending** [1] - 23:25
**Enforcement** [1] - 169:10
**enforcement** [1] - 17:24
**engage** [1] - 203:20
**engineer** [9] - 50:12, 50:18, 51:1, 54:8, 55:22, 93:5, 136:17, 136:19, 184:8
**engineering** [2] - 52:14, 93:4
**English** [2] - 97:20, 105:25
**enjoy** [1] - 21:6
**enjoyed** [3] - 18:13, 154:3, 154:5
**enlarged** [1] - 204:18
**enlisted** [1] - 117:1
**ensure** [2] - 51:12, 56:18
**ensured** [1] - 75:7
**entered** [3] - 118:11, 118:13, 118:15
**entertain** [1] - 3:17
**entire** [10] - 155:20, 156:14, 156:16, 156:18, 156:19, 212:22, 216:22, 217:2, 217:3, 217:19
**entitled** [2] - 9:3, 185:2
**equipment** [3] - 48:21, 79:16, 137:2
**erasing** [1] - 102:1
**Erbil** [13] - 5:5, 103:9, 103:10, 106:25, 107:1, 108:16, 109:4, 109:6, 109:18, 110:3, 110:10, 156:7, 181:10
**ergonomic** [1] - 29:18
**errands** [1] - 106:23
**erratic** [1] - 78:19
**error** [1] - 7:3
**escalating** [1] - 144:13
**escape** [1] - 111:16
**escaped** [1] - 106:22
**escort** [1] - 106:18
**escorted** [1] - 110:5
**especially** [5] - 43:20, 43:21, 61:22, 171:7, 204:19
**ESQ** [4] - 1:11, 1:14,

1:17, 1:20
**essentially** [2] - 4:12, 44:9
**estimate** [1] - 140:18
**Estonia** [18] - 54:18, 60:8, 60:9, 60:13, 74:6, 78:10, 78:12, 78:13, 78:15, 79:4, 130:5, 130:7, 161:16, 161:17, 173:6, 173:8, 173:19, 194:9
**Estonian** [4] - 4:17, 5:17, 161:22, 183:23
**Estonians** [25] - 4:24, 34:19, 50:21, 66:25, 69:15, 72:21, 73:13, 76:18, 86:12, 86:16, 86:18, 87:2, 87:3, 90:25, 112:7, 112:12, 114:25, 115:7, 115:18, 123:20, 142:12, 144:9, 149:7, 169:22, 188:24
**etc** [5] - 21:18, 32:8, 54:17, 161:2, 222:24
**ethically** [1] - 7:17
**EU** [1] - 100:18
**Eugene** [1] - 29:15
**Europe** [2] - 57:13, 134:18
**European** [4] - 107:20, 135:23, 136:5, 136:16
**European-type** [1] - 107:20
**evaluated** [1] - 77:10
**evening** [2] - 198:7, 198:12
**event** [4] - 9:16, 63:6, 94:8, 200:12
**events** [3] - 95:19, 211:19, 213:1
**eventually** [11] - 36:11, 36:19, 51:4, 68:1, 102:8, 104:4, 133:6, 167:20, 167:22, 168:1, 168:3
**evidence** [21] - 5:11, 16:8, 60:17, 94:11, 130:13, 130:16, 170:19, 173:25, 192:3, 196:23, 197:6, 202:20, 202:22, 206:23, 212:13, 213:14, 214:6, 215:6, 220:23, 224:17
**evolving** [1] - 39:12

**10**

**ex** [7] - 22:18, 84:9, 104:6, 138:6, 167:16, 167:21, 192:21
**ex-wife** [6] - 22:18, 84:9, 104:6, 167:16, 167:21, 192:21
**ex-wives** [1] - 138:6
**exact** [12] - 11:19, 26:19, 64:19, 97:11, 110:15, 136:1, 136:2, 139:24, 140:17, 141:2, 150:10, 193:19
**exactly** [6] - 49:10, 124:8, 125:10, 142:19, 214:17, 222:18
**examination** [3] - 94:19, 95:8, 219:1
**EXAMINATION** [4] - 10:21, 113:25, 176:22, 193:6
**examine** [1] - 113:23
**examined** [1] - 9:17
**example** [3] - 53:5, 88:19, 212:5
**except** [3] - 99:16, 210:25, 222:11
**Excerpt** [5] - 2:13, 2:13, 170:16, 170:18, 171:22
**excerpts** [1] - 150:17
**exchanging** [2] - 105:1, 105:13
**exculpatory** [2] - 218:11, 218:22
**excuse** [9] - 33:6, 57:16, 123:9, 139:6, 175:7, 175:16, 176:1, 198:1, 212:9
**excused** [1] - 198:7
**Executive** [1] - 49:15
**exercise** [1] - 71:16
**Exhibit** [26] - 2:8, 2:9, 2:9, 2:10, 2:10, 2:11, 2:11, 2:12, 2:14, 2:16, 70:7, 70:8, 117:21, 134:6, 138:25, 139:13, 139:21, 139:25, 151:2, 172:20, 173:25, 177:19, 191:13, 192:2, 192:13
**exhibit** [3] - 82:13, 177:22, 199:17
**exhibits** [1] - 191:12
**Exhibits** [1] - 191:24
**exit** [1] - 96:7

**expanded** [1] - 18:23
**expect** [3] - 7:15, 9:20, 198:3
**expenses** [1] - 40:9
**expensive** [4] - 13:19, 111:13, 137:24, 138:19
**experience** [3] - 21:19, 55:13, 55:14
**experienced** [1] - 159:4
**expertise** [2] - 182:23, 182:24
**explain** [14] - 5:24, 15:24, 29:14, 31:25, 39:10, 61:20, 61:21, 66:5, 70:13, 85:17, 91:23, 97:6, 109:19, 116:13
**explained** [3] - 26:21, 26:22, 150:6
**explaining** [1] - 44:8
**explains** [1] - 112:22
**explanation** [3] - 70:18, 202:1, 203:23
**Export** [1] - 1:15
**export** [39] - 32:4, 32:8, 46:22, 48:4, 119:19, 119:22, 200:19, 200:24, 200:25, 201:19, 201:20, 201:21, 202:5, 202:8, 202:9, 204:14, 204:15, 205:7, 205:10, 205:11, 205:14, 205:15, 205:17, 205:18, 205:21, 206:3, 206:5, 206:10, 206:15, 206:22, 206:25, 207:3, 207:4, 207:12, 219:18, 220:2
**exported** [22] - 166:24, 167:1, 200:15, 200:19, 200:20, 200:24, 200:25, 201:19, 201:21, 202:2, 202:8, 202:10, 205:6, 205:10, 205:12, 205:20, 206:3, 206:6, 206:12, 206:13, 206:14, 207:5
**exporter** [2] - 129:17, 129:18
**exporting** [11] - 48:2, 120:20, 121:16,

122:1, 122:17, 122:23, 123:8, 128:4, 128:21, 129:2, 220:17
**expose** [2] - 146:25
**exposure** [1] - 146:17
**express** [1] - 95:13
**expression** [1] - 217:20
**extensively** [3] - 63:2, 154:23, 196:4
**extent** [6] - 3:17, 52:15, 75:20, 171:15, 199:23, 217:12
**extra** [2] - 111:17, 153:9
**extremely** [1] - 190:5
**eyeballs** [1] - 166:7
**eyes** [1] - 132:16

## F

**fabricated** [1] - 95:14
**face** [1] - 97:24
**Facebook** [3] - 27:14, 104:14, 104:16
**faced** [1] - 86:13
**facilitate** [1] - 160:25
**facility** [6] - 44:5, 52:21, 61:1, 80:10, 108:1, 212:17
**fact** [27] - 5:13, 7:2, 8:23, 9:21, 32:11, 49:2, 56:19, 116:25, 123:4, 125:6, 136:6, 143:24, 164:8, 165:12, 172:15, 179:6, 183:17, 199:13, 201:6, 201:18, 203:17, 204:2, 213:5, 214:4, 214:9, 217:21, 218:2
**faction** [1] - 6:6
**factor** [4] - 41:14, 41:23, 41:24, 42:4
**factories** [2] - 132:13
**factory** [26] - 18:25, 19:2, 19:6, 37:10, 37:11, 38:7, 48:7, 48:22, 53:16, 53:21, 54:4, 60:7, 92:21, 107:10, 117:10, 119:25, 122:5, 122:21, 132:9, 135:2, 136:4, 164:5, 182:21, 183:6, 183:7, 219:5
**facts** [5] - 213:13, 216:19, 217:13,

217:17, 217:25
**factual** [3] - 203:18, 211:24, 214:8
**factually** [2] - 213:24, 213:25
**fade** [1] - 29:1
**faded** [1] - 91:14
**fail** [3] - 154:12, 187:23, 188:18
**failed** [5] - 21:22, 154:11, 187:19, 188:20
**fails** [1] - 93:24
**failure** [3] - 123:16, 154:6, 187:17
**fair** [6] - 15:2, 21:17, 24:19, 29:12, 92:12, 153:11
**fall** [2] - 49:8, 54:7
**Fall** [1] - 126:9
**falling** [1] - 46:18
**Fallujah** [1] - 212:22
**false** [3] - 218:11, 218:21, 219:4
**familiar** [2] - 21:17, 58:10
**family** [4] - 4:18, 5:18, 6:6, 35:15
**fancy** [1] - 139:18
**fanuc** [1] - 58:8
**far** [10] - 6:22, 26:13, 65:13, 81:3, 85:8, 100:6, 121:17, 190:2, 197:25, 222:12
**Fargo** [9] - 38:24, 38:25, 181:9, 222:6, 222:7, 223:10, 223:18, 224:6, 224:16
**Faruk** [45] - 35:8, 35:9, 35:11, 35:12, 35:15, 35:17, 35:18, 39:18, 43:1, 43:5, 43:9, 43:10, 43:11, 43:15, 77:14, 77:22, 90:22, 98:4, 99:20, 127:4, 131:18, 132:5, 132:12, 132:15, 152:5, 152:15, 152:16, 152:19, 152:21, 152:25, 153:2, 153:8, 153:16, 153:19, 153:25, 164:22, 165:6, 165:7, 168:20, 183:19, 186:11, 186:12, 187:2, 187:9
**Faruk's** [2] - 35:18,

167:7
**Faruks** [4] - 36:4, 53:22, 152:6, 186:7
**fashion** [2] - 9:17, 160:11
**faster** [2] - 165:20, 165:24
**fatal** [2] - 69:8, 69:14
**Fayetteville** [3] - 11:8, 12:22, 14:5
**FBI** [15] - 84:23, 85:3, 94:14, 113:4, 113:9, 113:11, 124:7, 125:19, 125:20, 125:22, 125:24, 126:2, 126:12, 126:18, 169:13
**fear** [4] - 4:23, 5:10, 5:20, 168:25
**feasibility** [4] - 44:21, 44:24, 135:6, 188:3
**Feasibility** [8] - 37:24, 37:25, 42:9, 43:2, 43:23, 48:8, 123:10, 223:25
**feasible** [1] - 56:9
**February** [24] - 6:21, 85:10, 93:13, 94:1, 94:8, 96:4, 102:8, 102:9, 102:10, 102:13, 102:24, 110:8, 110:15, 110:16, 112:4, 112:6, 125:8, 167:5, 167:18, 193:8, 194:24, 196:8, 203:6
**fed** [1] - 160:24
**Federal** [1] - 16:10
**feeding** [1] - 72:23
**fees** [1] - 184:11
**fell** [1] - 157:7
**fella** [1] - 15:12
**fellow** [3] - 32:15, 76:18
**felt** [3] - 121:14, 203:11, 203:13
**few** [8] - 38:15, 53:15, 75:4, 97:16, 99:10, 176:24, 193:12, 205:6
**FFL** [2] - 15:13, 16:22
**FFL-07** [2] - 15:5, 15:10
**fiction** [1] - 116:7
**fields** [2] - 23:18, 24:8
**fight** [3] - 115:8, 115:9, 115:11
**figure** [2] - 28:11, 61:25
**figured** [1] - 35:25

**11**

file [7] - 3:7, 3:11, 3:13, 5:12, 6:12, 6:19
filed [4] - 3:15, 171:1, 199:10, 208:5
files [4] - 99:10, 99:11, 101:15, 101:16
Filipino [1] - 183:22
Filipinos [1] - 49:11
final [1] - 217:8
finally [1] - 93:13
finances [1] - 149:21
Financial [1] - 20:14
financial [2] - 127:13, 127:14
financially [1] - 127:15
financials [1] - 61:10
fine [6] - 160:3, 160:4, 209:10, 212:10, 222:11, 224:18
fines [1] - 123:17
finger [3] - 158:4, 158:6, 195:17
finish [4] - 19:6, 24:7, 136:14, 212:8
finished [2] - 48:22, 137:4
finishes [2] - 145:10, 145:11
finishing [1] - 44:5
Finland [1] - 82:6
firearm [9] - 16:1, 16:20, 16:22, 16:23, 17:25, 19:7, 22:10, 80:21, 93:8
firearms [8] - 13:14, 16:15, 21:6, 30:20, 89:22, 89:23, 107:10, 180:20
Firearms [2] - 16:11, 16:25
firing [18] - 45:23, 46:13, 46:14, 46:15, 46:16, 46:17, 82:14, 82:21, 83:7, 83:9, 83:20, 83:23, 119:22, 123:5, 190:20, 193:21, 204:15, 220:7
First [1] - 200:22
first [58] - 5:15, 13:5, 13:8, 14:10, 15:23, 18:25, 19:16, 28:11, 32:3, 34:25, 35:24, 35:25, 38:21, 39:8, 39:12, 42:16, 42:17, 51:1, 51:16, 55:6, 55:19, 66:23, 67:23, 73:15, 74:3, 80:11, 80:20, 85:20, 98:11,

101:14, 105:21, 109:22, 112:17, 133:21, 144:23, 152:17, 161:23, 178:5, 181:11, 192:22, 199:6, 200:14, 200:17, 200:18, 201:7, 201:13, 201:17, 202:2, 202:7, 202:11, 205:8, 205:9, 205:21, 206:2, 206:7, 207:10, 211:18, 219:17
fists [2] - 195:9, 195:11
fit [4] - 30:6, 30:8, 139:18, 217:17
five [6] - 19:3, 19:4, 22:1, 97:16, 99:15, 143:21
fix [1] - 136:25
fixer [1] - 106:23
fixing [1] - 18:14
fixture [1] - 57:24
fixture-making [1] - 57:24
fixtures [1] - 58:1
flag [5] - 108:24, 151:20, 151:21, 151:25, 213:4
flew [2] - 29:5, 110:6
flight [4] - 55:9, 96:23, 97:2, 184:10
flip [1] - 52:20
float [1] - 25:23
floats [1] - 46:16
floor [5] - 6:16, 107:2, 108:6, 133:10, 133:18
fly [4] - 110:9, 144:14, 169:25
flying [3] - 151:20, 151:25, 213:4
FNUSA [1] - 30:24
focus [3] - 70:1, 219:18, 220:2
fold [1] - 19:21
follow [1] - 197:14
following [2] - 3:1, 201:22
FOLLOWS [1] - 10:17
food [4] - 72:20, 72:24, 106:18, 160:13
football [1] - 45:18
FOR [3] - 1:1, 1:10, 1:19
force [3] - 96:8,

131:18, 131:20
forced [1] - 203:20
forceful [1] - 91:22
Forces [4] - 14:5, 115:20, 116:10, 116:23
forces [1] - 46:2
forcing [1] - 168:7
Ford [2] - 132:14, 135:2
foreclosed [1] - 217:16
foregoing [3] - 226:7, 226:10, 226:22
Foreign [2] - 118:9, 162:22
foreign [5] - 118:11, 118:13, 118:15, 146:14, 146:15
foresee [1] - 101:23
forged [2] - 47:21, 47:22
form [6] - 6:14, 16:7, 189:10, 199:12, 210:21, 221:18
formally [1] - 199:17
former [2] - 14:5, 145:25
forth [8] - 6:10, 23:20, 27:15, 29:1, 95:6, 194:4, 211:12, 226:9
fortune [1] - 15:10
forward [5] - 35:23, 44:6, 95:22, 188:17, 189:16
foundation [10] - 59:6, 59:14, 65:21, 65:25, 69:10, 70:4, 86:24, 101:1, 186:13, 187:10
four [8] - 97:16, 99:15, 103:15, 106:4, 118:18, 168:10, 184:9, 223:4
fourth [2] - 206:1, 217:9
frame [2] - 79:11, 85:24
fraud [4] - 221:21, 222:22, 223:22, 224:8
Frederick [5] - 208:7, 208:8, 208:13, 209:19
free [5] - 46:16, 104:1, 215:13, 217:25, 218:1
free-floats [1] - 46:16
friend's [1] - 22:17
friendly [1] - 20:19

friends [5] - 18:19, 22:15, 22:19, 106:16, 138:9
front [11] - 46:4, 74:2, 105:25, 108:10, 108:13, 120:17, 124:11, 152:17, 177:9, 177:16, 179:4
fulfill [1] - 135:20
full [3] - 14:5, 52:13, 200:17
fully [6] - 16:17, 18:1, 90:17, 116:13, 171:16, 211:2
funds [4] - 88:23, 90:2, 105:16, 223:18
Funds [1] - 120:7
funny [2] - 136:3, 182:15
furious [1] - 144:7
furl [2] - 161:11, 161:25
furnished [9] - 138:14, 200:20, 200:25, 201:20, 202:9, 205:11, 206:6, 206:11, 207:5
furnishing [1] - 202:4

## G

gained [1] - 129:24
game [1] - 34:12
gaps [1] - 199:14
garage [5] - 108:5, 139:10, 139:16, 139:17, 139:18
gas [22] - 31:21, 45:23, 45:24, 45:25, 46:1, 46:4, 47:13, 47:14, 82:21, 83:3, 83:9, 83:21, 83:22, 119:22, 123:5, 128:21, 128:23, 193:22, 204:15, 220:7
Gauges [2] - 129:7, 129:8
gearing [1] - 136:7
Gene [2] - 31:7, 31:9
General [1] - 12:8
generalize [1] - 140:16
generalized [1] - 15:24
generally [1] - 121:21
generous [2] - 138:11, 138:13
gentleman [1] - 15:13
gentlemen [3] - 72:18,

99:20, 206:17
Geopolitical [1] - 132:17
George [3] - 163:25, 190:3, 190:10
German [1] - 209:15
Germany [3] - 134:22, 209:1, 209:14
Ghraib [1] - 121:8
Gino [2] - 202:17, 204:7
GINO [1] - 1:20
girlfriend [9] - 64:2, 106:5, 110:19, 127:6, 144:6, 158:22, 167:14, 167:19, 192:22
girls [1] - 157:19
given [10] - 8:10, 48:16, 60:11, 95:9, 160:12, 160:13, 208:3, 211:21, 214:25, 218:19
GL350 [1] - 139:22
glass [1] - 13:10
Global [1] - 128:22
Glock [1] - 120:4
goal [7] - 51:22, 51:24, 52:17, 53:24, 133:21, 135:14, 137:3
Goda(phonetic [1] - 35:7
goods [1] - 20:2
Google [2] - 114:9, 213:7
goon [3] - 152:5, 152:15, 152:16
goons [4] - 152:19, 152:21, 153:2, 153:16
Goran [14] - 68:2, 77:2, 158:6, 163:23, 164:5, 164:19, 165:1, 165:13, 174:13, 174:16, 176:5, 176:6, 176:10, 190:7
Gothman [1] - 118:2
government [3] - 140:13, 175:5, 220:13
GOVERNMENT [1] - 1:10
Government [72] - 2:7, 3:20, 3:23, 3:25, 7:7, 7:10, 7:15, 7:21, 8:2, 8:10, 8:20, 8:22, 9:15, 9:20, 14:10, 38:15, 42:10, 57:5,

**12**

75:22, 93:24, 94:10, 94:16, 114:3, 117:21, 119:12, 119:15, 130:9, 131:4, 131:15, 131:19, 131:20, 134:6, 138:25, 139:13, 139:21, 139:25, 151:2, 153:22, 153:24, 161:22, 161:23, 164:15, 165:15, 173:25, 176:25, 177:8, 179:4, 179:24, 184:16, 186:3, 187:16, 191:23, 196:23, 199:3, 199:8, 200:15, 200:18, 200:21, 201:25, 202:7, 204:11, 205:9, 206:2, 208:4, 209:16, 210:4, 213:15, 214:17, 216:24, 221:13, 222:5, 223:24
**government's** [1] - 48:10
**Government's** [11] - 5:11, 5:24, 10:4, 36:15, 70:6, 70:7, 82:10, 177:19, 201:4, 204:9, 223:8
**Governmental** [1] - 169:3
**grabbed** [2] - 111:17, 163:4
**grade** [2] - 47:20
**Grand** [2] - 36:3, 149:14
**grandfather** [2] - 29:16, 29:25
**grave** [1] - 123:17
**gravel** [2] - 158:2, 158:3
**greasy** [2] - 154:25, 155:3
**Greece** [11] - 50:22, 58:17, 63:11, 63:12, 64:20, 78:18, 78:24, 106:5, 137:25, 141:21, 194:7
**greedy** [1] - 143:9
**Greek** [3] - 163:20, 183:23, 189:24
**Greeks** [1] - 49:10
**grocery** [1] - 106:17
**grooves** [2] - 29:19, 45:19
**Gross** [1] - 156:8

**ground** [3] - 23:14, 95:17, 195:20
**Group** [9] - 35:8, 35:11, 35:12, 35:18, 131:18, 131:25, 132:12, 144:20, 168:20
**group** [3] - 22:19, 41:17, 83:12
**Guantanamo** [2] - 121:8, 210:10
**Guard** [2] - 11:17, 116:25
**guard** [2] - 108:5, 167:9
**guards** [7] - 96:24, 103:16, 106:2, 106:4, 106:15, 152:7, 168:10
**guess** [5] - 13:15, 52:16, 108:25, 143:9, 202:25
**guide** [1] - 211:23
**guilty** [2] - 216:16, 223:22
**gun** [18] - 14:6, 14:17, 17:14, 18:12, 18:21, 22:5, 22:16, 81:7, 84:20, 85:21, 126:13, 126:16, 130:10, 163:13, 163:15, 182:21
**gun-making** [1] - 130:10
**guns** [19] - 13:17, 15:7, 15:11, 17:10, 17:12, 17:22, 17:24, 18:12, 18:14, 18:19, 21:6, 85:12, 126:13, 132:25, 135:19, 138:19, 138:22, 139:3, 139:8
**guy** [17] - 15:18, 28:18, 43:5, 48:24, 68:2, 91:6, 105:25, 106:23, 108:13, 108:15, 109:23, 130:4, 159:22, 162:14, 162:15, 163:25, 168:15
**guys** [6] - 76:4, 97:23, 99:22, 106:15, 174:16, 213:11

# H

**Haas** [3] - 136:1, 136:3, 136:6
**habitual** [1] - 208:16
**habitually** [2] -

208:22, 209:24
**Hague** [3] - 208:23, 209:5, 210:7
**hair** [2] - 89:17, 149:13
**Haiti** [4] - 20:14, 24:12, 119:8, 119:13
**Halal** [1] - 168:16
**half** [3] - 37:5, 135:7, 193:20
**hallway** [1] - 107:18
**hammer** [2] - 47:21, 47:22
**hand** [9] - 32:16, 49:16, 74:9, 84:6, 84:12, 126:15, 170:6, 203:9, 216:8
**hand-deliver** [1] - 74:9
**handcuffs** [1] - 97:4
**handed** [2] - 125:19, 170:24
**handle** [1] - 19:5
**handled** [1] - 203:23
**handles** [1] - 107:21
**hands** [1] - 160:17
**hang** [1] - 106:9
**happy** [3] - 101:11, 103:22, 103:24
**harassing** [1] - 171:4
**hard** [9] - 15:9, 122:14, 150:11, 150:13, 163:5, 163:21, 174:21, 188:6, 188:8
**hardest** [1] - 84:13
**harm** [2] - 173:6, 203:13
**hashish** [3] - 144:9, 174:23, 174:24
**HAVING** [1] - 10:16
**Hawre** [1] - 35:7
**head** [12] - 78:6, 131:22, 131:25, 135:5, 135:6, 144:18, 144:19, 157:21, 163:4, 163:9, 164:6, 195:6
**heads** [2] - 165:20, 165:24
**hear** [12] - 3:21, 9:3, 33:22, 122:15, 155:7, 179:16, 190:10, 197:9, 197:11, 197:21, 198:13
**heard** [45] - 9:4, 14:8, 14:18, 15:12, 19:2, 20:5, 20:10, 24:13, 26:6, 32:7, 34:18, 39:2, 43:7, 44:1,

45:22, 45:23, 49:2, 50:21, 52:10, 56:10, 56:21, 59:24, 60:7, 60:15, 60:18, 64:25, 67:22, 68:6, 70:11, 72:14, 81:9, 81:15, 82:21, 82:24, 84:5, 86:13, 87:8, 87:11, 87:17, 89:17, 94:25, 95:1, 173:5, 173:7, 189:24
**hearing** [7] - 10:10, 95:10, 122:14, 159:12, 171:9, 179:13, 190:5
**hearings** [1] - 118:18
**hearsay** [18] - 27:4, 33:25, 57:3, 57:7, 70:17, 78:1, 78:2, 92:8, 92:11, 96:2, 98:16, 99:24, 100:3, 105:5, 112:9, 122:6, 185:13, 185:19
**heated** [2] - 87:16, 92:5
**heavily** [1] - 180:8
**heavy** [3] - 46:15, 123:17, 203:18
**hectic** [1] - 148:6
**held** [16] - 63:20, 75:8, 93:20, 102:15, 145:19, 145:23, 151:6, 160:11, 161:10, 167:5, 167:11, 170:22, 184:19, 184:22, 193:14, 208:25
**help** [7] - 4:22, 72:20, 75:10, 133:17, 159:17, 159:18, 162:4
**helped** [2] - 19:15, 185:23
**helping** [9] - 166:1, 166:2, 166:4, 166:5, 166:7, 166:9, 166:12, 185:11, 185:16
**hereby** [1] - 226:6
**hereinbefore** [1] - 226:9
**Heret** [17] - 49:9, 49:25, 61:7, 72:22, 73:16, 112:13, 123:24, 129:3, 129:12, 145:17, 150:14, 166:5, 166:9, 166:12, 173:5, 194:21, 194:22

**Heret's** [1] - 50:7
**hero** [1] - 33:4
**herself** [2] - 155:25
**Hewa** [12] - 26:5, 26:6, 26:21, 27:2, 27:7, 27:13, 34:15, 84:4, 108:14, 167:3, 169:15, 169:16
**hidden** [1] - 67:10
**hide** [4] - 160:5, 181:4, 181:21, 182:1
**high** [5] - 18:20, 22:15, 42:6, 117:2, 134:17
**high-quality** [1] - 134:17
**highest** [1] - 169:4
**highly** [1] - 44:17
**highly-specialized** [1] - 44:17
**himself** [2] - 158:24, 203:19
**HINKLEY** [20] - 1:11, 9:23, 179:10, 197:7, 198:16, 198:22, 199:1, 200:5, 202:18, 204:4, 204:6, 207:18, 216:14, 218:13, 219:8, 221:19, 223:6, 223:19, 224:17, 224:24
**Hinkley** [1] - 222:18
**hire** [1] - 23:19
**hired** [8] - 13:5, 13:13, 20:9, 24:23, 54:10, 131:13, 132:18, 132:21
**hiring** [3] - 54:12, 58:10, 131:17
**history** [2] - 11:9, 114:7
**hit** [7] - 43:20, 157:5, 157:10, 158:19, 160:20, 188:3, 189:13
**hitting** [3] - 53:2, 157:13, 163:9
**hobby** [1] - 18:16
**hold** [4] - 57:25, 197:17, 197:24, 198:11
**Holdings** [1] - 132:5
**hole** [1] - 45:16
**holes** [1] - 182:17
**holidays** [1] - 60:10
**home** [15] - 4:10, 35:25, 69:22, 70:2, 78:10, 78:12, 78:13, 86:13, 89:13, 89:15,

**13**

94:13, 102:7, 112:3, 133:16, 183:18
**Homeland** [1] - 113:12
**honest** [1] - 176:2
**Honor** [105] - 3:5, 4:7, 5:6, 5:14, 5:22, 6:17, 7:1, 7:2, 8:17, 9:8, 9:24, 10:2, 49:21, 49:22, 53:10, 57:4, 70:19, 78:2, 93:17, 93:22, 94:4, 94:10, 95:22, 100:1, 100:3, 113:17, 113:24, 116:12, 117:20, 122:12, 145:9, 152:8, 156:9, 164:15, 165:15, 170:17, 171:2, 171:25, 172:7, 172:20, 172:22, 173:24, 176:13, 176:15, 179:10, 179:12, 191:12, 191:20, 191:22, 192:4, 193:5, 196:22, 196:24, 197:1, 197:7, 198:16, 198:22, 199:1, 199:5, 199:8, 199:11, 199:22, 199:25, 201:8, 201:23, 202:12, 202:18, 204:4, 204:8, 204:10, 204:24, 206:4, 206:18, 207:14, 207:15, 208:10, 208:20, 209:8, 209:18, 210:1, 210:10, 210:14, 211:10, 211:13, 211:16, 212:10, 213:12, 214:14, 214:19, 215:2, 215:5, 215:10, 215:24, 216:21, 218:3, 219:10, 219:12, 219:22, 221:2, 221:11, 221:14, 221:19, 223:23, 224:18
**HONORABLE** [1] - 1:8
**Honorable** [1] - 12:8
**hoping** [2] - 19:1, 192:25
**horizontal** [9] - 57:9, 57:12, 57:15, 57:17, 57:18, 57:23, 58:3, 135:25, 136:24
**hornet's** [1] - 146:17

**horns** [1] - 8:7
**hospitals** [1] - 77:11
**Hotel** [1] - 149:14
**hotel** [4] - 36:3, 109:24, 110:3
**hour** [4] - 106:5, 153:6, 198:10, 198:21
**hours** [8] - 97:2, 106:6, 160:13, 171:1, 184:9, 184:10
**house** [8] - 89:23, 107:19, 113:4, 124:7, 139:16, 167:7, 167:9, 169:13
**housing** [5] - 24:11, 24:12, 79:17, 127:9, 219:3
**hum** [2] - 29:23, 195:2
**hundred** [2] - 30:17, 181:25
**hundreds** [4] - 30:8, 151:11, 151:12, 180:11
**hyperbole** [2] - 146:21, 162:9

## I

**i8** [2] - 88:20, 140:14
**Ibrahim** [1] - 26:9
**idea** [4] - 3:9, 22:24, 23:5, 206:14
**identified** [2] - 57:7, 99:23
**Identified** [1] - 2:7
**identify** [4] - 49:4, 99:22, 156:2, 223:24
**identities** [1] - 68:2
**ignorant** [1] - 32:11
**illegal** [17] - 4:18, 5:18, 48:4, 121:17, 122:2, 122:18, 122:24, 123:9, 123:24, 124:1, 124:2, 124:3, 124:5, 128:1, 130:19, 169:5
**illegality** [1] - 181:4
**illegally** [4] - 130:21, 181:6, 219:18, 220:2
**illuminated** [1] - 152:1
**imagination** [1] - 163:8
**immediately** [2] - 55:21, 63:15
**immensely** [1] - 100:13
**impeach** [2] - 172:23, 172:25
**impingement** [1] -

45:25
**implicated** [2] - 145:18, 194:17
**implied** [1] - 95:13
**import** [2] - 13:21, 32:4
**import/export** [4] - 84:2, 129:23, 130:4, 167:2
**important** [3] - 4:13, 190:21, 207:5
**improper** [1] - 95:15
**improvements** [2] - 29:17, 30:2
**IN** [1] - 1:1
**inasmuch** [1] - 221:16
**incarceration** [1] - 123:17
**incarcerations** [1] - 160:11
**inches** [2] - 135:7, 135:10
**incident** [8] - 4:15, 5:4, 65:8, 78:17, 170:6, 194:1, 194:2, 203:8
**incidents** [1] - 6:10
**inclination** [1] - 215:12
**inclined** [4] - 215:17, 218:18, 221:2, 223:13
**include** [4] - 200:22, 201:7, 202:19, 223:14
**included** [3] - 12:13, 204:12, 220:16
**includes** [2] - 210:24, 220:15
**income** [3] - 131:7, 131:10, 138:1
**inconsistent** [4] - 95:9, 170:20, 172:24, 173:1
**increase** [3] - 5:1, 135:11
**indeed** [1] - 215:7
**independent** [1] - 221:17
**India** [1] - 58:18
**indicate** [7] - 5:15, 57:7, 91:10, 131:17, 172:11, 179:5, 224:13
**indicated** [10] - 6:19, 8:12, 10:7, 14:24, 29:24, 67:15, 172:1, 187:19, 219:2, 222:8
**indicates** [1] - 188:2
**indicating** [4] - 46:14,

71:11, 99:4, 178:14
**indicted** [2] - 112:16, 112:17
**indictment** [19] - 4:16, 6:11, 94:6, 199:10, 199:11, 199:16, 199:22, 200:5, 204:13, 204:18, 204:23, 205:1, 205:6, 206:18, 219:14, 220:10, 220:15, 221:24, 222:25
**individual** [5] - 4:17, 5:17, 14:8, 16:6, 17:14
**individuals** [8] - 6:5, 16:5, 35:7, 37:25, 54:3, 69:21, 69:22, 105:19
**inferences** [1] - 199:13
**inflicted** [1] - 203:13
**influence** [2] - 95:15, 161:11
**inform** [1] - 34:11
**information** [27] - 9:10, 9:12, 22:25, 23:13, 25:3, 51:15, 64:11, 64:15, 68:23, 68:24, 69:1, 69:4, 69:5, 69:8, 69:14, 70:15, 95:18, 121:23, 159:19, 160:2, 162:11, 174:22, 185:9, 185:11, 185:16, 185:22, 185:23
**informed** [1] - 20:17
**infrastructure** [1] - 132:14
**initial** [6] - 9:19, 22:24, 23:5, 28:11, 133:22, 155:22
**initiate** [1] - 52:21
**injection** [2] - 85:22, 85:23
**inquire** [1] - 7:15
**inquiring** [4] - 29:6, 34:7, 68:24, 69:4
**inside** [2] - 83:16, 98:2
**insisting** [1] - 169:4
**Inspection** [3] - 110:23, 110:25, 111:22
**installations** [1] - 212:21
**instance** [3] - 7:10, 190:7, 206:1
**instances** [1] - 65:8

**instead** [5] - 145:7, 158:13, 160:22, 161:10, 198:1
**institution** [1] - 209:23
**instruct** [1] - 197:21
**instructed** [2] - 161:13, 210:18
**Instruction** [2] - 199:6, 200:13
**instruction** [8] - 199:12, 199:24, 200:7, 200:12, 202:19, 203:22, 218:17, 220:19
**instructional** [1] - 210:17
**instructions** [10] - 197:12, 197:19, 198:6, 198:25, 202:19, 204:1, 208:4, 213:19, 214:3, 221:18
**insular** [1] - 210:24
**insurance** [1] - 12:24
**Intelligence** [3] - 33:7, 131:22, 144:18
**intelligent** [1] - 137:19
**intend** [3] - 8:13, 95:21, 188:8
**intended** [1] - 175:10
**intends** [1] - 199:11
**intentionally** [1] - 106:18
**interchangeable** [2] - 30:10, 47:16
**interject** [1] - 21:2
**internal** [1] - 185:6
**International** [4] - 120:6, 208:15, 209:4, 209:7
**international** [2] - 208:23, 210:9
**internet** [2] - 35:13, 132:9
**interpretation** [5] - 208:24, 208:25, 210:1, 210:6, 218:2
**interpreting** [2] - 210:13, 211:25
**interrogate** [1] - 73:10
**interrogated** [1] - 4:20
**interrogating** [1] - 147:23
**interrogation** [4] - 4:25, 119:16, 160:12, 161:3
**interrupt** [1] - 19:18
**intervened** [1] - 4:22
**interviewed** [6] - 54:20, 54:22, 94:14,

**14**

111:22, 125:7, 125:19
**introduced** [3] - 94:11, 155:24, 155:25
**introducing** [2] - 122:3, 122:19
**invaded** [1] - 212:20
**investigate** [2] - 16:1, 185:2
**investigating** [1] - 186:9
**invite** [3] - 78:17, 78:24, 147:5
**invited** [4] - 29:3, 29:4, 32:17, 143:8
**invoice** [4] - 39:18, 39:19, 40:15, 40:18
**invoices** [1] - 92:3
**involve** [1] - 211:9
**involved** [13] - 3:18, 13:14, 25:8, 85:20, 125:12, 145:17, 161:23, 180:7, 186:5, 188:17, 208:14, 211:20, 213:4
**involvement** [3] - 23:16, 146:6, 180:7
**involves** [3] - 210:7, 210:10, 219:13
**involving** [3] - 4:20, 210:6, 210:14
**iPhones** [1] - 111:15
**Iran** [3] - 147:2, 180:7, 196:1
**Iranians** [1] - 180:25
**Iraq** [53] - 5:5, 6:7, 25:9, 25:13, 28:4, 29:5, 32:17, 33:2, 41:15, 48:24, 52:18, 53:7, 55:2, 61:16, 81:20, 82:2, 83:24, 84:7, 84:23, 88:23, 96:7, 103:10, 110:7, 119:19, 119:23, 119:25, 120:23, 123:22, 124:21, 125:24, 126:2, 126:5, 126:7, 126:10, 126:13, 127:25, 128:2, 128:4, 128:22, 128:23, 135:1, 146:3, 166:18, 181:10, 196:10, 200:16, 200:21, 201:1, 202:10, 212:19, 212:21, 212:22, 219:2

**Iraqi** [2] - 145:25, 212:24
**Iraqis** [1] - 180:12
**irrelevant** [3] - 170:9, 171:8
**IRS** [2] - 130:16, 130:24
**IS** [1] - 10:16
**ISIS** [17] - 41:14, 41:17, 69:6, 115:8, 115:9, 115:11, 115:13, 147:3, 152:22, 153:17, 180:7, 180:11, 180:25, 186:19, 186:23, 196:3, 196:11
**Ismail** [5] - 26:5, 26:8, 26:9, 84:4, 167:3
**Israel** [1] - 52:6
**issue** [27] - 5:15, 8:12, 19:20, 176:16, 185:6, 200:8, 200:11, 200:21, 201:8, 202:10, 203:22, 208:15, 208:19, 209:3, 211:2, 211:5, 211:20, 213:10, 213:23, 214:8, 215:10, 216:6, 216:8, 217:16, 218:17, 222:4
**issued** [1] - 109:17
**issues** [4] - 136:19, 136:20, 147:2, 203:16
**Istanbul** [2] - 110:10
**ITAR** [5] - 32:7, 206:19, 206:24, 207:7, 220:16
**item** [4] - 200:16, 201:1, 201:18, 202:2
**items** [12] - 62:4, 62:7, 81:2, 84:9, 84:11, 100:22, 122:25, 129:15, 187:4, 221:4, 221:8, 221:9
**itself** [8] - 4:1, 79:19, 95:22, 144:4, 144:11, 208:11, 212:23, 213:9

**J**

**jail** [2] - 4:9, 175:24
**janitor** [1] - 184:7
**January** [2] - 6:21, 85:10
**Jasperse** [2] - 100:5,

191:19
**JASPERSE** [123] - 1:17, 23:21, 27:4, 28:19, 31:16, 33:25, 36:6, 37:6, 39:14, 41:20, 42:1, 49:19, 49:22, 52:23, 53:9, 55:16, 56:23, 57:3, 59:1, 59:6, 59:14, 60:16, 64:4, 64:12, 65:1, 65:10, 65:21, 65:25, 68:7, 69:2, 69:10, 69:24, 70:3, 70:17, 70:25, 71:19, 71:25, 75:1, 75:24, 77:20, 78:1, 78:21, 81:16, 82:25, 84:15, 86:20, 86:24, 92:8, 93:6, 93:16, 93:18, 93:22, 94:2, 94:7, 98:16, 99:24, 100:6, 101:1, 101:6, 105:5, 112:9, 112:18, 112:20, 113:24, 114:1, 116:16, 117:20, 117:23, 122:9, 122:16, 131:3, 131:6, 138:25, 139:2, 145:14, 151:2, 151:5, 152:8, 152:14, 155:4, 155:6, 156:9, 156:21, 164:15, 164:18, 165:15, 165:18, 170:12, 170:16, 170:19, 171:11, 171:13, 171:18, 171:21, 172:4, 172:14, 172:20, 172:25, 173:4, 173:24, 174:3, 176:13, 185:13, 185:19, 186:13, 186:20, 187:10, 189:6, 191:7, 191:20, 191:25, 193:5, 193:7, 196:17, 211:16, 212:10, 212:15, 213:12, 215:16, 216:21, 217:1, 217:8, 221:14
**Jasperse's** [1] - 172:9
**jets** [1] - 136:9
**JFK** [9] - 94:12, 110:11, 110:12, 110:22, 111:18, 125:7, 125:14, 196:11, 219:1

**job** [6] - 134:11, 134:16, 136:18, 136:22, 142:17, 142:19
**jobs** [1] - 13:6
**John** [1] - 178:8
**joined** [1] - 11:17
**jointly** [1] - 209:23
**joke** [1] - 69:23
**Joseph** [1] - 23:10
**JR** [1] - 1:20
**Judge** [9] - 7:20, 145:25, 147:10, 176:15, 196:19, 198:17, 208:3, 218:10, 224:20
**judges** [1] - 147:12
**Judges** [1] - 147:13
**judgment** [1] - 212:12
**Judicial** [1] - 146:6
**July** [2] - 86:3, 92:17
**jump** [5] - 15:12, 22:9, 108:7, 108:10, 160:17
**jumped** [2] - 19:21, 168:11
**June** [4] - 86:3, 90:15, 92:17
**jurisdiction** [1] - 210:25
**jurisdictional** [1] - 211:9
**JUROR** [2] - 179:12, 179:15
**jurors** [1] - 179:10
**jury** [40] - 3:2, 10:10, 10:14, 10:15, 10:25, 22:9, 31:25, 60:17, 94:25, 120:17, 152:17, 153:2, 191:14, 191:16, 192:5, 192:7, 197:8, 198:7, 198:12, 199:13, 199:21, 199:23, 201:6, 202:18, 202:24, 203:16, 203:24, 204:23, 206:23, 208:4, 211:23, 211:25, 213:20, 214:11, 218:17, 221:18, 221:23, 222:24, 224:17
**JURY** [1] - 179:17

**K**

**Kadaja** [1] - 49:9
**Kadir** [6] - 91:7, 103:16, 103:18,

105:24, 168:15, 168:16
**Karzon** [2] - 105:25, 106:1
**Kawasaki** [1] - 141:9
**KDP** [1] - 180:16
**keep** [26] - 19:19, 19:23, 23:24, 29:2, 32:15, 46:17, 53:6, 78:15, 124:18, 126:20, 126:23, 130:16, 130:18, 136:8, 136:14, 141:11, 144:23, 145:4, 161:10, 169:4, 180:14, 180:15, 180:22, 203:25, 215:17
**Ken** [2] - 23:10, 156:7
**kept** [11] - 71:14, 91:3, 96:25, 102:19, 102:24, 112:8, 144:12, 146:11, 160:15, 167:10, 192:24
**key** [6] - 107:18, 107:21, 107:22, 107:24, 107:25
**keys** [1] - 107:24
**kicked** [2] - 72:9, 154:9
**kids** [1] - 170:3
**kill** [1] - 71:4
**killed** [2] - 4:23, 165:9
**kind** [25] - 12:13, 13:4, 13:9, 15:4, 21:15, 26:21, 32:18, 46:15, 51:16, 55:14, 63:4, 82:14, 97:3, 133:9, 142:21, 142:24, 144:15, 146:18, 147:22, 154:3, 154:6, 156:3, 159:12, 163:4, 170:2
**kinds** [4] - 101:19, 147:1, 162:12, 162:13
**kit** [1] - 13:20
**kits** [3] - 18:12, 18:13, 126:15
**Kiviking** [5] - 124:3, 166:5, 170:7, 171:4, 172:15
**knowing** [1] - 141:19
**knowledge** [4] - 14:4, 48:1, 102:2, 179:1
**known** [1] - 17:9
**knows** [2] - 58:9, 107:20
**Krahl** [5] - 14:23,

**15**

14:24, 19:25, 20:10, 21:12

**KRG** [2] - 33:6, 180:16
**KRISTIN** [4] - 1:24, 226:3, 226:13, 226:16
**Kristy** [4] - 22:18, 84:9, 125:19, 128:14
**Kurd** [4] - 26:10, 99:22, 125:4, 125:11
**Kurd's** [1] - 139:11
**Kurdish** [10] - 26:11, 131:13, 151:20, 152:18, 153:3, 153:22, 153:24, 169:20, 169:23, 175:24
**Kurdistan** [29] - 28:4, 41:15, 61:16, 63:14, 93:10, 103:12, 103:13, 105:19, 114:12, 116:21, 117:9, 125:4, 127:7, 128:6, 128:16, 129:9, 129:15, 129:19, 144:19, 144:20, 147:9, 147:11, 147:12, 155:10, 168:24, 169:7, 173:14, 175:14, 195:24
**Kurds** [32] - 25:15, 25:16, 25:24, 26:2, 100:17, 114:17, 120:6, 131:8, 131:10, 137:10, 138:15, 139:4, 141:7, 141:9, 141:11, 141:14, 141:15, 141:18, 141:24, 149:12, 150:3, 155:12, 155:15, 155:23, 156:10, 165:12, 169:7, 180:9, 185:5, 185:17, 187:22, 187:25
**Kuwait** [2] - 28:17, 29:4

**L**

**Lack** [1] - 186:13
**lack** [10] - 25:11, 59:6, 59:14, 65:21, 65:25, 69:10, 70:3, 86:24, 101:1, 187:10
**Ladlee** [1] - 23:10
**lady** [2] - 155:24, 156:2

**Lahur** [32] - 26:22, 26:23, 27:8, 33:7, 35:6, 65:15, 84:6, 90:22, 91:25, 96:16, 99:17, 131:22, 142:3, 142:6, 142:9, 142:20, 142:25, 143:7, 143:8, 143:10, 143:12, 143:14, 143:15, 143:19, 143:25, 144:18, 150:5, 156:5, 156:7, 161:24, 162:20
**laid** [4] - 32:18, 121:23, 133:13, 220:14
**land** [2] - 69:20, 209:14
**landlord** [1] - 215:5
**lands** [1] - 45:19
**lane** [1] - 97:22
**language** [10] - 201:2, 202:16, 206:20, 207:2, 207:6, 208:22, 221:21, 221:24, 222:11, 223:6
**laptop** [4] - 74:2, 74:17, 74:19, 74:20
**largely** [1] - 216:7
**last** [13] - 4:7, 4:11, 26:8, 27:8, 38:16, 46:7, 47:21, 93:22, 104:7, 144:15, 144:23, 219:12, 223:4
**late** [13] - 6:20, 26:17, 77:5, 78:9, 79:12, 85:1, 85:10, 86:17, 102:10, 110:15, 110:16, 143:2
**lathes** [1] - 54:15
**lathing** [1] - 85:21
**Law** [4] - 120:24, 169:10, 209:4, 209:7
**law** [24] - 15:8, 16:24, 17:24, 121:2, 121:13, 121:14, 147:8, 147:9, 147:13, 197:21, 201:24, 202:3, 208:21, 208:23, 209:24, 210:7, 211:5, 211:17, 211:21, 212:2, 212:6, 214:12, 215:15, 220:18
**lawfully** [1] - 90:10
**lawfulness** [1] - 48:1

**Laws** [2] - 121:6, 124:17
**lawsuit** [1] - 20:21
**lawyer** [3] - 141:24, 152:17, 153:1
**lawyers** [3] - 8:10, 197:11, 197:18
**lay** [3] - 133:17, 133:18, 182:12
**lays** [1] - 206:21
**leader** [1] - 99:23
**leaders** [1] - 131:13
**leading** [8] - 42:1, 53:9, 53:12, 64:12, 71:19, 101:6, 186:20, 189:6
**leaked** [2] - 69:1, 69:5
**learn** [9] - 14:3, 21:7, 54:3, 61:5, 61:9, 61:13, 63:7, 63:16, 100:11
**learned** [5] - 27:7, 77:19, 165:19, 165:23
**learning** [1] - 165:12
**least** [5] - 6:23, 26:6, 94:13, 221:4, 224:4
**leave** [17] - 8:22, 8:24, 53:19, 60:24, 78:7, 87:2, 88:1, 88:2, 91:6, 93:13, 96:13, 104:1, 106:14, 170:5, 189:12, 215:13, 217:11
**leaving** [9] - 4:9, 86:16, 86:22, 86:23, 87:6, 87:9, 88:7, 88:9, 216:19
**left** [21] - 11:19, 86:11, 86:12, 87:3, 87:21, 87:23, 88:5, 88:13, 88:15, 93:10, 93:13, 96:25, 109:1, 110:7, 112:7, 112:12, 118:25, 121:23, 122:14, 162:25, 188:24
**legal** [7] - 44:20, 44:24, 128:5, 128:22, 129:2, 130:24, 147:12
**legalities** [1] - 37:4
**legally** [1] - 44:12
**lengthy** [2] - 171:1, 197:15
**less** [6] - 67:9, 114:14, 147:2, 147:3, 154:9, 188:4
**letter** [2] - 24:3, 74:9
**letters** [9] - 73:18,

73:21, 74:1, 75:3, 75:5, 161:6, 161:8, 161:15, 161:22
**level** [2] - 182:19, 182:22
**leveling** [1] - 182:18
**levels** [1] - 169:4
**lever** [1] - 66:13
**Liberia** [1] - 211:19
**license** [16] - 15:9, 15:13, 15:23, 17:4, 17:19, 17:21, 119:18, 119:20, 119:21, 121:16, 122:1, 122:17, 122:23, 123:8, 130:3, 130:4
**Licensee** [1] - 16:11
**licenses** [2] - 32:4, 129:24
**licensing** [5] - 32:8, 36:1, 37:3, 37:21, 38:4
**lied** [8] - 114:12, 114:15, 114:17, 114:20, 114:22, 125:22, 126:18
**Life** [1] - 12:23
**life** [4] - 33:22, 103:17, 146:22, 154:6
**life-size** [1] - 146:22
**lift** [1] - 195:20
**lifted** [1] - 6:15
**light** [1] - 62:14
**lightly** [1] - 146:19
**likelihood** [1] - 5:1
**likely** [1] - 7:20
**Lilah(phonetic** [1] - 32:25
**Limine** [1] - 171:2
**line** [1] - 14:6
**lines** [2] - 69:22, 199:13
**link** [1] - 147:5
**List** [1] - 47:1
**list** [2] - 54:17, 201:3
**listed** [1] - 118:25
**listened** [3] - 143:18, 170:25
**listening** [4] - 63:5, 91:5, 106:7, 186:16
**listens** [1] - 203:4
**lists** [1] - 201:5
**liters** [1] - 220:11
**live** [2] - 10:25, 11:7
**living** [2] - 12:21, 12:22
**Loader** [1] - 178:25
**loads** [2] - 182:14
**loaned** [2] - 139:6,

139:9
**local** [2] - 106:22, 222:9
**locally** [3] - 43:20, 43:22, 106:23
**located** [4] - 208:1, 214:15, 215:22, 218:5
**locating** [1] - 219:21
**location** [4] - 16:3, 16:4, 18:24, 180:5
**locked** [2] - 108:5, 175:24
**locks** [1] - 107:21
**long-term** [1] - 77:17
**look** [12] - 56:10, 56:13, 98:2, 109:1, 114:6, 118:24, 139:13, 175:18, 188:3, 208:13, 213:10, 219:16
**looked** [1] - 208:9
**looking** [2] - 61:10, 210:12
**looks** [2] - 42:17, 45:18
**lose** [1] - 157:25
**lost** [6] - 72:9, 106:19, 143:22, 157:23, 180:9, 195:21
**love** [1] - 136:24
**loved** [1] - 136:23
**lower** [10] - 16:21, 16:25, 17:2, 19:4, 23:1, 30:5, 30:6, 51:13, 51:17, 101:20
**loyal** [4] - 127:18, 127:19, 127:20, 127:22
**loyalty** [2] - 147:13, 149:5
**lucky** [2] - 187:25, 188:13
**luggage** [1] - 184:11
**lunch** [1] - 113:21
**luncheon** [1] - 113:22
**lying** [2] - 114:10, 114:24

**M**

**M16** [2] - 29:16, 29:17
**M4** [12] - 29:16, 30:24, 31:22, 47:6, 47:11, 47:15, 47:18, 47:19, 51:20, 82:14, 120:2
**M4's** [6] - 29:1, 29:6, 29:7, 29:9, 31:2, 52:9
**machine** [30] - 1:22,

**16**

17:9, 17:12, 17:14, 17:22, 17:23, 19:14, 25:6, 40:12, 40:13, 52:12, 54:14, 54:17, 57:14, 57:25, 59:21, 101:17, 101:24, 101:25, 134:20, 134:22, 135:5, 135:8, 135:9, 136:2, 136:20, 136:21, 182:20, 182:21, 184:7

**Machine** [4] - 19:13, 19:14, 23:2, 31:4

**machine's** [1] - 102:2

**machined** [1] - 19:4

**machinery** [1] - 182:13

**machines** [50] - 21:18, 40:12, 44:17, 50:20, 54:7, 54:15, 55:23, 56:7, 56:8, 56:11, 56:13, 56:16, 56:22, 57:1, 57:6, 57:8, 57:19, 57:20, 58:6, 58:11, 58:13, 58:15, 58:24, 59:8, 60:4, 60:6, 80:9, 80:14, 80:16, 81:7, 81:8, 101:22, 133:19, 134:10, 134:17, 134:19, 134:24, 134:25, 135:7, 135:15, 135:18, 135:23, 135:24, 135:25, 136:5, 136:16, 136:22, 137:8, 137:11

**machining** [2] - 85:21, 101:21

**Machining** [1] - 101:16

**machinist** [1] - 58:25

**mad** [1] - 99:8

**mail** [1] - 24:3

**main** [1] - 107:18

**maintain** [3] - 112:11, 136:25, 175:11

**major** [5] - 20:20, 30:17, 30:19, 61:19, 150:22

**makers** [1] - 21:7

**man** [3] - 12:12, 34:25, 73:21

**man's** [2] - 41:19, 164:6

**managed** [1] - 189:11

**manager** [2] - 20:9, 183:1

**Manager** [3] - 39:19,

43:1, 50:10

**managers** [1] - 49:5

**manifested** [1] - 130:22

**mansion** [2] - 167:8, 167:9

**manufacture** [7] - 16:13, 16:16, 16:17, 16:20, 30:12, 46:19, 83:15

**manufactured** [2] - 136:6, 136:7

**manufacturer** [5] - 15:5, 16:12, 23:2, 52:18, 57:13

**manufacturers** [7] - 17:25, 21:18, 30:8, 30:12, 30:17, 30:18, 30:19

**Manufacturing** [1] - 31:4

**manufacturing** [3] - 16:15, 47:25, 101:18

**map** [1] - 213:7

**March** [5] - 3:6, 3:12, 94:5, 94:13, 94:14

**MARIANI** [1] - 1:8

**marijuana** [20] - 61:14, 62:2, 143:22, 143:24, 144:2, 144:21, 145:3, 145:5, 145:16, 146:10, 146:11, 147:24, 148:4, 149:8, 149:13, 161:10, 161:14, 174:23, 184:20, 184:23

**marked** [2] - 131:3, 191:12

**market** [2] - 17:22, 22:6

**marketable** [1] - 25:2

**married** [1] - 178:4

**marries** [1] - 30:6

**Marrtin** [18] - 49:9, 50:13, 51:3, 51:7, 51:24, 52:14, 54:8, 54:22, 73:16, 124:5, 134:13, 144:21, 145:15, 145:19, 149:15, 163:15, 166:2, 194:19

**Marrtin's** [1] - 51:7

**marshal** [1] - 214:6

**Marshal's** [1] - 7:6

**Marshals** [1] - 10:13

**Martiin** [1] - 173:5

**mathes** [1] - 21:3

**Mathes** [9] - 21:3,

21:14, 21:15, 83:18, 122:24, 123:2, 123:4, 155:4, 155:7

**matter** [24] - 3:12, 3:14, 4:1, 4:13, 4:25, 5:14, 5:22, 5:25, 6:12, 9:2, 32:16, 66:15, 96:2, 100:2, 136:6, 182:20, 183:22, 184:7, 208:5, 209:12, 211:6, 214:12, 215:15, 217:18

**matters** [6] - 4:12, 7:1, 7:22, 9:14, 48:15, 209:4

**MAY** [1] - 1:9

**McBride** [1] - 212:16

**McLaren** [3] - 88:25, 89:1, 140:21

**meals** [2] - 72:24, 160:12

**mean** [32] - 19:18, 28:10, 29:14, 40:7, 52:20, 61:19, 70:13, 70:22, 94:8, 106:15, 128:3, 133:8, 136:10, 143:13, 152:16, 155:11, 155:20, 156:13, 156:17, 159:11, 173:11, 173:19, 180:21, 188:2, 189:22, 200:3, 211:4, 214:11, 214:18, 220:11, 222:20, 223:23

**meaning** [2] - 207:22, 215:3

**means** [4] - 15:5, 211:25, 216:2, 226:22

**meant** [4] - 40:8, 71:3, 127:14, 175:1

**measured** [1] - 152:7

**measurements** [2] - 51:11, 51:25

**mechanical** [2] - 93:4, 93:5

**mechanics** [1] - 39:11

**Mecomber** [1] - 104:8

**media** [6] - 180:24, 194:13, 194:15, 194:18, 196:5, 196:15

**medical** [2] - 77:11, 77:24

**Medical** [3] - 77:14, 77:22

**medium** [1] - 104:12

**meet** [6] - 15:23, 28:16, 35:19, 74:9, 85:15, 92:18

**meeting** [28] - 15:18, 27:15, 28:11, 28:17, 28:25, 29:5, 32:19, 32:20, 32:24, 33:17, 35:4, 35:6, 35:25, 36:9, 85:8, 85:11, 87:13, 99:16, 106:25, 110:24, 115:4, 142:10, 142:11, 142:23, 155:24, 156:4, 162:8

**meetings** [9] - 35:24, 36:4, 75:13, 98:4, 137:15, 142:12, 142:22, 143:4, 143:6

**melodramatic** [4] - 157:20, 157:23, 160:16, 160:19

**members** [3] - 152:24, 180:15, 197:8

**memorize** [3] - 142:12, 142:15, 142:17

**men** [1] - 162:9

**mental** [1] - 219:23

**mention** [2] - 125:16, 203:6

**mentioned** [6] - 29:11, 30:11, 43:5, 74:17, 226:8

**mentions** [5] - 206:8, 208:11, 208:12, 215:1

**Mercedes** [2] - 139:22, 140:1

**merchandise** [1] - 220:17

**merely** [2] - 183:6, 183:7

**Merring** [1] - 22:18

**Merring-Roggio** [1] - 22:18

**mess** [3] - 91:8, 132:17, 161:25

**message** [3] - 64:2, 74:3, 144:6

**messages** [4] - 27:14, 64:1, 105:1, 105:13

**messaging** [1] - 185:3

**Messenger** [2] - 27:14, 104:14

**met** [12] - 4:7, 7:5, 14:14, 16:5, 26:14, 26:21, 27:2, 27:13, 27:21, 55:11, 63:22, 204:3

**metal** [1] - 85:22

**method** [1] - 66:9

**methods** [1] - 206:24

**Mexico** [2] - 128:25, 129:1

**Miami** [1] - 208:7

**mic** [1] - 179:13

**micro** [1] - 189:11

**micro-managed** [1] - 189:11

**microphone** [1] - 179:12

**microscope** [1] - 189:12

**mid** [3] - 26:17, 78:9, 92:17

**mid-2016** [1] - 80:25

**Middle** [10] - 12:3, 27:19, 117:15, 119:9, 177:4, 179:6, 179:9, 179:20, 226:4, 226:18

**middle** [5] - 97:7, 108:2, 135:2, 155:24, 175:23

**MIDDLE** [1] - 1:1

**middle-aged** [1] - 155:24

**might** [9] - 29:11, 45:11, 92:23, 150:9, 169:2, 201:6, 201:11, 216:21, 222:4

**miles** [3] - 147:2, 147:3

**military** [32] - 12:14, 12:20, 47:20, 63:21, 63:22, 114:23, 116:21, 117:24, 118:17, 169:20, 177:1, 177:8, 177:19, 208:1, 209:1, 209:12, 209:13, 211:20, 212:6, 212:14, 212:21, 213:14, 214:5, 214:10, 214:15, 215:22, 217:14, 217:21, 218:4, 218:5

**Military** [2] - 11:25, 131:15

**Millenium** [2] - 36:3, 149:14

**milling** [7] - 54:15, 57:10, 57:12, 57:18, 58:3, 135:25, 136:24

**million** [2] - 28:10, 134:7

**millions** [2] - 155:12, 187:22

**17**

**mind** [7] - 4:9, 4:13, 36:18, 100:2, 137:19, 143:23, 189:19
**minds** [1] - 204:2
**mines** [1] - 69:20
**mingle** [1] - 142:20
**mingling** [1] - 143:1
**minimize** [4] - 146:16, 162:1, 162:2, 163:8
**Minister** [1] - 33:6
**minor** [4] - 29:17, 30:17, 101:19, 175:15
**minute** [4] - 14:17, 80:9, 131:4, 135:8
**minutes** [2] - 143:21, 176:18
**mirror** [1] - 221:24
**Misconduct** [2] - 119:2, 119:3
**misconduct** [3] - 12:18, 118:18, 119:3
**mislead** [1] - 218:3
**missing** [4] - 193:2, 199:14, 199:15, 202:14
**mission** [1] - 56:17
**missions** [2] - 152:22, 153:17
**mistake** [1] - 106:16
**mistakes** [4] - 65:7, 101:22, 101:23, 141:25
**mistaking** [1] - 169:4
**mix** [2] - 73:15, 97:3
**mix-up** [1] - 97:3
**mixing** [1] - 115:21
**mobile** [1] - 180:12
**mockup** [1] - 52:13
**model** [3] - 52:10, 52:11, 79:21
**models** [1] - 93:9
**Mohammad** [6] - 53:22, 91:7, 91:17, 99:17, 99:21, 99:22
**molding** [2] - 85:22, 85:23
**moment** [6] - 10:7, 113:17, 148:6, 162:3, 191:20, 197:3
**moments** [1] - 205:6
**money** [57] - 18:15, 18:25, 20:17, 20:22, 20:25, 39:10, 39:20, 41:6, 41:14, 90:6, 90:9, 90:10, 90:13, 91:16, 92:2, 103:17, 103:18, 103:19, 103:20, 120:6,

134:18, 134:23, 137:24, 138:2, 138:5, 138:8, 138:11, 138:15, 138:19, 138:22, 139:4, 139:6, 139:8, 139:11, 139:12, 139:13, 139:15, 141:7, 141:8, 141:9, 141:11, 141:14, 141:15, 153:9, 154:13, 154:14, 154:16, 181:7, 181:8, 181:16, 181:21, 182:1, 182:4, 183:24, 224:14
**month** [14] - 19:22, 39:23, 39:24, 40:5, 60:2, 89:12, 92:7, 134:1, 135:12, 135:16, 135:17, 140:9, 178:14, 180:9
**months** [8] - 58:5, 117:5, 118:13, 146:15, 166:24, 188:5, 193:14, 194:24
**moonlighting** [3] - 153:15, 153:16, 153:18
**Moore's** [3] - 19:13, 19:14, 23:2
**morning** [19] - 3:3, 4:9, 7:5, 10:23, 10:24, 55:8, 55:10, 106:24, 107:1, 108:3, 109:2, 110:5, 120:12, 120:17, 140:24, 141:18, 167:23, 198:2, 198:13
**morphs** [1] - 142:24
**mortified** [1] - 159:24
**MOS** [2] - 11:24, 179:1
**most** [8] - 4:13, 7:20, 82:15, 129:14, 142:22, 153:10, 181:24, 206:16
**Mosul** [1] - 180:10
**mother** [8] - 73:18, 74:1, 74:11, 139:6, 158:22, 161:16, 161:19, 165:4
**mother's** [1] - 139:8
**Motion** [1] - 3:7
**motion** [6] - 3:8, 9:11, 9:13, 197:3, 213:15
**motions** [1] - 196:25
**Motions** [1] - 171:1

**motivation** [1] - 213:18
**motive** [1] - 95:15
**motorcycle** [1] - 141:9
**mount** [1] - 29:20
**move** [6] - 44:6, 80:14, 156:20, 189:11, 191:23, 211:13
**moved** [6] - 16:3, 18:24, 55:22, 97:4, 97:5, 138:17
**moving** [2] - 35:23, 53:2
**MR** [323] - 3:5, 3:22, 3:25, 4:7, 5:22, 7:17, 7:19, 8:3, 8:12, 8:19, 9:8, 9:23, 10:2, 10:7, 10:22, 23:21, 23:23, 27:4, 27:6, 28:19, 28:21, 31:16, 31:18, 33:25, 34:2, 36:6, 36:8, 36:14, 36:16, 36:17, 37:6, 37:8, 39:14, 39:16, 41:20, 41:22, 42:1, 42:3, 42:12, 42:13, 49:19, 49:20, 49:22, 49:24, 52:23, 52:25, 53:9, 53:10, 53:13, 55:16, 55:18, 56:23, 56:25, 57:3, 57:4, 57:11, 59:1, 59:3, 59:6, 59:11, 59:14, 59:16, 60:16, 60:20, 64:4, 64:6, 64:12, 64:14, 65:1, 65:3, 65:10, 65:12, 65:21, 65:23, 65:25, 66:2, 68:7, 68:9, 69:2, 69:7, 69:10, 69:13, 69:24, 69:25, 70:3, 70:6, 70:10, 70:17, 70:18, 70:21, 70:25, 71:2, 71:19, 71:21, 71:25, 72:1, 75:1, 75:2, 75:24, 76:1, 77:20, 77:21, 78:1, 78:2, 78:4, 78:21, 78:23, 81:16, 81:18, 82:9, 82:12, 82:25, 83:1, 83:2, 84:15, 84:17, 86:20, 86:21, 86:24, 87:1, 92:8, 92:10, 93:6, 93:7, 93:16, 93:17, 93:18, 93:22, 94:2, 94:3, 94:7, 94:10, 95:3, 95:20, 95:25, 96:6, 96:10, 96:12, 98:16, 98:18, 99:24, 100:1, 100:6,

100:10, 101:1, 101:3, 101:6, 101:8, 105:5, 105:8, 112:9, 112:10, 112:18, 112:19, 112:20, 112:22, 113:2, 113:17, 113:19, 113:24, 114:1, 116:12, 116:16, 117:20, 117:23, 122:6, 122:9, 122:12, 122:16, 131:3, 131:6, 138:25, 139:2, 145:9, 145:14, 151:2, 151:5, 152:8, 152:14, 155:2, 155:4, 155:6, 156:9, 156:21, 164:15, 164:18, 165:15, 165:18, 170:9, 170:12, 170:15, 170:16, 170:17, 170:19, 170:24, 171:11, 171:13, 171:18, 171:21, 171:25, 172:4, 172:7, 172:14, 172:20, 172:22, 172:25, 173:4, 173:24, 174:3, 176:13, 176:15, 176:21, 176:23, 179:10, 179:19, 185:13, 185:15, 185:19, 185:21, 186:13, 186:15, 186:20, 186:22, 187:10, 187:12, 189:6, 189:8, 191:7, 191:9, 191:12, 191:17, 191:20, 191:22, 191:25, 192:4, 192:8, 192:13, 192:16, 193:3, 193:5, 193:7, 196:17, 196:19, 196:22, 196:24, 197:5, 197:7, 198:16, 198:17, 198:22, 199:1, 199:2, 199:5, 199:18, 199:21, 199:25, 200:1, 200:5, 200:7, 200:9, 200:11, 201:4, 201:8, 201:15, 201:17, 201:23, 202:12, 202:18, 204:4, 204:6, 204:8, 205:5, 205:19,

205:23, 206:1, 206:11, 206:15, 206:18, 207:10, 207:14, 207:18, 207:19, 209:11, 211:16, 212:10, 212:15, 213:12, 214:14, 215:9, 215:16, 215:20, 216:1, 216:9, 216:12, 216:14, 216:21, 217:1, 217:8, 218:2, 218:8, 218:10, 218:13, 218:15, 219:8, 219:9, 219:12, 219:22, 219:24, 220:1, 220:14, 221:2, 221:7, 221:9, 221:11, 221:14, 221:19, 223:6, 223:19, 223:21, 224:17, 224:20, 224:24, 225:2
**MRI** [1] - 78:6
**mugs** [2] - 220:11
**mull** [1] - 150:21
**multi** [1] - 42:17
**multi-page** [1] - 42:17
**multiple** [3] - 60:14, 194:5, 195:7
**Munitions** [1] - 47:1
**must** [7] - 143:6, 200:15, 200:18, 201:25, 202:8, 205:9, 206:2
**Mustafa** [1] - 35:18

**N**

**nails** [1] - 89:17
**naked** [3] - 174:13, 174:17, 176:11
**name** [21] - 10:18, 14:8, 14:21, 23:4, 26:6, 26:8, 31:3, 35:8, 68:2, 84:5, 88:19, 104:7, 108:14, 110:20, 118:1, 163:25, 178:3, 178:5, 178:9, 190:2
**named** [3] - 4:17, 5:17, 91:6
**names** [2] - 27:8, 35:10
**narrative** [1] - 118:25
**narrow** [1] - 59:19
**nasty** [1] - 162:13
**nation** [1] - 32:2

**18**

**National** [2] - 11:17, 116:25
**nationalistic** [1] - 69:19
**Nationals** [1] - 162:22
**natural** [1] - 29:16
**nature** [7] - 5:10, 12:7, 12:11, 34:9, 59:12, 59:17, 104:19
**NBC** [1] - 24:18
**near** [1] - 34:21
**nearby** [1] - 196:1
**nearly** [1] - 134:7
**necessarily** [3] - 56:22, 100:2, 105:7
**neck** [1] - 158:14
**need** [17] - 8:6, 17:19, 17:21, 19:19, 23:20, 30:25, 44:14, 46:19, 126:20, 126:23, 156:7, 196:24, 203:18, 205:17, 217:4, 217:5, 221:18
**needed** [16] - 25:15, 25:18, 37:21, 38:4, 44:9, 44:18, 45:6, 45:22, 60:21, 107:22, 130:18, 155:15, 166:7, 168:24, 188:10, 191:11
**needs** [4] - 6:25, 132:9, 172:3, 211:23
**nephew** [1] - 22:17
**nest** [1] - 146:17
**never** [49] - 7:10, 31:24, 36:18, 115:13, 115:15, 116:1, 116:9, 116:21, 116:23, 116:24, 117:12, 117:15, 118:23, 119:5, 119:9, 119:12, 119:15, 127:22, 129:1, 130:22, 133:21, 134:16, 135:10, 135:17, 136:21, 136:22, 137:2, 142:6, 150:17, 151:12, 151:19, 151:21, 151:25, 152:1, 154:2, 157:25, 159:21, 163:10, 163:12, 163:16, 165:13, 167:1, 169:9, 169:21, 175:10, 181:6, 181:19, 189:17

**New** [2] - 1:18, 196:11
**new** [2] - 35:6, 212:24
**next** [23] - 22:10, 25:21, 25:22, 27:12, 28:22, 33:21, 40:14, 55:10, 64:21, 64:22, 77:23, 87:21, 108:8, 108:9, 108:12, 110:5, 113:1, 156:4, 168:12, 190:5, 197:10, 197:16, 220:1
**nice** [1] - 106:15
**nicest** [1] - 162:15
**night** [15] - 4:7, 4:11, 68:10, 71:6, 85:1, 87:11, 106:22, 107:23, 108:2, 143:3, 151:21, 151:24, 152:21, 162:24, 163:11
**nights** [1] - 71:6
**Nine** [1] - 1:8
**nobody** [5] - 91:5, 156:25, 166:11, 175:22, 180:17
**non** [23] - 23:21, 28:19, 36:6, 37:6, 39:14, 41:20, 52:23, 55:16, 59:1, 65:10, 69:2, 69:24, 78:21, 84:15, 93:6, 112:18, 126:21, 126:24, 127:2, 127:5, 127:7, 127:12, 191:7
**non-disclosure** [6] - 126:21, 126:24, 127:2, 127:5, 127:7, 127:12
**non-responsive** [17] - 23:21, 28:19, 36:6, 37:6, 39:14, 41:20, 52:23, 55:16, 59:1, 65:10, 69:2, 69:24, 78:21, 84:15, 93:6, 112:18, 191:7
**none** [1] - 92:22
**nonetheless** [1] - 9:13
**normally** [3] - 66:14, 108:24, 198:2
**North** [8] - 11:8, 11:11, 12:22, 19:14, 23:18, 24:9, 121:20, 128:23
**Nos** [3] - 2:11, 2:16, 192:2
**note** [9] - 5:14, 6:19, 6:24, 202:18, 204:14, 207:16, 208:5, 208:20, 219:9

**noted** [1] - 75:25
**notes** [2] - 6:12, 219:6
**nothing** [23] - 10:11, 29:2, 31:23, 33:22, 65:9, 66:12, 66:13, 72:12, 98:11, 113:19, 132:17, 144:4, 160:4, 160:5, 176:13, 193:3, 196:17, 196:19, 200:1, 213:7, 213:25, 215:25, 216:10
**notice** [1] - 207:16
**November** [4] - 48:12, 48:13, 48:16, 77:5
**nowhere** [2] - 97:7, 135:2
**Nsd** [1] - 1:14
**number** [10] - 85:13, 118:11, 118:13, 118:15, 156:6, 166:24, 174:19, 174:20, 180:5, 223:3
**numbered** [2] - 218:12, 226:9
**numbering** [1] - 199:14
**numbers** [4] - 92:18, 213:17, 223:3, 223:4
**numerous** [1] - 212:21
**NW** [2] - 1:15, 1:18

## O

**oath** [4] - 120:17, 147:14, 147:15
**Obama** [3] - 18:18, 21:24, 22:4
**obey** [1] - 61:25
**object** [6] - 116:12, 170:17, 171:25, 199:4, 218:15, 218:19
**objection** [76] - 23:21, 27:4, 28:19, 31:16, 33:25, 36:6, 37:6, 39:14, 41:20, 42:1, 49:19, 49:22, 52:23, 53:9, 55:16, 56:23, 57:3, 59:1, 59:6, 59:14, 60:16, 64:4, 64:12, 65:1, 65:10, 65:21, 65:25, 68:7, 69:2, 69:10, 69:24, 70:3, 70:17, 70:25, 71:19, 71:25, 75:1, 75:24, 77:20, 78:1, 78:20, 78:21, 81:16, 82:25, 86:20, 86:24,

92:8, 93:6, 93:16, 98:16, 99:24, 101:1, 101:6, 105:5, 112:9, 112:18, 122:6, 122:12, 155:2, 170:9, 170:15, 172:3, 172:22, 185:13, 185:19, 186:20, 187:10, 189:6, 191:7, 191:19, 191:25, 207:14, 215:24, 217:15, 219:9, 224:19
**Objection** [3] - 84:15, 145:9, 186:13
**objections** [1] - 197:19
**objects** [9] - 219:19, 220:3, 220:5, 220:8, 220:12, 220:17, 220:18, 220:25, 221:3
**obligation** [1] - 34:11
**obtain** [4] - 56:7, 76:10, 185:23, 188:6
**obtained** [2] - 64:8, 114:3
**obviously** [11] - 129:8, 129:18, 134:22, 171:1, 180:6, 203:15, 203:24, 204:1, 211:17, 213:22, 219:4
**Occupational** [1] - 11:25
**occupied** [1] - 209:15
**occur** [2] - 6:20, 73:8
**occurred** [8] - 6:9, 6:20, 73:9, 94:13, 202:23, 203:1, 217:10, 218:4
**occurring** [2] - 159:12, 175:23
**occurs** [1] - 94:9
**October** [4] - 41:8, 41:10, 62:16, 63:7
**odds** [2] - 155:9, 155:11
**OF** [3] - 1:1, 1:2, 1:7
**offense** [3] - 214:21, 214:23, 224:8
**offenses** [2] - 146:3, 219:15
**offer** [4] - 37:23, 185:11, 185:16, 185:22
**offered** [3] - 95:6, 95:13, 119:15
**offering** [3] - 57:7,

145:7, 185:9
**office** [5] - 20:9, 55:7, 55:11, 61:10, 62:5
**Officer** [1] - 20:14
**officer** [3] - 153:5, 153:11, 196:14
**offices** [1] - 60:7
**Official** [3] - 226:3, 226:14, 226:17
**official** [2] - 153:2, 175:5
**officials** [2] - 131:19, 152:18
**Ohio** [2] - 13:24
**oil** [2] - 23:18, 24:8
**old** [5] - 138:2, 154:15, 210:20, 212:18, 213:17
**older** [1] - 26:24
**omission** [2] - 5:8, 5:16
**omissions** [1] - 7:2
**omit** [1] - 206:5
**omitted** [1] - 207:12
**OML** [1] - 128:22
**on-site** [2] - 51:19, 86:7
**once** [13] - 22:3, 29:11, 116:9, 133:23, 138:4, 142:25, 144:21, 145:21, 151:23, 154:20, 188:16, 194:17, 197:20
**One** [3] - 49:2, 49:4, 86:11
**one** [67] - 9:19, 18:16, 19:16, 21:12, 22:10, 22:16, 22:21, 30:7, 32:19, 39:8, 43:13, 47:19, 48:4, 52:6, 53:3, 62:23, 65:8, 68:2, 68:3, 72:3, 76:4, 76:24, 86:9, 88:19, 91:24, 91:25, 93:1, 93:8, 95:19, 106:2, 107:23, 108:25, 114:22, 117:4, 127:10, 135:19, 138:18, 139:7, 140:20, 140:22, 143:6, 144:9, 145:20, 145:24, 150:3, 152:20, 153:4, 166:21, 167:9, 171:19, 174:22, 179:10, 180:5, 191:20, 195:25, 203:17, 203:18,

208:8, 209:20, 211:14, 211:19, 214:12, 215:6, 217:21
**ones** [4] - 13:18, 66:15, 128:8, 132:3
**ongoing** [4] - 63:3, 94:3, 115:9, 115:11
**online** [2] - 69:6, 185:3
**open** [4] - 18:25, 58:8, 107:23, 177:18
**opened** [2] - 13:8, 92:1
**opening** [2] - 11:12, 153:1
**opens** [1] - 107:22
**operate** [2] - 53:21, 122:4
**operating** [3] - 23:3, 122:20, 181:6
**Operation** [2] - 117:19, 178:15
**operation** [2] - 60:24, 181:5
**operationally** [1] - 44:12
**operative** [5] - 205:16, 209:17, 210:11, 211:9, 213:1
**operator** [1] - 184:7
**operators** [1] - 58:4
**opportunity** [5] - 25:12, 25:14, 31:12, 31:19, 201:12
**opposite** [1] - 131:1
**optics** [1] - 29:20
**oral** [2] - 217:16, 224:13
**orally** [1] - 197:13
**order** [7] - 4:22, 160:23, 193:17, 221:21, 222:1, 222:22, 224:11
**ordered** [4] - 107:23, 128:8, 223:1, 223:14
**ordering** [1] - 181:12
**orders** [4] - 19:21, 22:1, 22:2, 109:1
**organization** [1] - 100:17
**organizations** [1] - 100:19
**original** [1] - 100:6
**originally** [2] - 111:9, 155:23
**otherwise** [2] - 145:12, 169:2
**outset** [1] - 197:13
**outside** [12] - 3:1,

37:12, 67:1, 107:17, 161:11, 207:22, 214:21, 217:7, 217:10, 218:6, 220:22
**outsourced** [1] - 19:8
**oven** [3] - 58:21, 58:22
**ovens** [1] - 58:21
**overcome** [1] - 78:20
**overhead** [2] - 151:20, 151:25
**overnight** [1] - 34:10
**overruled** [13] - 42:2, 59:15, 71:1, 78:3, 100:9, 101:7, 116:14, 122:7, 155:5, 170:10, 172:10, 186:21, 189:7
**overseas** [6] - 121:7, 208:1, 214:16, 215:22, 217:22, 218:5
**overt** [1] - 93:22
**overwhelming** [2] - 159:4, 159:9
**owe** [1] - 103:20
**owed** [4] - 20:17, 20:23, 103:19, 154:13
**owing** [1] - 154:14
**own** [7] - 23:4, 27:1, 110:1, 161:17, 171:5, 175:10, 219:4
**owned** [6] - 11:10, 132:14, 170:13, 172:4, 172:5, 172:11
**owner** [1] - 31:11

**P**

**P.O** [1] - 226:18
**P.O.W** [1] - 116:17
**Packaging** [2] - 128:15
**Page** [25] - 177:22, 178:11, 199:6, 200:2, 200:13, 200:17, 200:21, 201:3, 201:23, 201:25, 202:3, 202:6, 202:11, 204:8, 205:3, 205:9, 205:22, 206:8, 207:21, 217:9, 218:15, 219:12, 219:16
**page** [8] - 42:17, 118:6, 118:24, 177:22, 207:16,

218:13, 219:22
**pages** [1] - 201:10
**Pages** [1] - 200:12
**paid** [31] - 40:19, 60:11, 119:12, 120:6, 131:17, 139:6, 139:9, 140:6, 141:15, 153:8, 153:22, 153:24, 154:15, 154:17, 181:12, 181:14, 182:4, 182:8, 183:11, 183:15, 183:17, 183:24, 184:1, 184:3, 184:8, 184:11, 184:13, 223:10, 224:5, 224:6
**panicky** [1] - 85:2
**papers** [3] - 63:24, 148:12, 148:13
**paperwork** [3] - 77:24, 174:21, 185:1
**Parachute** [1] - 11:22
**paragraph** [14] - 5:6, 200:4, 200:17, 202:7, 215:16, 215:21, 216:22, 216:25, 217:1, 217:3, 217:12, 217:19, 219:17
**Paragraph** [3] - 4:13, 6:2, 206:21
**pardon** [2] - 3:23, 41:9
**parents'** [1] - 128:11
**part** [19] - 15:2, 16:19, 17:1, 17:2, 19:8, 23:16, 51:13, 57:14, 57:24, 65:19, 107:16, 115:20, 155:22, 159:6, 159:24, 174:15, 181:11, 186:16, 216:15
**partial** [2] - 80:23
**particular** [12] - 8:25, 104:5, 113:6, 201:9, 203:8, 208:18, 213:7, 214:3, 214:25, 221:20, 222:10, 224:14
**particularly** [1] - 150:21
**parties** [1] - 198:3
**partnership** [1] - 149:10
**parts** [45] - 13:20, 13:23, 13:25, 14:1, 16:15, 18:12, 18:13, 18:15, 20:15, 21:7, 21:18, 30:9, 31:15,

46:21, 46:23, 47:8, 51:15, 51:18, 81:1, 82:15, 83:16, 85:19, 86:6, 90:17, 121:16, 122:1, 122:17, 122:23, 123:8, 123:21, 126:13, 126:16, 127:25, 128:1, 129:2, 129:3, 129:5, 129:25, 130:1, 130:2, 130:10, 166:25, 167:1
**party** [1] - 142:24
**passing** [1] - 171:17
**passport** [4] - 109:11, 109:13, 109:15, 109:16
**passports** [1] - 109:23
**passwords** [3] - 194:12, 194:15, 194:18
**past** [2] - 197:25, 198:6
**patch** [1] - 151:19
**patches** [1] - 151:18
**path** [1] - 168:17
**patience** [1] - 198:19
**patient** [1] - 37:20
**PATRICK** [1] - 1:17
**pattern** [2] - 119:2, 218:17
**Pattern** [1] - 119:3
**Patti** [1] - 23:10
**pay** [15] - 28:8, 40:1, 88:21, 89:4, 90:6, 107:24, 119:13, 135:7, 139:6, 140:4, 140:15, 140:22, 153:6, 183:24, 224:14
**paying** [27] - 38:8, 38:12, 131:8, 131:11, 133:25, 134:3, 134:7, 139:4, 155:12, 182:10, 182:11, 182:23, 183:1, 183:8, 183:9, 183:20, 187:22, 221:22, 222:1, 222:23, 223:2, 223:14, 223:15, 223:17, 224:11, 224:22
**payment** [4] - 20:15, 89:5, 89:6, 222:6
**payments** [6] - 89:5, 89:9, 89:11, 140:5, 140:7, 140:23
**peers** [1] - 179:2

**penalty** [3] - 95:10, 127:13, 127:14
**PENNSYLVANIA** [3] - 1:1, 1:9, 1:25
**Pennsylvania** [6] - 1:13, 1:15, 1:21, 226:5, 226:18, 226:19
**penthouse** [2] - 138:14, 138:16
**People** [1] - 154:24
**people** [60] - 12:12, 12:15, 13:5, 21:2, 21:8, 21:10, 25:3, 28:16, 30:11, 34:18, 35:19, 37:18, 38:16, 44:14, 49:2, 49:7, 50:21, 50:22, 50:24, 55:9, 60:8, 60:9, 66:14, 66:20, 67:9, 67:23, 100:24, 110:24, 113:9, 121:6, 121:7, 131:15, 134:24, 146:12, 146:18, 146:21, 147:6, 147:8, 147:9, 147:16, 147:18, 147:21, 151:15, 154:13, 154:14, 154:20, 154:22, 169:7, 180:10, 180:11, 184:6, 185:16, 185:22, 185:25, 186:7, 186:10, 189:3, 190:20, 190:22
**people's** [3] - 138:11, 165:20, 165:24
**per** [4] - 119:15, 140:9, 210:18, 216:1
**percent** [6] - 20:2, 47:9, 85:18, 135:11, 190:4
**performance** [1] - 178:24
**perhaps** [4] - 5:10, 8:15, 19:25, 213:6
**perimeter** [1] - 213:6
**period** [4] - 19:22, 49:10, 94:7, 167:5
**peripheral** [1] - 40:17
**perjury** [1] - 95:10
**permission** [7] - 45:1, 119:18, 119:21, 133:15, 170:1, 170:4, 173:24
**permissions** [4] - 36:2, 120:25, 133:13, 133:24

**20**

**permitted** [1] - 116:12
**person** [16] - 31:6, 39:13, 55:14, 55:15, 110:4, 111:22, 124:14, 129:25, 147:15, 161:15, 161:23, 175:13, 209:22, 218:24
**Personal** [1] - 50:8
**personal** [2] - 150:18, 150:22
**personally** [2] - 72:2, 111:25
**personnel** [5] - 24:17, 50:20, 186:5, 188:22, 188:23
**Personnel** [1] - 50:10
**persuaded** [1] - 5:2
**Peshmerga** [4] - 115:8, 115:15, 213:9
**Peter** [1] - 23:10
**Pettaway** [2] - 208:7, 210:5
**phase** [1] - 197:9
**Philippines** [3] - 31:5, 50:24, 130:8
**phone** [21] - 23:20, 35:13, 73:22, 75:11, 84:22, 104:13, 105:24, 111:12, 111:13, 111:16, 125:19, 132:9, 143:18, 143:21, 156:15, 162:5, 167:25, 194:12, 194:15, 194:18, 209:9
**phones** [3] - 111:8, 111:11, 111:17
**photo** [4] - 92:23, 109:24, 182:6, 182:7
**photos** [4] - 77:25, 78:2, 78:5, 78:6
**phrase** [1] - 212:12
**physical** [5] - 4:21, 75:9, 87:17, 162:24, 163:2
**physically** [5] - 66:13, 72:2, 75:15, 164:25, 187:7
**pick** [5] - 106:23, 106:25, 129:3, 129:12, 150:3
**picking** [1] - 174:18
**pictures** [2] - 88:16, 146:22
**pieces** [1] - 182:18
**pin** [19] - 45:23, 46:13, 46:14, 46:15, 46:16, 46:17, 47:10, 82:21,

83:7, 83:9, 83:20, 83:23, 119:22, 123:5, 193:21, 204:15, 220:7
**pipe** [2] - 157:14, 195:14
**pipes** [3] - 13:10, 13:11, 147:21
**pissed** [5] - 146:12, 147:8, 147:15, 147:21, 190:5
**pissing** [1] - 147:18
**pistols** [2] - 120:4, 132:11
**piston** [2] - 31:21, 31:22
**piston-driven** [1] - 31:21
**pitch** [1] - 33:10
**Pittston** [1] - 1:21
**pizza** [2] - 106:21, 107:23
**PKK** [4] - 100:15, 100:17, 168:15, 188:16
**Place** [2] - 128:15
**place** [13] - 3:1, 13:9, 49:3, 49:7, 95:19, 102:15, 107:23, 160:14, 211:19, 213:1, 214:9, 215:25, 217:7
**placed** [6] - 10:15, 167:23, 177:9, 193:17, 199:16, 203:19
**places** [2] - 102:19, 210:24
**plaintiff** [1] - 1:3
**plan** [5] - 44:9, 66:7, 66:8, 133:18, 199:19
**plane** [1] - 109:25
**planned** [3] - 86:23, 144:6, 168:14
**planning** [2] - 120:2, 185:4
**plant** [30] - 16:2, 25:15, 25:18, 32:21, 36:1, 44:7, 50:19, 69:1, 80:14, 85:8, 85:18, 86:18, 99:13, 99:16, 100:22, 107:4, 107:5, 107:8, 107:9, 120:19, 133:12, 133:13, 133:20, 133:22, 146:25, 180:20, 182:6, 182:8, 183:5, 190:11
**plants** [1] - 56:18

**plastic** [11] - 52:11, 79:18, 85:22, 98:8, 147:21, 148:21, 157:14, 157:21, 160:8, 195:6, 195:14
**platform** [9] - 29:12, 29:13, 29:14, 29:15, 29:25, 30:4, 30:9, 46:20
**play** [12] - 70:6, 106:22, 131:3, 151:2, 164:15, 165:15, 171:22, 172:20, 173:24, 175:17, 192:5, 192:13
**played** [13] - 70:9, 82:11, 131:5, 151:4, 164:17, 165:17, 170:16, 172:13, 173:3, 174:2, 192:7, 192:15, 203:4
**playing** [1] - 142:25
**pleasant** [2] - 68:12, 159:1
**pleasure** [1] - 209:15
**plenty** [1] - 189:3
**pliers** [2] - 158:4, 158:6
**plus** [11] - 30:17, 40:1, 40:2, 40:7, 40:9, 40:23, 58:1, 90:13, 134:21, 184:8
**PNC** [4] - 38:21, 38:22, 41:6, 181:9
**pocket** [3] - 134:18, 134:21, 134:22
**point** [50] - 4:4, 6:23, 7:24, 14:23, 19:5, 25:20, 28:7, 37:16, 38:7, 41:23, 48:19, 48:24, 49:8, 50:19, 51:8, 59:19, 66:4, 68:18, 70:1, 75:5, 79:10, 84:21, 86:9, 86:11, 86:14, 91:5, 93:10, 94:9, 94:15, 96:6, 105:9, 105:15, 113:3, 113:14, 130:25, 167:4, 179:24, 204:9, 204:24, 206:4, 207:1, 211:8, 211:13, 212:3, 212:16, 215:2, 215:5, 215:6, 216:14, 216:17
**pointed** [1] - 44:1
**pointing** [2] - 163:13, 163:15

**points** [2] - 108:21, 168:8
**Polad** [47] - 26:20, 26:22, 27:7, 27:14, 27:21, 27:22, 28:17, 29:5, 31:1, 31:13, 31:20, 32:15, 33:8, 33:23, 34:3, 35:6, 65:15, 84:6, 90:22, 96:16, 99:18, 104:24, 105:1, 114:17, 131:25, 138:16, 142:3, 142:6, 142:9, 143:1, 143:7, 143:8, 143:10, 143:12, 143:14, 143:15, 143:19, 143:25, 144:19, 150:6, 161:24, 162:20, 163:25, 165:8, 169:15, 176:7
**Polad's** [1] - 26:24
**police** [2] - 153:5, 153:11
**political** [2] - 6:6, 69:19
**politics** [2] - 169:6
**pool** [2] - 142:24, 142:25
**Poor** [1] - 132:24
**poor** [3] - 133:2, 133:3
**portion** [1] - 70:7
**position** [7] - 8:10, 10:3, 10:4, 50:7, 50:11, 178:25, 201:4
**positions** [2] - 189:2, 189:4
**possess** [1] - 17:21
**possessed** [1] - 17:24
**possessing** [2] - 4:18, 5:18
**possession** [11] - 174:23, 208:2, 210:2, 210:19, 212:7, 214:16, 215:1, 215:3, 215:22, 216:12, 217:22
**possessions** [5] - 207:24, 208:12, 212:1, 215:4, 216:3
**possessor** [1] - 215:5
**possible** [5] - 85:12, 134:23, 198:11, 204:25, 205:3
**possibly** [2] - 9:15, 95:4
**post** [2] - 147:4, 196:15

**post-1984** [2] - 17:23
**posted** [1] - 196:5
**Pote** [2] - 23:10, 24:2
**potentially** [3] - 7:12, 7:14, 202:25
**pour** [1] - 182:16
**power** [4] - 80:16, 133:19, 155:9, 214:6
**powerful** [1] - 37:18
**practice** [2] - 142:13, 142:16
**pre-1984** [2] - 17:23, 18:1
**precedes** [1] - 93:23
**precisely** [1] - 205:25
**precluding** [1] - 217:15
**pregnant** [1] - 178:4
**prejudicial** [1] - 171:8
**preparation** [1] - 7:3
**prepared** [12] - 4:10, 4:14, 5:6, 5:12, 6:18, 43:24, 123:14, 198:3, 213:12, 213:23, 225:4, 226:11
**preparing** [2] - 4:8, 6:18
**presence** [3] - 3:1, 76:2, 76:3
**present** [10] - 67:2, 73:10, 87:19, 89:23, 91:13, 106:3, 106:4, 186:1, 198:4, 203:4
**presentation** [2] - 32:21, 98:6
**presented** [9] - 9:5, 9:6, 38:15, 38:16, 94:16, 94:21, 98:8, 202:24
**presently** [1] - 8:4
**President** [5] - 18:18, 21:24, 22:4, 33:2
**Press** [1] - 24:18
**pressure** [7] - 90:19, 90:21, 90:23, 175:4, 189:5, 189:10, 193:24
**prestige** [1] - 152:6
**pretty** [11] - 15:22, 42:10, 52:12, 52:16, 54:9, 87:16, 100:6, 138:11, 169:13, 198:9, 221:16
**prevented** [2] - 214:2, 214:4
**previously** [1] - 6:4
**price** [2] - 139:24, 141:2
**pricing** [1] - 28:25

21

**pride** [1] - 146:19
**prima** [1] - 62:20
**Prime** [1] - 33:6
**principal** [1] - 207:14
**principals** [2] - 23:8
**print** [1] - 52:13
**prison** [1] - 168:18
**prisoners** [2] - 119:5, 119:9
**privacy** [1] - 150:20
**private** [1] - 152:6
**privilege** [1] - 3:18
**privileged** [2] - 9:1, 9:2
**privy** [1] - 186:16
**problem** [11] - 8:4, 13:17, 134:23, 150:5, 150:6, 150:22, 171:14, 198:14, 207:25, 216:5, 216:6
**problems** [7] - 12:9, 15:25, 19:10, 19:12, 59:19, 150:22, 181:1
**proceed** [5] - 10:5, 36:5, 133:24, 173:2, 197:16
**proceeding** [1] - 95:10
**proceedings** [2] - 225:6, 226:8
**Proceedings** [1] - 1:22
**PROCEEDINGS** [1] - 1:7
**proceeds** [1] - 181:16
**process** [6] - 19:8, 20:16, 37:13, 39:12, 80:12, 197:10
**processing** [1] - 223:2
**produce** [9] - 17:4, 85:24, 92:20, 93:8, 132:25, 133:4, 134:8, 137:10, 188:10
**produced** [3] - 1:22, 86:9, 90:16
**producing** [1] - 132:10
**product** [5] - 92:18, 93:2, 200:20, 202:10, 206:4
**production** [4] - 85:8, 92:25, 93:9, 135:11
**products** [1] - 25:4
**proffered** [1] - 94:17
**profits** [1] - 141:13
**progress** [1] - 48:6
**progressed** [1] - 18:10
**progressing** [1] - 79:15

**progression** [1] - 29:17
**Project** [2] - 39:19, 43:1
**project** [73] - 5:11, 5:20, 7:12, 25:9, 27:23, 27:25, 28:6, 32:16, 33:10, 34:25, 36:5, 37:17, 40:7, 41:25, 44:18, 48:19, 51:16, 52:17, 54:7, 61:6, 63:8, 69:18, 77:3, 77:8, 79:5, 79:9, 79:10, 80:6, 80:9, 81:3, 90:2, 115:5, 125:16, 126:20, 126:23, 127:19, 127:21, 127:23, 128:7, 131:18, 131:20, 132:3, 132:5, 135:20, 137:24, 138:2, 138:5, 138:8, 138:20, 143:9, 143:11, 150:19, 155:18, 156:2, 156:10, 169:2, 169:3, 183:1, 183:2, 183:4, 187:2, 187:5, 188:1, 188:2, 188:6, 188:13, 188:15, 188:18, 188:20, 188:24, 189:5, 219:3
**projects** [1] - 34:9
**promise** [1] - 201:12
**pronounced** [1] - 36:24
**proper** [1] - 123:16
**property** [3] - 172:18, 175:10, 213:17
**proposal** [1] - 223:21
**propose** [2] - 215:16, 222:19
**proposed** [3] - 197:18, 198:9, 216:22
**proprietary** [2] - 47:15, 58:2
**prospects** [1] - 33:15
**protect** [1] - 181:4
**Protection** [2] - 125:7, 196:9
**Protocol** [1] - 210:8
**prototype** [3] - 79:18, 80:11, 188:4
**prototypes** [1] - 80:25
**prove** [8] - 200:15, 200:18, 201:25, 202:1, 202:3, 202:8, 205:9, 206:3
**provide** [3] - 104:18,

197:18, 213:16
**provided** [3] - 9:10, 127:9
**provides** [2] - 132:8, 153:7
**providing** [2] - 120:23, 129:25
**provinces** [1] - 212:22
**provisions** [1] - 226:5
**prudent** [1] - 217:11
**publicly** [1] - 30:22
**publicly-traded** [1] - 30:22
**publish** [1] - 192:5
**Puerto** [1] - 212:5
**PUK** [8] - 6:6, 33:9, 147:9, 147:10, 147:12, 147:13, 180:14, 180:15
**pull** [2] - 66:14, 179:12
**pulled** [2] - 45:18, 110:23
**punishment** [1] - 146:10
**purchased** [4] - 81:24, 88:16, 90:2, 223:9
**purchasing** [2] - 29:8, 83:20
**purely** [1] - 69:18
**purpose** [12] - 44:2, 47:3, 65:6, 67:15, 76:2, 76:3, 99:7, 100:8, 171:17, 192:19, 202:25, 203:1
**pursuant** [1] - 226:5
**pushed** [1] - 163:4
**pushes** [1] - 46:3
**pushing** [8] - 91:3, 132:5, 132:7, 132:8, 158:15, 189:16
**put** [37] - 15:6, 23:4, 26:4, 27:13, 44:4, 74:2, 80:17, 82:5, 84:20, 85:3, 89:5, 91:6, 97:4, 97:20, 97:23, 98:2, 103:15, 106:17, 127:4, 133:9, 133:20, 134:6, 139:10, 139:14, 157:21, 158:6, 164:6, 164:9, 174:21, 175:4, 180:24, 182:15, 182:18, 195:6, 198:18, 215:25
**puts** [1] - 134:22
**putting** [4] - 15:11, 25:5, 38:17, 81:4

**Q**

**qualified** [1] - 136:16
**quality** [7] - 19:12, 19:16, 19:20, 19:24, 56:20, 134:17, 135:5
**Qubad** [3] - 33:4, 33:5, 156:5
**questioned** [9] - 72:17, 98:13, 98:15, 137:13, 137:17, 176:25, 183:8, 187:16, 219:1
**questioning** [8] - 72:19, 100:25, 101:4, 101:9, 148:13, 184:18, 185:17, 187:14
**questions** [37] - 28:10, 28:12, 29:6, 68:16, 68:18, 68:19, 68:21, 71:8, 71:9, 71:14, 71:15, 71:23, 75:22, 85:3, 96:25, 98:19, 98:21, 98:24, 98:25, 99:4, 147:24, 148:3, 148:7, 148:23, 160:1, 172:4, 176:24, 177:3, 184:15, 186:17, 186:19, 186:23, 186:25, 187:2, 187:4, 221:15, 222:16
**quickly** [1] - 21:25
**quiet** [1] - 180:15
**quite** [6] - 4:5, 21:11, 40:4, 108:7, 154:23, 170:25
**quota** [1] - 85:15
**quote** [4] - 114:9, 174:16, 194:25, 209:18

**R**

**R-O-G-G-I-O** [1] - 10:19
**rack** [1] - 92:24
**Raiden** [1] - 24:16
**rail** [1] - 29:18
**raise** [4] - 9:14, 55:24, 197:19, 199:6
**raised** [2] - 3:9, 214:1
**raises** [2] - 160:17, 213:24
**ran** [2] - 18:18, 143:2
**random** [2] - 68:19, 94:8
**rather** [3] - 105:7,

197:15, 214:8
**ratted** [2] - 124:12, 124:14
**Rauno** [5] - 112:14, 124:11, 127:1, 163:13, 193:20
**reaction** [1] - 9:19
**read** [8] - 15:21, 101:17, 150:17, 177:11, 178:22, 197:13, 200:23, 224:10
**readily** [1] - 51:15
**reading** [1] - 172:10
**reads** [1] - 207:25
**ready** [2] - 133:16, 189:1
**real** [4] - 72:8, 162:9, 184:25, 185:1
**realized** [4] - 18:19, 37:4, 109:1
**really** [21] - 13:19, 18:13, 24:22, 25:22, 28:9, 29:3, 62:13, 87:14, 118:23, 130:19, 137:8, 143:25, 144:17, 162:10, 163:5, 180:17, 206:16, 211:11, 213:2, 214:8, 224:8
**REALTIME** [1] - 1:24
**ream** [1] - 45:17
**reamers** [1] - 81:10
**reaming** [1] - 45:15
**reason** [17] - 3:8, 4:24, 8:5, 30:4, 110:5, 118:20, 118:21, 118:22, 130:23, 150:23, 184:25, 185:1, 190:9, 190:10, 195:23, 213:25, 217:18
**Reason** [1] - 118:25
**reasonable** [2] - 204:2, 207:8
**reasons** [5] - 7:25, 161:18, 188:20, 195:25
**rebar** [1] - 182:18
**Rebel** [7] - 22:10, 22:13, 22:15, 23:6, 23:7, 23:17, 23:25
**rebuild** [1] - 164:22
**rebut** [1] - 95:13
**rebuttal** [7] - 7:24, 8:6, 9:16, 196:23, 197:6, 197:7
**recalled** [1] - 5:7
**receipt** [2] - 40:11,

40:13
**receive** [1] - 44:25
**received** [7] - 15:10, 31:24, 39:19, 88:23, 130:3, 141:13
**receiver** [10] - 13:21, 13:24, 14:1, 16:25, 17:2, 19:6, 19:7, 30:5, 30:6, 101:20
**receivers** [13] - 13:25, 16:21, 19:1, 20:1, 22:2, 22:3, 23:1, 51:13, 51:14, 51:17
**receiving** [1] - 41:13
**recent** [1] - 95:14
**recently** [1] - 95:14
**recess** [3] - 113:22, 176:19, 198:23
**recklessly** [1] - 203:20
**recognize** [1] - 117:24
**recognized** [1] - 98:1
**recollect** [2] - 212:11, 212:12
**recollection** [3] - 97:10, 172:2, 203:9
**recommend** [2] - 57:1, 57:6
**recommendations** [1] - 59:23
**recommended** [1] - 56:8
**recommending** [1] - 56:9
**Record** [1] - 118:7
**record** [11] - 3:22, 8:16, 10:18, 41:11, 93:20, 114:23, 170:22, 177:1, 199:16, 213:23
**recorded** [1] - 1:22
**recording** [11] - 70:9, 131:5, 151:4, 164:17, 165:17, 170:25, 171:3, 171:7, 172:13, 173:3, 174:2
**records** [9] - 117:17, 117:18, 117:24, 118:24, 119:1, 177:8, 177:16, 177:19, 179:4
**recross** [1] - 193:4
**Recross** [1] - 2:3
**RECROSS** [1] - 193:6
**recruited** [2] - 54:18, 54:19
**red** [2] - 32:18, 140:20
**redacted** [1] - 199:10
**redirect** [3] - 95:21, 176:14, 176:20

**REDIRECT** [1] - 176:22
**Redirect** [1] - 2:3
**redundant** [1] - 201:13
**refer** [2] - 6:2, 27:25
**reference** [1] - 158:18
**references** [2] - 200:2, 206:19
**referred** [1] - 29:13
**referring** [9] - 28:3, 158:19, 159:6, 159:8, 159:10, 164:21, 164:24, 165:1, 165:3
**refers** [1] - 220:19
**reflect** [3] - 117:17, 117:18, 179:20
**reflects** [1] - 179:9
**refranchised** [1] - 202:9
**refreshed** [1] - 172:3
**refugee** [6] - 124:24, 125:24, 126:2, 126:5, 126:7, 126:10
**regard** [1] - 69:17
**regarding** [8] - 37:16, 75:23, 93:25, 184:16, 184:19, 186:19, 189:19, 191:3
**regards** [4] - 202:20, 221:20, 222:13, 223:7
**Region** [4] - 28:4, 41:15, 61:16, 63:14
**region** [4] - 35:14, 61:21, 69:21, 182:24
**regional** [1] - 169:6
**regular** [5] - 17:14, 84:14, 84:19, 112:8, 112:13
**regularly** [1] - 153:9
**regulations** [1] - 15:21
**rehabilitate** [1] - 95:16
**rehabilitation** [1] - 146:4
**reimbursed** [2] - 40:23, 183:25
**related** [6] - 9:9, 150:19, 203:8, 221:21, 222:22, 224:10
**relating** [4] - 186:23, 186:25, 187:2, 187:4
**relationship** [4] - 20:19, 24:1, 62:18, 105:9
**relative** [14] - 3:15, 4:15, 5:9, 6:9, 6:24,

20:1, 40:22, 46:23, 53:11, 171:2, 171:7, 207:21, 208:5, 211:5
**relatively** [1] - 106:15
**release** [2] - 5:3, 76:10
**released** [3] - 76:14, 76:17, 191:5
**relevance** [2] - 93:16, 93:24
**relevant** [3] - 9:18, 94:9, 94:20
**relying** [1] - 212:4
**remember** [57] - 6:12, 11:19, 18:3, 18:18, 27:15, 34:21, 41:18, 49:10, 60:23, 61:2, 64:19, 77:1, 92:5, 97:11, 110:7, 114:9, 115:12, 115:19, 119:13, 123:7, 125:20, 139:3, 139:24, 140:5, 140:6, 140:12, 140:16, 140:23, 140:25, 141:2, 142:1, 142:4, 142:14, 142:25, 154:14, 158:15, 163:9, 163:11, 163:13, 163:15, 164:1, 167:6, 168:19, 170:11, 170:13, 170:14, 190:2, 190:4, 190:15, 192:21, 192:22, 194:22, 195:1, 200:7
**remembered** [3] - 140:24, 172:11, 190:16
**remembering** [1] - 219:6
**remind** [1] - 198:5
**removal** [3] - 208:17, 208:22, 209:20
**removed** [2] - 110:5, 217:3
**renew** [1] - 196:25
**repay** [1] - 138:2
**repeat** [1] - 217:5
**repeatedly** [1] - 184:18
**rephrase** [1] - 70:20
**replace** [1] - 221:3
**replaced** [1] - 91:15
**Report** [9] - 37:24, 38:1, 42:9, 43:3, 43:23, 48:9, 123:9, 123:10, 223:25
**report** [15] - 38:3,

42:23, 43:24, 44:2, 44:3, 44:4, 44:8, 45:4, 48:17, 49:5, 130:24, 178:11, 188:3, 198:2
**REPORTED** [1] - 226:15
**reported** [5] - 5:4, 143:10, 143:12, 143:14, 143:15
**REPORTER** [1] - 1:24
**reporter** [1] - 226:23
**Reporter** [3] - 226:3, 226:14, 226:17
**reports** [1] - 91:5
**representation** [1] - 8:8
**representative** [1] - 43:9
**representatives** [1] - 3:23
**represented** [1] - 9:13
**reproduction** [1] - 226:22
**request** [4] - 10:12, 199:4, 199:12, 199:19
**requested** [5] - 4:24, 10:1, 28:25, 32:19, 34:16
**requesting** [2] - 42:20, 214:17
**requests** [1] - 216:24
**require** [1] - 58:6
**required** [4] - 15:25, 45:9, 54:16, 123:11
**requirement** [4] - 47:20, 80:17, 127:4, 133:11
**requirements** [9] - 32:5, 51:18, 53:2, 54:17, 120:9, 120:14, 132:24, 135:4
**requires** [2] - 57:23, 146:6
**research** [4] - 27:1, 46:25, 133:19, 211:6
**residence** [1] - 208:16
**resident** [2] - 208:22, 209:25
**residential** [1] - 196:10
**resisting** [2] - 160:2, 160:15
**resolve** [2] - 62:25, 213:10
**respect** [21] - 47:24, 58:23, 59:8, 68:13, 83:17, 95:2, 96:5,

150:20, 199:6, 199:15, 200:8, 200:11, 200:13, 200:14, 201:8, 201:24, 204:10, 204:20, 206:22, 207:1, 207:20
**respectful** [1] - 137:20
**response** [2] - 211:15, 220:13
**responsibilities** [2] - 142:18, 142:19
**responsive** [20] - 23:21, 28:19, 36:6, 37:6, 39:14, 41:20, 52:23, 55:16, 59:1, 65:10, 69:2, 69:24, 78:21, 84:15, 93:6, 112:18, 112:19, 112:20, 156:9, 191:7
**rest** [4] - 51:18, 87:6, 89:8, 197:5
**restricted** [2] - 94:23, 122:25
**restriction** [1] - 129:11
**result** [3] - 65:19, 123:17, 146:3
**retail** [1] - 13:8
**retainer** [2] - 46:13, 47:13
**retainers** [11] - 45:23, 82:21, 83:7, 83:9, 83:20, 83:23, 119:22, 123:5, 193:21, 204:16, 220:7
**retaining** [1] - 46:16
**retract** [1] - 88:8
**retransferred** [7] - 200:20, 200:25, 201:20, 205:11, 206:5, 206:11, 207:4
**retransferring** [1] - 202:4
**return** [2] - 79:4, 113:21
**returned** [7] - 8:20, 64:20, 73:17, 77:3, 78:10, 111:20
**revealing** [1] - 171:16
**reverse** [2] - 52:14, 54:8
**reverse-engineer** [1] - 54:8
**reverse-engineering** [1] - 52:14
**review** [3] - 5:12, 198:19, 198:25
**reviewed** [1] - 4:11
**revised** [2] - 208:4,

225:3
**Rhonda** [1] - 20:6
**Rico** [1] - 212:5
**ride** [2] - 108:14, 127:9
**rifle** [18] - 21:24, 45:12, 45:14, 45:15, 47:17, 47:21, 48:2, 51:22, 81:9, 81:19, 82:19, 83:10, 86:6, 86:7, 86:9, 90:16, 90:17, 220:6
**rifles** [5] - 17:5, 17:15, 22:25, 120:2, 132:10
**rifling** [15] - 81:3, 81:4, 119:19, 120:20, 128:4, 128:10, 193:18, 220:21, 221:22, 222:2, 222:23, 223:1, 223:14, 223:25, 224:11
**rights** [1] - 209:22
**rigors** [1] - 80:15
**ring** [3] - 45:24, 45:25, 47:13
**ringing** [1] - 143:21
**rings** [15] - 45:23, 46:4, 47:14, 82:21, 83:3, 83:9, 83:21, 83:22, 119:22, 123:5, 128:21, 128:23, 193:22, 204:15, 220:7
**risk** [2] - 41:25, 42:4
**risks** [2] - 182:25, 183:25
**RMR** [1] - 1:24
**RMR,CRR** [2] - 226:13, 226:16
**road** [4] - 97:21, 120:5, 213:23, 222:3
**roads** [1] - 132:14
**ROBERT** [1] - 1:8
**rocket** [2] - 136:10, 136:13
**Roggio** [62] - 2:4, 3:6, 4:8, 4:15, 4:16, 4:19, 4:22, 4:23, 5:2, 5:3, 5:13, 5:16, 6:4, 6:13, 7:2, 7:5, 8:8, 9:17, 10:6, 10:7, 10:12, 10:19, 10:23, 14:19, 14:20, 14:25, 15:5, 16:10, 18:5, 21:6, 21:19, 21:21, 22:18, 25:10, 42:14, 60:17, 75:14, 84:9, 114:2, 131:7, 171:3, 171:23, 176:24,

178:8, 191:14, 200:15, 200:19, 200:24, 202:8, 203:19, 205:10, 205:24, 206:2, 206:3, 206:24, 218:22, 218:25, 219:14, 221:23, 223:1, 223:9, 223:22
**ROGGIO** [1] - 1:5
**Roggio's** [5] - 7:16, 203:3, 203:9, 219:23, 222:9
**role** [5] - 23:11, 43:7, 43:19, 71:7, 75:19
**Rolex** [1] - 141:16
**rolling** [1] - 25:5
**Romania** [2] - 13:22, 18:12
**Ron** [12] - 14:8, 25:11, 26:2, 26:21, 29:21, 115:2, 115:21, 115:23, 115:24, 122:2, 122:18, 122:19
**roofing** [2] - 13:5, 13:6
**roofs** [1] - 13:6
**room** [10] - 64:9, 67:23, 68:10, 71:5, 98:12, 99:3, 100:25, 106:8, 111:15, 147:23
**ROSS** [1] - 1:5
**Ross** [10] - 2:4, 10:19, 48:11, 118:2, 177:24, 178:1, 219:14, 221:23, 222:25, 223:22
**rotations** [1] - 152:25
**roughly** [2] - 13:2, 47:7
**round** [1] - 45:21
**rounds** [2] - 47:22, 47:23
**route** [2] - 129:15, 182:14
**routed** [1] - 129:20
**routinely** [1] - 60:9
**Rowthers** [1] - 24:18
**Ruger** [1] - 30:19
**rule** [2] - 197:3, 214:12
**Rule** [2] - 95:5, 213:15
**rules** [2] - 62:1, 121:24
**ruling** [1] - 215:14
**run** [8] - 19:10, 54:4, 62:1, 136:25, 158:1, 158:3, 167:2, 189:22
**running** [1] - 53:16

**runs** [2] - 106:23, 135:5
**rush** [1] - 18:21
**rushed** [1] - 141:21

**S**

**s/Kristin** [1] - 226:13
**Saar** [13] - 4:17, 4:22, 4:23, 5:9, 5:17, 7:11, 50:11, 75:14, 124:1, 134:15, 166:1, 194:11, 203:8
**safe** [1] - 109:22
**safer** [1] - 211:11
**sake** [1] - 201:5
**Salaam** [1] - 33:8
**salaries** [3] - 42:6, 153:9, 153:24
**salary** [12] - 39:21, 40:2, 40:4, 40:23, 90:14, 138:7, 138:10, 138:13, 138:21, 138:23, 139:4, 141:13
**sale** [1] - 18:2
**sales** [1] - 25:5
**salesman** [1] - 24:25
**salt** [1] - 144:3
**sample** [7] - 51:25, 52:5, 80:23, 83:12, 83:13, 83:14, 93:1
**samples** [4] - 52:1, 80:24, 92:25, 93:3
**Sanford** [1] - 19:13
**sat** [3] - 32:19, 55:13, 125:15
**satisfied** [2] - 105:4, 105:6
**Saudi** [1] - 178:21
**Sauer** [1] - 30:24
**sauna** [1] - 138:17
**saw** [19] - 21:3, 63:23, 67:9, 86:1, 87:14, 89:13, 89:22, 90:16, 142:9, 151:12, 151:19, 151:21, 151:25, 157:25, 165:13, 166:14, 183:9, 193:8, 211:7
**scale** [1] - 52:13
**scared** [2] - 21:23, 175:3
**scenes** [1] - 75:9
**schematic** [1] - 46:9
**school** [3] - 22:15, 58:9, 117:2
**scintilla** [1] - 212:13
**score** [1] - 178:25
**Scott** [2] - 200:3,

205:5
**SCOTT** [1] - 1:14
**Scout** [1] - 12:2
**SCRANTON** [2] - 1:9, 1:25
**Scranton** [2] - 1:13, 226:19
**scream** [1] - 157:19
**screamed** [1] - 157:18
**screaming** [1] - 149:2
**screen** [1] - 42:14
**screw** [1] - 158:24
**screw-ups** [1] - 158:24
**seal** [4] - 3:12, 3:13, 3:15, 3:19
**sealed** [1] - 9:10
**Seaman's** [9] - 57:12, 57:13, 57:23, 58:1, 58:3, 58:4, 136:2, 136:4
**Seaman's(phonetic** [1] - 57:9
**search** [4] - 94:12, 114:3, 114:6, 114:9
**searched** [3] - 89:22, 113:4, 144:10
**searching** [1] - 150:8
**seated** [2] - 3:24, 10:20
**Sebastian** [3] - 4:17, 4:20, 5:17
**Sebastian's** [2] - 5:1, 5:3
**second** [18] - 64:24, 65:4, 98:11, 107:3, 108:6, 178:4, 200:11, 201:3, 201:13, 201:17, 204:9, 206:7, 206:8, 210:15, 211:18, 216:23, 217:2
**Secondary** [3] - 110:23, 110:24, 111:22
**secondary** [1] - 94:11
**seconds** [1] - 131:4
**secrecy** [2] - 169:4, 169:5
**secret** [9] - 124:18, 126:20, 126:23, 169:2, 169:3, 169:5, 169:8, 169:9
**section** [2] - 160:13, 210:20
**Section** [4] - 1:15, 206:19, 210:22, 226:6
**Security** [2] - 113:12, 131:16

**security** [11] - 24:17, 96:24, 147:1, 152:6, 152:7, 152:25, 153:7, 153:19, 185:6
**see** [30] - 7:24, 31:12, 42:12, 42:14, 59:19, 67:18, 73:23, 82:10, 93:3, 93:24, 108:24, 118:6, 118:9, 152:1, 152:6, 152:21, 156:1, 160:24, 171:14, 177:21, 177:24, 180:25, 200:2, 200:9, 202:11, 217:17, 223:24
**seeing** [3] - 111:24, 191:15, 191:16
**seem** [2] - 194:22, 206:13
**seized** [3] - 4:18, 5:17, 6:5
**self** [1] - 182:18
**self-leveling** [1] - 182:18
**sell** [4] - 18:14, 19:1, 23:5, 25:4
**selling** [2] - 25:4, 144:8
**semi** [1] - 132:10
**semi-automatic** [1] - 132:10
**send** [11] - 42:23, 56:6, 56:13, 58:4, 74:3, 74:21, 135:3, 138:8, 184:5, 199:11, 200:5
**sending** [4] - 20:16, 37:25, 74:6, 129:3
**senior** [1] - 43:9
**sense** [7] - 9:19, 68:20, 92:4, 202:14, 202:15, 210:23, 224:21
**senseless** [1] - 91:12
**sensitive** [1] - 146:24
**sent** [20] - 27:14, 34:15, 37:24, 42:20, 53:22, 56:10, 56:18, 59:24, 77:14, 77:22, 77:24, 86:2, 126:15, 128:15, 144:5, 160:22, 167:2, 168:17, 168:21, 192:22
**sentence** [8] - 24:10, 214:3, 215:21, 216:19, 216:23, 217:2, 217:18, 220:1
**separate** [4] - 98:12,

24

153:2, 200:3, 204:21
**separated** [1] - 160:13
**Separation** [1] - 118:25
**September** [2] - 41:1, 93:23
**Sergeant** [1] - 212:16
**serial** [1] - 213:17
**serialized** [1] - 17:1
**series** [1] - 85:20
**serious** [3] - 35:25, 66:16, 203:16
**seriousness** [1] - 164:11
**serve** [1] - 115:24
**served** [6] - 115:7, 115:13, 115:15, 116:25, 117:4, 117:15
**server** [1] - 101:25
**Service** [5] - 118:7, 118:9, 131:22, 144:18, 209:15
**service** [9] - 11:14, 12:3, 12:9, 118:11, 118:13, 118:15, 118:17, 132:9, 179:20
**serviced** [1] - 135:5
**services** [7] - 94:4, 94:5, 219:18, 220:2, 220:5, 220:8, 220:25
**Services** [2] - 33:8, 120:23
**serving** [1] - 115:10
**sessions** [1] - 176:8
**set** [13] - 6:10, 80:10, 80:15, 87:14, 95:5, 101:12, 106:21, 119:25, 133:23, 155:24, 188:24, 211:12, 226:9
**seven** [2] - 73:12, 146:14
**seventh** [1] - 107:1
**several** [4] - 38:16, 198:6, 199:9, 216:2
**sexually** [1] - 171:3
**sharing** [2] - 23:12
**sharp** [1] - 158:1
**Shawn** [1] - 121:19
**sheet** [1] - 193:20
**shell** [1] - 37:12
**Shield** [1] - 178:15
**shifting** [1] - 135:14
**ship** [7] - 84:2, 122:25, 123:5, 128:5, 128:10, 128:22, 129:18
**shipped** [7] - 84:9,

84:11, 84:18, 123:21, 126:12, 130:3, 169:17
**shipping** [5] - 20:15, 126:16, 129:9, 169:16, 213:18
**ships** [5] - 130:4, 130:5, 130:7, 136:10, 136:13
**shit** [1] - 190:6
**shop** [2] - 13:10, 19:14
**short** [6] - 16:17, 17:4, 17:15, 19:22, 52:20, 180:4
**shorthand** [1] - 1:22
**shortly** [2] - 37:23, 51:6
**shot** [2] - 66:18
**shoulders** [1] - 6:14
**show** [6] - 82:9, 162:3, 177:11, 191:14, 217:13
**showed** [7] - 99:17, 99:18, 99:20, 118:6, 176:2, 176:3, 213:7
**showing** [1] - 46:7
**shown** [2] - 182:6, 182:7
**shut** [2] - 154:1, 188:19
**side** [6] - 28:17, 57:15, 118:7, 179:13, 217:13, 217:23
**sidebar** [5] - 3:17, 93:21, 96:11, 170:23, 171:20
**sides** [1] - 197:9
**Sidiropoulou** [1] - 110:21
**SIG** [1] - 30:24
**sight** [2] - 22:1, 29:19
**sign** [8] - 16:7, 36:9, 36:18, 38:6, 126:21, 126:24, 127:2, 127:10
**signal** [1] - 224:7
**signaling** [1] - 179:11
**signed** [6] - 15:20, 37:13, 40:25, 48:6, 177:24, 178:11
**signs** [2] - 54:24
**Siim** [131] - 4:17, 5:17, 49:9, 50:4, 50:11, 51:4, 54:10, 54:12, 54:14, 55:6, 55:19, 57:1, 57:4, 57:6, 58:23, 58:25, 59:8, 59:23, 61:2, 61:3, 61:5, 62:14, 62:17,

63:7, 63:23, 64:18, 64:22, 65:6, 65:13, 66:3, 66:6, 66:22, 67:18, 68:4, 68:22, 70:1, 71:6, 72:2, 72:21, 73:10, 73:18, 75:8, 75:14, 76:8, 77:3, 77:23, 79:4, 79:8, 112:8, 112:13, 124:1, 134:15, 136:17, 136:21, 141:18, 142:3, 142:6, 142:9, 142:20, 142:25, 143:6, 143:22, 143:25, 144:5, 144:20, 144:25, 145:1, 145:5, 146:9, 149:11, 149:18, 149:20, 150:3, 150:23, 151:6, 152:18, 154:1, 154:2, 154:3, 156:22, 156:25, 157:16, 157:18, 158:9, 159:4, 159:10, 160:21, 161:6, 161:13, 162:1, 163:17, 164:8, 164:13, 165:10, 165:19, 165:23, 166:1, 166:6, 166:7, 166:21, 167:11, 170:6, 173:5, 174:4, 174:5, 174:21, 174:22, 176:8, 184:16, 184:19, 184:22, 186:5, 187:8, 187:14, 189:18, 189:23, 190:14, 193:14, 194:1, 194:2, 194:11, 194:17, 194:25, 195:1, 195:3, 195:11, 195:13, 195:16, 195:19, 203:8
**Siim's** [6] - 56:1, 63:16, 141:25, 150:8, 150:20, 161:16
**silencer** [1] - 17:14
**silencers** [3] - 16:18, 17:7, 17:8
**SIM** [2] - 111:12, 111:13
**similar** [2] - 125:6, 190:14
**simple** [3] - 35:24,

104:15, 223:6
**simplest** [1] - 224:4
**simply** [7] - 57:7, 205:20, 206:13, 212:6, 214:7, 217:24, 222:25
**single** [3] - 39:13, 160:24, 213:3
**singular** [1] - 65:7
**sit** [2] - 72:7
**site** [5] - 24:17, 51:1, 51:19, 86:7, 108:8
**sitting** [2] - 38:17, 122:11
**situation** [13] - 8:4, 63:16, 63:18, 65:13, 66:19, 67:20, 71:22, 74:12, 99:7, 141:21, 153:7, 164:11, 203:20
**six** [8] - 58:5, 111:15, 135:7, 171:1, 184:10, 188:5
**Sixth** [2] - 208:9, 210:3
**size** [3] - 52:21, 85:18, 146:22
**skepticism** [1] - 9:19
**ski** [1] - 82:5
**Skidoos** [1] - 141:7
**skill** [1] - 14:3
**skis** [1] - 82:5
**slapped** [1] - 163:3
**sleep** [4] - 160:12, 160:14, 166:10, 166:11
**sleeves** [1] - 25:5
**slighted** [1] - 146:19
**small** [4] - 11:10, 11:12, 45:18, 107:15
**smaller** [1] - 181:23
**smart** [1] - 56:4
**smarter** [1] - 168:22
**Smith** [1] - 30:16
**smoke** [1] - 13:10
**smoker** [1] - 73:1
**smoking** [9] - 143:22, 144:8, 144:21, 145:5, 145:15, 146:10, 146:11, 184:20, 184:23
**smooth** [1] - 43:20
**smuggled** [2] - 129:1, 220:22
**Smuggling** [1] - 220:16
**smuggling** [1] - 128:25
**snatch** [1] - 97:23
**snooping** [1] - 61:9

**social** [6] - 180:24, 194:13, 194:15, 194:18, 196:5, 196:15
**sold** [2] - 13:10, 31:15
**soldier** [1] - 213:4
**soldiers** [21] - 12:14, 14:5, 14:6, 97:7, 146:9, 148:7, 148:17, 151:9, 151:15, 153:3, 153:20, 157:5, 157:7, 157:10, 157:13, 157:16, 157:21, 158:1, 159:22, 166:2, 186:4
**solid** [1] - 182:22
**solve** [1] - 216:6
**someone** [13] - 49:17, 54:1, 55:14, 63:5, 74:19, 92:11, 106:20, 121:1, 130:1, 165:14, 190:7, 215:4
**somewhat** [5] - 29:24, 171:3, 210:9, 212:3, 221:24
**somewhere** [2] - 63:8, 107:6
**son** [1] - 35:18
**soon** [3] - 85:12, 198:14, 198:20
**soothe** [1] - 158:9
**sore** [1] - 158:9
**sorry** [26] - 52:4, 57:16, 72:14, 78:9, 79:14, 83:1, 97:11, 100:4, 122:15, 126:22, 130:6, 132:20, 133:1, 152:11, 153:23, 158:5, 164:24, 165:22, 175:16, 175:19, 176:12, 212:8, 216:21, 219:21, 224:20
**sort** [3] - 20:12, 52:11, 213:22
**sound** [2] - 41:4, 147:7
**sounds** [2] - 146:21, 217:1
**source** [2] - 131:7, 131:10
**sovereign** [1] - 209:12
**sovereignty** [2] - 209:2, 209:6
**space** [1] - 136:10
**speaking** [2] - 113:9, 209:4

**Special** [6] - 14:5, 84:23, 113:11, 115:20, 116:10, 116:23
**special** [5] - 80:15, 204:22, 221:15, 222:15, 222:20
**specialist** [1] - 54:14
**specialized** [2] - 14:4, 44:17
**Specialty** [1] - 11:25
**specific** [7] - 46:23, 65:19, 121:21, 207:16, 208:18, 211:9, 222:12
**specifically** [14] - 9:9, 15:4, 16:19, 33:17, 45:13, 51:14, 65:15, 68:24, 69:3, 77:1, 84:21, 123:4, 158:19, 212:2
**specifications** [2] - 135:9, 136:1
**specifics** [2] - 104:11, 148:6
**specs** [1] - 62:21
**speculation** [1] - 186:13
**speculative** [2] - 69:11, 70:3
**speech** [4] - 142:13, 142:14, 142:15, 142:16
**speeches** [1] - 145:8
**spend** [4] - 11:14, 40:9, 134:23, 138:1
**spending** [1] - 138:11
**spent** [4] - 137:24, 138:2, 138:5, 138:8
**spiraling** [1] - 45:20
**spokane** [1] - 11:6
**sporadic** [2] - 33:22, 68:19
**spread** [1] - 193:20
**SPT** [1] - 178:25
**square** [1] - 176:16
**squeeze** [1] - 158:4
**squeezing** [1] - 158:7
**stabilizes** [1] - 45:21
**stacked** [1] - 30:3
**stage** [4] - 28:6, 48:19, 133:22, 189:14
**staging** [1] - 130:19
**stand** [7] - 10:13, 10:14, 72:7, 157:10, 179:1, 206:25
**stand-alone** [1] - 206:25
**standard** [1] - 210:21
**standing** [1] - 48:21

**start** [14] - 38:6, 38:7, 41:6, 57:25, 101:18, 133:17, 142:22, 154:12, 157:13, 158:6, 159:20, 160:18, 199:3, 204:8
**started** [34] - 11:12, 12:23, 13:3, 13:5, 15:11, 18:11, 19:1, 19:3, 19:17, 35:24, 51:16, 55:21, 68:14, 91:16, 92:2, 98:12, 101:20, 106:4, 115:4, 132:18, 132:21, 133:7, 133:21, 142:22, 154:11, 158:25, 160:3, 181:14, 183:19, 185:2, 185:9, 190:20
**State** [12] - 45:1, 109:18, 120:10, 122:4, 122:20, 122:25, 123:5, 123:11, 153:10, 191:6, 212:17, 213:16
**state** [13] - 10:18, 32:2, 48:16, 100:1, 207:23, 208:21, 208:25, 209:5, 209:18, 209:24, 210:1, 211:10, 219:23
**statement** [22] - 4:15, 7:13, 15:2, 24:19, 29:12, 70:18, 92:12, 95:8, 100:8, 105:7, 112:1, 113:14, 153:1, 170:20, 172:9, 172:24, 173:1, 201:24, 218:11, 218:22, 219:4
**STATES** [2] - 1:1, 1:2
**states** [5] - 4:14, 207:22, 208:12, 209:6, 216:2
**States** [63] - 1:11, 5:4, 100:19, 117:12, 119:19, 119:22, 121:6, 123:21, 127:25, 128:2, 128:21, 129:9, 129:15, 129:19, 147:14, 153:10, 156:6, 166:25, 194:5, 196:8, 200:16, 201:1, 204:15, 207:21,

207:22, 207:23, 207:25, 208:2, 208:7, 209:12, 209:13, 209:15, 210:5, 210:19, 210:20, 210:21, 210:22, 210:23, 210:25, 212:5, 212:7, 212:14, 213:3, 214:10, 214:16, 214:21, 214:24, 215:3, 215:23, 216:2, 216:4, 216:13, 216:16, 217:7, 217:10, 217:23, 218:6, 219:15, 223:1, 226:4, 226:6, 226:17
**Station** [1] - 155:25
**Statute** [10] - 207:25, 208:11, 208:23, 211:12, 211:25, 216:1, 217:6, 220:16, 223:11
**statute** [1] - 210:19
**Statutory** [1] - 214:8
**stay** [7] - 53:7, 60:22, 77:8, 88:10, 88:11, 127:8, 211:14
**stayed** [3] - 112:13, 160:14, 173:22
**staying** [1] - 36:2
**stays** [1] - 216:9
**steal** [2] - 90:9, 183:13
**stealing** [4] - 90:6, 105:16, 146:24, 185:1
**step** [8] - 3:21, 32:3, 130:20, 130:21, 178:6, 178:7, 196:20, 197:10
**stepped** [2] - 69:20, 146:17
**Stevens** [1] - 121:19
**still** [7] - 23:3, 128:24, 156:23, 166:13, 176:9, 177:16, 212:18
**stomp** [1] - 157:7
**Stoner's** [1] - 29:15
**stop** [9] - 39:21, 88:7, 88:9, 107:3, 109:1, 114:10, 145:10, 157:18, 160:2
**stopped** [2] - 76:24, 77:1
**stopping** [1] - 71:13
**stops** [2] - 97:21, 97:22

**storage** [8] - 79:16, 80:15, 107:16, 107:17, 107:18, 107:22, 108:1, 108:4
**store** [3] - 13:8, 13:11, 106:18
**stored** [1] - 101:24
**stories** [1] - 125:1
**Storm** [1] - 117:19
**story** [18] - 93:17, 93:25, 103:19, 124:20, 124:23, 125:3, 125:6, 125:14, 141:18, 166:17, 179:23, 179:25, 180:1, 180:3, 180:4, 180:19, 181:2, 195:24
**straight** [3] - 118:23, 128:5, 128:23
**straightforward** [1] - 221:16
**strap** [3] - 174:13, 174:17, 176:10
**strappado** [1] - 6:13
**Street** [1] - 1:20
**stress** [2] - 6:15, 72:4
**strike** [1] - 161:6
**strip** [1] - 13:23
**Stroudsburg** [4] - 23:4, 124:7, 128:11, 139:10
**structure** [1] - 48:23
**stuff** [10] - 19:5, 19:15, 20:16, 136:15, 136:16, 144:11, 144:14, 181:13
**subject** [7] - 6:15, 75:8, 94:19, 95:7, 96:1, 118:17, 210:24
**subjected** [1] - 6:13
**submit** [14] - 39:18, 94:17, 94:19, 94:22, 100:3, 171:6, 205:12, 209:3, 209:7, 209:17, 210:12, 211:10, 218:20, 224:5
**submitted** [2] - 4:10, 48:8
**subsection** [1] - 118:9
**subsequent** [1] - 79:8
**substance** [1] - 4:1
**substances** [2] - 4:19, 5:19
**substantial** [1] - 57:21
**subsumed** [1] - 206:14
**succeed** [3] - 155:18,

156:11, 188:15
**successfully** [1] - 23:15
**suddenly** [1] - 53:4
**suffered** [1] - 175:8
**sufficient** [4] - 201:2, 202:20, 222:4, 224:1
**suffocate** [1] - 148:21
**suffocated** [2] - 158:14, 160:8
**suggest** [3] - 212:6, 213:8, 218:23
**suggested** [2] - 10:13, 23:2
**suggesting** [1] - 223:5
**suggestions** [2] - 55:22, 56:15
**suggests** [1] - 218:23
**suitcase** [3] - 129:3, 129:10, 129:22
**suite** [1] - 1:12
**Sulay** [2] - 41:18, 55:8
**Sulaymaniyah** [10] - 29:4, 32:17, 34:16, 34:17, 34:18, 104:24, 138:14, 169:25, 192:12, 212:13
**Suly** [1] - 180:25
**summarily** [1] - 196:25
**summary** [1] - 212:12
**summation** [1] - 224:13
**summer** [2] - 34:21
**superseding** [10] - 4:16, 6:10, 199:9, 199:11, 200:5, 204:13, 206:18, 219:14, 220:15, 221:24
**supervising** [1] - 91:9
**supervision** [3] - 91:10, 226:11, 226:23
**supplier** [1] - 223:1
**support** [1] - 214:6
**supposed** [14] - 32:20, 54:14, 54:16, 82:5, 84:2, 91:24, 103:2, 142:17, 160:23, 160:25, 166:18, 169:5, 180:17, 188:3
**supposedly** [1] - 93:25
**Supreme** [1] - 211:3
**surely** [1] - 211:4
**surge** [1] - 22:8
**survival** [1] - 5:1
**sustain** [1] - 217:15

**sustained** [35] - 23:22, 27:5, 28:20, 31:17, 34:1, 36:7, 37:7, 41:21, 49:23, 53:12, 55:17, 56:24, 59:2, 60:19, 64:5, 64:13, 65:2, 65:11, 65:22, 66:1, 68:8, 70:5, 71:20, 78:22, 84:16, 86:25, 92:9, 98:17, 99:25, 100:4, 101:2, 185:14, 185:20, 187:11, 191:8
**Sustained** [1] - 186:14
**Suzy** [2] - 124:23, 127:15
**swatting** [1] - 163:7
**swear** [3] - 147:13, 147:14, 147:15
**switched** [1] - 107:24
**SWORN** [1] - 10:16
**system** [3] - 45:25, 47:25, 147:12
**systems** [2] - 29:18, 58:2

**T**

**table** [7] - 122:13, 136:6, 142:24, 160:18, 174:14, 174:17, 176:11
**Tactics** [1] - 24:16
**tailor** [1] - 204:25
**tailored** [2] - 205:2, 205:14
**take-over** [1] - 91:22
**Talabani** [21] - 4:18, 5:18, 6:6, 26:20, 27:8, 27:21, 31:13, 32:25, 33:4, 33:5, 33:7, 65:15, 131:22, 131:25, 138:16, 142:20, 144:18, 144:19, 165:8, 176:7
**Talabani's** [1] - 4:19
**Talabanis** [4] - 114:25, 122:3, 122:19, 183:20
**talks** [1] - 142:23
**Tallinn** [4] - 129:4, 129:10, 129:16, 129:20
**tape** [1] - 175:13
**tapes** [1] - 175:17
**target** [1] - 53:2
**tase** [4] - 148:19, 157:16, 166:2, 166:4
**tased** [4] - 145:21, 147:17, 160:8, 195:3

**tasing** [1] - 146:9
**task** [1] - 51:24
**tattoo** [3] - 13:11, 13:12, 13:13
**tea** [2] - 158:9, 158:10
**team** [1] - 8:20
**tears** [1] - 165:14
**technical** [3] - 45:8, 62:7, 176:15
**technically** [2] - 44:12, 221:5
**technology** [1] - 133:12
**tedious** [1] - 11:12
**temper** [1] - 72:9
**ten** [1] - 22:2
**tenancy** [1] - 215:4
**tendency** [2] - 12:12, 152:10
**tense** [1] - 195:24
**tension** [2] - 180:6
**tenuous** [1] - 62:19
**term** [2] - 77:17, 210:22
**terminated** [1] - 24:3
**terms** [2] - 15:24, 40:16
**terrible** [1] - 175:24
**terrified** [1] - 174:8
**territorial** [1] - 210:23
**territories** [5] - 207:24, 208:12, 210:13, 212:1, 216:3
**territory** [8] - 208:2, 209:13, 210:12, 211:10, 212:7, 214:16, 215:22, 217:22
**terrorism** [2] - 186:10, 186:25
**terrorist** [2] - 41:17, 100:19
**terrorized** [1] - 166:11
**terrorizing** [1] - 166:9
**test** [4] - 82:14, 86:2, 93:1, 93:3
**testified** [16] - 14:14, 19:25, 29:21, 50:2, 50:15, 57:4, 132:19, 146:1, 146:3, 155:4, 167:4, 190:24, 193:21, 195:23, 218:25, 221:25
**TESTIFIED** [1] - 10:17
**testifies** [1] - 95:7
**testify** [6] - 7:20, 10:6, 10:8, 21:3, 39:2, 111:24
**testifying** [10] - 20:3, 22:19, 46:7, 49:22,

56:23, 60:16, 60:17, 94:18, 95:15, 181:18
**testimony** [31] - 4:8, 5:8, 14:18, 14:24, 20:11, 49:18, 49:20, 56:21, 57:7, 60:15, 71:24, 74:25, 81:15, 94:17, 94:19, 94:22, 94:24, 95:9, 95:12, 95:22, 95:23, 95:25, 96:3, 96:4, 133:25, 197:9, 202:23, 203:10, 213:3, 219:4
**text** [3] - 104:12, 168:17, 168:21
**texting** [2] - 161:4
**THE** [209] - 1:1, 1:1, 1:8, 1:10, 1:19, 3:3, 3:20, 3:23, 4:3, 5:21, 7:15, 7:18, 8:2, 8:10, 8:18, 8:22, 9:9, 9:25, 10:3, 10:9, 10:18, 10:19, 10:20, 23:22, 27:5, 28:20, 31:17, 34:1, 36:7, 37:7, 39:15, 41:21, 42:2, 49:23, 52:24, 53:12, 55:17, 56:24, 57:6, 57:9, 59:2, 59:7, 59:10, 59:15, 60:19, 64:5, 64:13, 65:2, 65:11, 65:22, 66:1, 68:8, 69:3, 69:5, 69:12, 70:5, 70:20, 71:1, 71:20, 75:25, 78:3, 78:22, 81:17, 84:16, 86:25, 92:9, 93:19, 94:1, 94:6, 94:24, 95:4, 95:24, 96:4, 96:9, 98:17, 99:25, 100:5, 100:9, 101:2, 101:7, 105:6, 112:23, 112:25, 113:1, 113:18, 113:20, 113:23, 116:14, 117:22, 122:7, 122:8, 122:13, 122:14, 145:10, 152:10, 152:11, 152:12, 152:13, 155:3, 155:5, 156:12, 156:13, 156:15, 156:16, 156:19, 156:20, 170:10, 170:11, 170:18, 170:21, 171:9, 171:12, 171:14, 171:19, 172:9, 172:23, 173:2, 176:14, 176:18,

176:20, 179:14, 179:16, 179:17, 179:18, 185:14, 185:20, 186:14, 186:21, 187:11, 189:7, 191:8, 191:16, 191:19, 191:21, 192:1, 192:6, 193:4, 196:18, 196:20, 196:23, 197:2, 197:6, 197:8, 198:8, 198:18, 198:24, 199:3, 199:16, 199:19, 199:23, 200:10, 201:2, 201:11, 201:16, 202:6, 202:13, 203:3, 204:5, 204:7, 205:2, 205:16, 205:20, 205:24, 206:10, 206:13, 206:17, 207:8, 207:12, 209:10, 211:14, 212:8, 212:11, 212:19, 214:2, 215:8, 215:11, 215:19, 215:25, 216:5, 216:10, 216:18, 216:25, 217:6, 217:11, 218:7, 218:9, 218:14, 218:25, 219:11, 219:21, 219:23, 219:25, 220:13, 220:23, 221:6, 221:8, 221:10, 221:12, 221:15, 222:15, 222:17, 222:18, 223:17, 223:20, 224:9, 224:19, 224:22, 224:25, 225:3
**theft** [3] - 16:1, 16:2, 16:3
**themselves** [3] - 65:8, 146:22, 169:8
**theory** [2] - 222:5, 223:8
**thereafter** [2] - 212:25, 223:15
**thereby** [1] - 5:1
**therefore** [2] - 216:15, 216:16
**they've** [2] - 8:12, 182:6
**thinking** [6] - 25:20, 28:13, 97:17, 106:16, 148:14

**thinks** [1] - 129:18
**third** [1] - 118:7
**Third** [4] - 211:4, 211:22, 218:16
**thorough** [1] - 15:22
**thousand** [2] - 19:21, 132:10
**thousand-fold** [1] - 19:21
**thousands** [2] - 180:11, 181:25
**threat** [1] - 74:11
**threaten** [2] - 164:9, 195:17
**threatened** [3] - 146:24, 174:10, 174:13
**threatening** [2] - 175:5, 176:10
**threats** [1] - 189:10
**three** [12] - 18:8, 22:6, 51:25, 52:1, 52:5, 58:5, 72:24, 72:25, 97:1, 106:6, 160:12, 183:21
**threshold** [1] - 209:11
**throat** [2] - 41:19, 158:9
**throughout** [2] - 163:11, 212:21
**throw** [2] - 24:7, 57:24
**THURSDAY** [1] - 1:9
**ticket** [4] - 109:25, 110:1, 110:2
**tickets** [2] - 184:9, 184:11
**Tier** [3] - 49:2, 49:4, 86:11
**tight** [1] - 169:19
**tightly** [1] - 169:22
**timewise** [1] - 92:16
**tipped** [1] - 161:12
**tire** [1] - 11:11
**tired** [1] - 158:23
**tires** [1] - 11:11
**Title** [2] - 210:21, 226:6
**title** [2] - 50:17, 210:23
**Tobacco** [1] - 16:25
**today** [6] - 7:6, 115:3, 120:21, 154:15, 177:16, 215:16
**TODD** [1] - 1:11
**together** [4] - 15:11, 30:7, 81:4, 198:19
**tolerance** [1] - 61:22
**Tom** [1] - 23:10
**tomorrow** [3] - 198:2, 198:13, 225:4
**tonight** [1] - 198:12

**27**

**took** [21] - 3:1, 63:22, 81:21, 82:2, 96:14, 96:18, 97:2, 97:24, 98:12, 109:23, 109:24, 110:2, 111:13, 141:12, 158:13, 164:6, 190:7, 208:3, 211:19, 213:1, 219:6
**tool** [1] - 47:24
**Tool** [1] - 193:18
**tooling** [3] - 54:15, 54:17, 101:23
**tools** [8] - 81:6, 84:13, 126:13, 126:15, 126:16, 129:6, 166:25, 167:1
**Tools** [3] - 81:14, 81:25, 128:5
**toothbrush** [1] - 161:2
**top** [6] - 29:20, 42:16, 57:14, 140:13, 219:17, 219:22
**topic** [1] - 39:10
**tort** [1] - 211:7
**Torture** [1] - 214:23
**torture** [23] - 6:10, 6:14, 121:4, 121:7, 121:11, 121:13, 150:1, 202:21, 203:1, 203:7, 203:22, 207:15, 207:17, 207:21, 210:15, 211:18, 214:20, 214:22, 217:6, 217:10, 218:4, 218:6
**tortured** [6] - 6:7, 144:22, 150:24, 154:1, 154:2, 154:3
**torturing** [1] - 121:1
**total** [1] - 140:11
**totally** [2] - 130:24, 133:7
**touched** [1] - 156:25
**tour** [2] - 99:17, 99:21
**tourist** [1] - 127:6
**towards** [3] - 20:13, 51:24, 100:1
**Towers** [2] - 125:4, 125:11
**track** [3] - 32:16, 53:6, 206:20
**tracks** [1] - 207:6
**traded** [2] - 30:22, 139:24
**train** [1] - 58:5
**trained** [3] - 26:2, 48:22, 134:24
**training** [4] - 11:18,

57:23, 58:7, 59:18
**transactions** [1] - 42:7
**transcript** [5] - 1:22, 172:10, 226:7, 226:10, 226:22
**TRANSCRIPT** [1] - 1:7
**transcription** [1] - 1:22
**Transfer** [1] - 120:6
**transfer** [3] - 39:20, 133:12, 224:24
**transfers** [7] - 38:13, 38:14, 38:17, 38:19, 38:21, 40:22
**translated** [2] - 64:1, 74:4
**transparent** [1] - 7:21
**transported** [2] - 119:5, 119:9
**traumatizing** [1] - 166:12
**travel** [3] - 184:13, 194:4, 194:7
**traveling** [1] - 110:18
**treated** [1] - 12:14
**treaties** [1] - 211:9
**treatment** [1] - 78:12
**treaty** [2] - 210:11, 212:4
**tremendously** [1] - 175:8
**trenches** [4] - 115:7, 115:10, 115:13, 115:15
**trial** [7] - 6:18, 95:10, 146:1, 197:9, 199:8, 211:18, 217:25
**tribal** [1] - 6:6
**tried** [7] - 67:20, 88:10, 96:13, 106:17, 107:13, 158:22, 162:10
**trigger** [2] - 130:2, 224:7
**triggered** [1] - 222:8
**triggers** [1] - 223:11
**Triin** [32] - 70:14, 73:17, 124:3, 125:3, 130:13, 130:23, 145:5, 145:17, 145:23, 149:18, 149:20, 164:13, 165:19, 165:23, 166:5, 166:9, 166:12, 170:7, 171:4, 171:23, 172:15, 172:18, 173:8, 174:5, 174:8, 174:10, 174:13, 174:19, 175:8,

185:11, 185:18, 194:16
**Trooper** [1] - 153:11
**troops** [3] - 146:15, 212:25, 213:5
**trouble** [9] - 62:1, 66:8, 109:8, 123:20, 130:11, 145:15, 158:24, 162:2, 179:13
**true** [4] - 15:19, 56:11, 217:23, 226:7
**truth** [4] - 100:2, 125:15, 144:17, 146:21
**try** [14] - 18:20, 23:24, 31:1, 31:19, 43:20, 62:25, 64:3, 66:10, 66:19, 85:16, 100:7, 106:10, 141:21, 160:18
**trying** [35] - 7:19, 21:2, 32:14, 36:5, 51:11, 51:20, 52:14, 53:10, 54:8, 56:6, 74:15, 80:17, 80:18, 96:23, 119:13, 143:10, 146:16, 150:24, 153:2, 162:1, 162:2, 162:4, 162:8, 163:7, 169:8, 175:7, 180:4, 190:21, 191:6, 192:23, 192:24, 193:11, 211:5, 212:16, 223:6
**Tube** [1] - 46:12
**tumor** [2] - 77:25, 78:6
**Turkey** [4] - 100:18, 110:10, 181:14
**turn** [6] - 9:22, 53:25, 62:24, 80:11, 84:3, 177:22
**turned** [5] - 18:9, 54:1, 84:1, 149:13, 174:20
**turning** [1] - 192:25
**turnover** [1] - 54:1
**twice** [1] - 29:11
**two** [23] - 4:12, 17:22, 18:8, 22:5, 35:6, 39:20, 57:14, 68:1, 68:2, 72:24, 97:1, 99:20, 106:6, 122:11, 127:1, 135:19, 144:15, 154:9, 158:21, 162:18, 172:4, 191:12, 199:5
**type** [5] - 14:3, 93:4, 107:20, 182:21, 218:23

**types** [3] - 17:12, 17:22, 57:16

## U

**U.S** [21] - 26:12, 37:19, 46:25, 119:12, 119:15, 120:24, 124:17, 130:9, 152:23, 169:10, 208:1, 212:6, 213:14, 214:5, 214:15, 215:7, 215:21, 217:14, 217:21, 218:4
**U.S.C** [1] - 210:22
**UDMC** [4] - 31:3, 31:11, 31:13, 130:1
**ultimate** [2] - 53:24, 208:20
**ultimately** [17] - 5:2, 21:21, 37:17, 38:23, 52:10, 54:24, 57:20, 76:6, 78:13, 88:13, 92:18, 92:20, 111:20, 188:15, 190:24, 214:11, 224:14
**um-hum** [2] - 29:23, 195:2
**unanimously** [2] - 221:23, 222:24
**unclear** [1] - 100:7
**uncommon** [1] - 130:1
**Under** [2] - 12:8, 209:20
**under** [31] - 3:12, 3:13, 3:15, 3:16, 3:19, 4:20, 23:1, 34:11, 39:21, 54:7, 72:4, 95:5, 95:9, 95:10, 120:17, 130:4, 130:18, 141:22, 160:18, 189:5, 189:12, 200:22, 203:12, 203:16, 209:18, 209:23, 210:12, 213:8, 214:23, 226:11, 226:23
**underlying** [1] - 94:20
**underneath** [1] - 206:1
**undersigned** [1] - 6:4
**Understood** [1] - 171:18
**understood** [2] - 46:25, 105:25
**unforeseen** [1] - 133:7
**unhappy** [1] - 61:5

**unheard** [1] - 61:23
**uniforms** [3] - 151:13, 151:16, 151:18
**unit** [2] - 26:2, 152:24
**Unit** [1] - 11:22
**UNITED** [2] - 1:1, 1:2
**United** [64] - 1:11, 5:4, 31:3, 100:18, 117:12, 119:19, 119:22, 121:6, 123:21, 127:25, 128:2, 128:21, 129:9, 129:15, 129:19, 147:14, 153:10, 156:6, 166:25, 194:4, 196:8, 200:16, 201:1, 204:15, 207:21, 207:22, 207:23, 207:24, 208:2, 208:7, 209:12, 209:13, 209:14, 210:5, 210:19, 210:20, 210:21, 210:22, 210:25, 212:5, 212:7, 212:14, 213:3, 214:9, 214:16, 214:21, 214:24, 215:3, 215:23, 216:1, 216:2, 216:4, 216:13, 216:15, 217:7, 217:10, 217:22, 218:6, 219:15, 223:1, 226:4, 226:6, 226:17
**units** [1] - 11:20
**unlawful** [1] - 82:7
**unlawfully** [1] - 220:22
**unless** [4] - 10:9, 124:14, 199:19, 226:23
**unlike** [1] - 94:17
**unlock** [2] - 46:4, 46:5
**unmitigated** [1] - 91:8
**unnecessary** [1] - 205:13
**unreal** [1] - 90:20
**unreasonable** [1] - 62:24
**unresponsive** [1] - 31:16
**unspoken** [1] - 62:1
**unsure** [3] - 6:9, 8:25, 47:4
**up** [55] - 18:17, 19:23, 20:24, 21:25, 23:18, 24:6, 25:5, 29:5,

**28**

31:25, 35:11, 48:10, 48:22, 53:16, 54:16, 63:22, 73:24, 76:9, 76:14, 80:10, 94:9, 94:21, 97:3, 99:17, 99:18, 99:20, 103:19, 106:9, 106:21, 106:24, 106:25, 115:21, 119:25, 129:3, 129:12, 134:6, 134:11, 138:25, 141:25, 144:10, 144:14, 144:15, 150:3, 154:1, 155:24, 157:10, 162:3, 168:18, 170:4, 175:17, 175:24, 181:22, 182:7, 193:1, 201:10
**upper** [3] - 30:5, 51:13, 51:17
**upper's** [3] - 65:14, 76:24, 90:22
**ups** [1] - 158:24
**upset** [7] - 61:7, 66:15, 141:24, 144:2, 144:20, 169:13, 169:15
**usable** [1] - 95:19
**usage** [1] - 29:18
**User** [3] - 31:24, 32:2, 44:25
**USML** [1] - 220:20

## V

**vacation** [5] - 60:11, 60:22, 127:2, 180:25, 184:8
**vacationing** [1] - 63:13
**vacations** [4] - 60:8, 60:10, 137:24, 184:5
**vague** [1] - 221:1
**vaguely** [2] - 60:23, 120:16
**valuable** [1] - 182:24
**variance** [1] - 23:1
**variations** [2] - 30:2, 101:19
**various** [8] - 21:7, 21:18, 32:8, 34:19, 60:8, 90:17, 187:19, 201:19
**vehicle** [5] - 63:22, 97:20, 97:21, 97:22, 97:23
**vehicles** [3] - 127:10, 180:12, 183:9

**venture** [2] - 69:18, 69:19
**venue** [3] - 222:5, 222:9, 223:12
**verbiage** [1] - 204:11
**verbs** [5] - 200:22, 201:6, 201:7, 201:19, 206:20
**verdict** [3] - 221:15, 222:15, 222:20
**version** [3] - 29:9, 47:5, 52:20
**versus** [1] - 47:15
**vertical** [3] - 57:16, 57:17
**Vertu** [1] - 111:12
**Veteran** [1] - 116:3
**via** [3] - 206:24, 223:2, 224:24
**vice** [1] - 33:6
**Vice** [1] - 35:18
**Vice-chairman** [1] - 35:18
**victim's** [2] - 6:14, 6:15
**video** [14] - 46:6, 46:9, 80:8, 82:11, 82:13, 86:1, 86:2, 90:16, 191:2, 191:10, 192:7, 192:9, 192:15, 192:17
**videos** [9] - 95:2, 95:21, 96:1, 104:18, 104:21, 105:22, 106:11, 193:8, 202:24
**videotapes** [1] - 203:3
**view** [5] - 59:20, 95:18, 106:20, 132:16, 202:19
**views** [1] - 203:4
**Vilist** [5] - 50:13, 124:5, 134:13, 163:15, 166:2
**Viltrop** [4] - 124:11, 127:1, 163:13, 193:21
**violated** [5] - 120:23, 127:12, 202:3, 206:24, 207:6
**violation** [1] - 206:19
**violations** [2] - 206:21, 220:15
**violence** [2] - 157:3, 162:3
**VIP** [1] - 99:17
**visit** [1] - 127:6
**voluntarily** [2] - 161:7, 199:9
**volunteer** [1] - 60:22

**volunteered** [1] - 60:25
**volunteering** [1] - 61:2
**vs** [1] - 1:4

## W

**wages** [2] - 183:20, 183:21
**wait** [5] - 145:10, 145:11, 182:17, 201:10, 201:11
**waiting** [3] - 34:12, 96:24, 168:13
**walked** [1] - 146:14
**walking** [2] - 67:8, 162:18
**wants** [3] - 103:17, 129:25, 214:5
**War** [1] - 212:19
**war** [3] - 115:1, 152:23, 152:24
**warned** [5] - 127:11, 127:17, 134:10, 134:13, 134:15
**warrant** [1] - 114:3
**Warsaw** [1] - 210:7
**WASHINGTON** [1] - 1:25
**Washington** [3] - 1:12, 1:18, 11:6
**washington** [1] - 1:16
**watch** [3] - 159:1, 166:6, 197:23
**watches** [1] - 141:16
**water** [2] - 13:10, 160:14
**waters** [1] - 210:24
**ways** [5] - 57:14, 61:24, 127:24, 128:3, 207:5
**weapon** [12] - 17:1, 17:2, 23:4, 45:9, 46:19, 47:25, 51:12, 79:19, 80:21, 82:17, 83:11, 98:8
**Weapons** [9] - 37:24, 37:25, 42:9, 43:2, 43:23, 48:8, 123:9, 123:10, 223:24
**weapons** [50] - 16:17, 16:18, 17:8, 17:9, 17:23, 18:1, 25:15, 25:18, 32:3, 32:21, 37:17, 38:7, 51:25, 52:3, 52:5, 52:18, 81:2, 82:15, 85:24, 92:20, 92:24, 94:4, 115:5, 117:10,

119:25, 121:16, 122:1, 122:4, 122:17, 122:21, 122:23, 123:8, 123:21, 125:16, 127:25, 128:1, 132:9, 133:4, 133:11, 133:12, 133:22, 135:12, 135:16, 137:11, 155:18, 166:25, 167:1, 180:24, 183:5, 219:5
**wearing** [2] - 151:13, 151:15
**Weaver** [1] - 29:19
**weed** [1] - 144:8
**week** [3] - 38:16, 46:7, 158:20
**weeks** [4] - 122:11, 127:1, 144:16, 158:21
**weird** [1] - 156:3
**Wells** [9] - 38:24, 38:25, 181:9, 222:6, 222:7, 223:10, 223:18, 224:6, 224:15
**Wesson** [1] - 30:16
**whatsoever** [1] - 203:6
**whisk** [1] - 76:20
**whole** [9] - 22:8, 52:17, 60:24, 102:19, 102:22, 135:21, 173:22, 174:18, 216:17
**wife** [12] - 20:5, 22:18, 33:4, 84:9, 85:1, 89:20, 104:6, 128:14, 167:16, 167:21, 178:4, 192:21
**wife's** [1] - 140:1
**willfully** [6] - 204:14, 205:7, 205:14, 205:17, 205:24, 206:2
**William** [3] - 1:20, 10:19, 21:3
**willing** [6] - 135:6, 183:24, 193:19, 207:3, 221:3, 224:9
**winding** [1] - 25:10
**window** [5] - 98:3, 107:15, 108:3, 168:11
**wire** [14] - 38:13, 38:14, 38:17, 38:19, 38:21, 40:22,

181:17, 221:21, 221:25, 222:22, 223:21, 224:8, 224:24
**wires** [3] - 39:2, 39:9, 224:21
**wish** [3] - 3:16, 197:24, 199:4
**wishes** [1] - 217:13
**Withdraw** [1] - 3:7
**withdrawn** [1] - 112:9
**within-mentioned** [1] - 226:8
**Witness** [1] - 2:2
**WITNESS** [15] - 10:19, 57:9, 59:10, 69:5, 81:17, 112:25, 122:8, 122:14, 152:11, 152:13, 156:12, 156:15, 156:19, 170:11, 179:14
**witness** [16] - 3:9, 3:10, 4:25, 7:13, 7:20, 7:23, 7:25, 8:6, 8:13, 9:15, 9:24, 10:13, 14:10, 95:17, 152:9, 222:7
**witnessed** [1] - 189:18
**witnesses** [3] - 4:25, 166:8, 196:21
**wives** [1] - 138:6
**word** [10] - 8:14, 62:20, 124:2, 147:8, 162:17, 162:21, 167:6, 208:24, 209:5, 224:10
**words** [11] - 31:19, 40:11, 99:3, 171:4, 204:18, 204:25, 205:3, 205:16, 210:11, 223:17
**worker** [3] - 183:22, 183:23
**workers** [5] - 49:5, 58:10, 99:16, 183:25, 190:19
**works** [1] - 153:6
**world** [8] - 155:21, 156:14, 156:16, 156:18, 156:19, 159:13, 162:15, 209:6
**worried** [4] - 149:23, 149:25, 196:11, 196:14
**worry** [1] - 169:17
**worst** [1] - 175:13
**worth** [1] - 20:20
**wound** [1] - 144:3

**wow** [1] - 30:13
**wrapped** [1] - 158:13
**wraps** [1] - 130:18
**write** [9] - 73:18, 73:25, 74:4, 75:3, 161:7, 161:8, 161:9, 161:13
**writing** [1] - 73:21
**written** [3] - 36:20, 121:23, 148:25
**wrongful** [2] - 208:17, 209:21
**wrote** [2] - 75:4, 161:7
**wrought** [1] - 69:19

## X

**X'ed** [1] - 223:3
**Xbox** [3] - 106:21, 107:6, 168:4

## Y

**Yanos** [1] - 190:3
**Yanos(phonetic** [1] - 164:1
**Yeager** [1] - 226:13
**YEAGER** [4] - 1:24, 226:3, 226:13, 226:16
**year** [13] - 37:4, 37:5, 86:4, 110:16, 117:4, 133:15, 134:3, 134:7, 166:21, 188:4, 193:17, 193:20, 203:2
**years** [11] - 11:16, 18:4, 18:7, 18:8, 31:14, 53:15, 117:9, 118:11, 154:9, 154:10, 166:13
**yelled** [1] - 175:4
**yelling** [1] - 149:5
**yesterday** [2] - 94:18, 95:1
**York** [2] - 1:18, 196:11
**young** [2] - 12:12, 12:14
**yourself** [5] - 12:21, 34:23, 62:1, 104:21, 105:22

## Z

**Zarya** [18] - 35:8, 35:17, 36:23, 36:24, 36:25, 40:25, 43:10, 43:11, 90:22, 92:1, 98:1, 98:4, 99:20, 127:4, 167:7,

181:12, 181:13, 183:19
**Zarya's** [1] - 102:15
**zero** [4] - 118:12, 118:14, 118:16, 213:14
**Zippo** [1] - 220:11
**zone** [1] - 211:1